UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No. 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION OF KYLE J. KRAUSENECK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: October 4, 2019<br>Time: 10:00 a.m.<br>Judge: The Honorable Susan Illston<br>Courtroom: 1, 17th Floor<br><br>ORAL ARGUMENT REQUESTED |

Having considered the Motion of Kyle J. Krauseneck for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Kyle J. Krauseneck is appointed to serve as Lead Plaintiff in the above-captioned action and any subsequently filed or transferred actions that relate to the above-captioned action.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Kyle J. Krauseneck's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class is approved. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

   (a) to brief and argue motions;

   (b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   (c) to direct and coordinate the examination of witnesses in depositions;

   (d) to act as spokesperson at pretrial conferences;

   (e) to initiate and conduct any settlement negotiations with Defendants' counsel;

   (f) to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

   (g) to consult with and employ experts; and

   (h) to perform such other duties as may be expressly authorized by further order of this Court.

4. No motions, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel.

IT IS SO ORDERED.

DATED:_____          _____
                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE