1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No. 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER GRANTING DANISH PARBTANI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Susan Illston<br>Date:   October 4, 2019<br>Time:   10:00 a.m.<br>Courtroom:  1 – 17th Floor |

WHEREAS, the above-captioned putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") has been filed in the Northern District of California; and

WHEREAS, Danish Parbtani ("Parbtani") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Parbtani has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21 of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Parbtani seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2019, the Court having considered the motion of Parbtani For Appointment as Lead Plaintiff and Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

**LEAD PLAINTIFF**

1. The motion of Parbtani to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Parbtani is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

2. The motion of Parbtani for approval of his counsel as Lead Counsel is GRANTED. Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: */s/ Benjamin Heikali*
Benjamin Heikali