1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10   CASEY ROBERTS, Individually and On          Case No. 3:19-cv-03422-SI
     Behalf of All Others Similarly Situated,
11                                               **[PROPOSED] ORDER**

12                     Plaintiff,

13          v.

14   ZUORA, INC., TIEN TZUO, and TYLER
15   SLOAT,

16

17                     Defendants.

18

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
Case No. 3:19-cv-03422-SI

Having considered the motion of Derek Selanders for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Derek Selanders as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.


IT IS SO ORDERED.


Dated: _____, 2019          _____

                                          HON. SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE