# EXHIBIT C

## Loss Chart

**Company Name:**    Zuora, Inc.
**Ticker:**    ZUO
**Class Period:**    April 12, 2018 to May 30, 2019
**Name:**    Derek Selanders

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/7/2019 | 500 | $22.40 | -$11,200.00 | | $0.00 | -$11,200.00 |
| 5/31/2019[2] | -200 | | $0.00 | $13.99 | $2,798.00 | $2,798.00 |
| 6/20/2019[3] | -300 | | $0.00 | $15.70 | $4,710.00 | $4,710.00 |

**Shares Remaining:**    0

| | | | | | Subtotal: | -$3,692.00 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price[1]** | **Shares Remaining** | | **90-Day Average:** | $0.00 |
| | | $15.1425 | 0 | | **Total:** | -$3,692.00 |

(1) Using the average closing price between May 31, 2019 and August 12, 2019

Note: post-class period sales valued using the greater of: (2) the average closing price between the end of the class period and the sales date or (3) the actual sales price