1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE NEW ZEALAND METHODIST TRUST ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>Date:         October 4, 2019<br>Time:        10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:       Hon. Susan Illston<br><br>ORAL ARGUMENT REQUESTED |

Having considered the motion of the New Zealand Methodist Trust Association ("Movant" or "MTA") for entry of an Order: (1) appointing MTA as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, et seq., and (2) approving MTA's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Court hereby appoints the New Zealand Methodist Trust Association as Lead Plaintiff in this action. MTA satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

2. Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves Lead Plaintiff's selection;

3. Lead Counsel shall have the following responsibilities and duties:

 a. to coordinate the briefing and argument of motions;

 b. to coordinate the conduct of discovery proceedings;

 c. to coordinate the examination of witnesses in depositions;

 d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

 e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

 f. to coordinate all settlement negotiations with counsel for defendants;

 g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

 h. to supervise any other matters concerning the prosecution, resolution or settlement of this action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel;

5. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices;

6. Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2019

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

August 13, 2019

Respectfully submitted,

*/s/ Danielle Smith*
Danielle Smith (291237)

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff
New Zealand Methodist Trust Association*

[PROPOSED] ORDER GRANTING NEW ZEALAND METHODIST TRUST ASSO. MOTION FOR APPT. AS LEAD PL., AND APPROVAL OF SELECTION OF LEAD COUNSEL
Case No.: 3:19-cv-03422-SI
010837-11 1162705 V1

- 2