1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>ZUORA, INC. TIEN TZUO, and TYLER SLOAT,<br><br>     Defendants. | Case No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: October 4, 2019<br>Time: 10:00 A.M.<br>Dept.: Courtroom 1 – 17th Floor<br>Judge: Hon. Susan Illston |

Upon consideration of (1) the Motion of the City of Fort Lauderdale Police & Fire Retirement System ("Fort Lauderdale") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support of the Motion; (3) the Declaration of Jonathan D. Uslaner; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown

**IT IS HEREBY ORDERED THAT**:

1. Fort Lauderdale's Motion is **GRANTED**.

2. Fort Lauderdale is **APPOINTED** to serve as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated in accordance with paragraph 4 of this Order.

3. Fort Lauderdale's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This action will be captioned "*In re Zuora, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 3:19-cv-03422-SI.

**IT IS SO ORDERED.**

DATED: _____        _____
                                HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE
                                NORTHERN DISTRICT OF CALIFORNIA