POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movants*
*and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZUORA, INC., TIEN TZUO, and TYLER SLOAT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 3:19-cv-03422-SI <br><br> DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF AHTESHAM AHMED, DIMITRI NEKRASSOV, AND ROBERT ZWEBEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL <br><br> <u>CLASS ACTION</u> <br><br> DATE:  October 4, 2019 <br> TIME:  10:00 a.m. <br> JUDGE:  Susan Illston <br> CTRM:  1 - 17th Floor |

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF CO-LEAD COUNSEL - 3:19-cv-03422-SI

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ahtesham Ahmed, Dimitri Nekrassov, and Robert Zweben (collectively, the "Zuora Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Zuora Investor Group's motion for appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz and The Rosen Law Firm P.A. ("Rosen") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss Chart of the Zuora Investor Group;

Exhibit B:    Press release published over *Business Wire* on June 14, 2019, announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certifications executed by the members of the Zuora Investor Group;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of Rosen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 13, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL - 3:19-cv-03422-SI

PROOF OF SERVICE

I hereby certify that on August 13, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti

2

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL - 3:19-cv-03422-SI