# EXHIBIT A

**Zuora Inc. (ZUO)**
**Class Period: April 12, 2018 through May 30, 2019**
**(Includes 90 Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares | 74-day* Mean Price $15.1425 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zweben, Robert | 5/6/2019 | 2,000 | $21.7500 | ($43,500) | | | | | 2,000 | $30,285 | ($13,215) |
| Ahmed, Ahtesham | 8/17/2018 | 600 | $29.4000 | ($17,640) | | | | | 600 | $9,086 | ($8,554) |
| Nekrassov, Dimitri | 10/19/2018 | 1,000 | $19.9632 | ($19,963) | | | | | 1,000 | $15,143 | ($4,821) |
| Summary | | | | | | | | | | | |
| Zweben, Robert | | 2,000 | | ($43,500) | | | | | 2,000 | | ($13,215) |
| Ahmed, Ahtesham | | 600 | | ($17,640) | | | | | 600 | | ($8,554) |
| Nekrassov, Dimitri | | 1,000 | | ($19,963) | | | | | 1,000 | | ($4,821) |
| **Total** | | **3,600** | | **($81,103)** | | | | | **3,600** | | **($26,590)** |

Average Closing Prices from May 31, 2019 to August 12, 2019