# EXHIBIT B





# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of Zuora, Inc. Investors (ZUO)

June 14, 2019 10:26 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Roberts v. Zuora, Inc. et al.*, (Case No. 3:19-CV-03422), on behalf of persons and entities that purchased or otherwise acquired Zuora, Inc. (NYSE: ZUO) ("Zuora" or the "Company") securities between **April 12, 2018 and May 30, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On May 30, 2019, the Company lowered its fiscal 2020 revenue guidance to a range of $268 million to $278 million, from prior guidance of $289 million to $293.5 million, citing problems integrating RevPro, as well as sales execution problems.

On this news, the Company's share price fell $5.91, or nearly 30%, to close at $13.99 on May 31, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company would focus on implementing RevPro for new customers ahead of the deadline to comply with accounting standard ASC 606; (2) that, as a result, the Company lacked adequate resources to integrate RevPro with the core business; (3) that the Company would focus on RevPro integration a year after the acquisition closed; (4) that delays in integrating RevPro would materially impact the business; (5) that the market for RevPro was limited to customers seeking to implement new accounting standards such as ASC 606; (6) that, after the deadline for ASC 606 compliance passed, demand for RevPro was reasonably likely to decline; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Zuora securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los

Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## Tweets by @GPM_LLP

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray LLP Reminds Investors of the Deadline in the Class Action Lawsuit Against Fitbit, Inc.glancylaw.com/case/fitbit-inc

Dec 21, 2018

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray LLP Announces the Filing of a Securities Class Action on Behalf of Honeywell International Inc. Investors (HON)glancylaw.com/case/honeywell…

Dec 21, 2018

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Bank OZK Investors (OZK)glancylaw.com/case/bank-ozk

Dec 21, 2018

## #Hashtags

#classaction    #investors    #fraud

$Cashtags

$ZUO