| | |
|---|---|
| 1 | Laurence M. Rosen (SBN 219683)<br>**THE ROSEN LAW FIRM, P.A.**<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Lichter*
*Liaison Counsel for Plaintiff Beaven*

[Additional Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>    Defendants, | Case No.: 3:19-CV-03422-SI<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><br>Date Filed: June 14, 2019<br>Judge: Susan Illston |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER STOCKHOLDER DERIVATIVE ACTIONS SHOULD BE RELATED

| | |
|---|---|
| ANDREW LICHTER, derivatively on behalf of ZUORA INC., <br><br> Plaintiff, <br><br> v. <br><br> TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL, <br><br> Defendants, <br><br> and <br><br> ZUORA, INC., <br><br> Nominal Defendant. | Case No.: 3:19-CV-05701-WHA <br><br><br> Date Filed: September 10, 2019 <br> Judge: William Alsup |
| KEITH BEAVEN, derivatively on behalf of ZUORA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL, <br><br> Defendants, <br><br> and <br><br> ZUORA, INC., <br><br> Nominal Defendant. | Case No.: 3:19-CV-05702-JCS <br><br><br> Date Filed: September 10, 2019 <br> Magistrate Judge: Joseph C. Spero |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Pursuant to Civ. Loc. R. 3-12, Plaintiffs Andrew Lichter and Keith Beaven request this Court deem the matters of *Lichter v. Tzuo, et al.*, Case No. 3:19-CV-05701-WHA (N.D. Cal.) and *Beaven v. Tzuo, et al.*, Case No. 3:19-CV-05702-JCS (N.D. Cal.) ("Derivative Actions") related to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.) ("Class Action"). As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially identical facts and underlying agreements, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Roberts v. Zuora, Inc. et al.* | 3:19-CV-03422-SI | 06/14/2019 |
| *Lichter v. Tzuo, et al.* | 3:19-CV-05701-WHA | 09/10/2019 |
| *Beaven v. Tzuo, et al.* | 3:19-CV-05702-JCS | 09/10/2019 |

## LEGAL STANDARD

Pursuant to Civ. Loc. R. 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here. The Class Action and the Derivative Actions address some of the same transactions and similar and overlapping sets of facts and involve some of the same parties. Specifically, the Class Action and the Derivative Actions arise, at least in part, from similar false and misleading statements made by executives of Zuora, Inc. ("Zuora"). In particular, the Class Action and Derivative Actions allege materially misleading statement and filings by executives of Zuora regarding the subscription-based RevPro's integration and its limited demand.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

**CONCLUSION**

For the above stated reasons, Lichter and Beaven respectfully request that pursuant to Civ. Loc. R. 3-12, the Court relate *Lichter v. Tzuo, et al.*, Case No. 3:19-CV-05701-WHA (N.D. Cal.) and *Beaven v. Tzuo, et al.*, Case No. 3:19-CV-05702-JCS (N.D. Cal.) to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.).

Dated: October 25, 2019                                   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Lichter*
*Liaison Counsel for Plaintiff Beaven*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Beaven*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Lichter*
*Liaison Counsel for Plaintiff Beaven*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED