Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Lichter*
*Liaison Counsel for Plaintiff Beaven*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:19-CV-03422-SI |
| Plaintiff, | |
| v. | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| ZUORA, INC., TIEN TZUO, and TYLER SLOAT, | |
| Defendants, | Date Filed: June 14, 2019 |
| | Judge: Susan Illston |

[Caption continued on next page]

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

ANDREW LICHTER, derivatively on behalf of ZUORA INC.,

       Plaintiff,

       v.

TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL,

       Defendants,

       and

ZUORA, INC.,

       Nominal Defendant.

Case No.: 3:19-CV-05701-WHA

Date Filed: September 10, 2019
Judge: William Alsup

KEITH BEAVEN, derivatively on behalf of ZUORA, INC.,

       Plaintiff,

       v.

TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL,

       Defendants,

       and

ZUORA, INC.,

       Nominal Defendant.

Case No.: 3:19-CV-05702-JCS

Date Action Filed: September 10, 2019
Magistrate Judge: Joseph C. Spero

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Laurence Rosen, hereby declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Managing Partner at the law firm The Rosen Law Firm, P.A., counsel for plaintiff Andrew Lichter and liaison counsel for plaintiff Keith Beaven. I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2. I conferred with counsel for defendants regarding this case relation. Defendants consent to relating the following cases to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.): (1) *Lichter v. Tzuo, et al.*, Case No. 3:19-CV-05701-WHA (N.D. Cal.); and (2) *Beaven v. Tzuo, et al.*, Case No. 3:19-CV-05702-JCS (N.D. Cal.). I submit this Declaration in lieu of a stipulation to the same effect.

Dated: October 25, 2019                          Respectfully submitted,

                                                 **THE ROSEN LAW FIRM, P.A.**

                                                 /s/Laurence M. Rosen
                                                 Laurence M. Rosen (SBN 219683)
                                                 355 South Grand Avenue, Suite 2450
                                                 Los Angeles, CA 90071
                                                 Telephone: (213) 785-2610
                                                 Facsimile: (213) 226-4684
                                                 Email: lrosen@rosenlegal.com

                                                 *Counsel for Plaintiff Lichter*
                                                 *Liaison Counsel for Plaintiff Beaven*

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/Laurence M. Rosen
Laurence M. Rosen