**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>        Defendants, | Case No.: 3:19-CV-03422-SI<br><br><br>**[PROPOSED] ORDER**<br><br><br>Date Filed: June 14, 2019<br>Judge: Susan Illston |

[Caption continued on next page]

ANDREW LICHTER, derivatively on behalf of ZUORA INC.,

      Plaintiff,

      v.

TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL,

      Defendants,

      and

ZUORA, INC.,

      Nominal Defendant.

Case No.: 3:19-CV-05701-WHA

Date Filed: September 10, 2019
Judge: William Alsup

KEITH BEAVEN, derivatively on behalf of ZUORA, INC.,

      Plaintiff,

      v.

TIEN TZUO, TYLER SLOAT, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, and MAGDALENA YESIL,

      Defendants,

      and

ZUORA, INC.,

      Nominal Defendant.

Case No.: 3:19-CV-05702-JCS

Date Action Filed: September 10, 2019
Magistrate Judge: Joseph C. Spero

2

[PROPOSED] ORDER

Upon consideration of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that the *Lichter v. Tzuo, et al.,* Case No. 3:19-CV-05701-WHA (N.D. Cal.) and *Beaven v. Tzuo, et al.,* Case No. 3:19-CV-05702-JCS (N.D. Cal.) shall be deemed related to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.) pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1. The stockholder derivative actions captioned *Lichter v. Tzuo, et al.,* Case No. 3:19-CV-05701-WHA (N.D. Cal.) and *Beaven v. Tzuo, et al.,* Case No. 3:19-CV-05702-JCS (N.D. Cal.) are deemed related to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.).

2. The *Lichter* Action and *Beaven* Action are hereby reassigned to Judge Susan Illston.

3. Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conferences currently scheduled in the *Lichter* Action and *Beaven* Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          UNITED STATES DISTRICT JUDGE