SUSAN SAMUELS MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants Zuora, Inc.
Tien Tzuo, and Tyler Sloat

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**DECLARATION OF KATHERINE A. MARSHALL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date:    April 3, 2020<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 1, 17th Floor<br>Judge:    Hon. Susan Illston<br><br>Date Action Filed:  June 14, 2019 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Katherine A. Marshall, declare as follows:

1.    I am an associate of the law firm of Fenwick & West LLP, counsel of record in this action for Defendants Zuora, Inc. ("Zuora" or the "Company"), Tien Tzuo, and Tyler Sloat ("Defendants"). I am an attorney admitted to practice before this Court and submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint in this action. I have personal knowledge of the matters set forth herein and, if called upon, could testify competently to them.

2.    Attached as **Exhibit A** is a true and correct copy of a transcript of Zuora's Q1 2020 earnings conference call, dated May 30, 2019.

3.    Attached as **Exhibit B** is a true and correct copy of Amendment No. 2 to Zuora's Registration Statement on Form S-1, filed with the United States Securities and Exchange Commission ("SEC") on April 10, 2018.

4.    Attached as **Exhibit C** are true and correct copies of relevant excerpts of Zuora's Quarterly Report on Form 10-Q for the quarterly period ending April 30, 2018, filed with the SEC on June 13, 2018.

5.    Attached as **Exhibit D** are true and correct copies of relevant excerpts of Zuora's Quarterly Report on Form 10-Q for the quarterly period ending July 31, 2018, filed with the SEC on September 12, 2018.

6.    Attached as **Exhibit E** are true and correct copies of relevant excerpts of Zuora's Quarterly Report on Form 10-Q for the quarterly period ending October 31, 2018, filed with the SEC on December 13, 2018.

7.    Attached as **Exhibit F** are true and correct copies of relevant excerpts of Zuora's Annual Report on Form 10-K for the fiscal year ending January 31, 2019, filed with the SEC on April 18, 2019.

8.    Attached as **Exhibit G** is a true and correct copy of Zuora's press release titled, "Zuora Delivers Strong First Quarter Fiscal 2019 Results," which was filed with the SEC as an exhibit to Form 8-K on May 31, 2018.

9.    Attached as **Exhibit H** is a true and correct copy of Zuora's press release titled,

FENWICK & WEST LLP
ATTORNEYS AT LAW

"Zuora Reports Record Second Quarter Fiscal 2019 Results," which was filed with the SEC as an exhibit to Form 8-K on August 30, 2018.

10.     Attached as **Exhibit I** is a true and correct copy of Zuora's press release titled, "Zuora Reports Record Third Quarter Fiscal 2019 Results," which was filed with the SEC as an exhibit to Form 8-K on November 29, 2018.

11.     Attached as **Exhibit J** is a true and correct copy of Zuora's press release titled, "Zuora Reports Record Fourth Quarter and Full Year Fiscal 2019 Results," which was filed with the SEC as an exhibit to Form 8-K on March 21, 2019.

12.     Attached as **Exhibit K** is a true and correct copy of Zuora's press release titled, "Zuora Reports First Quarter Fiscal 2020 Results," which was filed with the SEC as an exhibit to Form 8-K on May 30, 2019.

13.     Attached as **Exhibit L** is a true and correct copy of Zuora's press release titled, "Zuora Reports Second Quarter Fiscal 2020 Results," which was filed with the SEC as an exhibit to Form 8-K on August 28, 2019.

14.     Attached as **Exhibit M** is a true and correct copy of Zuora's press release titled, "Zuora Reports Third Quarter Fiscal 2020 Results," which was filed with the SEC as an exhibit to Form 8-K on December 5, 2019.

15.     Attached as **Exhibit N** is a true and correct copy of a transcript of Zuora's Q1 2019 earnings conference call, dated May 31, 2018.

16.     Attached as **Exhibit O** is a true and correct copy of a transcript of statements by Tyler Sloat, Chief Financial Officer of Zuora, at the Needham Growth Conference on January 15, 2019.

17.     Attached as **Exhibit P** is a true and correct copy of a transcript of Zuora's Q4 2019 earnings conference call, dated March 21, 2019.

18.     Attached as **Exhibit Q** is a true and correct copy of a transcript of Zuora's Q2 2019 earnings conference call, dated August 30, 2018.

19.     Attached as **Exhibit R** is a true and correct copy of a transcript of Zuora's Q3 2019 earnings conference call, dated November 29, 2018.

20.    Attached as **Exhibit S** is a true and correct copy of a transcript of statements by Tien Tzuo, Chief Executive Officer of Zuora, at the Goldman Sachs Technology & Internet Conference on February 13, 2019.

21.    Attached as **Exhibit T** is a true and correct copy of a transcript of statements by Mr. Sloat at the Morgan Stanley Technology, Media & Telecom Conference on February 26, 2019.

22.    Attached as **Exhibit U** is a true and correct copy of a transcript of statements by Mr. Tzuo at the Subscribed 2019 Conference on June 5, 2019.

23.    Attached as **Exhibit V** are true and correct copies of Form 4 filings for Mr. Sloat, filed with the SEC from September 7, 2018, to April 1, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of January, 2020 in San Francisco, California.

_____
Katherine A. Marshall