# Exhibit O

C Corrected Transcript

15-Jan-2019

# Zuora, Inc. (ZUO)

Needham Growth Conference

FACTSET:**call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 17
Copyright © 2001-2019 FactSet CallStreet, LLC

**Zuora, Inc.** *(ZUO)*
Needham Growth Conference

C Corrected Transcript
15-Jan-2019

# CORPORATE PARTICIPANTS

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

Well, we're going to get started. It was like few more people trickling in but we're going to get going. First of all, thanks for everyone coming today. I guess this podium is hiding me a little bit, sorry. For those that aren't familiar with myself, my name is Scott Berg, I lead our SaaS software [indiscernible] (00:21) on the research side of Needham.

Today with us, we have Zuora and the company's CFO, Tyler Sloat. Welcome.

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

Thank you.

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

We're just catching up on the restaurants here. You know you can talk about restaurants in New York these days and days and days. But anyways, Tyler, why don't you give a...

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

Let me greet [indiscernible] (00:40), too.

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

Oh, I'm sorry. Yeah.

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

Good morning, everyone. Before we're going to get started, let me give quickly the disclaimer. I'd like to remind you today's discussion may contain forward-looking statements about our expected financial and operational performance. I would ask you to refer to our various risk factors including our 10-Q and SEC filings relative to any forward-looking statement. Thank you.

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

Corrected Transcript
15-Jan-2019

Now, I'm good.

......

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

As a new company – new public company's CFO at least is – you did that really well. [indiscernible] (01:07)

......

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Thanks. [indiscernible] (01:08)

......

# QUESTION AND ANSWER SECTION

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

**Q**

That's great. But why don't you give an overview of the company for those that are less familiar?

......

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

Sure. So, if you're not familiar with Zuora and what we do, because the name explains everything, obviously. We are really the only public company focused on subscription management. So, what do we mean by subscription management? We are a software company. Our platform allows our customers to launch, manage and grow their subscription base. That gets reflected often times in the word Billing because it happened to be a very complex transaction set that comes out of it. And that's one of our two flagship products. Our other flagship product is Revenue Recognition.

......

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

**Q**

Great. I guess let's start on the product side. So, a product is a question that I get probably most often is, is why can't or why is this functionality already available in most ERPs?

......

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

Sure. So the company was founded first on the premise that everything is going to move to subscription. And so, when we talk about subscription, it's not $10 a month, $120 a year it's about a customer-centered business model and then the complexities of the transactions that happens around that customer-centered business. Well, you guys probably all see it happening in your own daily lives if you look at your credit card statements every month, how much stuff is going through there on subscription today is no different for businesses. If you're a software company today, you're not sort of perpetual software, if you already probably have a small future. You're selling SaaS, right. And you are coming forward with dynamic business models that allow you to grow and iterate as your customer grows.

What our founders saw, so my boss, our CEO, Tien, was at Salesforce and our other founders were at a Webex, is that the traditional ERP systems, which Salesforce is an Oracle shop, we're built to think about products. And at

......

the base layer of the architecture, think about a skew and that skew builds up to a building material, [ph] there's a bomb (03:00). And you can think of – you can ask those system like how many widgets did we sell last year, but you can't ask those systems what is customer ABC worth to me today. And everything is actually in arrears. Thinking about the products that we sold and everything that happened in the past as opposed to a subscription business which is really thinking about what is the revenue we're going to generate in the future off of the customer base that we have.

And that's the reason we have an actual opportunity. If you think about that our main competitor, which is SAP and Oracle, it's not because those guys are – they are not competitors because they're going in and bidding on RFPs against us. They're actually already entrenched in these companies. And these companies have come to a realization to our customers that their existing systems aren't allowing them to iterate and have the flexibility and a different charge model that they need to in order to actually go have a dynamic pricing with their customer base. When they come to that conclusion, they do want to do two things, right. They build their own, so Salesforce team built the billing system at Salesforce. They're forced to do that or they customize ERP, and it is a very great line between those two things. Fundamentally, that is the reason why the traditional systems can't do what we do, right. They don't think about a customer, they think about products.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

So, let's talk about the pricing model for at least the core billing solution is probably the number two question that I get is why a usage-base model versus something that's on a per seat basis? And I ask the question, one, obviously, because it's really relevant to what you guys do. But I actually think public investors are going to see this much more coming up because most of the companies have tracking or trying to move to this model.

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Sure. So, let me just describe the way we sell. It's a direct sales model. Everything is direct to – from us to the customer. We sell from the smallest company, all the way up to the largest company. Smallest maybe you can be a gross SaaS or cloud company and maybe if you have usage-based pricing, you're going to immediately eliminate most of the financial solutions that will allow you to go execute on your pricing model all the way up to large companies that we've highlighted before, like General Motors or Ford, on the auto space if we talked about in the past call, even to Salesforce on the technology side.

We land with one or two products. We land with our revenue recognition product or land with our builling product, and as Scott said let's talk about billing first. We'll land with the platform fee. There is different layers of platform. The platform fee is an annual recurring fee and it recurs, obviously, and there is different flavors governed by technology allows us to land in some around $50,000 on the lowest side, then greater than $500,000 on the highest side.

We have a bunch of add-on products that we add to that which are also add-on [indiscernible] (05:44). They have some variable element to it, like our CPQ product which is a pretty robustly used product does have a user base to it. But the main pricing iteration that we have in the usage-based is transaction blocks of volume and technically posted invoice volume. Our customers will buy blocks of volumes. They'll buy a platform fee, they might buy synonym products, and then they'll buy blocks of volume. The smallest block is a $1 million; the biggest block is $1 billion.

Now, as the company grows, right, they will buy more volume and the volume is measured as the usage of the system. It's a simple business model that allows us to grow as our customers grow. There's also a lot of

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

 Corrected Transcript

15-Jan-2019

economies of scale built into the pricing, so it's not like we are – have a linear relationship with our customers' revenue, I don't think that would be right. But it is something that allows us to actually participate in our customers' growth.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*



So, you kind of touched on some of the other modules that you have in the platform though. Investors always seem to like platforms in multiple areas versus a single-point solution. And, of course, your platform [ph] is called where essential (06:50) has multiple components that you highlighted. But what are the modules that seem to be most adapted or most interest to customers outside of the core billing solution?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah. So we'll land with either Billing or Revenue Recognition. These things are very, very synergistic. Revenue Recognition, you could be a customer that may not have a subscription billing problem but you might have a rev rec problem that could be compliance driven like from ASC 606 or could be complexity driven maybe of a homegrown solution, like your revenue recognition is very keen.

On the billing side, you're bringing us in and what – when you bring us in, we end up becoming your system of record for your customer, your system of record for your products, all your pricing and packaging, and then effectively owning the entire revenue side of the house for our customers. In fact, we can become the sub ledger for revenue, deferred revenue, cash, AR, things like this, as well as SaaS metrics around bookings and backlog and things like that. And you can actually close your books in us and then just send a general entry to your – whatever your financial system is.

Outside of – are kind of billing in our revenue recognition, the main products that we would add today or not add, our customers would add, we have CPQ product. It's built on force, so it's a coding solution. I would argue if proof sufficient for many of our customers and their rationale is it's very, very integrated into our product, but it's also built on force you can share a lot of the objects that are available for you there. We also sink a ton of data back and forth in the Salesforce, so you can actually can be a sales rep or a manager or something like that, and there you just sit in Salesforce all day and look at the account, and within there you can see what's the MRR of that account, what products have they subscribed to, what are their subscription terms, what invoices have they been sent. Have they actually paid those invoices? Things like that which is all data coming from Zuora.

We have an Insights product which is really around reporting and metrics. We also have a Collect product which is a relatively new product, so this is a collections management tool that the revenue groups are different than the billing groups, which are different than the collections group, the AR group, and ironically, there's not a lot of great collections tools out there, the lot of them are in Excel. And this is a new product for us. Over the last year, we're starting to see a lot of really good traction around that. And then we have a marketplace of small apps, it has over 100 apps, and we call the Connect Marketplace. And in there is a lot of iteration about the third party apps or our own apps built by our own teams, and that these can get added to deals as well. Like simple things, like lock boxes for customers all the way through to workflow management.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*



Okay. So, when you look at your net dollar retention rate which was 115% last quarter and above your kind of guided range of 108% to 112%. Help us deconstruct that. How much of that driver is coming from the volume-

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

based pricing, customers that are movie up and expanding versus maybe customers that are buying on products? So don't – how should we kind of think about those two levers there?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*



Yeah. So, it was 115% net dollar retention last quarter. We have guided, we say, hey we think the range of 108% from 112% is really good. And for the end of this year we said we're going to be a little bit above 112%, but we don't want the investor to get ahead of ourselves. We actually land pretty heavy. That's one of the reasons, we can land with pretty substantial annual deals or we're not landing like a lot – like small SaaS companies [indiscernible] (10:12) small Saas companies that will land with a quick little group and then it will just grow the crazy like that. This is a big project for a lot of companies that we land with.

The net dollar retention is driven by really two things, right. You mention, one, is gross churn and the other is upsell. And within the upsell it's products and transaction volume. What we said is, gross churn we actually are really happy about. We don't disclose the gross churn number, but we've done better at it every single year. And at some point, you get to a point where you actually can't improve it very much anymore. There is going to be churn within your base especially if you're selling to small companies which we do. But on the upsell component, it is a mix of companies buying other products where you could be a billing customer and you're buying RevPro or vice versa. We still have less than 10% overlap of our customer base using both of our flagship products, but we do see a lot of traction starting there. But transaction volume continues to be the biggest driver of upsell within our customer base. So, we disclosed last year, the transaction volume was 50% of – I am sorry, upsell was 50% of bookings, and of that, 80% of that 50% was transaction volume.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*



So, I guess, how do you move the needle on additional product adoption if most of that is transaction volume or usage volume? You brought to market a number of new modules last couple of years. How do you start moving that needle a little?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Yeah. We have a lot of ideas of what we want to do. But if you think about really what are we doing, we are starting to own a customer, but specifically the entire revenue side of the house for that customer, and there's whole bunch of stuff you can go off and do. I don't think we have to do anything more. I think we're pretty early entering some of these markets. And this is something we talk about a lot. We're very patient. We've talked about a 25% to 30% growth rate. And some of the questions like why aren't you growing faster than that?

The reason is you can't convince companies to buy, all right. There are markets out there. I talked about tech which is about 50% of our business that we're naturally going to see a lot of these deals. But some of these other markets like auto that we highlighted on our last call, these are long, long term plays. And I think we highlighted we have 6 of the top 10 manufacturers in the globe now. And what happens is one early adopter will move, they'll say, hey, we're going to make a move because our future is going to be about connected cars or other revenue streams, it's not really going to be about selling cars anymore in terms of future growth of revenue. And then they'll come in and they'll have an idea, like GM with OnStar and they're building around OnStar or Ford with FordPass, and they've got the Chariot buses, they've got the bikes, and they've also got their FordPass app and they starting to connect all these services together. But it's going to be a long time before some of these industries actually see a meaningful amount of their revenue coming through subscription.

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

And the reason I say is that I don't think we have to do anything else, like we are starting to see industries shift like that. So, we're early mover start and then other companies in that industry start to follow and they're making the long-term strategic bets. Whereas five years ago, we saw a lot of science projects, now we're seeing very, very strategic bets [ph] we're getting (13:23) deeply embedded and becoming – even if it's a premium product, this system of record for the entire customer base, and they're starting to build revenue models on top of it.

Outside of that though, we do have other products. I mean, I mentioned our Collect product. I actually think it's a pretty cool product and that for – it's mainly focused on B2C to [ph] start. We saw a lot of our B2C customers, like a lot of the media companies having a lot of issues with credit card chargeback and things like that, so it's a great dunning tool that you can use to actually optimize your credit cards. But now we're starting to see with the B2B companies that as they're going through their collections process, they don't really have good tools to use. Because it's so seamless with our core product, our core billing product there just pulls the data and it's just right there, it made a lot of sense to build. [indiscernible] (14:05)

---

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

A

You'd mentioned your RevPro product; you acquired your way into that last year. I get a lot of questions around kind of the demand and what the revenue opportunity there looks like. And I ask the question because if you look at the model the last four, five quarters you had a bump in the income statement, at least on the services side based on the implementation of that solution for specifically ASC 606 units. You can talk about the – can you talk about the functionality a little bit about outside of that and what's the real opportunity in the next two or three years versus that's just going to Zuora, which I think some had concerns with?

---

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah. So, what Scott mentioned is last year, we did see additional professional services because their existing customers were upgrading from ASC 605 to ASC 606. So, services, which is a decent line item for us, is an attach rate to new business, like customer buy, they get implemented, they don't need services anymore. But there was an anomaly associated with these customers that's why we called that out.

We bought the Leeyo business; we brought on the RevPro product not because of ASC 606, even though there is a great tailwind behind that. We brought it on because we know that there's a lot of complexity that's driven from subscription business models and it breaks your downstream revenue, and [ph] we were seeing (15:24) as for our customer base, In fact, our customer base is coming to us and say, hey, if you can't solve this for us, we're going to have to go figure out how to solve it ourselves.

We had always had billing-based revenue recognition, but ASC 606 demands bookings-based revenue recognition, and that is what the RevPro product does. We knew all the players in that market and we had partnered with a lot of them, Leeyo was already a partner and we brought them on board.

In our last call, we highlighted a couple of companies – a couple of existing billing customers that brought us on for RevPro. But we also highlighted public companies like Veeva who had already gotten ASC 606 compliant but then brought us on for RevPro because [ph] to (16:04) point a lot of companies are actually putting band-aids on this solution, they're using Excel to get compliant, and again to the first audit, but they realize that is not a sustainable solution, and that there's a ton of manual processes and those manual processes inevitably will force companies to bring in an actual software solution to manage those for them.

---

## Zuora, Inc. *(ZUO)*
Needham Growth Conference

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

All right. That's not [indiscernible] (16:27) at the moment. But let's talk about your TAM. Your TAM is going fast. And for those that aren't familiar, I had made this my topic for the year. And one of the reasons is I think your TAM is the fastest growing kind of subsector of [ph] any (16:39) area that I cover, probably just 25-plus percent range. But the pushback I get from those I talked to is, hey, outside the tech, what's the users like? You talked about autos a little bit earlier, but how should we think about the kind of growth in this TAM and what are the true opportunities you see outside of tech and media, both currently and in longer term?

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Sure. So, during our roadshow, we highlighted a study, an MGI study, around TAM that was essentially a $9 billion market opportunity over the next five to six years. That's a subset of a greater $40 billion ERP opportunity and we're effectively taking some share away from that $40 billion. That growth rate, we talked about 25% to 30% is because that growth rate of that TAM is about 25% to 30%. Actually, that study has been accelerating a little bit at the end. We've talked about tech being about 50% of our business and that is obviously very, very healthy and very, very important to us. Outside of that, we talked about manufacturing as the fastest growing segment. Auto is a subset of manufacturing. Within manufacturing you have companies like Schneider Electric or you have Caterpillar or Komatsu and companies like this who are all customers of ours all making very long-term bets around what their business model is going to evolve into.

We don't know how fast these industries are going to shift, right. We see it happening, and we starting to pick off early players. We can point to markets where we're relatively entrenched now. We talked to – in this last call, we talked about media, right. I could argue that we own the digital media landscape for what we do for our customer base because we can lift off all those customers. So, effectively we are managing their paywall, right, and these are all physical subscription businesses that have now moved to digital media. But that space is actually getting pretty gray where HBO is a customer with an entire direct-to-consumer business that started in Nordics then went [indiscernible] (18:32) to Spain and now are doing North America and then South America, all the way through to cable companies that we're starting to pick up little pieces where whether it's over the top services, like Rogers that runs that over the top services through us, all the way through – to companies like AT&T who does all their Wi-Fi business through us now.

And so we're starting to see changes within small segments of very, very large companies, and then starting to see kind of this [ph] meshing (18:58) of opportunity where media companies start – like cable companies start looking like technology companies, like the Google Nest platform that they then put Dropcam under, they use us to manage all of that. And that is respectively all about home control where we also have other thermostat companies who are trying to do the exact same thing as they talk about, we want to control the home, right. And then we could talk about the kind of the home automation companies like Vivint who are doing the same exact thing but their approach maybe through security. There is everything starting to grey, but it's all about a customer-centric business model, and that's what everybody wants to do now [ph] for the (19:34) service that we can build around a customer, own that service, and then create a business model going forward. [ph] Typically (19:40), we're relatively agnostic, right. We see a lot of competition out there, we see a lot of people – company starting to do the same thing. We just want to do it for all of them and we want to be considered kind of a portfolio play on this entire shift of subscription.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Copyright © 2001-2019 FactSet CallStreet, LLC

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

Corrected Transcript
15-Jan-2019

So, an interesting part of the shift of subscription that I found by talking with some of your partners at the last couple conferences is this theme around digital transformation. These SIs will bring these products into these I call them old school industries in that type of digital transformation. And a key component of that is finding ways to move part of their businesses to a subscription business model. How important is that or how often do you see companies do that? My guess is GM or Ford is a good example of that.

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah, GM and Ford are good example, but you also [ph] see them test, too (20:24). So, whether it's the entire Micro Focus business got spun out of HP, Deloitte came in and did an entirely new stack for them, we're right in the middle of that stack. Deloitte got on stage at Dreamworks or Dreamforce – why am I blanking on that – Salesforce's conference. And – that was pretty odd. Salesforce...

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

They're going to make it one...

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah.

[indiscernible] (20:50)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

...and they got on stage and stage and announced their manufacturing stack, their digital manufacturing stack. We are right in the middle of it, right. So, what's happening is the GSIs are realizing that there is no longer as much money in actually implementing the old legacy Siebel or Oracle systems, they have to get ahead of the problem, they have to think about digital transformation as a consulting project. And they go in and they talk – help these companies think about how to change their entire business models. As a result, it ends up with a whole new stack that they need in there and we end up becoming a piece of that. Now, there's a whole bunch of other players in that stack but we end up becoming a piece of that stack to manage the customer base. And that's where we're seeing, the GSI relationships are really, really important.

Deloitte Digital is in a lead. We're doing a lot of work with PwC now. We're seeing some with Accenture, we've done work with Capgemini, and companies like IBM brought us into GM. And these companies are now relying on these consultant companies to lead these efforts.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Yeah, go ahead.

Q

[indiscernible] (21:47-21:52)

## Zuora, Inc. *(ZUO)*
Needham Growth Conference

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Paywall.

Q

Okay.

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah, paywall.

Q

[indiscernible] (21:54)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

No payroll.

Q

[indiscernible] (21:57)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

You can announce that product today.

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

The payroll?

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Maybe not. That was a good segue into talking about the go-to-market strategy a little bit. SI is becoming an increasingly part of a larger part of your business is – how do you look at their contribution to new bookings recently and what does that kind of level look like do you think over the intermediate term?

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

**Corrected Transcript**

15-Jan-2019

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Everything is direct still, so we're still selling direct. What's going to happen – and we've been pretty open – we think services will grow about the same as subscription next year. But over time the services dollars are going to decrease as a percentage and it's going to be really driven by two things. One – or three things, the percentage of subscriptions just grows. But second, the amount of services that the GSI is going to be taking over is increasing. And that just takes a long time. These are long-term gains, you got to get everybody trained up and they build practices around it. And the third, we just get better at what we're doing. We're seeing a lot of pull in now. So, as companies – these GSIs, they go in and they're engaging, then we get to participate with them on that engagement, and they win the deal, and then that's what is happening.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Got it.

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Although, on the RevPro side, it's a little bit different because it's the same names, PwC, but it's actually on the audit side of the house as opposed to the consulting side of the house, and the audit side has their own implementation practices and that's a really robust partnership network for us already.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

So, when you talk about new logos, I think most the logos you end up talking about are North American based. How about the efforts outside of North America? How much is North America kind of part of the new business today and what's the healthy mix going forward?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah. We – you talked about how we grow and how we keep our TAM. We think of – I think about it in a couple of different ways. One, there's all these different industries that we're playing in and those industries are growing. Two, there's no other products that we're introducing. But third is geographic kind of expansion. We are already in Europe; we are in Japan; we're in Sydney. But Europe is growing probably the fastest of all international, and international is about 25% of our business today.

In fact in some areas of Europe, we are seeing adoption faster. It's almost like they're leaping some of the innovation curves that are happening in North America, where in North America might be you're convincing some of these companies to change, where in Europe they just – they've left and they're making really, really big bets, and it's also happening in other industries. We talked about utility company, a big utility in Europe that we've closed. We talked about SNCF which is a French rail system which are -these are all subscription businesses, but you may not think about it that way. But in our definition of subscription they are. And these are big entrenched old school companies who traditionally run on a kind of mainframe or custom-built solutions that are now being forced to iterate and they're making big bets with us as well.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

 Corrected Transcript
15-Jan-2019

So, I think that utility company is an interesting example, not just because it's based in Europe, but it's a vertical that you said – I mean, they've really been a subscription business model for a while even though it's a usage-based business. I guess how – two part question, how is the implementation of that project going? And then B, are you ready to use that as a launch pad to do something more in those utilities which probably can benefit from a commercial solution whose R&D is spread over a thousand customers versus a custom homegrown which is expensive [indiscernible] (25:25)?

---

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*



Yeah. [indiscernible] (25:27) we've talked about, it's going well. That one actually – that particular company, they did a lot of testing there and [ph] still see (25:32) work with a partner even beforehand, so we kind of – they're pretty comfortable when that deal got done. Like one of their motivations is around smart metering and different charge models that they want to bring forward. You see a lot of kind of solo credits coming in from customers and there's a whole bunch of different things that these companies now need to do in terms of the way they charge their customer and in the way they treat them. That being said, this is a tough industry to go attack, right, and go – because it's very old, it's very entrenched, and they've got old system. It's kind of like telco and stuff has to happen within that industry to get the opportunity there. So what we've learned over a long period of time is that you can't convince these companies to buy. There has to be an opportunity that presents itself and then you go attack that opportunity, and that's – we're doing the same thing with utilities. But we do see change. We see change there, we see change in telco. Telco is another one that owned by companies like Amdocs and businesses like that or custom-built solutions, and we start to see little changes within division.

---

## Scott Berg
*Senior Analyst, Needham & Co. LLC*



Got it. We have the CFO here, so I get to ask a couple of financial questions, [ph] always (26:39). Is – when you look at [ph] cap ratios (26:43) which you call the growth efficiency index of the business in terms of how it drives the probability of your model long term. You made some significant impacts there. One, what's driving the impacts? And I guess, two, what's kind of the right level of investment or ratio there to drive your stated goal to grow 25% to 30% NOI?

---

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Yeah. So, we talked a lot about business model. We break our model kind of into three pieces and we just try to simplify the whole thing. The third piece is professional services and we really run it as a separate business. So, we say, hey, bring customers live, and so they try to do it in breakeven fashion from a non-GAAP perspective, we're effectively doing that. We think we can pull margin on there when we want; it just hasn't been the priority. But I think we could do that. The other two parts of the business which – growth, which you just talked about, is obviously very, very important, but I think the cornerstone to any subscription business models, how much does it cost you to run the business? We call that recurring expense. And the delta between subscription revenue and recurring expense, we call recurring profit margin. So, we have a goal kind of increasing our recurring profit margin effectively growing subscription revenue faster [ph] even (27:51) grow recurring expense. Recurring expense for us is subscription COGS, G&A and R&D.

So, we make a lot of investment decisions based on recurring profit margin expansion and how we run it. And then the first piece that we pick off of subscription costs which is right kind of high [ph] 70% (28:05) right now, which is decent. I think when you get to 80%, you're doing really well, and you get above 80% usually comes with scale. And so, then there is G&A and R&D and what the investments are there. R&D is pretty heavy for us

---

Copyright © 2001-2019 FactSet CallStreet, LLC

# Zuora, Inc. *(ZUO)*
Needham Growth Conference


Corrected Transcript
15-Jan-2019

---

because we still – we have a very robust product and there's a lot of stuff we want to build, but we've been pretty open about how we're going to bring that down.

Then you talked about growth. And growth is all about just the dollars you put into your engine what do you get back for them. We do have the advantage of having a very, very sticky product. And when you know you have a sticky product means, once customers are using us, we are deep into the ecosystem and it's actually – we are inherently going to be very, very sticky. And when you know that, it makes sense to actually invest in acquiring. But we also know that you can't convince companies to buy and that you have to get more and more efficient. So, we have a metric we call GEI, which is our growth efficiency index, and it's something that we measure every single quarter and we actually disclose it every quarter that we've been public. And we have brought that down considerably.

We think two is a decent number effectively. We're spending $2 to get a $1 is one way to think about that. You can breakdown the components of that where that $1 by definition of dollar based net retention is going to turn to about $1.10 in the next year and then keep going from there. And right now, we're spending about $1 to get that additional incremental upsell dollars so that $1.10 that turns into we've spent about $0.10. We're still spending a little bit over $2 to get that original dollar. And so, the whole goal is that on that upsell is actually is a pretty very efficient motion. I already mentioned that transaction volume is the biggest component of upsell, and there's very little selling that has to happen in transaction volume. As companies grow, they have to buy more. On that original deal is just about how do you become more efficient in line in that new logo? We've done a lot of work over the years on how to improve that.

---

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Last question for me, and happy to open into the floor is, when you look at your third quarter results is – you talked about – your Billings metric, you guys dissect it a little bit or at least give some qualitative information around it. But you talked about pulling forward some renewals from Q4 – excuse me, some business from Q4. Was Q3 abnormal in this regards? Or do you always have that happen quarter-after-quarter? And then, I guess secondly, did it leave your first quarter pipelines [indiscernible] (30:27) at all?

---

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

No. It happens every single quarter. And what we highlighted – I just walked through a deal. If you're a customer and say you're $100 million business and you're growing, you might sign on, you buy $100 million block of volume and that was on January 1st. You get to October and you're growing faster and you thought you're going to blow to your volume. In our systems, we monitor this internally. We proactively get ahead of it and our reps call in and say, hey, if you keep going the way you're going, you're going to hit overages. And nobody really hits overages because they're pretty invasive, it's 2% of everything you put through. So, you can do one of two things. You can buy a block of volume to get you through your annual period, like a stop block, right, or we will allow you to kind of reset your annual period, we'll give you a prorated credit for your platform fee not your volume. And then you kind of have an early renewal at a higher amount, so you increase volume and you have a higher ACV.

This past quarter, we – this happens every single quarter. In fact, I don't really care as a CFO because if you want to reset or do you want to buy the [ph] stuff (31:30), it actually doesn't really matter. To me, it's up to the customer. It does have an impact on billings though because you could have just had a billing that was going to happen in Q4 for a full amount and you pull that into Q3 for our even higher amount because of the ACV and the depending on the platform fee credit and things like that. We saw a lot of that in Q3; we can see it every single quarter. It's

---

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

C Corrected Transcript
15-Jan-2019

one of the things that is the least predictable for me because we don't actually dictate to the customer whether they have to buy the [ph] stuff (31:58) or do the early kind of renewal if you want to call that.

**Scott Berg** Q
*Senior Analyst, Needham & Co. LLC*

Got a couple of minutes left, happy to take questions from the floor.

Q

You talked about recurring profit margin, about what percentage of your profit is [ph] recurring (32:16)?

**Tyler Sloat** A
*Chief Financial Officer, Zuora, Inc.*

So, recurring profit margin is effectively the difference in subscription revenue and COGS, G&A and R&D, about 38% (sic) [28%] right now. A good number there is 50%. So, we're making our way there over time.

Q

[indiscernible] (32:29)

**Tyler Sloat** A
*Chief Financial Officer, Zuora, Inc.*

Yeah, yeah. You can look at the improvements that we've made over time. We had – like this year was a slight anomaly. We've pretty open about it. It's very expensive to go public. So G&A expense kind of spiked. We'll get economies of scale of that over time. And then R&D, we made investments in R&D, but COGS [indiscernible] (32:46) going on.

Q

[Inaudible] (32:49-32:53)

**Tyler Sloat** A
*Chief Financial Officer, Zuora, Inc.*

Yeah, it's posted – and so it's posted invoice volume, but the dollar amount of each invoice, they get posted.

Q

[Inaudible] (32:58-33:08)

**Tyler Sloat** A
*Chief Financial Officer, Zuora, Inc.*

Yeah. The [ph] incremental (33:08) model is – right now, we're spending a little over $2 to line that first dollar. By definition of dollar based on retention that first dollar turns into about $1.10, costs us about $0.10 cents to get that $1.10.


**Q**

[Inaudible] (33:20-33:23)

**A**

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

Correct, a dollar for dollar on the upsell effectively.

**Q**

Okay.

**A**

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

Yeah.

**Q**

You touched on how you guys sit alongside VIPs [inaudible] (33:34-33:40)?

**A**

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

No. You still need a financial system, so you still need a GL to close your books. We actually talk about what we call three cloud architecture, where it's just CRM in the front, financials in the back and then a customer system of record in the middle. And we have a lot of customers who have that exact architecture. They might have a NetSuite in the back, they have Salesforce in front and they have us in the middle. The analog there is telcos. Telcos run on big OSS/BSS systems. They got GL systems in back. They still have to close their books. They got these light CRMs, but their system of records are really these of OSS/BSS systems. We are like the modern day OSS/BSS cloud system.

**Q**

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

Yeah.

**Q**

[Inaudible] (34:26-34:36)

**A**

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

For revenue recognition?



## Zuora, Inc. *(ZUO)*
Needham Growth Conference

Corrected Transcript
15-Jan-2019

**Q**

Yeah. [Inaudible] (34:38-34:41)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

Well, yeah. I would say the [indiscernible] (34:43) that will be a whole different issue, but – so the revenue recognition...

**Q**

[indiscernible] (34:47)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

Yeah. Yeah, the revenue recognition – the complexity is coming around the different charge models that they have and the different – the way the company will sell, right. And then now, with ASC 606, you got have to be able to quantify everything and come off the SSP for every single product that you sell and then you have to be able to kind of itemize them out so when you bring it into the system, they could actually look at the whole order and then what the potential incremental buys of the customer might make against that order. What we find is that companies, if they think it's very simple as you dig through and you look historically how the way they sell and you actually kind of itemize every single, what we call charge model, that's where the complexities come in. We can still to handle them; you've just got to be able to actually document them all.

**Q**

[indiscernible] (35:31-35:33)

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

For us?

**Q**

Yeah.

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

**A**

We don't write it, but I do know the partner who did write it at KPMG. Yeah.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*

That's all we have. Thanks for joining us on our Zuora sit-in today.

Copyright © 2001-2019 FactSet CallStreet, LLC

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Thanks, Scott.

---

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Q

Thanks.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2019 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

