# Exhibit S

## _Zuora Inc at Goldman Sachs Technology & Internet Conference - Final_

FD (Fair Disclosure) Wire

February 13, 2019 Wednesday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 6667 words

# Body

Corporate Participants

* Tien Tzuo

_Zuora_, Inc. - Co-Founder, Chairman & CEO

Conference Call Participants

* Christopher David Merwin

Goldman Sachs Group Inc., Research Division - Research Analyst

Presentation

CHRISTOPHER DAVID MERWIN, RESEARCH ANALYST, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: All right. We're going to get started here. Before we actually do start, I got to read a quick disclaimer here. I'd like to remind you today's discussion may contain forward-looking statements about our expected financial and operational performance. I would ask you to refer to our various risk factors included in our 10-Q and SEC filings relative to any forward-looking statements. All right. So I'm Chris Merwin, I cover emerging software here at Goldman Sachs. And we're pleased to be joined by Tien Tzuo, CEO and founder of _Zuora_. Tien, thanks for being with us.

TIEN TZUO, CO-FOUNDER, CHAIRMAN & CEO, _ZUORA_, INC.: Yes, good. I almost didn't make it.

CHRISTOPHER DAVID MERWIN: Yes, I know. Barely made it from the airport, so we do appreciate it. So you left Salesforce to start _Zuora_ about 12 years ago, and you had a vision that large parts of our economy would shift to a subscription model, you actually wrote a book called Subscribed, which outlines that vision. So for everybody here, maybe you can talk a bit about the business model that you have and the vision you're -- for you foresee for our economy shifting to subscription.

TIEN TZUO: We're a Software-as-a-Service company, obviously. So if you look at us, our business model is going to look like a Software-as-a-Service company. What's probably more interesting about us is, you guys all cover technology stocks, and so you've seen the big shift from a financial model, from licensed software to subscription models. The SaaS companies themselves obviously have a big mental shift saying, we used to sell software, and we can't tell what our customers are doing. And there was always this moment in time, we had the first 3 months of Salesforce, the system goes live, and you realize you can actually see what your customers are doing. And that was a transformational moment, right, it just changed the course of everything we wanted to do. What we're seeing is, is this is playing out across everything. And if you look at our customer sets, and you look at the nontechnology companies, call it Caterpillar,, call it Wall Street Journal, call it Ford, we're talking to furniture companies. There the same thing they said, all of a sudden, we know what our customers are doing. And this is at the essence of digital transformation, right? The essence of digital transformation, there might have been a wave that says, we're

Zuora Inc at Goldman Sachs Technology & Internet Conference - Final

going to make our existing wave working more efficient, we're going to make the supply chain more efficient, we're going to make the e-commerce more efficient, we're going to make sales more efficient. But the really transformational change, it says all -- our whole business has to change. My business has to change because I know what our customers are doing now, and that leads right down the path of what we call a subscription-based business model. And so whenever Mark talks about the word model, he will always say -- we have 2 new models, right? He talks about a third philanthropic model as well, but as we technology model, but just as important as to do pay-as-you-go subscription-based business model. And the reason we started this is -- the company as we know, we said, you know, there's nothing about preaching subscription-based business models for 9 -- I was there for 9 years, for Salesforce, that's specific to the software industry. All of this applies to every single industry, and what we've seen in the decade that we've been around, is really that playing out. Every single company in the world is wrestling with what do we do? Our fundamental business model of selling products is wrong, and we need a change. And that's why they're looking with us.

CHRISTOPHER DAVID MERWIN: Got it. So when we think about the opportunity by vertical, you've had at a lot of success in technology, you had got a lot of success in media. You've talked about strong momentum in automotive and manufacturing.

Questions and Answers

CHRISTOPHER DAVID MERWIN: Can you walk us through how you foresee a lot of the other verticals, whether it be utilities or telco, increasingly shifting to a SaaS-based billing system like yours? And what would ultimately usher in that replacement cycle to get them onto your product?

TIEN TZUO: At the core of it, is there's 2 core things, right? There's the pace of technology, and then somebody in that industry is using technology to create a disruptive force, right? And so we've talked last earnings call about having 6 of the top 10 car manufacturers, and we're working with them on their connected car platforms. Obviously, Uber's there, but every single car coming off the assembly line is connected to the Internet. And so, these guys are saying, well, what do we do? What do we do with this capability now? And do we -- and then -- do we let them order connected car services, find a restaurant, find a gas station, right, find a parking spot? Or does this lead to eventually -- or do you let them control the car right from the phone, you see a lot of capabilities, or does this eventually just become, you subscribe to the car. Right? And so these companies are all thinking about customer-centric business models. I mean, we were just talking to a -- there's a lot of -- a contact lens company, right? It's a very large company. And they're saying today, our business model is, selling 1 contact lens at a time. You go to the store, you get a checkup, right, and they're saying, this doesn't make any sense, right? This is something that has to happen on an ongoing basis. How do we establish an ongoing relationship so the customer doesn't choose every single time, I'll go to this place, I go to this place, I'll switch contact lenses, right? But how do we build an ongoing relationship? And with technology, we can actually know, right, when they're supposed to get their checkup, when -- they're even saying, look, with the medical devices that we have today with the retinal scans, we can actually have early detection of medical problems, right? And apparently, there's a way to detect the early onset of Alzheimer's through this thing, and we have all these capabilities now. But we have to rethink what we do. And that's at their essence of their digital transformation, it all starts with, we need to know who our customers are, and we need to have a business model that engages with those customers on an ongoing basis, right? This is Amazon's business model. This is Uber's business model. For Disney to be -- Ford's business model, Caterpillar's business model. That's what was going on. So you pick the industry, so to simplify it out, we've seen in technology, that was the obvious place, software, we've seen the hardware companies really going through their transformation today, saying, look, it's not about selling computers, I've got to sell compute power in the cloud, right? You're seeing the media companies, right, and we all know the story there of video streaming, music streaming and content. There's a wave of what I'll call electronic products. Products that have electronics embedded in them. And so, powered products, right? So these are cars, these are tractors, these are appliances, right? Every single appliance, if you buy an appliance now, it's connected to the Internet. You can control your washing machine if you buy it now. And so the washing machine manufacturer is saying, what do I do now? What can I do now? I know what my customers are doing, I know how often they're washing their dishes, I know how often they're washing their clothes. How do I now use this to transform what my company does? And then the next wave of that we're seeing is actually the physical product companies. And so the furniture companies are saying, well we're selling office furniture, we can tell now, through a layer of technology that you embed in the chairs and the tables, how often these tables are being used? And so this is the #1 problem that facilities managers have. I don't really know how much space I need. I don't really know people are really using this space, right? My dumb formula is saying, number of employees, number of desks. It doesn't really work. And we can now gather all this information and play it back to these companies. And that's what we're seeing. But every

Zuora Inc at Goldman Sachs Technology & Internet Conference - Final

one of these things, is a service, right? It's not a product -- it's not a product that you sell, but it's a service that you provide and so that's the transformation that companies are going through.

CHRISTOPHER DAVID MERWIN: Got it. So when we think about expansion of the business, it's been very healthy. You've sort of given longer-term guidance for 108% to 112% expansion. You've trending, I think a little bit above that lately, and the balance of your long-term target of 25% to 30% is new logos. So can you talk a bit about if -- sort of how do you foresee the pace of new logo growth going forward, and particularly penetrating some of these verticals that you spoke to?

TIEN TZUO: Well you talked about in your report about our TAM. I mean, here's how we think about our TAM. We think that from a long-term perspective, every single company is going through this transformation, right? Every single company's is wrestling with, I can't just continue to sell products. One is, I'm going to be outcompeted or disrupted by somebody else if I continue to that. And then 2, a business model where I know what my customers are doing and I'm servicing my customers is inherently a stronger business model. You guys know this because that's what you see in software. Now just imagine the CFOs of SaaS companies transplanted to these gigantic industrial companies, but they're going through the same exact thinking, and so then how do we, counting a 10-year head start in providing a set of tools that allow these companies to transform, navigate that. And so the 2 things we said is, look, because this is an evangelical sale, this is a transformational sale, we're helping companies understand how they need to transform. The initial cost of sale of the new logo is going to tend to be higher, right? But we built a business model that says, we will grow as these businesses grow. And so at a macro level, right, when you look at just cars, which is only one sector that we're in, right, and you can expand to say the whole connected car ecosystem, right? So it's not just the car manufacturers, but it's SiriusXM, right, it's OnStar, it's all these other services. Our goal then is to land and plug-in, like, we're the commerce engine, right, the subscription commerce engine that gets plugged in. And then what happens is, as the industry shifts because it will inevitably shift, just like the software industry shifted, just like the media company shifted to subscription-based revenues, those revenues will simply flow-through our] [servers], and then we'll get the uplift. And so how do we balance that at a macro level? We say look, that's just 50-50, like 50% of our growth is going to be making sure we land the new logos and we're doing that more and more efficiently, you can see that in the numbers. And the other 50% is working with existing customers, making sure they're successful, onboarding new product lines, onboarding new business units, and then just waiting for them to be successful and once their revenues on a billing basis, on a revenue recognition basis, pulls through our systems, that also enhances the business model as well.

CHRISTOPHER DAVID MERWIN: Got it. One other tale in the growth is that partner ecosystem that you've built and are continuing to build, and at Dreamforce this past year, I think Deloitte featured **_Zuora_** as part of a digital transformation for enterprises. So can you talk a bit about your relationship with partners and how we should be thinking about that aiding new logo growth going forward?

TIEN TZUO: So it's -- the SIs are really, really important for what we do, right. If you look at what we did, it's digital transformation, in these companies. And so yes, there's a billing revenue recognition subscription management engine, but there's a broader business model transformation, there's a broader process transformation. So some of the projects that we're in, the SIs are, we'll get, call it, single-digit millions, the SIs will get double-digit millions, right? They'll get $40 million, $50 million, $60 million on -- of a consulting fee. So that's really, really rich for them. We are an ERP implementation, and so we're going to skew more towards Workday in terms of the number of -- the amount of services required to bring these systems live, all right? We got to go into the finance department and we're plugging into the billing processes, we're plugging into the collection processes, we're plugging into revenue recognition processes. And then we expand out, right? The thing about the subscription business model is finance is no longer isolated. Pricing, packaging, that marketing wants to do, intersects with finance, right. The information that the sales people need in terms of how to do upsells, how to do renewals, is coming out of the financial systems, right? Collection processes are no longer just financing, look, I shipped you the product, you owe me money. It's well, is the customer happy? Are we going to turn off the service? Are we not going to turn off the service? There's a coordination between finance and sales that has to happen. And so there's -- our implementations tend to be ERP-like implementations. And in the SaaS industry, right, we haven't even started it. Salesforce has been dominated more by departmental solutions, which are interesting. But from a long-term perspective, it is these big implementations where you go into a company and you transform what the company does, and you're running the company's business. These are the true, true big, sticky implementations that carried Oracle through, right, decades, it's carried SAP through decades. And that's our world. And the SIs are definitely a big, big part of that world. And so we started talking about that, right, a couple of quarters ago on an earnings call, highlighting projects and accounts where we're working together, and we've signaled that you're going to see that trend continue to increase, right, just on a natural basis.

Zuora Inc at Goldman Sachs Technology & Internet Conference - Final

CHRISTOPHER DAVID MERWIN: From a product perspective, you got your core billing product, and through an acquisition, you added RevPro, which helps companies gets ASC 606 compliant. I think the attach rate for RevPro is about 10% today, but given the importance of companies becoming compliant with 606, can you talk about the path of that, that attach improving over time?

TIEN TZUO: So people don't -- revenue recognition, esoteric topic. And when you really drill into it, and so it's not something that we all -- we all kind of get, okay, Netflix, we all use it. These subscription-based business models are destroying revenue recognition, I mean they're just absolutely destroying it. We've got companies now where they've got to report material weakness in their systems, right, and because of the way they did revenue recognition, either homegrown systems, on Oracle, on SAP, and you say well, why? Why is this? Why is this? And it's because the old model was a simple order model, where, give me -- I will buy this product, 5,000 units of this, and the revenue recognition was pretty simple. And now you've got a long-term customer relationship, right, and I'll give you an example. Say the company sells digital assets, and you buy on a usage-based model. And because of the usage-based model, revenue recognition is based on the units you consumed. Well, not exactly. Because they have each -- if you buy 30 units of capacity for 30 -- you pre-paid 30 units a month. You use it or lose it. So at the end of the contract, whatever you don't use, you get to collect revenue from. But then a customer says, well, I don't want to wait until the end, right? Because even though they buy 30 units, they really only used 20 units in a month. And so I'd say, I want to use 20, not 30, and how do I smooth out my revenues, otherwise, I get this big spike at the end, right? Which destroys my financials. And the auditor says, okay, you could do that. And now, their homegrown systems basically said, well, we never understood what a 2-year contract was. And they started at the end of the first year, they started taking the second year revenue. They thought it was a breakage fee, it's like we're going to recognize the entire second revenue on the last day of the first year. And it just didn't make any sense, and nobody realized, this has been going on for years with their homegrown system. And so you say, gosh, okay, how does Uber recognize revenue? How do you recognize revenue for Amazon Prime? Right? How do you recognize revenue for all these usage-based models? It's a huge mess. And then on top of it, these subscriptions keep changing. And so, the software companies say, I'll do a 12-month contract. And of course, the whole point is to upsell, you guys love net dollar retention, what does net dollar retention mean? Net dollar retention means at some point during the year, the company came back and said, give me 3 more users. Give me 5 more users. Let me -- upgrade from professional edition to enterprise edition. So in the course of this 1-year contract, you're doing 3 or 4 changes. And for every one of these changes is -- yes, but you billed for like these 9 months already, right? And so if you bill for it, you recognize for it, but you upgrade it, what the heck do I do with all that? It's just destroying -- Oracle, SAP, it's destroying all the traditional accounting systems. And we can see this. We can see this because every SaaS company is wrestling with this. And we were going down the path saying, well look, we understand how to do this on the billing side. At a high level, it's the same idea on the revenue recognition side, but it was complex enough, we said, look, we -- we get this great partner that our customers are using, and we wound up acquiring these guys. But if you think about the level of billing complexity that we absorb -- revenue complexity is probably like another order of magnitude higher. And it's not going away, right? It's not going away. So people think okay, well this is just a compliance thing, right? So like the old GRC thing, where there's a period in time or a SOX thing, where you have to put in ASC 606 compliant solution, and you put it in, and you're done. No it's not ASC 606, it's the complexities of all these new business models that are destroying the finance department.

CHRISTOPHER DAVID MERWIN: So I want to talk a bit about the pricing model first, where you charge customers a platform fee, but then you also get paid on transaction volumes. So in that way, do you participate in the growth not only of your customers but of the broader subscription economy? So maybe if you could just talk a bit more about that pricing model, why you designed it that way, and, yes?

TIEN TZUO: Well we're odd, right, because we drive pricing for all these companies. And so we obsessed about pricing, and we have data. And so we've been looking at the data. And so as an example, our data scientists will look at all the data, bucket it, right, just try to be scientific about it. Customers will do usage-based models and their pricing model had additional 8% growth. And so 20% is 28%. So it's much faster, right? Additional 8% of growth is just obviously a lot. But if you use a pure usage-based model, it's actually worse. So there's some weird thing of okay, this is no usage-based, you have 50% usage-based, and then you keep on doing all usage-based and your growth actually slows down. And so that -- goes okay, there's something about having the right balance between fixed fees and usage-based fees. If you think about the old cellphone plans that were minutes, right, when we used to do calls on our cellphones. Those were like that. We also found that companies that were -- set it and forget it, $10 a month, right, never have to change it, or it's $100,000 a year, right, B2B. And they only talk to their customers once a year, or once a month at the renewal. And these are companies who are on average, 1 out of 10 companies

Zuora Inc at Goldman Sachs Technology & Internet Conference - Final

come back and say, I want to make a modification, right? I want to pause my subscription, I want to add users, I want to upgrade, whatever it is. These guys grow twice as fast as the set-it-and-forget-it guys. Right. And then you push it even more. On average, if every single customer comes back once a year and makes a change, that bucket, they grow 3x faster than the first one. So that richness tells you, why net dollar retention is so interesting for you guys, right? But how do you drive that net dollar retention? You drive that net dollar retention by having some sort of model, right, where the customer -- the value that the customer is getting from your product is built into your growth rate. So the more value they get, you just simply grow with them. And then to get them to come back and engage with you over and over again, buy additional products, buy more seats, buy -- upgrade it a tier, and so on and so forth, and that engagement is what drives that long-term growth. And so, look, we have all this learning, we obviously share with our customers. But we've applied it to ourselves. And so, from our pricing model, our wrestling this is okay, these are big projects, and so a pure usage-based model doesn't make any sense for us. All right, because Caterpillar might say, look, I want to spend $1 million on this project, but I don't know why revenues are day 1, this is a brand new thing. Right? And so how do we size that project right, and that's why we have a platform fee. But then, how do we grow? Right? How do we grow with the customers on the usage-based component? And now, how do we have multiple tiers, so when you're a startup, right, and you're only going to spend 30k, 50k. But 3 years later, like you're saying, we're going public, right. We need rev rec, you need -- how do we upgrade them on my continuum? But our whole pricing model is based on it, it's based on learnings, how do we have a usage-based pricing model, so customer values translated to growth is correlated -- highly correlated, and all we do is focus on delivering customer value, we grow, right? And then how do we have multiple reasons for customers to come back to engage with us throughout the year? The more engagement, the better.

CHRISTOPHER DAVID MERWIN: In terms of macro, we've had a very healthy IT spending environment for a number of years now, we have a CIO survey that, in '19, CIOs basically said, while they do expect to spend more in '19, it wouldn't be as much as what they had expected for 2018. So we think it -- take a step back and think about macro, I guess, what's your view on that? But more so, like how would macro affect your business, especially in light of the structural growth you see in subscription?

TIEN TZUO: Yes. Look, we're a $200 million company, all right? And it's a huge world. And so, at our size, I'm not saying macro shouldn't matter, but it should not be the dominant factor, all right? And the macros factors, if you're Cisco, if you're Microsoft, if you're selling commodity product, right, and those things start to affect you, right? But a lot of what we do and a lot of other companies here, we're in the heart of companies' transformations. And so it's not like digital transformation's going to take a break just because of the macroenvironment, right? You might cut your spending on Amazon or your phone, your TV policies, right, whatever it is, you're going to find ways of saving money. But the force that's driving transformation, the disruptive nature of what's making you say, I've got to change as a company, that doesn't go away, right? And the dollar amounts that you're spending on us at a macro level is small enough. And so that's not going to be the place that you cut. And we saw this at Salesforce. You hear Marc Benioff said this over the years, that during the 2 downturns in 2001, 2008-2009, that's when Salesforce saw the surge. And it's hard to say, is that going to extrapolate to us, I mean, who knows, right? But why was there a surge there? Because companies still needed to get to know who their customers are, right, transform their sales forces, transform their call centers, they needed a single CRM database, and that was still a strategic project. But that now, spending $10 million to do it on Siebel or Oracle or SAP, just didn't make any sense, right? And that's when these companies really -- the big companies really started using Salesforce in '08, '09, in that downturn, and on a mass scale. And so it's not clear, it's not clear that, just because there's a -- if there is a downturn in IT spending, that it should affect companies like us.

CHRISTOPHER DAVID MERWIN: .

I guess, at a higher level, can you talk a bit about how you thinking about investing in the business and managing the pace of growth? I think, you mentioned to me in the past that you do see the subscription economy growing 25% to 30%, if you go out and hire a bunch of enterprise sales people that may or may not change what is pretty steady growth in this bigger-picture trend. So with that being said, can you talk about what your investment priorities are and how you think about managing that?

TIEN TZUO: Well, we're probably talking to virtually every company that's going through this, right? And 1 big vehicle for -- marketing vehicle has been, turned out to be really relevant for us as we publish this book. We published this book called Subscribed. In Japan, for example, it's on its seventh run. And so the fact that the publisher says, I see enough demand to do run after run after run, you could sort of see that -- that continuous run, and the other translations are starting to hit this year. But what that does is, if there's a company saying, I got to rethink my business model, that has to be a customer-centric business model, they want to come in to us. And so we can sort of modulate -- we have a good pulse of how many companies doing, the

Zuora Inc at Goldman Sachs Technology & Internet Conference - Final

pace of their transformation. We can tell, for example, yes, something was going on in cars. You see in the last earnings call, we highlighted something feels like it's going on utilities in the same way that cars started moving 2 years ago, a little bit more outside the U.S. Right. The retail sector, it always makes a lot of noise. The financial services sector is really interesting, right? There's something going on, Robinhood, that's causing all the financial -- Robinhood like services, that's really causing a lot of conversations in the financial services sector, that says we're going to have to change. Membership organization's another one, right? It's sort of a subscription but has been so static that look, every health club is now saying, we're competing with Peloton, right, and what do we do about that? And should we have a Peloton-like service, right? How do broaden what we do, because otherwise, that spend on health clubs is just going to go to SoulCycle or Peloton or this new Mirror thing. And so, how then do we make sure that we've got enough feet on the street to have conversations with these companies, right? Obviously leveraging their size, right, allows us to amplify those conversations. Right, that's why the impact that an individual field person has, but that's how we think. And how do we balance that, because we do. We are a public company, and we have a commitment to saying, look, we're not building a business model, we're just throwing money at it. But how do we make sure that we continue to hire, but we're not getting to the point we're seeing decreased efficiencies, right, in the sales model. And so all this was our thinking, saying prepare it for a public company, and it's all how we communicate, which is -- we're incredibly excited about the opportunity. Every single company is wrestling with this. How do I avoid the temptation of just hiring 300 sales people in the street, right? Well let's put an efficiency factor, right, on top of what we do, and make sure that we're managing the efficiency of our sales team so that we can continue to show efficiencies in how we build a business model. Because, look, as a SaaS company, you guys know, right? Every SaaS company's long-term business model looks kind of exactly the same, right? 80% gross margins, right? We have 10%, 15%, 20%, whatever they chose to do, 10%, 12% in the G&A, 15%, 20% R&D, it's going to fall into that mode. And so when you guys are investing, it's like, well, we want to make sure this company is going to fall into that mode at some point in the future, right. They're guiding towards it, but then we also have to balance that with, okay, but we also have a massive, massive opportunity in helping the best and the biggest companies in the world transform, and how do we make sure we're the company that they're talking to, and we're meeting their demand.

CHRISTOPHER DAVID MERWIN: What about the competitive environment? Are you seeing any encouragement from European vendors who want to get into subscription billing? And from a product perspective, where do you sort of see a need to be innovative and stay a few steps ahead of the competition?

TIEN TZUO: Yes. I think, our truth is, and it's strange to say this, and you always want to question yourself, right, when you say this, but we don't see a lot of competition. And so you break into why, right? In Salesforce, I mean, people think they have no competition -- Salesforce is a highly competitive environment, the first 5, 6, 7 years. I mean, especially with all the client server legacy applications that are still out there, Saleslogic, it is highly competitive. And we're in a weird place where it's just not. And the explanation I can offer up is probably 2 things: one is, as a person working on the product, it is a very complicated, different product, all right? And it takes me back to early-'90s, late-'80s, when Oracle was starting to build what ultimately became Oracle Financials, right, GL, AP, AR, project accounting, fixed assets, I think were the first 5 modules. And there's that skill set of going in and truly understanding the infrastructures of a company, but in a different way, right? And so we need people that can cross over, that says, I understand what the financial application, I understand -- I understand what a billing system looks like. And it gets into the minutia of all those things that I just described, right? You changed a subscription year, what are the revenue implications, what are the billing implications? And requires an engine inside the ERP system, right, that actually understands all these things. Long story short, for Oracle and SAP to do it, they have to scrap what they do. They have to rebuild financials from the ground up, and they haven't shown that they want to do that, right? They've shown that I want to just take financials and put it in the cloud. And that gets into the macro of what people like you are putting -- and customers, are putting the expectation on Oracle, which is, you've got to transform what you're doing into the cloud. So Oracle and SAP are so busy just thinking cloud, right? And thinking, well, how do we chase Salesforce? How do we chase Workday? And how do we continue to show growth in cloud revenue? That -- when we go talk to them, because it's a small industry, they're not thinking about this. And by the time they think about this, it's going to be another 5 or 6 years.

CHRISTOPHER DAVID MERWIN: I got a couple more, but before I ask, if there is any questions we have from the audience?

TIEN TZUO: Ask [Kurt]. Ask Kurt what he think about subscriptions? And what's he doing for his customers in the area of subscriptions?

CHRISTOPHER DAVID MERWIN: I think we had a (inaudible)

TIEN TZUO: He's not going to say anything. I mean, you never asked. It's just not what's top of his mind.

CHRISTOPHER DAVID MERWIN: Got it. So one more for me, is, in terms of the enterprise, mid-market mix, I think we've seen an increasing percentage of new ACV coming from customers paying over $100,000 with you. At the same time, you have had a lot of success with mid-markets. So how do we think about that mix evolving over time, and are you investing in your sales?

TIEN TZUO: This is a big company play. This is not a small business play, right. So at our size, Salesforce probably had, probably about 15,000, 20,000 companies, we have 1,000, right? And we think about as like -- do we ever do like a 5-person startup edition? All right, we get like bloggers out there that says, look, I'd love to have a membership, right? Like 1-person organizations. And that's not us. This is a big company play. And we dabble, we -- what's better than rather dabble -- we sell into the startup community. But these startups are all saying look, we're going to go public one day, right? I mean that's their ambition. They don't all succeed. And so the reason we draw the $100k is not to say, well, look, check it out, big deals, small deals. The reason we draw the $100k is, if you do look at our startup communities, Series A, Series B, Series C, we love this community because they do grow up, right? And so Avalara, Foresight and Pivotal, all these IPOs today are using us. We're in the middle of a lot of conversations with companies that are going to IPO, because like we're the infrastructure that's going to enable them to do that. And -- but for every Foresight, there's 5 companies that you guys will never hear about, right. And so, when we start looking at customer counts and stuff like that, that segment really creates a lot of noise. And so we say look, the $100k, know that 80% of our revenues is $100k and above, right, so it's real -- we're not cherry-picking things. But let us draw that line, we report the customer kind of above that, so you get a good sense year-over-year of where the true customer base has grown, all right? And yes, when we close, say, a 30k, 50k Series B, Series C company, 2 years later, right, they grow up -- they're going to cross $100k threshold, right. And it's an arbitrary number, right, we could have picked $90k, we could have picked $85k, but it's just to draw a line so that real companies and aspirational startups, right, this is how we think about it.

CHRISTOPHER DAVID MERWIN: I guess, we only got a couple minutes left, but bigger picture, what would you say is maybe a biggest misconception about ***Zuora*** and -- that you hear and the opportunity -- how do you...

TIEN TZUO: I'll tell you, it's -- and this happens with every fundraising cycle we've had as a private company. And now, every conversations with, like for the folks in the room. When I play back my conversations with you all, it's -- it goes something like this, right: It's -- what -- the subscription's what? Right, and then, I only get it, right, Oracle ERP, it's just a financial application. And then all of a sudden, it's like holy (expletive), like everything's going subscriptions, right? And then it's like, well why aren't you guys growing faster? And so it's either like, okay, I don't really understand why (inaudible) and it's like, well you guys should be counting everything in the world, because everything's going subscriptions. And the reality is, it's somewhere in the middle, and everything is absolutely going subscriptions. But if you look at the pace of change in the software sector, changing to subscriptions, right. Salesforce is about to celebrate its 20th birthday next month. I think it's March 9. Drilled into my head. And it's just been 20 years, it's been 20 years, and you guys are still talking to a lot of software companies, I think, was it Citrix that had an announcement, it's like well, the percent of our revenue of subscriptions, it's still kind of flat, but it's coming, right? And so change just takes time. Change just takes time, and that's why we say, look, the way we think about this business is, am I still going to be doing this company 10 years from now? And I say like, I kind of have to, right, because the job's not done. The job's not going to be done in the next year or 2. And there's just too many companies out there saying, what do we do about subscriptions? We're getting invited to the board rooms of all these companies, and say, well what do we do about this thing, right? But then, that same contact lens company, because again it's a giant company, how long is it going to take for them to transform? Maybe 2, 3 years. Now, our company's not betting on that, right? We have all these engines, we have an engine in tech, we have an engine in media, we have an emerging engine in auto, I highlighted utilities and membership organizations, and hopefully we'll be able to talk more about that in future earnings calls, right? But these are really, really early. But so that's why half of the work is making sure like we're work -- talking with all of these retail, all these new companies coming in, and then making sure we manage the business well. And so that's why, when we net it down, we said the right thing to do for us, to help you guys think about us, is it goes back. Just think of this as a 25%, 30% grower over a multi-decade period of time, right? Because that's how we have to manage this business, to turn this opportunity into a large company. And yes, there might be short-term fluctuations and so on, so forth, and right, we're burning cash, and we should you should grow a little better than that, right, but that's how you should think about us, all right? And hopefully, our first 3 quarters as a public company, you're seeing, we're just doing that. We're going to do that, and we're going to see if we do that as many quarters as we can.

CHRISTOPHER DAVID MERWIN: Okay. All right, I think we're about out of time. But, Tien, thank you so much for being here. Appreciate it.

TIEN TZUO: Sure. Of course.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** February 18, 2019

---

**End of Document**