# Exhibit T

## *Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final*

FD (Fair Disclosure) Wire

February 26, 2019 Tuesday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 5432 words

# Body

Corporate Participants

* Tyler Sloat

*Zuora*, Inc. - CFO

Conference Call Participants

* Stan Zlotsky

Morgan Stanley, Research Division - VP

Presentation

STAN ZLOTSKY, VP, MORGAN STANLEY, RESEARCH DIVISION: All right. Good afternoon, everybody, and thank you for joining us today. I have the pleasure of hosting the CFO of *Zuora*, Tyler Sloat. Tyler, good afternoon. How are you?

TYLER SLOAT, CFO, *ZUORA*, INC.: Thank you. Good.

STAN ZLOTSKY: So before we get started, we have to read very exciting things. First one, I'll go first. Please note that all important disclosures, including personal holding disclosures and Morgan Stanley disclosures, appear in the Morgan Stanley public website at *www.morganstanley.com/futuredisclosures* or at the registration desk.

Tyler, your turn.

TYLER SLOAT: I'd like to remind you today's discussion may contain forward-looking statements about our expected financial and operational performance. I would ask you to refer to our various risk factors included in our 10-Q and SEC filings relative to any forward-looking statements. Thank you.

STAN ZLOTSKY: With that said, we can say whatever we want. Tyler, well, thank you so much for your time today.

Questions and Answers

STAN ZLOTSKY: So given that *Zuora* is a relatively recent IPO, maybe just start off with a quick overview of what the company does, how you operate in the Subscription Economy, and then we'll dig in.

TYLER SLOAT: Sure. So I'll cover our reason for our existence. Our founders, about 10 years ago, came out of Salesforce and WebEx, and they saw a problem in their companies at that time, which is effectively a good -- they're introducing different business models that were creating a transaction set that was having a lot of difficulty being executed within the ERP. Tien

came out and said, "Hey, it's actually not going to be a SaaS issue. This is going to be an issue across multiple industries." In fact, all companies are going to kind of shift to a business model that we call subscription, and we call the whole thing Subscription Economy and founded *Zuora* on that premise. So essentially, we are the only pure play business doing what we do, which is essentially enabling our customers to launch, mesh, transform, account for their subscription business.

STAN ZLOTSKY: Well, you've mentioned like the roots, right, started with SaaS, but Tien very quickly saw that this isn't going to be just a SaaS problem. And what we've seen is you've definitely expanded well beyond technology and software, recurring revenue software companies. What are some of the bets that you guys are making into other industries outside of software and tech that you're really excited about?

TYLER SLOAT: Sure. Tech is still really important for us, so about 50% of our business is tech. In tech, it's SaaS and cloud. But also, you see a lot of hardware now shifting, and we think that's pretty early in that shift. But on our last call we highlighted that, hey, we're in a lot of different verticals now, companies that are seeing business model transformation and they're shifting their business models. The one we highlighted was a subset of manufacturing, which we've said manufacturing is our fastest-growing vertical, but we highlighted auto as part of that. So we're now 6 of the top 10 auto manufacturers around the globe, using us as their future-connected car kind of platform. But before -- like as an anecdote for what we thought we see happening in auto, which is a very long game, we highlighted media and publishing. And we started there like 67 years ago. And arguably, I would say we own that space for what companies who have entered into a digital media strategy. And in there, that's now 13% of our revenue, which is the only other place that we highlight. So 50% tech, 13% media and publishing. So what are we doing for them? We're essentially -- for these companies who are print media companies that have gone into a digital world, whether introducing payrolls and things like that, they will put us in to manage the entire payroll experience.

STAN ZLOTSKY: But one of the things that I find to be really interesting is that some areas that were just completely -- you don't really think about. It's something that would deleverage the Subscription Economy actually has subscription pieces that are tied into it. For example, I just bought a new toothbrush, and it has an app. And in the app, you can sign up. Which one was it? On the Philips Sonicare.

TYLER SLOAT: Yes.

STAN ZLOTSKY: And they pay me for this. And they...

TYLER SLOAT: No, no, no.

STAN ZLOTSKY: And they have a subscription in there where you can get toothbrushes delivered as your existing toothbrush wears down. What are some of the nontraditional use cases that you see popping up as the Subscription Economy really...

TYLER SLOAT: We think Philips is a great example, right, and we know the company very, very well that they're not even thinking about toothbrushes. They're also think about other lines of their business around more towards the medical side of it, all the way through to the B2C side, which is the product that you're talking about. Even that product, in particular, like these companies are all testing, right, because that one is -- they started with an app on how to brush your teeth, right. And then what you've learned is that, okay -- and by the way, he didn't key this up. I didn't know he was going to say that. We just know the company really well. People learn, take the app, then they're like I don't need to use the app anymore. And so then they started looking actually this is more about the experience of brushing then how can I have a replaceable head, something like a razor-blade model on an electric device and then push new technology through that electric device. We're seeing that with all kinds of use cases, even within the Philips world. But it's a great example of how all of these companies are moving. I equate it also to just IoT everything, where it's just a big word, a big acronym in kind of the investor world. But for us, it's all about what these companies have done over the last 10 years in lighting up devices. And then those companies trying to figure out how they have a modernization model but also a direct-to-consumer experience based on the data that they're gathering. And so a lot of companies are testing it, but they will come in and they put us in as a platform. We become the kind of customer system of record, and then they start testing a bunch of stuff on us until they get -- kind of get to something that sticks.

STAN ZLOTSKY: So in the context of all these companies are moving towards subscription offerings and whether you're a big established CPG or manufacturing, whatever company it is, or if you're a startup today in the Valley, unless you have some kind of subscription offering, you're not really getting funded. So how does that all boil down into the addressable market that you guys are going after?

Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final

TYLER SLOAT: Yes. We talked about a $9 billion TAM that we're attacking right now that's essentially -- that's third-party research, right, because we can do our own work. I think you guys have a bigger number than that on us. That is part of a broader $40 billion ERP TAM that we are clearly claiming some share of wallet against. The question on how that grows is the real question, and that -- we've talked about verticals that are entering. We've talked about new examples of companies, a lot of them are just anecdotes, and I wouldn't claim that you have whole new verticals until we see some scale in those verticals. I was just in a meeting that I highlighted on our last call, we kind of talked about membership businesses that we're starting to see some interesting stuff around, starting to see some interesting stuff around utilities. That is a new vertical. I would argue we haven't really even touched telco, which is -- has very entrenched players like Amdocs, yet we have like a full-blown telco that we run in Canada. We've got divisions of AT&T. We do Vonage's B2B business, right. So we have pieces of it, and it just starts over time. That's how our TAM grows as well. And then clearly, as we add new products that would be outside the realm of $1 billion of revenue recognition, that's the other way to increase TAM.

STAN ZLOTSKY: Got it. Well, so we're going to end with you as the CFO on products, obviously. But before we get to that, just one of the things that I hear a lot from investors is, look, these guys are going after a large addressable market. They are the leader in the space. But at the same time, why aren't you growing 50%, 40%, right? And a lot of times, what I feel the answer has to do with is that there's a fundamentally different nature about Subscription Economy versus a lot of the other software products that software investors are used to, right? What is it about -- different about Subscription Economy and the pace and growth there that's essential to your own growth?

TYLER SLOAT: Yes. We've been very consistent. We say, hey, we think we can grow like 25% to 30%, and we think we can do that for a very long period of time. So what gives us that kind of confidence? It has everything to do with the pace of the Subscription Economy as a whole, right. If you use it for everybody to see kind of cloud now where maybe 15 years ago, it wasn't that easy. I've been with the company for almost 9 years, and I remember going early to investor conferences and people questioning whether Subscription Economy was even a thing. And now the question is why aren't you growing faster, right. It just speaks to, okay, how quickly kind of the noise of it all has happened, yet if you actually look at the companies and how long it takes them to shift and actually create sustainable business models around it, it's a long game. Like autos, that's a very long game. These guys think about a 5-year cycle just to get a new car out. Now they're looking at the next car, the car after that and saying, "Okay, we're going to be selling lots of them, but we have to have something else, and it's going to be something for the next 20 years." We come in. We become a platform. We ran pretty heavy on some of the platform fees. We can land up to $1 million, and then we have a business model that allows us to grow as these companies grow. How fast is that going to be? We say 25% to 30%. If it outpaces that, we clearly want to grow faster. But right now, we think that's the pace of the market, and that's what we intend to do.

STAN ZLOTSKY: And in order for you to hypothetically grow faster, right, is that something that you, yourself, would be -- would have to really push, whether it's hire more salespeople, go much more aggressively at the market. Or is it just a matter of, look, clearly, you said 9, 10 years ago, Subscription Economy was a concept people weren't really even thinking about it. And here we are, right? So could it be that we're going up this curve, this adoption curve of subscription and we can get to this point where all of a sudden it just inflects, right? So how do you think about that trajectory?

TYLER SLOAT: Sure. And I'll answer the second point of your last question, I forgot to answer it. Like, why aren't we like the other companies that are out there? There's a lot of SaaS companies growing at 50%, 60%, 70%, and a lot of them are our customers. Those are companies that I think are in a market share gain, right, where the more they spend on sales and marketing to acquire the market at a point in time against the 2 or 3 other competitors who are doing something very, very similar, and then that 70% is going to go to 50% to 20% to who knows what percentage. We're saying no. We're going to be steady. Now if we -- your question, if we see an inflection point, sure, we're going to go grab it. But what we do know after 10 years of experience is that you can't go force companies into these business models. You cannot convince them that they should be in a subscription model if they haven't come to that conclusion themselves. So we spend a lot of time nurturing and getting folks to our events and doing things, and we call it like a theme campaign. We do see early movers in an industry, we'll absolutely talk to their competitive companies in that profile. But the best way to waste sales resources is try to go sit in somebody's lobby and convince them they should do this. So we've learned a lot over time that once we see a catalyst, then we pounce, and we actually go make that an opportunity. But until we see it, we don't actually go after it. So it's not like we could just blindly just go hire another 1,000 reps, and we are going to grow infinitely. It just doesn't work that way in this market.

Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final

STAN ZLOTSKY: Got it. Got it. That makes a lot of sense. When you do get into these kind of situations where a company in a specific industry, they're starting to do something with subscription and you subsequently kind of -- you pick up on it, and you say, "Hey, Mr. Competitor, why aren't you guys doing it? And why don't we work with you?" At what level does that conversation take place?

TYLER SLOAT: At very high levels. If I can scroll back to like 8 years ago, our team and I got invited to go -- by Rupert Murdoch to go speak to his CEOs. It was in this place in Vegas. I didn't even know these places existed. That it was literally the 20 CEOs within these corp entities, and it was Rupert Murdoch, and he's the one asking the first questions. And actually, the team was presenting. I was just there. That is the high -- like that's the level that we're engaging. We're invited to board meetings all the time for very large companies to start to help them think about subscription. One good example is the auto industry, and we just -- it's what we talked about last, but it's something that's top of mind, where we have gone and presented to these companies, and this is an industry that shockingly they have no idea who their consumers really are. They don't have any direct relationship with the consumers. And we have a slide that we presented all the time that essentially shows, hey, the old world is you sell a product. You get that product to as many channels as you possibly can. And then at the end, there's a customer, and there's also a layer of the go to market that's in between. The new world is your customer is in the center, and you have this whole cycle of stuff, which is really all the channels that you use, how you innovate everything around that customer. We had a guy at one of the Ford -- the Head of Digital for Ford came and presented at our kickoff a year ago, and he put our slide up on screen. He said, "At Ford, we call this the money slide." He's like, "We had no idea how to even think about having a direct-to-consumer service. The only direct-to-consumer service we had was Ford Credit." And that was the only place they actually had a direct relationship with a [consultant]. He's like, "This was a complete mind shift for us," and we're seeing that across all these different industries.

STAN ZLOTSKY: So a lot of times what we hear from investors is, hey, there's a world of product. It's absolutely legit, but we feel like this is something that should be part of an ERP system, right? Have you seen any kind of competitive response from your -- from the big ERP vendors that are out there?

TYLER SLOAT: Well, our main competition is Oracle and SAP, and the companies don't want to engage in them. But it's only because Oracle and SAP are already in those companies. They are already running their financials and their ERP on those systems. And naturally, they're not even -- we're not even going to get a call if it worked. So why doesn't it work? At the core, ERP systems think about a product and they're designed from the base layer, think about a product. They think about a SKU. That SKU has a BOM, which is bill of materials. The more SKUs, essentially widgets, you sell, the more revenue you have. Our system is designed to think about a customer and the entire transaction set around a customer, and it's just a completely different mindset. So it would require a complete rearchitecture. Now the way they compete with us is like BRM or the portal -- like the portal business, that Oracle, which is more like a telco, their telco solution, which is kind of what we are. When we think about what the modern-day architecture for a Subscription Economy business is going to be, we call it some kind of a 3-cloud architecture, which have got a CRM in the front, financials in the back. And in the center, you're going to have this customer system of record. And when you say customers throughout the pricing and packaging, the customer, it's all about the financial transaction set around that customer. And clearly, we are that system right now. We want to claim it, but there's an anecdote for why this is the case. And if you look at telcos, they don't run on ERPs. Telcos run on OSS/BSS systems, right. They run on companies like Amdocs and things like that. Because of the transaction set and the way they bring their products to market, our argument is like every company is going to start to act like a telco in that world. And they will all try to have a relationship with a customer the same way that telco does. And the ERPs just are fundamentally not built for it.

STAN ZLOTSKY: So -- and obviously, like the traditional ERPs are not built for it. But what about some of the other players in the ecosystem? They're private, obviously. But have you seen anything from them? Have they tried to get more aggressive or presumably are rolling over and playing dead?

TYLER SLOAT: So I think there's a ton of companies trying to do this. I mean, there really are, yet nobody's gotten to scale. And one of the reasons, it's just -- it's kind of hard. It's really kind of hard to do. It just really is. And when we're near done, right, with the innovation that we want to have. I'll give 2 examples. I mean, there's a company called Manexa. So next, we announced recurring billing essentially 4 years in a row. And every time they announced it, they re-announced it, they re-announced it. Then they bought Manexa, which is a small competitor of ours, and re-announced it again, rebranded it. It's just completely dead, right. It just doesn't exist because they try to bolt it on to their traditional system. Another one that was really close to our size when I joined 8 years ago was probably doing subscription billing and I actually talked to them before I took

Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final

the job. They ended up becoming an expert in payments because like the entire ecosystem of what we do pay is just a little piece of it, and it's really, really hard to do. But they ended up becoming an expert on that, but they couldn't finish out the rest of the ecosystem. So we had a chance to buy them. We could have, we decided not to because it wasn't really giving us that much more than what we already had. Amdocs ended up buying them and uses them as their dunning tool now for the credit card payment stuff. And that was going to be easier. So I could go down a litany of examples of how many different companies -- it's just -- it's very, very difficult to do.

STAN ZLOTSKY: There are some companies that are out there that have survived, right. There is a market for this. And I don't know, I think competition's really good, right. It makes you better at what you do. So a little bit of a provocative question. But in the sense that every company out there, most companies out there are trying to become kind of a telco and have the direct-to-consumer models, and *Zuora* becomes this -- the engine that controls and it really manages this direct-to-consumer model, in this brave new world, are you the ERP then?

TYLER SLOAT: Well, if Tien was up here he would say ERP is dead, you need financials at the end of the day. So you need a set of financials that you're going to close your books on. We don't handle any expense side of the house, and you need to do your consolidation and stuff like that. Now you can import your subledger into our system, and you can close -- you can import your chart of accounts into our system, and we become the subledger for the revenue side of the house. So we would become effectively your audited financial system for cash, revenue, ARR, things like that, deferred revenue. And then we give you all the metrics that you can't get out of your financial system like billings and backlog and MRR, churns, stuff like that. And in that world, yes, we will take over more and more as we see fit as it's -- as long as it's kind of in that customer ecosystem. Do we have any ambition of actually doing the expense stuff? No, not really. We thought commissions was kind of interesting only because of the 606 side of it, but it seems to be something pretty easy to solve right now. So...

STAN ZLOTSKY: Got it. One of the questions that we ask most of our companies, just from a budgeting perspective and spend intentions, what are you seeing from your customers as you're -- as they're starting to talk about 2019 spending tensions?

TYLER SLOAT: Is this more like the macro slowdown question?

STAN ZLOTSKY: Yes.

TYLER SLOAT: I don't know. We're not seeing it. It's -- and I think -- well, one of the questions you haven't asked yet is, like, are we an ROI sell like a savings sell or something different? And we're definitely not an ROI. So we can prove it. You're going to save money once we're in, but we are always attached to a growth initiative, right. And so when you come to think about slowdown, the companies that are not growing are the ones that are actually being disrupted the most. And those are the ones thinking about trying to change their business model and going through business model transformation, and they're the ones buying us and putting us in to go through that business model transformation.

STAN ZLOTSKY: Got it. That makes sense. Maybe just lightly touching on products. When you were starting out, right, you're a very pure *Zuora* Billing. And then back in mid-2017 bought Leeyo, which became RevPro. Now it's your second flagship product. How has this presence of the second product really changed your go to market?

TYLER SLOAT: So the go -- they are still different buyers like the RevPro sales is still a technical accounting, so they're selling to a controller or a head of revenue or something like that. They're trying to solve a specific problem. A specific problem is revenue automation. Now the reason we did that is our customers were actually telling us, "Hey, we need your help in solving our revenue problem." And with 606, revenue problem got much more complex. But the reality is the long game is that in business model transformation and a subscription model, and I should clarify. Subscription, we're not talking $10 a month, $120 a year. We are talking about a customer-centric model that can have any kind of charge model that's surrounding it that you want. It could be freemium model or a pure usage. And the simple subscription is part of it, clearly, but that complexity that happens here breaks a lot of downstream things. And one of those things is revenue. And so the premise is that every billing customer will eventually need a revenue automation solution.

STAN ZLOTSKY: So you touched on 606, and the 606 transition has clearly been a tailwind for adoption of RevPro. How are you thinking about RevPro in a going-forward basis? Most companies have to be on 606 by, I think, end of 2019. How do you think about that product in the future?

Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final

TYLER SLOAT: Yes. So I think it still holds that the complexity will break your revenue automation, regardless if it's 606 or not. I don't think the tailwind of 606 is done, and we highlighted a company on our Q3 call that it got 606 compliant through spreadsheets, which a lot did, because they ran out of time. Yet the 606 is not like SOX where you kind of get complaint where you're just doing some ongoing validation. 606, you actually have to be audited every single year. And the things like SSP and things like that can change, and so you actually have to have a solution that can spit out a number. Ironically, I think it's going to be like a lot of work for a lot of companies to get to that auditable solution, yet it still may not change their numbers, but you have to go through the work to prove it, right. So we feel pretty good about it.

STAN ZLOTSKY: Got it. And as much as RevPro came to **_Zuora_** through an acquisition, how do you think about your broader build versus buy decisions and just M&A on an overall basis?

TYLER SLOAT: RevPro was a build versus buy. In fact, we had already had billings paid for WebEx solution. And the bookings base for WebEx solution actually is a completely different one that we were already down the path we're going to build this if we don't find a solution. We -- there was 5 players, and so that was the easy one because we knew all 5, and we had a partnership with Leeyo already. Everything else, acquisitions is not part of our strategy. I mean, there's tons of stuff that we know we think we could go build. If something presented itself and is really -- really looked interesting and the price is right, then we buy it. But you have to tread lightly in acquisitions, specifically in SaaS. And then we have a lot of products that I think we can innovate a lot more on to make them a lot more attractive to our customers.

STAN ZLOTSKY: Got it. That makes sense. So we'll open up the floor to questions in a second, but I wanted to throw one out first. The partner channel is a very important part of the **_Zuora_** story and for a number of reasons. But just from at a high level, just from a go-to-market and some customer success standpoint, what is your relationship with partners? And how do you guys work together?

TYLER SLOAT: Yes. The partner channel is really important. I think it's very early for us right now, yet we have some really good relationships. They're a little bit different. On the RevPro side, the accounting firms, but it's their audit side of the house which have consulting arms to them, and they're doing implementation for RevPro. On the billing side, it's about business model transformation So like Deloitte Digital is the leader in that space. And what the GSIs have figured out is they're going to make less money on the big, huge implementations, but -- so they have to move earlier in the cycle and get more consultative. And then they design these new ecosystems that we had put in to help with their digital transformation. For us, it's important for a couple of reasons. One, over time that they would take more of the lion's share of implementation. And they could take that and actually we could sell more, but we don't have to keep scaling professional services the way we have. Secondarily, it's around the evangelism and getting customers over the hump of like should we move into these new models which we're seeing happen with some early signs from the partners. Yet it is a long game, right. You have to like -- you have to feed them. You have to train them, so they can actually go implement your product. They're not going to do that unless they kind of see it, and they build a practice around it over time.

STAN ZLOTSKY: In your long-term financial model, what is the impact that you're baking in from this growing part of the ecosystem?

TYLER SLOAT: I think the impact comes mainly from, well, efficiencies on sales, but we actually haven't really thought about building that in as much -- more on professional services where that they would end up taking off some of the services that comes from our income statement.

STAN ZLOTSKY: Got it. All right. Well, let's see if there are any questions from the audience. No?

All right. Well, let's just -- let's stick with the pardon of things -- theme for a second. In that long-term financial model, right, how much of your pro services work do you think partners can actually handle over, let's call it, 3- to 5-year horizon?

TYLER SLOAT: 3 to 5 year, I'd call more of a midterm model. Long term seems to be a little bit further out than that. I think in that model, we will eventually look like Workday from an income statement perspective whereas you see service gone 10% to 15% of total revenue. The idea, and I don't know if we'll ever get there, is that you become the gold standard so that you go to a customer and like, "Hey, you want to work with us?" We have the highest rate per hour, but we're the best at what we do for here are some partners that you can go work with, right.

Zuora Inc at Morgan Stanley Technology, Media & Telecom Conference - Final

STAN ZLOTSKY: Okay. So we've transitioned to a financial, then I appreciate that you guys are in your quiet period, so we're not going to hammer you on the quarter. But just very, very broadly, right, how do you think about your growth versus profitability framework?

TYLER SLOAT: Yes. We've been pretty open the way we manage the business, right. We break it into 3 chunks. The cornerstone of our business model is what we call recurring expense and recurring profit margin was effectively a delta between subscription revenue and recurring expense. Recurring expense is COGS, G&A and R&D, so specifically subscription COGS. Right now, we're at 78%. And at Q3, we're at 78% of subscription COGS, so I think it's good. We're trying to get that to 80%, and then you kind of just make incremental improvements as you get to scale. G&A and R&D are pretty heavy for us right now. There's a big investment here last year. G&A actually comes down to like 10% of total. And then R&D, it just depends on how fast you can take down the innovation curve. The second piece is growth, which we govern growth. So your question, profitability, versus growth. We govern our growth by what we call our GER, which is our growth efficiency and effectively our take on calculation or something like that. So essentially, every dollar we put in, what do we get back for it? And we measure that very, very carefully. We've actually said to the field, hey, by the street, hold us accountable to growing but trying to do it at the same efficiency that we've already been doing it. And so in the last call, we said, hey, we're going to maintain or improve but maintain because we've actually brought it down significantly over the last couple of years. And the last chunk, I said there were 3, is professional services, which we effectively run at a breakeven business today from a non-GAAP perspective. And that's the goal.

STAN ZLOTSKY: Got it. And for --

TYLER SLOAT: So profitability -- at road show, we said we're 3 years from getting cash flow breakeven, and nothing's changed from that.

STAN ZLOTSKY: Got it. Well, that was going to be my last question. Any more questions from the audience? Are there any questions from -- All right. Well, I think this is a good place for us to stop. Tyler, thank you so much for your time.

TYLER SLOAT: Sure. Thanks.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** March 1, 2019