# Exhibit U

## *Zuora Inc Investor Session - Final*

FD (Fair Disclosure) Wire

June 5, 2019 Wednesday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 19001 words

## **Body**

Corporate Participants

* Joon Huh

*Zuora*, Inc. - VP of IR

* Mike Aaron

*Zuora*, Inc. - VP of Product

* Tien Tzuo

*Zuora*, Inc. - Co-Founder, Chairman & CEO

* Tyler R. Sloat

*Zuora*, Inc. - CFO

Conference Call Participants

* Christopher David Merwin

Goldman Sachs Group Inc., Research Division - Research Analyst

* Hamza Fodderwala

Morgan Stanley, Research Division - Research Associate

* Joshua Daniel Bennett

Weatherbie Capital, LLC - Senior MD , Director of Research & Portfolio Manager

* Scott Randolph Berg

Needham & Company, LLC, Research Division - Senior Analyst

Presentation

JOON HUH, VP OF IR, *ZUORA*, INC.: All right. Hopefully, can everybody hear me okay? Good. Hopefully, everyone had a choice to enjoy the guest keynotes this morning and hopefully had a chance to enjoy the conference. Welcome to our first ever

investor session as a part of Subscribed 2019. My name is Joon Huh, I head up Investor Relations here at *__Zuora__*. Really excited to have you here. I think Louis over here has the record for traveling the longest, he came from London to be here in person. Thank you very much. Oh, Australia, wow, wait a second, I think Andy -- does he -- oh, Australia. Okay. We have 2 people, maybe along the record. So thank you so much for being here in person, and thank you for those of you joining us via the webcast.

Before we get started, let me go through our favorite legal disclosure slide. So take a good look. This will be up on our website later. So if you want to review this, feel free. Like I said, hopefully, you had a chance to enjoy the conference. We have a good agenda here. We're going to start with Tien, he's going to give a presentation, he's going to recap a little bit of the keynote because I know some of the folks didn't get in till later yesterday or today. And then we'll have a quick product demo from Mike Aaron, he heads up our Billing product so that you guys can see what we're talking about in terms of the innovations. We'll turn it over to Tyler. He's going to go through our business model and our financial model and our path to profitability, and he'll spend some time doing that. Then we're going to a take a quick break as we set up for a Q&A. And so I would ask you to hold all questions until the very end during the Q&A session so that we can keep on schedule and we promise we'll get to those.

All right. Before we get going, let me just give a quick few callouts to people who really helped a lot in putting this together. So Julie Riley who may have met when you were registering; Sherwin Mahbod, who is hopefully on the webcast listening in; and Ryan [Young] over here from our finance team who is helping with the slides and helped quite a bit. So thank you all.

So without further ado, I'm going to turn it over to Tien Tzuo, our CEO, to go through this presentation.

TIEN TZUO, CO-FOUNDER, CHAIRMAN & CEO, *__ZUORA__*, INC.: Thanks, Joon. Great, thanks everybody, for joining. Let me get a sense of the next room. It sounds like it's a mixed room. How many people are, say, new to the story, like brand new? Okay. So I will try to weave a few things here, but I think given the number of people that know the story we're going to assume a little bit of the pre-knowledge, but I'll try to work that out. How many people who are here saw the keynote yesterday? Okay. Let me just get a headcount how many people didn't? For contrast, all right, about half-half.

Okay. Great. I think -- well, just based on all that -- you guys know what we do, right? We create cloud services and more and more of you are going to start seeing us use that phrase cloud services versus cloud applications. I'll come back to exactly what we mean by that. Enable any company in the industry to launch, manage and transform a subscription business. And so you see what we talked about, the starting point for everything that we do, the bet, if you will, right? The bet that we started the company on, the bet that still exists today.

If you were to talk to us 3 years from now, 5 years from now, 10 years from now, I suspect it's going to be the same language, right? At Salesforce was betting on this thing called cloud computing, on-demand computing, whatever the word was at that time. We're betting on a big, big shift in business models, right? We're betting on a big shift in business models. And if you want to boil down the Subscription Economy, it's really to say that business models are going to shift away from just selling products and units of products and they're going to be customer-centric business models with dynamic business models. You have to start with the customer, you're providing a service to the customer. And you've seen us play out in really different industries and these are all the stories that we tell. And so the keynote yesterday -- and you can see us sort of push the thinking a little bit, is to sort of paint that picture. Paint that picture that says a business model where you're selling products doesn't make sense.

All right. The other way of saying it is owning products doesn't necessarily make sense. So people aren't selling you products, you're not buying products. So what does that mean? And we throw out a provocative term, the end of ownership to kind of portray that. You don't have to buy a car to get from point A to point B, you don't have to buy a software, et cetera, et cetera. And then to contrast that, and the keynote we really talked about this concept of user shift. So you're not owning things what does that mean? That means you're using services, and this is going to lead to the product announcement that we really started talking about yesterday.

But the broader base of things that we're seeing is if ownership was about actually buying the asset and dealing with the asset and then you're not buying things anymore, what does that mean for companies? What does that mean for companies and their business models? Why is there disruption, if you will, going on in the marketplace today? Whether you're talking to Deloitte or McKinsey or World Economic Forum, digital disruption, platforms. All these things. It's really about saying, "Look, you've got

Zuora Inc Investor Session - Final

to break out of that mindset." And that doesn't mean that these physical products aren't always -- still exists. You know there are servers on the other side. People used to joke, okay, let's say if it's no software, is it a bunch of gerbils running around? Of course, of course, there's software on the other side, but it's just stuff on the other side.

And then you got to wrap all your things, if you will, all your assets into a system, an overall system that the users can use. And then there is massive implications of this. And so as an example, this is how utility companies and telecom companies, companies that are already subscription based businesses think. They don't ask you to buy the switches, they don't ask you to buy the towers, they don't ask you to buy the satellites. Instead, they simply provide it as a service. You know those things are out there. There is a network out there and you simply tap into it. And that's the model for SaaS. Even going back to, I think, when Nicholas Carr started writing about the big switch, turn into all these contrasts. They used to be, here's the servers, here are the boxes, here's the hardware, here's the databases and now it's more like a telco model.

It's more like a telco model. And just being there at the dawn of Salesforce, that is how, myself, that is how we thought. We say, look, we need to be more like a telecom company. Our business model is like a telecom company. We're not there raising our series D, I think it was C or D, and we're building the spreadsheets, what the business model looks like. It looked like a telecom business model and stats were things like ARPU and churn and monthly growth rates, and so on and so forth. And so we realized back in the early days that we were more like a telecom company, more like utility company than selling product. And so in 2000, 2001, when some of the VCs -- we didn't have any VCs, but the other SaaS companies that have VCs that said, "Look, you need to let customers install the product."

On our side we were like, that doesn't make any sense. That breaks the whole fundamental model. You're seeing the same thing come to media as well. And what does that mean? That means that the way media companies have to think, it's saying, look, there are still things, there's still movies, there's still songs, there's still reporters, there's still artists, there's still writers, there's still producers, but how do I set it up as a system so that people can access it and then simply pay for what they access. And you see the software companies go through this, the telecom companies were and then you see the media companies go through this. And what we wanted to paint a picture of in the keynote is to say, look, why are we so bullish about our long-term opportunity? And when we go around and talk to a lot of companies, and you hear us talk a lot about -- it's one thing to talk about a media company, it's one thing to about a software or SaaS company.

Okay, we get that. But the amazing stories we hear were out there and when you look at the companies in our pipeline, the companies we're talking to, you might have seen some of the companies roaming around the user conference. The ones that are more mind blowing are the physical product companies. They're the physical product companies. And so when we say we have 7 out of the top 10 auto manufacturers, the thing behind that is they're all coming off the assembly line connected to the Internet. And we touched on this Chilean auto distributor on the earnings call that turns out in Chile probably because of the market size. Car companies don't really set up their own dealerships. And so it's more of a distributor model where there is local dealers. And the local leaders and distributors are saying, look, we can do the same thing. Whether it's a Ford or a Mercedes or a Toyota, we can put some kind of telematics device because we own the distribution, we can put it in the new cars, we can put in the aftermarkets and we could be a connected car platform.

And so there is something about when things come off the assembly line with an Internet connection, then the same transformation we saw in software and high-tech hardware -- you see more and more hardware as well, high-tech hardware in media is going to happen in the real world. And so one of the examples that we talked about yesterday was this company that sells $1 million printing presses. And this is a 150-year-old company and you wouldn't think they're transforming that fast. But when we talked to them, every one of their $1 million printing presses -- and there's probably high-digit -- 3 digits, so about 700 to 1,000 of these in the field and they're all connected to the Internet. Every one of them is connected to the Internet.

And so what we're seeing is that same experience we had at Salesforce in 1989 where you see how customers are using your product, and looking back then that was a mind-blowing experience for a bunch of guys that came out of the traditional software industry. These engineers for these big physical products, these push engineers, these printing press engineers, they're having the same experience. And that's what we're seeing. And so what we're seeing is this thing that we're seeing is only going to get bigger, and things have to become services. When they're connected to the Internet, they just become simple edge devices, portals, if you will, into something else that's behind the scenes.

Zuora Inc Investor Session - Final

And that picture that we have we're buying a bicycle, now you can actually create a system of bicycles and let people use these things as services and that's what we're seeing. And so the auto manufacturing companies are all wrestling with this. They are all wrestling with, okay -- that people are buying less and less cars and we showed a bunch of stats in the keynote, that car sales are going down, including in China and India where they thought they would go up for another decade. So that's pretty telling. And it's not an economic thing. There's still people entering the middle class, there's still people that should be buying cars. But for whatever reason, car sales are down there, but miles driven continues to go up. Game console sales are going down but number of hours on Fortnite up and up and to the right. And so they don't have to go through the same thing. They're going to have to say, "We have to re-envision what we do as a system," because people still have an affinity to the Porsche brand.

People would still love to be transported from point A to point B and experience, that's representative of the Porsche brand that you don't necessarily get if you're using UberX, but they don't necessarily want to buy the car anymore. And so where is it going to evolve? We'll see. But every car company is saying, "How do I think like this? How do I think of my assets as a system that's out there?" And then let people access that and then, just have a pay as you go. And this is where the world has to go because if they don't do this, they're going to simply become commodity hardware providers like a Foxconn or something. And that's not where the benefit is. Same thing in the Caterpillars, for example, that we've used over the years and there's so many of these heavy equipment companies now that are our customers. It's the same thing. There is something about a set of assets, every one of their devices now Internet-connected, sensors, predictive maintenance, all that kind of stuff. But how do they track it? How do they track how much dirt this thing actually moved? How do they translate that into an invoice? How do they let people use the system versus simply buy the product?

And so we say, look, if we look at what that means -- and a lot of times we talked to you guys and like, "Okay, you got ability, you got this, what's your next product?" We see it a little bit differently. We're seeing basically in order for this to happen, a bunch of things have to happen when that user uses the system. And the system today we use the telecom example, where we all know it, but it could be showing video in the keynote of -- okay, imagine that you're walk into a closet and the closet is a device that's connected to the Internet, and there's all these preferences in the cloud that recognizes who you are, it's connected to all these other closets in the world and connected to an inventory system where you can pick what you want.

Imagine you are in a car and today -- I will tell you the first version of the demos we did. The marketing team -- because it's the demo of the future so they have a little bit of liberty, but the first version had the app controlling the car. That doesn't make any sense because if the car has sensors and the car is just a device, why should the app connect to the car? Why shouldn't just the car connect to the cloud service? And so we scrapped all the phones and -- one of the crazy beliefs out there for you Apple analysts that the phone might go away in 5 or 10 years, because you don't really need it anymore when every device is just simply a smart device and you just use it. There's no reason to use your phone to turn that device into a smart device. So that's probably further out there. But we gave this example as whether you're talking about that, whether you're talking about that was just a simple phone example, where we're used to it today where you land in a remote spot and somebody -- and you get a text message from T-Mobile, Verizon, AT&T that says, would you like to add international plans? The thing that seems to be popular in the U.S. now are these $10 a day international plans. And you simply hit reply and you say, yes. There's a bunch of things that have to happen.

And so you imagine the world in the future is not, I take a product, feed into distribution chain and hope that a wholesaler, a distributor, a retailer or some customer on the other side, a sales person, a reseller, a VAR is buying on the other side, the future is that I've got a system in place. It's got a cloud service, it's got a bunch of devices, it's connected to the Internet. And then I let people use these services and every experience starts to feel like that, that you're presenting the customer a choice, do you want to add text messaging? Do you want the LA collection? Do you want to walk up to this car? Which car are you driving away from the lot? And so all these things have to happen. And so what we found is today, when we work with, for example, one of the top -- one of the car manufacturers, we're handling the monetization aspect, we're doing the billing aspect. But they're also coming to us and saying, look, when the user touches the dashboard and says, "I will take that SiriusXM," there's a bunch of stuff that has to happen, and you are a really important part of that because if we don't make money off of that, then there is no revenue, there is no business. But there is all the stuff that has to happen in-between and it's things like this. All these things that have to happen and all these systems have to be coordinated.

And today, it's still lot of work. And so some of you guys have asked, well, it seems like these implementation times and so-and-so forth, but it's not always us because there is so many other systems that have to happen. And so maybe the prorate bill goes to our system, maybe the validate credit card goes to our system, but notify goes to the customer, goes to another system,

Zuora Inc Investor Session - Final

the update entitlements goes to another system. And these are all things that they have to do in order to make it work. Or you're talking to a SaaS company and -- talking about New Relic. New Relic was a company where we replaced a homegrown billing system. And so there was a homegrown system where [V] wanted it 10 years ago with something that [Lou] built himself that did all these things. And can we make that much, much easier? And so we have been thinking about this stuff and doing research on it.

And so for example, we figured out that -- we found out that when you look at one of these subscriber choices, like buy, renew, take this add-on product, cancel, pause, whatever it happens to be, there is 15 downstream events that have to happen, like 15 things that have to happen in order to make that one simple customer choice come alive. And so we stepped back and said, today, we're an applications company. We're an applications company, you know us for these products. We started off with billing, we had a CPQ, we acquired a revenue recognition engine. We had our own revenue recognition engine, it was billings based. ASC 606 would change all that. So we wound up acquiring Leeyo, as our Rev Rec engine. We wanted to Collect, and you've seen us talk about that in the last few earnings calls and we have a marketplace of applications.

If you dig through the summer 2019 press release, there is some of the announcements we didn't really talk too much about that, but there is a bunch of new products in the marketplace. I think there is a subscriber portal that was announced, there is a few other tax engines and payment gateways that were announced. So that's our collection of smaller applications. But this is what you know of us today. And this set of applications help companies monetize their services, to simplify it down. This is all about monetizing subscription service. I want to launch something and I want to monetize it. And we're seeing -- we want to launch a platform. We want to launch a platform. And I'll come back to this, but we have been thinking about a platform now for a little bit of time and give you a little bit of behind the scenes.

And in one sense, this is the natural evolution of an enterprise software company, having personally been in the enterprise software space my entire career, don't need to put a number on that. And you evolved to a platform because what happens is you build an application, you put in the marketplace and there is underlying infrastructure that enable the applications, then the customers are constantly coming back and saying, "I want to do this customization, I want to do that customization, I want to do this customization?" So over time what you always do is you add more customization capabilities in the underlying platform and then eventually, you want to simply give that to the customers so they can do all those last-mile customizations.

At Salesforce, we were obsessed with customers saying, "I want my customer -- I want the account tab and all the fields all the things hanging off the account object to look different." And we say, look, we can't accommodate everybody. And so we become obsessed with custom objects and custom fields and custom tabs and custom layouts. And that eventually is what we exposed as our force.com offering, so the need at Salesforce was really about -- was about data model customization. That was a really, really strong need at that time. For us, you can see it's a little different. For us, it's going to be more about this type of things. Customers are saying, "Look, okay, you got some parts of our application where you kind of hard code that flow.

Well, I need to insert a bunch of other things into that flow." And so what we've been doing in the last few years is -- Brent Cromley joined us from Amazon, and we had been saying, look, when we think about platform, what is our platform strategy? By the way, today is a different world. There's a gen 1 of enterprise on-premise software like companies, their products built in the '90s. There is a gen 2, of products built starting in 1999, 2000 that are just multi-tenant cloud applications. Behind the scenes, they're rather monolithic, but they're multi-tenant. There is a first gen cloud or second gen enterprise apps, if you will. But if you look at how Facebook is built, if you look at how Google is built, if you look at how Twitter is built, they're built very differently. They have large engineering organizations. They scale to billions of users and they're built in this distributed micro services architecture that maps to you how their engineering organization can be distributed.

And so -- by the way, because they work natively in the cloud, the reason they distribute it is so they can take advantage of the cloud's infinite scalability, and they can even move around clouds. And so all the things around, DevOps and Kubernetes and Containers and Docker and continuous development, continuous integration, all those things are really driving a completely different back-end technology infrastructure that probably started around 2009, 2010, 2011 with the big B2C sites. But this how Amazon Web Services built. This is the infamous email from Bezos that say we're going to go all services. This is how Twilio is built. And so we've been doing a re-architecture of our system behind the scenes, the transparency end-user to basically become more of a -- move from this because we started in 2007, 2008, that's when the technology was built, to something that's more modern.

Zuora Inc Investor Session - Final

And in doing so, what happened is we've taken our application, we've taken a lot of the underlying assets, if you will, that drive the app, that makes the billing system work, that make the UI work, that make the business logic work. And now we can actually expose it. We can actually expose it to the customers. And so we've been on our platform journey as well. So that's a lot of behind the scenes conversations. Of course, this platform is built for today's world, massive extensibility, a massive scalability, unlimited extensibility to -- really, really important for us as an enterprise software app and a B2C app, ironclad security, reliability, obviously really important for our customer base. And more importantly, probably for us, it frees up engineering teams to be broken up as 2 distributed teams and it allows us to innovate a lot faster. That's obviously really important to us.

And so when we think about it, we think that we've been doing this re-architecture. A lot of our underlying technology can now be exposed to customers and the need that I think our customers really, really need is around this whole concept of service orchestration. And so just like Salesforce went through the journey of saying, look, we have apps and now we have this platform called force.com -- we're going through the same journey. We have our applications, which we continue to invest in, obviously, but more and more you're going to hear us talk about a platform, an underlying platform because that's really what's going to allow us to continue to scale. And as a simple, by oversimplified analogy for the telecom industry -- because you look at that example, the telecom industry, the way they think about their systems is they had these systems in back-end called BSS/OSS systems that we know as big and complex. Some of these things actually had knowledge about switches and physical networks, but to simplify it up, the BSS tend to be about the business systems, the things that interact with the customer on the monetary basis. So this is the billing, this is the collect.

So think about our applications today as a BSS system. But the reason they say BSS/OSS is there is this other side, these operational support systems that's about taking care of the day-to-day activity of the service itself. Because we work in a multi-industry environment, we're not just a billing system for telecom companies, these back-end systems could be anything. It could be a content management system, it could be a video streaming system, it could be a bunch of software sitting on Amazon that a bunch of engineers are building, it could be a system that has cars, tractors and whatnot. But we need to build a way that's agnostic to the underlying service itself but allows them to orchestrate the services. So when a customer has a choice and they take a choice, all the things that have to happen are the things that we need to enable.

And so yesterday's announcements, we think, is one of the more important and profound announcements that we can make. One, because an enterprise software company, when they hit this point where they are missing a platform, it's got to work, but when it clicks in it typically puts them in a different place. It allows them to attach -- to tackle a wider set of use cases, it allows us to push the customizations to the customers or the system integrating partners. That's these lots and lots of system integration partners are building all the stuff on force.com as an example. And allows us to streamline our deployments because instead of hard code integrations now we simply use this tool and it becomes really important. And so what we announced with was 5 capabilities and so it's a workflow engine and think of this as a visual coding system. I don't know if you play with scratch or tinker or have kids that do that. This is sort of like that, sort of the analogy.

But the idea is instead of coding all the stuff let them stay you simply drag and drop and create flows. And so this is triggered by when the customer hits I want this upgrade or when you touch the car handle or when you walk into your closet, whatever the future happens to be there is a trigger where somebody replies yes, I want international text messaging. And then all these things have to happen. Some of these things can fire off to other systems, entitlement systems, provisioning systems, you're waiting for the response to come back, and at some point you activate, you deactivate, you notify the customer. And so you can do these as visual systems. If you want to code, there is still room for code, but you're not coding the whole thing. You're just coding like a piece of it. And typically what this is going to do is just call out to some other system where your code is sitting. It's sitting somewhere on Amazon, it's sitting somewhere on the appliance, wherever it happens to be. Events. So the developers in order to hook all this stuff into our events, we really need to know a bunch of stuff. When did an invoice get created, when did an order get created, when did the invoice, 30 days since it's been paid, so it's outstanding for 30 days, when did the credit card expire? These are all events that they need to detect to plug into the workflow and so we have a way to build, to detect events in our system or to build custom events. Custom events and then allow external systems to subscribe to it.

Notification, which is other side of it. Who gets notified when an event happens? Is it an e-mail, is it a task, is it a call-out to another program somewhere, whatever happens to be? Because this is multi-cloud, you can call out anywhere in the Internet, you can call out to something that is sitting on Google Cloud, Amazon Cloud, external private cloud, whatever it happens to be. Custom objects. So a lot of this logic needs data. And so we do have a custom objects capability. So if in your flow and you

Zuora Inc Investor Session - Final

need to know about devices or cars or users or log-ins, you can model all that in our system and make that part of the workflow. And then a query language because that's our objects. We have all our objects. We have about 30, 40 objects, you build in custom objects. How do you then, to have a query language pull it all together? And so you can see -- we're talking more and more to a developer. It could be in the IT organization or it could be a software developer in a high-tech company, but it's somebody who is more technical and further altogether, with a combination of non-programmatic tools and programmatic tools, but appealing to the modern way of developing systems.

And so to kind of bring it to life, I asked Mike to kind of join us and maybe go through the demo we did on stage yesterday, but a little bit more color behind the scenes of what's going on so you guys can see it.

MIKE AARON, VP OF PRODUCT, *ZUORA*, INC.: Good morning. Mike Aaron, Vice President of Product for *Zuora*. I want to take you through a quick demo to show you the assets that Tien just reviewed. So I guess your help. Okay. I wanted to start off this morning with workflow. So we spent a lot of time on the workflow UI. We wanted to make it intuitive for users, we wanted to make it feel like a Visio or a Lucidchart when you draw a process diagram, we wanted the workflow to feel a lot like that. So we gave the user a really nice to use drag-and-drop interface so that can move task around, that can actually link in other tasks to the workflow.

TIEN TZUO: Maybe you could blow it up.

MIKE AARON: Try to make that a little bigger.

TIEN TZUO: We're used to like a 60-foot screen.

MIKE AARON: Let's see if we can't make that bigger, shrink that down. Is that better for everybody? There you go.

Yes. So a lot of time spent on the actual UI just getting it to feel right, getting the feel like you're designing a process that supports the subscription business right. So this example actually was the causes, the service example if you saw the keynote. The idea is that someone would walk into a closet, the closet will recognize that person, understand their google calendar or their asset, what's happening to that person, they're going to L.A. and that would update the system. Something would happen that triggered this workflow. So the workflow gets stood up, it gets spun up and the first task in the workflow is to get the subscriber data. So we go back into *Zuora* and we pull up the contact, the account, the subscription, their preferences...

TIEN TZUO: Maybe do that available tasks.

MIKE AARON: Yes, yes. Pop-up that thing. And so the query is really one of the tasks that we have. We've actually gone with a bunch of pilot customers and sat down and asked them, okay, what is that we want to do, what are the things that you want to accomplish using the workflow tool? And we've built out a slew of tasks. So we've got retrieve tasks so we can pull data out of the system. We've got logic tasks so that workflow can make decisions on the fly and branch the workflow and send it to different directions if we need to. We've got the ability to update every single object in the system. And again, we built the update task so that a user -- an end user, not a developer, could build the task itself so you don't have to have a development background to build the workflow. And then, obviously, we've surfaced all the subscription actions that we've got in the system inside of workflow so you can add a product, you can remove a product, you can suspend subscription if you need to. So it's really about orchestrating the environment itself. And so this actual flow itself grabs that subscriber data so it gets used to the query task for that. It looks at the catalog and it pulls back all the valid offers so that's super powerful. We're customizing the presentation to the user based on their preferences. And then I can actually amend this flow. It's been deployed for a customer actually. And so I can amend the flow on the fly and I can actually break links so I can break the process itself, so it's almost like Visio, and I can link a new process in fairly quickly.

So I can say, okay, instead of just fitting the offer to the customer, what I want to do is I want to validate my inventory and my inventory system. So it's another API called and another system that I need to bring into the picture. But I can link that check inventory task in and then I can run logic on the flow, which is the logic stack that I talked about earlier. And I could say, okay, if it's -- if there's no inventory, just don't do anything, just send the message back to the customer, have a good time in L.A., right? But if there is a -- if there is inventory available, I want to send that back to the customer so I can flag this attachment here as on true. So if there's stock, send the offer. And so that is automatically deployed into the environment. And so now what

Zuora Inc Investor Session - Final

happens in the workflow when the workflow gets called, sorry, is that it actually will check for stock first and then if there is stock, continue on down.

We've also got case logic, which is really cool. So case logic is not just an If-Then. It's actually more robust. It says, okay, what did they select? What happened when the customer got presented those offers? So we could make a smart decision and drive the experience in a smart way. So if you pick offer #1, we created the upgrade offer for you automatically. We ship to close. And again, I'm reaching down back into my inventory system and shipping to close. And then I can e-mail the customer, I can SMS the customer right from the workflow app. And so this is me now that gets sent, but again, it's all being run in real-time, so super, super powerful.

TIEN TZUO: Maybe show the workflow homepage and, I guess, the tasks that are running.

MIKE AARON: Yes. So we built out a nice homepage or a landing page for all of our users to kind of interact with the workflow. So I have 7 tasks that need attention. Those are manual tasks. So this is a way to orchestrate your manual processes. So if you have a person -- and it's not an automated process. If you have a person that gets to flip the switch somewhere, they can get assigned a manual task to do that and so I can set them going.

I could see all my failures here for workflows. And so if we failed to connect to a system or if we failed to find an available inventory item, it will fail and will come back here. And then I can check my queues. And again, we give customers the ability to kind of station workflows in different queues so they can actually queue up the workflow and have priority.

So again, we're working to integrate this into the entire system and you'll start seeing it on all our screens, but this is really the basis for the automation process. And as we work it into the actual catalog itself, it will become the provisioning engine for us long term.

TIEN TZUO: Maybe show one more example, the car example.

MIKE AARON: Yes. So let me take you through the car example now. The joke on stage was, well, it doesn't really have a car object, right? We don't really understand what the car is because we're a billing system. But the first thing that has to happen when the customer wants to upgrade to a new model is that we need to validate that the car is available. So we need to have some semblance of, is the car available? Can they upgrade to it? Is it appropriate? And so we have the ability now to actually extend the system, and that's where Tien was kind of talking about the data model.

Now for many a year, we had a very standard data model that would support billing and you could add custom objects or custom fields to any object in the system, so an account could be embellished with a VIP status or a customer type and that was great, but what we really need to do is we needed to extend our data model to add custom objects.

So a custom object is what you define it, right? So I've got one here called car inventory. And when I defined that custom object, I actually set up a bunch of fields that will help me determine what kind of car it is, where it's parked and what the status is of it. And so as soon as I create this custom object, it's available to our API. So the developers love that, right? They want to interact with the object through the API. They want to update the object through the APIs. It's exposed to our query language and our reporting tools. And so I've got all my data here. And so what my workflow actually does is it comes back into the system and says, okay, is that car available? So it looks at, is available field and it says, let me check the car to make sure it's available.

Now we're actually using a new technology to do that, and that's what Tien kind of alluded to earlier. Data Query actually helps us get that data out of the system. So Data Query allows our developer community to actually write pure SQL against our production database. So it's not a stage copy. We're not going against like archived data. There is no delay. It's actually pulling real information out of the system. And because it's pure SQL, you can write really, really complex functions to get data out of the system, which is super powerful. So that really unlocks the customer data.

So this one actually goes to the car table, and I won't bore you with the details here, but it actually goes to the car table and pulls the information out and looks at it to make sure the car is available, make sure the customer can upgrade and make sure the customer is current, which is powerful in itself. But once we validate that the car is available, we make a decision and say, okay, if it's not available, we just text that user back, sorry, Tien, you can't have the Porsche today. But then, if it is available,

Zuora Inc Investor Session - Final

we reserve the car -- and, again, that's updated in that custom object. We release the old car that Tien reserved. We create the upgrade order so we monetize that transaction. We entitle the car so we turn on all the services that the car needs like the XM player and the navigation, roadside assistance. And the very last task that the -- really the -- where the whole flow comes together for the end subscriber is the unlock the door, right? So you touch the handle and 3 seconds later, the door unlocks.

It's actually a callout. It's actually communicating. In this example, it actually goes to a 4-pass API, right? And if we actually say, okay, we want to unlock the car. So we're calling this endpoint. It's an API call. It's a technical thing, right? But we want to pass in some data from the workflow. So it's -- so I'm pulling the van or I'm pulling the car ID and I'm actually sending it down and saying please unlock this car. So what Tien sees on his end is he's seeing a door handle grab and a car unlock when he grabs it. What's actually happening in the billing system is following this process all the way through. So it's helping our customers like establish that customer journey and that process all the way through the system.

Anything else you want to touch on?

TIEN TZUO: Well, the customer -- we have a few examples of customers' workflows.

MIKE AARON: Yes, yes, yes.

TIEN TZUO: So the system is actually live. So this is starting to see -- this is Motor Trend.

MIKE AARON: Motor Trend, yes.

TIEN TZUO: Right. One of our customers in -- this is how they automate the logic for canceling overdue subscriptions. So we actually have a built in logic for doing that. But again, first days of the company, right, there's some customization capabilities and flags, but otherwise it's hardcoded in our system. And now what they can do is we can expose it as a workflow and they can customize it to whatever they need, right? So they've chosen to find invoices with the balance and then filter through invoices and write certain ones off and there's probably some callout to say, okay, after you wrote them off, right, cancel the accounts. For this one, they're checking for the subscriptions. Is it active? Cancel if not, right, set the entitlements. And so they have a whole workflow now for cancellations that's specific to them.

Did we get all? Would you have...

MIKE AARON: We've got a -- we actually have a book of these. So I can hand that out after the meeting if you guys would like to see it, but we've got a -- there's probably a good one here.

TIEN TZUO: If it responds.

MIKE AARON: Yes. It's a pretty solid one like this guy, default payments out there. So it's actually going out, find the accounts, see if the payment method is valid. So if their credit card is expired, if it's no good anymore, if it failed, we can actually flip to a backup payment method. So we kind of reduced churn by having an extra card on file and flipping to that backup payment method. So it's just automating the collections process for the customer. And again, it feels like a simple process, but because each customer is different, they want to customize the way it works and what happens and how it actually gets called. And so this actually allows them to do it.

And this is for -- I can't remember actually. Here's a third, just for flavor here. This is in -- communications profile. So we're flipping between how we communicate with the customer based on where they came from, what market they're in, what country they live in. And we've changed their communication and the way their system actually communicates with the customer by searching their communications profile in line, so super powerful stuff. I mean, we've got a great book of examples I can share, but...

TIEN TZUO: Yes. Good.

MIKE AARON: Yes.

TIEN TZUO: Okay. It's good. Any questions there? Great. Thanks, Mike.

Zuora Inc Investor Session - Final

MIKE AARON: Yes.

TIEN TZUO: So hopefully that makes sense. We're going to bring out a bunch of laptops and make you guys log into Labs and write a few workflows, but Joon talked me out of it.

So look, we're really excited about this. We're obviously truly, truly excited about this. It's something we've been talking to our customers about. They love our system. They want it to be more customizable. They want more control over things, right? They want that to be their logic. Today, they got forked off into another system, right, but the future -- they stay in our system, right? It's got native access to all of the objects, the data, the APIs that are available to us.

And so when you think about this, the last 3 to 4 years has been about this vision, right? And we probably kicked off saying, look, we're going to go ahead and do a platform re-architecture to be more modern, more microservices-based, more distributor-based. As we're doing that, we're unlocking all these logic and capabilities in our system and we're putting it onto a customizable platform that we can then expose to our customers. And you guys are seeing -- you guys just saw the first versions of that.

Again, in the future, right, there's going to be a whole java script library to do custom logic. Today, you probably have to code it in all on Amazon and we code -- we coded something on Amazon, but tomorrow that's going to be inside of our system. There's a custom UI as well. So as part of the task, if you want to put a user interface in front of a customer either on the phone or in a browser, right, inside the app, you're going to be able to do that as well to kind of pull user interactions into the workflow. And then probably eventually, a library of predefined tasks, right? We didn't demo this, but there's always predefined Salesforce tasks that are shipped as well. So you can create a task in Salesforce, update a field in Salesforce, pull a record from Salesforce, right, because a lot of people have that as their -- obviously as their CRM. And so when you look at it, our view in subscription businesses now have a platform to orchestrate their services. And we want you guys to think of us, right, the top as the apps, right, with a set of applications, Billing, RevPro, Collect, CPQ, Marketplace, and a platform that you can actually continue to extend our application, integrate our application or orchestrate the complex workflows, including parts -- and including our applications in that workflow.

And so when we pull back, we say, the core applications certainly have gotten us to where we are today. But when we look at our growth vectors, we think of 3 things. And so you hear us talk a lot about industries. And in a couple of earning calls, you might have heard us talk about we have a land and expand strategy by industry. And so we identify an industry where we can tell through lots of conversations where there's something going on in that industry, we kind of land them. We can do that all the way down to a micro industry, if you will. One of our examples is we've seen how a lot of iPad point of sale system companies, the whole point of sale system market is very fragmented, lots of customers, lots of companies and the weight of iPad versions of these things. And so that's like a micro industry. But key as you talk about these things, it really is a big industry.

So we talk about tech, software and hardware. We talk about media and telecom, we talk about auto, we talk about manufacturing. Last earning call, we talked about -- we've seen that 10, over 10 utilities companies outside -- around the world. Utilities market, we're actually going on -- outside of the U.S. and inside the U.S. But we'll continue to monitor emerging industries. But our goal is if something is going in the industry, we do want to land. We want to grab some of the leaders, we want to continue to expand. And that can be another growth vector for us. So is it utilities? Is it something else, right? We'll continue to talk about that. Obviously, the product footprint.

And so we didn't talk about this last earnings call. But the 2 earnings call before that, we talked about how Collect is gaining traction. We still continue to feel good about it. And so we'll probably give an update next time about how that product is doing. We also talked about how that product today is primarily focused on B2C companies, a lot of payment retries, a lot of credit cards. And there's a whole another vision for that product for B2B companies, which is more about dunnings, disputes, looping the sales organization or the account management organization, and as part of the collections process because it's not as simple as I'll ship you the product, you owe me the money. It's I'm trying to build a long-term relationship with you. So how do I manage late payments as part of that? What we really said about this, there's a whole new growth vector for us, whether that's thinking about here's a company that's launching a new service and they're not quite sure whether revenues are going to kick in. But they have a whole bunch of things that need to build as part of the service for the next year -- next 2 years until the revenue kicks in.

Zuora Inc Investor Session - Final

And now we have a reason for them to continue to engage with us to build out the logic infrastructure, to orchestrate the experience, if you will. Or we would like to shift this more and more to a cloud-based pricing model that people are used to experiencing with an AWS or an Elastic where hey, just dump a credit card down, just start using the thing. You're paying tens of dollars or hundreds of dollars to start. But once this thing kicks in and you're starting to get lots of usage, then that creates further up-sell opportunities for us. And so we do see our futures having these 3 distinct growth vectors, and we will be pressing hard against all 3.

You could see we have a diverse set of customers, and I think there's a common -- I think from a new deal there's a lot of different customers. And so you could see the challenge of having a diverse number of industries, diverse number of customers, this is going to be they're all going to want different things and so the platform strategy is really, really important for us to continue to attack, the exploding subscription economy across diverse set of customers. But I will say we're going to start talking about our journey to $1 billion. #1 question on people's minds, #1 question will be how, what time line. I can talk about that today. But one thing we'll say is, if you look at what we think we'll be like. And so this is 4x, 5x our size, you're seeing -- we don't think we'll be 4x to 5x the number of customers.

Our initial view right now is you're going to see we're going to increase our value per customer and that's going to be a stronger growth vector for us. And we're going to continue to grow obviously, but you're not going to see where we're -- our goal is not a volume play, our goal tends to be more of a high-value play where we go deeper into our accounts, the platform allows us to go deeper. We continue to grow within our existing customers. It's important that we get into the leaders that we think will be successful in these specific industries. But just kind of flag where we think is the direction we're going to go as we take our march to $1 billion.

Okay. With that, let me turn it over to Tyler to talk about the business model.

TYLER R. SLOAT, CFO, _ZUORA_, INC.: First of all, thanks, everyone, again for coming today. We really appreciate it. Some of you are local, but some of you I know you've flown from New York, Australia, from London, which is great. So right now, I want to follow up to what Tien and Mike just talked about in terms of our product, our market, but really get into a little bit details what is our go-to-market machine, how do we think about the structure of that machine, how do we think about the products and services that we're offering to our customers, how do we then have a journey with these customers and how we grow. And then I'm going to talk about some of the industries that we're playing in and give you a little bit of numbers around that and then talk about kind of basically into the numbers themselves around some of our ACV growth and how we're managing the business from a business model perspective.

So we've talked about this in the past a little bit with individuals in the room here. But we break our business into franchises. And franchise to us is really kind of a segment of our go-to-market machine. That could be an enterprise West, enterprise East all the way through to our RevPro product. So it's bifurcated by the go-to-market end customer, to some extent, where we have commercial groups servicing the small companies all the way up to strategic who are named accounts and it's also bifurcated by products. So we have our Billing product and our RevPro product today, and those are separate sales where we have dedicated reps in each side. What this allows us to do is actually manage the -- and have visibility into the productivity down to the franchise level so that we can see how a franchise is doing. We can feel -- not feel, but we know when to make investments and expand that franchise or to keep it stagnant for a little bit as they kind of absorb what we've -- and digest what we've already invested into it. We then have our implementation services, which is really our internal services, which is responsible for bringing our customers live successfully on our software, on our platform. And I've said in the past that this is really an attach rate to new logos and new business.

And that's the way you guys should think about it. The only caveat is if we have sold one of our other flagship products, there's an implementation associated with it. That implementation services group is also responsible as well as the whole company in working with our system integration partners. And you'll see these partners -- they're doing a lot of the sessions this week on the slide where we're kind of naming them, but increasingly we're seeing more and more of our deals are being influenced or brought to us by these partners. But we've also said that these are early days. These are early days in how you build up this kind of -- these practices within these GSIs and how you get them to invest and how you get them trained and then inevitably becomes like a spin-wheel as they actually go out and doing the marketing for you. We see, I won't say, better traction, but further along traction with certain partners as opposed to others. But as that happens then you start to see companies follow along because they can see that there's revenue being built.

Zuora Inc Investor Session - Final

And lastly, there's a customer success and engagement model, which is really kind of what we think about as an installed-based account and it's really from our -- on one end our support organization, how they're engaging with the customers all the way through to our installed base kind of reps who are out there engaging with our customers, making sure that the way that they're using the product is the way we want to, which eventually could lead to increased usage.

In terms of verticals that we're playing in, we've talked about that. When we started the company, it was really technology focused, those kind of SaaS and cloud companies from their early days and these are companies like Box and DocuSign and Zendesk, and these guys have been with us for a very, very long time. As we've gone through this journey and as our product has expanded, but also as the Subscription Economy in general has taken off, we've seen a shift where we say tech is still incredibly important to us. And I would argue that we're still pretty underpenetrated in terms of whatever market opportunity in tech is. But as a reference, about 50% of our business today. We see 22% from media and telecom, 5% from manufacturing. Transportation is a breakout where you have companies like SNCF which is train company all the way to Surf Air as a Surf Air subscription flights. And other like major transportation companies who are starting services underneath us. As this breaks out and as others start to break out, that's when we will start to talk about different verticals that we are playing in. Tien mentioned utility. We see something really interesting happening in utility. It has to do with deregulation internationally, but also a lot of new alternative sources of energy that are coming up and the way that energy companies think about smart metering and things like this and the way that they're engaging with their customers.

As part of that, and what we're seeing is that it's also a shift to a lot of larger companies. A lot of bigger companies that are actually looking at this as a business transformation in the future of their business. It's what we've been talking about now for a very long time that this is going to happen across every industry. It doesn't mean that the entire companies are shifting. What it means is that they are actually seeing the future of their revenue stream, the future of their growth is going to be in a customer-centric business model. And so a lot of them are starting, but they're starting with something that's pretty needy where that they are setting up the infrastructure through this platform to start tracking data and then they're starting to test things. That's where we start to say, hey, focus on the companies who are paying us greater than $100,000 and that -- this is actually increasing as a percentage of our total ACV, where it's gone over the last 5 quarters to now representing 87% of our total ACV.

The other thing that's happening is that the average ACV of each -- of this cohort here is increasing along the way as well. And so the deals are getting bigger. But as they are getting bigger, these are obviously becoming a much more important part of our business. The other -- the representative what we're assigning to the commercial group that's still important because a lot of these companies still grow up and they become bigger companies. And so it's not like we're walking away from that business or we're not focused on it. It's just that now we have to deal with the entire spectrum. As we've done this, we have grown as a company. So now our physical footprint in terms of where we are physically, it's all over North America. We've actually really only kind of penetrated Western Europe, and then we have development centers in Beijing and Chennai and then sales offices in 2 locations in Australia and in London. And we've recently -- we're opening up new offices all the time. We're opening them up as we expand out. And we have people physically in other locations that we may not have an office, but these really were -- we're getting a little bit of center of gravity in these locations.

As part of it, and the surprise, this is where we see our customer base. These are the companies that are using us to manage their subscription businesses. The interesting thing here is we talked about this company in Chile in this last call, but we really haven't done anything yet in South America. We really haven't done anything yet in kind of Eastern Europe or Africa even though we have some customers in South Africa. And really not much penetration at all in broader Asia. We think there is huge opportunity there. It's just that you can't just go -- so the customers that we do have been inbound, stuff that we've been able to manage with partners and kind of do ourselves but having a partner that can go out there and do an implementation or something we are sending somebody out or doing remotely in most cases for the areas that we don't have a physical footprint.

As a reminder, when we're landing we're coming up with one of our 2 products. Tien just talked about workflow and this platform idea. And I can talk about how that is the future of our revenue model. But right now, we're still going to market, we're saying, okay, we've got Billing and we've got RevPro and that's really where customers are coming to us right now. We're landing with one of them or both of them at the same time. And then as we land and so I'm going to start walking you through kind of as an anecdote what our financial relationship would look like with a customer as they make this journey through us. And then I'm going to show you the actual -- few actual customers financial journey with us, so that you can actually put this in translation how it means for a couple customers and then in the aggregate. But we land with a platform fee, we have different flavors of our platform fee, which is really kind of growth enterprise and [line] that allows us to sell to a very small company.

Zuora Inc Investor Session - Final

In one case, very small mean you probably got like -- you're really launching the business and you're going to have some complexity to it and so you might -- almost be pre revenue but most likely you're going to be $10 million to $20 million of revenue all the way up to very large strategic. This can bring on billions of dollars on to us. Those different flavors are governed by technology and can actually help us land from $50,000 upwards to $1 million on just the platform fee.

CPQ, we put that kind of in the first column because if you are implementing the product, you most likely as a customer going to buy CPQ with your initial buy because it's kind of your end -- your "cash journey" right there. And then some transaction volume.

As we grow with you, Collect is typically something that you would add now. We're seeing a lot of customers look at the Collect product as they're up and running. They're processing their business, they're growing their subscription business, they're going to see a lot of value in how their collections group would be able to manage all of that user base. It started as really a B2C-focused business where a lot of our customers are in the B2C world thinking about credit cards charge back and all the different kind of dunning stuff that they needed to do. And we have since evolved into more of a B2B framework which is more about workflows and managing the team of collectors and what they have to do in terms of doing credits and things like that and then also how they would manage the process on write-offs and things like -- and assignments.

At the same time, customers grow. Transaction volumes, remember we talked about every quarter, but it's not an easy sale, but it's the least friction sale, meaning that as companies grow they have to buy more and that's just a natural thing. So we monitored internally, we can get ahead of it. We can see when it's going to happen and then we can call in early. It's also the opportunity as we call in to engage about some of our other products like Collect.

Then over time, as the company becomes more complex, the next thing that would happen is we can upgrade the platform fee. And that is something that we see. It's almost like a new product where it's really unlocking functionalities. So there's no implementation and things like that. It's just that we know there are certain things that our company will need as they grow, as they grow international, as they think about different payments, kind of charge miles that they want to use, as they think about different entities or subsidiaries, things like this, they will need. And we've governed the technology to allow for us to engage on the low end with a lower price point. But as you grow, you upgrade here, more transaction volume and then one of our other flagship products. This would be kind of a typical journey with a customer. What it leads to, that journey is a mix of about 50-50 in ACV on bookings from new logos, which could include that transaction volume in CPQs, so it's not just platform fee, and bookings from our existing installed base. And what we've seen over the last couple of years, as we've had this pricing model, this has started to kind of take hold, and our product up-sell and cross-sell strategy start to take hold, we're seeing this mix kind of start to settle, which we think is really, really healthy.

Now if we look at specific companies and I could talk through how these companies have grown. These are 4 different examples of specific customers who have been with us. We've tried to break out so say okay, how are they growing on you? Like this is where we're like where are you engaging with them? And what you will see is like the majority of that engagement is still kind of the up-sell volume, which is this light color here. And so like a typical SaaS company, as they explore growth they're buying more volume. And what you see is like, okay, this company is flat here for a year and we've got a lot of questions around the -- our dollar-based net retention, but then also kind of like why isn't it growing a lot faster. Our engagement model right now is predicated on a couple of things. One, we want to make sure we have predictability for our customer. They need predictability as they grow. We cannot -- we don't want to be this linear relationship with our net revenue necessarily. We don't want to be perceived as attacks on that. We want to be perceived as a system of record that's going to allow them to grow, but as something that's also going to allow them to grow efficiently.

As such, you'll see companies who come in and like this up-sell could happen at the end of the year as they're going through the volume that they purchased from the previous year. And what they are doing is they are buying enough -- probably maybe for what they know they're going to do for the next year. So they buy blocks of volume and they say, okay, maybe I'm going to be $150 million business. I already have $100 million, I'm going to buy $50 million more. If they make that purchase here, they actually renew here at that same amount. And so the next year, that might be the $150 million. If they outgrow that, then they would buy more. Our goal is to make sure customer is not buying too much. You don't want them to overbuy or overcommit. Lots of customers are overly optimistic on what they think their growth goal is. The reason that is a negative is that, number one, we don't get to participate with them as they truly grow. Two, as they get to the end of those contract terms, there's been

Zuora Inc Investor Session - Final

some antagonism that they think they've been oversold. And so we're very, very careful in kind of trying to measure this and we're getting better and better and better at it.

And second example is like this auto manufacturer down here. Whether -- they're 3x with us over 5 years. Part of it is really the up-sell products. And this is them buying new products. The other part is volume. And what we're seeing now is that in that group of greater than $100,000, as we've moved into these new industries, a lot of these are very early bets, meaning -- not bets, these are big transformer of strategic things, but there isn't a lot of subscription revenue there. So we're getting in and we're becoming this platform system of record. They're doing a lot of testing. And as they do that, eventually they're going to grow. And it isn't that much different with the auto manufacturers where that -- they're starting to think about how do I light up stuff and then how do I think about the monetization strategy after that. And then they're going to see some transaction volume. So it really took us like 3 years to see meaningful volume coming through the system. Incredibly sticky once we are in, we are that system of record.

And what we've talked about consistently, that this is a long play. So if you go back to that group of customers paying us greater than $100,000, there is a big percentage of those customers that are kind of platform fee only deals and less than $50 million of transaction volume. And those are meaningful platform fees. But as those companies actually start to take hold on their subscription businesses that's the frictionless sale that we get to have an opportunity on. Now it's not super predictable when these businesses going to take off. But what we are pretty sure about, just because we know they're doing, is that this is the future of their business and the amount of bets that they're making and trying to -- they're shifting the entire organizations this way. And that's why we feel confident in general about what we're doing from a long-term perspective.

Now if look at each year and you break down, okay, how does this work each year. If we look at our fiscal '16 cohort or fiscal '17 or fiscal '18, so obviously the numbers aren't -- there's no access here. So it's really what they started with us at and then what they represent to us and that's to scale for each one, but each one is not relative to each other if that makes sense. Where truly the product is here, up-sell motion is here. Product is here, up-sell motion, product, up-sell motion. What we're seeing and what I've talked about over the last couple of years we've been moving to these much larger strategic bets for these companies. But the transaction volume, it is going to take some time. And we see that with our 16. These are companies that okay it's starting to take off, the transaction volume is starting and it's actually starting to take hold. And that's what gives us a lot of confidence, okay, we can see it. We can see that system. We can see that they're starting. And we expect the same thing to happen with these later years.

What that leads to obviously is our dollar-based net retention that this is right when we put in our pricing model. The platform fee, transaction volume and it has kind of added this product up-sell motion over the last 2 years here. But that's what's allowed us to go from 100 to 112. At the same time, we get a lot of questions around gross churn. And the way we answer is that at some point you're not going to get much more leverage in your dollar-based net retention on improvement on gross churn. You can maybe scrap out a couple hundred basis points here and there, but every business has some churn to it, whether it's even your customers acquiring the other customers. And so because of that, the majority of what we're going to get in terms of leverage on our dollar-based retention is really going to be on the up-sell because we feel really good about what our churn levels are right now. We clearly want to continue to improve them and do as best we can. But at some point, we're not going to get much more.

Another one I talked about earlier is that where is our ACV coming from and it's starting to settle. Meaning that in our whole model, this 50-50 model what we've tried to design and then we think about our business model over the last 3 years it's been pretty consistent that we have been able to still bring in 50% of our bookings from new logos, but at the same time a lot of these logos now are could be the platform fee deals with not as much volume. And it's a mix. We have some big migrations coming over and they're $1 billion business so they're going to buy $1 billion because they know what they have already. But mixed with 50% from our installed base. And that installed base sales also what's going to allow us to become more and more efficient, specifically on the transaction volume because it doesn't take a lot of sales resources to go get it.

I talked about earlier on our partner ecosystem. We have over 45 partner influenced deals since fiscal '19. I can say that there is certain partners that are more advanced than others in their thought process with _**Zuora**_ what they designed in terms of kind of an architecture that they are going to their companies with now. But the energy that we see here even at this conference is better than it ever has been. And part of it is driven from partners looking at other partners making money where we've had some very large engagements with partners with -- but I think it's a flip side where that they see what their companies are

Zuora Inc Investor Session - Final

coming -- their customers where they have these long embedded relationships with their customers come to them and talking about business transformation projects. And then they go out there and say, okay, how can we help you go engage. You think about the business model, and you think about the products and stuff that they want to go offer and then secondarily this is the stack that you're going to need internally to go execute against that. Some of these are a little bit more advanced on the RevPro side, which we talked about in the past as well. This is the revenue recognition. Our RevPro product is a very technical product, especially when it's sold stand-alone, when somebody has a revenue automation problem that they want to solve for. This would be on the accounting practice side. And what we're seeing now is kind of this mixes blend where the accounting practice side is talking to the consulting side, which is the general consulting because they have to solve for this kind of "cash to revenue" solutions together because they're becoming more and more seamless for these companies.

TIEN TZUO: These also tend to be the bigger deals.

TYLER R. SLOAT: Yes. These tend to be the bigger deals, whether they're doing an entire business model transformation. And so when we think about this, how does this all kind of equate back to our financials and our business model? Well, clearly, it's all about subscription revenue. That's what we measure everything on but really on ARR which is the related financial metric. When we think about that, I said, okay, we have to be able to provide our service with efficiency, which is really about subscription gross margins and do that at a consistent rate. We got to be able to expand, how is our market going to grow, both in what verticals we are but then also the products we're offering and how we can grow with our customers. And then on top of it, when we look at the other line items of our P&L outside of subscription gross margins, which is really sales and marketing G&A and R&D how are we gaining operating leverage in those line items.

Subscription revenue growth, we really kind of now kind of hit around 32%, 47.3% in Q1 as we reported last quarter. Running that kind of 77%, 78% this past quarter or high 70s. We think that's pretty good. I have talked about kind of getting to 80%. This clearly is the next goal. There is a little bit of lumpiness in there as we talk about our migration to AWS. We still have our colos here in the U.S. where it's switching core site and we migrate a bunch of stuff to AWS in Europe. We have launched fully on AWS. We know it's capable to launch because we've done that, and this is a long period migration. If you know about AWS, you make these buys as you're going so that we could see a little bit of lumpiness, but we feel really good about subscription gross margin. And that really when you think about your LTV models that's one of the key factors obviously. Then we think about our TAM and where are we going and focusing ourselves but where our customers are coming from and then how do we have confidence not just in the verticals that we are in right now which again, I would argue we're not nearly penetrating in any of them, not even tech. But what else is out there and Tien mentioned what are these other boxes going to be. We will say utilities is one of them that we're starting to see something pretty interesting happen in utilities. We see something pretty interesting happen in the fitness world, which I think is interesting and we've talked a little bit on one call in the past. We're seeing these legacy subscription membership businesses, really trying to change your models as now they have a bunch of digital offerings that they're allowed to put out there and not just go to the gym itself, but consume content in different ways. And so we're seeing an expansion here and we'll talk about that more when we think there is enough weight to think about it as a true vertical opportunity that we're going to go attack.

And then improved operating margin in general. We have a metric GEI, we have a metric called recurrent profit margin. We've talked a lot about this. We talk about our GEI on every single call, which is really effectively what we're spending to acquire every dollar of subscription revenue. And our goal is to bring that down. And then we have a recurrent profit margin, which is really subscription revenue less the combination of COGS, G&A and R&D and really subscription COGS and the goal is to have a kind of recurrent profit margin expansion as we grow our subscription revenue. And that's how we think about our operating margin. That model also always puts us behind growth, meaning that our spend is behind growth. And when we do that specifically for R&D, G&A and some of our subscription COGS as well. And so we're never trying to get over our skis and that's why even if there is nuances to our growth rates, our confidence on our capability to go hit our margin goals and our free cash flow goals, which is really important. We talked about when we went public, we're going to be 3 years from cash flow breakeven. We're now a year into that journey. We've also reiterated that nothing has changed on that. That's still what we expect to do and we're on pace to do. We even talked about our burn rate for this year. And that if we didn't have our HQ move which we need to do, we think it's actually -- going to be a really positive thing, that burn rate for this year would be $10 million less from a free cash -- from a cash perspective, which we think is -- which is good.

Zuora Inc Investor Session - Final

So what we're going to do now, I think we're going to take a 10-minute break. There's coffee and dessert right outside. We're going to get re-situated and then we're going to come back in, in 10 minutes and we're going to move straight to Q&A. So Tien and I will be up here with Joon.

(Break)

JOON HUH: Fantastic. All right. Hopefully everyone had a chance to get some dessert, take a break and we're going to start the Q&A. There is a mic that Parveen has in the back then I'll just sort of point it out and I'll stop it when sort of natural flow feels like it's ready to stop. All right?

So I think we have a question up here. If you could just start just to give your name and the firm you're with, that will be great.

Right here, Parveen.

Questions and Answers

SCOTT RANDOLPH BERG, SENIOR ANALYST, NEEDHAM & COMPANY, LLC, RESEARCH DIVISION: Scott Berg with Needham & Company. First of all, thanks for the presentation. Quite helpful. I guess, Tien, a question on the new platform around orchestration. It's an evolving piece of what you've been doing for the last 10 years. But can you match that with your comments on the Q1 call last week about changing your sales motion and moving away from a more evangelical-type sale to something a little bit more structured here going forward? How will that help your efforts in that arena?

TIEN TZUO: I didn't really catch those 2 things. I think my comments on the Q1 earnings call is probably not related to the platform. I think evangelism is so much part of our DNA and some of the folks have -- came up with -- joined a lot of companies out there. There's definitely companies at this conference that you can sense are very early in their journey, right? I was talking to some of those HVACs. And on the one hand, all the HVACs installing right now, IoT-enabled, connection to the Internet, all that kind of stuff. On the other hand, are they ready to flip and start selling HVACs as a service? You don't have to buy this $5,000, $6,000 device. This is on the residential consumer side.

And so what we need to do is we need to be careful, right? We can't compete -- if we're sending salespeople to evangelize that, then they could be chasing a deal that could take 18, 24 months, and so we want to be -- to recognize that there's enough companies out there that are saying, look, we have a quote-to-cash transformation. We're going to launch something in the next 90 days and we know what it is or 180 days, whatever it is. Or we have in a homegrown billing system that is just not doing what we need to do, is not keeping with the growth of the business. And how do we hone our sales and marketing especially on the marketing side or the development side on those examples versus too many salespeople, right? A company that are just really just kicking up tire time to learn about the history, right? And we just want to be a little more careful about that.

TYLER R. SLOAT: And I think the follow on to that is that comment was specific around -- we spent a lot of time thinking we have to evangelize and we've trained everybody to do that first and then the kind of sell why you need to order is next. And what we realize is that we're doing ourselves a disservice because that's no longer necessary. The companies already know they have this need. The interesting about Workflow is we're already using it in a lot of our engagements. And so you think about this box that we go in, we do billing and kind of quote-to-cash transformation and then we have to go to a customer and say, okay, that's great and they even have a need for all this other stuff that needs to happen, think about simple thing of provisioning right, so you come and you bring a new customer, they then use a quote provision, they tenant or something like that for just a SaaS company.

Where that -- in our services organization, we go in and we create this box of what we're doing and then they would have their CIO organization, they would have to go build it or something else outside of it where they can get the data out of our system but they would have to build it. Now we can go in and we are going in and saying okay, we can do that for you on Workflow, right? And what it does is expands the footprint of what we're doing for our customers. Obviously makes it a lot stickier. But it also gets them faster to go live with less friction. And that's like the real life today so that doesn't change anything on the sales motion and Workflow just gets added as something that they would buy as a product and then the services organization may start with the initial implementation.

Zuora Inc Investor Session - Final

But then as the company sees other things that they'd want to do, I give you example that I was talking to a CFO last night, it's a smaller company, so he's kind of -- he's in the system, he knows it really well himself. And his team is in there. He's like, I just started using Workflow to write off all these old invoices that we have and make it a natural thing as opposed to manually going in and write all these things off. And then I was like, okay, that saves you a ton of time and he thought it was genius. And that's like the real world example, so how our customers are using it today.

TIEN TZUO: We'll go Chris and then Hamza.

CHRISTOPHER DAVID MERWIN, RESEARCH ANALYST, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: Chris Merwin, Goldman Sachs. Yes, just wanted to ask about the platform. It's still early days but when we are thinking about rolling out this product to all your customers, what do you see as the biggest changes to the model from that? Is this something that can help drive better retention because now they are integrating Workflow to other systems in their organization? Is it another module that you can kind of sell and monetize that could contribute to that growth in net expansion rate? How do we think about starting from where it is now to kind of scaling it up and how does that impact the model over the next 3 to 5 years?

TIEN TZUO: Yes. When it's done well, it's definitely all of the above. So you can see how far you can push the analogy but we think we can push it pretty far in this case. If you look at the Force.com platform, right, just because I was pretty closely involved with that, definitely more stickiness, right? More people code all their stuff in Apex and stuff like that, they're sticky, they are. And so you can see that. We're even -- we're already pretty embedded.

But if you start building all these workflows and these use -- that hook to your lead systems, we definitely become even more embedded. And the monetization right now is a module fee that's part of the platform. So there's a platform fee and there's an upgrade -- it's a developer extension to the platform fee, if you will. But we would like to move over time more to an AWS-type model. So everybody gets Workflow, if you can just start playing with it, it's just a usage-based model.

TYLER R. SLOAT: And to be fair, that's structured within other transactions that you can do underneath it. So there's a capability, right? It's not just like a onetime, it's governed by something today. But it's early so we're learning a lot around how we should be pricing and packaging this going forward.

TIEN TZUO: Yes. And then Tyler alluded to before, today, especially if we're doing a launch, and we take a little time to iterate and figure out the monetization strategy. Like if the media companies tend to launch and they tend to have immediate revenue. IoT companies tend to launch and they have other things they have to figure out like distribution, stuff like that. And so either figure it out -- we have a lot more relevancy, right? Because you might not be getting the billing right away, but there's definitely like free sign ups and trials and that flow winds us to be really, really important.

TYLER R. SLOAT: I think just a follow on, Chris, the -- don't think we had mentioned -- I think this is really interesting for the GSIs as well. Because they are going in, and I mentioned they're not necessarily going in and putting in the guys who are billing, right? They're going with these big business transformation projects which often is a whole stack of systems. And this allows them to go in with a broader kind of tool set to go engage across that entire stack and really help them transform the whole business as opposed to think about *Zuora*'s just a billing system as part of it.

CHRISTOPHER DAVID MERWIN: Just one quick follow-up. In terms of the target for net expansion getting to 112% plus over time, what do you see is the bigger driver of that? Is it more cross sell? What are -- do we know with platform as well or is that a faster growth in transaction volume? Like what do you see as the main things kind of taking it up from the 108% to 112% to the 112% plus?

TIEN TZUO: I think if I -- we're not a per-user pricing model where you meet with 5 users and you expand, right. I mean so the extreme that might be, something like flat. That's not us, right? We're a billing system. We're going in. They have specific intentions and so they tend to say, look, here's my revenue projections. I want to buy something, I want predictability with price. So our transaction volume growth, we don't believe it's going to hit like 130%, right? And so we do believe that our transaction revenue growth will continue to be a big source of growth, I think Tyler mentioned this earlier. But it's going to have to come from something else, right, additional products that could be the cross-selling of the billings and RevPro with each other so that's why the integration is really, really important. The Collect product is going well. We have other ideas and other things we're going to do. If you look at the spring, the summer '19 press release is something called Subscriber Portal, right? We had talked about this before. If you look at the marketplace, it is some place where there's ISP apps. We also see the

Zuora Inc Investor Session - Final

smaller applications and see which ones get traction. So the Subscriber Portal you can see, if it did hit like a bunch of other hits, there's probably an e-commerce strategy that could emerge from something like that, right? And that's how we get early signs of potential future products to launch. So right now, we're focused really on the Collect product and seeding with a few other ideas.

JOON HUH: Hamza?

HAMZA FODDERWALA, RESEARCH ASSOCIATE, MORGAN STANLEY, RESEARCH DIVISION: Hamza Fodderwala from Morgan Stanley. I wanted to follow up a little bit on the partner ecosystem comment. So with this new platform, can you talk a little bit about how this could help grow that ecosystem, how do you plan to get more partners onboard to really build on that orchestration engine and sort of where you are today with that?

And then just to follow up. You talked about business model transformations and expanding within the existing customer base. If you look at your customer base today in terms of sort of rough percentage, how many would you say are using **_Zuora_** enterprise-wide or maybe in sort of 1 division or 1 region?

TIEN TZUO: Could you?

TYLER R. SLOAT: I can take it certainly.

TIEN TZUO: Yes, I want you to...

TYLER R. SLOAT: Okay. Yes. From the SI perspective, we talked about -- well, first of all, we talked that it's early days and I do think it's early days because I know -- I've been at some of the software companies that rely solely on the SIs to go deploy their product and actually sell for them as well. And that's not us right now. But what we do see is traction and that's the most important thing, and it's in pockets. I think -- we talked on the call, we actually -- just trying to become customers, too, which is really interesting because as they're going out and they're doing these business model transformation projects, they were also either creating their own little package of software or they're running managed services and things like that. And as they do that, they are thinking about their own monetization models because they are in the services business of billable hours and they want to get more predictability themselves. So these things have kind of happened in parallel and they're actually kind of playing off of each other a little bit. Again, early. So the investments we make continually are more very focused like are we going to go do a specific deal, but then do we get to train up a whole bunch of new people within that group and we're focusing more on specific partners within firms? Those partners then build practices and that's really the way it happens. And we have some that are much further along than others, but then the others are following.

TIEN TZUO: Yes. Are we taking up whole business or part of their business? We're focused on the subscription part of the business, right? So Caterpillar is part of an extreme example, a $45 billion company or so, we're not doing anything on the tractor side, right? And we just want to make sense, right, so they sell through dealers and stuff like that and SAPs is perfectly good for that.

And so if you look at companies, put companies in 2 buckets, companies that have dominant revenue subscriptions, 80%, 90%, 100%. You're not going to see that many big companies, right? It's a lot of SaaS companies, even the newspaper media companies. The New York Times is, what, I think $700 million, $800 million of subscription revenue. And so if you're going to go for a pure multibillion dollar subscription business, right, in the SaaS world, there's like a handful, you can see the big telecoms. And so you're going to see a whole block of customers that are running their entire business on us that tend to be, in the grand scheme of things, midmarket companies, right, call it, $100 million to $1 billion. And then if you look at our companies that are $5 billion, $10 billion, $50 billion, chances are they're manufacturing companies and chances are we're running a part of their business. And so we like that, right? That's why it's important for us to get in as a platform. The bad is these companies don't have a choice. They have to transform. Transformation isn't necessarily easy, but the trend of car sales going down, the models driven up is not going to reverse and so they all have to pivot and transform. And when they do, right, we do have that built-in potential growth. But to be fair, are we going to say it's all going to come the next year? Of course not. It's going to come over the course of the next 10 years.

Zuora Inc Investor Session - Final

TYLER R. SLOAT: I think the one comment I made was that a group of customers who pay us with greater than $100,000 that's what we talk about a lot that's growing now 87% of total. There's a big percentage of that customer that is platform or -- platform-fee only or platform fee but less than $50 million of transaction volume that they bought.

TIEN TZUO: Yes, and these are doing...

TYLER R. SLOAT: These are very large organizations, right, so these are the initial projects. And so they haven't bought the transaction volume yet. But by definition, that means we're not doing the majority of the revenue.

TIEN TZUO: In Q4 earnings call, we called out one company where we're doing 10% of their revenues. We've been working with them for 7 or 8 years. They started off quoting a 200,000 range, they're giving us low single-digit millions for only 10% of their revenues. And their goal is to get the other 90% of revenue to operate like this 10%. Why? Because this 10% is the fastest-growing part of their revenues. Well, why is that? Because it's the one that looks like SaaS, right? It's recurring so it doesn't decline. And there's built-in net dollar retention. And so this part of the business is growing. The other part of the business is probably low single digits or sometimes down. And so they all want to move to this consumption-based model where their customers use their services more, then revenues can go up, right, versus chasing every single pertinent sale.

Now when is that 90% going to all operate like this 10% again? Well, it's going to go slow and I'd say more than 2 years and less than 10 years, right? And where this sells in between, it's really going to be up to that company.

TYLER R. SLOAT: And some of it is just very focused selling, right? So if we have a customer that we're really writing like 1% because we started a division in there, we said, okay, that whole installed-based group that I talk about, the hotel is like, okay, make it 2%. And if it's 2%, it could be $1 million customer and it wouldn't turn into a $2 million customer because we have this linear -- we don't have this [triangle] with a platform fee, but it will turn into $1.5 million. Right? And so that's really where the focus is and so we talked about some of that.

JOSHUA DANIEL BENNETT, SENIOR MD , DIRECTOR OF RESEARCH & PORTFOLIO MANAGER, WEATHERBIE CAPITAL, LLC: Josh Bennett with Weatherbie Capital. Wondering if you can you give us an update on the competitive landscape and give us a feel for kind of an updated view on Gotransverse, where you see them as stronger, where you see yourself as stronger as you compete against them. But also a perspective on some of the more established players in the industry who are typically focused on unit-based kind of ERP models, what they're doing to try to come up with a subscription-based solution.

TIEN TZUO: We're not seeing any change. And honestly, we don't expect to see any change on the competitive side. Why is that? Because what we do is new and what we do is hard and what we do requires a big footprint. And so you look at Oracle SAP, putting aside the fact that on the evolution of those companies, they're no longer -- you guys know this, right? Their growth is more based on acquisitions and stuff like that, right? And so the idea that they're going to go and redesign, what do they call it, EBS is now Fusion. For me, it's now cloud financials. That's just not going to happen, right. And so they're going to incrementally move their customers along the ERP journey because that's what makes more sense for them.

On Gotransverse, look, the history of this company is we've always had a #2 company, and the way they compete because they're probably less than 1/10 of our size is they'll take 1 feature and this company, Aria, I mean technically they're still around, they'll take 1 feature that we don't have and they'll sort of make hay of it and eventually we catch up and we knock that thing out. But when you look at the broad footprint that's required to make these things successful, right, with the finance department needs, with the IT department needs, the thing about billing is it's really pricing, right? And the reason homegrown systems eventually run their course is because your business continues to explode in complexity, right? And you get the more extreme versions of these are the telcos. They're constantly launching new plans, new ideas, right, family plan, unlimited plan, multi-device plan, plans with HBO, plans with Pandora, right, whatever it happens to be. And so it's really hard for a homegrown system to keep up. And so if you're going to invest in a commercial system, you want to know that, that system has the most number of capabilities because the last thing you want, the most frustrating thing is you know what you want to do in your business but the system doesn't support it, right? And so the sales, right, the buying decision is going to favor a company with the broadest footprint, right? So you have to get to a certain level of scale for it to be meaningful.

Zuora Inc Investor Session - Final

Gotransverse right now would tell people, look, we've got this usage-based billing that has the (inaudible) above. And the most important thing in the world is you need this usage-based billing capability, right? We feel pretty good about our usage-based billing capability and also where we're going with it.

UNIDENTIFIED ANALYST: (inaudible) from [Granite]. For the platform products that you rolled out, what are the initial kind of beachhead use cases? It sounds like it's taking you closer to the telco OSS capabilities.

TIEN TZUO: Yes, we are inspired by telecom companies. So before Salesforce, so is the company, CrossWorlds, I don't know if it goes back that far. But integrating front office, Clarify, Siebel, Vantive to telco billing systems portal, [Keenan], Amdocs, things like that. Mike Aaron came from a Convergys telco billing background, so there's a bunch of us that have a telco billing background. And so you're right, so where we tend into telco's call, is to do the whole set orchestration systems, order management systems and MetaSolvs, Cordiant. There's a bunch of these guys, right? The Chordiant got absorbed into Pega at some point. But yes, we actually published a whole bunch of use cases that Tyler talked about this. There's a whole platform -- the workflow part of the platform has actually -- there's over about 100 companies that are actually actively deploying or live with this. And so we actually put it carefully, Mike was sort of flipping through the online -- or the soft copy version. But I'd just read out some of these things. And these are real customers, but charge-backs, applied late fees to overdue invoices, hey, we actually want to print invoices, so we want to intercept your current bill run and send it to a printer, invoice delivery to government tax authority, right? I mean so this is probably some local government tax (inaudible) we're not going to do it, but they intersect with that and send it over.

Foresight built a localized pricing by country, right? New Relic built an e-mail different order confirmation depending on channel. These are communication ones. Key Trucking built send e-mail and credit card fails, right? We do that and so they probably just wanted a customized version of that. trivago built create bank payments, right, when we actually see the file. So these are some of the examples. StackPath built an automated fraud response, subscription management which is provisioning and entitlements and then a custom Salesforce integration. And this is a deep engineering cofounder that just built it all himself.

UNIDENTIFIED ANALYST: Can you just talk about -- yes, just in terms of the change in sales leadership that you're going through now at the same time as you're going through sort of a change in the go-to-market motion, what gives you confidence that you can manage that process? That's the first question. The second question is what are you looking for in a new sales leadership role?

TIEN TZUO: What gives us confidence? Look, having done this company for 11 years compared to -- sort of I think back on some of the moments in the company. And Tyler was there, this company has gone through worse. So that gives us a lot of confidence. But we were private back then.

Look, the market is good, the market feels good. They talk to the customers, the technology is differentiated, right? And so you hit these scale points in this company and then you try to stay ahead of these scale points. And sometimes one just sort of catches you a little bit blindsided, right? And so -- but those are sales execution -- those are just people execution, organizational execution issues that we're pretty confident. That's not like an intrinsic thing. It's not like an Oracle SAP came up with some _**Zuora**_ killer that came out of nowhere and is blindsiding us. That's not it. Or just some technology shifts in the marketplace that makes our technology a little less meaningful. That's what gives us confidence, but...

TYLER R. SLOAT: It's actually even the opposite of that, right? We see the market opportunity expanding really fast. And we see the type of customers who are coming in, we see the level of sophistication that they want to engage with and say, okay, we need that organization to try and build to match that. What gives us confidence in the near term, too though, it's not like we're not going to close any business, right? We still close a bunch of business if we want. We have a lot of seasoned leaders at the next layers and that's coupled with a lot of new people. And so it's really doubling down on the seasoned leader to make sure that they are going to be kind of taking a little bit bigger role in the interim period of time. The same time we started hiring up a bunch of people in Q1, specifically around ops and stuff like that where they're the ones who are going to put in the infrastructure and start acquiring a different level of accountability.

TIEN TZUO: Yes, that bounces before, to answer your question, about the next leader. Because what we do is new enough, right, that the experience is important. This experience of having seen how customers engage, this higher customer life cycle, not just closing the deal, but then going live, expanding, being happy, being successful, what are the things to avoid, right? I was just talking to an appliance company yesterday who's trying to launch this thing. We're like, okay, well, look your IT

Zuora Inc Investor Session - Final

organization is going to ask for this, right, but then don't do that, right because if you do that, you're going to get stuck. So there are just things like that, that you just learn over time. So the experience is important.

Let me say the scale is important, too. So a lot of the new folks that we're bringing in are on the operations side, the strategy side, right? They're putting in a forecasting cadence, right, an operating cadence that allows us to scale. So our first-line managers could be as strong as -- our new first-line managers could be as strong as our experienced first-line managers. And so you're going to see more and more of that.

And so the next leader is -- we want to -- I'm exaggerating this a little bit, right, just to kind of bring out the effects. But we're looking less for an enterprise big deal guy, right, and more for a person that says, "Look, we need to see an end-to-end sort of operations that delivers customer success on a consistent basis given the complexity of what we do, right?" That's ultimately what we're looking for.

JOON HUH: We have one right here.

UNIDENTIFIED ANALYST: Could you talk a little bit more about the underlying architecture, the movement of that to microservices? How far along are we on both the app side and the platform side? Are they going to all operate under 1 code base where the apps are built off the platform itself?

TIEN TZUO: Yes, absolutely. So I could talk about it for hours. So to simplify, the first generation of cloud apps was still more of a three-tiered architecture, right, to kind of keep it simple. And so back in '07, '08, the state of the art, which is what we did, JSP pages, big Java codebase and it was on MySQL database, right? And so it wasn't as bad as '99 where you're just dumping everything in Oracle database. It was proprietary code so there was separation of 3 tiers and all that kind of stuff. But it was a three-tiered architecture.

So over time, what happens is you get lots of engineers all going up to the same database, right, and they start tripping over each other. And so the companies have hit real scale were going to be the B2C companies. And then it felt like you hit -- Facebook started, what, like '06, '07, '08, right? So '10, '11, Twitter was having those Fail Whale things, right, so you can sort of see their transformation at the time.

And so people moved to distribute it and so you think like a team that owns a chunk of code and they do their own thing. They kind of have their own database, right? They're responsible for their own deployments, they're responsible for their own uptime, right? And they communicate with the other teams through API services. And that allows the organization to scale and that allows the system to scale much, much better.

Now in order to do that, you need an infrastructure that's in place, right, because you want some level of shared infrastructure, some shared communication infrastructure, some shared continuous deployment and continuous integration infrastructure and so on and so forth. And so the first layer of work was to put our version of that. But we're using a lot of open source, right, like everybody else. But now we're taking chunks of our applications and moving it to that environment. And so our cash engine is one of the easier things that gets ported over. Our usage rating engine was one of the easier ones that gets ported over. But in also doing that, we could take a lot of our infrastructure. So why is everybody writing their own database, why not just have a shared custom object system, right? Oh, now that we've done that, why don't we expose that to customers, right? That typically starts a custom fields then you tackle custom objects. The events and notifications, well, these systems need to know like, oh, I need to know if something happened in one of the other services, okay, so there's building events and notification system. Oh, let's expose that to the customer and let them play with it as well. On the business logic engine, right, why hardcode it all these stuff? Why not build it on a more generic workflow engine? Oh, let's go expose the workflow engine out into the marketplace, right, out to customers. So that typically winds up being the path.

Because there's big application, you tend to pick the fringes of it, so you're seeing the rating engine more on the fringe. The core of our system is probably slipping closer to this product catalog and the offer catalog. So if you spend time talking to customers, they're hungry for that to be busted up as well. And so we're just attacking our system layer by layer. But the core infrastructure allowed distributor teams is in place. And in the meantime, there might be too much information, right? What's left over in this core monolith which is still sizable now, that itself is actually service as well. So we wrap that whole thing as a big service. So...

Zuora Inc Investor Session - Final

TYLER R. SLOAT: Great. As you could see, he could talk for hours on this.

UNIDENTIFIED ANALYST: Can you bring us up-to-date on the integration of RevPro with billing? What are going to be the milestones that we should be looking for? And how are you bringing your customers along on this? And when do we see some progress?

TIEN TZUO: Yes. I'll give you some details of that and some of these milestones we're looking for and you guys as well. So I answered some questions especially during the break, okay, well, what was it? So long story short, traditional ERP systems are order-based systems. If you want to feel what an order-based system looks like, you just go to Amazon, view My Orders, look at every order, right? And you can feel that order is an invoice, right? It's not that much difference to how an order looks and an invoice looks. At most, that's broken to 2 shipments so the order became 2 invoices. But these 3 line items became this invoice, these 2 line items, right?

Our system is very different. Our system is a subscription management system where it looks more like if you log into ATT Wireless and you go see View My Plan, right? Okay, you're on this monthly plan, you have these features, this is the dollar amount, this is the usage amount. And then there's something in the background that converts the usage and time into an invoice.

Long story short, RevPro is used to importing orders because it grabs an order from SAP, it grabs an order from Oracle because that's all it had. And so the course correction we took is the first path we took out of the gate is we tried to make our billing system produce an order that look like an ERP system. This will sound obvious, like everything on hindsight. But in hindsight, that was silly, right? That's like taking a 3D object, smashing into a 2D object and saying, hey, go build this house. And I can't see like the rest of the house. And so we probably could have caught that a little bit earlier, right? Understandable path. Probably, I could have caught it earlier. I chalk it up to, look, innovation's off and you go down the wrong path and you've got to course correct. This innovation wasn't like, hey, we're just making stuff up that we're going to launch in the future. This innovation was customers want it now, right? And so unfortunately, we did course correct. Now we're taking our full subscription object and we're saying, hey, RevPro, interpret that. And that path is going well. And so the coding is going well. It's actually at a point where we can actually do tests. And so we're taking real-world data because we've got customers in pipe.

TYLER R. SLOAT: Customer data, yes.

TIEN TZUO: Real-world customer data with their specific examples, the last 12 months or maybe more of their transactions, right? The way revenue recognition works, ASC 606, is you actually just take past transactions and you feed it through the new engine, right, and it spits out what the revenue would look like with the 606 rules and then just sort of compare that to the 605, right? And so we're doing that process right now with a few customer data where customer says go ahead, right? And so we're checking all these milestones. There's about 4 customers we're doing it with. We're going to increase the weight to probably 3x that. Then we're starting to get a good sense, right? For you guys, what you guys want to hear as well as what we want to hear is going to be customers are live, right? I mean that's the proof point. When customers are live on this thing, then it becomes real. And hopefully at that point, what we'll be announcing is just a wave of customers, right? Okay, we're up to this and then this and these many customers. And one customer is good, but you probably want to hear a dozen-or-so customers before you feel like you've gone through enough of those things.

TYLER R. SLOAT: And we said on the call that it feels good, progress feels good but you've got to get to the finish line, right, because you get through all these use cases, all the data and they just go through this continuous testing. And it has to work, right? This is not something that you get it to 80% working, 90% working. This is a mission-critical system. And so we hit Q2, Q3 and it feels like we're going to be coming out of it. We're clearly going to update everybody as we go along, right, because we've talked about it once already.

It impacts the numbers, right? That was the result, right, because what was going -- what was happening is that we were starting to feel decent about the first pass. So that cross-sell machine starts to turn on. What we do know which is very positive, we have a lot of our billing customers who really want this product. And there's nothing else they can use, really. And so that's a real positive thing.

So we had already closed some customers on it. Already started down the path of implementation. Part of the work that has to be done is a lot of capture of data that they need, so that's not like it's all throwaway work. But part of it was going down the

Zuora Inc Investor Session - Final

path of the migration and then we'd put them all in pause, right, in Q1 because we said, okay, we've got to pivot now. That's the right -- wrong path and so we said this impacts professional services. Q1 is going to be impacting Q2. And most likely we're going to do a lot of this on our own dime to get them up and running. That's why we said it's going to impact it. And it's the right thing to do for the customer. And so that is what we talked about and that was really the reason for the guidance that we gave.

TIEN TZUO: We did a conference call last week with this initial set of customers, maybe 2 weeks ago, and then I think some of them were actually in a session this afternoon. So keeping the lines of communication open with the customers.

JOON HUH: Great. Why don't we close it there. Thank you so much for joining us today. Thank you so much for your time and your interest in *__Zuora__*, and we look forward to talking to you. Thanks.

TYLER R. SLOAT: Thank you.

TIEN TZUO: Thanks.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** June 21, 2019

**End of Document**