Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**LEAD PLAINTIFF NEW ZEALAND METHODIST TRUST ASSOCIATION'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date:    April 24, 2020<br>Hearing Time:    10:00 a.m.<br>Courtroom:       1, 17th Floor<br>Judge:           Hon. Susan Illston<br><br>CLASS ACTION<br><br>Date Action Filed: June 14, 2019 |

010837-11/1257637 V1

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff New Zealand Methodist Trust Association ("Lead Plaintiff") respectfully submits this Statement of Recent Decision to bring to the Court's attention in *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC, ECF No. 251 (N.D. Cal. Apr. 15, 2020) ("*Tesla*"), a judicial opinion relevant to the disposition of Defendants' Motion to Dismiss Consolidated Class Action Complaint (ECF No. 67) ("Motion").

In the *Tesla* decision, issued after the parties completed briefing on the Motion, District Court Judge Edward M. Chen, among other things, denied Defendants' motion to dismiss a putative class action alleging securities fraud claims for violations of Section 10(b) and Section 20(a) of the Securities Exchange Act of 1934. Attached as Exhibit A is a true and correct copy of the *Tesla* decision. Lead Plaintiff specifically directs the Court's attention to the *Tesla* Court's analysis of the alleged falsity and materiality of certain social media posts or "tweets" published by the defendants in that case. *Id.* at pp.19-24.

The Motion is scheduled for hearing on April 24, 2020 at 10:00 am.

Dated: April 17, 2020

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Lucas E. Gilmore*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Lead Plaintiff*
*New Zealand Methodist Trust Association*