# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 26, 2020 | **Time:** 10 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Casey Roberts v. Zuora, Inc., et al. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Catherine Kevane, Katherine Marshall

**Deputy Clerk:** Teddy Van Ness             **Court Reporter:** Not recorded or reported.

## PROCEEDINGS

1) Telephonic Initial Case Management Conference - held.

## SUMMARY

Amended Pleadings due September 28, 2020.

Case continued to **March 26, 2021 @ 10:00 a.m.**  for Motion for Class Certification Hearing (Motion due: December 4, 2020, Opposition: February 5, 2021, Reply: March 5, 2021)

Case continued to **April 15, 2021 @ 4:00 p.m.** for Further Case Management Conference. Joint Case Management Statement due April 8, 2021.