Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**CERTIFICATION OF PETER A. SHAEFFER PURSUANT TO L.R. 3-7(d)** |

010837-11/1326871 V1

1    TO THE COURT AND ALL PARTIES OF RECORD:

2    Pursuant to Civil Local Rule 3-7(d), I, Peter A. Shaeffer, declare as follows:

3    Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

    Executed this 13th day of July, 2020.


         */s/ Peter A. Shaeffer*
         PETER A. SHAEFFER