WILMER CUTLER PICKERING
  HALE AND DORR LLP
SUSAN S. MUCK (SBN: 126930)
Susan.Muck@wilmerhale.com
One Front Street, Suite 3500
San Francisco, California 94111
Telephone: (628) 235-1002
Facsimile:  (628) 235-1001

Attorney for Defendants ZUORA, INC.,
TIEN TZUO, AND TYLER SLOAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No. 3:19-cv-03422-SI<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm affiliation and contact information for Susan S. Muck, counsel for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat, has been changed to:

> Susan S. Muck (SBN: 126930)
> WILMER CUTLER PICKERING
>   HALE AND DORR LLP
> One Front Street, Suite 3500
> San Francisco, California 94111
> Telephone: (628) 235-1002
> Facsimile: (628) 235-1001
> Email: Susan.Muck@wilmerhale.com

The law firm affiliation and contact information for all other counsel representing Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat, remains the same.

DATED: September 24, 2020                    By:    /s/ Susan S. Muck

> Susan S. Muck (SBN: 126930)
> WILMER CUTLER PICKERING
>   HALE AND DORR LLP
> One Front Street, Suite 3500
> San Francisco, CA 94111
> Telephone: (628) 235-1002
> Facsimile:  (628) 235-1001
> Susan.Muck@wilmerhale.com
>
> Attorney for Defendants ZUORA, INC.,
> TIEN TZUO, and TYLER SLOAT

Case No. 3:19-cv-03422-SI            2            NOTICE OF CHANGE OF LAW FIRM AFFILIATION