**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve Berman (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER CERTIFYING CLASS, APPOINTING CLASS REPRESENTATIVE, AND APPOINTING CLASS COUNSEL**<br><br>Hearing Date:    March 26, 2021<br>Hearing Time:    10:00 a.m.<br>Courtroom:    1, 17th Floor<br>Judge:    Hon. Susan Illston<br><br>CLASS ACTION<br><br>Date Action Filed: June 14, 2019 |

010837-11/1410510 V2

Upon consideration of Lead Plaintiff New Zealand Methodist Trust Association's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel; Memorandum of Law in Support thereof, the Declaration of Steve W. Berman in Support thereof and all exhibits attached thereto; and all other pleadings and arguments before the Court, and the Court having found that the requirements of Federal Rules of Civil Procedure 23(a), (b)(3) and (g) are satisfied, **IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's Motion is GRANTED;

2. Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), this action is CERTIFIED to proceed as a class action and the Court CERTIFIES the following Class:

> All persons or entities who purchased or otherwise acquired publicly-traded common stock of Defendant Zuora, Inc. during the period from April 12, 2018 to May 30, 2019, inclusive, and who were damaged thereby.[1];

3. Court-appointed Lead Plaintiff New Zealand Methodist Trust Association is APPOINTED as Class Representative; and

4. Court-appointed Lead Counsel Hagens Berman Sobol Shapiro LLP is APPOINTED as Class Counsel.

SO ORDERED.

Dated: _____

Signed: _____
Honorable Susan Illston
United States District Judge
Northern District of California

---

[1] Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of Defendants Tien and Sloat; (iii) any person who was an officer or director of Zuora; (iv) any firm or entity in which any Defendant has or had a controlling interest; (v) any person who participated in the wrongdoing alleged; (vi) Defendants' liability insurance carriers; (vii) any affiliates, parents, or subsidiaries of Zuora; (viii) all Zuora plans that are covered by ERISA; and (ix) the legal representatives, agents, affiliates, heirs, beneficiaries, successors-in-interest, or assigns of any excluded person or entity, in their respective capacity as such.