**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve Berman (admitted Pro Hac Vice)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**<br><br>Hearing Date: March 26, 2021<br>Hearing Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge: Hon. Susan Illston<br><br><u>CLASS ACTION</u><br><br>Date Action Filed: June 14, 2019 |

010837-11/1357169 V2

1    I, Steve W. Berman, declare as follows:

2    1.  I am the Managing Partner of Hagens Berman Sobol Shaprio LLP ("Hagens Berman"), which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association ("Lead Plaintiff") in this Action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington and I am admitted to practice *pro hac vice* before this Court.

2.  I submit this declaration in support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.  Since this Court has appointed Hagens Berman as Lead Counsel, the firm, under Lead Plaintiff's supervision and direction, has thoroughly analyzed, researched and investigated the securities law claims at issue, including interviews with multiple former employees of Zuora, Inc. ("Zuora"); drafted a detailed amended complaint; successfully opposed Defendants' motions to dismiss; analyzed the Court's motion to dismiss opinion; continued its investigation and research; begun pursuing discovery from Defendants, including propounding document requests and participating in multiple meet and confers; assisted Lead Plaintiff in responding to Defendants' discovery requests; retained a market efficiency expert; filed a motion for class certification; and regularly updated Lead Plaintiff on developments in this litigation, among other things.

4.  Lead Counsel is willing and able to commit the necessary resources to achieve a successful recovery for the proposed Class.

5.  Attached as Exhibit A is a true and correct copy of the Expert Report of Tavy Ronen, Ph.D., dated December 4, 2020.

6.  Attached as Exhibit B is a true and correct copy of relevant excerpts of Zuora's April 2018 Investor Presentation.

7.  Attached as Exhibit C is a true and correct copy of relevant excerpts of the transcript of Zuora's August 30, 2018 earnings call.

8. Attached as Exhibit D is a true and correct copy of relevant excerpts of the transcript of Needham & Co. LLC's January 15, 2019 Growth Conference.

9. Attached as Exhibit E is a true and correct copy of relevant excerpts of Zuora's April 12, 2018 Registration Statement filed with the SEC.

10. Attached as Exhibit F is a true and correct copy of a Zuora press release dated May 4, 2018.

11. Attached as Exhibit G is a true and correct copy of relevant excerpts of Jefferies' report dated May 7, 2018.

12. Attached as Exhibit H is a true and correct copy of relevant excerpts of Canaccord Genuity's report dated May 7, 2018.

13. Attached as Exhibit I is a true and correct copy of a Zuora tweet dated June 5, 2018.

14. Attached as Exhibit J is a true and correct copy of relevant excerpts of Zuora's May 30, 2019 earnings call.

15. Attached as Exhibit K is a true and correct copy of the Declaration of Stephen Walker in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, dated November 30, 2020.

16. Attached as Exhibit L is a true and correct copy of the firm resume of Hagens Berman.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2020
Seattle, WA

By: /s/ *Steve W. Berman*
Steve W. Berman