# Exhibit B



Investor Presentation
April 2018

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

# ZUORA SUBSCRIPTION HUB



Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

# WE POWER THE SUBSCRIPTION ECONOMY

## TECHNOLOGY







## MEDIA & TELECOM




## IoT: CONSUMER & COMMERCIAL



## SERVICES: CONSUMER & BUSINESS






## TRANSPORTATION







Note: Logos represent current customers as of January 31, 2018.



Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved. Other names, logos, and brands are the properties of their respective owners.

# A COMPLETELY DIFFERENT BUSINESS MODEL

**STATIC** Product-Centric Business Model

**DYNAMIC** Subscription Business Model







Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# LEGACY ERP INADEQUATE

Linear, daisy chain model built for one-time sales, not recurring relationships



**No system of record for pricing and packaging, subscriptions or subscriber lifecycle**

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# ZUORA DELIVERS A DYNAMIC HUB FOR SUBSCRIPTIONS



Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

# TWO FLAGSHIP PRODUCTS

## Zuora Billing



## Zuora RevPro



Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# ADD-ON PRODUCTS

## Zuora CPQ



## Zuora Collect



## Zuora Insights



 **Zuora Connect Marketplace**

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# WE RUN A SUBSCRIPTION BUSINESS MODEL



**Recurring Revenue Streams**



**Land & Expand Model**



**Focus on Customer Relationships**

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# CUSTOMERS GROW WITH US OVER TIME

## Multiple Paths to Expand


**Committed Transaction Volume**


**Upgrade Platform Edition**


**Add-On Products**


**Cross-Sell Flagship Products**

## ACV Growth in Cohorts FY 2016-2018[1]

Weighted Average % Growth in ACV Since Initial Quarter of Customer Acquisition

Quarters Since Initial Quarter of Acquisition

[1] Represents on a dollar weighted-average basis, ACV growth for our customers who initially contracted with us with greater than or equal to $100,000 in ACV during each of the quarters in FY 2016, FY2017, and FY2018 combined together, and that had deployed our solution as of January 31, 2018. Quarters 1 through 12 in the chart represent the number of quarters since the initial quarter in which the customer entered into a contract with us. This does not include customers acquired through our acquisition of Leeyo Software or Frontleaf. Our cohort of customers from FY2016, FY2017, and FY2018, that had greater than or equal to $100,000 in ACV combined, grown their ACV, in the aggregate and on a weighted average basis, by 4% by the end of the fiscal year, 27% by the end of the second year, and 39% by the end of the third year.

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# LAND AND EXPAND EXAMPLES

## SaaS Company

~17x Original ACV

FY09   FY10-11   FY12-14   FY15   FY16   FY17   FY18

## Enterprise Software Company

~6x Original ACV

FY14   FY15   FY16   FY17   FY18

## Media Company

~2x Original ACV

FY14   FY15   FY16   FY17   FY18

## Auto Manufacturer

~3x Original ACV

FY15   FY16   FY17   FY18

■ New Bookings    ■ Beginning of Period ACV

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# EXPANDING REVENUE FROM EXISTING CUSTOMER BASE

## Increasing Percentage of ACV from Upsell

Bar chart showing percentage of ACV from upsell by fiscal year (FY15 and prior[1], FY16, FY17, FY18), with three segments: ACV from New Business, ACV from Upsell - Product Add-On, and ACV from Upsell - Volume.

- ACV from New Business
- ACV from Upsell - Product Add-On
- ACV from Upsell - Volume

## Growing Dollar-Based Retention Rate[2]

Bar chart showing dollar-based retention rate:
- FY16: 100%
- FY17: 104%
- FY18: 110%

[1] Includes FY2008 through FY2015.

[2] Dollar-based retention as of period end is calculated as current period ACV divided by prior period ACV. Prior period ACV is defined as the sum of ACV from all customers as of twelve months prior to such period end. Current period ACV calculated as the sum of the ACV from the same customers as of current period (including upsells, contraction, and attrition).

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# INCREASING ACV FROM LARGER CUSTOMERS

## Customers with ACV > $100K

**242**
26 %
74 %
FY16

**292**
22 %
78 %
FY17

**415**
18 %
82 %
FY18

■ % ACV from Customers with >$100K    ■ % ACV from Customers with <$100K



Note: 242, 292, and 415 represent customers with annual contract value ("ACV") equal to or greater than $100,000, as of January 31, 2016, January 31, 2017, and January 31, 2018, respectively.

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# GROWTH EFFICIENCY INCREASES OVER TIME

| Revenue Driver | Cost of Sale | Opportunity |
|---|---|---|
| Volume | Low | We grow as our customers' usage and subscription businesses grow |
| Add-On Products | Medium | Expand customer footprint through add-on products, cross-sell, or platform upgrades |
| New Business | High | Land new logos and sign new business units |

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.



# KEY TAKEAWAYS

- Opportunity to capitalize on a once-in-a-century shift to the Subscription Economy

- Zuora is positioned to handle the needs of subscription businesses

- Strong financial discipline with clear path to profitability while delivering sustainable long-term growth

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

