# Exhibit C

**Q2 2019 Zuora Inc Earnings Call**

FOSTER CITY Sep 8, 2018 (Thomson StreetEvents) **--** Edited Transcript of Zuora Inc earnings conference call or presentation Thursday, August 30, 2018 at 9:00:00pm GMT

CORPORATE PARTICIPANTS
  Joon Huh, Zuora, Inc. - VP of IR
  Tien Tzuo, Zuora, Inc. - Co-Founder, Chairman & CEO
  Tyler Sloat, Zuora, Inc. - CFO
CONFERENCE CALL PARTICIPANTS
  Jesse Wade Hulsing, Goldman Sachs Group Inc., Research Division - Equity Analyst
  John Stephen DiFucci, Jefferies LLC, Research Division - Equity Analyst
  Richard Hugh Davis, Canaccord Genuity Limited, Research Division - MD & Analyst
  Ryan Michael MacDonald, Needham & Company, LLC, Research Division - Senior Analyst
  Stan Zlotsky, Morgan Stanley, Research Division - VP

## PRESENTATION

**Operator**

Good afternoon. My name is Jay, and I will be your conference operator today. At this time, I would like to welcome everyone to the Zuora Fiscal Q2 2019 Earnings Call. (Operator Instructions) Joon Huh, VP of Investor Relations, you may begin.

**Joon Huh**, Zuora, Inc. - VP of IR

Thanks, Jay. Good afternoon, and welcome to Zuora's Second Quarter Fiscal 2019 Earnings Conference Call. Joining me today are Tien Tzuo, Zuora's Chief Executive Officer; and Tyler Sloat, Zuora's Chief Financial Officer.

You'll see that we have a more conversational format to our call today, and hopefully you like it. But before we get to that, let me cover some of the legal language. As you know, we finished our second quarter in July, and the purpose of today's call is for us to provide some color on the quarter. We're also going to provide financial outlook for the third quarter and for the full fiscal year. Some of our discussions and responses today will include forward-looking statements, so as a reminder, our actual results could differ materially as a result of a variety of factors. You can find information regarding those factors in our most recent Form 10-Q filed with the SEC.

Finally, we'll be referring to several non-GAAP financial measures today and reconciliations to the related GAAP measures that are included in our earnings release. For a copy of today's earnings release, links to our SEC filings, a replay of today's call or to learn more about Zuora, check out our Investor Relations website at investor.zuora.com.

And now without further ado, let me turn it over to Tien and Tyler.

**Tien Tzuo**, Zuora, Inc. - Co-Founder, Chairman & CEO

Thank you, Joon, and good afternoon, everyone. This is Tien.

**Tyler Sloat**, Zuora, Inc. - CFO

Yes. Tyler's here as well.

**Tien Tzuo**, Zuora, Inc. - Co-Founder, Chairman & CEO

Thank you for joining our Q2 earnings call. So Tyler, can you believe that this is our second earnings call as a public company, that it's already been 5 months since the road show and IPO?

**Tyler Sloat**, Zuora, Inc. - CFO

I know, Tien. I can't believe it. It feels just like yesterday. Some mornings, I still wake up in a cold sweat wondering what city I'm in. I know everyone made fun of me, but thank goodness, I had enough grapefruit to stay healthy and keep the energy up.

**Tien Tzuo**, Zuora, Inc. - Co-Founder, Chairman & CEO

Ha, ha, the grapefruit, yes, it brings back memories. Hey, and speaking of the road show, I noticed quite a few folks on the call that we had a chance to meet on the road show. And to you all, it's been a pleasure keeping in touch. And for

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Question – John Stephen DiFucci:** I got a question, I think it's probably best for Tyler. It has to do with RevPro. Listen, we understand the catalyst of ASC 606, but Tyler, you and Tien have both talked about a longer-term opportunity. Can you talk a little bit more about that? Because this is something that comes up a lot in my conversations. And maybe even in the context of that, talk about it in regards to your current traction with RevPro and the pipeline for the future.

**Answer – Tyler Sloat:** Yes. No, I can definitely take that one, John. There -- I think we're seeing 2 things. One, ASC 606 and IFRS 15 is a good driver for customers kind of last year when we talk about 605, 606 upgrade, but what we're seeing is that companies had a time line. They had to get compliant and a lot of them chose to do that through kind of some manual band aid process, what we call. So we're seeing those guys now. They've gone through their first integration. But they know it's not sustainable, and they're going to need the revenue automation solution for 606 going forward. So those customers are still out there. But on top of that, it's all about -- the reason we did the acquisition was not 606. It is about business model complexity that hits both your quote-to-cash solution as well as your revenue automation. And that's really what we're seeing right now or the Hitachi example of that Tien touched on that, that's all about just complexity and manual processes. And they wake up -- a customer wakes up, and they realize they've outsourced all revenue to some other place, and they've got tens and tens of bodies doing this all manually. And that's not sustainable. And so that's where I think that the long kind of like tailwinds are going to be for 606 -- for RevPro.

**Answer – Tien Tzuo:** Yes. I would point, thinking about the Hitachi Vantara story, I would point back to the -- if you visualize, in order to track revenue, which is necessary to close the books, necessary to forecast, right, 50, 60 bodies around the world doing spreadsheets, I mean, that's just insane. I mean, I encourage you guys when you talk to the CFOs of the companies you cover, ask them how big is their revenue department. And I think you'd be surprised how much revenue is being done manually, and it's not getting better. I mean, with these new rules, it's only going to get worse and worse.

**Answer – Tyler Sloat:** I mean, the reason we did, John, we see all the layering that comes in through subscription models, layering of all these transaction sets. One of the biggest downstream impacts is to revenue because you have to put all the stuff together and you have to look at it as one continuous order. And I know we've talked about this. That just makes it really, really hard, and that's the reason we have the product.

**Question – John Stephen DiFucci:** And if I could -- and that's helpful, and that's -- because I think a lot of people, including myself at one point, just thought, well, geez, ERP must be doing this, but they haven't been. But I guess, that comes to that question. What about SAP and Oracle and other -- and NetSuite, others? Are they trying to do this at this point? Because now you have a standard ASC 606 that's supposed to be across all business models and across all geographies and I mean, I know there's always a lot of caveats. But just curious, are you seeing anything on the competitive front from the traditional ERP guys?

**Answer – Tien Tzuo:** Yes. I think maybe -- look, 606 is definitely a catalyst. But look, just to reemphasize what Tyler said, it's not really about 606. It's about these dynamic business models. And if you listen to the story, both stories around Billing and RevPro, there was a scenario of de-booking contracts and recreating contracts. Cancel any contracts, it's not really a contract cancellation. And so ERP systems weren't built for these long term, right, time-bound time change, right, constant change contracts. And so you can try to get away with it by simply, well, look, the contract change, I'll just create another contract, but it's not that simple. With 606, now you got to look at these 5 contracts that -- these 4 "canceled 1 and a current 1" and try to figure out what the heck the revenue implications are and sometimes what the billing implications are. And so you can continue to tack on more band aids, more patches, more custom code, more people on top of the SAP, Oracle interfaces, but they fundamentally just were not billed. You can't model these new businesses, right? And you experience it in the downstream billing, you experience it in the downstream revenue recognition, but the core of it is the inability to model how these new business models work.

**Answer – Tyler Sloat:** Yes, John, you're right. I mean, they have revenue modules, right? SAP, Oracle, they have revenue modules. But the reality is those modules have been pretty inefficient or insufficient since VSOE -- 97-2 came out, which requires VSOE and allocations. And ironically, it's like Oracle is the one who caused that standard to come out, and that's what's led to a lot of these manual processes out of system. But now what we are seeing, so even if they have revenue modules, those revenue modules need to be fed with data, and that data needs to come from a system that captures the order. And as we see customers come to us who already have Oracle and SAP to use us for quote-to-cash solution, which is order billing, right, that's the system that's creating the data. And they would have done it already on their current install, but they can't. So it's going to feed off of itself over time.

**Question – John Stephen DiFucci:** That's all really helpful. I'm sorry, I'm going to ask one more because -- so with RevPro, now that you've had it for a year, are -- can you talk a little bit about the pipeline, if that's, in fact validating what you're saying, which is pretty much that this has legs beyond just 606?

**Answer – Tien Tzuo:** Well, we obviously know it has legs, but what we like the fact is that we have 2 flagship products, right? And in any given point in time, right, you'll see one product surge ahead of the other. And sometimes it's the marketplace catalyst like 606. Sometimes, there are more internal breakpoints, right, growth, skill sets, training processes and so on, so forth. But having 2 really allows us to put the right bet in the right growth bets in the right

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.