# Exhibit D

C Corrected Transcript

15-Jan-2019

# Zuora, Inc. (ZUO)

Needham Growth Conference

**Zuora, Inc.** *(ZUO)*
Needham Growth Conference

C Corrected Transcript
15-Jan-2019

# CORPORATE PARTICIPANTS

**Scott Berg**
*Senior Analyst, Needham & Co. LLC*

**Tyler Sloat**
*Chief Financial Officer, Zuora, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Well, we're going to get started. It was like few more people trickling in but we're going to get going. First of all, thanks for everyone coming today. I guess this podium is hiding me a little bit, sorry. For those that aren't familiar with myself, my name is Scott Berg, I lead our SaaS software [indiscernible] (00:21) on the research side of Needham.

Today with us, we have Zuora and the company's CFO, Tyler Sloat. Welcome.

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Thank you.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

We're just catching up on the restaurants here. You know you can talk about restaurants in New York these days and days and days. But anyways, Tyler, why don't you give a...

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Let me greet [indiscernible] (00:40), too.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*

Oh, I'm sorry. Yeah.

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Good morning, everyone. Before we're going to get started, let me give quickly the disclaimer. I'd like to remind you today's discussion may contain forward-looking statements about our expected financial and operational performance. I would ask you to refer to our various risk factors including our 10-Q and SEC filings relative to any forward-looking statement. Thank you.

economies of scale built into the pricing, so it's not like we are – have a linear relationship with our customers' revenue, I don't think that would be right. But it is something that allows us to actually participate in our customers' growth.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*



So, you kind of touched on some of the other modules that you have in the platform though. Investors always seem to like platforms in multiple areas versus a single-point solution. And, of course, your platform [ph] is called where essential (06:50) has multiple components that you highlighted. But what are the modules that seem to be most adapted or most interest to customers outside of the core billing solution?

### Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

A

Yeah. So we'll land with either Billing or Revenue Recognition. These things are very, very synergistic. Revenue Recognition, you could be a customer that may not have a subscription billing problem but you might have a rev rec problem that could be compliance driven like from ASC 606 or could be complexity driven maybe of a homegrown solution, like your revenue recognition is very keen.

On the billing side, you're bringing us in and what – when you bring us in, we end up becoming your system of record for your customer, your system of record for your products, all your pricing and packaging, and then effectively owning the entire revenue side of the house for our customers. In fact, we can become the sub ledger for revenue, deferred revenue, cash, AR, things like this, as well as SaaS metrics around bookings and backlog and things like that. And you can actually close your books in us and then just send a general entry to your – whatever your financial system is.

Outside of – are kind of billing in our revenue recognition, the main products that we would add today or not add, our customers would add, we have CPQ product. It's built on force, so it's a coding solution. I would argue if proof sufficient for many of our customers and their rationale is it's very, very integrated into our product, but it's also built on force you can share a lot of the objects that are available for you there. We also sink a ton of data back and forth in the Salesforce, so you can actually can be a sales rep or a manager or something like that, and there you just sit in Salesforce all day and look at the account, and within there you can see what's the MRR of that account, what products have they subscribed to, what are their subscription terms, what invoices have they been sent. Have they actually paid those invoices? Things like that which is all data coming from Zuora.

We have an Insights product which is really around reporting and metrics. We also have a Collect product which is a relatively new product, so this is a collections management tool that the revenue groups are different than the billing groups, which are different than the collections group, the AR group, and ironically, there's not a lot of great collections tools out there, the lot of them are in Excel. And this is a new product for us. Over the last year, we're starting to see a lot of really good traction around that. And then we have a marketplace of small apps, it has over 100 apps, and we call the Connect Marketplace. And in there is a lot of iteration about the third party apps or our own apps built by our own teams, and that these can get added to deals as well. Like simple things, like lock boxes for customers all the way through to workflow management.

### Scott Berg
*Senior Analyst, Needham & Co. LLC*



Okay. So, when you look at your net dollar retention rate which was 115% last quarter and above your kind of guided range of 108% to 112%. Help us deconstruct that. How much of that driver is coming from the volume-

# Zuora, Inc. *(ZUO)*
Needham Growth Conference

 
based pricing, customers that are movie up and expanding versus maybe customers that are buying on products? So don't – how should we kind of think about those two levers there?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*



Yeah. So, it was 115% net dollar retention last quarter. We have guided, we say, hey we think the range of 108% from 112% is really good. And for the end of this year we said we're going to be a little bit above 112%, but we don't want the investor to get ahead of ourselves. We actually land pretty heavy. That's one of the reasons, we can land with pretty substantial annual deals or we're not landing like a lot – like small SaaS companies [indiscernible] (10:12) small Saas companies that will land with a quick little group and then it will just grow the crazy like that. This is a big project for a lot of companies that we land with.

The net dollar retention is driven by really two things, right. You mention, one, is gross churn and the other is upsell. And within the upsell it's products and transaction volume. What we said is, gross churn we actually are really happy about. We don't disclose the gross churn number, but we've done better at it every single year. And at some point, you get to a point where you actually can't improve it very much anymore. There is going to be churn within your base especially if you're selling to small companies which we do. But on the upsell component, it is a mix of companies buying other products where you could be a billing customer and you're buying RevPro or vice versa. We still have less than 10% overlap of our customer base using both of our flagship products, but we do see a lot of traction starting there. But transaction volume continues to be the biggest driver of upsell within our customer base. So, we disclosed last year, the transaction volume was 50% of – I am sorry, upsell was 50% of bookings, and of that, 80% of that 50% was transaction volume.

## Scott Berg
*Senior Analyst, Needham & Co. LLC*



So, I guess, how do you move the needle on additional product adoption if most of that is transaction volume or usage volume? You brought to market a number of new modules last couple of years. How do you start moving that needle a little?

## Tyler Sloat
*Chief Financial Officer, Zuora, Inc.*

Yeah. We have a lot of ideas of what we want to do. But if you think about really what are we doing, we are starting to own a customer, but specifically the entire revenue side of the house for that customer, and there's whole bunch of stuff you can go off and do. I don't think we have to do anything more. I think we're pretty early entering some of these markets. And this is something we talk about a lot. We're very patient. We've talked about a 25% to 30% growth rate. And some of the questions like why aren't you growing faster than that?

The reason is you can't convince companies to buy, all right. There are markets out there. I talked about tech which is about 50% of our business that we're naturally going to see a lot of these deals. But some of these other markets like auto that we highlighted on our last call, these are long, long term plays. And I think we highlighted we have 6 of the top 10 manufacturers in the globe now. And what happens is one early adopter will move, they'll say, hey, we're going to make a move because our future is going to be about connected cars or other revenue streams, it's not really going to be about selling cars anymore in terms of future growth of revenue. And then they'll come in and they'll have an idea, like GM with OnStar and they're building around OnStar or Ford with FordPass, and they've got the Chariot buses, they've got the bikes, and they've also got their FordPass app and they starting to connect all these services together. But it's going to be a long time before some of these industries actually see a meaningful amount of their revenue coming through subscription.