# Exhibit E

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-223722**
**Registration No. 333-224245**

11,000,000 Shares



Class A Common Stock

_____

This is the initial public offering of shares of Class A common stock of Zuora, Inc.

We are offering 11,000,000 shares of our Class A common stock.

We have two classes of authorized common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except with respect to voting and conversion rights. Each share of Class A common stock is entitled to one vote per share. Each share of Class B common stock is entitled to ten votes per share and is convertible into one share of Class A common stock. Outstanding shares of Class B common stock will represent approximately 98.8% of the voting power of our outstanding capital stock immediately following the completion of this offering, with our directors, executive officers, and 5% stockholders, and their respective affiliates, holding approximately 57.8%, assuming in each case no exercise of the underwriters option to purchase additional shares.

Prior to this offering, there has been no public market for our Class A common stock. The initial public offering price per share is $14.00. We have been approved to list our Class A common stock on the New York Stock Exchange under the symbol ZUO.

We are an emerging growth company as that term is used in the Jumpstart Our Business Startups Act of 2012 and, as such, have elected to comply with certain reduced public company reporting requirements.

_____

*See the section titled Risk Factors beginning on page 13 to read about factors you should consider before buying shares of our Class A common stock.*

_____

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

_____

|  | Per Share | Total |
|---|---|---|
| Initial public offering price | $ 14.00 | $154,000,000 |
| Underwriting discounts(1) | $ 0.98 | $ 10,780,000 |
| Proceeds, before expenses, to Zuora | $ 13.02 | $143,220,000 |

(1)    See the section titled Underwriting for a description of the compensation payable to the underwriters.

To the extent that the underwriters sell more than 11,000,000 shares of Class A common stock, the underwriters have the option to purchase up to an additional 1,650,000 shares from us at the initial public offering price, less the underwriting discounts and commissions.

Certain entities affiliated with Azim Premji, an affiliate of an existing stockholder, have indicated an interest in purchasing an aggregate of up to $12.0 million in shares of our Class A common stock in this offering at the initial public offering price per share. Because these indications of interest are not binding agreements or commitments to purchase, such entities may determine to purchase more, less, or no shares in this offering, or the underwriters may determine to sell more, less, or no shares to such entities. The underwriters will receive the same discount from any shares of Class A common stock sold to such entities as they will from any other shares of Class A common stock sold to the public in this offering. Any shares purchased by such entities will be subject to lock-up restrictions described in the section titled Shares Eligible for Future Sale.

_____

The underwriters expect to deliver the shares against payment in New York, New York on April 16, 2018.

_____

**Goldman Sachs & Co. LLC**          **Morgan Stanley**          **Allen & Company LLC**          **Jefferies**

**Canaccord Genuity**                                        **Needham & Company**

_____

Prospectus dated April 11, 2018.

**Table of Contents**

This shift in business models is creating a unique opportunity to disrupt the current enterprise software landscape. Traditional enterprise resource planning, or ERP, systems were built in the 1970s for product-based businesses, and these product-centric architectures do not adequately support the new requirements that companies face in the Subscription Economy. This new Subscription Economy requires different systems for managing the dynamic nature of ongoing relationships with subscribers.

We believe we are well-positioned to capitalize on this shift in business models and have spent the last ten years building and selling a leading and differentiated solution, and enhancing our proprietary deployment methodology and business model.

Architected specifically for dynamic, recurring subscription business models, our solution functions as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-cash process, including billing and revenue recognition. Our cloud-based software solution is the new system of record for subscription businesses.

We currently serve more than 950 customers in over 30 different countries across most industries, including 15 of the Fortune 100 as of January 31, 2018. Unsurprisingly, customers pay for our platform under a subscription-based model, and this model allows us to grow as the Subscription Economy grows. For fiscal 2016, fiscal 2017, and fiscal 2018, our total revenue was $92.2 million, $113.0 million, and $167.9 million, respectively. We have made significant investments to grow our business, including in sales and marketing, infrastructure, operations, and headcount. As a result, we incurred net losses for fiscal 2016, fiscal 2017, and fiscal 2018 of $48.2 million, $39.1 million, and $47.2 million, respectively.

**Industry Background**

***Digital Technologies Have Changed the Consumption Preferences of Both Consumers and Businesses***

Today, consumers and businesses function in a digital world, a world of cloud and mobile technologies, internet-enabled commerce, big data, and connected devices comprising the Internet of Things, or IoT. This new world has irreversibly changed consumer expectations. They want freedom: freedom to access products and services on their own termswhere, when, and how they want. They increasingly value access over ownership and care more about outcomes and experiences as opposed to simply product specifications or features.

***Businesses are Realizing the Benefits of Subscription Business Models***

These expectations and the proliferation of new digital services and markets are leading to increased demand in as-a-service, or subscription, business models. Businesses can benefit from the many strategic advantages in adopting subscription business models, including:

New revenue streams and new growth opportunities;

Better data-driven decisions;

Improved revenue predictability; and

Increased customer lifetime value.

***This New Subscription Economy is Transforming Major Industries***

In industry after industry, new disruptors are using subscription business models to upend traditional industry dynamics. Established businesses are realizing they need to innovate or risk being

Table of Contents

Similarly, in-house custom built systems usually require a significant amount of engineering and IT resources to build and maintain and frequently prove to be inadequate as companies seek to expand their offerings and operations.

## Market Opportunity

We believe the global, multi-decade shift across industries toward the Subscription Economy is creating a significant opportunity for subscription management systems.

The market size for our current core cloud-based billing and revenue recognition products was nearly $2.0 billion in 2017 and is expected to be $9.1 billion by 2022, growing at a 35% CAGR, according to MGI Research. Additionally, Gartner estimates that spending on ERP software is expected to reach $40.6 billion by 2021. As ERP systems cannot fully address the needs of companies in the Subscription Economy, we believe we are well-positioned to take a share of this spend as the Subscription Economy continues to grow.

## Solution

Our solution functions as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-cash process. Our cloud-based software solution is the new system of record for subscription businesses. Zuora offers businesses the ability to meet the constantly-evolving needs of their subscribers, capitalize on new revenue opportunities, and accelerate business growth.

We have developed a deployment methodology designed to ensure that our customers can successfully acquire and nurture their subscribers by offering a flexible pricing model and automated billing, streamlined collection, and efficient accounting features.

## Benefits

***Reduce Time to Market.***    Our solution significantly reduces the time required to go-to-market with new subscription offerings and to iterate on the pricing and packaging of existing offerings, enabling businesses to quickly react without having to re-code or re-engineer back office systems.

***Increase Operational Efficiencies.***    In the Subscription Economy, customers regularly make changes to their subscriptions. Zuora automates these processes and reduces the impact of such changes on businesses.

***Free Up IT and Engineering Resources.***    Our cloud-based solution reduces both system complexity and costs. With Zuora, engineering and IT departments no longer need to build in-house custom systems or customizations for their ERP systems to keep up with market changes, ongoing customer demands, and new order-to-cash processes.

***Establish a Single System of Record.***    Zuora captures financial and operational data, enabling subscription businesses to have a single system of record rather than having to reconcile data from multiple systems.

***Make Customer Data-Driven Decisions.***    Because our solution serves as a single source of data and information for subscribers, companies use Zuora to gain insights into customer behavior. This helps them understand their subscribers better, predict upsell opportunities, and increase customer retention.

Table of Contents

***Access Growing Ecosystem of Order-to-Cash Partners.***    Our solution has over 50 pre-built connectors to various order-to-cash partners, including payment gateways, tax vendors, general ledgers, and customer relationship management, or CRM, systems.

***Support Rapid International Expansion.***    With over 26 pre-built payment gateways, over 150 supported currencies, and over 20 supported payment methods, our solution enables companies to quickly expand internationally.

### Competitive Strengths

We believe the following competitive advantages enable us to maintain and extend our leadership as the system of record for companies in the Subscription Economy:

Proven track record with more than 950 customers as of January 31, 2018 and 99.95% average annual uptime, which includes scheduled downtime, over the last several years;

Comprehensive solution built specifically to handle the complexities of subscription business models;

Flexible technology with a broad range of customers and use cases;

Mission-critical system that is difficult to replace;

Accelerated pace of innovation with ten years of development experience;

Deep domain expertise across a broad range of subscription business models;

Proprietary deployment methodology; and

Growing subscription economy ecosystem with 80 applications and a broad network of partners and integrators.

### Growth Strategies

Key elements of our growth strategies include:

***New Customer Acquisition.***    As the Subscription Economy evolves, we intend to capitalize on our leadership and acquire new customers in current and future markets.

***Expand Relationships with Existing Customers.***    Once we acquire a customer, we intend to expand our footprint and drive sustainable growth in multiple ways, such as increasing transaction volume and upsells and cross-sells with additional products.

***Enter New Vertical Markets.***    We currently have a strong position in four key marketstechnology, media and telecommunications, manufacturing, and industrial and consumer IoTand intend to expand to additional vertical markets.

***Expand our Global Footprint.***    As adoption of the Subscription Economy evolves throughout the world, we intend to expand into new geographies where we see future expansion opportunities.

***Leverage Global Systems Integrators to Accelerate our Growth.***    We intend to work with large global systems integrators, or GSIs, and leverage their role in advocating for transformation to subscription business models.

***Launch New Products and Extend our Technology Lead.***    As we grow and evolve with our customers, we intend to continue to develop additional products and enhance our current offerings.

Table of Contents

In fiscal 2017, we crossed the threshold of $100.0 million in total revenue.

In fiscal 2018, we acquired Leeyo, which added our revenue recognition product, *Zuora RevPro*.

We target companies of all sizes, ranging from small businesses to some of the worlds largest enterprises. We currently serve more than 950 customers, including 15 of the Fortune 100 as of January 31, 2018. As of January 31, 2016, January 31, 2017, and January 31, 2018, we had 728, 796, and 971 customers, respectively, including 242, 292, and 415 customers with annual contract value, or ACV, equal to or greater than $100,000, respectively. As of January 31, 2016, January 31, 2017, and January 31, 2018, customers with ACV equal to or greater than $100,000 represented 74%, 78%, and 82% of total ACV, respectively. For a definition of ACV, see Managements Discussion and Analysis of Financial Condition and Results of OperationsKey Operational and Financial Metrics. For a definition of customer, see the section titled BusinessCustomers. We have employees located throughout North America and Western Europe and in Australia, India, China, and Japan.

For fiscal 2016, fiscal 2017, and fiscal 2018, our total revenue was $92.2 million, $113.0 million, and $167.9 million, respectively. We have made significant investments to grow our business, including in sales and marketing, infrastructure, operations, and headcount. As a result, we have incurred net losses for fiscal 2016, fiscal 2017, and fiscal 2018 of $48.2 million, $39.1 million, and $47.2 million, respectively.

## Our Business Model

Our business model is similar to many of our customers in the Subscription Economywe seek to maximize the lifetime value of our customer relationships over time. We initially acquire customers through a sale of one or more of our products. Over time, as customers experience success with Zuora, they can renew their subscriptions and expand their usage of our solution.

We sell through our direct sales force and with our GSI partners, and in many cases do so in a combined and coordinated fashion. Customers initially subscribe to one or both of our two flagship products*Zuora Billing*, our subscription billing product, or *Zuora RevPro*, our revenue recognition product. Because of the transformative nature of the shift to subscription business models, especially in larger organizations, the initial selling process can be lengthy and complex.

68

**Table of Contents**

Given the foundational nature of our solution, its deployment typically requires a professional services engagement with either us or one of our third-party deployment partners. Our partners include GSIs, which deploy the solution, often as part of a broader business transformation project. Professional services engagements typically last between three and twelve months with the goal of enabling our customers to utilize our solution as broadly and quickly as possible. These projects usually involve integrating our solution with the customers other business applications. Once deployed, our solution becomes a mission-critical system of record for our customers, often deeply entrenched into their core IT and operational infrastructure. Excluding customers acquired through our acquisitions of Leeyo and Frontleaf, we have only lost one customer from those customers who initially entered into a contract with us in fiscal 2016, 2017, and 2018 who had initial ACV of at least $100,000, had deployed our solution as of January 31, 2018 and, have had contracts up for renewal.

Our business is based on a recurring revenue model, with our subscriptions having fixed and variable pricing components. Our subscription agreements typically range from one to three years. We charge an annual fixed platform fee ranging from $25,000 to $500,000 or more, depending on the *Zuora Central Platform* edition and associated level of functionality. In addition to the base platform fee, we charge annual committed volume fees based on anticipated usage of our products. Volume fees are based on posted invoice volumes for *Zuora Billing* and on the customers annual revenue volume for *Zuora RevPro*. Our variable pricing components are designed to align our success with our customers success in the Subscription Economy as they expand usage and reliance on our products. Our customers increasing usage of our solution is evidenced by the growing amount of transaction volume processed by our customers on our platform. For the quarter ended January 31, 2018, our customers processed nearly $7.0 billion in invoice volume through *Zuora Billing*.



Once customers are operating on our solution, we have multiple ways to expand our footprint and drive revenue growth from these customers, which we refer to as upsell:

Customers can upgrade to a more robust edition of the *Zuora Central Platform*;

---

1    Represents the quarterly posted invoice volume processed by our customers through *Zuora Billing*. Does not include revenue processed by our customers through *Zuora RevPro*.

**Table of Contents**

Customers can subscribe to one or more of our additional products, such as *Zuora CPQ*, *Zuora Insights*, *Zuora Collect*, or one of the *Connect Marketplace* applications;

Customers that started with *Zuora Billing* or *Zuora RevPro* can also subscribe to the other flagship product; or

Customers can increase their committed volume amounts as they grow.

Customer expansion can be seen in the ACV growth in cohorts over the last three fiscal years. Our cohorts of customers from fiscal 2016, 2017, and 2018, that had greater than or equal to $100,000 in ACV, combined together, have grown their ACV, on a dollar-weighted average basis, by 4% by the end of the first year, 27% by the end of the second year, and 39% by the end of the third year.



Given their significant potential lifetime value, we invest upfront in acquiring our customers and facilitating a successful deployment. Our ability to participate in our customers growth does not require the same investment as selling to a new customer, which we believe will result in increased margins over time.

---

2    Represents on a dollar weighted-average basis, ACV growth for our customers who initially contracted with us with greater than or equal to $100,000 in ACV during each of the quarters in fiscal 2016, 2017, and 2018, combined together, and that had deployed our solution as of January 31, 2018. Quarters 1 through 12 in the chart represent the number of quarters since the initial quarter in which the customer entered into a contract with us. This does not include customers acquired through our acquisition of Leeyo or Frontleaf.

**Table of Contents**

      The strength of our installed base and our ability to expand sales to our installed base is demonstrated in the growth of our dollar-based retention rate and the increasing portion of our ACV from upsells. Our dollar-based retention rate has expanded from 100% to 110% since fiscal 2016, and the portion of our ACV attributed to upsell (excluding renewals) has continued to grow.





### Factors Affecting Our Performance

      The growth of our business and our future success will depend on many factors, including those described below. While each of these factors presents significant opportunities for us, they also pose important challenges that we must successfully address in order to grow our business and improve our financial results.

      ***Continued Growth of the Subscription Economy.***   We believe that we are in the early days of the Subscription Economy and that there is a large market opportunity for our solution. As companies from all industries continue to shift to subscription business models and consumers increasingly use products and services that are provided through such models, we believe demand for our solution will increase. Our success will continue to largely depend on the timing of the shift to the Subscription Economy and the willingness of businesses to adopt cloud-based software solutions to manage their subscription business models.

      ***Expansion and Further Penetration of Our Customer Base.***   We believe that our ability to expand our customer base will enable us to grow our business. We focus on acquiring new customers through our flagship products, *Zuora Billing* and *Zuora RevPro*, and growing our relationship with our customers over time through increased transaction or revenue volume. We also have the ability to expand revenue through the sale of additional products. As we grow and evolve with our customer base, we intend to continue to introduce additional products and capabilities and address new revenue opportunities.

---

3      See the section titled Managements Discussion and Analysis of Financial Condition and Results of OperationsKey Operational and Financial MetricsDollar-Based Retention Rate for an explanation of dollar-based retention rate.

4      Fiscal 2008 through fiscal 2015.

Table of Contents

ERP systems were not specifically built as systems of record for subscriptions and ongoing customer relationshipsthey were built as systems of record for one-time sales of products. With every new product, service, or geography a new SKU would be created to replicate this linear process leading to multiple order-to-cash systems and processes. This means subscriber data is often housed in these multiple disparate systems across different teams or business lines, and companies are unable to track or have visibility into the entire subscriber lifecycle in one place. To meet the needs of subscription businesses, ERP systems would need to be completely re-architected. Simply adding customizations to ERP systems does not adequately address the growing complexities and the recurring nature of the Subscription Economy. As a result, these limitations may impede businesses ability to grow in the Subscription Economy.

### *Challenges of In-House Custom Built Systems*

We believe the evolving nature of the Subscription Economy makes it extremely challenging to build and maintain an in-house custom subscription management system. To do this, a significant amount of engineering and IT resources are required to build and maintain them. These systems frequently prove to be inadequate as companies seek to expand their offerings and operations.

Companies are often challenged in their growth and expansion opportunities as a result of IT and engineering resource limitations. Evolving these systems as new customer needs emerge can require substantial additional resources and customizations, which may not be successful or prove to be insufficient and time-consuming. For example, the ability to support new payment gateways or new currencies for international expansion usually requires significant engineering effort and can divert valuable resources away from innovating in their own products and services.

To be successful in the Subscription Economy, companies need a subscription management hub that serves as the system of record for this new business model.

This system needs to enable a wide range of pricing models, respond to critical customer events, enable quick experimentation and iteration, track the entire subscriber lifecycle, and produce critical business metrics. Businesses also need to orient their order-to-cash processes around this hub and connect it to their CRM and financial systems.

## Market Opportunity

We believe the global, multi-decade shift toward the Subscription Economy that is happening across industries is creating a significant opportunity for subscription management systems.

The market size for our current core cloud-based billing and revenue recognition products was nearly $2.0 billion in 2017 and is expected to be $9.1 billion by 2022, growing at a 35% CAGR, according to MGI Research. Additionally, Gartner estimates that spending on ERP software is expected to reach $40.6 billion by 2021. As ERP systems cannot fully address the needs of companies in the Subscription Economy, we believe we are well-positioned to take a share of this spend as the Subscription Economy continues to grow.

102

**Table of Contents**

**Solution**

==Our solution functions as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-cash process and is architected specifically for dynamic subscription business models.==



Our cloud-based software solution is the new system of record for subscription businesses. Zuora offers businesses the ability to meet the constantly-evolving needs of their subscribers, capitalize on new revenue opportunities, and accelerate business growth.

Our solution has been designed to handle a wide range of use cases for any business in any industry in the Subscription Economy. ==Our solution enables customers to successfully:==

**Price** to meet diverse customer needs in the Subscription Economy, such as different consumption models, custom product or service bundles, and outcome-based or tiered pricing options.

**Acquire** subscribers across multiple channels with flexible promotions, integrated quoting, multi-channel commerce, and automated customer acquisition workflows.

==**Bill** accurately with automated invoices that reflect everything from up-to-date proration and plan changes to usage-based billing.==

**Collect** payments globally and instantly through automated channels, while maximizing completed transactions and minimizing write-offs.

**Nurture** customers through seamless customer experiences by automating and orchestrating rapid changes such as upgrades, conversions, renewals, and other orders across the subscriber lifecycle.

==**Account** for revenue, comply with the latest revenue recognition rules, close books faster, orchestrate subscription transactions, and process revenue in real-time.==

**Measure** and integrate subscriber and financial data, including data from third-party sources such as CRM and financial systems, so businesses can track the entire subscriber lifecycle and access subscription metrics in a single place.

**Iterate** quickly on numerous pricing options to meet unique customer needs and dynamic market situations.

**Scale** easily and capitalize on new growth opportunities such as global expansion, sudden growth in customers, and acquisitions of new businesses.

**Table of Contents**

**Benefits**

Key benefits of the Zuora solution include the following:

*Reduce Time to Market.*    Zuora significantly reduces the time required to go-to-market with new subscription offerings and to iterate on the pricing and packaging of existing offerings, enabling businesses to quickly react to changing market and customer needs, launch new services, and enter new markets. Changes can be made in minutes without having to re-code or re-engineer back office systems.

*Increase Operational Efficiencies.*    In the Subscription Economy, customers regularly make changes to their subscriptions. Zuora automates these processes and reduces the impact of changes, including proration for invoices, changes to revenue recognition, taxation, provisioning, and reporting. Automating these functions saves businesses valuable time and resources by eliminating manual processes and customizations, increasing operational efficiencies.

*Free Up IT and Engineering Resources.*    Our cloud-based solution reduces both system complexity and costs. With Zuora, engineering and IT departments no longer need to build in-house custom systems or customizations for their ERP systems to keep up with market changes, ongoing customer demands, and new order-to-cash processes.

*Establish a Single System of Record.*    Our solution captures financial and operational data and enables subscription businesses to have a single system of record rather than having to reconcile data from multiple systems. Key business metrics can be accessed at any point in time to make critical business decisions.

*Make Customer Data-Driven Decisions.*    Because our solution serves as a single source of data and information for subscribers, companies can use Zuora to gain insights into customer behavior. This helps them understand their subscribers better, predict upsell opportunities, and increase customer retention.

*Access Growing Ecosystem of Order-to-Cash Partners.*    Our solution has over 50 pre-built connectors to various order-to-cash partners, including payment gateways, tax vendors, general ledgers, and CRM systems. Rather than building integrations for each of these, our customers can take advantage of pre-built connectors to extend the capabilities of Zuora for specific industries.

*Support Rapid International Expansion.*    With over 26 pre-built payment gateways, over 150 supported currencies, and over 20 supported payment methods, our solution enables companies to quickly expand internationally and acquire and support customers in new geographical regions.

**Competitive Strengths**

*Proven Track Record.*    Our proven track record with over 950 customers around the world, including 15 of the Fortune 100 companies as of January 31, 2018, demonstrates the strength of our solution. Over the last several years, we have managed our systems successfully to 99.95% average annual uptime, which includes scheduled downtime. We have 77 million accounts in our system. In the twelve months ended January 31, 2018, we managed 95 million subscriptions on behalf of those customer accounts, sent out 172 million invoices on behalf of our customers, and processed 142 million payment transactions across more than 26 different payment gateways.

*Comprehensive Solution.*    Unlike many legacy ERP systems, Zuora was built specifically to handle the complexities of subscription business models from customer acquisition to financial

104

**Table of Contents**

<mark>records close, and it has become the system of record for managing subscriptions for our customers.</mark> Zuora was named a leader in The Forrester Wave: Recurring Customer and Billing Management, Q3 2017, where it achieved the highest overall scores in the categories of strategy and current offering.

Since inception, we have invested significantly in research and development. We believe that this investment, combined with our ten years of experience across a broad range of use cases and the comprehensiveness of our solution, provides us with a competitive advantage.

***Flexible Technology with a Broad Range of Customers.*** Zuora was purpose-built to broadly address all industries in the evolving Subscription Economy. Unlike software designed for limited vertical markets, our solutions are designed to handle the widest possible range of use cases for businesses of all sizes in any industry in the Subscription Economy. We believe the breadth and adaptability of our solution uniquely positions us to capture the opportunity presented by the continued shift to the Subscription Economy.

***Mission-Critical System that is Difficult to Replace.*** The ability to process orders, send invoices, collect, and book revenue is mission-critical to any business and requires secure and trusted solutions. Because our solution addresses all of these mission-critical needs, our customers depend on our solutions for managing their subscription business models. Once deployed, our solution becomes a mission critical system of record for our customers, often deeply entrenched into their core IT and operational infrastructure. Excluding customers acquired through our acquisitions of Leeyo and Frontleaf, we have only lost one customer from those customers who initially entered into a contract with us in fiscal 2016, 2017, and 2018 who had initial ACV of at least $100,000, had deployed our solution as of January 31, 2018, and have had contracts up for renewal.

***Accelerated Pace of Innovation.*** Our differentiated microservices architecture helps us achieve scale and enables us to accelerate our pace of innovation. Geographically-distributed teams working on independent components of our solution allows for rapid iterations with extremely complex, large-scale systems resulting in a continuous enhancement cycle and increased velocity of innovation. The combination of ten years of development and deployment experience with a broad array of use cases and rapid innovation cycles has resulted in a highly-capable platform and a rich portfolio of products, providing us a competitive advantage.

***Deep Domain Expertise.*** We serve a broad range of subscription business models across industries. This has allowed us to develop deep institutional knowledge and expertise in subscription management, the financial complexities of subscription businesses, and what is necessary to achieve a successful customer deployment. This enables us to innovate and anticipate and address emerging customer needs as the Subscription Economy evolves. Our technology, knowledge of financial complexities, and deep understanding of the evolution of subscription business models across a wide variety of industries give us a distinct competitive advantage.

***Proprietary Deployment Methodology.*** Based on our learnings over the years from hundreds of deployments across industries, we have developed a comprehensive deployment process, which we refer to as our 9 Keys methodology, and series of workshops to help our customers and ensure a successful deployment with Zuora.

***Growing Subscription Economy Ecosystem.*** We believe our ecosystem of GSI partners and 80 applications that connect with our solution enables us to scale and enter new vertical markets and geographies. This ecosystem facilitates our ability to cater to customer-specific requirements and also helps to reduce our costs and to scale sustainably.

105

**Table of Contents**

**Growth Strategies**

Key elements of our growth strategies include:

***New Customer Acquisition.***    Our two leading products, *Zuora Billing* and *Zuora RevPro*, attract new customers for two very distinct needs in the Subscription Economyflexible subscription billing and revenue recognition automation. <mark>Moreover, with many industries transitioning to subscription business models, we believe we are well-positioned to acquire customers, as businesses increasingly realize that their existing systems are insufficient.</mark> As the Subscription Economy evolves, we intend to continue to capitalize on our leadership and acquire new customers in our current and future markets.

<mark>***Expand Relationships with Existing Customers.***    Once we acquire customers, we have multiple ways to expand our footprint and drive sustainable growth with them. These include increasing transaction volume and upsells and cross-sells with additional products and services. We intend to continue investing in expanding our relationships with existing customers in order to capitalize on opportunities within our installed base.</mark>

***Enter New Vertical Markets.***    We currently have a strong position in the technology, media and telecommunications, manufacturing, and industrial and consumer IoT markets. While we have placed a strategic focus on the markets that we believe are most quickly transitioning to the Subscription Economy, we believe there are a wide range of vertical markets to pursue, and we intend to invest in targeting vertical markets as they shift to the Subscription Economy.

***Expand our Global Footprint.***    We began expanding internationally in fiscal 2011 in Europe. In fiscal 2013, we expanded to Australia, and in fiscal 2016, we commenced operations in Japan. We continue to grow in these regions with both existing and new customers. As adoption of the Subscription Economy evolves throughout the world, we intend to invest in new geographies where we see future global expansion opportunities.

***Leverage Global Systems Integrators to Accelerate our Growth.***    We believe there is a significant opportunity to work with large GSIs and leverage their role in advocating for business model transformation to subscription business models. GSIs can benefit from working with us as they can sell their portfolio of services from consulting to deployment, application support, and integration to our common prospects and customers. We intend to pursue additional GSI partners and strengthen our relationships with our existing GSI partners to drive engagement with large enterprises.

***Launch New Products and Extend our Technology Lead.***    As we grow and evolve with our customers, we intend to continue to develop additional technologies and products and to enhance our current offerings, allowing us to unlock additional revenue streams. We intend to continue to invest in our solutions and monitor changing customer needs and requirements across emerging industries where we see the greatest opportunity for growth.

***Optimize Pricing and Packaging.***    We intend to optimize and enhance pricing and packaging to align the value customers realize from the usage of our products with the revenue we receive from our customers.