# Exhibit F

# Zuora Announces Date for First Quarter Fiscal 2019 Earnings Conference Call

**Business Wire**

*SAN MATEO, Calif.*--(BUSINESS WIRE)-- Zuora, Inc. (NYSE: ZUO) today announced that it will report financial results for its first quarter of fiscal 2019, which ended April 30, 2018, following the close of market on Thursday, May 31, 2018. On that day, Zuora's management team will hold a conference call and webcast at 2:00 p.m. PT / 5:00 p.m. ET to discuss Zuora's financial results and business highlights.

**Event:** Zuora First Quarter Fiscal 2019 Earnings Conference Call
**When:** Thursday, May 31, 2018
**Time:** 2:00 p.m. PT / 5:00 p.m. ET
**Live Call:** (866) 393-4306 Domestic, (734) 385-2616 International
**Replay:** (855) 859-2056 or (404) 537-3406 with passcode 6696498, available through June 7, 2018
**Live Webcast:** https://investor.zuora.com, with replay available for 12 months

**About Zuora, Inc.**

**Zuora**® provides the leading cloud-based subscription management platform that functions as a system of record for subscription businesses across all industries. Powering the Subscription Economy®, the **Zuora** platform was architected specifically for dynamic, recurring subscription business models and acts as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-cash process, including billing and revenue recognition. **Zuora** serves more than 900 companies around the world, including Box, Komatsu, Rogers, Schneider Electric, **Xplornet** and Zendesk. Headquartered in *Silicon Valley*, **Zuora** also operates offices in *Atlanta*, *Boston*, *Denver*, *San Francisco*, *London*, *Paris*, *Beijing*, *Sydney*, *Chennai* and *Tokyo*. To learn more about the **Zuora** platform, please visit www.zuora.com.

SOURCE: Zuora Financial

© 2018 **Zuora, Inc.** All Rights Reserved. **Zuora** is a trademark of **Zuora, Inc.**

View source version on businesswire.com: https://www.businesswire.com/news/home/20180504005194/en/

**Zuora, Inc.**
Investors
**Joon Huh**, 650-419-1377
investorrelations@zuora.com
or
Press
**Jayne Scuncio**, 408-348-1087
press@zuora.com

Source: **Zuora, Inc.**