# Exhibit G

**COMPANY NOTE**

Initiating Coverage

USA | Technology | Software

May 7, 2018

# Jefferies

EQUITY RESEARCH AMERICAS

# Zuora (ZUO)
## Riding the Wave of the Subscription Economy: Initiating at Buy with $24 PT

**Key Takeaway**

**Initiating ZUO at Buy and $24 PT. ZUO's differentiated SaaS solution for managing subscription businesses has enabled it to build a large customer base in a large market opportunity. With strong roots in billing, ZUO has shown early success in a land/expand strategy and strong net revenue expansion, which can support sustainable 25-30% growth and meaningful profitability with scale.**

Jefferies acted as a joint active bookrunner in ZUO's IPO on 4/12/18.

**Differentiated Solution for the Subscription Economy**. ZUO's single system of record for managing pricing, billing, payments, and rev recognition is tailored for subscription businesses. We believe that a first mover advantage can support sustainable growth in the 25-35% range for much longer than is typical (5-10 yrs).

**Large TAM**. ZUO operates in a nascent and fast-growing category of Everything in Between (EIB) CRM and ERP applications. We estimate that Zuora's TAM, which includes cloud-based billing and revenue recognition, CPQ, analytics, and platform-as-a-service, will be about $4.1 billion in 2018 and forecasted to grow at about a 34% CAGR to $13.4 billion in 2022. Zuora can likely grow at least in line with this market forecast, which is above what we're modeling.

**F19-21 Rev Estimates (+25-30%) Achievable Even if New Sub ACV Moderates**. We calculate that New Subscription ACV grew 30% in F17 (Jan-end) and 46% in F18 (24% organically), contributing to 32% and 34% subscription growth, respectively. Our model reflects New Sub ACV +14% in F19 (+20% organic) and +20% in both F20 and F21, which can support subscription growth of 29%, 28%, and 26%.

**Leverage Through Land/Expand**. >50% of New Sub ACV is attributed to upsell/cross-sell in F18, vs. <20% in F08-15. Low acquisition costs for incremental volume-based pricing and add-ons vs new logos is critical to reaching scale and meaningful profit.

**Valuation**. Our $24 PT equates to 13.6x EV/F20 (next FY) Subscription, above the 7.5x peer SaaS group avg., justified in our view by ZUO's sustainable growth and market position. New Sub ACV +25% in F19-20 instead of 20% would yield a multiple under 10x, which is our calculated value for a SaaS company assuming 5% annual growth of its renewal stream. ZOU currently trades at 10.9x F20 estimates.

**Valuation/Risks**

Our $24 PT is derived via DCF analysis. Key risks include competition from large ERP vendors, slower-than-expected market growth, and delayed profitability.

## BUY
Price target $24.00
Price $19.55^

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | ($178.4) |
| Long-Term Debt (MM): | $15.0 |
| Cash & ST Invest. (MM): | $193.4 |

### Market Data

| | |
|---|---|
| 52 Week Range: | $21.85 - $19.00 |
| Total Entprs. Value (MM): | $2,157.8 |
| Market Cap. (MM): | $2,336.2 |
| Shares Out. (MM): | 119.5 |
| Float (MM): | 12.7 |
| Avg. Daily Vol.: | NA |

**John DiFucci** *
Equity Analyst
(212) 284-2196 jdifucci@jefferies.com
**Howard Ma** *
Equity Associate
(212) 707-6479 hma@jefferies.com
**Jeffrey Mok** *
Equity Associate
(212) 323-7676 jmok@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2017A | Prev. | 2018A | Prev. | 2019E | Prev. | 2020E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 113.0 | -- | 167.9 | -- | 213.2 | -- | 271.2 |
| EV/Rev | | 19.1x | | 12.9x | | 10.1x | | 8.0x |
| **EPS Non-GAAP** | | | | | | | | |
| Apr | -- | -- | -- | -- | -- | (0.40) | -- | (0.11) |
| Jul | -- | -- | -- | -- | -- | (0.17) | -- | (0.11) |
| Oct | -- | -- | -- | -- | -- | (0.13) | -- | (0.12) |
| Jan | -- | -- | -- | -- | -- | (0.10) | -- | (0.10) |
| FY Jan | -- | -- | -- | (1.36) | -- | (0.67) | -- | (0.45) |
| EV/Rev | | 19.1x | | 12.9x | | 10.1x | | 8.0x |

### Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 65 to 70 of this report.

Provided for the exclusive use of Lucas Gilmore at Hagens Berman, et al on 20-Oct-2020 03:50 PM

Subscription ACV is attributable to transaction volume (volume upsell plus the first-year volume portion of new contracts). We believe that as Zuora's customers grow, their spending on committed volume should become multiples of the base platform fee. Therefore, continued increase in the mix of new Subscription ACV from high-margin volume upsell, as well as add-on products, will be crucial to Zuora reaching its non-GAAP operating margin targets of 8% in four to six year and 20% in the longer-term.

**Chart 2: Zuora's New Subscription ACV Mix**



Source: Zuora company data and Jefferies estimates

### RevPro: New Beachhead with Significant Near-Term Revenue Opportunity

In May 2017, Zuora acquired revenue recognition solution provider Leeyo and subsequently rebranded it as Zuora RevPro. Similar to what Zuora Billing does for managing subscription model processes, RevPro automates the range of internal, multi-departmental processes required to comply with the new ASC 606/IFRS 15 accounting standards, which can be extremely complex and cumbersome to solve with existing methods. RevPro now serves as one of Zuora's two beachhead products, together with Zuora Billing. There is also significant cross-sell opportunity between over 850 Zuora Billing customers, many of which face ASC 606 compliance challenges, and over 100 RevPro customers at the end of fiscal 2018. Currently, only about 10%, or about a dozen RevPro customers, use Zuora Billing.

Under ASC 606, companies must allocate and recognize revenue based on the satisfaction of distinct performance obligations and according to standalone selling prices. In order to comply, companies need to modify their accounting policies and business rules, as well as accurately identify and group transactions within revenue contracts. Certain industries, such as aerospace, construction, telecom, and software, are impacted more than others. Zuora has high customer concentration in the software and telecom industries, making companies in these industries prime targets for cross-selling. Public companies will need to adopt the new standard by the start of their fiscal year beginning after December 15, 2017. Private companies (and public companies classified as emerging growth companies under the JOBS Act) may delay adoption until the start of their fiscal year beginning after December 15, 2018. Therefore, the former group represents a significant near term opportunity, while the latter group (which represents the vast majority of companies) presents a significant mid-term opportunity for RevPro.  In addition, we believe many companies may attempt to adopt ASC 606 using traditional financial tools, which likely will prove cumbersome, so this opportunity will likely last longer than some might expect.

Please see important disclosure information on pages 65 - 70 of this report.

**Jefferies**

Provided for the exclusive use of Lucas Gilmore at Hagens Berman, et al on 20-Oct-2020 03:50 PM

## Leeyo/RevPro Acquisition Impact

On May 31, 2017, Zuora acquired revenue recognition/ASC 606 compliance solution provider Leeyo, which was rebranded to Zuora RevPro shortly following the acquisition. Zuora paid approximately $60 million (including 3.7 million of restricted stock and RSUs with service-based vesting requirements valued at $19 million) for a business that we estimate was had an annualized revenue run-rate of approximately $30 million and annualized billings run rate of approximately $43 million. We believe that this an attractive valuation for an important asset, while noting a few considerations. First, we estimate that the mix of the $30 million of annualized revenue contribution for fiscal 2018 (based on eight months of acquisition impact) is about $12 million, or 40% subscription revenue, while the remaining 60% is professional services, which is a near break-even business. Second, there may be some questions around the sustainability of this business beyond the near-term benefit from companies having to adopt ASC 606, but we believe that this business has longer legs than people may realize, considering that automation of revenue recognition is a widespread and important business need. Lastly, we note following Zuora's successful IPO, Leeyo stockholders have benefited greatly from the Zuora's stock appreciation. Given Zuora's current stock price of approximately $20, the approximately 4.9 million shares issued as part of the deal consideration are now worth approximately $100 million, versus the approximately $25 million fair value at the time of acquisition.

### Total Purchase Consideration
The total consideration paid for Leeyo was approximately $60 million which consisted of:

- $29.2 million in cash, of which $16.7 million was paid in the second quarter of fiscal 2018, and $12.6 million that will be paid on May 31, 2018.

- Approximately 1.154 million shares of common stock valued at $6.0 million at the time of acquisition.

- $3.1 million in cash to certain Leeyo employees, $2.5 million of which was paid upon closing and the remaining $0.6 million of which will be paid upon the one and two year anniversaries of the acquisition, contingent upon continued employment with Zuora.

- $1.9 million to certain Leeyo employees who held vested options on the acquisition date, contingent upon continued employment with Zuora; this payment was made in December 2017.2.832 million shares of restricted common stock with a total grant date fair value of $14.6 million and 0.856 million shares of restricted stock units that had a total fair value of $4.4 million, both of which are subject to service-based vesting requirement.

### Estimated Revenue Impact
#### *Subscription Impact*
Based on conversations with management, we believe that at the time of acquisition, Leeyo's subscription ARR was about 10% of Zuora's subscription ARR (of about $100 million), so slightly above $10 million. Additionally, we assume that Leeyo was growing at a similar rate to Zuora so that its standalone ARR in fiscal 2018 was about $12-13 million. However, Leeyo/RevPro contributed only $3.9 million of subscription revenue in fiscal 2018, due to the write-down of deferred revenue per purchase accounting rules. We believe that Zuora will receive the full subscription benefit in full-year fiscal 2019.

Excluding Leeyo/RevPro, subscription revenue was $116.5 million in fiscal 2018, representing 30% year-over-year growth, versus 34% reported growth. We estimate approximately $12 million of acquired subscription revenue from Leeyo/RevPro in fiscal

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 65 - 70 of this report.

**Jefferies**

Provided for the exclusive use of Lucas Gilmore at Hagens Berman, et al on 20-Oct-2020 03:50 PM