# Exhibit H

# CANACCORD Genuity

To us there are no foreign markets.™

## Zuora

Enterprise Software - Software as a Service

**US Equity Research**
7 May 2018

**Richard Davis, CFA** | Analyst | Canaccord Genuity LLC (US) | RDavis@canaccordgenuity.com | 617.371.3862
**David Hynes Jr.** | Analyst | Canaccord Genuity LLC (US) | DHynes@canaccordgenuity.com | 617.371.3882
**Mark Belcarz, CFA** | Associate | Canaccord Genuity LLC (US) | MBelcarz@canaccordgenuity.com | 617.788.1529

**HOLD**

| | |
|---|---|
| **PRICE TARGET** | US$20.00 |
| Price (4-May) | US$19.55 |
| Ticker | ZUO-NYSE |

| | |
|---|---|
| 52-Week Range (US$): | 19.00 - 21.85 |
| Avg Daily Vol (M) : | 1.3 |
| Market Cap (US$M): | 2,362 |
| Shares Out. (M) : | 120.8 |
| Enterprise Value (US$M): | 2,185 |
| Net Cash (US$M): | 177.0 |

| FYE Jan | 2018A | 2019E | 2020E |
|---|---|---|---|
| Sales (US$M) | 167.9 | 211.0 | 264.5 |
| EV/Sales (x) | 13.0 | 10.4 | 8.3 |
| Free Cash Flow (US$M) | (29.5) | (61.0) | (45.5) |
| EPS Non-GAAP (US$) | (1.36) | (0.68) | (0.46) |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 32.3 | 39.4 | 46.4 | 49.8 |
| 2019E | 48.5 | 51.0 | 54.2 | 57.3 |
| 2020E | 58.5 | 63.5 | 68.0 | 74.5 |

| Quarterly EPS Non-GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | (0.25) | (0.47) | (0.26) | (0.39) |
| 2019E | (0.41) | (0.17) | (0.13) | (0.11) |
| 2020E | (0.15) | (0.14) | (0.10) | (0.08) |



ZUO
Russell 2000 (rebased)
Source: FactSet

Priced as of close of business 4 May 2018

Zuora provides cloud-based software that enables companies in various industries to launch, manage, and transform into a subscription business. Zuora was founded in 2007 and is HQ'ed in San Mateo, CA.

## Initiation of Coverage

# Promising prospects, but can't get to a BUY on valuation; initiate at HOLD with $20 target

### Investment thesis

Despite promising prospects, we are launching coverage of Zuora with a HOLD rating and $20.00 price target based on the following reasons:

- **It's a big market.** Subscriptions seem like they are everywhere, but we are still early days in a theme that captures less than 3% of global commerce. While not everything can be paid for ratably, a conservative assessment based on Zuroa's current functionality gets us a $9 billion TAM in 2022, while an upside assuming a broader palette that could include tax, selling modules, etc., at least doubles the market.

- **A clear industry leader.** Zuora is multiples bigger than its direct private competitors, and our experience is that the suite sale of billing, revenue recognition, analytics, collections and CPQ will easily vanquish point solution firms that hope to compete with Zuora's integrated stack. Legacy financials vendors such as Oracle and SAP have bigger challenges to deal with than to devote significant resources to catch up more than a decade of work on features, APIs and scalability that Zuora already delivers. Finally, while Workday's financial platform is state of the art, we do not believe the firm has near- or intermediate-term interest in reverse engineering Zuora.

- **The payoff is respectable growth but FCF losses for the next three years.** Our consensus forecasts call for gradually decelerating revenue growth from 26% down to 23% by C2020. While past beat-and-raise performance by previous software IPOs is no guarantee of a similar future, we believe one can have some standing to suggest that Zuora could sustain a 30%+ revenue growth rate for 4-5 years.

- **But even if we push the numbers, we can't get to a sufficiently attractive IRR for a BUY rating.** Investors these days are climbing over each other to get into IPOs and only slightly less aggressively into the broader software universe. Thus, we are quite favorable on Zuora's outlook, but we cannot get to a BUY because investors have inflated the share price. Based on our current assessment of the firm and stock market valuations, we would consider upgrading ZUO in the $17-18 range. Until then, HOLD.

### Valuation and price target

Our $20.00 price target is based on a 9.0x EV/revenue multiple applied to our C2019 estimate of $265M plus approximately $110M in prospective net cash and assuming 124M fully diluted shares outstanding.

---

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 22 of this document.**

Provided for the exclusive use of Lucas Gilmore at Hagens Berman, et al on 20-Oct-2020 03:50 PM

and metrics. Customers are able to monitor subscriber cohorts, automate alerts, and take proactive actions to improve retention.

- **Zuora Collect.** As the company's newest add-on product, Zuora Collect is meant to resolve some of the complexities tied to collections in a subscription model. It allows customers to set automated dunning workflows, orchestrate retry rules for electronic payments, and target the root cause of a payment decline.

**Zuora Connect Marketplace**

In a similar vein to what we see with many software companies that we cover, Zuora offers a means through which third-party developers can extend the functionality of the core platform, making their apps available to the larger customer base. Such apps increase the breadth of the platform, helping it address novel or industry-specific use cases that it might not make sense for Zuora developers themselves to address. This in turn allows Zuora's platform to appeal to a broader base while allowing partners to monetize their efforts. Zuora's Connect Marketplace has over 80 applications from more than 50 partners.

# Growth drivers and go-to-market strategy

Earlier we discussed the transformation that is happening across many industries as companies are starting to pivot at least a portion of their business toward a subscription model. This business model evolution is a primary growth driver behind Zuora's success and future prospects in the market. We'll discuss the competitive landscape a little later, but by virtue of being the leader in the space, with over 10 years of platform development behind the company, Zuora is pretty much guaranteed to get a look whenever a business, new or old, is considering adopting a subscription model.

At 950+ customers and counting, the opportunity before Zuora is plentiful and adding new customers is still the company's primary growth vector. With its two beachhead products, Zuora Billing and Zuora RevPro, Zuora is addressing two pain points in the Subscription Economy – the need for flexible billing and for revenue recognition automation. Both new businesses and those looking to transition need these capabilities to succeed with a subscription model.

Aside from Zuora's strong position in verticals that were quicker to adopt subscription models (Technology, Media and Telecom, Manufacturing, Industrial and Consumer IoT) there is a large opportunity for Zuora to cater to new verticals that have been slower to come up the curve. Similarly, although Zuora does generate about a quarter of its revenue outside the United States, there are certain geographic markets that have been slower to embrace subscription models and should provide a meaningful opportunity for Zuora as the transition gains momentum.

Operating under a land-and-expand model, with an emphasis on shared success, a natural growth driver for Zuora will be the expansion of existing relationships. This will occur as customers scale, through increasing transaction volume on the Zuora platform, and also through cross-selling/up-selling additional modules (both existing and future modules) to these customers where it makes sense.

Aside from some of these more internally focused initiatives, we believe there is room for Zuora to meaningfully grow its business by further leveraging global system integrators. This would help the company increase its reach, accelerate the move toward subscription business models, and alleviate some of the margin pressure resulting from professional services, which although running around breakeven, represent a still hefty 28% of the revenue mix.

Provided for the exclusive use of Lucas Gilmore at Hagens Berman, et al on 20-Oct-2020 03:50 PM