# Exhibit J

**Q1 2019 Zuora Inc Earnings Call**

FOSTER CITY Jun 14, 2019 (Thomson StreetEvents) -- Edited Transcript of Zuora Inc earnings conference call or presentation Thursday, May 30, 2019 at 9:00:00pm GMT

CORPORATE PARTICIPANTS
    Joon Huh, Zuora, Inc. - VP of IR
    Tien Tzuo, Zuora, Inc. - Co-Founder, Chairman & CEO
    Tyler R. Sloat, Zuora, Inc. - CFO
CONFERENCE CALL PARTICIPANTS
    Christopher David Merwin, Goldman Sachs Group Inc., Research Division - Research Analyst
    John Stephen DiFucci, Jefferies LLC, Research Division - Equity Analyst
    Scott Randolph Berg, Needham & Company, LLC, Research Division - Senior Analyst
    Stan Zlotsky, Morgan Stanley, Research Division - VP

## PRESENTATION

**Operator**

Good afternoon. My name is Chris, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Zuora Fourth Quarter and Fiscal 2020 Earnings Conference Call. (Operator Instructions) Thank you. I will now turn your call over to Joon Huh, VP of Investor Relations. You may begin your conference.

**Joon Huh**, Zuora, Inc. - VP of IR

Thanks, Chris. Good afternoon, and welcome to Zuora's First Quarter Fiscal 2020 Earnings Conference Call. Joining me today are Tien Tzuo, Zuora's Chief Executive Officer; and Tyler Sloat, Zuora's Chief Financial Officer. The purpose of today's call is for us to provide some color on our first quarter results as well as provide our financial outlook for the upcoming quarter in the fiscal year 2020.

Some of our discussion and responses today will include forward-looking statements. So as a reminder, our actual results could differ materially as a result of a variety of factors. You can find information regarding those factors in the earnings release we issued today and the most recent 10-K filed with the SEC.

As we noted on our last earnings call, we adopted the new revenue recognition standard, ASC 606, as of February 1, 2019, on the full retrospective method. This means all of our financial results from this quarter and going forward will be under the new accounting standard. I should also note that we provided supplemental ASC 606 slides on our Investor Relation website that contains updated financial -- historical financial information under ASC 606.

Finally, we'll be referring to several non-GAAP financial measures today, and reconciliations to the related GAAP measures are included in our earnings release. For a copy of our earnings release, links to our SEC filings, a replay of today's call or to learn more about Zuora, please visit our Investor Relations website at investor.zuora.com.

And with that, let me turn it over to Tien.

**Tien Tzuo**, Zuora, Inc. - Co-Founder, Chairman & CEO

Thanks, Joon, and welcome. Welcome to our first quarter earnings call for fiscal 2020. Our first quarter results were largely in line with our expectations. Subscription revenues grew 32% and professional services increased 1%, resulting in total revenue of $64.1 million for the quarter. Now as you all know, we're playing in a large secular shift towards the Subscription Economy, a shift that's still in the early innings and a shift that underpins our ability to achieve long-term sustainable growth. And so we're incredibly bullish about the future. However, while we have solid Q1 financial results, we did have some challenges which are impacting our Q2 and our full year outlook. So let me address this upfront.

I'll structure my comments today with the following. I'll start by talking to you the 2 execution headwinds that we saw in the quarter. I'll cover the specific actions we are taking. Later, I'll share some of the signs we're seeing that continue to support the thesis of the long-term growth of the Subscription Economy. And I'll close my thoughts on our products and where we are headed.

First, based on what I saw in Q1, we need to improve our sales execution. As you know from our recent calls, Global 2000 companies have been an important source of our recent growth, companies like Caterpillar, Ford and Schneider Electric. And so we've been expanding our strategic sales teams and have hired a number of talented salespeople over the past year. What we see in Q1 is that the newer reps were less than half as productive than our more

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

experienced reps. We're finding that we need to improve the support of our new reps with training and experience oversight to help them ramp and close new businesses.

Second, part of our ability to grow within our installed base has been predicated on our ability to cross-sell our 2 flagship products: Billing and RevPro. However, the product integration for these 2 products is taking longer than expected. While we're seeing strong demand from our Billing customers to implement RevPro, the technical work to complete the integration is taking time as these are complex mission-critical systems. And so for our existing Billing customers, who have recently purchased RevPro, we slowed down the RevPro implementations this past quarter given the product integration delay. We're continuing to acquire and deploy new customers for each product on a standalone basis, but naturally, this delay has slowed down our cross-sell motion. This resulted in lower professional services and subscription revenue in the quarter as well as tempered expectations going forward.

So what are we doing to address this? On the sales execution side, we are making 3 key changes that help create the right infrastructure, process and organization to position us for the next stage of growth. First, we've realigned our strategic account organization and placed many of the newer reps under our more experienced managers so they can give mentoring and provide oversight to more effectively close business.

Second, we're revamping our pipeline process. We're shifting from an evangelical sales motion that worked in our earlier years to a more focused approach over a more developed market. We've also added folks in sales operations, field enablement and demand generation and have already seen the next level of scale.

Lastly, we announced a change in our sales leadership. Over the last few years, Marc Diouane has done an incredible, incredible job growing our business worldwide. And as we shift to a more analytical go-to-market approach, Marc and I both feel that it's a good time to find a new leader who can scale the business to the next level and capture the market growth we continue to see. Marc will stay on for the near term as an adviser as we search for a replacement.

Like many enterprise software companies focused on the upper end of the market, we've been able to make our bookings numbers with an all hands on deck approach towards the end of our quarters. This did not happen in Q1, and we recognize that this is not the way to build a sustainable, growing enterprise software company. We're committed to building a go-to-market process that is more predictable and able to deliver the consistent performance that we expect.

Now these changes in the sales organization are meaningful. So it will take time to become effective. But they're the right changes for the business, and we believe this will get us back on to our expected long-term growth trajectory.

Second, on the product integration side, we made a course correction in our approach, and I'm confident that we're on the right track. The integration of our 2 flagship products is critically important to us and our customers' success. So I'm personally spending a lot of my time here to drive this to completion. We expect this to be a short-term delay and to have this resolved by the end of Q3. At the same time, we're continuing to innovate on our products and I'll talk more about that later.

Now despite this, we did see a lot of positive momentum these last 3 months, especially in the industries outside of technology. For example, in the automobile industry, we recently signed one of the largest auto distributors in Chile. We recently signed a second of the big 4 GSIs, making them both a customer and a partner. We signed one of the world's largest producers of wind and solar energy and now count more than 10 utility companies around the world. We signed the largest financial publisher in Belgium as media continues to be a big growth driver for us globally.

When you look at these trends, it's hard for me not to be as optimistic as ever about our future. As I've said many times before, we're in the early stages of a shift to subscription that we consider ourselves to be a portfolio play for the entire Subscription Economy. And like a lot of other transformational shifts we've seen before, from mainframes to client servers, as an example, or on-premise to the cloud, this is a shift that will ripple through every industry. Sooner or later, we believe that every company will have to contend with the shift to subscriptions. Why? Because this is a shift that's very much driven by consumers.

In a recent survey conducted by the Harris Poll, they found that consumers around the world prefer access to services over owning products. Consumers have more subscriptions today than ever and think they'll add even more in the future. The survey shows that over 70% of adults across 12 countries have subscription services and 74% can see subscribing to even more in the future. And so industry after industry, what we are starting to see is a pattern where unit sales are declining, but consumption is up. Song sales are declining, but hours listened to music is up. Game sales are down, but hours played is up. And even cars, even autos, car sales are down worldwide, including in China, but miles driven continue to go up. And so what we see is ownership is on its way out, and more and more companies are looking for ways to tie their businesses to this growth in subscriptions.

So we believe the market opportunity remains strong with broad-based demand. Companies are looking to establish direct relationships with their customers and then turn them into subscribers. And this is why the market continues to come to us for a new set of tools built around enabling these services versus selling products.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

We saw healthy subscription revenue growth of 32% to $47.3 million in the quarter. Professional services grew 1%, and this was impacted by the new business and product integration challenges mentioned early in the call. Additionally, we had $1.4 million of professional services in Q1 over the last year related to customers upgrading from ASC 605 to ASC 606 compared to only $300,000 in Q1 of this year. This further impacted the year-over-year professional services growth rate. All of this led to total revenue of $64.1 million in Q1, in line with the midpoint of our guidance.

Turning to margins. We continue to have steady performance in our non-GAAP subscription gross margin at 78%. Non-GAAP professional services gross margin was lower in the quarter due to lower services revenue, seasonality in the business and fewer revenue days in Q1 compared to other quarters. As we've said previously, our target models to run the services organization on a roughly non-GAAP breakeven basis. We expect to see improvement in these margins over the course of the year and reach quarterly breakeven over the next few quarters.

In Q1, our non-GAAP operating margin was negative 19%, coming in slightly ahead of our expectations. This performance was partly driven by timing of expenses as spending was delayed into future quarters this year. As many of you know, we measure our sales efficiency with our GEI or Growth Efficiency Index. It's calculated by dividing our trailing 12 months non-GAAP sales and marketing expense of $91.2 million by the year-over-year increase in trailing 12 months subscription revenue of $44 million. The lower the number, the better as this means we're spending less to acquire each incremental dollar of subscription revenue.

I should also point out that this number skews higher under ASC 606 as both subscription revenue and sales and marketing costs through sales commissions amortization are impacted by the new reporting standard. With that in mind, our GEI for Q1 was 2.1, similar to our Q4 efficiency level. We've made improvements to our GEI over the years, and our goal is to maintain or improve the GEI while supporting our long-term growth. With this metric, we may see near-term fluctuations going forward given the changes to our go-to-market approach and the seasonality of our business.

Now moving to billings growth. We generally focus on the billings growth over a longer period of time because it's a better reflection of the overall business. Quarterly billings can fluctuate and we saw some of this in Q1. Calculated total billings was $65.6 million and calculated subscription billings was $48.8 million for the quarter.

We mentioned on the last call that we expected subscription billings growth to approach 30% in Q1. But in fact, calculated subscription billings growth came in higher at 32% despite our challenges in the quarter. This is primarily driven by higher early renewal activity. We saw this in Q3 of last year, which resulted in lower billings in Q4. Similarly, we expect that the early renewal activity in Q1 will reduce billings growth in Q2. And we expect the subscription billings growth rate to be lower than the subscription revenue growth rate. We also saw higher annual mix in billing terms along with the ASC 606 adjustments that contributed to higher quarterly billings growth rate.

Going forward, we expect to see continued quarterly fluctuations in billings growth. And for the full year fiscal '20, we expect to track similarly to our subscription revenue growth for the year. Over time, we expect 12-month trailing subscription billings to grow similarly with our long-term revenue growth rates.

Turning to cash flow. Q1 free cash flow was negative $3.8 million as we benefited from strong collection activity and some spending delays into future quarters. As a reminder, we signed a new lease agreement to move our headquarters this year, and most of those costs are still to come in the second half of the year. As a result, we expect free cash flow for the year to be approximately negative $40 million in fiscal '20, a $2 million improvement from our prior estimate. We ended the quarter with $179 million in cash and cash equivalents and remain fully funded against our current operating plan.

One other item to note for your models. Our fully diluted share count as of April 30 was 125 million using the treasury stock method.

Before moving to our guidance numbers, a few quick comments. First, as we talked about earlier in the call, our Q1 results were largely in line with guidance. Some of our sales execution and product integration hurdles in the quarter are impacting our outlook going forward. Part of the impact is less predictable, so we're providing a wider range for the rest of the year. We expect it to take a few quarters to realize the benefits of the changes to our sales organization and processes, while the product efforts should be completed by the end of Q3. We're confident these are the right changes to help our company scale and get us back on track by the end of the year.

And lastly, we're optimistic about the sustained long-term growth opportunity of the Subscription Economy. We believe we're the best-positioned company to capture that growth over time.

Now let me close out with our guidance numbers with the reminder that these numbers are under ASC 606. For Q2, we are currently expecting total revenue of $66 million to $68 million, subscription revenue of $48.5 million to $50 million, non-GAAP operating loss of $15.5 million to $14 million and non-GAAP net loss per share of $0.15 to $0.13, assuming weighted shares outstanding of approximately 109.9 million. For the full year fiscal '20, we are currently expecting total revenue of $268 million to $278 million; subscription revenue of $200 million to $206 million, which

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

represents a 3% decrease at the midpoint from our prior estimates; non-GAAP operating loss of $49 million to $45 million; and non-GAAP net loss per share of $0.44 to $0.40, assuming weighted shares outstanding of approximately 110.5 million.

With that, we're happy to take your questions. Operator?

**QUESTIONS AND ANSWERS**

**Answer – Operator:** (Operator Instructions) Your first question comes from Stan Zlotsky with Morgan Stanley.

**Answer – Stan Zlotsky:** So maybe just digging into the sales changes that you guys are making now. Is it something specific that happened in Q1 that made you kind of sit up and realize, hey, we need to make changes now? Or is this something that's been brewing and you decide, fine, okay, let's rip off the band-aid, let's make these changes now before things potentially get any worse?

**Answer – Tien Tzuo:** Yes. Look, if I were to simplify it down, right, we're an enterprise software company. You know our deal sizes. You know we sell to the upper end of the market. And I would say there was a certain amount of thinking that, look, we could power away through our quarters through sheer brute force. So I think, Stan, what we just saw is, is that eventually catches up to you. And for us, we have an incredible opportunity here with the Subscription Economy to build $1 billion, a multibillion-dollar company. And you just don't do that through brute force. And so we've got to move towards a more predictable sales model. And we have started hiring a lot of folks. We've seen the next level of scale. We talked about the new folks that we've hired into the operations team, the enablement team, the management team. But what we saw in Q1 was a strong, strong desire in me and the executive team here to accelerate that change.

**Answer – Stan Zlotsky:** Got it. That makes sense. And the -- I think that the one metric that really stands out to a lot of people is really the transaction volume, right, the 34% growth that you saw in the quarter and 42% on a trailing 12-month basis. Is that what investors -- as you're going through the transition, is this what investors should really kind of hang their hat on? It's like, hey, this is the opportunity, right? This is the big -- the growth in the underlying subscriptions that's continuing to increase, and thereby, this is the opportunity that these guys are executing to?

**Answer – Tien Tzuo:** Yes.

**Answer – Tyler R. Sloat:** Stan, I'll take that. This is Tyler. That's absolutely right. We talked about that number, and that's why we spent a bit of time on the call actually explaining how that correlates to revenue. But the reason we picked that as a key metric coming in is that it's indicative that as companies continue to use our system, as that number keeps growing, we're going to be able to grow with them. But we also -- we also have an incredibly sticky solution and we are a mission-critical system of record for them. And so we watch that carefully for each customer, and we do view that as a very positive thing.

**Answer – Operator:** Your next question is from John DiFucci with Jefferies.

---

**Analyst:** John Stephen DiFucci, Jefferies LLC, Research Division - Equity Analyst

**Question – John Stephen DiFucci:** I have a question for Tien and one for Tyler. So Tien, I sort of get the integration of Billings and RevPro and how that could sort of slow some things down. But I know I'm going to get this question tomorrow. I mean you bought Leeyo 2 years ago. So like it's hard -- like how can it not be integrated? How could that be slowing things down right now? And then kind of related to that, like you're talking about cross-sell. What about the other products? Like what about CPQ and Connect and Analytics? Are you seeing any traction there? Or is that something else that also needs to be integrated better?

**Answer – Tien Tzuo:** No, no. I'll give you some color there. We did acquire Leeyo a little less than 2 years ago, but I guess where you all coming on 2 years. The first year was really focused on ASC 606, and there was such a tight deadline to get the core set up, dozens -- close to 100 customers live on ASC 606. And so John, that was -- that took us all the way through when these adoption standards were, right? So I'd call out Q1, Q2 of last year. And so honestly, we didn't really have time and the resource to focus on the integration between the 2 until after the 606 [wave] was complete. So we didn't really start heavy work on the integration until early last summer, late spring, early last summer. And long story short, we went down one direction that proved to be a dead end, a false direction. We course corrected. And now I'm absolutely confident in the path that we have right now.

So look, these are complex products. And everybody else has an orders-based system, right, SAP, NetSuite, Oracle. We have a subscription-based system, which is a little bit different. And so there was just a little bit of work that had to be done, a little bit of learning that had to be done to do the integration rights. And all our internal metrics of tracking these projects are really, really good. Once this is done, no one else has done what we've done, and we do believe that the cross-sell machine will kick in at that point.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.