# Exhibit K

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**DECLARATION OF STEPHEN WALKER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**<br><br>Hearing Date:    March 26, 2021<br>Hearing Time:    10:00 a.m.<br>Courtroom:    1, 17th Floor<br>Judge:    Hon. Susan Illston<br><br>CLASS ACTION<br><br>Date Action Filed: June 14, 2019 |

010837-11/1409497 V1

I, Stephen Walker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I submit this Declaration in support of Lead Plaintiff New Zealand Methodist Trust Association's ("MTA" or "Lead Plaintiff") motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel.  I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2.     I am the Executive Officer of MTA and am authorized to make this Declaration on MTA's behalf.  MTA is a registered charitable trust under the provisions of New Zealand's Charitable Trust Act of 1957.  MTA receives and is entrusted with the investment of funds from organizations within the Methodist Church of New Zealand (the "Conference") or otherwise responsible to the Conference.  MTA's purpose is to provide income and capital yield on the available monies the Conference entrusts to MTA.  As of June 30, 2020, MTA manages nearly NZ $300 million in assets for its beneficiaries.

3.     As set forth in MTA's motion for appointment as Lead Plaintiff and supporting papers, MTA purchased shares of Zuora between April 12, 2018 and May 30, 2019 and suffered substantial losses.

4.     MTA understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses, in particular institutional investors, to direct securities class actions.  Since MTA's appointment as Lead Plaintiff on September 9, 2020, MTA has been committed to actively managing and vigorously prosecuting this litigation.  MTA fully intends to obtain the largest recovery for the proposed class consistent with good faith, sound judgment, and meritorious advocacy.

5.     MTA has reviewed and monitored the progress and prosecution of this litigation with Lead Counsel, Hagens Berman Sobol Shapiro LLP ("Lead Counsel").  Among other things, MTA has received and reviewed periodic updates and other correspondence from Lead Counsel regarding this case, reviewed the Consolidated Amended Class Action Complaint and associated motions filed in this case, propounded document requests to Defendants, participated in periodic video meetings and discussions with Lead Counsel regarding the progress and status of the case, including its strength and weaknesses, litigation strategy and significant developments in the litigation.  MTA is

DECLARATOIN ISO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
Case No. 3:19-cv-03422-SI
010837-11/1409497 V1

currently working with Lead Counsel to search for, collect and produce documents relevant to this case.

6.    MTA is committed to continuing to work with Lead Counsel on the vigorous and effective prosecution of this litigation and management of this case to obtain the largest recovery for the proposed class consistent with good faith, sound judgment, and meritorious advocacy.  This commitment includes, among other things, meeting with and frequently communicating with counsel, devoting MTA's resources whenever necessary, participating in a deposition, major hearing, any mediation session and trial, as appropriate, and authorizing any potential settlement on behalf of the class as well as approving any attorney's fee and cost requests by Lead Counsel.  Further, MTA understands that, as class representative, MTA would owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

7.    MTA has no interests in conflict with the interests of the class and I do not believe MTA is subject to any unique defenses.  MTA understands that the Lead Plaintiff's share of any recovery is the same as every other potential class member.  MTA will not accept any payment for serving as a representative party beyond its respective pro rata shares, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

DECLARATOIN ISO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 2
Case No. 3:19-cv-03422-SI
010837-11/1409497 V1

DocuSign Envelope ID: C180F0F0-AB44-47E7-880A-A34EFFF11B49

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 30th day of November, 2020.

DocuSigned by:

ACB041F9B2EF426...

Stephen Walker, Executive Officer
New Zealand Methodist Trust Association

DECLARATOIN ISO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 3
Case No. 3:19-cv-03422-SI
010837-11/1409497 V1