SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILLIAM BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

JEREMY T. ADLER (admitted *pro hac vice*)
jeremy.adler@wilmerhale.com
TIFFANY E. PAYNE (admitted *pro hac vice*)
tiffany.payne@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 937-7300

JOSEPH M. LEVY (SBN 329318)
joseph.levy@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendants
Zuora, Inc.; Tien Tzuo; and Tyler Sloat

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                    Defendants. | Case No. 3:19-cv-03422-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND CONTINUE HEARING REGARDING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

- 1 -

Case No. 3:19-cv-03422-SI                                                                 STIPULATION AND [PROPOSED] ORDER

1  Pursuant to Civil Local Rule 6-2, the Parties through undersigned counsel hereby stipulate and respectfully request that the Court extend by fourteen (14) days the deadlines for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat's ("Defendants") Opposition to Lead Plaintiff New Zealand Methodist Trust Association's ("Lead Plaintiff's") Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel ("Motion for Class Certification") and for Lead Plaintiff's Reply in Support of its Motion for Class Certification, and to accordingly postpone by two weeks the hearing on Lead Plaintiff's Motion for Class Certification.

WHEREAS, Lead Plaintiff filed a Motion for Class Certification (Dkt. 100) on December 4, 2020;

WHEREAS, Defendants' Opposition to Lead Plaintiff's Motion for Class Certification is due February 5, 2021, Lead Plaintiff's Reply is due March 5, 2021, and the Motion for Class Certification is set for hearing before this Court on March 26, 2021 at 10:00 a.m.;

WHEREAS, to allow Defendants to complete their deposition of Lead Plaintiff's employee and its expert, and to prepare a possible Opposition to the Motion for Class Certification, Defendants propose extending the deadline for Defendants' Opposition to the Motion for Class Certification by fourteen (14) days to February 19, 2021 and Lead Plaintiff's Reply in Support of its Motion for Class Certification by fourteen (14) days to March 19, 2021;

WHEREAS, Lead Plaintiff does not object to this request;

WHEREAS, these extensions would require altering the date of the hearing on Lead Plaintiff's Motion for Class Certification;

THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective, counsel, as follows:

1. Defendants' deadline to file their Opposition to the Motion for Class Certification shall be extended by fourteen (14) days to February 19, 2021 and Lead Plaintiff's deadline to file its Reply in Support of its Motion for Class Certification shall be extended by fourteen (14) days to March 19, 2021.

2. The hearing on Lead Plaintiff's Motion for Class Certification shall be continued fourteen (14) days to April 9, 2021 at 10:00 AM or any other date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: January 15, 2021                                   WILMER CUTLER PICKERING, HALE AND DORR LLP

                                                          By:  /s/ Susan S. Muck
                                                               SUSAN S. MUCK

                                                          *Attorneys for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat*

Dated: January 15, 2021                                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                                          By:  /s/ Lucas Gilmore
                                                               LUCAS GILMORE

                                                          *Attorneys for Lead Plaintiff New Zealand Methodist Trust Association*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 15, 2021                                   By:  /s/ Susan S. Muck
                                                               Susan S. Muck

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge