UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUORA, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03422-SI<br><br>**ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**<br><br>Re: Dkt. No. 100 |

On December 4, 2020, court-appointed lead plaintiff New Zealand Methodist Trust Association ("MTA") filed a motion for class certification, appointment of class representative, and appointment of class counsel. Dkt. No. 100. A hearing on MTA's motion is scheduled for April 9, 2021. Under Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and **VACATES** the April 9, 2021 hearing date.

MTA requests (1) certification of class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) of all persons or entities who purchased or otherwise acquired publicly-traded common stock of defendant Zuora, Inc. during the period from April 12, 2018 to May 30, 2019 and who were damaged thereby; (2) appointment of lead plaintiff MTA as class representative; and (3) appointment of court-appointed lead counsel Hagens Berman Sobol Shapiro LLP as class counsel. *Id*. at 1.

On February 19, 2021, defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat ("defendants") filed a statement of non-opposition stating that defendants do not oppose MTA's motion for class certification, appointment of class representative, and appointment of class counsel. Dkt. No. 112.

Accordingly, the Court **GRANTS** lead plaintiff MTA's motion for class certification, appointment of class representative, and appointment of class counsel. The Court certifies the

following class:

> All persons or entities who purchased or otherwise acquired publicly-traded common stock of defendant Zuora, Inc. during the period from April 12, 2018 to May 30, 2019 and who were damaged.

Lead plaintiff New Zealand Methodist Trust Association is the appointed class representative. Hagens Berman Sobol Shapiro LLP will serve as class counsel.

**IT IS SO ORDERED**.

Dated: March 15, 2021

_____
SUSAN ILLSTON
United States District Judge