**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** April 23, 2021 | **Time:** 10 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Kevin Muck, William Brenc

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Not Reported

**PROCEEDINGS**

Further Case Management Conference – held via Zoom webinar.

**SUMMARY**

The Court set the Pretrial Scheduling Order per the parties' request.  A Pretrial Scheduling Order will be issued.

CASE CONTINUED:  **November 5, 2021 at 3:00 p.m. for Further Case Management Conference.**

Joint Case Management Statement including information on ADR to be filed by **October 29, 2021.**