|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

CASEY ROBERTS, et al.,

    Plaintiffs,

v.

ZUORA, INC., et al.,

    Defendants.

Case No.  19-cv-03422-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/5/2021 at 3:00 PM.
    Joint Case Management Statement due by: 10/29/2021.  The Statement should include information regarding the ADR preferences of parties.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/21/2022.

DESIGNATION OF EXPERTS: 3/4/2022; REBUTTAL: 4/8/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 5/13/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 6/27/2022;
    Opp. Due: 8/11/2022; Reply Due: 9/12/2022;
    and set for hearing no later than 9/30/2022 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  12/6/2022.
PRETRIAL CONFERENCE DATE: 12/20/22 at 3:30 PM.

JURY TRIAL DATE: 1/16/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7-9 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.

Dated: April 23, 2021

_____
SUSAN ILLSTON
United States District Judge