**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:**  November 5, 2021 | **Time:** 12:15 – 12:20<br>5 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Kevin Muck, Jeremy Adler

**Deputy Clerk:** Esther Chung               **Court Reporter:** FTR – SF

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court agreed to move the trial date and instructed the parties to file a Stipulation for the remaining balance of pretrial deadlines by **November 12, 2021**.

## PRETRIAL SCHEDULING ORDER:

Further Case Management Conference:  **February 11, 2022 at 3:00 p.m.**
Joint Case Management Statement due:  **February 3, 2022**

Pretrial Paperwork due:  **April 11, 2023**
Final Pretrial Conference:  **April 25, 2023 at 3:30 p.m.**

Jury Trial & Selection:  **May 8, 2023 at 8:30 a.m.**