**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** February 11, 2022 | **Time:** 12:39 – 12:42<br>3 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Jeremy Adler

**Deputy Clerk:** Esther Chung                **Court Reporter:** FTR – SF

**PROCEEDINGS**

Further Case Management Conference – held via Zoom webinar.

**SUMMARY**

The Court confirmed with the parties that the case was proceeding on schedule and that the parties are still in settlement discussions.

CASE CONTINUED:  **April 1, 2022 at 3:00 PM for Further Case Management Conference.**
Joint Case Management Statement due by:  **March 25, 2022**