**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** April 1, 2022 | **Time:** 10:29 – 10:39 10 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Jeremy Adler

**Deputy Clerk:** Esther Chung                    **Court Reporter:** FTR – SF

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The parties confirmed that an initial Mediation has occurred and that settlement talks are ongoing.  The parties requested that an amended scheduling order be issued to allow for additional settlement discussions to occur and confirmed that the trial date would remain the same.  The Court agreed to an amended Scheduling Order being issued and set the following dates:

Last Day for Filing Dispositive Motion:  **10/14/2022**
        Opposition Due:  **11/11/2022**
        Reply Due:  **12/2/2022**

Last day for Hearing of Dispositive Motion:  **12/16/2022 at 10 a.m.**

The parties will file a Stipulation on **4/4/2022** with the remaining balance of dates.

**ADR REFERRAL**:  This matter is referred to a random Magistrate Judge for a Settlement Conference.  There is no deadline set for timing of the Conference.

CASE CONTINUED:  **6/24/2022 at 3:00 PM for Further Case Management Conference.**
Joint Case Management Statement due by: **6/17/2022.**