Steve Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Raffi Melanson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
raffim@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Hon. Susan Illston<br>Courtroom 1, 17th Floor |

010837-11/1877736 V1

PLEASE TAKE NOTICE that Danielle Smith (SBN 291237) is no longer affiliated with the law firm Hagens Berman Sobol Shapiro LLP. Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws her appearance in this matter as counsel for Plaintiffs and further requests that: (a) her name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to danielles@hbsslaw.com in the above-captioned case.

Hagens Berman Sobol Shapiro LLP will continue to represent Plaintiffs in this matter. No other changes are requested at this time regarding Plaintiffs' counsel of record.

Date: April 15, 2022

Respectfully Submitted,

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Raffi Melanson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
raffim@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel*