**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve Berman (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER EXTENDING EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Judge: Hon. Susan Illston<br>Dept.: Courtroom 1, 17th Floor<br>Date Action Filed: June 14, 2019 |

1	Pursuant to Civil Local Rule 6-2(a), Lead Plaintiff New Zealand Methodist Trust Association
2	and Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat (collectively, "the Parties") respectfully
3	submit this Joint Stipulation Requesting an Order to Extend Expert Discovery and Dispositive
4	Motion Deadlines.  Good cause supports this request for relief.
5	WHEREAS, on April 4, 2022, this Court entered a scheduling order (Dkt. 139) setting,
6	among other pre-trial deadlines, the deadlines for expert discovery and dispositive motion briefing
7	and hearing.
8	WHEREAS, Plaintiffs have recently learned that key members of Plaintiffs' expert witness
9	team will be taking extended leaves overseas during the summer months of 2022 when opening and
10	rebuttal expert reports are presently scheduled to be exchanged.
11	WHEREAS, in light of the foregoing, the Parties have agreed, subject to approval by the
12	Court, to extend expert discovery and dispositive motion deadlines by approximately 30 days, as set
13	forth in the proposed modified schedule below.

| ACTION | EXISTING DEADLINE | [PROPOSED] DEADLINE |
|---|---|---|
| Expert Reports Exchanged | July 1, 2022 | **August 5, 2022** |
| Rebuttal Expert Reports Exchanged | August 5, 2022 | **September 9, 2022** |
| Expert Discovery Cutoff | September 9, 2022 | **October 14, 2022** |
| Dispositive Motion(s) Filed | October 14, 2022 | **November 18, 2022** |
| Opposition(s) to Dispositive Motion(s) | November 11, 2022 | **December 16, 2022** |
| Reply ISO Dispositive Motion(s) | December 2, 2022 | **January 13, 2023** |
| Hearing on Dispositive Motions | December 16, 2022 | **TBD** |

25	WHEREAS, the Parties believe that the requested modifications will not have any effect on
26	the rest of the case schedule, including the previously Court-ordered dates for Pretrial Paperwork
27	(April 11, 2023), Final Pretrial Conference (April 25, 2023), and Jury Trial and Selection (May 8,
28	JOINT STIPULATION AND [PROPOSED] SCHEDULING
ORDER EXTENDING EXPERT DISCOVERY AND
DISPOSITIVE MOTION DEADLINES - 1
CASE NO. 3:19-cv-03422-SI

1  | 2023).
2  |
3  | **IT IS SO STIPULATED.**
4  |
5  | Dated:   May 20, 2022                              HAGENS BERMAN SOBOL SHAPIRO LLP
6  |                                                    By: /s/ *Steve W. Berman*
   |                                                         Steve W. Berman
7  |
8  |                                                    Steve W. Berman (admitted *Pro Hac Vice*)
   |                                                    1301 Second Avenue, Suite 2000
9  |                                                    Seattle, WA 98101
   |                                                    Telephone: (206) 623-7292
10 |                                                    Facsimile:  (206) 623-0594
   |                                                    steve@hbsslaw.com
11 |
12 |                                                    Reed R. Kathrein (139304)
   |                                                    Lucas E. Gilmore (250893)
13 |                                                    715 Hearst Avenue, Suite 202
   |                                                    Berkeley, CA 94710
14 |                                                    Telephone: (510) 725.3000
   |                                                    Facsimile:  (510) 725.3001
15 |                                                    reed@hbsslaw.com
   |                                                    lucasg@hbsslaw.com
16 |
17 |                                                    Peter A. Shaeffer (admitted *Pro Hac Vice*)
   |                                                    455 North Cityfront Plaza Drive, Suite 2410
18 |                                                    Chicago, IL 60611
   |                                                    Telephone: (708) 628-4949
19 |                                                    Facsimile: (708) 628-4950
   |                                                    petersh@hbsslaw.com
20 |
21 |                                                    *Attorneys for Lead Plaintiff New Zealand Methodist Trust Association*
22 |
23 |
24 |
25 |
26 |
27 |
28 | JOINT STIPULATION AND [PROPOSED] SCHEDULING
   | ORDER EXTENDING EXPERT DISCOVERY AND
   | DISPOSITIVE MOTION DEADLINES - 2
   | CASE NO. 3:19-cv-03422-SI

1  Dated:   May 20, 2022                     WILMER CUTLER PICKERING
2                                            HALE AND DORR LLP
3                                            By: */s/ Susan S. Muck*
                                                  Susan S. Muck
4
5                                            Susan S. Muck (SBN 126930)
                                             susan.muck@wilmerhale.com
6                                            Kevin P. Muck (SBN 120918)
                                             kevin.muck@wilmerhale.com
7                                            William Brenc (SBN 318544)
                                             william.brenc@wilmerhale.com
8                                            One Front Street, Suite 3500
                                             San Francisco, CA 94111
9                                            Telephone: (628) 235-1002
                                             Facsimile:  (628) 235-1001
10
11                                           Jeremy T. Adler (admitted *Pro Hac Vice*)
                                             jeremy.adler@wilmerhale.com
12                                           7 World Trade Center
                                             250 Greenwich Street
13                                           New York, NY 10007
                                             Telephone: (212) 230-8800
14                                           Facsimile:  (212) 937-7300
15
                                             Joseph M. Levy (SBN 329318)
16                                           joseph.levy@wilmerhale.com
                                             2600 El Camino Real, Suite 400
17                                           Palo Alto, CA 94306
                                             Telephone: (650) 858-6000
18                                           Facsimile:  (650) 858-6100
19
                                             *Attorneys for Defendants*
20                                           *Zuora, Inc., Tien Tzuo, and Tyler Sloat*
21
22
23
24
25
26
27
28
   JOINT STIPULATION AND [PROPOSED] SCHEDULING
   ORDER EXTENDING EXPERT DISCOVERY AND
   DISPOSITIVE MOTION DEADLINES - 3
   CASE NO. 3:19-cv-03422-SI

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this Joint Stipulation Extending Expert Discovery Schedule.

Dated:   May 20, 2022                                       HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Steve W. Berman*
                  Steve W. Berman

*Attorneys for Lead Plaintiff New Zealand Methodist Trust Association*

JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER EXTENDING EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES - 4
CASE NO. 3:19-cv-03422-SI

[PROPOSED] **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing therefor, the Parties' request to extend expert discovery and dispositive motion deadlines is hereby **GRANTED**.

The new deadlines for expert discovery and dispositive motion briefing and hearing are as follows:

| ACTION | PRE-TRIAL DEADLINE |
|---|---|
| Expert Reports Exchanged | August 5, 2022 |
| Rebuttal Expert Reports Exchanged | September 9, 2022 |
| Expert Discovery Cutoff | October 14, 2022 |
| Dispositive Motion(s) Filed | November 18, 2022 |
| Opposition(s) to Dispositive Motion(s) | December 16, 2022 |
| Reply ISO Dispositive Motion(s) | January 13, 2022 |
| Hearing on Dispositive Motions | TBD  February 23, 2023 |

The previously Court-ordered dates for Pretrial Paperwork, Final Pretrial Conference, and Jury Trial and Selection shall remain unchanged.

**IT IS SO ORDERED.**

Dated: May 23, 2022

The Honorable Susan Illston
United States District Court Judge