**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
Jonathan M. Scott (SBN 323322)
JonathanS@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Plaintiff Theresa DeRycke*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY ROBERTS, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants, | Case No.: 3:19-CV-03422-SI<br><br>**DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed: June 4, 2019<br>Judge: Susan Illston |
| IN RE ZUORA, INC. DERIVATIVE LITIGATION | Case No. 3:19-cv-05701-SI<br><br>Date Filed: September 10, 2019<br>Judge: Susan Illston |

[Caption continued on next page]

DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

THERESA DERYCKE, derivatively on behalf of ZUORA INC., a Delaware corporation,

      Plaintiff,

      v.

TIEN TZUO, TYLER SLOAT, MARC DIOUANE, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, MAGDELENA YESIL, OMAR ABBOSH, AND SARAH BOND,

      Defendants,

    -and-

ZUORA INC., a Delaware corporation,

      Nominal Defendant.

Case No.: 4:22-cv-02775-RS

DEMAND FOR JURY TRIAL

Date Filed: May 10, 2022
Judge: Richard Seeborg

DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Brett M. Middleton, hereby declares as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am Partner at the law firm Johnson Fistel, LLP., and counsel for plaintiff Theresa DeRycke.  I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.  I conferred with counsel for defendants regarding this case relation.  Defendants consent to relating the following case to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.) and *In re Zuora, Inc. Derivative Litigation*, Case No. 3:19-cv-05701-SI (N.D. Cal.): (1) *DeRycke v. Tzuo et al.,* Case No. 4:22-cv-02775-RS (N.D. Cal.).  I submit this Declaration in lieu of a stipulation to the same effect.

Dated:  May 26, 2022                               **JOHNSON FISTEL, LLP**


By:   *Brett M. Middleton*
BRETT M. MIDDLETON

FRANK J. JOHNSON
JONATHAN M. SCOTT
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com
JonathanS@johnsonfistel.com

*Counsel for Plaintiff Theresa DeRycke*

1

DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Brett M. Middleton*
Brett M. Middleton

2

DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED