**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
Jonathan M. Scott (SBN 323322)
JonathanS@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Plaintiff Theresa DeRycke*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>    Defendants, | Case No.: 3:19-CV-03422-SI<br><br>**[PROPOSED] ORDER**<br><br>Date Filed: June 4, 2019<br>Judge: Susan Illston |
| IN RE ZUORA, INC. DERIVATIVE LITIGATION | Case No. 3:19-cv-05701-SI<br><br>Date Filed: September 10, 2019<br>Judge: Susan Illston |

[Caption continued on next page]

| | |
|---|---|
| THERESA DERYCKE, derivatively on behalf of ZUORA INC., a Delaware corporation, | Case No.: 4:22-cv-02775-RS |
| Plaintiff, | |
| v. | DEMAND FOR JURY TRIAL |
| TIEN TZUO, TYLER SLOAT, MARC DIOUANE, PETER FENTON, KENNETH A. GOLDMAN, TIMOTHY HALEY, JASON PRESSMAN, MICHAELANGELO VOLPI, MAGDELENA YESIL, OMAR ABBOSH, AND SARAH BOND, | Date Filed: May 10, 2022 Judge: Richard Seeborg |
| Defendants, | |
| -and- | |
| ZUORA INC., a Delaware corporation, | |
| Nominal Defendant. | |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that the *DeRycke v. Tzuo et al.,* Case No. 4:22-cv-02775-RS (N.D. Cal.) shall be deemed related to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.) and *In re Zuora, Inc. Derivative Litigation*, Case No. 3:19-cv-05701-SI (N.D. Cal.) pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1.  The stockholder derivative action captioned *DeRycke v. Tzuo et al.,* Case No. 4:22-cv-02775-RS (N.D. Cal.) is deemed related to *Roberts v. Zuora, Inc. et al.*, Case No. 3:19-CV-03422-SI (N.D. Cal.) and *In re Zuora, Inc. Derivative Litigation*, Case No. 3:19-cv-05701-SI (N.D. Cal.).

2.  The *DeRycke* Action is hereby reassigned to Judge Susan Illston.

3.  Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conferences currently scheduled in the *DeRycke* Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          UNITED STATES DISTRICT JUDGE

1