**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** June 24, 2022 | **Time:** 3:06 -3:09 3 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore
**Attorney for Defendant:** Susan Muck, Jeremy Adler

**Deputy Clerk:** Esther Chung                                **Court Reporter:** FTR – SF

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The case is progressing on schedule and a Settlement Conference is scheduled with Judge Westmore.

CASE CONTINUED:  **10/7/2022 at 3:00 PM for Further Case Management Conference.**
Joint Case Management Statement due by:  **9/30/2022.**