**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES**

| **Date:** 9/6/2022 | **Time:** 11:10am - 11:48am | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. et al. | |

**For Plaintiff:**
Lucas Gilmore appeared for Lead Plaintiff New Zealand Methodist Trust Association

**For Defendants:**
Susan Muck and Jeremy Adler

**Deputy Clerk:** William F. Tabunut                **Not Reported.**

**PROCEEDINGS**

Pre-settlement telephonic conference held. Settlement Conference set for 11/2/2022 at 10:00am. Confidential settlement conference statements are due by October 20, 2022. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/