**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** November 2, 2022 | **Time:** 10:00AM-10:13AM | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**For Plaintiff(s):** Steve Berman, Lucas Gilmore for New Zealand Methodist Trust Association
**For Defendant(s):** Susan Muck, Jeremy Adler and Melinda Haag for Zuora, Inc., Tien Tzuo, and Tyler Sloat

**Deputy Clerk:** Diyana Staples                    **Court Reporter:** Not Reported

**PROCEEDINGS**

Pre-settlement telephonic conference held. The parties agreed to go back to Robert A. Meyer, Esq. of JAMS for further mediation and will provide a status report on their progress on January 25, 2023.