SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILLIAM BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002

JEREMY T. ADLER (admitted *pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417

MELINDA HAAG (SBN 132612)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com

KAREN L. DUNN (admitted *Pro Hac Vice*)
JUSTIN ANDERSON (admitted *Pro Hac Vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com

AUDRA J. SOLOWAY (admitted *Pro Hac Vice*)
JONATHAN HURWITZ (admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 6th Ave.
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com

*Attorneys for Defendants Zuora, Inc.,*
*Tien Tzuo, and Tyler Sloat*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**DECLARATION OF MELINDA HAAG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EVIDENCE**<br><br>Date:      March 3, 2023<br>Time:      10:00 a.m.<br>Dept.:      Courtroom 1, 17th Floor<br>Judge:      Hon. Susan Illston<br>Date Action Filed:  June 14, 2019 |

## DECLARATION OF MELINDA HAAG

I, Melinda Haag, declare as follows:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat. I submit this declaration in support of Defendants' Motion for Summary Judgment and to Exclude Evidence. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and relief, and if called to testify, I could competently do so.

2. Attached as **Exhibit 01** is a true and correct copy of a transcript of Zuora's 2019 Q1 Earnings Call held on May 30, 2019. This document was introduced as Plaintiffs' Exhibit 186 at Tien Tzuo's deposition on April 27, 2022.

3. Attached as **Exhibit 02** is a true and correct copy of Zuora's Amendment No. 2 to Form S-1 Registration Statement filed with the Securities and Exchange Commission on April 10, 2018. This document is publicly available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0001423774/9113927c-1fcb-495b-b0ae-0c538a6547df.pdf, and was introduced as Plaintiffs' Exhibit 114 at Tyler Sloat's deposition taken April 22, 2022.

4. Attached as **Exhibit 03** is a true and correct copy of Zuora's 2019 Q1 Earnings Call held on May 31, 2018.

5. Attached as **Exhibit 04** is a true and correct copy of an April 2018 presentation regarding Zuora's business. This document was produced as part of this litigation and is stamped with Bates Number range ZUO_00289697 through ZUO_00289735.

6. Attached as **Exhibit 05** is a true and correct copy of excerpts from the deposition transcript of Tyler Sloat, Zuora Chief Financial Officer during the Class Period, taken April 22, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

7. Attached as **Exhibit 06** is a true and correct copy of excerpts from the deposition transcript of Robert Hildenbrand, Senior Vice President of Global Services during the Class Period, taken March 22, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

8.      Attached as **Exhibit 07** is a true and correct copy of excerpts from the deposition transcript of Karthik Ramamoorthy, Zuora Vice President of Global Services during the Class Period, taken March 24, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

9.      Attached as **Exhibit 08** is a true and correct copy of excerpts from the deposition transcript of Tom Krackeler, Zuora Senior Vice President of Products during the Class Period, taken March 29, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

10.     Attached as **Exhibit 09** is a true and correct copy of excerpts from the deposition transcript of Confidential Witness 3 cited in the Consolidated Amended Class Action Complaint, taken May 11, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

11.     Attached as **Exhibit 10** is a true and correct copy of a May 10, 2017 Zuora Press Release titled "Zuora Acquires Leeyo, the Leading Provider of Revenue Recognition Software, to Ease the Burden of Imminent Accounting Standards."  This document is publicly available at https://www.zuora.com/press-release/zuora-acquires-leeyo/.

12.     Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Tien Tzuo, Zuora Chief Executive Officer during the Class Period, dated April 27, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

13.     Attached as **Exhibit 12** is a true and correct copy of a transcript of Zuora's 2019 Q3 Earnings Call held on November 29, 2018.

14.     Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Marc Diouane, Zuora President during the Class Period, dated May 5, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

15.    Attached as **Exhibit 14** is a true and correct copy of the Expert Report of Allen Ferrell, Ph.D., dated August 5, 2022, on behalf of Defendants.  This document was produced as part of this litigation.

16.    Attached as **Exhibit 15** is a true and correct copy of the March 11, 2019 Keystone Financial Impact Analysis presentation.  The document was produced as part of this litigation and is stamped with Bates Number range ZUO_00405407 through ZUO_00405419.

17.    Attached as **Exhibit 16** is a true and correct copy of the Expert Report of Kevin Dages, dated August 5, 2022.  This document was produced as part of this litigation.

18.    Attached as **Exhibit 17** is a true and correct copy of a slide from a November 6, 2017 presentation providing an update on Project Keystone.  This document was produced as part of this litigation and is stamped with Bates Number range ZUO_00431005 through ZUO_00431025.  This document was also introduced as Plaintiffs' Exhibit 91 at Tom Krackeler's deposition on March 29, 2022.

19.    Attached as **Exhibit 18** is a true and correct copy of a slide from a March 19, 2018 presentation providing an update on Project Keystone.  This document was produced as part of this litigation and is stamped with Bates Number range ZUO_00430709 through ZUO_00430731.  This document was also introduced as Plaintiffs' Exhibit 90 at Tom Krackeler's deposition on March 29, 2022.

20.    Attached as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of Jagan Reddy, Senior Vice President of RevPro during the Class Period, dated May 18, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

21.    Attached as **Exhibit 20** is a true and correct copy of Plaintiffs' Consolidated Amended Class Action Complaint, filed June 14, 2019, as ECF No. 60.

22.    Attached as **Exhibit 21** is a true and correct copy of Plaintiffs' Responses and Objectives to Defendants' Second Set of Interrogatories, dated April 4, 2022.

23.    Attached as **Exhibit 22** is a true and correct copy of a transcript of Zuora's 2019 Q4 Earnings Call held on March 21, 2019.

24.     Attached as **Exhibit 23** is a true and correct copy of a May 2, 2019 email chain discussing Zuora's FY20 Q1 preliminary results.  This document was produced as part of this litigation and is stamped with Bates Number range ZUO_00004218 through ZUO_00004222. This document was also introduced as Plaintiffs' Exhibit 185 at Tien Tzuo's deposition on April 27, 2022.

25.     Attached as **Exhibit 24** is a true and correct copy of Canaccord Genuity's Zuora Market Report dated May 30, 2019.

26.     Attached as **Exhibit 25** is a true and correct copy of FBN Securities' Zuora Market Report dated May 31, 2019.  This document was introduced as Defendants' Exhibit 54 at Charles Lundelius's deposition on October 19, 2022.

27.     Attached as **Exhibit 26** is a true and correct copy of Goldman Sachs' Zuora Market Report dated May 31, 2019.  This document was introduced as Defendants' Exhibit 52 at Charles Lundelius's deposition on October 19, 2022.

28.     Attached as **Exhibit 27** is a true and correct copy of Jefferies' Zuora Market Report dated May 30, 2019.   This document was introduced as Defendants' Exhibit 53 at Charles Lundelius's deposition on October 19, 2022.

29.     Attached as **Exhibit 28** is a true and correct copy of Morgan Stanley's Zuora Market Report dated May 30, 2019.  This document was introduced as Defendants' Exhibit 51 at Charles Lundelius's deposition on October 19, 2022.

30.     Attached as **Exhibit 29** is a true and correct copy of Needham's Zuora Market Report dated May 31, 2019.  This document was introduced as Defendants' Exhibit 50 at Charles Lundelius's deposition on October 19, 2022.

31.     Attached as **Exhibit 30** is a true and correct copy of the meeting agenda for a May 22, 2019 Zuora Board of Directors Meeting.  This document was produced as part of this litigation and is stamped with Bates Number range ZUO_0000166 through ZUO_00001192.

32.     Attached as **Exhibit 31** is a true and correct copy of a document contained in the files of Tyler Sloat.  This document was produced as part of this litigation and is stamped with

Bates Number range ZUO_00329160 through ZUO_00329161. This document was also introduced as Plaintiffs' Exhibit 156 at Tyler Sloat's deposition, taken April 22, 2022.

33. Attached as **Exhibit 32** is a true and correct copy of the 2019 10-K dated April 18, 2019 and filed by Zuora with the United States Securities and Exchange Commission.

34. Attached as **Exhibit 33** is a true and correct copy of a February 28, 2019 Agenda for the Zuora Board of Directors. This document was produced as part of this litigation and is stamped with the Bates Number range ZUO_0000096 through ZUO_00000933.

35. Attached as **Exhibit 34** is a true and correct copy of a spreadsheet regarding Zuora's customer accounts pipeline for FY 2020 Q1. This document was produced as part of this litigation and is stamped with Bates Number ZUO_00448808.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts from the deposition transcript of Confidential Witness 4 cited in the Consolidated Amended Class Action Complaint, taken on May 10, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

37. Attached as **Exhibit 36** is a true and correct copy of the Expert Report of Dr. Tavy Ronen, dated August 5, 2022. This document was produced as part of this litigation.

38. Attached as **Exhibit 37** is a true and correct copy of excerpts from the deposition transcript of Plaintiffs' damages expert Dr. Tavey Ronen, taken on October 17, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

39. Attached as **Exhibit 38** is a true and correct copy of excerpts from the deposition transcript of Plaintiffs' damages expert Charles Lundelius, taken on October 19, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

40. Attached as **Exhibit 39** is a true and correct copy of the Expert Report of Charles Lundelius, dated September 16, 2022. This document was produced as part of this litigation.

41. Attached as **Exhibit 40** is a true and correct copy of the Expert Reply Report of Dr. Tavey Ronen, dated September 16, 2022. This document was produced as part of this litigation.

42.     Attached as **Exhibit 41** is a true and correct copy of excerpts from the deposition transcript of Defendants' expert Allen Ferrell, Ph.D., taken on October 25, 2022.  Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

43.     Attached as **Exhibit 42** is a true and correct copy of the Expert Report of Dr. Tavey Ronen, dated December 4, 2020 and submitted in connection with class certification.  This document was produced as part of this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 9th day of December, 2022, at San Francisco, California.

By:  */s/ Melinda Haag*
Melinda Haag

*Attorney for Defendants Zuora, Inc., Tien Tzuo and Tyler Sloat*