# EXHIBIT 4



ZUOra

April 2018

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

ZUOra

# DISCLAIMER

This presentation and the accompanying oral presentation contain "forward-looking" statements that are based on our beliefs and assumptions and on information currently available to us. Forward-looking statements include all statements other than statements of historical fact contained in this presentation, including information or predictions concerning our future financial performance, business plans and objectives, potential growth opportunities, financing plans, competitive position, technological or market trends, industry environment, and potential market opportunities. Forward-looking statements are subject to known and unknown risks, uncertainties, assumptions, and other factors including, but not limited to, those related to our future financial performance, the growth of the market for subscription products and services and other markets, benefits of our products, our ability to attract new customers and expand sales to existing customers, our ability to develop and release product and service enhancements and new products and services, and our ability to compete effectively. Moreover, we operate in very competitive and rapidly changing environments, and new risks may emerge from time to time. It is not possible for us to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. Additional information regarding these and other risks and uncertainties that could cause actual results to differ materially from the company's expectations is included in our registration statement on Form S-1, as amended, filed with the Securities and Exchange Commission ("SEC").

You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we cannot guarantee that the future results, performance, or events and circumstances described in the forward-looking statements will be achieved or occur. Moreover, neither we, nor any other person (including any potential underwriter of our securities), assume responsibility for the accuracy and completeness of the forward-looking statements. We undertake no obligation to update any forward-looking statements for any reason after the date of this presentation to conform these statements to actual results or to changes in our expectations, except as required by law.

This presentation includes market data and certain other statistical information and estimates that are based on reports and other publications from industry analysts, market research firms, and other independent sources, as well as management's own good faith estimates and analyses. We believe these third-party reports to be reputable, but have not independently verified the underlying data sources, methodologies or assumptions. Information that is based on estimates, forecasts, projections, market research, or similar methodologies is inherently subject to uncertainties and actual events or circumstances may differ materially from events and circumstances reflected in this information.

This informational meeting is strictly confidential and is for you to familiarize yourself with us. We request that you keep any information we provide at this meeting confidential and that you do not disclose any of the information to any other parties without our prior express written permission.

In addition to the U.S. GAAP financials, this presentation includes certain non-GAAP financial measures. The non-GAAP measures have limitations as analytical tools and you should not consider them in isolation or as a substitute for the most directly comparable financial measures prepared in accordance with U.S. GAAP. There are a number of limitations related to the use of these non-GAAP financial measures versus their nearest GAAP equivalents. First, among other non-GAAP financial measures, non-GAAP gross profit and non-GAAP operating loss are not substitutes for gross profit or operating loss, respectively. Second, other companies, including companies in our industry, may calculate non-GAAP financial measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures to the most directly comparable U.S. GAAP financial measures set forth in the Appendix, and not to rely on any single financial measure to evaluate our business.

We have filed a registration statement on Form S-1 (including a prospectus) with the SEC for the offering to which this presentation relates. Before you invest, you should read the prospectus in that registration statement and other documents we have filed with the SEC for more complete information about us and this offering. You may get these documents for free by visiting the SEC website at http://www.sec.gov. Alternatively, copies of the prospectus may be obtained from Goldman Sachs & Co. LLC, Attention: Prospectus Department, 200 West Street, New York, New York 10282, or by telephone at (866) 471-2526, or by email at prospectus-ny@ny.email.gs.com; or from Morgan Stanley & Co. LLC, Attention: Prospectus Department, 180 Varick Street, 2nd Floor, New York, New York 10014. This presentation shall not constitute an offer to sell or the solicitation of an offer to buy these securities, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation, or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

Zuora, the Zuora logo, Subscription Economy, The World Subscribed, Zuora Central Platform, Zuora Billing, Zuora RevPro, Zuora CPQ, Zuora Insights, Zuora Collect, Zuora Connect Marketplace, and other registered common law trade names, trademarks, or service marks of ours appearing in this presentation are our property. The presentation contains additional trade names, trademarks, and service marks of others, including, but not limited to, our customers, technology partners, and competitors, that are the property of their respective owners. We do not intend our use or display of other companies' trade names, trademarks or

ZUORA

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is a registered trademark of Zuora, Inc. All Rights Reserved.

ZUO_00289698

# OFFERING SUMMARY

| | |
|---|---|
| Issuer | Zuora, Inc. |
| Listing / Ticker | NYSE / "ZUO" |
| Shares Offered | 10 million (100% primary) |
| Over-Allotment | 15% (100% primary) |
| Filing Range | $9.00 to $11.00 per share |
| Expected Pricing | Week of April 9th, 2018 |
| Use of Proceeds | General corporate purposes |
| Book Runners | Goldman Sachs & Co. LLC, Morgan Stanley, Allen & Company LLC, Jefferies |
| Co-Managers | Canaccord Genuity, Needham & Company |

2

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**zuora**

CONFIDENTIAL

ZUO_00289699



ZUO_00289700



ZUO_00289701



CONFIDENTIAL

ZUO_00289702



CONFIDENTIAL

ZUO_00289703



CONFIDENTIAL

ZUO_00289704



CONFIDENTIAL

ZUO_00289705



CONFIDENTIAL

ZUO_00289706



ZUO_00289707



ZUO_00289708



CONFIDENTIAL

ZUO_00289709

# CHALLENGE #1: PRICING AND PACKAGING

### Before

In order to compete with disruptive mobility services such as ride-sharing and membership-based airlines, SNCF decided to launch TGVMax package, a subscription service for unlimited travel aimed at 16-27 year olds.

SNCF wanted to offer personalized subscriptions to acquire and retain commuters and needed help with the launch of the service.

### After



Zuora helped SNCF launch the TGVMax subscription package successfully. SNCF was able to go-to-market in **just 4 months.** SNCF hit their first month's revenue target in just one day and won 90,000 subscribers in nine months. What started out as a pilot subscription quickly became a flagship service.

SNCF uses Zuora to test and offer multiple products and more than 15 different pricing strategies to its customers. It uses Zuora to experiment with promotions while maintaining a simple product catalogue. For example, the initial launch was 1€ the first month, and 79€ the following months. Using Zuora, SNCF has been able to easily manage over 100,000 subscriptions and process over a million payments and invoices.

*"The mobility market is seeing a lot of disruption and changing the way people travel, especially among the youth. We knew we had to change. Zuora helped us understand the emergence and benefits of the Subscription Economy and realize it was the answer we were looking for."*
*– Pierre Matuchet, CMO & CIO, SNCF*

**zuora**

13

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved. Other names, logos, and brands are the properties of their respective owners.

                                                                                   ZUO_00289710

# CHALLENGE #2: CUSTOMER EXPERIENCE



### Before

Symantec wanted to transform into a security-as-a-service provider, but it did not have the required infrastructure in place. It was struggling with multiple instances of legacy ERP systems and quote-to-cash systems that didn't easily accommodate subscriptions and multiple ways to license its products. Several years ago, much of Symantec's subscription order-to-cash processing was manual and it often **took days to provision a new customer** on a single product.

### After

Symantec consolidated its subscription order-to-cash process on to Zuora and was able to reduce manual processes, speed up innovation, and offer cloud products as a subscription.

Since it started using Zuora, Symantec has been able to offer five new products, offer and test trial to buy conversions, and easily manage subscription amendments. Zuora also helps Symantec easily manage complex subscription amendments (edit and cancel) and reduce the burden on its back-office. 98% of total orders are all provisioned end-to-end **within five minutes**.

*"Choosing Zuora has helped us eliminate SKUs, simplify our pricing, and allow our customers and partners to consume our products and services the way that makes the most sense for them. I call Zuora the heart of the platform because it holds all the intelligence around the billing and the subscriptions — it's the heart that ties it all together."*
*– Sheila Jordan, CIO, Symantec*

**zuora**

14

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved. Other names, logos, and brands are the properties of their respective owners.

ZUO_00289711

# CHALLENGE #3: SUBSCRIPTION METRICS



### Before

As a result of several acquisitions over the years, the former Software business unit of Hewlett Packard Enterprise (now part of Micro Focus) had disparate ERP and CRM systems and as a result, data siloes. It used more than 600 IT applications to run the business which made it difficult to have single source of truth for data. Specifically, for billing there were 10 different systems, which made it difficult to have a single view of billing and invoicing for the customers.

### After

Micro Focus now runs its business (for the former Software business unit of Hewlett Packard Enterprise) on a consolidated Hybrid IT and SaaS-based architecture with ~110 applications, including Zuora.

As part of this digital transformation, Micro Focus consolidated 10 billing systems to a single Zuora Central instance. It helped Micro Focus create subscription billing, manage amendments, and generate pro-forma invoices for global operations. Over time, Zuora is expected to help reduce manual processes and processing times, as well as streamline subscription accounting processes.

*"We chose Zuora because we wanted to go with nothing but the best in subscription and invoicing applications. For subscription management, we wanted something that was cloud-based, flexible, and scalable. Zuora was a perfect fit with our architecture. "*
*– Lalit Singh, Vice President FAST Program, Micro Focus*

**ZUOГO**

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved. Other names, logos, and brands are the properties of their respective owners.

ZUO_00289712



## ZUORA DELIVERS A DYNAMIC HUB FOR SUBSCRIPTIONS

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

ZUO_00289713



rev

ZUO_00289714



CONFIDENTIAL

ZUO_00289715

# RECOGNIZED AS A LEADER

2017 Forrester Wave:
A Leader in The Forrester Wave™: Recurring Customer And Billing Management, Q3 2017

Challengers | Contenders | Strong Performers | Leaders

Strong

Current offering

goTransverse — Zuora
BillingPlatform ·
Apttus ⊙
Aria Systems
SAP Hybris
Oracle ⊙
Digital River
Vindicia

Market presence

Weak

Weak — Strategy — Strong

"Zuora is targeting incumbent enterprise software companies such as Oracle and SAP" – *The Wall Street Journal*

"Zuora: Powering Netflix-Style Innovation to Conquer Huge Markets" – *Forbes*

"The Spread of Unlimited Use Subscription Services" – *Nikkei*

"As the world goes subscription, Zuora celebrates" – *CNBC*

"Subscription, a Revolution in Services for Industrial Companies" – *Le Figaro*

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved. The Forrester Wave™ is copyrighted by Forrester Research, Inc. Forrester and Forrester Wave™ are trademarks of Forrester Research, Inc. The Forrester Wave™ is a graphical representation of Forrester's call on a market and is plotted using a detailed spreadsheet with exposed scores, weightings, and comments. Forrester does not endorse any vendor, product, or service depicted in the Forrester Wave™. Information is based on best available resources. Opinions reflect judgment at the time and are subject to change.

**zuora**

ZUO_00289716



CONFIDENTIAL

ZUO_00289717



ZUO_00289718

# MISSION CRITICAL DEPLOYMENT

**MISSION CRITICAL SOLUTION**



**TRUE ENTERPRISE SALE AND DEPLOYMENT**



**DEEP INTEGRATION INTO CORE INFRASTRUCTURE**



**STICKY PRODUCT**

**For Deals Closed in the Past Three Years, Zuora Has Only Lost One Deployed Customer with ACV Greater Than or Equal to $100K[1]**

[1] Represents customers who initially contracted with us in FY2016, FY2017 and FY2018 with greater than or equal to $100,000 annual contract value ("ACV"), that deployed our solution on or before January 31, 2018 and have had contracts up for renewal. This does not include customers acquired through acquisitions of Leeyo Software or Frontleaf.

22

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**ZUOrO**

22

CONFIDENTIAL

ZUO_00289719



23

CONFIDENTIAL

ZUO_00289720



ZUO_00289721



25

ZUO_00289722



CONFIDENTIAL

ZUO_00289723



CONFIDENTIAL

ZUO_00289724

# GROWTH EFFICIENCY INCREASES OVER TIME

| Revenue Driver | Cost of Sale | Opportunity |
|---|---|---|
| Volume | Low | We grow as our customers' usage and subscription businesses grow |
| Add-On Products | Medium | Expand customer footprint through add-on products, cross-sell, or platform upgrades |
| New Business | High | Land new logos and sign new business units |

28

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**zuora**

28

CONFIDENTIAL

ZUO_00289725



29

CONFIDENTIAL



CONFIDENTIAL

ZUO_00289727

## LONG-TERM TARGET MODEL

| Non-GAAP | FY18 | Intermediate-Term Target | Long-Term Target |
|---|---|---|---|
| Subscription Gross Margin | 77% | 80% | 83% |
| Gross Margin | 56% | 63% | 70% |
| S&M as % of Revenues | 42% | 30% | 27% |
| R&D as % of Revenues | 22% | 15% | 14% |
| G&A as % of Revenues | 13% | 10% | 9% |
| Operating Margin | (21)% | 8% | 20% |

Note: See reconciliation in appendix for non-GAAP measures. Fiscal year ended January 31.

**ZUORA**

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

CONFIDENTIAL                                                                                              ZUO_00289728

# KEY TAKEAWAYS

- Opportunity to capitalize on a once-in-a-century shift to the Subscription Economy
- Zuora is positioned to handle the needs of subscription businesses
- Strong financial discipline with clear path to profitability while delivering sustainable long-term growth

32

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**zuora**

CONFIDENTIAL

ZUO_00289729



# FY16 GAAP TO NON-GAAP RECONCILIATION

| ($ in millions) | GAAP | Stock-based Compensation | Capitalization of Internal-use Software | Amortization of Internal-use Software | Amortization of Purchased Technology | Total | Non-GAAP |
|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | |
| Subscription | $ 17.8 | $ 0.2 | $(0.0) | $ 0.3 | $ 0.5 | $ 1.0 | $ 16.8 |
| Professional Services | 25.5 | 0.6 | - | - | - | 0.6 | 25.0 |
| **Total Cost of Goods Sold** | **$ 43.4** | **$ 0.8** | **$(0.0)** | **$ 0.3** | **$ 0.5** | **$ 1.6** | **$ 41.8** |
| **Gross Profit** | | | | | | | |
| Subscription | $ 50.4 | $(0.2) | $ 0.0 | $(0.3) | $(0.5) | $(1.0) | $ 51.4 |
| Professional Services | (1.6) | (0.6) | - | - | - | (0.6) | (1.0) |
| **Total Gross Profit** | **$ 48.8** | **$(0.8)** | **$ 0.0** | **$(0.3)** | **$(0.5)** | **$(1.6)** | **$ 50.4** |
| *Subscription Gross Margin* | *74 %* | | | | | | *75 %* |
| *Professional Services Gross Margin* | *(7)%* | | | | | | *(4)%* |
| *Gross Margin* | *53 %* | | | | | | *55 %* |
| **Operating Expense** | | | | | | | |
| Sales and Marketing | $ 64.5 | $ 1.5 | - | - | - | $ 1.5 | $ 63.0 |
| Research and Development | 20.5 | 0.8 | (1.1) | - | - | (0.3) | 20.8 |
| General and Administrative | 12.0 | 0.5 | - | - | - | 0.5 | 11.5 |
| **Total Operating Expense** | **$ 97.0** | **$ 2.9** | **$(1.1)** | **$ 0.0** | **$ 0.0** | **$ 1.7** | **$ 95.2** |
| *Sales and Marketing as % of Revenues* | *70 %* | | | | | | *68 %* |
| *Research and Development as % of Revenues* | *22 %* | | | | | | *23 %* |
| *General and Administrative as % of Revenues* | *13 %* | | | | | | *12 %* |
| **Operating Loss** | | | | | | | |
| Subscription | $(46.6) | $(3.1) | $ 1.1 | $(0.3) | $(0.5) | $(2.7) | $(43.8) |
| Professional Services | (1.6) | (0.6) | - | - | - | (0.6) | (1.0) |
| **Total Operating Loss** | **$(48.1)** | **$(3.7)** | **$ 1.1** | **$(0.3)** | **$(0.5)** | **$(3.3)** | **$(44.9)** |
| *Operating Margin* | *(52)%* | | | | | | *(49)%* |

34

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**ZUOra**

CONFIDENTIAL                                                                    ZUO_00289731

# FY17 GAAP TO NON-GAAP RECONCILIATION

| ($ in millions) | GAAP | Stock-based Compensation | Capitalization of Internal-use Software | Amortization of Internal-use Software | Amortization of Purchased Technology | Total | Non-GAAP |
|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | |
| Subscription | $ 22.8 | $ 0.3 | $(0.0) | $ 0.5 | $ 0.7 | $ 1.6 | $ 21.3 |
| Professional Services | 25.3 | 0.6 | - | - | - | 0.6 | 24.7 |
| **Total Cost of Goods Sold** | **$ 48.2** | **$ 0.9** | **$(0.0)** | **$ 0.5** | **$ 0.7** | **$ 2.1** | **$ 46.0** |
| **Gross Profit** | | | | | | | |
| Subscription | $ 67.0 | $(0.3) | $ 0.0 | $(0.5) | $(0.7) | $(1.6) | $ 68.6 |
| Professional Services | (2.2) | (0.6) | - | - | - | (0.6) | (1.6) |
| **Total Gross Profit** | **$ 64.8** | **$(0.9)** | **$ 0.0** | **$(0.5)** | **$(0.7)** | **$(2.1)** | **$ 67.0** |
| *Subscription Gross Margin* | *75 %* | | | | | | *76 %* |
| *Professional Services Gross Margin* | *(9)%* | | | | | | *(7)%* |
| *Gross Margin* | *57 %* | | | | | | *59 %* |
| **Operating Expense** | | | | | | | |
| Sales and Marketing | $ 62.4 | $ 1.6 | - | - | - | $ 1.6 | $ 60.8 |
| Research and Development | 26.4 | 1.1 | (2.3) | - | - | (1.1) | 27.5 |
| General and Administrative | 15.1 | 0.8 | - | - | - | 0.8 | 14.4 |
| **Total Operating Expense** | **$ 103.9** | **$ 3.5** | **$(2.3)** | **$ 0.0** | **$ 0.0** | **$ 1.2** | **$ 102.7** |
| *Sales and Marketing as % of Revenues* | *55 %* | | | | | | *54 %* |
| *Research and Development as % of Revenues* | *23 %* | | | | | | *24 %* |
| *General and Administrative as % of Revenues* | *13 %* | | | | | | *13 %* |
| **Operating Loss** | | | | | | | |
| Subscription | $(36.9) | $(3.8) | $ 2.3 | $(0.5) | $(0.7) | $(2.8) | $(34.1) |
| Professional Services | (2.2) | (0.6) | - | - | - | (0.6) | (1.6) |
| **Total Operating Loss** | **$(39.0)** | **$(4.4)** | **$ 2.3** | **$(0.5)** | **$(0.7)** | **$(3.4)** | **$(35.7)** |
| *Operating Margin* | *(35)%* | | | | | | *(32)%* |

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**ZUORA**

CONFIDENTIAL                                                                 ZUO_00289732

# FY18 GAAP TO NON-GAAP RECONCILIATION

| ($ in millions) | GAAP | Stock-based Compensation | Capitalization of Internal-use Software | Amortization of Internal-use Software | Amortization of Purchased Technology | Total | Non-GAAP |
|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | | | | | | | |
| Subscription | $ 31.1 | $ 0.7 | $(0.0) | $ 1.1 | $ 2.1 | $ 3.9 | $ 27.1 |
| Professional Services | 48.8 | 2.1 | - | - | - | 2.1 | 46.7 |
| **Total Cost of Goods Sold** | $ 79.9 | $ 2.9 | $(0.0) | $ 1.1 | $ 2.1 | $ 6.1 | $ 73.8 |
| **Gross Profit** | | | | | | | |
| Subscription | $ 89.3 | $(0.7) | $ 0.0 | $(1.1) | $(2.1) | $(3.9) | $ 93.2 |
| Professional Services | (1.3) | (2.1) | - | - | - | (2.1) | 0.8 |
| **Total Gross Profit** | $ 88.0 | $(2.9) | $ 0.0 | $(1.1) | $(2.1) | $(6.1) | $ 94.1 |
| *Subscription Gross Margin* | 74 % | | | | | | 77 % |
| *Professional Services Gross Margin* | (3)% | | | | | | 2 % |
| *Gross Margin* | 52 % | | | | | | 56 % |
| **Operating Expense** | | | | | | | |
| Sales and Marketing | $ 73.1 | $ 2.7 | - | - | - | $ 2.7 | $ 70.4 |
| Research and Development | 38.6 | 2.3 | (1.1) | - | - | 1.2 | 37.5 |
| General and Administrative | 22.6 | 1.1 | - | 0 | - | 1.1 | 21.4 |
| **Total Operating Expense** | $ 134.3 | $ 6.1 | $(1.1) | $ 0.0 | $ 0.0 | $ 5.0 | $ 129.3 |
| *Sales and Marketing as % of Revenues* | 44 % | | | | | | 42 % |
| *Research and Development as % of Revenues* | 23 % | | | | | | 22 % |
| *General and Administrative as % of Revenues* | 13 % | | | | | | 13 % |
| **Operating Loss** | | | | | | | |
| Subscription | $(45.0) | $(6.9) | $ 1.2 | $(1.2) | $(2.1) | $(8.9) | $(36.1) |
| Professional Services | (1.3) | (2.1) | - | - | - | (2.1) | 0.8 |
| **Total Operating Loss** | $(46.3) | $(9.0) | $ 1.2 | $(1.2) | $(2.1) | $(11.1) | $(35.2) |
| *Operating Margin* | (28)% | | | | | | (21)% |

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

36

**ZUOra**

# SUBSCRIPTION ECONOMY INDEX
## Additional Information

The Subscription Economy Index, or SEI, measures the growth in the volume of business for the subscription-based products and services of our customers. Specifically, it measures total dollar amount invoiced by our customers to their customers for subscriptions and recurring charges through our Zuora Central Platform. We refer to this as subscription invoice volume. Onetime charges that are not subscription-based are excluded from the calculation, as the SEI is intended to reflect the growth in subscription invoice volume. The constituents' growth rate reflected in the SEI is the quarter-overquarter percentage change in trailing twelve-month subscription invoice volume. To measure this growth, we use a weighted average of the growth rates of the constituents who have been on our platform for at least ten quarters, controlling for the effects of constituent attrition and account migration. The weighted average used in the SEI growth calculation is weighted by the total amount of subscription invoice volume each constituent has, so that companies with higher subscription invoice volume have more weight in the average. The SEI includes customers that have been invoicing through our Zuora Central Platform for at least ten quarters, and that are not in the process of importing data from another billing system or migrating off of our platform. The determination of when customers are importing data or migrating off the platform is made manually by analysis of system data combined with communication with affected customers. As of October 1, 2017, 304 customers had been invoicing through our Zuora Central Platform for at least ten quarters and were not in the process of importing data from another billing system or migrating off of our platform, and 300 of those customers were included in the November 2017 SEI. We excluded four customers that were otherwise eligible for inclusion in the SEI for various reasons including non-standard implementations or due to unusual billing or usage patterns. The SEI does not include Zuora RevPro customers. A constituent's subscription invoice volume is calculated every quarter using a trailing twelve month period in order to remove the effect of seasonality, and the growth rate is calculated by comparing the quarter-overquarter percentage change in trailing twelve-month subscription invoice volume. The growth rates of different customers in the SEI varies based on a number of factors, including size of customer, industry, and a customers' specific subscription-based offerings. We do not intend for our disclosure of the SEI to suggest that the SEI reflects the growth rate of every company that uses our products or the Subscription Economy as a whole.

37

Zuora Proprietary Information. © 2018 Zuora, Inc. Zuora is the registered trademark of Zuora, Inc. All Rights Reserved.

**zuora**

CONFIDENTIAL

ZUO_00289734



38

ZUO_00289735