# EXHIBIT 5

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually   ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

        SUPERIOR COURT OF THE STATE OF CALIFORNIA
                FOR THE COUNTY OF SAN MATEO
ARIC OLSEN and JAMES ALPHA    ) Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  ) CONFIDENTIAL
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
            Defendants.       )
_____)

            ZOOM AND VIDEOTAPED DEPOSITION OF
                     TYLER SLOAT
                Friday, April 22, 2022

    Reported by:
    LISA ANDREASEN
    CSR No. 9584
    Job No. 5175830
    PAGES 1 - 277

CONFIDENTIAL

Page 28

A    To the best of my recollection, correct.

Q    Okay.  And that was described as the core or hub of Zuora's subscription management solution; correct?

A    Correct.

Q    Okay.  And Zuora's -- the central platform, that's composed of core engines; correct?

A    I think the central platform had multiple products that kind of were part of Zuora Central.  I don't know about what you describe as engines.

Q    Yeah.  Let me ask, and we'll get to it.  But in various different publications, marketing, advertisements during the relevant period, Zuora represented that the Zuora Central platform had six core engines:  pricing, subscription orders, rating, global payments, subscription metrics and accounting. Is that correct?

A    Yeah.  If they were described as engines, those are capabilities, I guess.

Q    Okay.  But in terms of -- well, let me just lay a little bit more foundation.  Zuora also, as you mentioned, offers its own SaaS products through the Zuora Central platform; right?

A    I don't think it's through the Zuora Central platform, but, yes, there are a variety of products

Page 29

that were sold, SaaS products.

Q    Okay.  And the SaaS products that it offers, it offers Zuora Billing; right?

A    Correct.

Q    Okay.  Zuora RevPro; correct?

A    Correct.

Q    Zuora CPQ?

A    That's correct.

Q    Zuora Collect?

A    That's correct.

Q    Zuora Insights?

A    That's correct.

Q    Okay.  So is there -- in your experience during the relevant time period, is there an instance in which a client or a customer rather would use the Zuora Central platform independent of the SaaS products?

A    No.

Q    Okay.  So --

A    I don't think there was -- you cannot just buy the platform without buying one of the products.

Q    Okay.  So in marketing or product descriptions, when it's featured that like the core engine for accounting, that's referring to Zuora RevPro; correct?

CONFIDENTIAL

Page 30

A    Not necessarily, no.

Q    Okay.  What else could that be referring to?

A    Zuora Billing.

Q    Okay.  Understood.

A    And Zuora Collect.

Q    And Zuora Collect.  Okay.  Understood.  But when it's referring to the various engines, it's referring to the SaaS products that it offers; correct?

A    No, it is not.

Q    Help me understand that distinction.

A    So I think you mentioned rating engine, for example, rating engine is a capability within Zuora Billing would be my understanding.  So a customer did not buy rating engine.  They would buy Zuora Billing, and in buying it, they got access to rating.

Q    Understood.  Got it.  Let's talk about Zuora Billing.  Zuora Billing is an application that Zuora built itself; correct?

A    That's correct.

Q    And Zuora originally launched that in 2008, to your knowledge?

A    To my knowledge.

Q    Okay.  And that product is designed specifically for subscription billing; correct?