# EXHIBIT 6

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually  ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
          Plaintiff,          )
                              )
   vs.                        )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA    )Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
                              )
          Plaintiff,          )
                              )
   vs.                        )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
                              )
          Defendants.         )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF
ROBERT HILDENBRAND
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL

Page 37

BY MR. SHAEFFER:

Q.   So when you say exclusive revenue recognition system, does that mean there wouldn't be any other -- strike that.

When you say exclusive revenue recognition system, do you mean a customer wouldn't be using its own internal software or process to recognize revenue?

MR. ADLER:  Object to form.

THE WITNESS:  A -- a customer -- generally if we are deploying Zuora Revenue, the customer may have some other revenue recognition system that they're using before they start their deployment of Zuora.  So when I say exclusive, exclusive RevRec.  When I say RevRec, it's shortened for revenue recognition.  The -- so when I say they're using us as their exclusive RevRec system that means that instead of using the old system that they were processing that business unit on, they've discontinued use of the old system and they're now doing their revenue recognition on Zuora Revenue.

BY MR. SHAEFFER:

Q.   You referred to Billing and RevPro as Zuora's flagship products; is that correct?

A.   Yeah, that's a term that we use internally.

CONFIDENTIAL

Page 38

Yeah, we have -- if you look at the -- at our product nomenclature, we have four products:  Zuora Billing, Zuora Revenue, Zuora Collect, and they all sit on top of the Zuora Platform.

Q.  Is the Zuora Platform, is that Zuora Central?

A.  Yeah, you can generally use those interchangeably.

Q.  Can you elaborate more on why Zuora RevPro and Zuora Billing are the -- why they're known as the flagship products?

A.  Yeah, they're known as the flagship products because they are most frequently the products that you would use in what I'll call the land motion for a new customer.  So as we're engaging a customer, a new customer in sales cycle, the two products that you would typically land with are Zuora Billing which sits on top of Platform, or Zuora Revenue which sits on top of Platform.  So you would generally land with one of those motions.  And hence the -- the -- the -- I'm using a -- that flagship product, it's not a external marketing term, it's an internal nomenclature that I use.

Q.  So you testified that with a customer you can either land with Zuora Billing or Zuora RevPro; is that correct?

CONFIDENTIAL

Page 39

MR. ADLER:  Objection to form.

THE WITNESS:  That is correct, you would typically -- you would typically land with one of those, either of those products, and certainly you can land with both products at the same time and do a joint deployment.

BY MR. SHAEFFER:

Q.  Was it part of Zuora's strategy to land with either Zuora Billing or Zuora RevPro and then try to then add, let's say, Zuora RevPro on top of the Zuora Billing that you originally landed with?

MR. ADLER:  Objection to form.

THE WITNESS:  Yes, that is -- that is a -- that is a core part of our sales strategy where, you know, again, it's -- in the industry it's generally referred to as a land-and-expand strategy, which we use here as well, where you would land with a -- with a particular product, say, Zuora -- Zuora Revenue, and then you could cross-sell additional products to that customer, or you could upsell additional, say, volume to that customer as well.  So you would land and then have a combination of upsell and cross-sell, which is a -- a key part of our growth strategy.

BY MR. SHAEFFER:

CONFIDENTIAL

Page 50

report what you told him to Mr. Tzuo or Mr. Sloat?

A.  I don't know what information Mr. Diouane passed on.

Q.  Do you have any reason to think he wouldn't pass that information onto them?

MR. ADLER:  Objection to form.

THE WITNESS:  I have no basis to answer that question.

BY MR. SHAEFFER:

Q.  You mentioned these ad hoc updates that you would give to Mr. Tzuo.  How often were those taking place beginning in the 2018 period?

A.  You know, it's a difficult answer because, you know, by definition ad hoc, right?  If there are periods where, you know, he was not -- if there weren't updates to provide relating to customers he was sponsoring, you know, the updates would slow down.  You know, could be, you know, monthly.

If there were areas of particular customers that were particularly, you know, high interest from him because of their strategic nature, or we were reaching a critical milestone, or, you know, big customer that was about to go live, you know, the updates could be, you know, weekly or sometimes even more than once a week.

And especially there would be -- if you had an external stimulus, say, he was having -- or an external event, right, he was having a meeting with a customer, you know, he would ask for an ad hoc update of, hey, how's the customer doing.  That's just the normal course of meeting preparation.

Q.  So if there was, like, a critical project or customer, Mr. Tzuo would want more regular updates; is that correct?

MR. ADLER:  Objection to form.

THE WITNESS:  Generally yes.

BY MR. SHAEFFER:

Q.  Are you familiar with the Keystone project?

A.  I am -- I am familiar with the Keystone integration approach between the Revenue and -- and Billing products.  You know, you're calling it a project, and you may be using it interchangeably, but Keystone is an integration approach between the Billing and the Revenue product.

Q.  So the Keystone integration approach --

A.  Um-hum.

Q.  -- would that be something that would rise to the level of providing more regular updates to Mr. Tzuo as that approach was being developed?

MR. ADLER:  Objection, form.

CONFIDENTIAL

Page 52

THE WITNESS:  Providing more frequent updates by who or from who?

BY MR. SHAEFFER:

Q.  From you to Mr. Tzuo, or from you to Mr. Sloat.

A.  The -- there was a -- there was -- what I would do is I would, especially as we got into 2019, I would report on those customers as a cohort.  So there was a group of roughly 20 of them that we would start to -- that we would start to track as a cohort to ensure that we were making progress on their deployment.  Would it be -- but I wouldn't say that I was reporting on them more frequently; they were simply a cohort that I would track together.

Q.  You said that started in 2019?

A.  Generally.

Q.  And when you were tracking them, were you providing updates to Mr. Tzuo?

A.  There was -- I can't tell you exactly what date it was in 2019, but what I would do -- I do recall providing updates to, you know, Mr. Tzuo and the broader EComm team of how that cohort was tracking. And that tracking continued, you know, throughout 2019, and into 2020, so that we can -- so that we could track and celebrate the successful go live of those customers.

CONFIDENTIAL

Page 53

Q.   I guess how often would these -- would these tracking updates be given?  Was it a weekly update?

A.   It would --

MR. ADLER:  Objection to form.

THE WITNESS:  It would be more than monthly.  As we got into -- later into 2019, and then into early 2020, the tracking progressed to being weekly as we -- as we saw that -- the customers moving towards and then hitting their successful go-live dates.

BY MR. SHAEFFER:

Q.   Do you know when the Keystone integration -- I'll refer to it as a project again, but I think you referred to it as just the Keystone integration approach --

A.   Mm-hmm.

Q.   -- when did that begin?

MR. ADLER:  Object to form.

THE WITNESS:  The approach of how to -- defining how to integrate the two products started, you know, approximately the time that Zuora acquired Leeyo software and acquired the WebPro product.

BY MR. SHAEFFER:

Q.   So that was in 2017?

CONFIDENTIAL

Page 54

A.  I don't have the exact date of the acquisition, but, you know, the Keystone integration approach or the -- more broadly the integration approach between the two products generally commenced when we acquired Zuora Revenue because the strategy was to integrate the two products.

Q.  And so from, let's say, starting when the -- when the integration approach began, in your role, how often were you providing updates on the status of that integration approach to Mr. Tzuo and Mr. Sloat and other Zuora executives?

MR. ADLER:  Object to form.

THE WITNESS:  I would not -- as part of my role I wouldn't be providing an update on the integration approach as that would be the remit of the R&D team so that's the product and the engineering team.

The role of Global Services is to take the product that's provided by engineering and then deploy that to our customers.  So the short answer to your question, is I would not have been providing an update on the status of the integration activities.

BY MR. SHAEFFER:

Q.  So and you wouldn't provide, like, a status on

the -- how the -- how the technical aspect of the integration approach was developing?

MR. ADLER: Object to form.

THE WITNESS: That would not be a part of my role, no.

BY MR. SHAEFFER:

Q. What about how the deployments were going? Would that be something you would update Mr. Tzuo or Mr. Sloat and other executives about?

MR. ADLER: Object to form.

THE WITNESS: So as I referred to earlier, the -- that cohort of roughly 20 customers, what I would track as part of my function in Global Services is how is that cohort of customers proceeding towards their deployment. So that's taking the product as made available by product and engineering, and how do we do the, you know, configuration, integration, extension, customization of those products -- again, normal professional services activities -- and how were the status of those projects going to go live.

BY MR. SHAEFFER:

Q. And I understand you started giving those updates in 2019. Did you give those types of updates before 2019?

CONFIDENTIAL

Page 81

this integration approach?

A.   I'm sure there was a project lead; I couldn't name who that person was.  It was an R -- it was an R&D project.

Q.   Okay.  So what kind of role did GS play in the integration, Keystone integration approach?

MR. ADLER:  Object to form.

THE WITNESS:  The -- in terms of the integration approach, again, the integration approach is -- is -- is led by R&D.  And when I say R&D I mean -- I use that as a generalized term for the product management and the engineering teams.

The -- our primary role is to be the recipient of the product so that we can deploy it for our customers.  Specifically related to the integration approach, you know, it's fair to assume that individual consultants on my team would have been queried by R&D to provide insight or feedback on the integration approach, but I couldn't tell you specifically what those were.

BY MR. SHAEFFER:

Q.   Do you know when Global Services first started working with customers on the Keystone integration approach?

CONFIDENTIAL

Page 82

A.  Can you -- that's a broad question.  Can you clarify what you mean by working with customers on the Keystone approach?

Q.  So I guess -- let me take a step back.  Are you aware that there were Keystone early adopters?

A.  Yes, I was.  There was a --

Q.  So who were the Keystone early adopters?

A.  I couldn't give you the entire list off the top of my head, but it was a group of -- I referred to them earlier as a cohort, right?  But they were customers such as, you know, ChiroTouch, Gartner, United Sight Services, Unity I believe was on the list.  So those were representative customers that come to mind that were part of the early adoption program, and the majority of those customers are now live and powering their business based on Zuora Revenue and Zuora Billing integrated together.

Q.  Was Zoom an early adopter?

A.  Zoom was one of the early adopters, yes.

Q.  What about GM; General Motors?

A.  General Motors was, yes.

Q.  What about Yext?

A.  Yext was an early adopter, yes.

Q.  And DocuSign?

A.  DocuSign, yes, they were.

CONFIDENTIAL

Page 83

Q.  So let's take Zoom as an example.  When would GS become involved working with a customer like Zoom through the deployment of the Keystone integration approach?

A.  The -- so GS would typically get -- so I'll make a notation, I wasn't personally involved in the Zoom project nor was I an executive sponsor on that project, so I'm going to give you more generalized answers.  For example, two of the other ones that you mentioned, DocuSign and GM I was very involved in, so I can give you more specific details.

Q.  Yeah, that'd be fine.

A.  But going back to your specific question on Zoom, GS would have in general, just like we would with any customer, get involved when the customer makes the determination that they want to deploy your product. So that's a generalized answer, but I couldn't -- because I wasn't personally involved with Zoom I couldn't give you the time frame specifically.

It would have been -- you know, if you want to narrow it in, it would be, you know, sometime in 2017, after the integration, or in 2018.  It's somewhere in that time frame, I know that, but I couldn't give anything more specific.

Q.  So it sounds like in general with the Keystone

CONFIDENTIAL

Page 84

integration approach GS would get involved once a customer made a decision to deploy the Keystone integration approach; is that correct?

A.   GS would get involved when the customer made the determination that they wanted to deploy the Zuora Billing and Zuora Revenue product, right?  The Keystone integration approach, there was -- there was a back-end thing for R&D.  So customers -- you know, what a customer would see is that I want to purchase the Zuora Billing and the Zuora Revenue product, and, you know, between GS and our SI partners and R&D, you know, the products would work together.  You know, putting the Keystone label on it, that integration approach is something internal to Zuora, so typically a customer wouldn't see that.  They're just buying the two products.

Q.   Okay.  So when a customer bought Zuora Billing and Zuora RevPro, that's when GS would get involved to help deploy those two products at a customer?

A.   That is correct.

Q.   Okay.  And that as part of that deployment it would involve working through the integration of those two products; is that correct?

A.   Generally yes, right?  But, again, if you look at integration between products, there are a couple of

CONFIDENTIAL

Page 85

-- integration is not a binary thing.  There are a couple of ways that you do that, right?  There are out-of-the-box integration capabilities, and then there are integration activities that the professional services company, whether it's the inhouse team, you know, Global Services, or a systems integrator would provide, and that gets you that same outcome of -- of integration.

But, you know, for a customer to get data from Billing to Revenue and back, you know, there has to be some form of integration in there, whether it be out-of-the-box or through a professional services firm. And that's typically, across the industry, how any Enterprise class products would be deployed.

Q.  So for Zuora specifically when deploying revenue, Zuora -- excuse me -- Zuora RevPro and Zuora Billing, which of the approaches that you describe was applicable?  Was it an out-of-the-box integration that was gonna be deployed, or was it that second approach where you bring in the -- I think you described it as the professional services?

A.  It's both.

MR. ADLER:  Object to form.

THE WITNESS:  It's both.  So the -- again, generally you wouldn't have a product that solves

Page 86

all of the customer's use case out of the box. There are a subset that are solved out of the box and that would be the through the productized integration, and then the use cases on top of that would be solved through the professional services firm.  So the answer to your question is both approaches are used.

BY MR. SHAEFFER:

Q.  For the Zuora Billing and Zuora RevPro, is Zuora offering, I think you described it product size [sic], out-of-the-box integration to all customers?

A.  Productized, not product size.

Q.  Productized.

A.  Yeah, so there are productized integration capabilities between the two products.  They were aligned to the integration approach that we internally called Keystone, and that approach was driven by the product roadmap.

Q.  And so the -- the product roadmap would apply to this productized out-of-the-box integration approach?

MR. ADLER:  Object to form.

THE WITNESS:  That is correct, right?  The development of our products is done according to the product roadmap.  So and part of the product roadmap would have included a focus on integration

CONFIDENTIAL

Page 87

between the two products.  Again, integration is not a one-time thing.  Integration is an ongoing piece.

So over a period of time, say, quarterly or annually or monthly, you know, as the releases are scheduled to take place, the integration would get more robust and cover a larger number of use cases.

BY MR. SHAEFFER:

Q.  Were product roadmaps specific to each customer or were they more general?

A.  Zuora has a product roadmap, a single product roadmap that is produced by -- or that is owned by the R&D team.  So there's -- so there's a single roadmap, not one that's tailored for each customer.

Q.  Okay.  I want to go back to the early adopters that we discussed, but I wanted to ask you similar questions I asked you with the Zuora-on-Zuora project.

Was the status of the deployments of Zuora Billing and Zuora RevPro, were those -- were those updates given on a -- on a regular basis?

MR. ADLER:  Objection to form.

THE WITNESS:  The -- so that cohort, as I referred to them, that cohort grew to about 20. There -- they started from ad hoc updates in