# EXHIBIT 7

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually ) No. 3:19-cv-03422-SI
And On Behalf of All Other   )
Similarly Situated,          )
                             )
          Plaintiff,         )
                             )
     vs.                     )
                             )
ZUORA, INC., TIEN TZUO, and  )
TYLER SLOAT,                 )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA    )Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
                              )
          Defendants.         )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF

KARTHIK RAMAMOORTHY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 57

MR. GILMORE: Yeah, right now is great. Why don't we take a ten-minute break.

VIDEO SPECIALIST: Let's go of the record. The time is 10:21 a.m., this is the end of media number 1.

(Recess taken.)

VIDEO SPECIALIST: Okay, we are going back on the record. The time is 10:34 a.m., and this the start of media unit number 2.

BY MR. GILMORE:

Q. Hello again, Mr. Ramamoorthy. Brief question, are you aware that Mr. Hildenbrand, the gentleman that you referenced in your testimony was deposed in this action?

A. Based on the deposition letter I saw he was also going to be, but I don't have any other update.

Q. Have you had any communications with Mr. Hildenbrand concerning his deposition?

A. Not -- nothing in the month two months or so.

Q. Did you have any communications with Mr. Rochester regarding his deposition?

A. No.

Q. Okay. Mr. Ramamoorthy, what is the Zuora Billing product?

A. What is it?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 58

Q.   Yeah.

A.   It helps the companies to bill for the transactions out of our software.

Q.   And is Zuora Billing Zuora's most used product?

A.   Yes.

Q.   Okay.  And that was the case during your time as -- as VP of general services, correct?

A.   Correct.

Q.   Do you recall during that -- well, strike that.

Is it your understanding that roughly during your time as VP of general services that there were roughly 850 customers that used Zuora Billing during that time?

A.   I do not know.

Q.   Okay.  And would you consider Zuora Billing and RevPro to be Zuora's flagship products?

A.   Yes.

Q.   Okay.  And that's a term that Zuora has used, flagship products, right?

A.   That's right.

Q.   Okay.  Are you familiar with the concept of cross-selling?

A.   Yes.

Q.   What do you understand cross-selling to be?

A.   Cross-selling is where a user of one product

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 59

actually buys another product, another one of our flagship products.

Q. And during your time as VP of Global Services, were you engaged in cross-selling to customers?

MR. ADLER: Objection to form.

THE WITNESS: This was managed by the field leadership, but I'm aware of us doing cross-selling and do our install.

BY MR. GILMORE:

Q. And how -- how could -- how could a person from Global Services cross-sell services?

MR. ADLER: Objection to form.

THE WITNESS: No, Global Services person cannot cross-sell.

BY MR. GILMORE:

Q. Okay. Is that something that's left in sales?

A. Yes.

MR. ADLER: Objection to form.

THE WITNESS: Yes, basically sales would sell the software, right? The software sales is what is called the cross-sell. If that project needed services, then our Global Services team would provide it.

BY MR. GILMORE:

Q. But if there are email communications from you