# EXHIBIT 8

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually   ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA    )Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
                              )
          Defendants.         )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF

TOM KRACKELER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL

Page 57

Q.   Okay.  Yeah, so when I say Zuora RevPro, you know, you'll take that to mean Zuora Revenue and the time we are focused on is the 2018, to the 2019 period.

A.   Yes.

Q.   So during this 2018-2019 period, was Zuora CPQ a product that Zuora offered?

A.   Yes.

Q.   And what is Zuora CPQ?

A.   CPQ stands for configure, price and quote, and it's a product that enables a salesperson to quote for -- to provide a quote to their end customer for a -- a product that they're selling.

Q.   And during this 2018-2019 period, was Zuora Collect a product that Zuora offered?

A.   Yes, I believe that Collect was launched in that time frame, or by that time frame.

Q.   And same question for Zuora Insights.  During the 2018-2019 period, was this a product that was offered by Zuora?

A.   I don't recall that timing --

Q.   Okay.

A.   -- because we stopped selling Zuora Insights and I don't remember when.

Q.   Okay.  And that was -- Zuora Insights was the product that Zuora acquired from your former company

CONFIDENTIAL

Page 58

Frontleaf; is that correct?

A.    It was based on technology from Frontleaf, and then was continued to be developed at Zuora.

Q.    So you mentioned Zuora Billing, right?

A.    Yes.

Q.    Can you describe what Zuora Billing does?

A.    Yes.  It's a software product that allows companies to set up a product catalog containing their offerings, enables their subscribers to sign up and subscribe to those products, and then does the billing and invoicing for that to those -- to those subscribers.

Q.    So during this 2018-2019 period, was Zuora Billing Zuora's most-used product?

A.    Yes.

Q.    How about currently; is Zuora Billing the most-used product?

A.    Yes.

Q.    What is orders?

A.    Orders is a capability within the Billing product.

Q.    So during this 2018, 2019 period, was orders a capability in the Billing product?

A.    I don't remember the exact date it became a capability, but it was something that we were working

CONFIDENTIAL

Page 59

on and developing during my time as SVP product.

Q.   And what kind capability does orders provide to Zuora Billing?

A.   It provides the ability to capture a simple or complex sales order in one discrete package.

Q.   What do you mean by one discrete package?  I guess can we get into the mechanics of that a little bit?

A.   Yes.  Zuora is based on the subscription, and order could contain one or multiple subscriptions, one or multiple subscription changes.  So it could contain many operations on the subscription in a single order.

Q.   So would the order capability be a tool for Zuora to capture as many use cases through the Zuora Billing product as possible?

A.   The order capability enabled Zuora to meet additional new use cases that Zuora could not previously meet.

Q.   So the order capability would further Zuora's ability to meet its customers' use cases through Zuora Billing without having to rely on customization with each customer; is that correct?

MS. MUCK:  Object to form.

THE WITNESS:  That is basically correct.

BY MR. SHAEFFER: