# Exhibit 9
# (This Document Filed Under Seal)