# EXHIBIT 11

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually  ) No. 3:19-cv-03422-SI
And On Behalf of All Other   )
Similarly Situated,          )
                             )
                Plaintiff,   )
                             )
vs.                          )
                             )
ZUORA, INC., TIEN TZUO, and  )
TYLER SLOAT,                 )
_____)

          SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    FOR THE COUNTY OF SAN MATEO
ARIC OLSEN and JAMES ALPHA   ) Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE   )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others  )
Similarly Situated,          )
                             )
                Plaintiff,   )
                             )
vs.                          )         CONFIDENTIAL
                             )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH )
A. GOLDMAN, TIMOTHY HALEY,   )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,      )
et al.,                      )
                             )
                Defendants.  )
_____)

          ZOOM AND VIDEOTAPED DEPOSITION OF
                    TIEN TZUO
          Wednesday, April 27, 2022

Reported by:
LISA ANDREASEN
CSR No. 9584
Job No. 5175889
PAGES 1 - 281

Page 44

second mark.  It was previously marked as deposition
Exhibit 60 of the Karthik Ramamoorthy deposition.  I'd
ask for Ms. Napoleon to make it a part of the record
of this deposition and after publishing to play and
share her screen of this portion of the video.

            (Playing video.)

            MR. GILMORE:  If I can leave that slide up.

BY MR. GILMORE:

    Q    Mr. Tzuo, you are a participant in this
March 19, 2018, EComm meeting; correct?

    A    I was clearly a participant in this
recording.  I can recognize my own voice.

    Q    That was my next question.  You were a
speaker on that portion of the March 19, 2018, EComm
meeting; correct?

    A    I recognize my own voice.

    Q    Okay.  And in this portion of the EComm
meeting, you and others are discussing the customers
enrolled in Keystone; correct?

    A    That's what this slide title says, Customers
Enrolled in Keystone.

    Q    And in terms of customers --

    A    Through our early access program is what
it's --

    Q    Sorry.  Sorry to interrupt.

CONFIDENTIAL

Page 45

A    Sorry.  Yeah, the ZEAP is the Zuora Early Access Program.  It's our acronym.

Q    And in terms of the customers, that was █████ ██████████████████████████████████; correct?

A    These were the customers on the list right in front of us, yes.

Q    Do you have an understanding of in March 19, 2018, of any other customers enrolled in Keystone at that time?

A    Enrolled in the early access program for new the capabilities, I don't remember.  This is -- this is four years ago.  I don't remember.  I'd imagine this list is accurate, but I don't remember if there's anything else.

Q    Okay.  And on this slide, Zuora itself is listed as a customer; correct?

A    Yes.  You can see we're Number 3.

Q    And Keystone was an integration solution Zuora was developing at this time to integrate Billing with RevPro on its customers' systems; correct?

MS. MUCK:  Object to form.

THE WITNESS:  I know it was sometimes ambiguous in how we used it.  Keystone was a project. Keystone was the name of a project, and the project was an engineering project to -- to allow the flow of

data to happen between our core billing subscription management system into the revenue recognition system that we acquired from this company, Leeyo.

BY MR. GILMORE:

Q   And at this point, March 19, 2018, none of the customers enrolled in the Keystone project had gone live; correct?

MS. MUCK:  Object to form.

THE WITNESS:  It's four years ago, and I'm not going to remember exact dates, but I do know that the bulk of 2017 and bleeding into 2018 was focused on bringing customers live on the core RevPro product so they can make their ASC 606 dates.  And we had to get through all that and meet our customer commitments before we can turn engineering's attention to the data flow project, the Keystone data flow project.  So in this date, the project either was about to kick off or had just kicked off, but it was early in the process.

BY MR. GILMORE:

Q   And you see that there's a column that's entitled Customer Status on the slide; correct?

A   I see that column.

Q   Okay.  And for the ▇ , it says, "Performing initial functional testing."  Correct?

A   Yes.

CONFIDENTIAL

Q    Okay.  Do you have any reason to believe that at this time, March 18, 20 -- or excuse me, March 19, 2018, that that was not the status for customer ██?

A    I have no reason sitting here four years later to question what's on the screen.  I'd have to -- but I don't -- you know, it's been four years. I don't remember all the details.

Q    But you would agree in terms of the column for customer status, for each of those customers, they're in the testing phase; correct?

MS. MUCK:  Object to form.

THE WITNESS:  That's not what this says.

BY MR. GILMORE:

Q    Or I should say, either in the testing stage or it has not started.

MS. MUCK:  Object to form.

THE WITNESS:  You can read it just -- so some of them say testing.  Some of them say performing fit/gap analysis.  Some of them say -- well, for ourselves, it's evaluating, and some of them say not started.

BY MR. GILMORE:

Q    Okay.  And at this point in the EComm meeting, you were informed that Zuora was adopting some pieces of Keystone but not all; correct?

goodness for RevPro -- excuse me, "Thank goodness for Zuora + RevPro integration for a seamless order-to-revenue process."  Do you see that?

A    I see what you've read before.

Q    Okay.  That's not describing a product vision; right?

MS. MUCK:  Object to form.

THE WITNESS:  That could be all sorts of things.  That could be Zuora the company.  It's hard to know without more context.

BY MR. GILMORE:

Q    That's describing a capability that Zuora solution has -- right? -- a Zuora plus RevPro integration for a seamless order-to-revenue process; right?

MS. MUCK:  Object to form.

THE WITNESS:  I'm sorry.  What's your question?

BY MR. GILMORE:

Q    The tweet, the portion of the tweet saying, "Thank goodness for Zuora + RevPro integration for a seamless order-to-revenue process," that's describing a current functionality that the Zuora solution has; right?

MS. MUCK:  Object to form.

CONFIDENTIAL

Page 112

THE WITNESS:  I don't know how you can come to that conclusion.

BY MR. GILMORE:

Q    At this time of this tweet in June 5th, 2018, there was no Billing plus RevPro integration that could provide for a seamless order-to-revenue process; correct?

MS. MUCK:  Object to form.

THE WITNESS:  That's not correct.

BY MR. GILMORE:

Q    It's your testimony that as of June 5, 2018, there was a Billing plus RevPro integration that could provide for a seamless order-to-revenue process?

MS. MUCK:  Object to form.

THE WITNESS:  The RevPro product came from a company called Leeyo.  It was an independent company. We had joint customers or overlapping customers.  We had customers who bought the Leeyo product, RevPro. We had customers who bought the Billing product, and they were able to integrate the two products to achieve their business functions.

BY MR. GILMORE:

Q    The customers were?

A    The customers were.

Q    Okay.  And this is a tweet that's issued by

Zuora; correct?

MS. MUCK:  Object to form.

THE WITNESS:  The tweet you're showing me is labeled Zuora.

BY MR. GILMORE:

Q    Okay.  Do you have any reason to believe that Zuora, Inc., the company that you founded did not issue this press release or this Twitter?

A    I don't know.  You presented this to me.  I'm going to assume that this is what you're representing.

Q    Okay.  At this time Zuora did not offer a Billing plus RevPro integration that could provide for a seamless order-to-revenue process; correct?

MS. MUCK:  Object to form.

THE WITNESS:  That sentence -- the full context of the sentence is we had customers with Zuora Billing.  We had customers with RevPro.  They were able to do the integration.  One of their asks was, can we make that integration easier by producing more capabilities on our side, and we had a desire to -- we had a project to fulfill that desire, and that project name was called Keystone.  And at this point in time, Keystone was underway.  I don't remember exactly how far it progressed.

///

that Zuora should stop doing is launching half-baked products into the market; correct?

MS. MUCK:  Object to form.

THE WITNESS:  There's some interpretation there, right, but there was a perceived -- there was some concerns in the employee base about some of our products at the time.

BY MR. GILMORE:

Q    Okay.  And do you agree that that's something Zuora should not do, launch half-baked products into the market?

MS. MUCK:  Object to form.

THE WITNESS:  I think you saw I care a lot about our products and the impact it has on our customers in the videos that we saw related to Keystone and K2.  By this time, actually we course corrected and delivered it well, and so that was probably a positive example, but we needed that to permeate other parts of the organization.

So the root causes on an organizational level still went awry for a few months, and we were back on track.  We had to make sure those root causes were fixed so that other projects would not wind up in the same situation.  And what you're seeing here is employees telling us that, look, we need to get better

CONFIDENTIAL

Page 276

about that, and we certainly realized that in the leadership team.  You see what we're talking about here is probably less about the half-baked products and more about organizational structures and then empowering the next layer of leaders in our organization as we grew.  And you can see what we're wrestling with in the dialogue is more that and less about the half-baked products.  Because we had a plan by then to address that.

BY MR. GILMORE:

Q    But when -- when you disclosed, however, the plan to address that on May 31st, 2019, there was a reaction by the market to that; correct?

MS. MUCK:  Object to form.

THE WITNESS:  There was a reaction to the market on our -- the fact that we had guided the year down, and we felt the need to guide the year down. You saw the chart, primarily our sales performance and our lack of ability to forecast the sale, and you can see that our quarter really collapsed in the last two weeks of the quarter.  And so the systems that we had that allowed us to predict sales were broken, and you can see a reference also to part of that was our ability to ramp our newer salespeople.  You heard me expressing frustration with that.  And so that was

CONFIDENTIAL

Page 277

really the root cause of why we needed to guide the street or guide our expectations or manage our guidance down, and you saw the street reaction to that.

BY MR. GILMORE:

Q    So that's what you're attributing the market's reaction to that entirely, nothing to the fact of where you disclosed that you didn't have an integrated product?

A    The market --

MS. MUCK:  Object to form.

THE WITNESS:  Yeah.  The market was reacting to our guide, and our guide was primarily tied to the sales team.

MR. GILMORE:  Okay.  I have nothing further with this exhibit.  I'd like to caucus with my team, and we'll go off record.

THE VIDEOGRAPHER:  Okay.  Going off the record, the time is 6:24 p.m. Pacific Time.

(Recess taken.)

THE VIDEOGRAPHER:  We're back on the record. The time is 6:31 p.m.

MR. GILMORE:  Mr. Tzuo, I'd like to let you know that that completes the lead plaintiff's examination.  So with that we would close our

CONFIDENTIAL

Page 278

examination subject to, if there's any questions, to reopen it.

MR. WOLTERING:  This is Nicholaus Woltering. I don't have any further questions.

MS. RIVETT:  I don't have any questions either.

MS. MUCK:  We have no questions.

THE VIDEOGRAPHER:  And without any further questions, this is the videographer, I'd like to take video orders.

MR. GILMORE:  For the lead plaintiffs, we would just go with our standard order.  Thank you.

THE VIDEOGRAPHER:  Okay.  And can I ask who was speaking.

MR. GILMORE:  Lucas Gilmore for the lead plaintiffs.

THE VIDEOGRAPHER:  Thank you.  And do you want that synced with the transcript?

MR. GILMORE:  I'm sorry.  I don't know offhand what our standard order is, but I'd follow what our previous protocol was.

THE VIDEOGRAPHER:  Okay.  I'll note that.

MS. MUCK:  And the same for the Zuora defendants.  I'd also like to designate the transcript confidential, please.