# EXHIBIT 15

# Keystone Financial Impact Analysis

March 11, 2019

CONFIDENTIAL

ZUO_00405407

# Services Revenue Impact

Understand Q1 and Q2 revenue impact due to Keystone product strategy change given 60% of RevPro implementation backlog is from joint customers.

**Assumption:**

K2 available at start of Q3: All design prep activities can start in June for testing cycles to start in July. This is tentative and yet to be finalized by Product and Engineering. The revenue impact is analyzed based on these dates.

If K2 is delayed to Start of Q4: Financial impact will need to be re-assessed and should assume to be worse.

**Agenda**

- Services Revenue Impact
- Customers Impacted
- Subscription Revenue Impact

CONFIDENTIAL

ZUO_00405408



3 set broke based on go live dates or highly engaged or go live date cannot be changed. ▮▮▮▮ go live by July.

CONFIDENTIAL



# Q1 Impact of Services Revenue

| Customer | Status Planned | Q1 Revenue |
|---|---|---|
| | Continue | $0 |
| | Hold | $0 |
| | Continue | $0 |
| | Continue | $0 |
| | Hold | $82,002 |
| | Hold | $149,613 |
| | Hold | $174,409 |
| | Hold | $97,468 |
| | Hold | $85,470 |
| | Hold | $11,800 |
| | Hold | $128,358 |
| | Hold | $45,790 |
| | Continue Slow | $206,589 |
| | Hold | $72,000 |
| | Hold | $0 |
| | Continue Slow | $122,658 |
| | Continue | $0 |
| | Hold | $888 |
| | Continue | $0 |
| | Hold | $2,309 |
| | Hold | |
| | Continue | $0 |
| | Continue | $0 |
| | | $1,179,162 |

3 set broke based on go live dates or highly engaged or go live date cannot be changed. ▇▇▇▇ go live by July.

CONFIDENTIAL

ZUO_00405410

# Q1 Impact of Subscription Revenue

| Impact of Subscription Revenue | | | | |
|---|---|---|---|---|
| **Customer** | **Close Quarter** | **Status Planned** | **ARR** | **Q1 Revenues** |
| | | Continue | $0 | |
| | Q3'18 | Hold | $188,000 | $47,000 |
| | Q3'19 | Continue | $0 | |
| | Q4'19 | Continue | $411,000 | |
| | Q4'18 | Hold | $185,500 | $46,375 |
| | Q2'19 | Hold | $139,000 | $34,750 |
| | Q3'19 | Hold | $125,000 | $31,250 |
| | Q3'19 | Hold | $53,172 | $13,293 |
| | Q1'19 | Hold | $150,000 | $37,500 |
| | Q3'19 | Hold | $60,000 | $15,000 |
| | Q2'19 | Hold | $150,000 | $37,500 |
| | Q3'19 | Hold | $50,000 | $12,500 |
| | Q2'19 | Continue Partial | $174,000 | $43,500 |
| | Q2'19 | Hold | $124,132 | $31,033 |
| | Q3'18 | Hold | $0 | $0 |
| | Q4'19 | Hold | $159,159 | $39,790 |
| | Q4'18 | Continue | $38,500 | |
| | Q3'19 | Hold | $222,596 | $55,649 |
| | Q3'19 | Continue | $62,100 | |
| | | Hold | | $0 |
| | Q4'19 | Hold | $28,825 | $7,206 |
| | Q4'19 | Continue | $335,500 | |
| | Q4'19 | Continue | $91,000 | |
| | | **Impacted ARR** | **$1,635,384** | **$401,640** |
| | | **Total ARR** | **$2,747,484** | |

Additional exposure / risk

- Subscription revenues on deals with implementation in Phase 2 (Gartner); current analysis assume that we can

3 set broke based on go live dates or highly engaged or go live date cannot be changed. ▮▮▮▮ go live by July.

CONFIDENTIAL

ZUO_00405411

# Mitigation Opportunities to Reduce the Impact

- Additional Services with existing deployments
  - This is minimal given 60% of work is with joint customers
- Upgrade services for live customers
- Accelerate new deal bookings in March and rest of Q1 to help with Services revenue impact (no deals in Q1 till date)

CONFIDENTIAL

ZUO_00405412

# Financial Impact to FY20 Plan:
## $3.6M GS Revenue + $1M Subscription Revenue

| $ - In 000's | FY19.A | FY20 Plan | | | | | Impact | | | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY19 | Q1 | Q2 | Q3 | Q4 | FY20 | Q1 | Q2 | Q3 | Q4 | FY20 | Q1 | Q2 | Q3 | Q4 | FY20 |
| **GS Revenue** | | | | | | | | | | | | | | | | |
| Billing | 39,933 | 12,117 | 13,954 | 15,057 | 14,248 | 55,376 | - | - | - | - | - | 12,117 | 13,954 | 15,057 | 14,248 | 55,376 |
| Revpro | 24,991 | 6,453 | 7,085 | 7,734 | 7,651 | 28,923 | -1,179 | -1,407 | -822 | 0 | -3,408 | 5,274 | 5,678 | 6,912 | 7,651 | 25,515 |
| Other | 1,750 | 475 | 554 | 660 | 759 | 2,448 | - | - | - | - | - | 475 | 554 | 660 | 759 | 2,448 |
| Total | 66,674 | 19,045 | 21,593 | 23,451 | 22,658 | 86,747 | -1,179 | -1,407 | -822 | 0 | -3,408 | 17,866 | 20,186 | 22,629 | 22,658 | 83,339 |
| *YoY Growth* | | | | | | *30.1%* | | | | | | | | | | *25.0%* |
| **GS Expense** | | | | | | | | | | | | | | | | |
| Billing | 43,032 | 13,311 | 13,430 | 14,200 | 14,392 | 55,351 | - | - | - | - | - | 13,330 | 13,508 | 14,200 | 14,483 | 55,351 |
| Revpro | 21,445 | 6,041 | 6,466 | 6,919 | 7,125 | 26,551 | (133) | (551) | (542) | (517) | (1,743) | 5,908 | 5,915 | 6,377 | 6,608 | 24,808 |
| Other | 2,348 | 611 | 632 | 596 | 760 | 2599 | - | - | - | - | - | 611 | 632 | 596 | 760 | 2,599 |
| Total | 67,725 | 19,963 | 20,537 | 21,724 | 22,277 | 84,501 | (133) | (551) | (542) | (517) | (1,743) | 19,849 | 20,055 | 21,182 | 21,851 | 82,758 |
| | | | | | | *24.8%* | | | | | | | | | | *22.2%* |
| **GS Gross Profit** | (1,051) | (918) | 1,056 | 1,727 | 381 | 2,246 | -1,046 | -856 | -280 | 517 | -1,665 | (1,983) | 131 | 1,447 | 807 | 402 |
| **Subscription Revenue** | $169,047 | $48,675 | $53,475 | $57,103 | $61,671 | $220,925 | -$402 | -$402 | -$201 | $0 | -$1,004 | $48,274 | $53,073 | $56,902 | $61,671 | $219,920 |
| *YoY Growth* | | | | | | *30.7%* | | | | | | | | | | *30.1%* |

- Q2 Impact includes $200K revenue mitigation plan
- This does NOT include any finance "give" to the customer beyond Feb/Mar GS hours spent

3 set broke based on go live dates or highly engaged or go live date cannot be changed. ███████ go live by July.

CONFIDENTIAL

ZUO_00405413

## Our FY'20 Operating Loss Forecast is flat to FY'19 and Consensus estimates

| P&L ($ in millions, non-GAAP, and ASC 605) | FY 2019 Actual | Plan | Keystone Impact | Forecast | Consensus | Variance |
|---|---|---|---|---|---|---|
| Entering ARR | $148.1 | $196.4 | | $196.4 | | |
| Bookings | $61.5 | $80.8 | | $80.8 | | |
| Churn | ($13.1) | ($17.8) | | ($17.8) | | |
| Ending ARR | $196.4 | $259.4 | | $259.4 | | |
| **Revenue** | | | | | | |
| Subscription | $169.0 | $220.9 | ($1.0) | $219.9 | $216.0 | $4.0 |
| Professional Services | $66.7 | $86.8 | ($3.5) | $83.3 | $78.3 | $5.0 |
| **Total Revenue** | $235.7 | $307.7 | ($4.5) | $303.2 | $294.3 | $8.9 |
| **Gross Profit** | | | | | | |
| Subscription | $131.6 | $173.5 | ($1.0) | $172.5 | $167.3 | $5.2 |
| Professional Services | ($1.1) | $2.3 | ($1.5) | $0.4 | $0.6 | ($0.3) |
| **Total Gross Profit** | $130.5 | $175.8 | ($2.5) | $172.8 | $167.9 | $4.9 |
| **Operating Expense** | | | | | | |
| Sales & Marketing | $93.4 | $113.0 | | $113.1 | $113.1 | $0.0 |
| Research & Development | $50.3 | $65.8 | | $66.9 | $62.3 | $3.5 |
| General & Administrative | $34.7 | $41.1 | | $41.1 | $40.1 | $1.0 |
| **Total Operating Expense** | $178.4 | $219.9 | | $220.0 | $215.5 | $4.6 |
| Operating Income / (Loss) | ($47.8) | ($44.1) | ($2.5) | ($47.2) | ($47.5) | $0.3 |
| EPS | ($0.54) | ($0.40) | ($0.02) | ($0.42) | ($0.44) | $0.01 |
| Free Cash Flow | ($37.0) | ($45.7) | | ($48.8) | ($39.0) | ($9.8) |
| Subscription Gross Margin | 78% | 79% | | 78% | 77% | 1% |
| Professional Services Gross Margin | (2%) | 3% | | 0% | 1% | (0%) |
| Total Gross Margin | 55% | 57% | | 57% | 57% | (0%) |
| Operating Margin | (20%) | (14%) | | (16%) | (16%) | 1% |
| GEI | 1.9 | 2.1 | | 2.1 | 2.3 | (0.2) |
| Recurring Profit Margin | 28% | 30% | | 30% | 30% | (0%) |
| **YoY Growth** | | | | | | |
| Subscription Revenue | 40% | 31% | | 30% | 29% | 1% |
| Professional Services Revenue | 40% | 30% | | 25% | 18% | 7% |
| Total Revenue | 40% | 31% | | 29% | 26% | 3% |
| Calculated Subscription Billings | 34% | 30% | | 30% | 25% | 5% |
| Calculated Total Billings | 36% | 30% | | 29% | 23% | 6% |

- FY'20 expenses includes an increase of $7.5M related to facilities expansion (normalized for that, the loss would be approx $39.7M)
- FY'20 also includes approx $15M+ of cash impact from facilities expansion next year (including $9M of capex); normalized for the facilities buildout, FCF for FY'20 would be $33.8M
- Our GEI for next year is at 2.1

8

CONFIDENTIAL

ZUO_00405414

# Impact on Guidance



| Q1'20 | BoD 2/28 Guidance (605) | | Keystone Impact | Revised Guidance (605) | | ASC 606 Impact | Revised Guidance (606) | | Mid-Point of 605 Guide | Consensus | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription Revenues | $47.5 - $48.0 | 32% - 33% | ($0.5) | $47.0 - $47.5 | 30% - 32% | ($1.5) | $45.5 - $46.0 | 25% - 26% | $47.3 / 31% | $47.3 / 31% | |
| Total Revenues | $65.5 - $66.5 | 27% - 29% | ($1.5) | $64.0 - $65.0 | 24% - 26% | ($1.5) | $62.5 - $63.5 | 19% - 21% | $64.5 / 25% | $65.0 / 26% | |
| Non-GAAP Operating Loss | ($14.5) - ($13.5) | | ($1.5) | ($16.0) - ($15.0) | | ($0.5) | ($16.5) - ($15.5) | | ($15.5) | ($13.0) | $1M upside |
| Non-GAAP Operating Loss | ($0.13) - ($0.12) | | ($0.02) | ($0.15) - ($0.14) | | ($0.01) | ($0.15) - ($0.14) | | ($0.14) | ($0.12) | |
| **FY'20** | | | | | | | | | | | |
| Subscription Revenues | $215.0 - $217.0 | 27% - 28% | ($1.0) | $214.0 - $216.0 | 27% - 28% | ($6.0) | $208.0 - $210.0 | 27% - 28% | $215.0 / 27% | $216.0 / 28% | |
| Total Revenues | $296.0 - $300.0 | 26% - 27% | ($4.5) | $291.5 - $295.5 | 24% - 25% | ($5.0) | $286.5 - $290.5 | 22% - 24% | $293.5 / 25% | $294.3 / 25% | |
| Non-GAAP Operating Loss | ($47.0) - ($43.0) | | ($2.5) | ($49.5) - ($45.5) | | $0.0 | ($49.5) - ($45.5) | | ($47.5) | ($47.5) | $2.5M upside |
| Non-GAAP Operating Loss | ($0.43) - ($0.39) | | ($0.02) | ($0.45) - ($0.41) | | $0.0 | ($0.45) - ($0.41) | | ($0.43) | ($0.43) | |

ZUO_00405415

BACKUP SLIDES

CONFIDENTIAL

ZUO_00405416

# There is a timing difference with losses in 1H higher than Street Consensus

| P&L ($ in millions, non-GAAP, and ASC 605) | Forecast | | | | | | Consensus | | | | | | Variance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY19 | Q1'20 F | Q2'20 F | Q3'20 F | Q4'20 F | FY'20 F | FY19 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | FY19 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
| Entering ARR | $148.1 | $196.4 | $207.9 | $222.7 | $239.9 | $196.4 | | | | | | | | | | | | |
| Bookings | $61.5 | $15.5 | $18.9 | $21.7 | $24.7 | $80.8 | | | | | | | | | | | | |
| Churn | ($13.1) | ($4.0) | ($4.1) | ($4.5) | ($5.2) | ($17.8) | | | | | | | | | | | | |
| Ending ARR | $196.4 | $207.9 | $222.7 | $239.9 | $259.4 | $259.4 | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | | | |
| Subscription | $165.9 | $46.2 | $53.2 | $56.3 | $61.7 | $219.9 | $167.5 | $47.3 | $52.6 | $56.5 | $59.5 | $216.0 | $1.6 | $0.5 | $0.6 | $0.2 | $2.2 | $4.0 |
| Professional Services | $66.7 | $17.8 | $20.2 | $22.6 | $22.6 | $83.3 | $66.6 | $17.7 | $19.4 | $20.4 | $20.9 | $78.3 | $0.0 | $0.1 | $0.8 | $2.3 | $1.8 | $5.0 |
| **Total Revenue** | $235.7 | $66.0 | $73.4 | $79.5 | $84.3 | $303.2 | $234.1 | $65.0 | $72.0 | $77.0 | $80.3 | $294.3 | $1.6 | $1.0 | $1.4 | $2.5 | $4.0 | $8.9 |
| **Gross Profit** | | | | | | | | | | | | | | | | | | |
| Subscription | $131.5 | $37.0 | $41.5 | $44.7 | $49.3 | $172.5 | $130.4 | $36.2 | $40.8 | $43.9 | $46.5 | $167.3 | $1.2 | $0.8 | $0.7 | $0.7 | $2.9 | $5.2 |
| Professional Services | ($1.1) | ($2.0) | $0.1 | $1.4 | $0.8 | $0.4 | ($0.4) | $0.2 | $0.0 | $0.1 | $0.3 | $0.6 | ($0.7) | ($2.2) | $0.1 | $1.3 | $0.6 | ($0.3) |
| **Total Gross Profit** | $130.5 | $35.0 | $41.6 | $46.1 | $50.0 | $172.8 | $130.0 | $36.4 | $40.8 | $44.1 | $46.6 | $167.9 | $0.5 | ($1.4) | $0.8 | $2.0 | $3.4 | $4.9 |
| **Operating Expense** | | | | | | | | | | | | | | | | | | |
| Sales & Marketing | $53.4 | $25.7 | $29.0 | $28.0 | $30.4 | $113.1 | $54.0 | $25.7 | $28.2 | $29.2 | $30.0 | $113.1 | ($0.6) | $0.1 | $0.8 | ($1.2) | $0.4 | $0.0 |
| Research & Development | $60.3 | $14.7 | $16.5 | $16.5 | $18.1 | $65.9 | $61.0 | $14.6 | $15.5 | $15.7 | $16.5 | $62.3 | ($0.7) | $0.1 | $1.1 | $0.7 | $1.6 | $3.5 |
| General & Administrative | $34.7 | $9.9 | $11.1 | $10.0 | $10.1 | $41.1 | $33.6 | $9.2 | $9.7 | $10.5 | $10.8 | $40.1 | $1.0 | $0.8 | $1.4 | ($0.5) | ($0.7) | $1.0 |
| **Total Operating Expense** | $178.4 | $50.3 | $56.6 | $54.5 | $58.6 | $220.0 | $178.6 | $49.4 | $53.3 | $55.4 | $57.3 | $215.5 | ($0.3) | $0.9 | $3.3 | ($0.9) | $1.3 | $4.6 |
| Operating Income / (Loss) | ($47.8) | ($15.3) | ($15.0) | ($8.3) | ($8.6) | ($47.2) | ($48.6) | ($13.0) | ($12.5) | ($11.3) | ($10.7) | ($47.5) | $0.7 | ($2.3) | ($2.4) | $3.0 | $2.1 | $0.3 |
| EPS | ($0.54) | ($0.14) | ($0.14) | ($0.07) | ($0.08) | ($0.42) | ($0.56) | ($0.12) | ($0.12) | ($0.10) | ($0.10) | ($0.44) | $0.02 | ($0.02) | ($0.02) | $0.03 | $0.02 | $0.01 |
| Collections | $251.2 | $71.0 | $62.3 | $79.9 | $93.8 | $327.0 | | | | | | | | | | | | |
| Free Cash Flow | ($37.6) | ($12.7) | ($14.7) | ($14.2) | ($7.2) | ($48.8) | ($39.0) | ($9.8) | ($11.0) | ($10.2) | ($8.0) | ($39.0) | $2.0 | ($2.9) | ($3.7) | ($4.0) | $0.9 | ($9.8) |
| Calculated Subscription Billings | $193.1 | $49.4 | $53.4 | $68.2 | $80.2 | $251.1 | $192.4 | $47.4 | $53.8 | $64.4 | $75.8 | $241.4 | $0.7 | $2.0 | ($0.4) | $3.7 | $4.4 | $9.7 |
| Calculated Billings | $259.8 | $67.2 | $73.6 | $90.8 | $102.8 | $334.4 | $259.0 | $65.1 | $73.2 | $84.3 | $96.6 | $319.7 | $0.7 | $2.1 | $0.4 | $6.0 | $6.2 | $14.7 |
| Subscription Gross Margin | 78% | 77% | 78% | 79% | 80% | 78% | 78% | 77% | 78% | 78% | 78% | 77% | (0%) | 0% | 0% | 1% | 2% | 1% |
| Professional Services Gross Margin | (2%) | (11%) | 1% | 6% | 4% | 0% | (1%) | 1% | 0% | 1% | 1% | 1% | (1%) | (12%) | 1% | 6% | 2% | (0%) |
| Total Gross Margin | 55% | 53% | 57% | 58% | 59% | 57% | 56% | 56% | 57% | 57% | 58% | 57% | (0%) | (3%) | 0% | 1% | 1% | (0%) |
| Operating Margin | (20%) | (23%) | (20%) | (10%) | (10%) | (16%) | (21%) | (20%) | (17%) | (15%) | (13%) | (16%) | 0% | (3%) | (3%) | 4% | 3% | 1% |
| GEI | 1.92 | 1.93 | 2.07 | 2.15 | 2.14 | 2.14 | 2.00 | 2.04 | 2.20 | 2.39 | 2.33 | 2.33 | (0.08) | (0.11) | (0.13) | (0.24) | (0.19) | (0.19) |
| Recurring Profit Margin | 28% | 29% | 28% | 28% | 30% | 30% | 27% | 29% | 29% | 29% | 30% | 30% | 0% | 0% | (1%) | (1%) | (0%) | (0%) |
| **YoY Growth** | | | | | | | | | | | | | | | | | | |
| Subscription Revenue | 40% | 33% | 28% | 28% | 31% | 30% | 39% | 31% | 27% | 27% | 31% | 29% | 1% | 3% | 1% | 0% | 0% | 1% |
| Professional Services Revenue | 40% | 14% | 24% | 32% | 29% | 25% | 40% | 13% | 19% | 19% | 19% | 18% | 0% | 1% | 5% | 13% | 10% | 7% |
| Total Revenue | 40% | 28% | 27% | 29% | 31% | 29% | 39% | 26% | 25% | 25% | 28% | 26% | 1% | 2% | 2% | 4% | 3% | 3% |
| Calculated Subscription Billings | 34% | 31% | 23% | 32% | 33% | 30% | 34% | 26% | 24% | 25% | 27% | 25% | 0% | 5% | (1%) | 7% | 6% | 5% |
| Calculated Total Billings | 36% | 26% | 24% | 33% | 32% | 29% | 36% | 22% | 23% | 23% | 26% | 23% | 0% | 4% | 1% | 9% | 7% | 5% |

11

CONFIDENTIAL

ZUO_00405417

# Sales Velocity and New Implementations Intake

1. GS to work with Set 2 and Set 3 customers to adjust go live timeline so that they can adopt new architecture

2. Message field to plan all new crossell and joint deals to start implementation after June 2019

3. Identify which Set 1 customers can also be moved to new architecture. This also means pushing out the go-live dates

4. ZoZ will be used as a test bed to validate new architecture. We will create parallel instance to test new architecture

CONFIDENTIAL

# Set 1 Summary

| Customer | Next Milestone | Status | Target Go Live |
|---|---|---|---|
| | Parallel Run 2: Started 3/2<br>UAT Completion: 2/28 **Delayed** | Red | July 19 |
| | Mock Data Conversion: End 3/08 **- at risk** | Red | March 23 |
| | UAT: Start 3/18 **- Start at risk**<br>Mock Data Conversion in parallel to UAT | Red | April 26 |
| | CRP Started 2/25 | Yellow | Apr-19 |
| | UAT: TBD | Yellow | May-19 |
| | On HOLD | Red | May-19 |
| | Design completes 3/4 | Yellow | May-19 |
| | CRP ongoing: 02/27 | Red | Jun-19 |
| | Design Session Ends 3/15 | Yellow | Jul-19 |

CONFIDENTIAL

ZUO_00405419