# EXHIBIT 16

**CONFIDENTIAL**

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Other Similarly Situated | : No. 3:19-cv-03422-SI |
| | : |
| | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ZUORA, INC., TIEN TZUO, and TYLER SLOAT, | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |
| | : |

**<u>EXPERT REPORT OF KEVIN DAGES</u>**

August 5, 2022

**CONFIDENTIAL**

## I.    QUALIFICATIONS

1.    I am an Executive Vice President of Compass Lexecon, a consulting firm that specializes in the application of economics to a variety of legal and regulatory issues. I am a Certified Public Accountant ("CPA") and regularly serve as a consulting or testifying expert in valuation and damages matters.

2.    I have testified in or directed expert work in litigation matters regarding business valuation, mergers and acquisitions disputes, accounting misstatements, securities fraud, bankruptcy, shareholder/management fraud and self-dealing, punitive damages, NAFTA Chapter 11 disputes, and general damages issues. I have testified and been accepted as an expert in accounting and valuation matters (including damages cases) before the Delaware Court of Chancery, Illinois state courts, and various federal courts. I have also testified before the American Arbitration Association and NAFTA arbitration panels. My resume is attached as Appendix A to this expert report.[1]

## II.    BACKGROUND

3.    Zuora, Inc. ("Zuora" or the "Company") provides "cloud-based software on a subscription basis that enables any company in any industry to successfully launch, manage, and transform into a subscription business."[2] Zuora's solution consists of three components: the Zuora Central Platform, order-to-cash products (including Zuora Billing and Zuora RevPro), and an

---

[1] For my work on this matter, I am being compensated at my standard hourly rate of $1,045 per hour. I have been assisted by members of Compass Lexecon staff in the preparation of this report billing at their standard hourly rates. Our compensation is not contingent upon the outcome of this case or the opinions I have offered in this report.

[2] Zuora, Inc. Form 424B4 ("Prospectus"), April 11, 2018, p. 1.

**CONFIDENTIAL**

application marketplace.[3] Zuora acquired the RevPro product through its acquisition of the company Leeyo Software in May 2017.[4] Substantially all of Zuora's revenue and cash flows come from sales of subscriptions and associated deployment of the Zuora Central Platform, and the Billing and RevPro products.[5] Zuora reports two types of revenues: subscription and professional services.[6] For its fiscal year ended January 31, 2018, Zuora reported subscription revenue of $120.4 million (including $3.9 million attributable to RevPro) and professional services revenue of $47.5 million (including $18.4 million attributable to RevPro).[7]

4.    In April 2018, Zuora sold 12.7 million shares of Class A common stock in an initial public offering ("IPO") at a price to the public of $14.00 per share.[8,9] Thereafter, Zuora began reporting its quarterly financial results on Form 10-Q and its annual financial results on Form 10-K for its fiscal year beginning February 1, 2018 (fiscal year 2019).[10] Zuora's post-IPO SEC filings do not separately report the amount of its subscription revenue and professional services revenue attributable to sales of RevPro.

---

[3] Prospectus, pp. 107-108.

[4] *Id.*, p. 73.

[5] *Id.*, p. 16

[6] Subscription revenues are fees for access to and use of Zuora's products as well as customer support. Professional services revenues are fees for services related to helping customers deploy, configure, and optimize Zuora's solutions.  *Id.*, p.74.

[7] *Id.*, pp.78-79.

[8] Zuora has two classes of common stock, Class A and Class B. *Id.*, at cover. Each Class A share is entitled to one vote per share and each Class B share is entitled to ten votes per share and is convertible into one share of Class A common stock. *Id.*

[9] Zuora Form 10-K for the fiscal year ended January 31, 2019 (filed April 18, 2019) ("Zuora FY 2019 10-K"), p. 37. Zuora offered 11 million Class A shares in its IPO and granted the underwriters a 30-day option to purchase up to 1.65 million additional shares at the initial offering price less underwriting discounts. "Zuora Announces Pricing of Initial Public Offering," Business Wire, April 11, 2018 (8:43 PM).

[10] See, e.g., Zuora Form 10-Q for the period ended April 30, 2018 (filed June 13, 2018).

**CONFIDENTIAL**

5.      After the market closed on March 21, 2019, Zuora reported its financial results for the 2019 fiscal fourth quarter and full year and provided its financial outlook for the 2020 fiscal first quarter and full year.[11, 12] For fiscal year 2019, the Company reported subscription revenue of $168.8 million, a 40% year-over-year increase, and total revenue of $235.2 million, a 40% year-over-year increase.[13] For the first quarter of fiscal year 2020 ("Q1 2020"), Zuora reported that it expected subscription revenue of $46.0 million - $46.5 million, and total revenue of $63.5 million – $64.5 million.[14] For fiscal 2020 ("FY 2020"), Zuora reported that it expected subscription revenue of $209.0 million - $211.5 million, and total revenue of $289.0 million – $293.5 million.[15]

6.      After the market closed on May 30, 2019, Zuora reported its financial results for Q1 2020 and provided its financial outlook for Q2 2020 and FY 2020.[16] The Company reported Q1 2020 subscription revenue of $47.3 million, a 32% year-over-year increase and in excess of its March 21, 2019 guidance, and total revenue of $64.1 million, a 22% year-over-year increase and in line with its March 21, 2019 guidance.[17] For FY 2020, Zuora reported that it

---

[11] "Zuora Reports Record Fourth Quarter and Full Year Fiscal 2019 Results," Business Wire, March 21, 2019 (4:10 PM) ("Zuora Q4 2019 Earnings Release, March 21, 2019").

[12] Zuora adopted the new revenue recognition standard, ASC 606, for its fiscal year 2020 beginning on February 1, 2019, but provided its financial guidance on March 21, 2019 under both ASC 606 and the previous revenue recognition standard, ASC 605. Zuora Q4 2019 Earnings Release, March 21, 2019. Since the Company presented its results for the first quarter of fiscal year 2020 and subsequent guidance only under ASC 606, this report presents revenue amounts using ASC 606 unless stated otherwise.

[13] Zuora Q4 2019 Earnings Release, March 21, 2019. The difference between total revenue and subscription revenue represents professional services revenue. Although Zuora's SEC filings refer to the segment as professional services, the Company's internal documents refer to this segment as global services.

[14] *Id.*

[15] *Id.*

[16] "Zuora Reports First Quarter Fiscal 2020 Results," Business Wire, May 30, 2019 (4:14 PM) ("Zuora Q1 2020 Earnings Release, May 30, 2019").

[17] *Id.*

CONFIDENTIAL

expected subscription revenue of $200.0 million - $206.0 million, and total revenue of $268.0 million – $278.0 million, a reduction to subscription revenue of $5.5 million - $9.0 million and total revenue of $15.5 - $21.0 million from the outlook Zuora provided on March 21, 2019.[18]

7.    During its quarterly earnings conference call later that day, Zuora CEO Tien Tzuo discussed two "execution headwinds" which the Company expected to impact Zuora's fiscal second quarter and full year outlook.[19] First, Zuora faced "sales execution" issues following the expansion of its strategic sales teams and found that "the newer reps were less than half as productive than [Zuora's] more experienced reps."[20] In response, Mr. Tzuo announced "meaningful changes" including "a change in our sales leadership," including the replacement of its head of sales (President Marc Diouane), and that the Company expected it would "take a few quarters to realize the benefits of the changes to our sales organization."[21, 22] Second, the product integration of Billings and RevPro for customers that had purchased both products was "taking longer than expected."[23] Mr. Tzuo noted that while the Company was "continuing to acquire and deploy new customers for each product on a stand-alone basis, … this delay has slowed-down our cross-sell motion" resulting in "lower professional services and subscription revenue in the quarter as well as tempered expectations going forward."[24] In response, Mr. Tzuo announced a "course

---

[18] Zuora Q1 2020 Earnings Release, May 30, 2019; Zuora Q4 2019 Earnings Release, March 21, 2019.

[19] Zuora, Inc. NYSE: ZUO FQ1 2020 Earnings Call Transcripts, Thursday May 30, 2019 (9:00 PM GMT) ("Zuora Q1 2020 Earnings Call Transcript, May 30, 2019").

[20] Id.

[21] Id.

[22] On May 29, 2019, Zuora President Marc Diouane agreed that he would transition to advisor to Zuora's Chief Executive Officer.  "Zuora files 8-K – Director, Officer or Compensation Filings > ZUO," Dow Jones Institutional News, May 30, 2019 (4:13 PM).

[23] Zuora Q1 2020 Earnings Call Transcript, May 30, 2019.

[24] Id.

**CONFIDENTIAL**

correction in our approach" which was expected to be a "short-term delay" that would be "resolved by the end of Q3."[25]

8.      On May 31, 2019, the first trading day after Zuora's fiscal first quarter 2020 earnings release, its stock price declined 29.7%.[26]

9.      Plaintiff brings this federal securities class action pursuant to Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 on behalf of itself and all other persons or entities who purchased or otherwise acquired securities of Zuora during the period from April 12, 2018 to May 30, 2019 inclusive (the "Class Period") and were damaged thereby (the "Class").[27, 28]

10.      Plaintiff alleges that Defendants "concealed the existence of significant technical challenges that prevented the successful integration of Zuora's two core products [Billing and RevPro], ultimately resulting in reduced revenue growth, missed sales, and waning demand for Zuora's platform and applications."[29] Plaintiff claims that "Defendants' misrepresentations about the functionality and configuration of Zuora's principal offerings inflated the price of Zuora's common stock until Defendants' disclosure of the integration failure resulted in sales execution issues and disappointing financial performance and outlook, causing the stock price to plummet."[30] Plaintiff further alleges that "Defendants knew both before and throughout the

---

[25] *Id.*

[26] Bloomberg.

[27] Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed November 8, 2019 ("Complaint"), p.1.  Lead plaintiff is the New Zealand Methodist Trust Association ("Plaintiff").  *Id.*

[28] Defendants in this matter are Zuora ("Corporate Defendant"), Tien Tzuo, Zuora's Chief Executive Officer and Chairman of the Board of Directors, and Tyler Sloat, Zuora's Chief Financial Officer ("Executive Defendants")(collectively "Defendants").  *Id.*, ¶¶ 23-26.

[29] *Id.*, ¶ 1.

[30] *Id.*, ¶ 1.

5

entirety of the Class Period of Zuora's platform's inability to integrate RevPro successfully."[31] Plaintiff also alleges that "Defendants knew that this fundamental technical flaw resulted in upset customers, protracted installations, massive delays in customers going live on RevPro, and elongated recognition of revenues."[32] Hereafter, I refer to Plaintiff's claim as "Keystone Integration Issues" based on Zuora's internal code name for the engineering project designed to automate the flow of data from the Company's Billing subscription management system to its RevPro revenue recognition system for a group of approximately 20 customers that had purchased subscriptions for both products.[33]

11.     Plaintiff alleges that the Keystone Integration Issues "demonstrated the falsity of Defendants' statements, caused serious sales execution problems, and ultimately resulted in reputational damage and reduced demand for all of Zuora's products, including its homegrown applications."[34] Plaintiff further claims that "[t]he artificial inflation created by Defendants' alleged misrepresentations and omissions regarding the functionality of Zuora's solution and demand for the Company's solution was removed from Zuora's share price in direct response to information revealed in disclosures that took place on May 30, 2019" when "Defendants disclosed the integration failure and sales execution issues…[and]…further disclosed the diminished

---

[31] *Id.*, ¶ 6.
[32] *Id.*, ¶ 8.
[33] Deposition of Tien Tzuo, April 27, 2022 ("Tzuo Deposition"), pp. 45-46; Deposition of Tyler Sloat, April 22, 2022 ("Sloat Deposition"), pp. 39-40; Deposition of Robert Hildenbrand, March 22, 2022 ("Hildenbrand Deposition"), pp. 87-88. According to an internal Zuora Keystone Discussion Paper, Q1 Fiscal 2020, the Keystone Integration solution "was released on a limited basis to customers that are either (1) already live in production using Zuora Billing and have subsequently purchased RevPro or (2) have purchased both Zuora Billing and RevPro at or near the same time." ZUO_00249589-591 at 589.
[34] Complaint, ¶ 88.

**CONFIDENTIAL**

demand for its products by reporting a larger loss, reduced revenue growth, and reducing guided revenues for the entire fiscal year 2020."[35]

## III.    ASSIGNMENT AND SUMMARY OF OPINIONS

12.    I have been retained by counsel for Defendants to review the record evidence and provide my opinion on what portion of the decline in Zuora's FY 2020 revenue guidance could be attributable to the Keystone Integration Issues.[36] In conducting my analysis, I have assumed that the record will show that, contrary to Plaintiffs' claim, the Keystone Integration Issues did not cause the sales execution issues discussed in Zuora's May 30, 2019 earnings call.[37]

13.    Based on my qualifications and experience, and after conducting my review and analysis, I have reached the following conclusions:

- I estimate that only $0.7 million, or 9% of the midpoint ($7.25 million) of the $5.5 million - $9.0 million downward revision in the guidance for FY 2020 subscription revenue that Zuora provided in its May 30, 2019 earnings call was attributable to the Keystone Integration Issues.

- I estimate that only $2.7 million, or 15% of the midpoint ($18.25 million) of the $15.5 million - $21.0 million downward revision in the guidance for FY 2020 total revenue that Zuora provided in its May 30, 2019 earnings call was attributable to the Keystone Integration Issues.

---

[35] *Id.*, ¶¶ 258-259.

[36] As I explain below, I measure the impact of the Keystone Integration Issues on Zuora's revenue forecast and revenue guidance that results from the Company's failure to achieve projected new sales or to retain existing sales from RevPro and Billing cross-sell customers (i.e., those impacted by the Keystone Integration Issues).

[37] While I make this assumption, the documents and data that I have reviewed in conducting my analysis are consistent with the assumption that the Keystone Integration Issues affected, at most, only potential sales to RevPro and Billing cross-sell customers (i.e., did not impact sales to customers not interested in purchasing only RevPro or Billing, or another Zuora product). I consider RevPro and Billing cross-sell customers to include customers that were existing Billing customers that, according to Zuora's SalesForce pipeline data of subscription bookings for Q1 2020, were in the process of purchasing a subscription for RevPro (or vice-versa), or new customers that were in the process of purchasing subscriptions for both Billing and RevPro.

7

**CONFIDENTIAL**

- Given my findings, it is my opinion that any estimate of the damages attributable to Zuora's alleged failure to timely disclose the Keystone Integration Issues should take into account my estimate that those issues represented only 15% of Zuora's revision to its revenue guidance on the alleged corrective disclosure date.

14.    I elaborate on the bases for these opinions in the remainder of this report.[38] I reserve the right to modify or supplement my analyses and conclusions should additional evidence become available.

## IV.    KEYSTONE INTEGRATION ISSUES

### A.    Background on Keystone Integration Project

15.    Keystone was an internal Zuora engineering project designed to integrate the functionality between the Company's billing platform (Zuora Billing) and its acquired revenue recognition solution (RevPro).[39] Keystone was applicable to the approximately 20 RevPro – Billing cross-sell customers, or approximately 2% of Zuora's total customer base.[40] The Keystone integration approach was led by Zuora's product management and engineering teams.[41] Zuora's

---

[38] Materials considered in reaching my opinions are listed in **Appendix B**.

[39] Zuora Keystone Discussion Paper, Q4 Fiscal 2019 (ZUO_00214503-505 at 503). See, also, a RevPro CEO Offsite presentation, dated September 2018, describing the Keystone Integration Services as "a collection of microservices that extracts the bookings and billings data from Zuora, transforms the data to convert into RevPro compliant format and finally loads it into RevPro." Hildenbrand Deposition Exhibit 11 (ZUO_00422115-170 at 128). Keystone began approximately at the time Zuora acquired Leeyo (and the RevPro product) as the means to fulfill the Company's strategic goal of integrating the two products. Hildenbrand Deposition, pp. 53-54, 80.

[40] See, e.g., FY'20 /21 GTM Strategy Board Presentation – Sept 4, 2018, depicting the "cross-sell of RevPro into Zuora Billing" as relating to 20 customers as the intersection of approximately 900 Billing customers and 100 RevPro customers. (ZUO_00000192-226 at 226.) Zuora Keystone Discussion Paper, Q4 Fiscal 2019, estimated that 21 customers of the 23 customers that had purchased both RevPro and Billing were relying on Keystone. (ZUO_00214503-505 at 503-504.) Zuora Keystone Discussion Paper, Q1 Fiscal 2020, identified 20 customers that would be relying on Keystone or its successor, K2. ZUO_00249589-591 at 591.

[41] Hildenbrand Deposition, p. 81.

8

**CONFIDENTIAL**

global services personnel then implemented the Keystone integration protocol for a given cross-sell customer.[42]

16.    Keystone was a combination of productized (i.e., out-of-the-box) integration capabilities driven by the product roadmap for the Billing and RevPro products, and thus common across all customers, and additional individual customer use cases and other customizations that would be addressed by Zuora's professional services personnel.[43] The integration effort for a given customer was an ongoing process that, over time, would cover a larger number of customer use cases.[44]

17.    The evidence that I have reviewed indicates that Zuora started conducting user acceptance testing ("UAT") of the Keystone integration in Q4 2019 for certain of its Keystone customers ███████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ .[45]

18.    In late February or early March 2019, Zuora decided to change its approach to the Keystone integration and launched a project referred to internally as Keystone v2 or "K2."[46] Zuora recognized that the shift from Keystone to K2 would delay the implementations of the integration with certain of its Keystone customers that were further along in the implementation process.[47]

---

[42] *Id.*, p. 81.
[43] *Id.*, pp. 85-87.
[44] *Id.*, p. 87 ("Again, integration is not a one-time thing. Integration is an ongoing piece. So over a period of time, say, quarterly or annually or monthly, you know, as releases are scheduled to take place, the integration would get more robust and cover a larger number of use cases.").
[45] Board of Directors Meeting Materials, February 28, 2019 (ZUO_00000906-933 at 927).
[46] See, e.g., March 1, 2019 email (ZUO_00177352); March 6, 2019 email (ZUO_00119879).
[47] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 889); Zuora Keystone Discussion Paper, Q1 Fiscal 2020 (ZUO_00249589-591 at 589).

CONFIDENTIAL

19.    The documents that I have reviewed indicate that the Keystone Integration Issues affected only the small subset of Zuora's customer base. Between its Billing and RevPro products, Zuora had 526 customers with annual contract value ("ACV") equal to or greater than $100,000 at the end of Q4 2019,[48] but only approximately 20 of those customers were joint Billing and RevPro customers that had agreed to use the productized integration as of the end of FY 2019, and only a portion of those customers were far enough along with the integration to be materially impacted by the delays that resulted from the shift from Keystone to K2.[49] The documents that I have reviewed are consistent with the assumption that the Keystone Integration Issues would not have affected Zuora's ability to attract new customers, or to retain or "up-sell" product to existing customers that were interested only in its Billing or RevPro products.

**B.    Incorporation of Impact of Keystone Integration Issues into Zuora's Q4 2019 Accounts Receivable Reserves and FY 2020 Plan and Forecasts**

20.    As discussed above, Zuora's UAT identified use case failures that blocked customer go lives in Q4 FY 2019.  Shortly thereafter, Zuora began to assess the impact of the Keystone Integration Issues on its current financial results at the end of Q4 2019.

21.    First, Zuora made an assessment of the impact of the Keystone Integration Issues on the Company's ability to collect amounts recorded as revenues in FY 2019 for Keystone customers. In particular, Zuora's Q4 2019 Reserve Memo indicates that after assessing the status of Keystone for the 21 customers currently involved in the integration efforts, Zuora concluded as follows:

> [A] general revenue reserve of $500,000 is a reasonable estimate to account for possible future concessions to current customers using or expected to use Keystone to interface between Zuora Billing and RevPro. Keystone continues to evolve and is expected to solve most common data transformation use-cases in the second half of FY2020. For customers

---

[48] Zuora FY 2019 10-K, p. 3.
[49] Zuora Keystone Discussion Paper, Q1 Fiscal 2020 (ZUO_00249589-591 at 590-591).

**CONFIDENTIAL**

just starting their project or planning to implement later in FY2020, the risk is expected to be minimized.[50]

22.     The Company ultimately decided to increase the reserve amount to $750 thousand for Q4 2019 and to reserve $272 thousand for professional services revenue after reviewing estimated investment hours and open receivables.[51] By recording a $750 thousand "reserve" for subscription revenues and a $272 thousand reserve for professional services revenues, Zuora decreased net subscription revenues for Q4 2019 by $750 thousand and decreased net total revenues by $1.022 million to reflect the anticipated impact of Keystone Integration Issues on current year revenue.

23.     Furthermore, as discussed above, Zuora made the decision to shift from the Keystone approach to the K2 approach in late February or early March 2019, and chose to pause certain implementations as a result of that shift.  Zuora's Q1 2020 reserve memo shows that, as a result of this shift and the recognition that the Company may need to issue credits to certain of its Keystone customers, the Company recorded an additional reserve in Q1 2020 of $313 thousand.[52]

24.     Zuora also tracked the impact on its financial forecasts of the Keystone Integration Issues starting in March 2019. In particular, Zuora's Keystone Financial Impact Analysis presentation, dated March 11, 2019, adjusted the Company's FY 2020 Plan explicitly to incorporate the expected reductions to Q1 – Q4 2020 subscription revenue (-$1.0 million) and global services revenue (-$3.4 million) from the Keystone Integration Issues.[53]

---

[50] Zuora Keystone Discussion Paper, Q4 Fiscal 2019 (ZUO_00214503-505 at 505).
[51] Zuora Keystone Discussion Paper, Q1 Fiscal 2020 (ZUO_00249589-591 at 591); Zuora, Inc. GAAP Income Statement from Feb. 2018 to Jan 2019, "IS CQ" tab (ZUO_00303088).
[52] Zuora Keystone Discussion Paper, Q1 Fiscal 2020 (ZUO_00249589-591 at 591). Zuora did not update its reserve for professional services revenue. *Id*.
[53] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893). Note that the presentation makes clear that the only impact to global services revenue is to RevPro (i.e., no adjustment to services revenue for Billing or Other categories).

**CONFIDENTIAL**

### V.    IMPACT OF KEYSTONE INTEGRATION ISSUES ON ZUORA'S FORECASTS AND REVENUE GUIDANCE

25.    In this section, I first discuss the process Zuora used to develop its original FY 2020 Plan and updated forecasts of revenues for its subscription and professional services segments in March and May, 2019. I then discuss how Zuora management used its internal forecasts to provide external guidance on its FY 2020 subscription revenues and total revenues on March 21, 2019 and May 30, 2019.

#### A.    Zuora Forecasting Process and FY 2020 Plan

26.    Zuora's SEC filings report revenues for two segments: subscription and professional services.[54, 55] For internal purposes, Zuora prepares separate revenue forecasts for each segment. Zuora's internal forecasts refer to the professional services segment as global services.

#### i.    Subscription Revenues

27.    Zuora provides an aggregate forecast for subscription revenue (i.e., with no separate tracking of the forecast for Billing vs. RevPro subscription revenue).[56] The forecast for subscription revenues is calculated by taking quarterly revenue for existing customers and adding the forecast for net annual recurring revenue (ARR).[57] Net ARR equals new bookings less churn on existing customers.

---

[54] Subscription revenues are fees for access to and use of Zuora's products (primarily Billing and RevPro) as well as customer support. Professional services revenues are fees for services related to helping customers deploy, configure, and optimize Zuora's solutions.  Prospectus, p.74.

[55] As noted above, Zuora provided guidance for subscription revenues and total revenues (i.e., the sum of subscription and professional services revenues). See, e.g., Zuora Q4 2019 Earnings Release, March 21, 2019.

[56] See, e.g., Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893), showing FY 2020 Plan for subscription revenue.

[57] See, e.g., ZUO_00327212 ("Sub Revenues" tab).

CONFIDENTIAL

28.    The forecast for new bookings is generated based on a sales pipeline log of the annual contract value ("ACV") for customers booked or in the process of being booked during the quarter for the RevPro product and, for all other products (i.e., primarily Billing subscription services) by geographic area.[58, 59] Similar to the forecast for new bookings, Zuora's forecast for churn is based on a detailed review of the status of contracts that had churned or that were at risk of churning in the present or future quarter, as well as analysis of trends and explanations for past churns.[60]

### ii.    Global Services Revenues

29.    Professional (global) services revenue is generated through implementation services that global services personnel provide to Zuora's Billing and RevPro subscription customers. Mr. Hildebrand, Zuora's SVP Global Services, testified that, prior to beginning work, global services will receive a statement of work (SOW) that sets forth the number of roles (i.e.,

---

[58] See, e.g., ZUO_00448803 ("CTTP reconciliation plans (Q1'20).xlsx"), "RevPro (426)" tab, showing the closed bookings and open deals that make up the CTTP estimate at the end of Q1 2020. I understand that CTTP stands for "closest to the pin" and represents the sales manager's best estimate of total bookings for the quarter.

[59] I understand that Zuora uses the following franchises for its non-RevPro products:
(1) Strategic: Large companies in North America, such as those in the Fortune 500, that primarily aligned to Zuora's three target industries: manufacturing, high tech, and media. These customers are expected to provide an ACV of at least several hundred thousand dollars;
(2) Enterprise: Companies in North America with $100 million to $1 billion revenue or large customers (e.g., Fortune 500) that fall outside of the three target industries. These customers are expected to provide an ACV above $100,000, but less than that of Strategic customers;
(3) Commercial: Smaller companies in North America, including private start-ups. ACV is expected to be below $100,000; (4) EMEA: Customers of any size that are located in Europe, the Middle East, or Africa; (5) Japan: Customers of any size that are located in Japan; (6) ANZ: Customers of any size primarily that are located in Australia or New Zealand, as well as some customers in broader southeast Asia.

[60] See, e.g., (E)xpand L2 Deck, Churn Management, February 2019 (ZUO_00000803-853 at 843-853); FY'19Q4 Level 2 BoD Deck, Pipeline, Acquire and Expand (ZUO_00000749-802 at 798-801); FY'20 Q1 Level 2 – Pipeline – Acquire – Expand (ZUO_00000992-1040 at 1031-1037).

**CONFIDENTIAL**

personnel), number of hours per role, and rate per hour for that engagement.[61] As Mr. Hildebrand explained, in an example where an executed SOW sets forth $1 million dollars' worth of services work, $1 million dollars of bookings is added to global services' backlog.[62]

30.    Unlike the subscription segment, global services revenue forecasts provide separate estimates for Billing, RevPro and Training.[63] The forecast for global services revenue is generated from what Zuora refers to as a capacity model. In particular, the capacity model calculates the quarterly revenue forecast as the product of the following inputs for each product (e.g., Billing and RevPro) and separately by geographic location: the number of work days in a quarter, the billable head count for service personnel, average billing rate, and average utilization rate.[64]

### iii.    FY 2020 Plan and Internal Revenue Guidance

31.    **Exhibit 1** compares Zuora's FY 2020 Plan with management's draft revenue guidance for Q1 2020 and FY 2020 presented to the Board on February 28, 2019, approximately one month prior to the March 21, 2019 earnings release and earnings call. The FY 2020 Plan was prepared using the Financial Accounting Standard Board's revenue recognition

---

[61] Hildenbrand Deposition, pp. 94-95.

[62] *Id.*, p. 95.

[63] See Board of Directors Meeting Materials, February 28, 2019 (ZUO_00000906-933 at 921) for FY 2020 Plan for global services revenue.

[64] See, e.g., ZUO_00448804 ("FY20 Plan - Global Services - v2 - Final Plan.xlsx") at "FY20 Plan Summary" tab, showing the quarterly fiscal 2020 forecasts for revenue for Billing and RevPro products is derived from the "Capacity Model" tab. For example, the RevPro revenue forecast of $6.316 million for Q1 2020 ("FY20 Plan Summary" tab, cell J10) is calculated based on the sum of the following revenue line items "Capacity Model" tab: RevPro (cell D59), RevPro Chennai (cell D60), RevPro SubK (cell D61), and RevPro Billable Expense (cell D62). The revenue amount for RevPro (cell D59) is equal to the product of the number of net work days (cell D8), billable headcount for AMER, EMEA, and APJ regions (cells D21-23), the average hourly billing rate for RevPro AMER region (cell D39) multiplied by 8, and the billing utilization percentage for RevPro US (cell D50).

**CONFIDENTIAL**

standard in effect in previous years (ASC 605), whereas the guidance was shown under both ASC 605 and ASC 606 (the standard that would be used to report Zuora's financial results starting with Q1 2020).

32.

[65]

33. The draft guidance presented to the Board on February 28, 2019 was not disclosed externally and was subsequently revised by management prior to the earnings call on March 21, 2019.

**B.    Zuora's March 2019 FY 2020 Forecast and Revenue Guidance**

34. As explained above, Zuora's Keystone Financial Impact Analysis presentation, dated March 11, 2019, presents a current forecast that adjusts the Company's FY 2020 Plan solely to show the expected impact on Q1 – Q4 2020 subscription revenues and global services revenues due to the Keystone Integration Issues (the "March 2019 FY 2020 Forecast").[66] **Exhibit 2** shows that, as of March 11, 2019, Zuora expected that the Keystone Integration Issues

---

[65] Zuora's FY 2019 Form 10-K filing explained that the Company adopted ASC 606 beginning February 1, 2019 and that "[t]he primary impacts on revenue are an increased number of allocations of arrangement consideration between subscription and professional services and the recognition of discounts evenly across the term for multiple year subscription arrangements. Both of these impacts are primarily due to the elimination of the contingent revenue rule." Zuora  FY 2019 10-K, p. 27.

[66] See Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893).

**CONFIDENTIAL**

would reduce the Company's forecast for subscription revenues in Q1 2020 by $0.4 million and in FY 2020 by $1.0 million. The Keystone Integration Issues were also expected to have a negative impact on the Company's forecast for global services revenue as follows: a reduction of $1.2 million in Q1 2020 and a reduction of $3.4 million for FY 2020.[67]

35.    The Keystone Financial Impact Analysis presentation also provided management's update to its Q1 2020 and FY 2020 revenue guidance under both ASC 605 and ASC 606.[68] The presentation showed that the $1.0 million ($4.5 million) downward revision in FY 2020 subscription (total) revenue guidance under ASC 605 from that provided to the Board on February 28, 2019 was attributable entirely to the Keystone Integration Issues.[69] The presentation also summarized the estimated downward impact of $6.0 million ($5.0 million) on the subscription (total) revenue guidance of the adoption of ASC 606.

36.    See **Exhibit 2** for a comparison of the March 2019 FY 2020 Forecast to the revenue guidance under both ASC 605 and ASC 606 that Zuora provided to the market when the Company announced its Q4 2019 and FY 2019 financial results on March 21, 2019. In addition to the Keystone Impact and ASC 606 Impact amounts quantified in the Keystone Financial Impact Analysis presentation, the exhibit shows that management made other adjustments to revise

---

[67] I understand that the delay in Keystone was expected to have a larger impact on global services revenues in FY 2020 due, at least in part, to the recognition of those revenues over the approximate one-year period during which implementation services are provided, whereas subscription revenues are recognized ratably over the multi-year subscription term. Zuora's 10-K explains that the Company "generally recognize[s] subscription revenue from customers ratably over the terms of their contracts, which typically vary between one and three years." Zuora FY 2019 10-K, p. 14.

[68] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 895).

[69] The projected impact on the March Updated Guidance for total revenues of the Keystone Integration Issues (-$1.5 million for Q1 2020 and -$4.5 million for FY 2020) approximately equaled their projected impact on the March 2019 FY 2020 Forecast (-$1.6 million for Q1 2020 and -$4.4 million for FY 2020). Compare Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893 and 895).

CONFIDENTIAL

upward the revenue guidance between the date of the presentation (March 11, 2019) and the Company's Q4 2019 earnings release (March 21, 2019). I understand that this upward revision in the guidance was based, at least in part, on management's belief that it had already recorded an excess amount of reserves for uncollectible revenues that would cover any shortfall.[70] As I discuss later, Zuora's Q1 2020 subscription revenues exceeded and total revenues were within the range of the guidance provided to the market on March 21, 2019 (see **Exhibit 7**).

### C.    Zuora's May 2019 FY 2020 Forecast and Revenue Guidance

37.    Following the end of Q1 2020 (April 30, 2019), Zuora prepared updates to FY 2020 forecasts for subscription revenues and global services revenues.

#### i.    Subscription Revenues

38.    As explained above, Zuora prepares an aggregate forecast for subscription revenue (i.e., with no separate tracking of the forecast for Billing vs. RevPro subscription revenue). The forecast for subscription revenues is calculated by taking quarterly revenue for existing customers and adding the forecast for net annual recurring revenue (ARR).[71] Net ARR equals new bookings less churn on existing customers.

39.    **Exhibit 3** summarizes Zuora's analysis to update its projections for bookings, churn, net ARR, and subscription revenues. Zuora prepared four scenarios to update its forecast of bookings for Q2 – Q4 (Scenarios A – D) that represented the following percentage reductions in total booking for each quarter from the FY 2020 Plan: Scenario A (0%), Scenario B

---

[70] See, e.g., a March 19, 2019 Zuora email explaining that "we are comfortable raising Q1 revenues guidance by another $0.5M … based on upside from bad debt - we had a buffer of $0.5M on bad debt but based on what we see currently, there are no material write-offs/bad debt risks so far...." ZUO_00121424.

[71] See, e.g., ZUO_00327212 ("Sub Revenues" tab).

**CONFIDENTIAL**

(-10%), Scenario C (-15%), and Scenario D (-24%).[72] I understand that management selected Scenario D as its May 2019 FY 2020 Forecast, which represented a reduction of the booking forecast (-24%) that approximated the 23% miss in Q1 2020 bookings (i.e., actual of $11.9 million compared with FY 2020 Plan of $15.5 million).

40.    **Exhibit 3** shows that churn for Q1 of $4.3 million exceeded the FY 2020 Plan for Q1 churn of $4.0 million. Scenarios A – C adjust the Q2 churn forecast upward by $0.4 million, but leave the Q3 and Q4 forecasts unchanged. Scenario D adjusts the Q2 and Q3 churn forecasts in the FY 2020 Plan by a larger amount than the Q1 miss (+$1.3 million for Q2 and +1.0 million for Q3), but leaves the Q4 churn forecast unchanged.

41.    The May 2019 FY 2020 Forecast for Q2 – Q4 subscription revenues was then calculated by taking the March 2019 FY 2020 Forecast (labeled Plan @ Q4 Earnings) and adding 25% of the miss in Net ARR (i.e., Post Q1'20 Updated Net ARR under Scenario D less Plan @ Q4 Earnings Net ARR) for the previous quarter(s) and approximately 5% of the current quarter's miss in Net ARR.[73, 74] The May 2019 FY 2020 Forecast for FY 2020 subscription

---

[72] In order to estimate bookings for Q2 and Q3 under Scenario D, Zuora's subscription revenue forecast model adjusted downward the bookings projected in the FY 2020 Plan by -24% and then made an additional adjustment of -$0.9 million (Q2) and -$1.5 million (Q3). See ZUO_00327212 ("Sub Revenues" tab, cells M10 and M11).

[73] The 25% of the miss in net ARR accounts for the fact that one quarter of ARR would be recognized in each quarter. The approximately 5% of the current quarter's miss in Net ARR assumes that between 10-15% of the Net ARR miss will impact the last two months of the quarter and that approximately 30-35% of the Net ARR miss will impact the last month of the quarter.

[74] I understand that the amounts shown as Plan @ Q4 Earnings update the March 2019 FY 2020 Forecast amounts (which were based on ASC 605) to record revenue under ASC 606. See, e.g., FY'19Q4 Level 2 BoD Deck Money, showing subscription revenue for FY 2019 of $169.0 million and FY 2020 forecast of $220.9 million under ASC 605 and subscription revenue for FY 2019 of $165.4 million and FY 2020 forecast of $217.7 million under ASC 606. The presentation indicates the estimate of the impact of ASC 606 on FY 2019 actual revenue and FY 2020 forecasted revenue are not yet finalized: "Need to close FY'19 to fcst carve-outs and test assumptions on investment

CONFIDENTIAL

revenues of $205.7 million represented an $8.8 million (4.1%) reduction from the March 2019 FY 2020 Forecast of $214.5 million.[75] Zuora did not explicitly quantify the impact of the Keystone Integration Issues on the change between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast for subscription revenues.

### ii.      Global Services Revenues

42.      In order to generate its May 2019 FY 2020 Forecast for global services revenue, Zuora updated its capacity model from the version used to generate the March 2019 FY 2020 Forecast. **Exhibit 4** compares the inputs for the capacity model between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast. The exhibit shows that the May 2019 FY 2020 Forecast made no change to the average billing rate for global services personnel and minimal changes to the RevPro US utilization rates.[76] The driver of the reduction in revenue forecasts for both Billing and RevPro was a reduction in headcount. As noted above, expectations regarding the resources needed to provide implementation services for the pipeline of Billing and RevPro subscriptions (as reflected in current bookings) is the driver of assumptions regarding headcount (and mix of personnel).

43.      **Exhibit 5** provides a comparison between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast for global services revenues. The forecast for FY 2020 global services revenues decreased by $9.2 million, from $83.4 million in the March 2019

---

hours." ZUO_00000665-729 at 694. This compares to FY'19 subscription revenues of $164.805 million and Plan @ Q4 Earnings forecast for FY 2020 of $214.5 million according to the May 2019 FY 2020 Forecast spreadsheet. ZUO_00327212 at "Sub Revenues" tab.

[75] Note that the March 2019 FY 2020 Forecast amounts for Q1 and FY 2020 are lower than shown in **Exhibit 2** because the original March 2019 FY 2020 Forecast was based on the higher revenue amounts under ASC 605, whereas this analysis from May 2019 used ASC 606.

[76] I understand that the decrease in RevPro US utilization rates for Q1 and Q2 were not the result of Keystone, but instead an effort to bring the RevPro team down to the lower utilization rate for Billing in order to avoid burnout and attrition.

**CONFIDENTIAL**

FY 2020 Forecast (based on ASC 605) to $74.1 million in the May 2019 FY 2020 Forecast (based on ASC 606).[77] The exhibit shows that the reductions in the May 2019 FY 2020 Forecast generated as the result of Zuora's actual results for Q1 and the changes in the capacity model for Q2 – Q4 contributed to a reduction of $2.727 million global services RevPro revenues before considering the impact of Keystone or RevPro term licenses.[78] The exhibit also shows Zuora's quantification of the expected impact from the Keystone Integration Issues (i.e., Keystone Impact less Keystone Mitigation Plan) decreased from -$3.379 million in the March 2019 FY 2020 Forecast to -$3.1 million in the May 2019 FY 2020 Forecast (i.e., an increase of $0.279 million).[79] Finally, the exhibit shows the elimination of $0.548 million in RevPro Term License revenue for which the capacity model assumed no change, resulting in a total reduction in RevPro projected revenue for FY 2020 of $3.0 million.

### iii.   Comparison of May 2019 FY 2020 Forecast to May 2019 FY 2020 Guidance

44.    **Exhibit 6** provides a comparison between the May 2019 FY 2020 Forecast for subscription revenue and global services revenue and the revenue guidance that Zuora provided

---

[77] The exhibit shows that the impact of the ASC 606 adoption for FY 2020 was expected to add $1.8 million to global services revenue calculated under ASC 605. I understand that this represented a shift in revenue from subscription to services associated with the provision of implementation services that were not billed to the customer. See, e.g., FY'19Q4 Level 2 BoD Deck, Money, explaining ASC 606 impacts on revenues: "Services free hours to be evaluated and, if materially higher, the value of that free service potentially shifts revenues from Subscription to Services." ZUO_00000665-748 at 693.

[78] The total revenue in the line item RevPro equals the sum of RevPro's 30% allocation of client management revenue plus the line items RevPro, RevPro Chennai, RevPro SubK, and RevPro Billable Expense in **Exhibit 4**. Note that the -$2.727 million reduction attributable to RevPro shown in **Exhibit 5**, which was based on actual results for Q1 and forecasts for Q2 – Q4, is higher than the -$2.634 million reduction attributable to RevPro shown in the capacity model (**Exhibit 4**), which was based on forecasts for Q1 – Q4.

[79] I understand Zuora intended to mitigate the loss in revenue from the Keystone Integration Issues by shifting global services personnel working on the Keystone project to other billable work.

20

CONFIDENTIAL

to the market on May 30, 2019. As demonstrated in **Exhibit 3**, management took its FY 2020 forecast of $205.7 million (Scenario D) and provided a "buffer" of -$2.7 million to arrive at a mid-point of $203.0 million for the FY 2020 subscription revenue guidance (and a range of $200.0 to $206.0 million). Based on the May 2019 FY 2020 Forecast for FY 2020 global services revenue of $74.1 million summarized in **Exhibit 5**, Zuora issued FY 2020 global services revenue guidance with a range of $68.0 to $72.0 million on May 30, 2019.[80]

### D.    Quantification of the Impact of the Keystone Integration Issues on Zuora's Change in FY 2020 Revenue Guidance Between March and May 2019.

45.    **Exhibit 7** provides a comparison between the revenue guidance for subscription revenues and total revenues that Zuora provided to the market on March 21, 2019 and May 30, 2019. Zuora's reported Q1 2020 subscription revenues exceeded and total revenues were within the range of the guidance provided in March. Despite this positive performance for Q1 2020, the Company revised downward its guidance for FY 2020 subscription revenues (by -$5.5 to -$9.0 million) and total revenues (by -$15.5 to -$21.0 million) to reflect the revisions discussed above in the May 2019 FY 2020 Forecast. In the remainder of this section, I discuss my estimate of the proportion of the decline in Zuora's revenue guidance that was attributable to the Keystone Integration Issues.

---

[80] As of May 20, 2019, it appears that management was proposing "Street Guidance" of $70 to $72 million based on the May 2019 FY 2020 Forecast of $74.1 million. FY'20 GS Plan Comparison, May 20, 2019 presentation (ZUO_00407064-74 at 66). I was not able to determine why management reduced the revenue guidance range from $70 to $72 million on May 20 to $68 to $72 million on May 30, 2019, but I found no indication that the May 2019 FY 2020 Forecast for FY 2020 global services revenue was reduced below $74.1 million.

**CONFIDENTIAL**

### i.     Subscription Revenues

46.     As noted above, Zuora based its FY 2020 subscription revenue guidance on a model that forecasted subscription revenues by taking quarterly revenue for existing customers and adding the forecast for net annual recurring revenue (ARR), and then added a buffer to reduce this forecast down to its external guidance range (see **Exhibit 3**). Zuora's revenue forecast model did not explicitly quantify the impact of the Keystone Integration Issues on the change between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast for subscription revenues.[81] However, the evidence I have reviewed suggests that Zuora did not increase its estimate of the impact of the Keystone Integration Issues on its projection of revenues for existing Keystone customers beyond the -$1.0 million reduction to FY 2020 subscription revenues in the March 2019 FY 2020 Forecast.[82]

47.     As shown in **Exhibit 3**, Zuora's forecast for net annual recurring revenue (ARR) was based on quarterly forecasts for bookings and churn. Next, I discuss my analysis of the

---

[81] As shown in **Exhibit 2**, Zuora's Keystone Financial Impact Analysis, March 11, 2019 presentation estimated the Keystone Impact on Zuora's subscription revenue guidance to be -$0.5 million for Q1 2020 and -$1.0 million for FY 2020 (i.e., -$0.5 million in total for Q2 – Q4 2020). That amount was derived from a forecast of the impact on revenues for certain existing Keystone customers for which their integration would be put on hold until K2 was ready (estimated in mid-Q3 2020). See Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 891). Although the model supporting Zuora's May 30, 2019 revenue guidance for subscription revenues did not explicitly incorporate an estimate for the impact on existing Keystone customers, the scenario (D) used to generate Zuora's May 30, 2019 revenue guidance included a "buffer" that reduced Zuora's forecast for Q2 – Q4 subscription revenues by $2.7 million to generate the midpoint revenue guidance, an amount $2.2 million in excess of the Zuora's -$0.5 million estimate of the Keystone Impact for Q2 – Q4 2020 as of March 11, 2019. See **Exhibits 2 & 3**.

[82] For example, a May 9, 2019 spreadsheet shows the same forecast for the Q1 – Q4 2020 impact on subscription revenues as provided in the Keystone Financial Impact Analysis, March 11, 2019 presentation. Compare ZUO_00448807 ("Keystone Backlog - May 9, 2019, 2_05 PM.xlsx") at "Subscription Revenue Impact" and "Financial Impact" tabs to Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-99 at 891 & 893).

**CONFIDENTIAL**

extent to which the changes between the March 2019 FY 2020 Forecast and May 2019 FY 2020 Forecast for Zuora's bookings and churn were attributable to the Keystone Integration Issues.

48.    In order to determine the projected and actual RevPro subscription bookings attributable to RevPro – Billing cross-sales, I analyzed Zuora's pipeline of subscription bookings and closed bookings for Q1 2020. **Exhibit 8** summarizes the 20 prospective bookings ("opportunities") that RevPro sales representatives included within the most recent estimate of the projected bookings for Q1 2020 prepared prior to the March 21, 2019 revenue guidance (i.e., as of March 15, 2019). For each opportunity, the exhibit also summarizes the type of business (i.e., new business, upsell/add-on, or contracted ramp), the total projected annual contract value (ACV) associated with each opportunity as of March 21, 2020, and the amount of closed ACV and the close date for those contracts closed in Q1 2020. **Exhibit 8** shows that Zuora's RevPro sales representatives estimated Q1 2020 bookings of $1.878 million and actually realized $1.351 million in Q1 2020 bookings, for a miss of $527 thousand.

49.    **Exhibit 8** also indicates whether the opportunity was a current joint prospect (i.e., the pipeline data also listed the customer as a Billing opportunity in Q1 2020) or was an existing Billing customer (i.e., a customer of Billing alone or both Billing and RevPro as of the beginning of Q1 2020). For purposes of this analysis, I consider a Rev-Pro Billing cross-sale to those customers with projected ACV as of March 15, 2019 that were either a current joint prospect or an existing Billing customer.[83] I identified five customers that met these criteria:

---

[83] I also reviewed the pipeline data for Billing customers as of March 15, 2019 to determine whether any of those customers were existing RevPro customers. As explained in **Exhibit 8**, note [3], I identified two customers that met this criteria: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is identified as a joint prospect in **Exhibit 8**, and ▮▮▮▮▮▮▮ which was an existing RevPro customer with $125 thousand in projected Billing ACV based on the March 15, 2019 pipeline and closed on a subscription services contract in Q1 2020 with ACV of $235 thousand (i.e., $110 thousand in excess of its projected Billing ACV).

**CONFIDENTIAL**

████████████████████████████████████████████████████████. Zuora's RevPro sales representatives estimated Q1 2020 RevPro bookings for these five customers of $521 thousand and actually realized $230 thousand in Q1 2020 bookings, for a miss of $291 thousand.

50.    **Exhibit 9** compares Q1 2020 projections and actual results for subscription bookings, with detail on the break-out between RevPro and other products and between New Business and Upsells (i.e., upsells, add-ons, and contracted ramp). █████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████

51.    **Exhibit 9** also summarizes the projected and actual Q1 2020 bookings for RevPro and all other products based on my analysis of the sales pipeline and closed bookings data. As shown in **Exhibit 8**, RevPro cross-sales missed internal projections by $291 thousand.[84] **Exhibit 9** also shows that the $291 thousand miss for RevPro cross-sales represented 55% of the $527 thousand RevPro miss based on a comparison of RevPro's pipeline as of March 21, 2019 and actual sales for Q1 2020.

---

[84] I note that the exhibit shows that Zuora's FY'20 Q1 Level 2 – Pipeline – Acquire – Expand presentation, dated May 17, 2019, reported a similar total for RevPro Q1 2020 upsell bookings ($615 thousand), but showed a larger amount of upsell bookings allocated to RevPro cross-sales ($244 thousand compared with my estimate of $230 thousand). ZUO_00000992-1040 at 1025.

**CONFIDENTIAL**

52.    **Exhibit 10** summarizes the customers that comprise the $4.3 million in actual churn during Q1 2020, along with Zuora's contemporaneous explanations for the churn. I cross-referenced this data to the Company's customer listing as of February 1, 2019 and identified six as RevPro customers. The exhibit shows that the total churn associated with these six customers was $942 thousand. Of these six customers that churned in Q1 2020, only ██████ was a Keystone customer. Zuora's churn data lists "Lack of Usage / Value" as the explanation for the downsell of ACV to both customers. I also reviewed emails that confirmed that both customers re-negotiated their contracts to obtain better pricing for reasons that are unrelated to any concerns about integrating RevPro and Billing.[85]

53.    As discussed above and summarized in **Exhibit 3**, Zuora determined the amount by which the Company would lower the guidance for FY 2020 subscription revenue disclosed to investors on May 30, 2019 using a forecast model that calculated the annual revenue attributable to (1) the shortfall in actual new bookings in Q1 2020 compared with the projected bookings pipeline, and (2) higher than projected customer churn. Based on my analyses summarized above, I estimate that only $291 thousand of the Q1 2020 booking miss and none of the Q1 2020 churn miss (i.e., -$291 thousand in net ARR for Q1 2020) was attributable to the Keystone Integration Issues.[86]

---

[85] See ZUO_00448811-822; ZUO_0044823-824.

[86] **Exhibit 3** shows that the scenario used to generate the May 30, 2019 guidance (Scenario D) projected higher churn in Q2 (+$1.3 million) and Q3 (+$1.0 million) than the FY 2020 Plan. Based on my review of the record evidence, I found no indication that Zuora attributed any of the increase in its FY 2020 churn projection to the Keystone Integration Issues. For example, Zuora's FY'20 Q1 Level 2 – Pipeline – Acquire – Expand presentation, dated May 17, 2019, showed a Q2 churn forecast of $5.22 million (compared with the $5.4 million forecast in **Exhibit 3**), of which only $0.56 million was attributable to RevPro. ZUO_00000992-1040 at 1035. This compares with Zuora's $0.609 million projection for Q2 2020 RevPro churn in February 2019. (E)xpand L2 Deck, Churn Management, February 2019 (ZUO_00000803-853 at 848). See, also, weekly "churn

**CONFIDENTIAL**

54.    **Exhibit 11** updates Zuora's revenue guidance model to show the impact on Zuora's revenue guidance of the $291 thousand miss in net ARR for Q1 2020. Using the model, I estimate that the Keystone Integration Issues contributed to a $1.9 million decrease in net ARR and a $0.7 million decrease in forecasted subscription revenues for FY 2020. I apply the same buffer of -$2.7 million that Zuora applied in Scenario D to reduce the revenue forecast to the midpoint revenue guidance amount, which results in a reduction in midpoint guidance from the $203.0 million disclosed on May 30, 2019 to $203.6 million (a reduction of $0.7 million). As a result, I estimate that $0.7 million (7% - 12%, or 9% of the $7.25 million midpoint) of the $5.5 million - $9.0 million downward revision in Zuora's FY 2020 subscription revenue guidance between March 21 and May 30, 2019 was attributable to the Keystone Integration Issues.

### ii.    Global Services Revenues

55.    Based on discussions with Zuora management and review of documents and data referenced below, I determined which of the changes in the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast for global services revenue summarized in **Exhibit 5** relate to the Keystone Integration issues.

56.    **Exhibit 5** shows that Zuora's initial FY 2020 guidance that the Company disclosed to investors on March 21, 2019 was based on a forecast that estimated a $3.379 million reduction in revenue attributable to Keystone Integration Issues (i.e., a $3.579 million reduction in the implementation services revenue for RevPro – Billing cross-sell customers net of $0.2 million in offset from a mitigation plan). **Exhibit 5** also shows that Zuora's FY 2020 guidance for professional services revenue the Company disclosed to investors on May 30, 2019 revised

---

update" emails during May 2019 discussing forecasts of churn for specific RevPro and Billing customers with no mention of Keystone or integration issues as reason for loss of business. ZUO_00274106-108; ZUO_00274711-714.

**CONFIDENTIAL**

downward the impact on revenue from the Keystone Integration Issues (net of an expected $0.6 million in revenue from the mitigation efforts) from $3.379 million to $3.1 million (i.e., an incremental increase to Zuora's FY 2020 guidance for professional services revenue of $279 thousand), but added an additional $500 thousand reduction for potential accounts receivable concessions or credits. This resulted in a net reduction of $221 thousand in Zuora's estimates of the impact on FY 2020 global services revenues for the Keystone Integrations Issues between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast.

57.     As discussed above, in addition to the direct impact on FY 2020 revenue attributable to delays for current Keystone customers, I understand that Zuora's estimates for global services revenues were driven primarily by estimates of the headcount necessary to fulfill implementation services for Zuora's pipeline of subscription bookings. Therefore, I assume that the 55% reduction in the Q1 2020 pipeline of subscription bookings that I estimate was attributable to the Keystone Integration issues (see **Exhibit 8**) resulted in a proportional reduction in the FY 2020 forecast for global services revenues, which as demonstrated in **Exhibit 4** resulted primarily from reductions in headcount for RevPro subscription implementation, is attributable to the Keystone Integration Issues. In **Exhibit 5**, I apply my estimate that Keystone Integration Issues contributed to 55% of the miss in Q1 2020 RevPro bookings to the $2.727 million decline in Zuora's forecast for FY 2020 RevPro revenues between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast to estimate that $1.504 million of the decline in FY 2020 RevPro revenues estimated by the capacity model was attributable to the Keystone Integration Issues.

58.     Finally, set forth below is my understanding regarding why the remaining categories of global services revenues were not impacted by the Keystone Integration Issues:

27

**CONFIDENTIAL**

a.      606 Assumption: **Exhibit 5** shows that the impact of the ASC 606 adoption for FY 2020 was expected to add $1.8 million to global services revenue calculated under ASC 605. I understand that this represented a shift in revenue from subscription to services associated with the provision of implementation services that were not billed to the customer.[87]

b.      Billing: As explained in **Exhibit 8**, note [3], each of the three customers in the pipeline that were joint RevPro and Billing prospects in Q1 2020 closed on their purchase of a Billing subscription during Q1 2020. Given that the Keystone Implementation Issues did not serve as an impediment to closing these deals for which integration of the RevPro and Billing products might be expected by the customer, I see no indication that the Keystone Implementation Issues would have any impact on the revenue expected from the implementation of Billing subscriptions by global services.

c.      Training: I understand that Zuora sometimes chooses to offer free training services to customers and partners as a way to increase customer adoption and lower churn, thereby increasing ARR. I also understand that this change to the forecast for FY 2020 training revenue (i.e., to offer free services) had nothing to do with RevPro or Keystone Integration Issues.

d.      SSG: I understand that SSG was the group that developed the Company's Connect Applications, which applies to Billing products only. I also understand that this change in revenue forecast was unrelated to RevPro or the Keystone Integration Issues.

---

[87] See, e.g., FY'19Q4 Level 2 BoD Deck, Money, explaining ASC 606 impacts on revenues: "Services free hours to be evaluated and, if materially higher, the value of that free service potentially shifts revenues from Subscription to Services." ZUO_00000665-748 at 693.

**CONFIDENTIAL**

e.    RP Term License: I understand that the elimination of the RevPro Term License revenue in FY 2020 is due to the requirement in ASC 606 that license revenue be recorded at the inception of the contract term (i.e., in FY 2019) instead of the practice under ASC 605 of recognizing license revenue ratably over the contract term.[88] Therefore, this change in revenue forecast is unrelated to the Keystone Integration Issues.

59.    **Exhibit 5** summarizes my estimate that at most $1.725 million (19%) of the $9.233 million in FY 2020 global services revenue decline between the March 2019 FY 2020 Forecast and the May 2019 FY 2020 Forecast was attributable to the Keystone Integration Issues. Zuora's May 2019 FY 2020 Forecast for FY 2020 global services revenues of $74.1 million summarized in **Exhibit 5** was above the range of $68.0 to $72.0 million that Zuora disclosed as its revenue guidance on May 30, 2019. Since the $10.0 million - $12.0 million decrease in Zuora's guidance for FY 2020 professional services revenue was higher than the $9.233 million decrease between the March 2019 FY 2020 Forecast and May 2019 FY 2020 Forecast, I apply the 19% that I estimate the Keystone Integration Issues contributed to the decline in forecast to the $11.0 million midpoint decrease in revenue guidance to estimate that $2.1 million of the $10.0 million - $12.0 million decrease in Zuora's guidance for FY 2020 professional services revenue was attributable to the Keystone Integration Issues.

---

[88] See Zuora Form 10-Q for the period ended April 30, 2019 (filed June 11, 2019) "Zuora Q1 2020 10-Q"), p. 8 ("The Company has a limited number of on-premise term licenses. Under Topic 606, the Company recognizes the revenue on these licenses when the software is delivered to the customer, which is typically at the beginning of the contract term. In the past the Company recognized revenue for on-premise term licenses ratably over the contract term").

**CONFIDENTIAL**

### iii.    Total Revenues

60.    Based on these analyses of Zuora's internal forecasts and revenue guidance for its subscription and professional services segments, I estimate that only $2.7 million, or 13% - 18% of the $15.5 million - $21.0 million (15% of the $18.25 million midpoint), reduction in Zuora's guidance for FY 2020 total revenue was attributable to the Keystone Integration Issues (see **Exhibit 12**).

61.    The evidence summarized above demonstrates that only a small fraction of the decline in Zuora's projected revenues was attributable to the Keystone Integration Issues (as opposed to the sales execution issues or other unrelated changes in the revenue forecast), in direct contradiction to Plaintiff's claim that all of the decline in Zuora's performance following its earnings announcement on May 30, 2019 is attributable to Zuora's disclosure of its problems integrating RevPro and Billing. Therefore, it is my opinion that any estimate of the damages attributable to Zuora's alleged failure to timely disclose the Keystone Integration Issues should take into account my estimate that those issues represented only 15% of Zuora's revision to its revenue guidance on the alleged corrective disclosure date.

CONFIDENTIAL

## VI.    CONCLUSION

62.    Based on my qualifications and experience, and after conducting the review and analysis described above, I have reached the following conclusions:

- I estimate that only $0.7 million, or 9% of the midpoint ($7.25 million) of the $5.5 million - $9.0 million downward revision in the guidance for FY 2020 subscription revenue that Zuora provided in its May 30, 2019 earnings call was attributable to the Keystone Integration Issues.

- I estimate that only $2.7 million, or 15% of the midpoint ($18.25 million) of the $15.5 million - $21.0 million downward revision in the guidance for FY 2020 total revenue that Zuora provided in its May 30, 2019 earnings call was attributable to the Keystone Integration Issues.

- Based on my findings, it is my opinion that any estimate of the damages attributable to Zuora's alleged failure to timely disclose the Keystone Integration Issues should take into account my estimate that those issues represented only 15% of Zuora's revision to its revenue guidance on the alleged corrective disclosure date.

Kevin F. Dages

August 5, 2022

31

**CONFIDENTIAL**                                                    **APPENDIX A**

**KEVIN F. DAGES**                                              August 2022
**EXECUTIVE VICE PRESIDENT**

**COMPASS LEXECON**
332 S. Michigan Ave.
Chicago, IL 60604
(312) 322-0227 (direct)
(312) 322-0218 (fax)
kdages@compasslexecon.com

*FIELD OF SPECIALIZATION*
Accounting, appraisal and business valuation, securities fraud, and damages.

*EDUCATION*
B.B.A. Accounting (1979) University of Notre Dame
Certified Public Accountant (1980)

*PROFESSIONAL EXPERIENCE*
**Compass Lexecon (formerly Lexecon)**, *Executive Vice President*, 2013 – Present, *Senior Vice President,* 2006 – 2013

**Chicago Partners, LLC,** *Principal,* 1996 - 2006
Principal in litigation consulting firm.  Provided testifying and consulting expert services in a variety of litigation and pre-litigation engagements.

**Fort Dearborn Partners**, *Co-founder and Principal*, 1990 – 1995
Co-founder and principal in a financial and management consulting firm specializing in middle market companies and providing business valuation consulting for litigation support.

**The Alcar Group Inc**., *Vice President and Director of Consulting*, 1984 – 1990
Vice president and director of consulting for a financial consulting, software, and education firm specializing in shareholder value issues. Alcar clients included over 30% of the Fortune 500, major money center banks, and accounting firms.

**Abbott Laboratories**, *International Auditor and Diagnostic Sales Representative*, 1981 – 1984 Reviewed accounting and reporting systems at Abbott offices worldwide. Received President's Award for outstanding performance.

*1*

**Grant Thornton**, *Senior Auditor*, 1979 – 1981
Supervised and performed audits in a variety of industries including manufacturing, distribution, financial services, construction, not-for-profit, and government.

*PROFESSION AFFILIATION*
American Institute of Certified Public Accountants

*SPEAKING AND GUEST LECTURE ENGAGEMENTS*
Guest Lecturer in Financial Statement Analysis courses at University of Chicago Booth School of Business (1995 – Present)

Panel Speaker on Appraisal Valuation at Institutional Investor Education Forum conferences (December 6, 2013; January 29, 2014; May 21, 2014; June 27, 2014)

*SELECT CASE EXPERIENCE*
Cede & Co. v. Technicolor, Inc., Case No. 7129—Court of Chancery of the State of Delaware —Appraisal and Fraud Action.  Consulting expert on behalf of respondent. Deposed in Appraisal remand trial.

Sheldon Shore, et al v. Laidlaw, Inc., et al., Master File No. 91-CV-1829—United States District Court for the Eastern District of Pennsylvania—10b.5 securities action. Consulting expert on behalf of defendant.

Middleby and Co. v. Hussmann, Inc., Case No. 90-C-2744 and 91-C-3188 —Seventh Circuit Court in Northern Illinois, August 1992 -- Merger price dispute and jury trial. Testifying expert (deposition and trial) on behalf of plaintiff.

The Proctor & Gamble Company v. Mafco Holdings, Inc., Revlon, Inc., Revlon International Corporation, and Max Factor & Co., Arb. No. 13 181 00084 92, before the American Arbitration Association Commercial Arbitration Tribunal, November 18, 1992.  Consulting expert on behalf of defendant.

The Employees Retirement Systems of Alabama, et al. v. The May Department Stores Company, Inc., Case No. CV92-2726-R – Circuit Court for the Fifteenth Judicial Circuit, Montgomery County Alabama-- Jury trial involving early redemption of bonds. Consulting expert on behalf of defendant.

Michael D. Wolin, et al. v. National Health Laboratories, Incorporated, et al., Case No. 659511 – United States District Court Southern California – 10b.5 securities action. Consulting expert on behalf of defendant.

*DAGES, 2*

In the Matter of the Application of Vision Hardware Group, Inc., Case No. 13385 — Court of Chancery of the State of Delaware - Section 262 Appraisal case, April 1995. Testifying expert (deposition and trial) on behalf of respondent.

John Healy vs. Owens-Corning Fiberglass, et al. No. 83 L 21031 – Circuit Court of Cook County, Illinois County Department – Law Division, May 1994. Testifying expert (deposition and trial) on behalf of plaintiffs regarding defendant's ability to pay measures.

Arbitrium (Cayman Islands) Handels AG and Miklos Vendel v. H. Frederick Johnston, Sandra Spillane and Technicorp International II, Inc., Case No. 13506 – Court of Chancery of the State of Delaware - Section 225 matter. Consulting expert on behalf of plaintiff.

Gus Stathis v. Geldermann, Inc. and Geldermann Securities Inc., Case No. 95-L-509 - Circuit Court of Cook County - Jury trial involving breach of contract, diversion of corporate opportunity and constructive fraud. Consulting expert on behalf of defendant.

SSMC Inc. N.V. Plaintiff/Counterclaim - defendant, v. Singer Furniture Company, et al., Case No. 93-0952-R - United States District Court for the Western District of Virginia Roanoke Division – Fraud action. Consulting expert on behalf of defendant.

Danaher Corporation and WEC Corporation v. Acme - Cleveland Corporation, et al., Case No. C2-96-0247 – United States District Court for the Western District of Ohio Eastern Division - Temporary Restraining Order hearing involving the Control Share Acquisition Act (Ohio) and the Ohio Take-Over Act. Consulting expert on behalf of defendant.

Janet Zimek, et al. v. Centel Corporation, et al., Case No. 92-C-3551 (and related cases) – United States District Court for the Northern District of Illinois Eastern Division – 10b.5 securities action. Consulting expert on behalf of defendant.

NRG Barriers, Inc. v. Frederick T. Jelin, et al., Case No. 15013 - Court of Chancery of the State of Delaware, July 1996 – Fraud action. Testifying expert (deposition and trial) on behalf of plaintiffs.

Arthur Kapit, et al. v. Victor M.G. Chaltiel, et al., Case No. SACV-94-893-LHM (EEX) - United States District Court of Central District of California – 10b.5 securities action on behalf of Abbey Healthcare Group, Inc. Consulting expert on behalf of defendant.

In Re: Checkers Securities Litigation, Case No. 93-1749-CIV.-T-17A - United States District Court, for the Middle District of Florida, Tampa Division, 10b.5 securities action. Consulting expert on behalf of defendant.

*DAGES, 3*

Charles L. Grimes v. Vitalink Communications Corporation, Case No. 12334 - Court of Chancery of the State of Delaware, November 1996 – Appraisal action seeking to determine fair value of Petitioners' shares based on the Corporation's future cash flows. Testifying expert (deposition and trial) on behalf of respondent.

Carlton Investments, derivatively on behalf of TLC Beatrice International Holdings, Inc. v. TLC Beatrice International Holdings, Inc. , et al., Case No. 13950 – Court of Chancery of the State of Delaware. Derivative action on behalf of the company to recover alleged damages including, a $22.1 million retroactive "compensation package" paid to the late CEO and principal stockholder.  Consulting expert on behalf of plaintiff.

In Re:  Woolworth Corporation Securities Class Action Litigation  Master File No. 94 Civ. 2217 (RO) – United States District Court Southern District of New York  - 10b.5 securities action. Consulting expert on behalf of defendant.

In Re:  Arbitration between Vitafort International Corporation and Keebler Company, Case No. 74-488-01081-96, before the American Arbitration Association (San Francisco).  Lost profits claim.  Consulting expert on behalf of defendant.

State of Wisconsin Investment Board & Cede & Co. v. Corporate Software, Inc., Case No. 13519 – Court of Chancery of the State of Delaware.  Appraisal action.  Consulting expert on behalf of petitioner.

Richard C. Goodwin v. LIVE Entertainment Inc., et al., C.A. No. 15765 NC – Court of Chancery of the State of Delaware.  Breach of fiduciary duty action in a shareholders buyout.  Consulting expert on behalf of plaintiff.

Union Pacific Resources Group, Inc. et al. v. Pennzoil Company, et al., Civil Action No. 15755 – Court of Chancery of State of Delaware.  Breach of fiduciary duty action resulting from Pennzoil's refusal to nullify anti-takeover measures aimed at thwarting UPRG's tender offer and merger.  Consulting expert on behalf of plaintiff.

MetalClad Corporation v. The United Mexican States, Case No. ARB(AF)/97/1 – Before the Honorable Tribunal Established Pursuant to Chapter Eleven of The North American Free Trade Agreement (NAFTA). Expert testimony on behalf of the government of Mexico (defendant) in arbitration.

Safety-Kleen Corporation v. Laidlaw Environmental Services, Inc., Docket No. 97 C 8003 – In the United States District Court Northern District of Illinois - Eastern Division.  Consulting expert on behalf of plaintiff.

In re Horizon/CMS Healthcare Corporation Securities Litigation, Class Action No. CIV 96-442 BB/LCS – United States District Court for the District of New Mexico.

*DAGES, 4*

Testifying expert for the single largest shareholder (State of Wisconsin Investment Board) in a 10b.5 settlement regarding a proposed reduction in attorneys' fees.

In Re Waste Management, Inc. Securities Litigation, Master File No. 97 C 7709 – In the United States District Court for the Northern District of Illinois –  Eastern Division, 10b.5 securities action and various asset purchase cases.  Consulting expert on behalf of defendant.

Daniel R. McLean and Francis I. Butler v. Alloyd Co., Inc., et al., No. 95 CH 1422 – In the Circuit Court of Cook County, Illinois County Department, Law Division.  Action for wrongful dismissal.  Testifying expert (deposition and trial) on behalf of defendants.

Arthur L. Gustafson, et al. v. Alloyd Co., Inc., et al., No. 93 L 6341 – In the Circuit Court of Cook County, Illinois County Department, Law Division.  Purchase price dispute.  Testifying expert (deposition and trial) on behalf of defendants (Buyers).

B. Peter Knudson v. Samsonite Corporation, et al., Case No. 98CV2210 – District Court, City and County of Denver, Colorado, 10b.5 securities action.  Consulting expert on behalf of defendant.

Merisel, Inc. v. Turnberry Capital Management, L.P., et al., C.A. No. 15906 NC - Court of Chancery of State of Delaware.  Testifying expert on behalf of plaintiff (deposition).

In Re: Credit Acceptance Corporation Securities Litigation, Consolidated Master File No. 98-70417 – United States District Court for the Eastern District of Michigan, Southern Division, 10b.5 securities action.  Consulting expert on behalf of defendant.

Robert Clark v. National Techteam, Inc., et al., Case No. 97-60248 – United States District Court for the Eastern District of Michigan, 10b.5 securities action.  Consulting expert on behalf of defendant.

In Re Mafco Holdings Securities Litigation  - United States District Court, Southern District of New York, 10b.5 securities action.  Consulting expert on behalf of defendant.

Cantor Fitzgerald, L.P., v. Iris Cantor, et al., C.A. No. 16297 – Court of Chancery of the State of Delaware in and for New Castle County.  Consulting expert on behalf of plaintiff.

J.G. Juran, et al. v. Bastion Capital Fund, L.P., et al., C.A. No. 16464 – Court of Chancery of the State of Delaware in and for New Castle County.  Testifying expert on behalf of defendants.

*DAGES, 5*

United Rentals, Inc. v. Rental Services, Inc. and NationsRent, Inc. – Court of Chancery of the State of Delaware.  Expert affidavit regarding break-up fee data on behalf of plaintiff.

In Re: Arbitration between Sara Lee Corporation and totes Isotoner Holdings Corporation.  Consulting engagement on behalf of Sara Lee Corporation with regard to sale of the Aris/Isotoner business to totes.

Sungard Recovery Services, Inc. v. Comdisco, Inc. v. Data Assurance Corporation, Case No. 97-WM-389 – United States District Court for the District of Colorado.  Testifying expert (deposition) on behalf of defendant.

Carol Kropinski, et al. v. Johnson & Johnson, Docket No. L8886/96 – Superior Court of New Jersey Law Division, Camden County.  Consulting expert on behalf of plaintiff.

In Re Sunbeam Corporation Securities Litigation  –  United States District Court, Southern District of Florida, 10b.5 securities action.  Consulting expert on behalf of defendant.

LaSalle National Bank v. R.O. Perelman, et al., No. 97-645 (RRM) – United States District Court of Delaware, Noteholders litigation.  Consulting expert on behalf of defendant.

Ronald Cantor, Ivan Snyder, James A. Scarpone, as Trustees of the MAFCO Litigation Trust v. Ronald O. Perelman, Mafco Holdings, Inc., MacAndrews and Forbes Holdings, Inc., Andrews Group Inc., William C. Bevins, and Donald G. Drapkin. C.A. No. 97-586 (KAJ). United States District Court for the District of Delaware.  Breach of fiduciary duty claim involving issuance of notes.  Consulting expert for defendants on remand.

Danis v. USN Communications, Inc., et al., No. 98 C 7482 – United States District Court for the Northern District of Illinois Eastern Division, 10b.5 securities action.  Consulting expert on behalf of defendant.

Anthony R. Gold, PC Brand, Inc., Software Communications, Inc., v Ziff Communications Company, d/b/a Ziff-Davis Publishing Case No. 01 L 9518 – In the Circuit Court of Cook County, Illinois County Department – Law Division – Breach of contract.  Testifying expert (deposition) on behalf of defendant on remand.

Greenlight Capital Qualified, L.P., Greenlight Capital, L.P., and Greenlight Capital Offshore, Ltd., v. Emerging Communications, Inc., Case No. 16415 – Delaware Chancery Court –  Appraisal action.  Consulting expert on behalf of petitioners.

*DAGES, 6*

IBP, Inc., v. Tyson Foods, Inc. and Lasso Acquisition Corporation Case No. 18373 – Delaware Chancery Court- Breach of contract in a takeover/merger.  Consulting expert on behalf of defendant (Tyson Foods, Inc.).

Digex, Inc. Shareholders Litigation Case No. 18336 NC -Delaware Chancery Court- Class and shareholder derivative action.  Expert affidavit on behalf of plaintiffs concerning value of settlement consideration.

Superior National Insurance Group v. Foundation Health Systems, Inc. and Milliman & Robertson, Inc. Case No. CV-02-5155-PA (MLGx). Fraud and fraudulent conveyance action in the United States District Court for the Central District of California.  Consulting expert on behalf of defendant (Foundation Health Systems, Inc.).

Analytical Surveys, Inc. Securities Litigation Case No. IP00-C-0201-M/S – United States District Court for the Southern District of Indiana Indianapolis Division – 10b-5 securities action.  Consulting expert on behalf of defendant.

Chesapeake Corporation and Sheffield, Inc., v. Marc P. Shore, Howard M. Liebman, Andrew N. Shore, Leonard S. Verebay, Virginia A. Kamsky, Sharon R. Fairley, R. Timothy O'Donnell, Kevin J. Bannon, William P. Weidner, and Shorewood Packaging Corporation Case No. CV17626 NC – Delaware Chancery Court – Takeover litigation surrounding Chesapeake's bid for Shorewood.  Testifying expert (deposition and trial) on behalf of defendants.

JAS Securities LLP v. Merrill Lynch & Co., Inc. Del. Super, Ct., C.A. No. 99C-07-143 (JSS) – In the Superior Court of the State of Delaware in and for New Castle County – Class Action Complaint Non-Arbitration Case.  Expert affidavit on behalf of defendant.

Alcatel Alsthom Securities Litigation MDL Docket No. 1263 – In the United States District Court for the Eastern District of Texas Sherman Division – 10b-5 securities action.  Consulting expert on behalf of defendant.

Prescott Group Small Cap, L.P., Phil & Jana Frohlich, Phil D. Frohlich, Ira, Leroy Warren Brewer, and Cede & Co., v. The Coleman Company, Inc. C.A. No. 17802 NC – In the Court of Chancery of the State of Delaware In and for New Castle County – appraisal action.  Consulting expert on behalf of respondent.

Submissions to the Special Master of the September 11th Victim Compensation Fund of 2001 and to the United States Department of Justice on behalf of the Cantor Fitzgerald, L.P., ESpeed, Inc. and Tradespark, L.P. victims' families.  Consulting and testifying (in certain individual hearings) expert on behalf of victims' families.

*DAGES, 7*

CONFIDENTIAL    **APPENDIX A**

In Re Sprint Corporation Securities Litigation. Master File No. 01-4080-DES. United States District Court District of Kansas. Securities class action. Consulting expert on behalf of defendants.

Citibank, N.A. and Citibank Canada, v. Itochu International Inc., and III Holding Inc. f/k/a Copelco Financial Services Group, Inc., Case No. 01-CV-6007 (GBD/DF) – United States District Court for the Southern District of New York – transferred to New York State Court.  Consulting expert on behalf of plaintiff.

In Re Healthsouth Corp. ERISA Litigation. Consolidated Case No. CV-03-BE-1700-S – In the United States District Court for the Northern District of Alabama Southern Division.  Consulting expert on behalf of defendant.

In Re Healthsouth Corporation Stockholder Litigation Case No. CV-03-BE-1501-S – In the United States District Court Northern District of Alabama Southern Division. Consulting expert on behalf of defendant.

In Re Williams Securities Litigation Case No. 02-CV-72H(M) – United States District Court for the Northern District of Oklahoma.  Consulting expert on behalf of defendant.

United States Securities and Exchange Commission In the Matter of General Mills, Inc. File No. C-03760-A.  Consulting expert on behalf of General Mills, Inc.

In The International Court of Arbitration of the International Chamber of Commerce and In the Matter of an Arbitration BNP Paribas, Arval PHH Holdings (UK) Limited, Arval PHH Holdings and Avis Group Holdings, Inc. and VMS (Bermuda) Holdings Ltd.   Consulting expert on behalf of defendant (Avis).

Fuqua Industries, Inc. Shareholder Litigation – C.A. No. 11974.  Delaware Chancery Court. Breach of fiduciary duty action.  Testifying expert (deposition) on behalf of defendants.

The Litigation Trust of MDIP Inc. (Formerly known as Mosler Inc.) and its Affiliates v. Michel Rapoport, William A. Marquard, Thomas R. Wall, IV, Robert A. Young, III, and Kelso & Co., Inc. C.A. No. 03-CV-779-GMS.  United States District Court for the District of Delaware. Breach of fiduciary duty and fraudulent transfer claim. Consulting expert on behalf of defendants.

Donald L. Sturm; Donald L. Sturm Charitable Trust – Donald L. Sturm, TTEE; Sturm Family Foundation; Sturm Family Capital, LLP and Colorado Seminary v. Citigroup, Inc.; Citigroup global Markets, Inc. f/k/a Salomon Smith Barney; and Jack Grubman. NASD Arbitration Nos. 037612 & 037644.  Testifying expert (in arbitration) on behalf of defendants.

*DAGES, 8*

In Re Royal Ahold Securities and ERISA Litigation Case No. 03-MD-01539-CCB – United States District Court for the District of Maryland Northern Division.  Consulting expert for plaintiffs. Affidavit in support of the Plan of Allocation.

Venture Industries, et al v. Autoliv ASP, Inc., successor to Morton International. Inc., Autoliv, Inc. and Morton International, Inc. Case No. 99-75354 – United States District Court Eastern District of Michigan Southern Division.  Lost profits/breach of contract action.  Consulting expert on behalf of defendants on appeal.

Third Avenue Real Estate Value Fund, et al v. Butler Manufacturing Company and BSL Acquisition Corp. Del Ch., C.A. No. 641-N. Delaware Chancery Court Appraisal Action. Testifying (deposition and trial) on behalf of respondents.

Solo Cup Company, v. Dennis Mehiel, as Stockholders' Representative under the Merger Agreement between Solo Cup Company, Solo Acquisition Corp. and SF Holdings Group, Inc. Case No. 51 489 Y 01966 04 – Before the American Arbitration Association.  Consulting expert on behalf of plaintiff.

In Re Chiron Shareholders Deal Litigation. Case No. RG 05-230567. Superior Court of the State of California for the County of Alameda. Testifying expert (deposition) on behalf of defendant (Chiron).

In Re CMS Energy Securities Litigation. Civ. No. 02 CV 72004 (GCS). United States District Court Eastern District of Michigan.  Securities class action. Testifying expert (deposition) on behalf of plaintiffs.

In Re Worldcom, Inc. Securities Litigation. Master File No. 01 Civ. 3288 (DLC). United States District Court Southern District of New York.  IQ Holdings, Inc. sought compensation under Federal and Texas law for losses suffered on its Worldcom investments.  Submitted a rebuttal report on behalf of defendants Citigroup, Inc. and Citigroup Global Markets Inc. (f/k/a Salomon Smith Barney Inc.).

URS Corporation v. The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L., a/k/a/ Solidere.  Civil Action No. 06-415-SLR. United States District Court For the District of Delaware.  Testifying expert on behalf of plaintiff.

Carpenters Health & Welfare fund, et. al., v. The Coca-Cola Company, et. al. File No. 1:00-CV-2838-WBH.  United States District Court Northern District of Georgia Atlanta Division.  Securities class action.  Testifying expert (deposition) on behalf of defendant The Coca-Cola Company with respect to disclosure and accounting misstatement claims.

*DAGES, 9*

**CONFIDENTIAL**                    **APPENDIX A**

Radian International, LLC, The Lebanese Company for Development and Reconstruction of Beirut Central District, S.A.L. ("Solidere"), and URS Corporation. Case No. 14208/EC (C-14236/EC). International Chamber of Commerce International Court of Arbitration. Testifying expert on behalf of URS Corporation.

In re Tyco International Ltd. Securities Litigation (including multiple opt-out cases) MDL Docket No. 02-1335-B. United States District Court, District of New Hampshire, Consulting regarding accounting restatement and audit committee issues on behalf of defendant.

GE Funding Holdings, Inc., a Delaware Corporation, v. FGIC Corporation, C.A. No. 4012-CC. The Court of Chancery of the State of Delaware. Injunction hearing. Consulting expert on behalf of plaintiff.

Broadcom Corporation, et al. v. Fred B. Cox, et al. No. 4536-VSC & No. 4519-VCS. The Court of Chancery of the State of Delaware. Breach of fiduciary duty action involving anti-takeover provisions. Consulting on behalf of plaintiff.

IAC/Interactive Corp and Barry Diller v. Liberty Media Corporation, C.A. No. 3486-VCL. The Court of Chancery of the State of Delaware. Injunction hearing regarding spin-off transactions. Consulting expert on behalf of defendant.

In Re UnitedGlobalCom Shareholders Litigation. C.A. No. 1012-VCS. The Court of Chancery of the State of Delaware. Testifying expert (deposition) behalf of defendant (Liberty Media International) regarding fairness of merger consideration.

VOOM HD Holdings LLC v. Echostar Satellite LLC. Case No. 600292/08. Supreme Court of the State of New York, County of New York. Consulting expert on behalf of plaintiff.

Securities and Exchange Commission v. Warren B. Schmidgall and David E Watson. Case No. 4:08-cv-00677-GAF. United States District Court for the Western District of Missouri Western Division. Testifying expert (expert report, affidavit, deposition) on behalf of defendant David E. Watson.

Russian Federation General Prosecutor's Office v. M.B. Khodorkovsky and P.L. Lebedev, Criminal Case No. 18/432766-07. Khamovnicheskiy District Court, Moscow, Russia. Filed Specialist's report and participated in trial on behalf of defendants: M.B. Khodorkovsky and P.L. Lebedev.

In Re The Student Loan Corporation Litigation, Consolidated C.A. No. 5832 - VCL. The Court of Chancery of the State of Delaware. Affidavit on behalf of Defendant Citigroup, Inc. in preliminary injunction hearing.

*DAGES, 10*

CONFIDENTIAL                    **APPENDIX A**

Cancer Clinics of Excellence, LLC and CCE Partners, LLC v. McKesson Corporation and McKesson Specialty Care Distribution Joint Venture LP (Formerly Oncology Therapeutics Network Joint Venture, LP), Index No. 652124/2010 IAS Part 39. Supreme Court of the State of New York County of New York.  Affidavit on behalf of McKesson Corporation.

Liberty Media Corporation and Liberty Media LLC v. The Bank of New York Mellon Trust Company, N.A., as Trustee, C.A. No.: 5702-VCL.  In the Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition and trial) on behalf of plaintiffs.

Joel Krieger v. Wesco Financial Corporation, et al, C.A. No. 6176-VCL.  In the Court of Chancery of the State of Delaware.  Testifying expert (deposition) and Affidavit on behalf of Wesco Financial Corporation in preliminary injunction hearing.

In Re Barnes and Noble Stockholders Derivative Litigation, Consolidated C.A. No. 4813-CS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report and deposition) on behalf of plaintiffs.

In Re Rural/Metro Corporation Shareholders Litigation, Consolidated C.A. No. 6350-VCL.  The Court of Chancery of the State of Delaware.  Testifying expert (affidavit, expert reports, deposition and trial testimony) on behalf of plaintiff Joanna Jervis.

In Re Medco/Express Scripts Merger Litigation, Civil Action No. 11-4211(DMC)(MF). United States District Court, District of New Jersey.  Declaration on behalf of defendant Express Scripts.

Kraft Foods Global, Inc. v. Starbucks Corporation, JAMS Arbitration No. 1340008345. Expert report on damages and deposition on behalf of respondent Starbucks.

Kellogg Capital Markets LLC and Eric Rosenfeld v. Troy Group, Inc., Troy Group Holding Company, Inc., Patrick J. Dirk, and Brian P. Dirk.  C.A. No. 6455-CS.  The Court of Chancery of the State of Delaware.  Testifying expert (rebuttal report and deposition) on behalf of defendants.

In Re Feihe International, Inc. Shareholder Litigation, Lead Case No. 120906911 In the Third Judicial District Court In and For Salt Lake County, State of Utah. Declaration on behalf of defendant Feihe International.

In Re Sprint Nextel Corporation Shareholders Litigation, Consolidated Case No. 12CV08366.  In the District Court of Johnson County, Kansas.  Consulting expert on valuation and deal protection claims on behalf of defendant.

CommonWealth REIT, et al. v. Corvex Management LP, and Related Fund Management, LLC., American Arbitration Association No. 11-512-Y-276-13. Testifying expert (affidavit, expert report, arbitration hearing testimony) on behalf of claimant and counterclaim respondent the Trustees of CommonWealth REIT.

Gregg Lapointe, et al. v. Sigma-Tau Pharmaceuticals, Inc., et al., In the Circuit Court of Maryland for Montgomery County. Case No. 363433-v. Testifying expert (opening report and rebuttal report, deposition) on behalf of plaintiffs.

Douglas M. Hayes v. Activision Blizzard, Inc., et al. C.A. No. 8885-VCL.  The Court of Chancery of the State of Delaware.  Testifying expert (affidavit) on behalf of defendants in a preliminary injunction hearing regarding Activision's repurchase of shares owned by majority shareholder Vivendi S.A.

Santosh George Kottayil, et al., v. Insys Therapeutics, Inc., et al, In the Superior Court of Arizona for Maricopa County.  Case No. CV2009-028831.  Testifying expert (opening report, rebuttal report, deposition and trial testimony) on behalf of defendants.

Dennis Walter Bond, Sr., et al., v. Marriott International, Inc., et al., Civil Action No.: 8:10-cv-1256-RWT.  United States District Court, District of Maryland, Greenbelt Division.  Testifying expert (opening report, rebuttal report, supplemental report and deposition) on behalf of defendants.

Chris A. Davis v. 24 Hour Fitness Worldwide, Inc.  Civil Action No. 12-01370 GMS. In the United States District Court for the District of Delaware.  Testifying expert (opening report and deposition) on behalf of plaintiffs.

In Re Appraisal of NetSpend Holdings, Inc., C.A. No. 8807-VCG.  In the Court of Chancery of the State of Delaware.  Testifying expert (opening report) on behalf of petitioner.

In Re Jefferies Group, Inc. Shareholders Litigation, C.A. No. 8059-CS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report and deposition) on behalf of defendants.

In Re Dole Food Company, Inc., Stockholder Litigation, C.A. No. 8703-VCL and In Re Appraisal of Dole Food Company, Inc., C.A. No. 9079-VCL.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition and trial testimony) on behalf of plaintiffs.

In Re Cheniere Energy, Inc., C.A. No. 9766-VCL and In Re Cheniere Energy, Inc. Stockholders Litigation, C.A. No. 9710-VCL.  The Court of Chancery of the State of Delaware.  Testifying expert (report) on behalf of defendants.

*DAGES, 12*

**CONFIDENTIAL**                                          **APPENDIX A**

In Re Sauer-Danfoss, Inc. Stockholder Litigation, Consolidated C.A. No. 8396-VCL. The Court of Chancery of the State of Delaware.  Testifying expert (report, deposition) on behalf of defendants.

In Re Appraisal of DFC Global Corp., Consolidated C.A. No. 10107-CB.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition, trial testimony and post-opinion affidavit) on behalf of petitioners.

In re Working Capital Arbitration between United BioSource LLC and Bracket Holding Corp.  Testifying expert (declaration) on behalf of seller United BioSource.

TCV VI, L.P., TCV Member Fund, L.P., and Continental Investors Fund LLC v. TradingScreen Inc., et al., C.A. No. 10164-VCL.  The Court of Chancery of the State of Delaware.  Consulting expert on behalf of plaintiffs in preferred stock redemption dispute.

ACP Master, LTD., et al., v. Sprint Corporation, et al. C.A. No. 8508-VCL. ACP Master, LTD., et al., v. Clearwire Corporation. C.A. No. 9042-VCL. The Court of Chancery of the State of Delaware.  Consulting expert supporting the valuation expert for Sprint and Clearwire in fiduciary duty and appraisal actions regarding Sprint's acquisition of Clearwire.

In Re Cornerstone Therapeutics Inc. Stockholder Litigation, Consolidated C.A. No. 8922-VCG.  The Court of Chancery of the State of Delaware. Consulting expert on behalf of defendants in a successful mediation resolution of a breach of fiduciary duties complaint concerning a controlling shareholder acquisition.

Verition Multi-Strategy Master Fund Ltd. and Verition Partners Master Fund Ltd. v. Aruba Networks, Inc., C.A. No. 11448-VCL.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition and trial testimony) on behalf of defendants in appraisal action regarding the sale of Aruba Networks to Hewlett-Packard.

In Re Appraisal of PetSmart, Inc.  C.A. No. 10782-VCS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition and trial testimony) on behalf of petitioners.

Great Hill Equity Partners IV, LP, Great Hill Investors LLC, Fremont Holdco, Inc., and BlueSnap, Inc. (F/K/A Plimus) v. SIG Growth Equity Fund I, LLLP, et al., C.A. No. 7906-VCG.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, deposition and trial testimony) on behalf of plaintiffs.

*DAGES, 13*

Greg Saggio, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of Tecumseh Products Company v. Mueller Industries, Inc., Atlas Holdings LLC, et al. and Tecumseh Products Company, C.A. No. 2015-818-CB. State of Michigan, The 22nd Circuit Court for the County of Washtenaw. Testifying expert (opening report, deposition) on behalf of defendants.

Jeffrey L. Doppelt and Neil A. Dolgin, v. Windstream Holdings, Inc., et al. C.A. No. 10629-VCS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report) on behalf of defendants.

In re Ebix, Inc. Stockholder Litigation. Consolidated C.A. No. 8526-VCS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report, rebuttal report, deposition and trial testimony, settlement report) on behalf of defendants.

Middleby Marshall Inc. and Viking Range, LLC, f/k/a VRC Acquisition Company, LLC v. Fred E. Carl, Jr., et al.  C.A. No.: N15C-10-249 PRW.  The Superior Court of the State of Delaware.  Testifying expert (opening report, deposition) on behalf of plaintiffs.

Walworth Investments – LG, LLC, v. Mu Sigma, Inc. and Dhiraj C. Rajaram.  Case No. 2016-L-002470.  Circuit Court of Cook County, Illinois.  Testifying expert (opening report) on behalf of plaintiffs.

Adrian Dieckman v. Regency GP LP, Regency GP LLC. C.A. No. 11130-CB.  The Court of Chancery of the State of Delaware.  Testifying expert (rebuttal report, deposition and trial testimony) on behalf of defendants.

AMG Vanadium LLC v. Global Advanced Metals U.S.A., Inc.  Case No. N17C-03-1637 MMJ.  The Superior Court of the State of Delaware.  Testifying expert (rebuttal report, deposition) on behalf of defendant.

DBT Transportation Services LLC v. Vaisala, Inc.  C.A. No. 2019-1000-JTL.  The Court of Chancery of the State of Delaware.  Testifying expert (rebuttal report) on behalf of plaintiff.

Hawaii Structural Ironworkers Pension Trust Fund et al. v. AMC Entertainment Holdings, Inc. et al.  Case No. 1:18-CV-00299 (AJN).  United States District Court Southern District of New York.  Testifying expert (rebuttal report and deposition testimony) on behalf of defendants.

RCP Encore Holdings, LLC and Encore Rehabilitation Services, LLC v. Todd Haydock, Keely Kent, and Talia Overbeck.  C.A. No. 2021-0472-PAF.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report and deposition testimony in preliminary injunction motion) on behalf of defendants.

*DAGES, 14*

Nancy Lazar v. Edward S. Hyman, and ISI Holding, Inc.  C.A. No. 2020-0309-KSJM.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report and deposition testimony) on behalf of plaintiff.

Hollywood Firefighters' Pension Fund, et al. v. John C. Malone, Gregory B. Maffei, Gregg L. Engles, Ronald A. Duncan, Donne F. Fisher, and Richard R. Green.  C.A. No. 2020-0880-SG.  The Court of Chancery of the State of Delaware.  Testifying expert (rebuttal report and deposition testimony) on behalf of defendants in mootness fee dispute.

In the Matter of Jardine Strategic Holdings Limited and in the Matter of the Amalgamation Agreement Between JMH Investments Limited and JMH Bermuda Limited and Jardine Strategic Holdings Limited and in the Matter of Section 106 of the Companies Act of 1981.  2021 Nos. 107-109, 111-126.  In the Supreme Court of Bermuda Civil Jurisdiction (Commercial Court).  Testifying expert (rebuttal affidavit) on behalf of defendants (Jardine Matheson and Jardine Strategic) in dispute regarding discovery disclosures in appraisal litigation.

LightEdge Holdings LLC v. Brown Robin Capital, LLC., et al.  C.A. No. 2019-0710-JRS.  The Court of Chancery of the State of Delaware.  Testifying expert (opening report) on behalf of plaintiff.

Lazar Macovski v. Groupon, Inc., Rich Williams, and Melissa Thomas.  Case No. 1:20-cv-02581.  United States District Court Northern District of Illinois Eastern Division.  Consulting expert on behalf of defendants in securities action.

*DAGES, 15*

CONFIDENTIAL                                    APPENDIX B

## Materials Considered

### Case Filings

Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, November 8, 2019

### Securities and Exchange Commission Filings

Zuora, Inc. Prospectus Form 424B4, April 11, 2018

Zuora, Inc.  Form 10-Q, April 30, 2018

Zuora, Inc. Form 10-K, January 31, 2019

Zuora, Inc.  Form 10-Q, April 30, 2019

### Deposition Transcripts

Deposition Transcript and Exhibits of Robert Hildenbrand, March 22, 2022

Deposition Transcript and Exhibits of Karthik Ramamoorthy, March 24, 2022

Deposition Transcript and Exhibits of Tyler Sloat, April 22, 2022

Deposition Transcript and Exhibits of Tien Tzuo, April 27, 2022

Deposition Transcript and Exhibits of Marc Diouane, May 5, 2022

### Bates-stamped Documents

ZUO_00000192-226

ZUO_00000665-748

ZUO_00000749-802

ZUO_00000803-853

ZUO_00000906-933

ZUO_00000992-1040

ZUO_00001166-192

ZUO_00119879

ZUO_00121424

1

ZUO_00177352

ZUO_00205855-59

ZUO_00214503-505

ZUO_00249589-591

ZUO_00274106-108

ZUO_00274711-714

ZUO_00303088

ZUO_00326338

ZUO_00327212

ZUO_00329887-899

ZUO_00407064-074

ZUO_00422115-170

ZUO_00448803

ZUO_00448804

ZUO_00448805

ZUO_00448806

ZUO_00448807

ZUO_00448808

ZUO_00448809

ZUO_00448810

ZUO_00448811-822

ZUO_00448823-824

ZUO_00448825-827


**Other Public Documents**

"Zuora Announces Pricing of Initial Public Offering," *Business Wire*, April 11, 2018 (8:43 PM)

"Zuora Reports Record Fourth Quarter and Full Year Fiscal 2019 Results," *Business Wire*, March 21, 2019 (4:10 PM)

"Zuora Reports First Quarter Fiscal 2020 Results," *Business Wire*, May 30, 2019 (4:14 PM)

2

"Zuora files 8-K – Director, Officer or Compensation Filings > ZUO," *Dow Jones Institutional News*, May 30, 2019 (4:13 PM)

Zuora, Inc. NYSE: ZUO FQ1 2020 Earnings Call Transcripts, Thursday May 30, 2019 (9:00 PM GMT)

**Data Sources**

Bloomberg, L.P.

**CONFIDENTIAL**                                                        **EXHIBIT 1**

**Comparison of Zuora FY 2020 Plan and February 28, 2019 Draft Revenue Guidance**

| (in $ millions) | FY 2020 Plan [1] Plan | BOD 2/28/19 Guidance (ASC 605) [2] Low | High | Impact of ASC 606 [2] | BOD 2/28/19 Guidance (ASC 606) [2] Low | High |
|---|---|---|---|---|---|---|
| **Q1 2020** | | | | | | |
| Subscription Revenue | $48.7 | ■ | ■ | ■ | ■ | ■ |
| Global Services Revenue | $19.0 | | | | | |
| Total Revenue | $67.7 | | | | | |
| | | | | | | |
| **FY 2020** | | | | | | |
| Subscription Revenue | $220.9 | ■ | ■ | ■ | ■ | ■ |
| Global Services Revenue | $86.7 | | | | | |
| Total Revenue | $307.7 | | | | | |

**Sources:**

[1] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893). I understand the FY 2020 Plan used ASC 605.

[2] Board of Directors Meeting Materials, February 28, 2019 (ZUO_00000906-933 at 913).

**CONFIDENTIAL**  **EXHIBIT 2**

**Zuora Revenue - Impact of Keystone Integration Issues on March 2019 FY 2020 Forecast and March 21, 2019 Revenue Guidance**

| (in $ millions) | Zuora FY 2020 Plan (ASC 605) | | | Zuora's Revenue Guidance (ASC 605) | | | | | | Zuora's Reveue Guidance (ASC 606) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2020 Plan [1] | Keystone Impact [1] | March Forecast [1] | 2/28/19 BOD Guidance [2] Low | High | Keystone Impact [3] | Other Changes [4] | March Guidance [6] Low | High | 2/28/19 BOD Guidance [2] Low | High | Keystone Impact [3] | Other Changes [4] | Increm. ASC 606 Impact [5] | March Guidance [6] Low | High |
| **Q1 2020** | | | | | | | | | | | | | | | | |
| Billing | $12 1 | | $12 1 | | | | | | | | | | | | | |
| RevPro | $6 5 | ($1 2) | $5 3 | | | | | | | | | | | | | |
| Other | $0 5 | | $0 5 | | | | | | | | | | | | | |
| Total Global Services | $19 0 | ($1 2) | $17 9 | ██ | ██ | ($1 0) | $0 5 | $17 5 | $18 0 | ██ | ██ | ($1 0) | $0 5 | ($0 5) | $17 5 | $18 0 |
| Total Subscription | $48 7 | ($0 4) | $48 3 | ██ | ██ | ($0 5) | $0 5 | $47 5 | $48 0 | ██ | ██ | ($0 5) | $0 5 | ($0 5) | $46 0 | $46 5 |
| Total Revenue | $67 7 | ($1 6) | $66 1 | ██ | ██ | ($1 5) | $1 0 | $65 0 | $66 0 | ██ | ██ | ($1 5) | $1 0 | ($1 0) | $63 5 | $64 5 |
| **FY 2020** | | | | | | | | | | | | | | | | |
| Billing | $55 4 | | $55 4 | | | | | | | | | | | | | |
| RevPro | $28 9 | ($3 4) | $25 5 | | | | | | | | | | | | | |
| Other | $2 4 | | $2 4 | | | | | | | | | | | | | |
| Total Global Services | $86 7 | ($3 4) | $83 3 | ██ | ██ | ($3 5) | $1 5 | $79 0 | $81 0 | ██ | ██ | ($3 5) | $1 5 | $0 0 | $80 0 | $82 0 |
| Total Subscription | $220 9 | ($1 0) | $219 9 | ██ | ██ | ($1 0) | $0 0 | $214 0 | $216 5 | ██ | ██ | ($1 0) | $0 0 | ($2 0) | $209 0 | $211 5 |
| Total Revenue | $307 7 | ($4 4) | $303 3 | ██ | ██ | ($4 5) | $1 5 | $293 0 | $297 5 | ██ | ██ | ($4 5) | $1 5 | ($2 0) | $289 0 | $293 5 |

**Sources:**

[1] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 893), which attributes the entire change between FY 2020 Plan and current forecast to Keystone impact on RevPro  For FY 2020 Plan GS breakout, see also FY'20 GS Plan Comparison, May 20, 2019 (ZUO_00407064-74 at 65) and FY20 Plan - Global Services - v2 - Final Plan xlsx (ZUO_00448804) at "FY20 Plan Summary tab "

[2] Board of Directors Meeting Materials, February 28, 2019 (ZUO_00000906-933 at 913)

[3] Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-899 at 895) and ZUO_00326338 ("Q4'19 Guidance" tab)

[4] ZUO_00326338 ("Q4'19 Guidance" tab)

[5] Incremental ASC 606 impact equals remaining change between low end of February 28, 2019 BOD Guidance under ASC 606 and low end of March 21, 2019 Guidance not explained by Keystone Impact (shown in both the March 11, 2019 Keystone Financial Impact Analysis presentation and ZUO_00326338 ("Q4'19 Guidance" tab)) and "Other Changes" (shown in ZUO_00326338 ("Q4'19 Guidance" tab))

[6] Zuora Q4 2019 Earnings Release, March 21, 2019 and ZUO_00326338 ("Q4'19 Guidance" tab)  ZUO_00326338 ("Q4'19 Guidance" tab) shows that the high end of FY 2020 guidance adds $0 5 million that is unexplained by changes in Keystone Impact, "Other Changes," and ASC 606 Impact

**CONFIDENTIAL**                                         **EXHIBIT 3**

**Zuora's Support for Reducing FY 2020 Guidance for Subscription Revenues on May 30, 2019**

|  | FY'20 Plan | Post Q1'20 Updated Scenarios | | | |
|---|---|---|---|---|---|
|  |  | A | B | C | D |
| **Bookings [1]** |  |  |  |  |  |
| % Reduction (Q2-Q4) |  | 0% | -10% | -15% | -24% |
| Q1 | $15.5 | $11.9 | $11.9 | $11.9 | $11.9 |
| Q2 | $18.9 | $18.9 | $17.0 | $16.1 | $13.5 |
| Q3 | $21.7 | $21.7 | $19.5 | $18.4 | $15.0 |
| Q4 | $24.7 | $24.7 | $22.2 | $21.0 | $18.8 |
| Total | $80.8 | $77.2 | $70.7 | $67.4 | $59.3 |
| **Churn [2]** |  |  |  |  |  |
| Q1 | ($4.0) | ($4.3) | ($4.3) | ($4.3) | ($4.3) |
| Q2 | ($4.1) | ($4.5) | ($4.5) | ($4.5) | ($5.4) |
| Q3 | ($4.5) | ($4.5) | ($4.5) | ($4.5) | ($5.5) |
| Q4 | ($5.2) | ($5.2) | ($5.2) | ($5.2) | ($5.2) |
| Total | ($17.8) | ($18.5) | ($18.5) | ($18.5) | ($20.4) |
| **Net ARR Increase [3]** |  |  |  |  |  |
| Q1 | $11.5 | $7.6 | $7.6 | $7.6 | $7.6 |
| Q2 | $14.8 | $14.4 | $12.5 | $11.6 | $8.1 |
| Q3 | $17.2 | $17.2 | $15.0 | $13.9 | $9.5 |
| Q4 | $19.5 | $19.5 | $17.0 | $15.8 | $13.6 |
| Total | $63.0 | $58.7 | $52.1 | $48.9 | $38.8 |

|  | Plan @ Q4 Earnings | Post Q1'20 Updated Scenarios | | | |
|---|---|---|---|---|---|
|  |  | A | B | C | D |
| **Subscription Revenues [4]** |  |  |  |  |  |
| Q1 | $47.1 | $47.3 | $47.3 | $47.3 | $47.3 |
| Q2 | $51.9 | $50.9 | $50.8 | $50.7 | $50.6 |
| Q3 | $55.2 | $54.1 | $53.6 | $53.3 | $52.4 |
| Q4 | $60.3 | $59.2 | $58.1 | $57.5 | $55.4 |
| Total | $214.5 | $211.5 | $209.7 | $208.8 | $205.7 |
| **Beat / Buffer [5]** |  |  |  |  |  |
| Q1 |  | $0.0 | $0.0 | $0.0 | $0.0 |
| Q2 |  | ($0.7) | ($0.7) | ($0.7) | ($1.3) |
| Q3 |  | ($1.3) | ($1.3) | ($1.3) | ($0.4) |
| Q4 |  | ($1.5) | ($1.5) | ($1.5) | ($1.0) |
| Total |  | ($3.5) | ($3.5) | ($3.5) | ($2.7) |
| **Support for Guidance Provided on May 30, 2019 [6]** |  |  |  |  |  |
| Q1 |  | $47.3 | $47.3 | $47.3 | $47.3 |
| Q2 |  | $50.2 | $50.1 | $50.0 | $49.3 |
| Q3 |  | $52.9 | $52.3 | $52.0 | $52.0 |
| Q4 |  | $57.7 | $56.6 | $56.0 | $54.4 |
| Total |  | $208.1 | $206.3 | $205.4 | $203.0 |
| **Guidance Range Provided on May 30, 2019 [7]** |  |  |  |  | $200 - $206 |
| **Guidance Range Provided on March 21, 2019 [8]** |  |  |  |  | $209 - $211.5 |

|  | 3/21/19 Midpoint Guidance | Change in Guidance from March 21, 2019 | | | |
|---|---|---|---|---|---|
| Q1 | $46.3 | $1.1 | $1.1 | $1.1 | $1.1 |
| Q2 | $51.2 | ($1.0) | ($1.1) | ($1.1) | ($1.9) |
| Q3 | $54.1 | ($1.2) | ($1.7) | ($2.0) | ($2.0) |
| Q4 | $58.8 | ($1.1) | ($2.2) | ($2.8) | ($4.4) |
| Total | $210.3 | ($2.2) | ($4.0) | ($4.9) | ($7.3) |

CONFIDENTIAL                                                                    EXHIBIT 3

**Zuora's Support for Reducing FY 2020 Guidance for Subscription Revenues on May 30, 2019**

**Source:** ZUO_00327212 ("Sub Revenues" tab).

**Notes:**

[1] Q1 = actual results; Q2 - Q4 = Plan @ Q4 Earnings * (1 - Reduction %). Under Scenario D, the model adjusts downward the bookings projected in the FY 2020 Plan by -24% and then made an additional adjustment of -$0.9 million (Q2) and -$1.5 million (Q3). See ZUO_00327212 ("Sub Revenues" tab, cells M10 and M11).

[2] Scenarios A - C increase Q2 churn by $0.4 million over FY 2020 Plan, while Scenario D increases Q2 churn (+$1.3 million) and Q3 churn (+$1.0 million) over the FY 2020 Plan.

[3] = [1] + [2]

[4] I understand that Zuora's May Forecast was based on Scenario D. Q1 = actual results; Q2 - Q4 = Plan @ Q4 Earnings + 25% of miss in Net ARR (i.e., Post Q1'20 Updated Net ARR - Plan @ Q4 Earnings Net ARR) for previous quarter(s) + approx. 5% of current quarter's miss in Net ARR.

[5] Represents an additional downward adjustment (i.e., a "buffer" or "cushion") between managements calculated guidance for Q2 - Q4 2020 and its reported guidance.

[6] = [4] + [5]

[7] Zuora Q1 2020 Earnings Release, May 30, 2019.

[8] Zuora Q4 2019 Earnings Release, March 21, 2019.

**CONFIDENTIAL**                                                                                               **EXHIBIT 4**

**Zuora Global Services - Capacity Model Comparison (March 2019 FY 2020 Forecast vs. May 2019 FY 2020 Forecast)**

| | March 2019 FY 2020 Forecast | | | | May 2019 FY 2020 Forecast | | | | Δ in May 2019 FY 2020 Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | FY |
| **Net Work Days** | 58 | 64 | 65 | 60 | 58 | 64 | 65 | 60 | 0 | 0 | 0 | 0 | 0 |
| **Billable Headcount** | | | | | | | | | | | | | |
| **Billing** | **161** | **183** | **200** | **200** | **152** | **158** | **175** | **176** | **(9)** | **(25)** | **(25)** | **(24)** | **(24)** |
| AMER | 105 | 112 | 120 | 120 | 97 | 100 | 113 | 113 | (8) | (12) | (7) | (7) | (7) |
| EMEA | 31 | 38 | 40 | 40 | 30 | 33 | 35 | 36 | (1) | (5) | (5) | (4) | (4) |
| APJ | 15 | 16 | 17 | 17 | 15 | 15 | 15 | 15 | 0 | (1) | (2) | (2) | (2) |
| Chennai | 10 | 17 | 23 | 23 | 10 | 10 | 12 | 12 | 0 | (7) | (11) | (11) | (11) |
| **Revpro** | **76** | **76** | **92** | **103** | **71** | **75** | **77** | **77** | **(5)** | **(1)** | **(15)** | **(26)** | **(26)** |
| AMER | 40 | 40 | 48 | 55 | 38 | 40 | 40 | 40 | (2) | 0 | (8) | (15) | (15) |
| EMEA | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | (1) | (1) | (1) |
| APJ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chennai | 35 | 35 | 42 | 46 | 32 | 34 | 36 | 36 | (3) | (1) | (6) | (10) | (10) |
| Consultants | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 0 | 0 | 0 | 0 | 0 |
| **Client Mgmt** | **24** | **28** | **32** | **33** | **21** | **26** | **26** | **26** | **(3)** | **(2)** | **(6)** | **(7)** | **(7)** |
| AMER | 16 | 19 | 20 | 20 | 13 | 17 | 17 | 17 | (3) | (2) | (3) | (3) | (3) |
| EMEA | 7 | 8 | 11 | 12 | 7 | 8 | 8 | 8 | 0 | 0 | (3) | (4) | (4) |
| APJ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Chennai | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Avg Bill Rate** | | | | | | | | | | | | | |
| **Billing** | | | | | | | | | | | | | |
| AMER | $220 | $220 | $220 | $220 | $220 | $220 | $220 | $220 | $0 | $0 | $0 | $0 | $0 |
| Chennai | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $0 | $0 | $0 | $0 | $0 |
| **Revpro** | | | | | | | | | | | | | |
| AMER | $195 | $195 | $195 | $195 | $195 | $195 | $195 | $195 | $0 | $0 | $0 | $0 | $0 |
| Chennai | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $0 | $0 | $0 | $0 | $0 |
| **Client Mgmt** | | | | | | | | | | | | | |
| AMER | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $0 | $0 | $0 | $0 | $0 |
| Chennai | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Avg Utilization Rate** | | | | | | | | | | | | | |
| Billing - Onshore | 64 9% | 63 7% | 63 6% | 64 8% | 64 9% | 63 0% | 59 0% | 60 0% | 0 0% | (0 7%) | (4 6%) | (4 8%) | (4 8%) |
| Billing - Chennai | 25 0% | 25 0% | 25 0% | 25 0% | 25 0% | 25 0% | 25 0% | 25 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| Revpro - Chennai | 50 0% | 50 0% | 50 0% | 50 0% | 50 0% | 50 0% | 50 0% | 50 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| Revpro - SubK | 85 0% | 85 0% | 85 0% | 85 0% | 85 0% | 85 0% | 85 0% | 85 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| Revpro - US | 80 0% | 82 0% | 75 0% | 73 0% | 75 0% | 75 2% | 76 5% | 80 0% | (5 0%) | (6 8%) | 1 5% | 7 0% | 7 0% |
| Client Mgmt - Onshore | 20 0% | 20 0% | 20 0% | 20 0% | 20 0% | 20 0% | 20 0% | 20 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| **Subscription Revenue** | | | | | | | | | | | | | |
| Billing | $10,002,197 | $11,910,779 | $12,880,262 | $12,113,767 | $9,406,039 | $10,502,554 | $11,001,848 | $10,391,040 | ($596,157) | ($1,408,225) | ($1,878,414) | ($1,722,727) | ($5,605,523) |
| Billing - Chennai | $75,400 | $141,440 | $194,350 | $179,400 | $75,400 | $83,200 | $101,400 | $93,600 | $0 | ($58,240) | ($92,950) | ($85,800) | ($236,990) |
| Billing SubK revenue | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $950,000 | $1,000,000 | $0 | $0 | ($50,000) | $0 | ($50,000) |
| Billing Billable Expense | $500,000 | $400,000 | $400,000 | $400,000 | $500,000 | $425,000 | $425,000 | $425,000 | $0 | $25,000 | $25,000 | $25,000 | $75,000 |
| Billing - Q4 Milestone push to Q1 | $150,000 | | | | $250,000 | $150,000 | | | $100,000 | $150,000 | $0 | $0 | $250,000 |
| Revpro | $2,967,744 | $3,356,621 | $3,802,500 | $3,894,696 | $2,646,540 | $3,078,267 | $3,180,411 | $3,070,080 | ($321,204) | ($278,354) | ($622,089) | ($824,616) | ($2,046,263) |
| Revpro Chennai | $529,200 | $554,400 | $665,280 | $728,640 | $483,840 | $538,560 | $570,240 | $570,240 | ($45,360) | ($15,840) | ($95,040) | ($158,400) | ($314,640) |
| Revpro SubK | $2,588,352 | $2,715,648 | $2,758,080 | $2,545,920 | $2,588,352 | $2,715,648 | $2,758,080 | $2,545,920 | $0 | $0 | $0 | $0 | $0 |
| Revpro Billable Expense | $100,000 | $100,000 | $100,000 | $100,000 | $60,000 | $50,000 | $75,000 | $75,000 | ($40,000) | ($50,000) | ($25,000) | ($25,000) | ($140,000) |
| Revpro Term License | $137,424 | $136,751 | $136,751 | $136,751 | $137,424 | $136,751 | $136,751 | $136,751 | $0 | $0 | $0 | $0 | $0 |
| Client Mgmt | $556,800 | $716,800 | $832,000 | $792,000 | $487,200 | $665,600 | $676,000 | $624,000 | ($69,600) | ($51,200) | ($156,000) | ($168,000) | ($444,800) |
| **Total** | **$18,607,117** | **$21,032,439** | **$22,769,223** | **$21,891,174** | **$17,634,795** | **$19,345,579** | **$19,874,730** | **$18,931,631** | **($972,321)** | **($1,686,859)** | **($2,894,493)** | **($2,959,543)** | **($8,513,216)** |
| **Total RevPro [1]** | **$6,352,336** | **$6,941,709** | **$7,575,460** | **$7,506,856** | **$5,924,892** | **$6,582,155** | **$6,786,531** | **$6,448,440** | **($427,444)** | **($359,554)** | **($788,929)** | **($1,058,416)** | **($2,634,343)** |

**Sources:** March Forecast: FY20 Plan - Global Services - v3 Keystone Impact - March 11, 2019, 3_45 PM xlsx (ZUO_00448805) at "Capacity Model" tab; May Forecast: FY20 Plan - GS - v4 Keystone Impact + Re-FCST - May 19, 2019, 8_45 PM xlsx (ZUO_00448806) at "Capacity Model" tab

**Note:**

[1] Total RevPro equals the sum of revenue in the line items Revpro, Revpro Chennai, Revpro SubK, Revpro Billable Expense and Revpro Term License plus 30% of the revenue for Client Mgmt

CONFIDENTIAL                    **EXHIBIT 5**

**Zuora Global Services - FY 2020 Plan Comparison (March 2019 FY 2020 Forecast vs. May 2019 FY 2020 Forecast)**

| (in $000s) | FY 2020 Plan | March 2019 FY 2020 Forecast [1] | | | | | May 2019 FY 2020 Forecast [2] | | | | | Δ in May 2019 FY 2020 Forecast | | | | | RevPro Share [4] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | FY20 | Q1 | Q2 | Q3 | Q4 | FY20 | Q1 | Q2 | Q3 | Q4 | FY20 | % | $ |
| **Revenue** | | | | | | | | | | | | | | | | | | |
| 606 Assumption | | | | | | | 1,076 | 250 | 250 | 250 | 1,826 | 1,076 | 250 | 250 | 250 | 1,826 | 0% | 0 |
| Billing | 55,376 | 12,117 | 13,954 | 15,057 | 14,248 | 55,376 | 10,601 | 12,627 | 12,951 | 12,346 | 48,526 | (1,516) | (1,327) | (2,106) | (1,901) | (6,850) | 0% | 0 |
| - Shutterstock | | | | | | | | (350) | | | (350) | 0 | (350) | 0 | 0 | (350) | 0% | 0 |
| Revpro | 28,375 | 6,352 | 6,942 | 7,575 | 7,507 | 28,376 | 5,832 | 6,582 | 6,787 | 6,448 | 25,649 | (520) | (360) | (789) | (1,058) | (2,727) | 55% | (1,504) |
| Keystone Impact | 0 | (1,179) | (1,600) | (800) | | (3,579) | (1,200) | (1,900) | (600) | | (3,700) | (21) | (300) | 200 | 0 | (121) | 100% | (121) |
| Keystone Mitigation Plan | | | 200 | | | 200 | | 600 | | | 600 | 0 | 400 | 0 | 0 | 400 | 100% | 400 |
| RP Term License | 548 | 137 | 137 | 137 | 137 | 548 | | | | | 0 | (137) | (137) | (137) | (137) | (548) | 0% | 0 |
| *Client Mgmt* [3] | *2,898* | *557* | *717* | *832* | *792* | *2,898* | *487* | *666* | *676* | *624* | *2,453* | *(70)* | *(51)* | *(156)* | *(168)* | *(445)* | 0% | 0 |
| Training | 2,248 | 425 | 504 | 610 | 709 | 2,248 | 320 | 420 | 500 | 575 | 1,815 | (105) | (84) | (110) | (134) | (433) | 0% | 0 |
| SSG | 200 | 50 | 50 | 50 | 50 | 200 | 120 | 50 | 50 | 50 | 270 | 70 | 0 | 0 | 0 | 70 | 0% | 0 |
| CO Push + AR + Credit | | | | | | | | (100) | (200) | (200) | (500) | 0 | (100) | (200) | (200) | (500) | 100% | (500) |
| **Total Revenue** | 86,747 | 17,903 | 20,186 | 22,630 | 22,650 | 83,369 | 16,749 | 18,179 | 19,738 | 19,470 | 74,136 | (1,154) | (2,008) | (2,892) | (3,180) | (9,233) | 19% | (1,725) |
| Billing | 55,376 | 12,117 | 13,954 | 15,057 | 14,248 | 55,376 | 10,601 | 12,277 | 12,951 | 12,346 | 48,176 | (1,516) | (1,677) | (2,106) | (1,901) | (7,200) | | |
| RevPro | 28,923 | 5,311 | 5,678 | 6,912 | 7,644 | 25,545 | 4,632 | 5,282 | 6,187 | 6,448 | 22,549 | (679) | (396) | (726) | (1,195) | (2,996) | | |

**Sources:** FY 2020 Plan and March Forecast: FY20 Plan - Global Services - v3 Keystone Impact - March 11, 2019, 3_45 PM xlsx (ZUO_00448805) at "FY20 Plan Summary" tab; May Forecast: FY20 Plan - GS - v4 Keystone Impact + Re-FCST - May 19, 2019, 8_45 PM xlsx (ZUO_00448806) at "FY20 Plan Summary" tab

**Notes:**

[1] FY 2020 amounts approximate those labeled as "Forecast" in Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-99 at 893)  See, also, **Exhibit 2**

[2] Q1 forecast based on actual results, Q2 - Q4 forecasts based on capacity model (see **Exhibit 4**) except for RP Term License assumed to be $0 in May Forecast  Agrees with forecast labeled "V4 'Floor' Plan (Commit)" in FY'20 GS Plan Comparison, May 20, 2019 presentation (ZUO_00407064-74 at 68)

[3] Client management revenue and expense is allocated 70% to Billing and 30% to RevPro line items

[4] Estimate of the impact on the change in forecast from the Keystone Integration Issues equals change FY 2020 Plan revenue between March and May attributable directly to Keystone (Impact less Mitigation Plan, or -$0 279 million), accounts receivable credit of -$0 5 million, and 55% of miss in RevPro revenue of -$2 727 million (-$1 504 million) based on RevPro cross-selling 55% share of the miss in Q1 2020 RevPro subscription bookings  See **Exhibits 8 & 9**

**CONFIDENTIAL**                                                                                    **EXHIBIT 6**

**Zuora May Forecast vs. May 30, 2019 Revenue Guidance**

| (in $ millions) | May Forecast [1] | Q1 Delta/FY Downward Revision | | 5/30/19 Press Release Actual/Guidance [2] | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| **Q1 2020** | | | | | |
| Subscription Revenue | $47.3 | $0.0 | | $47.3 | |
| Global Services Revenue | $16.7 | $0.1 | | $16.8 | |
| Total Revenue | $64.0 | $0.1 | | $64.1 | |
| | | | | | |
| **FY 2020** | | | | | |
| Subscription Revenue | $205.7 | ($5.7) | $0.3 | $200.0 | $206.0 |
| Global Services Revenue | $74.1 | ($6.1) | ($2.1) | $68.0 | $72.0 |
| Total Revenue | $279.8 | ($11.8) | ($1.8) | $268.0 | $278.0 |

**Sources:**

[1] See **Exhibit 3** (Subscription Revenues) and **Exhibit 5** (Global Services Revenues).

[2] Zuora Q1 2020 Earnings Release, May 30, 2019.

**CONFIDENTIAL**                                   **EXHIBIT 7**

### Zuora Revenue Guidance - March 21 vs. May 30, 2019

| (in $ millions) | 3/21/19 Press Release Guidance [1] | | Q1 Delta/FY Downward Revision [2] | | 5/30/19 Press Release Actual/Guidance [3] | |
|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High |
| **Q1 2020** | | | | | | |
| Subscription Revenue | $46.0 | $46.5 | $1.3 | $0.8 | $47.3 | |
| Global Services Revenue | $17.5 | $18.0 | ($0.7) | ($1.2) | $16.8 | |
| Total Revenue | $63.5 | $64.5 | $0.6 | ($0.4) | $64.1 | |
| **FY 2020** | | | | | | |
| Subscription Revenue | $209.0 | $211.5 | ($9.0) | ($5.5) | $200.0 | $206.0 |
| Global Services Revenue | $80.0 | $82.0 | ($12.0) | ($10.0) | $68.0 | $72.0 |
| Total Revenue | $289.0 | $293.5 | ($21.0) | ($15.5) | $268.0 | $278.0 |

**Note:** All amounts under ASC 606.

**Sources:**

[1] Zuora Q4 2019 Earnings Release, March 21, 2019.

[2] Revision downward to reflect the most pessimistic scenario (Scenario D), consistent with 24% miss in Q1 Subscription Revenue Bookings. See ZUO_00327212 (Sub Revenues and Total Revenues tabs).

[3] Zuora Q1 2020 Earnings Release, May 30, 2019.

**CONFIDENTIAL**                                                                 **EXHIBIT 8**

**Zuora Q1 FY 2020 RevPro Closed Deals**

| Opportunity Name | Type [1] | ACV Projected [1] | ACV Closed [2] | ACV Miss | Close Date [2] | Joint Prospect in Q1 2020 [3] | Existing Billing Customer [4] |
|---|---|---|---|---|---|---|---|
| [1] | Upsell / Add-On | $17,040 | $17,040 | $0 | 2/8/2019 | | |
| [2] | Contracted Ramp | $50,000 | $50,000 | $0 | 3/28/2019 | | |
| [3] | Upsell / Add-On | $45,000 | $45,000 | $0 | 3/29/2019 | | |
| [4] | New Business | $350,000 | $350,000 | $0 | 3/29/2019 | | |
| [5] | Contracted Ramp | $41,775 | $41,775 | $0 | 4/3/2019 | | |
| [6] | Upsell / Add-On | | $550 | $550 | 4/9/2019 | | |
| [7] | Upsell / Add-On | $16,950 | $34,890 | $17,940 | 4/11/2019 | | |
| [8] | Upsell / Add-On | $34,000 | $34,720 | $720 | 4/30/2019 | X | |
| [9] | New Business | | $50,000 | $50,000 | 4/30/2019 | | |
| [10] | Upsell / Add-On | | $135,000 | $135,000 | 4/30/2019 | | |
| [11] | New Business | $400,000 | $335,000 | ($65,000) | 4/30/2019 | | |
| [12] | Upsell / Add-On | $85,000 | $108,500 | $23,500 | 4/30/2019 | | X |
| [13] | Contracted Ramp | $16,500 | $16,500 | $0 | 4/30/2019 | | |
| [14] | Contracted Ramp | $45,000 | $45,000 | $0 | 4/30/2019 | | |
| [15] | Contracted Ramp | $86,744 | $86,744 | $0 | 4/30/2019 | X | X |
| [16] | New Business | $50,000 | | ($50,000) | | | |
| [17] | Contracted Ramp | $40,000 | | ($40,000) | | X | X |
| [18] | New Business | $175,000 | | ($175,000) | | | |
| [19] | New Business | $150,000 | | ($150,000) | | | |
| [20] | Upsell / Add-On | $275,000 | | ($275,000) | | | X |
| **Total** | | **$1,878,009** | **$1,350,719** | **($527,290)** | | | |

**Subtotals:**

| | | | | |
|---|---|---|---|
| New Business | $1,125,000 | $735,000 | ($390,000) |
| Upsell + Contracted Ramp | $753,009 | $615,719 | ($137,290) |
| Cross-sell [5] | $520,744 | $229,964 | ($290,780) |
| Cross-sell as % of Total RevPro | 28% | 17% | 55% |

**Note:**

[1] "CTTP reconciliation plans (Q1'20) xlsx" (ZUO_00448803), "RevPro (315)" tab, except for ALLDATA, which uses type from "FY'20Q Pipeline vs  Close xlsx" (ZUO_00448808) at "Q1 Closed Deals" tab  Represents amount of projected bookings according to most recent pipeline data before March 21, 2019 revenue guidance (i e , as of March 15, 2019)

[2] "FY'20Q Pipeline vs  Close xlsx" (ZUO_00448808) at "Q1 Closed Deals" tab  Deals identified by filtering FY16 Segment = "RevPro"

[3] For the customers with ACV as of March 15, 2019, a joint prospect indicates the customer is listed within Q1 2020 CTTP for STRAT, EMEA, ENT, COM, or ANZ per "CTTP reconciliation plans (Q1'20) xlsx" (ZUO_00448803)  Based on "FY'20Q Pipeline vs  Close xlsx" (ZUO_00448808) at "Q1 Closed Deals" tab, I determined that Zuora closed on the prospective Billing subscription booking prior to the end of Q1 2020 for ▮▮▮▮▮▮▮▮▮▮  I also reviewed the pipeline data for Billing customers as of March 15, 2019 to determine whether any of those customers were existing RevPro customers  In addition to ▮▮▮▮▮ was an existing RevPro customer with $125 thousand in Billing ACV Projected as of March 15, 2019 and ACV Closed of $235 thousand in Q1 2020  See "CTTP reconciliation plans (Q1 '20) xlsx" (ZUO_00448803), at "Ent Com ANZ (315)"tab and "FY'20Q Pipeline vs  Close xlsx" (ZUO_00448808), at "Q1 Closed Deals" tab

[4] For the customers with ACV as of March 15, 2019, I indicate whether the prospect was an existing Billing customer as of February 1, 2019 per "RevPro and Billings Customers as of 2 1 2019  division xlsx" (ZUO_00448809), "Billing Customers" tab  I exclude ▮▮▮ (item 19) as an existing customer even though the customer list included a customer name ▮▮▮▮▮▮▮ as a Billing customer (see "Billing Customer" tab, row 100) because (1) as noted in the exhibit above, the CTTP file lists the prospect as New Business, (2) the billing data indicates the subscription term ended July 30, 2018 (see "21861_20220620_182937 (raw data" tab, row 5686), and (3) the previous Billing contract related to the entity tha ▮▮▮▮▮▮▮ which was subsequently spun off and the RevPro contract was transferred to the spun-off entity ▮▮▮  ZUO_00448825-827

[5] For the customers with ACV as of March 15, 2019, cross-sell indicates the customer is listed as either a Joint Prospect or an Existing Customer according to the criteria in [3] and [4]

CONFIDENTIAL    EXHIBIT 9

## Zuora Q1 2020 New Business & Upsell Bookings - Plan vs. Actual

| (in $ millions) | 2/28/19 BOD Presentation [1] | | FY'20 Q1 Level 2 Presentation Actual [2] | 5/22/19 BOD Presentation Actual [3] | Sales Pipeline and Closed Bookings Data [4] | | |
|---|---|---|---|---|---|---|---|
| | Commit | CTTP | | | Projected | Actual | Δ |
| **New Business** | | | | | | | |
| RevPro | | | $0.735 | | $1.125 | $0.735 | ($0.390) |
| All Other Products | | | $4.845 | | $8.903 | $4.845 | ($4.058) |
| Total | | | $5.580 | | $10.028 | $5.580 | ($4.448) |
| | | | | | | | |
| **Upsell** | | | | | | | |
| RevPro Cross-Sell | | | $0.244 | | $0.521 | $0.230 | ($0.291) |
| RevPro Other Upsell | | | $0.371 | | $0.232 | $0.386 | $0.153 |
| RevPro Total | | | $0.615 | | $0.753 | $0.616 | ($0.137) |
| All Other Products | | | $5.624 | | $5.530 | $5.610 | $0.080 |
| Total | | | $6.239 | | $6.283 | $6.226 | ($0.057) |
| | | | | | | | |
| **Total** | | | | | | | |
| RevPro Cross-Sell | | | | | $0.521 | $0.230 | ($0.291) |
| RevPro Other/New Business | | | | | $1.357 | $1.121 | ($0.237) |
| RevPro | | | $1.350 | | $1.878 | $1.351 | ($0.527) |
| All Other Products | | | $10.469 | | $13.670 | $10.455 | ($3.215) |
| Total | | | $11.819 | | $15.548 | $11.806 | ($3.742) |
| | | | | | | | |
| RevPro % of Total | | | 11% | | 12% | 11% | 14% |
| RP Cross-Sell % of Total | | | 2% | | 3% | 2% | 8% |
| RP Cross-Sell % of RevPro | | | 18% | | 28% | 17% | 55% |

**Sources:**

[1] Board of Directors Meeting Materials, February 28, 2019 (ZUO_00000906-933 at 918). Commit and CTTP totals referred to as "range from the field at the beginning of the quarter" in ZUO_00205855-59 at 57. We understand that the Commit amount represented the FY 2020 Plan for bookings and CTTP stands for "closest to the pin" and represents the sales managers' best estimate of total bookings for the quarter.

[2] Q1 2020 Pipeline, Acquire, Expand Presentation, May 17, 2019 (ZUO_00000992-1040 at 1014 & 1025).

[3] Board of Directors Meeting Materials, May 22, 2019 (ZUO_00001166-92 at 175-176).

[4] See **Exhibit 8** for RevPro amounts. Projected data per "CTTP reconciliation plans (Q1 '20).xlsx" (ZUO_00448803). Actual data per "FY20'Q1 Pipeline vs Close.xlsx" (ZUO_00448808) at "Q1 Closed Deals" tab.

**CONFIDENTIAL**    **EXHIBIT 10**

**Zuora Customers Included in Q1 2020 Churn**

| Account Name | ACV | Churn Date | Reasons | RevPro Customer | Keystone Customer |
|---|---|---|---|---|---|
| **Full Churn:** | | | | | |
| [1] | $125,000 | 3/19/2019 | M&A | X | |
| [2] | $228,114 | 4/17/2019 | Lost to Competitor | | |
| [3] | $39,990 | 2/5/2019 | Lost to Competitor | | |
| [4] | $35,000 | 2/13/2019 | Lack of Usage / Value | | |
| [5] | $85,780 | 3/1/2019 | Lack of Usage / Value | | |
| [6] | $62,927 | 3/19/2019 | Lost to Competitor | X | |
| [7] | $34,869 | 4/11/2019 | Failed Launch or Business Failure | | |
| [8] | $90,000 | 2/27/2019 | Lost to Competitor | | |
| [9] | $25,000 | 3/23/2019 | Failed Launch or Business Failure | | |
| [10] | $31,000 | 3/21/2019 | Failed Launch or Business Failure | | |
| [11] | $20,000 | 3/13/2019 | Failed Launch or Business Failure | | |
| [12] | $55,000 | 3/19/2019 | Lack of Usage / Value | | |
| [13] | $130,686 | 3/27/2019 | Lack of Usage / Value | | |
| [14] | $102,050 | 4/29/2019 | Lack of Usage / Value | | |
| [15] | $199,717 | 3/31/2019 | Lost to Competitor | | |
| [16] | $0 | 4/30/2019 | Lack of Usage / Value | | |
| [17] | $310,000 | 3/30/2019 | M&A | | |
| [18] | $35,000 | 2/14/2019 | Lack of Usage / Value | | |
| [19] | $26,839 | 4/1/2019 | Failed Launch or Business Failure | | |
| [20] | $26,875 | 3/13/2019 | Lack of Usage / Value | | |
| [21] | $0 | 3/7/2019 | -- | | |
| [22] | $800,000 | 3/30/2019 | Failed Launch or Business Failure | | |
| [23] | $53,358 | 4/30/2019 | Lack of Usage / Value | | |
| [24] | $20,000 | 4/30/2019 | Lack of Usage / Value | | |
| [25] | $153,000 | 3/15/2019 | Lost to Competitor | X | |
| [26] | $60,750 | 2/14/2019 | Lack of Usage / Value | | |
| [27] | $96,000 | 4/30/2019 | Lack of Usage / Value | | |
| [28] | $197,195 | 4/26/2019 | Lost to Competitor | | |
| [29] | $69,000 | 4/30/2019 | Lack of Usage / Value | | |
| | $3,113,150 | | | | |
| **Downsell:** | | | | | |
| [1] | $23,002 | 3/6/2019 | Lack of Usage / Value | | |
| [2] | $6,500 | 4/30/2019 | Lack of Usage / Value | | |
| [3] | $3,000 | 2/15/2019 | Failed Launch or Business Failure | | |
| [4] | $6,000 | 3/27/2019 | Lack of Usage / Value | | |
| [5] | $4,000 | 3/31/2019 | Failed Launch or Business Failure | | |
| [6] | $176,370 | 3/8/2019 | Lack of Usage / Value | | |
| [7] | $280,000 | 3/26/2019 | Lack of Usage / Value | X | |
| [8] | $240,000 | 4/22/2019 | Lost to Competitor | | |
| [9] | $6,000 | 4/5/2019 | Lack of Usage / Value | | |
| [10] | $9,840 | 4/30/2019 | Lack of Usage / Value | | |
| [11] | $8,780 | 4/22/2019 | Lack of Usage / Value | | |
| [12] | $100,200 | 3/18/2019 | Lack of Usage / Value | X | X |
| [13] | $2,250 | 3/18/2019 | Lack of Usage / Value | | |
| [14] | $221,000 | 4/30/2019 | Lack of Usage / Value | X | |
| [15] | $55,000 | 4/30/2019 | Failed Launch or Business Failure | | |
| [16] | $40,000 | 2/8/2019 | Lack of Usage / Value | | |
| [17] | $34,750 | 4/23/2019 | Lack of Usage / Value | | |
| | $1,216,692 | | | | |
| **Total Churn** | **$4,329,842** | | | | |
| **RevPro Churn** | **$942,127** | | | | |
| **Keystone Churn** | **$100,200** | | | | |

Sources: "Q1 FY20 Churn.xlsx" (ZUO_00448810), at "FY20 Downsell" and "FY20 Full Churn" tabs; "RevPro and Billings Customers as of 2.1.2019_division.xlsx" (ZUO_00448809), at "RevPro Customers" tab; Keystone Financial Impact Analysis, March 11, 2019 (ZUO_00329887-99 at 890 & 891).

**CONFIDENTIAL**                                    **EXHIBIT 11**

## Zuora's Support for Reducing FY 2020 Guidance for Subscription Revenues Post Q1 2020 Results

| | FY'20 Plan | Post Q1'20 Updated Scenarios | | | | Scenario D, Excl. RevPro Cross-Sell | |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | [7] | [8] |
| **Bookings [1]** | | | | | | | |
| % Reduction (Q2-Q4) | | 0% | -10% | -15% | -24% | | -21% |
| Q1 | $15.5 | $11.9 | $11.9 | $11.9 | $11.9 | $0.3 | $12.2 |
| Q2 | $18.9 | $18.9 | $17.0 | $16.1 | $13.5 | $0.5 | $14.0 |
| Q3 | $21.7 | $21.7 | $19.5 | $18.4 | $15.0 | $0.5 | $15.6 |
| Q4 | $24.7 | $24.7 | $22.2 | $21.0 | $18.8 | $0.6 | $19.4 |
| Total | $80.8 | $77.2 | $70.7 | $67.4 | $59.3 | $1.9 | $61.1 |
| **Churn [2]** | | | | | | | |
| Q1 | ($4.0) | ($4.3) | ($4.3) | ($4.3) | ($4.3) | $0.0 | ($4.3) |
| Q2 | ($4.1) | ($4.5) | ($4.5) | ($4.5) | ($5.4) | $0.0 | ($5.4) |
| Q3 | ($4.5) | ($4.5) | ($4.5) | ($4.5) | ($5.5) | $0.0 | ($5.5) |
| Q4 | ($5.2) | ($5.2) | ($5.2) | ($5.2) | ($5.2) | $0.0 | ($5.2) |
| Total | ($17.8) | ($18.5) | ($18.5) | ($18.5) | ($20.4) | $0.0 | ($20.4) |
| **Net ARR Increase [3]** | | | | | | | |
| Q1 | $11.5 | $7.6 | $7.6 | $7.6 | $7.6 | $0.3 | $7.9 |
| Q2 | $14.8 | $14.4 | $12.5 | $11.6 | $8.1 | $0.5 | $8.6 |
| Q3 | $17.2 | $17.2 | $15.0 | $13.9 | $9.5 | $0.5 | $10.1 |
| Q4 | $19.5 | $19.5 | $17.0 | $15.8 | $13.6 | $0.6 | $14.2 |
| Total | $63.0 | $58.7 | $52.1 | $48.9 | $38.8 | $1.9 | $40.7 |

| | Plan @ Q4 Earnings | Post Q1'20 Updated Scenarios | | | | | |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| **Subscription Revenues [4]** | | | | | | | |
| Q1 | $47.1 | $47.3 | $47.3 | $47.3 | $47.3 | $0.0 | $47.3 |
| Q2 | $51.9 | $50.9 | $50.8 | $50.7 | $50.6 | $0.1 | $50.6 |
| Q3 | $55.2 | $54.1 | $53.6 | $53.3 | $52.4 | $0.2 | $52.6 |
| Q4 | $60.3 | $59.2 | $58.1 | $57.5 | $55.4 | $0.4 | $55.8 |
| Total | $214.5 | $211.5 | $209.7 | $208.8 | $205.7 | $0.7 | $206.3 |
| **Beat / Buffer [5]** | | | | | | | |
| Q1 | | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 |
| Q2 | | ($0.7) | ($0.7) | ($0.7) | ($1.3) | | ($1.3) |
| Q3 | | ($1.3) | ($1.3) | ($1.3) | ($0.4) | | ($0.4) |
| Q4 | | ($1.5) | ($1.5) | ($1.5) | ($1.0) | | ($1.0) |
| Total | | ($3.5) | ($3.5) | ($3.5) | ($2.7) | | ($2.7) |
| **Support for Guidance Provided on May 30, 2019 [6]** | | | | | | | |
| Q1 | | $47.3 | $47.3 | $47.3 | $47.3 | $0.0 | $47.3 |
| Q2 | | $50.2 | $50.1 | $50.0 | $49.3 | $0.1 | $49.3 |
| Q3 | | $52.9 | $52.3 | $52.0 | $52.0 | $0.2 | $52.2 |
| Q4 | | $57.7 | $56.6 | $56.0 | $54.4 | $0.4 | $54.8 |
| Total | | $208.1 | $206.3 | $205.4 | $203.0 | $0.7 | $203.6 |

**Notes:**

[1] - [6]: See **Exhibit 3.**

[7] Adds the $0.291 million in Q1 2020 RevPro cross-sell booking miss from **Exhibits 8 & 9** to Scenario D bookings forecast to generate but-for projected Q2-Q4 bookings, net ARR, and subscription revenue attributable to RevPro cross-sales.

[8] Updates Scenario D to back out $0.291 million Q1 2020 RevPro cross-sell booking miss from **Exhibits 8 & 9**.

CONFIDENTIAL

**EXHIBIT 12**

**Zuora Revenue Guidance - March 21 vs. May 30, 2019 Allocated to Keystone Integration Issues**

| (in $ millions) | 3/21/19 Press Release Guidance [1] | | Keystone Integration Issues [2] | Q1 Delta/FY Downward Revision [3] | | 5/30/19 Press Release Actual/Guidance [4] | |
|---|---|---|---|---|---|---|---|
| | Low | High | | Low | High | Low | High |
| **Q1 2020** | | | | | | | |
| Subscription Revenue | $46.0 | $46.5 | | $1.3 | $0.8 | $47.3 | |
| Global Services Revenue | $17.5 | $18.0 | | ($0.7) | ($1.2) | $16.8 | |
| Total Revenue | $63.5 | $64.5 | | $0.6 | ($0.4) | $64.1 | |
| **FY 2020** | | | | | | | |
| Subscription Revenue | $209.0 | $211.5 | ($0.7) | ($8.3) | ($4.8) | $200.0 | $206.0 |
| Global Services Revenue | $80.0 | $82.0 | ($2.1) | ($9.9) | ($7.9) | $68.0 | $72.0 |
| Total Revenue | $289.0 | $293.5 | ($2.7) | ($18.3) | ($12.8) | $268.0 | $278.0 |

**Note:** All amounts under ASC 606.

**Sources:**

[1] Zuora Q4 2019 Earnings Release, March 21, 2019.

[2] See **Exhibits 5 & 11**. My estimate that the Keystone Integration Issues contributed -$2.1 million to decrease in global services revenue guidance is calculated by taking the 19% that the Keystone Integration Issues represented of the total decrease between the March Forecast and May Forecast and multiplying by the $11.0 million midpoint (of the $10.0 - $12.0 million) decrease in global services revenue guidance between March 21 and May 30, 2019.

[3] Represents the difference between the FY 2020 Downward Revision per **Exhibit 7** and amount of Keystone Integration Issues.

[4] Zuora Q1 2020 Earnings Release, May 30, 2019.