# EXHIBIT 17



ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

# Overview Of Topics

1. Current State
2. The Keystone Initiative - A Holistic View
    a. Data Pipeline & SSO
        i.   Work in progress and timelines
    b. Deployment approach for joint customers
        i.   Work in progress
    c. Documentation
        i.   Work in progress and timelines
    d. Training
        i.   Work in progress and timelines

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431006

# Why Are We Building A New Integration Between Central & RevPro?

There is an existing integration between Zuora and RevPro that was built by Leeyo on the BOOMI platform.

However, this is designed for BILLING-BASED revenue recognition.

It does not enable ASC 606/IFRS 15 use cases where customers need to recognize revenue independent of billings.

While this existing integration can be used for very simple billing-based B2C use cases, it cannot be used for the majority of customers looking to adopt ASC 606/IFRS 15 revenue standards.

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

# The Keystone Initiative - A Holistic View

**The Mission**

Integrate Central and RevPro to deliver a **seamless experience** to our joint customers and ensure their success in **timely adoption** of ASC 606/IFRS 15

**The Deliverables**

1. Data Pipeline & Single Sign-On between Central & RevPro
2. Deploying joint customers
3. Documentation for RevPro overall, as well as for the integration
4. Training joint customers
5. Coordinated approach for supporting joint customers (not covered in today's meeting)

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

# Scope of Data Pipeline & SSO

✓ Single Sign-On between Central and RevPro

✓ Automated data extraction of data required for revenue recognition

✓ Automated data enrichment and/or transformation based on general use case scenarios, as well as customer-specific revenue recognition and revenue reporting use cases

✓ Automated transaction loads into RevPro



ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

ZUO_00431009



ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

We plan to deliver rolling releases that iteratively ease the burden of implementation for our GS teams, and that fulfill the most common use cases of early adopters

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

ZUO_00431011



ZUO_00431012

## This is not just about transferring data between two systems. These are use cases requiring significant design & build effort

| Use Case |
|---|
| TCB/Quantity by individual Periods in Ramp Deals to support variable SSP |
| Parent reference in Order Metrics for all amendments |
| Addition & maintenance of interface status attribute on source objects like Orders, Invoices, CMs, IIA, Usage etc. |
| Support for Price Change Amendment |
| Handling amendments that generate offsetting positive and negative amounts |
| Derivation of the Extended List Price attribute |
| Revenue treatment for Evergreen Subscriptions |
| Providing actual raw/rated Usage data to support Usage based revenue recognition |
| Capturing and providing the estimated usage to RevPro |
| TCB/Quantity by Orders for standalone CMs and Invoice Item Adjustments that partially apply to IIs |
| Capturing the data and Revenue treatment for Material Rights |

Based on the pipeline of target customers, these are the use cases we have prioritized to solve sooner rather than later

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431013

# We looked at Which Of These Use Cases Apply For Early Customers

| Customer | RevPro Implementation Status | Orders Adoption | AR Settlements Adoption | Ramp Deals? | Variable SSP for Ramps? | Usage based rev rec? | Evergreen Subscriptions? |
|---|---|---|---|---|---|---|---|
| ██████ | Implementing | Order Metrics | | Y | Y | N | Y (for PS only) |
| ████ | Yet to Start | Order Metrics | Interested | Y | Y | Y (high vol) | N |
| ██████ | 606 UAT done | Planned | | Y | N | Y (high vol | N |
| ██ | Implementing | Order Metrics | Interested | N | N | N | Y (high vol) |
| ██████ | Yet to Start | Order Metrics | Not Yet | N | N | N | Y |
| ███ | Yet to Start | Planned | Interested | Y | | Y | Y (low vol) |
| ████ | TBD | | | Y | | Y | Y |
| ██ | TBD | Planned | Q1-2018 | Y | Y | N | Y (high vol |
| █████ | TBD | | Q3-2017 | | | Y (high vol) | Y |
| █████ | TBD | Planned | | | | N | |
| █████ | TBD | | | Y | | N | |
| ██████ | TBD | Planned | Q3-2017 | | | Y (high vol) | Y (high vol) |

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

To give you a flavor of data reorganization required to address some of the complexity, here are couple of use cases...

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431015





CONFIDENTIAL

We also looked at how ASC 606/IFRS 15 projects unfold ...

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431018



# Deploying Joint Customers
## Keystone Working Group

Peush Patel
Sai Prasad Marri
Chris Bruner
Nathan Creswell
Monika Saha

Callum Duncan
Besma Rahim
Charles Taggert
Chris Cowles
David FitzGerald
Margita Sabli
Arul Shanmugham
Haribabu Pantakapu
Rajeev Reddy Penubolu
Subhajeet Hore

Joint team that cuts across Product, RevPro GS, Central GS

Meets weekly to:

- Understand the complexities of the integration
- Review use cases for deals in flight and projects kicking off
- Brainstorm on how to utilize iterative releases of the integration and how to work through the gaps

Karthik:
Single point of escalation for all projects delivered by RevPro GS who will marshall resources and knowledge internally across Zuora and RevPro

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431020

## Scope of Documentation for Q1-2018

✓ On the Knowledge Center:

- ○ User documentation for the 35 highest priority core RevPro topics
- ○ Release notes for each new core RevPro release
- ○ Overview of Central-RevPro integration and architecture
- ○ Detailed documentation on Central-RevPro data mapping, transaction mapping, and ETL management

✓ On the Developer Center:

- ○ RevPro API documentation and YAML file that is compliant with the OpenAPI (Swagger) specification

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL

ZUO_00431021



For the detailed doc plan and full list of doc deliverables, see: https://docs.google.com/spreadsheets/d/10qMPWU1L_q-tAfDPV4GuTpcQdQq2Bxd1J4Utz5vVyxY/edit?usp=sharing

ZUO_00431022

## Scope of Training

✓ RevPro users

- ○ Revenue Analysts for day-to-day use of the product
- ○ Super User to complete setups, upload templates, use the workbench, run reports, generate forecasts, use the SSP Analyzer

✓ Zuora Global Services

- ○ Engagement Managers to do a detailed walk-thru of RevPro, explain integration, provide an overview of the implementation process
- ○ Solution Architects to do all that's above + explain and apply configuration settings

✓ Phased approach

- ○ Instructor-led (ILT) delivery at rollout with some content transitioned to self-paced

ZUORA CONFIDENTIAL. DISTRIBUTION BEYOND RECIPIENT STRICTLY PROHIBITED

CONFIDENTIAL



 ZUO_00431024



Monika

CONFIDENTIAL