# EXHIBIT 18



Keystone Update for Ecomm

03/19/2018

March 2018

zuora

CONFIDENTIAL

**THE TEAM**

| Name | Roles/Responsibilities on Keystone Project | Location |
|---|---|---|
| Peush Patel | PM Lead for Keystone | San Mateo |
| Sai Marri | PM Lead for core RevPro | San Jose |
| Xiaorui Ma | Program Management | Beijing |
| Anvesh Kunati (ramping) | Program Management | San Jose |
| Bin Hao (transitioning to Bill Guo) | Eng Lead For Keystone - Zuora Central Dev Team | Beijing |
| Tony Zhang | Zuora Central Dev Team | Beijing |
| Qi Su | Zuora Central Dev Team | Beijing |
| Harish Ekkirala (ramping) | Engineering Lead - Core RevPro | San Jose |
| Anuradha Singh | UI Engineering Lead - RevPro | San Jose |
| Vinoth Balaaji | Zuora RevPro Dev Team | San Jose |
| Sreenivas Bhimisetty | Zuora RevPro Dev Team (50% allocated - on loan from GS) | San Jose |
| Mani Chockalingam | Zuora RevPro Dev Team (100% allocated - on loan from GS) | San Jose |
| Anuradha Singh | Zuora RevPro Dev Team (RevPro UI and RevPro SSO) | San Jose |
| Saritha Amajula | QA - Zuora RevPro QA team | San Jose |
| LeiLei Zhan | QA - Zuora Central QA team | Beijing |
| Muruga Veerapachetty | Head of QA - RevPro | Chennai |
| Mani Laxshmanasamy | QA - Zuora RevPro QA team | Chennai |
| Naveena Manikannan | QA - Zuora RevPro QA team | Chennai |

CONFIDENTIAL

ZUO_00430710



CONFIDENTIAL

ZUO_00430711

# What has been completed so far

Our initial focus has been on delivering the ability to enable Customers to extract the essential data from Zuora with minimum effort and load into RevPro. With that in mind, this is what is available today:

✓ New fields in Zuora Product Catalog to capture additional Accounting Codes
✓ Seeded Data Upload Templates in RevPro with pre-mapped attributes
✓ Ability to extend the integration to include custom fields by simply updating mapping templates
✓ Summary REST API to extract the data from various low level APIs and Zuora Data Sources
✓ Single billing account data extraction
✓ Incremental Data Extraction (for ongoing scheduled extraction process)
✓ Basic Data Transformations to address most common use cases (with emphasis on GM): for example:
  - Simple Termed Subscriptions
  - Evergreen Subscriptions
  - Zuora Order Actions to RevPro Transaction Type Mappings
✓ Automated Data File upload into RevPro's Staging
✓ Support for Price Change Amendment through a new Transaction Type in RevPro

CONFIDENTIAL

ZUO_00430712



CONFIDENTIAL

ZUO_00430713



## Customers Enrolled in Keystone ZEAP

| # | Customer | Planned Go-live | Product/Engineering Status | Customer Status |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |

ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

# Existing Zuora Customers In Q1 RevPro Pipe



| # | Customer | Planned Go-live | Deal Status | Product/Engineering Status |
|---|----------|-----------------|-------------|----------------------------|
| ▮ | ██████ | ██████ | ▶ ██████ | ████████████ |
| ▮ | ██ | ██████ | ▶ ████████ | ████████████ |
| ▮ | ██████ | ██████ | ▶ ████████ | ██████████ |
| ▮ | ██████ | ██████ | ▶ ████████ | ██████ |
| ▮ | █████ | ██████ | ▶ ██████ | ████████████ |

ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

ZUO_00430715

# KEY RISKS AND STEPS TO MITIGATE

CONFIDENTIAL

ZUO_00430716



ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

ZUO_00430717



# Key Risks And Steps To Mitigate

| # | Description Of Risk | Why This Is A Risk | Impact Of Risk | Resolution Being Explored |
|---|---|---|---|---|
| 3 | | | | |
| 4 | | | | |

ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

CONFIDENTIAL

ZUO_00430718

ITEMS COMPLETE
AND/OR TESTING IN PROGRESS

CONFIDENTIAL

ZUO_00430719

| # | Build Item | Status |
|---|---|---|
| 1 | Upload Template Definitions | Deployed In Prod |
| 2 | API: Data Extraction (through Order & Billing Metrics) | Deployed In Prod |
| 3 | API: Download File | Deployed In Prod |
| 4 | Data Extraction for following Order Actions: Add/Update/Remove Product, Term Change, Renew, Cancel | Deployed In Prod |
| 5 | Data Extraction from following Objects: Orders, Invoices, IIAs, Custom Fields | Deployed In Prod |
| 6 | Configure default Accounting Codes in the Product Catalog | Deployed In Prod |
| 7 | Transaction Type Mappings for Orders, Invoices and IIA | Deployed In Prod |
| 8 | Unique line identifier generation | Deployed In Prod |
| 9 | New (PORD) Transaction Type in RevPro to support Price Change Amendments | Testing in Progress |
| 10 | Data Extraction from Credit Memo object | Deployed In Prod |
| 12 | Transaction Type Mappings for Credit Memo | Deployed In Prod |
| 13 | Incremental Net Change data extraction for single account | Deployed In Prod |
| 14 | Stitching the TCB and Qty Metrics into a single transaction line record | Deployed In Prod |
| 15 | Merging of prorated split lines in TCB when there are separate discount charges | Deployed In Prod |
| 16 | Data extraction for Evergreen Subscriptions | Testing in Progress |
| 18 | Generate Qty Metrics for Price Change Amendment Orders | Testing in Progress |
| 27 | File load into Staging | Deployed In Prod |
| 30 | API: Schedule the data extraction batch job | Testing in Progress |

CONFIDENTIAL

ITEMS IN FLIGHT THAT WE HAVE TARGETED
FOR DELIVERY BY END OF JUNE

CONFIDENTIAL

ZUO_00430721

| # | Build Item | Status |
|---|---|---|
| 11 | Exclude the offsetting positive and negative lines from billing metrics for back dated amendments | In Progress |
| 19 | Generate TCB Metrics for Qty Change Amendment Orders having Tiered Pricing model with Flat Fee | In Progress |
| 20 | Enhanced filter criteria to select the extract data | In Progress |
| 21 | Reference Ids for Orders | In Progress |
| 22 | Reference Ids for Billings: Invoice Ref to Order | In Progress |
| 23 | Time Slice of Order & Billing Metrics for Ramps | Not Started |
| 24 | Consume and Transform Extended List Price | In Progress |
| 25 | Generate Revenue Events for actual Usage | Not Started |
| 28 | Ability to specify additional Standard Zuora fields in upload templates for extraction | Not Started |
| 29 | Framework for GS to further manipulate the extract data before it is inserted into the RevPro staging | Not Started |
| 33 | Elimination of redundant TCB/Qty lines for newly activated Charges originating due to updates to the CE, SA and CA Dates on a Pending Subscription | In Progress |
| 34 | Extract and overwrite the Natural Accounting Code from the Credit & Debit Memo Transactions | In Progress |
| 35 | Solution for the issue with Billing breakdown by Orders providing incorrect links to the Orders | In Progress |
| 36 | Solution for billing transactions with invoice date earlier than the book date on the corresponding Order | Not Started |
| 37 | Solution to address the issue with missing data in Order Metrics for $0 Charges | In Progress |
| 38 | Solution to address the need for enabling SSP calculation for a Charge Net of Discount | In Progress |
| 39 | SSO between Zuora and RevPro | Not Started |
| 40 | Drill up/down between Revenue Contracts and Orders/Invoices | In Progress |

CONFIDENTIAL

ZUO_00430722

ITEMS IN FLIGHT THAT WE HAVE TARGETED
FOR DEVELOPMENT & DELIVERY AFTER JUNE

CONFIDENTIAL

ZUO_00430723

| # | Build Item | Status |
|---|---|---|
| 26 | Support for estimated Usage | Not Started |
| 31 | Data Extraction for following Order Actions:<br>- Suspend & Resume<br>- Owner Transfer | Not Started |
| 32 | Data Extraction for BCD Changes | Not Started |
| 41 | Support for Open Charge Models | Not Started |
| 42 | Support for Material Rights | Not Started |

CONFIDENTIAL

ZUO_00430724

USE CASE EXAMPLES

CONFIDENTIAL

ZUO_00430725



ZUO_00430726



ZUO_00430727



CONFIDENTIAL

ZUO_00430728



CONFIDENTIAL

ZUO_00430729



FN

Talk Track

CONFIDENTIAL

ZUO_00430730

## Market Launch - Headline & Core Message Pillars

| **Zuora Announces The Integration Of Zuora Billing & Zuora RevPro** | | | |
|---|---|---|---|
| Solidifying its position as the Third Cloud, Zuora enables subscription businesses to achieve order-to-revenue automation with just a few clicks | | | |
| ERP systems have fallen short when it comes to meeting the order management, billing and revenue automation needs of businesses in the Subscription Economy | For the past 9 years, Zuora has helped businesses across multiple industries accelerate their growth by automating order management and billing for a diverse set of subscription business models | In June 2017, Zuora announced the acquisition of Leeyo, whose flagship product RevPro helped 100+ global enterprises automate revenue recognition for over $240Bn | Today, Zuora announces the integration of Zuora Billing and Zuora RevPro. Enabling global enterprises to unshackle their growth from the limits of rigid ERP and financial systems that are unable to meet the billing and revenue automation needs of the Subscription Economy |

ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

CONFIDENTIAL

ZUO_00430731