# EXHIBIT 19

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually and     )
On behalf of All Other Similarly    )
Situated,                           )
                                    )
                Plaintiff,          )
                                    )
            VS.                     ) NO: 3:19-CV-03422-SI
                                    )
ZUORA, INC., TIEN TZUO and TYLER    )
SLOAT,                              )
                                    )
            Defendants.             )
_____)

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF JAGAN REDDY

May 18, 2022

JOB NO.: 5231363

REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423

CONFIDENTIAL

Page 66

THE WITNESS:  It's very hard to give an answer for       11:02
any given customer.

BY MR. SHAEFFER:

Q     So the cost of RevPro would vary among
customers?                                               11:03

A     Yes, it will.

Q     And what is -- and why does the cost of
RevPro vary among customers?

A     The RevPro pricing can be based upon how much
annual revenue they process through the software and then   11:03
also based on how many transactions they process annually
through the software.

Q     Is there any base cost of RevPro for
customers, notwithstanding the differences in how much
they're processing through RevPro?                       11:03

A     I believe there was but I'm not sure if it
was for every customer.

Q     How does RevPro's profit margin compare to
Zuora Billing?

MS. MUCK:  Object to form.                          11:04

THE WITNESS:  I don't recall.

BY MR. SHAEFFER:

Q     So you don't recall whether RevPro's profit
margin compared favorably to Zuora Billing?

MS. MUCK:  Object to form.                          11:04

CONFIDENTIAL

Page 67

THE WITNESS:  I don't recall.                              11:04

BY MR. SHAEFFER:

Q    Okay.  Are you familiar with Zuora Early

Adopters program?

A    Yes, I am familiar with that program.          11:05

Q    So the Early Adopters program allows Zuora to

work with customers on new product development; is that

correct?

A    The Early Adopter program allows customers to

use what Zuora has built and as they are continuing to    11:05

build.

Q    But the Zuora Early Adopters program involves

products that are not generally available to Zuora

customers; is that correct?

A    Until the product is generally -- general --    11:06

until it goes to the general availability, it is not

available to everyone.

Q    Okay.  And the Zuora Early Adopters program

involves products that are early in their development; is

that correct?                                              11:06

MS. MUCK:  Object to form.

THE WITNESS:  I can't say at what stage it is, but

it will be the early customers who would use a software

that's -- they're the first to use.

///                                                        11:06

CONFIDENTIAL

Page 68

BY MR. SHAEFFER:                                                11:07

Q    And customers are carefully selected to join the Early Adopters program; is that correct?

MS. MUCK:  Object to form.

THE WITNESS:  There's a process to select customers    11:07 who would be part of the Early Adopter program.

BY MR. SHAEFFER:

Q    So what's involved in that process?

MS. MUCK:  Object to form.

THE WITNESS:  I don't recall the exact steps in the    11:07 process.

BY MR. SHAEFFER:

Q    Okay.  Are you familiar with the term "limited availability?"

A    I am familiar with the term but not with the    11:07 exact term what we used in Zuora.

Q    Okay.  So a product at Zuora that is -- that is in limited availability, that product is not available to all customers; is that correct?

A    I believe so.                                          11:07

Q    And you're familiar with the term "general availability," correct?

A    Yes, I'm available -- yes, I understand that.

Q    And that product that is -- that has general availability is a product that's available to all    11:08

customers, right?                                              11:08

MS. MUCK:  Object to form.

THE WITNESS:  As per my understanding, I believe

so.

BY MR. SHAEFFER:                                               11:08

Q      So your prior testimony is that you could not

recall when Zuora began meeting with customers about

Keystone; is that correct?

A      I don't remember the timeline when the

Keystone became available and when the customers started    11:08

using it.

Q      Okay.  Did Keystone have an Early Adopters

program?

MS. MUCK:  Object to form.

THE WITNESS:  Yes, I believe Keystone had Early    11:09

Adopter program.

BY MR. SHAEFFER:

Q      Do you recall any customers who were part of

the Keystone Early Adopters program?

A      As I mentioned before, I remember only two    11:09

customers and I believe they were the Early Adopter, Zoom

and Yext.

Q      Okay.  But you don't remember any other

customers who were part of the Early Adopters program?

A      I don't remember the names.                   11:09

CONFIDENTIAL

Page 70

Q    Okay.  Keystone was made available to    11:09

customers at different iterations; is that correct?

MS. MUCK:  Object to form.

THE WITNESS:  My understanding is, once again,

Keystone is the project name.  The code that built under    11:10

the project was updated at different cycles and was made

available to the customer.

BY MR. SHAEFFER:

Q    So when the -- when the coding was updated in

different cycles, how was it being updated?    11:10

MS. MUCK:  Object to form.

THE WITNESS:  Can you explain that question?

BY MR. SHAEFFER:

Q    I guess was -- was -- you testified that

Keystone was being updated in different cycles, correct?    11:11

A    Yes.

Q    So when it was being updated in different

cycles, was one part of the update the Keystone coding

covering more use cases for the Keystone customers?

MS. MUCK:  Object to form.    11:11

THE WITNESS:  As per my understanding, the code

will be updated for supporting some new use cases or

fixing some existing issues or it may be unrelated to use

cases.  There might be some new features added.

///    11:11