# Exhibit 23
# (This Document Filed Under Seal)