# EXHIBIT 24



## Zuora
### Enterprise Software - Software as a Service

**Richard Davis, CFA** | Analyst | Canaccord Genuity LLC (US) | RDavis@cgf.com | 617.371.3862
**David Hynes Jr.** | Analyst | Canaccord Genuity LLC (US) | DHynes@cgf.com | 617.371.3882
**Luke Morison** | Associate | Canaccord Genuity LLC (US) | lmorison@cgf.com | 617.371.3837

**US Equity Research**
30 May 2019

**BUY**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | US$18.00↓ |
| *from US$28.00* | |
| Price (30-May) | US$19.90 |
| Ticker | ZUO-NYSE |

| | |
|---|---|
| 52-Week Range (US$): | 15.56 - 37.78 |
| Avg Daily Vol (000s) : | 1,945.0 |
| Market Cap (US$M): | 2,488 |
| Shares Out. (M) : | 125.0 |
| Enterprise Value (US$M): | 2,322 |
| Net Cash (US$M): | 165.8 |

| FYE Jan | 2019A | 2020E | 2021E |
|---|---|---|---|
| Sales (US$M) | 235.0 | 272.0↓ | 321.5↓ |
| *Previous* | - | *293.5* | *361.0* |
| EV/Sales (x) | 9.9 | 8.5 | 7.2 |
| Free Cash Flow (US$M) | (42.6) | (39.7) | (26.3) |
| EPS Non-GAAP (US$) | (0.50) | (0.42)↓ | (0.28)↑ |
| *Previous* | - | *(0.40)* | *(0.29)* |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019A | 52.4 | 57.8 | 61.4 | 63.3 |
| 2020E | 64.1A | 67.0 | 69.0 | 71.9 |
| 2021E | 75.5 | 78.5 | 81.5 | 86.0 |

| Quarterly EPS Non-GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019A | (0.29) | (0.12) | (0.09) | (0.09) |
| 2020E | (0.11)A | (0.13) | (0.10) | (0.08) |
| 2021E | (0.08) | (0.08) | (0.07) | (0.06) |



— ZUO
— Russell 2000 (rebased)
Source: FactSet

Priced as of close of business 30 May 2019

Zuora provides cloud-based software that enables companies in various industries to launch, manage, and transform into a subscription business. Zuora was founded in 2007 and is HQ'ed in San Mateo, CA.

### Lowering Target Price

# Another drama-filled quarter

We believe in an anger selling environment, ZUO's downside is in the 4-5x 2020 EV/R range, which implies $12-14 compared to after-hours price of $14.62. While the firm is executing far below potential, subscription revenue (78% of revenue), is the key metric of success and should grow about 25% in calendar 2020 because the subscription economy is not dead and Zuora is the most credible vendor to help firms navigate this transition. We have kept our BUY rating because downgrading after the fact is almost always unwise since a beatdown stock typically recoups about half of its loss over a few months. That implies a rebound to $19 or $26 depending on if you go back to February 2019 or July 2018 highs. Based on near-term fundamental prospects, if ZUO re-approaches the high teens in a few months, we will consider a downgrade. Until then, the right rating *on a go forward basis* is BUY.

- **What happened.** We suggested in our preview that the path to redemption for ZUO would be through a quarter or two of boringly, no drama quarters. While most of the guide down was zero margin services, as Bill Parcels said, a team "Is only as good as its record", and at this point, Zuora has delivered a losing season. We understand that things change, but when you have just come off a confusing quarter, it is expected to have de-risked guidance for anything short of a meteor strike that destroys humanity. Zuora failed to do so and the stock deserved the 29% after-hours beat down.

- **Primary culprits:** 1) New reps did not come up the productivity curve as fast as expected, 2) Longer-than-anticipated progress to integrate modules of RevPro and Billing forced Zuora to elongate deployment (and therefore, revenue recognition for those add-on sales), 3) realigned sales structure, shifted go to market from broad brushed "build the market" to executing on the pipeline, and this will be done under a new head of sales for which the search has begun. While we doubt it will get that bad, back in the software nuclear winter of 2001-2004, sequential misses meant head of sales, then CFO, then CEO were replaced.

- **Short-term implications.** It would be cathartic to downgrade our rating, and we won't be surprised if several analysts do so tomorrow morning. But the right thing to do is consider what to do now. Stocks are an auction market, so selling when everyone else does means you get a lower realized price. Therefore, unless we really think a company is going under, it is a disservice to clients to pile on with an after-the-fact downgrade. Zuora is a mess, but we do not believe the problems will prove fatal. Therefore, we kept our BUY for now for the following reasons:

  - Stocks typically recover at least half of their short-term decline over a few months once selling pressure from disillusioned longs subsides.

  - VC's exacerbated the sell-off in the quarter before this one by indiscriminately distributing right after that choppy quarter. Perhaps management will have some influence on these former allies by dissuading them to sell more and pushing the stock even lower.

*Continues onto the following page…*

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**

- o The still active short cohort in this stock almost certainly ran the "smash the stock right after the print" playbook again last night, but the good news is that with the stock down about 44% from the February high, we might get some buying pressure as they cover their successful bets.

- o We assume that this time management "means it" when they've set their guidance so that the firm can deliver a series of no drama quarters. The fact is that the subscription economy is not dead and Zuora is the only firm of any size in the space, so in theory there should be some demand tailwind to the business. The fact is that this firm not only needs to beat revenue guidance, but it needs to make significant strides to reduce a $40M forecast free cash flow loss for this year on the way to breakeven sooner than 1H calendar 2021. As a sidebar note, this company has not earned the right to announce any kind of "doubling down" on the opportunity until it demonstrates revenue consistency and a significant loss reduction.

- o Finally, while longs might dream about a private equity or strategic buyer bid from out of the blue, we have never met a founding management team that will consider selling the firm without first failing to execute for at least a year, and more often two years. You can argue about when the mis-execution began, but it hasn't been two years for sure.

- **Let's be clear: what this Buy rating means.** We are not saying buy ZUO with both fists today. We are saying that it would be foolhardy to sell into what could be a torrent of selling tomorrow.

- **Read-through to other public companies.** At a high level, Zuora is one of a dozen or so companies automating and upgrading the financial suite. You can see great execution from firms like Anaplan, which we follow, and Coupa, Avalara and Blackline that we don't. We believe Zuora's indifferent execution is company specific.

**Valuation and price target**

We are lowering our price target by $10 from $28 to $18. This target implies a 6.8x EV/revenue multiple applied to our C2020 estimate of $322M plus approximately $124M in prospective net cash and assumes ~128M fully diluted shares outstanding.



## Quarterly results

The table below details Zuora's April quarter (Q1/20) results compared to our published estimates and the year ago quarter's results.

**Figure 1: ZUO April 2020 (Q1/20)**

| $ Millions | Apr-18 | Apr-19 | Apr-19E | Actual - Estimate | Percent Difference |
|---|---|---|---|---|---|
| Subscription | 35.9 | 47.3 | 46.5 | 0.8 | 2% |
| Professional Services | 16.6 | 16.8 | 18.0 | (1.2) | -7% |
| **Total Revenue** | **52.4** | **64.1** | **64.5** | **(0.4)** | **-1%** |
| Cost of Subscription | (8.6) | (10.6) | (10.7) | 0.1 | 1% |
| Cost of Professional Services | (15.1) | (18.7) | (18.5) | (0.2) | -1% |
| Total Cost of Revenues | (23.7) | (29.3) | (29.2) | (0.1) | 0% |
| **non-GAAP Gross Profit** | **28.7** | **34.8** | **35.3** | **(0.5)** | **-1%** |
| Sales & Marketing | (20.2) | (23.6) | (25.5) | 1.8 | 7% |
| Research & Development | (11.6) | (14.2) | (14.1) | (0.1) | -1% |
| General & Administrative | (8.8) | (9.4) | (9.7) | 0.3 | 3% |
| Total non-GAAP Operating Expenses | (40.6) | (47.3) | (49.3) | 2.0 | 4% |
| **non-GAAP Operating Income** | **(11.9)** | **(12.5)** | **(14.0)** | **1.5** | **11%** |
| Stock Based Comp | (4.6) | (8.0) | (8.0) | 0.0 | 1% |
| Amortization of Intangibles, Other | (0.3) | (0.4) | (0.5) | 0.1 | 14% |
| **GAAP Operating Income** | **(16.8)** | **(20.9)** | **(22.5)** | **1.6** | **7%** |
| Other Income & Expense, net | (0.7) | 0.5 | 0.5 | 0.0 | 7% |
| Pre-tax Income | (17.5) | (20.3) | (22.0) | 1.7 | 8% |
| Tax Rate | -2% | -1% | -1% | 0% | n/a |
| Income Tax | (0.3) | (0.2) | (0.2) | (0.0) | -11% |
| **GAAP Net Income** | **(17.8)** | **(20.6)** | **(22.2)** | **1.6** | **7%** |
| Reversal of SBC, Amort, & Other | 4.9 | 8.4 | 8.5 | (0.1) | -1% |
| Tax Effect of Add-Backs | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **non-GAAP Net Income** | **(12.8)** | **(12.2)** | **(13.7)** | **1.5** | **11%** |
| Basic Shares Outstanding | 44.9 | 108.8 | 108.5 | 0.3 | 0% |
| Pro Forma/Diluted Shares Outstanding | *121.0* | 125.0 | 125.5 | (0.5) | 0% |
| **non-GAAP EPS** | **($0.29)** | **($0.11)** | **($0.13)** | **$0.01** | **11%** |
| Fully-Taxed non-GAAP EPS (at 35%) | ($0.18) | ($0.07) | ($0.08) | $0.01 | 12% |
| **GAAP EPS** | **($0.40)** | **($0.19)** | **($0.20)** | **$0.02** | **8%** |
| Recurring Profit Margin | 26% | 28% | 29% | -1% | -4% |
| Growth Efficiency Index | 1.97 | 2.07 | 2.00 | 0.07 | 4% |
| **Calculated Billings (Revenue + Δ Deferred)** | **$54.1** | **$65.6** | **$68.8** | **($3.3)** | **-5%** |
| *Growth* | *64%* | *21%* | *29%* | *-8%* | *n/a* |
| **Free Cash Flow** | **($9.6)** | **($3.8)** | **($8.1)** | **$4.3** | **53%** |
| *Growth* | *-89%* | *60%* | *15%* | *45%* | *n/a* |
| **Free Cash Flow/Share** | **($0.21)** | **($0.04)** | **($0.07)** | **$0.04** | **53%** |
| **Net Cash per Share** | **$1.55** | **$1.33** | **$1.25** | **$0.08** | **7%** |

Source: Company Reports, Canaccord Genuity estimates



**Zuora**
Lowering Target Price

## Figure 2: Income statement

**Zuora, Inc.**
(ZUO/NYSE)
5/30/2019  *Periods have not been restated for ASC 606

| Income Statement | CY-2015 | CY-2016 | Quarterly | | | | CY-2017 | Quarterly | | | | CY-2018 | Quarterly | | | | CY-2019E | Quarterly | | | | CY-2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Millions | FY-2016* | FY-2017* | Apr-17 | Jul-17 | Oct-17 | Jan-18 | FY-2018 | Apr-18 | Jul-18 | Oct-18 | Jan-19 | FY-2019 | Apr-19 | Jul-19E | Oct-19E | Jan-20E | FY-2020E | Apr-20E | Jul-20E | Oct-20E | Jan-21E | FY-2021E |
| Subscription | 68.2 | 89.8 | 26.1 | 30.7 | 31.6 | 34.0 | 122.5 | 35.9 | 40.9 | 43.1 | 45.0 | 164.8 | 47.3 | 49.0 | 51.0 | 53.9 | 201.2 | 57.0 | 59.5 | 62.0 | 66.0 | 244.5 |
| Professional Services | 24.0 | 23.2 | 5.9 | 10.2 | 16.5 | 16.0 | 48.7 | 16.6 | 17.0 | 18.3 | 18.4 | 70.2 | 16.8 | 18.0 | 18.0 | 18.0 | 70.8 | 18.5 | 19.0 | 19.5 | 20.0 | 77.0 |
| **Total Revenue** | 92.2 | 113.0 | 32.0 | 41.0 | 48.2 | 50.0 | 171.1 | 52.4 | 57.8 | 61.4 | 63.3 | 235.0 | 64.1 | 67.0 | 69.0 | 71.9 | 272.0 | 75.5 | 78.5 | 81.5 | 86.0 | 321.5 |
| Cost of Subscription | (16.8) | (21.3) | (5.5) | (7.1) | (7.0) | (7.6) | (27.1) | (8.6) | (9.1) | (9.6) | (10.2) | (37.5) | (10.6) | (11.3) | (11.6) | (12.1) | (45.6) | (12.7) | (13.1) | (13.5) | (14.2) | (53.5) |
| Cost of Professional Services | (25.0) | (24.7) | (6.6) | (12.2) | (13.2) | (14.7) | (46.7) | (15.1) | (16.8) | (17.5) | (18.3) | (67.7) | (18.7) | (19.8) | (18.9) | (18.5) | (76.0) | (18.5) | (19.0) | (19.5) | (20.0) | (77.0) |
| Total Cost of Revenues | (41.8) | (46.0) | (12.1) | (19.3) | (20.2) | (22.3) | (73.8) | (23.7) | (25.9) | (27.1) | (28.5) | (105.2) | (29.3) | (31.1) | (30.5) | (30.7) | (121.5) | (31.2) | (32.1) | (33.0) | (34.2) | (130.5) |
| **non-GAAP Gross Profit** | 50.4 | 67.0 | 19.9 | 21.7 | 28.0 | 27.7 | 97.3 | 28.7 | 31.9 | 34.3 | 34.9 | 129.8 | 34.8 | 35.9 | 38.5 | 41.2 | 150.5 | 44.3 | 46.4 | 48.5 | 51.8 | 191.0 |
| Sales & Marketing | (63.0) | (60.8) | (14.2) | (16.9) | (16.0) | (18.2) | (65.3) | (20.2) | (22.9) | (22.6) | (22.1) | (87.8) | (23.6) | (25.5) | (25.5) | (25.9) | (100.5) | (27.6) | (28.3) | (28.9) | (30.1) | (114.9) |
| Research & Development | (20.8) | (27.5) | (7.7) | (9.5) | (9.6) | (10.7) | (37.5) | (11.6) | (12.6) | (13.0) | (13.1) | (50.3) | (14.2) | (14.7) | (14.8) | (15.1) | (58.9) | (15.9) | (16.5) | (17.1) | (17.6) | (67.1) |
| General & Administrative | (11.5) | (14.4) | (4.5) | (5.3) | (5.2) | (6.4) | (21.4) | (8.8) | (7.7) | (8.5) | (9.5) | (34.5) | (9.4) | (9.7) | (9.7) | (9.7) | (38.5) | (10.2) | (10.6) | (11.0) | (11.2) | (43.0) |
| Total non-GAAP Operating Expenses | (95.2) | (102.7) | (26.4) | (31.7) | (30.9) | (35.3) | (124.2) | (40.6) | (43.2) | (44.1) | (44.7) | (172.6) | (47.3) | (49.9) | (50.0) | (50.7) | (197.9) | (53.6) | (55.3) | (57.1) | (58.9) | (224.9) |
| **non-GAAP Operating Income** | (44.9) | (35.7) | (6.5) | (10.0) | (2.9) | (7.6) | (27.0) | (11.9) | (11.2) | (9.8) | (9.9) | (42.7) | (12.5) | (14.0) | (11.5) | (9.5) | (47.4) | (9.3) | (8.9) | (8.6) | (7.1) | (33.9) |
| Stock Based Comp | (3.6) | (4.3) | (1.2) | (1.9) | (2.9) | (3.0) | (9.0) | (4.6) | (5.7) | (7.5) | (7.6) | (25.4) | (8.0) | (9.0) | (10.0) | (11.0) | (38.0) | (12.0) | (13.0) | (14.0) | (15.0) | (54.0) |
| Amortization of Intangibles, Other | 0.3 | 0.9 | (0.3) | (0.6) | (0.6) | (0.6) | (2.1) | (0.3) | (0.2) | (0.2) | (1.5) | (2.3) | (0.4) | (0.5) | (0.5) | (0.5) | (1.9) | (0.5) | (0.5) | (0.5) | (0.5) | (2.0) |
| **GAAP Operating Income** | (48.2) | (39.1) | (8.0) | (12.5) | (6.4) | (11.2) | (38.1) | (16.8) | (17.1) | (17.4) | (19.0) | (70.4) | (20.9) | (23.5) | (22.0) | (21.0) | (87.3) | (21.8) | (22.4) | (23.1) | (22.6) | (89.9) |
| Other Income & Expense, net | (0.5) | 0.2 | (0.0) | 0.4 | (0.4) | 0.3 | 0.3 | (0.7) | (1.2) | 0.6 | 0.8 | (0.4) | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 |
| Pre-tax Income | (48.7) | (38.9) | (8.0) | (12.1) | (6.8) | (10.9) | (37.8) | (17.5) | (18.3) | (16.8) | (18.2) | (70.8) | (20.3) | (23.0) | (21.5) | (20.5) | (85.3) | (21.3) | (21.9) | (22.6) | (22.1) | (87.9) |
| Tax Rate | 1% | -1% | -3% | -2% | -3% | -8% | -4% | -2% | -2% | -2% | -5% | -3% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Income Tax | 0.5 | (0.3) | (0.2) | (0.3) | (0.2) | (0.9) | (1.6) | (0.3) | (0.3) | (0.3) | (1.0) | (1.9) | (0.2) | (0.5) | (0.2) | (0.2) | (1.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.9) |
| **GAAP Net Income** | (48.2) | (39.1) | (8.2) | (12.4) | (7.0) | (11.8) | (39.4) | (17.8) | (18.6) | (17.1) | (19.2) | (72.7) | (20.6) | (23.5) | (21.7) | (20.7) | (86.5) | (21.5) | (22.2) | (22.8) | (22.3) | (88.8) |
| Reversal of SBC, Amort, & Other | 3.3 | 3.4 | 1.5 | 2.5 | 3.5 | 3.6 | 11.1 | 4.9 | 5.9 | 7.7 | 9.1 | 27.6 | 8.4 | 9.5 | 10.5 | 11.5 | 39.9 | 12.5 | 13.5 | 14.5 | 15.5 | 56.0 |
| Tax Effect of Add-Backs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **non-GAAP Net Income** | (44.9) | (35.7) | (6.7) | (9.9) | (3.5) | (8.2) | (28.3) | (12.8) | (12.7) | (9.4) | (10.1) | (45.0) | (12.2) | (14.0) | (11.2) | (9.2) | (46.6) | (9.0) | (8.7) | (8.3) | (6.8) | (32.8) |
| Basic Shares Outstanding | 25.0 | 25.0 | 25.0 | 26.4 | 26.5 | 26.5 | 26.5 | 44.9 | 105.1 | 106.0 | 107.4 | 90.9 | 108.8 | 109.9 | 111.0 | 112.1 | 110.5 | 113.3 | 114.6 | 115.8 | 117.1 | 115.2 |
| Pro Forma/Diluted Shares Outstanding | 108.8 | 108.8 | 108.8 | 108.8 | 108.8 | 108.8 | 108.8 | 121.0 | 122.0 | 122.9 | 124.3 | 122.5 | 125.0 | 126.1 | 127.2 | 128.3 | 126.6 | 129.5 | 130.8 | 132.0 | 133.3 | 131.4 |
| **non-GAAP EPS** | ($1.80) | ($1.43) | ($0.27) | ($0.37) | ($0.13) | ($0.31) | ($1.08) | ($0.29) | ($0.12) | ($0.09) | ($0.09) | ($0.50) | ($0.11) | ($0.13) | ($0.10) | ($0.08) | ($0.42) | ($0.08) | ($0.08) | ($0.07) | ($0.06) | ($0.28) |
| Fully-Taxed non-GAAP EPS (at 35%) | ($1.18) | ($0.92) | ($0.17) | ($0.24) | ($0.08) | ($0.18) | ($0.67) | ($0.18) | ($0.08) | ($0.06) | ($0.06) | ($0.31) | ($0.07) | ($0.08) | ($0.06) | ($0.05) | ($0.31) | ($0.05) | ($0.05) | ($0.05) | ($0.04) | ($0.18) |
| **GAAP EPS** | ($1.93) | ($1.57) | ($0.33) | ($0.47) | ($0.27) | ($0.45) | ($1.51) | ($0.40) | ($0.18) | ($0.16) | ($0.18) | ($0.80) | ($0.19) | ($0.21) | ($0.20) | ($0.18) | ($0.78) | ($0.19) | ($0.19) | ($0.20) | ($0.19) | ($0.77) |
| Recurring Profit Margin | 28% | 30% | 33% | 31% | 31% | 30% | 30% | 26% | 26% | 26% | 26% | 26% | 28% | 27% | 28% | 29% | 29% | 30% | 31% | 32% | 33% | 33% |
| Growth Efficiency Index | | 2.81 | 2.50 | 2.53 | 2.43 | 2.00 | 2.00 | 1.97 | 2.06 | 2.07 | 2.07 | 2.07 | 2.07 | 2.21 | 2.52 | 2.76 | 2.76 | 3.01 | 2.90 | 2.76 | 2.65 | 2.65 |
| **Calculated Billings (Revenue + Δ Deferred)** | $99.1 | $120.9 | $32.9 | $42.6 | $55.0 | $64.0 | $194.5 | $54.1 | $59.6 | $68.7 | $73.1 | $255.5 | $65.6 | $68.0 | $78.3 | $83.6 | $295.5 | $76.5 | $78.9 | $92.1 | $99.4 | $346.9 |
| *Growth* | -- | 22% | 24% | 74% | 53% | 88% | 61% | 64% | 40% | 25% | 14% | 31% | 21% | 14% | 14% | 14% | 16% | 17% | 16% | 18% | 19% | 17% |
| **Free Cash Flow** | (41.6) | (28.8) | ($5.1) | ($9.6) | ($5.4) | ($9.6) | (29.5) | ($9.6) | ($9.5) | ($11.4) | ($12.2) | (42.6) | ($3.8) | ($10.2) | ($13.8) | ($11.9) | (39.7) | ($2.1) | ($6.5) | ($8.4) | ($9.3) | (26.3) |
| *Growth* | -- | 31% | 40% | -25% | 13% | -47% | -3% | -89% | 1% | -113% | -27% | -44% | 60% | -8% | -21% | 2% | 7% | 45% | 36% | 39% | n/a | 34% |
| **Free Cash Flow/Share** | ($1.66) | ($1.15) | ($0.20) | ($0.36) | ($0.20) | ($0.36) | ($1.13) | ($0.21) | ($0.09) | ($0.11) | ($0.11) | ($0.52) | ($0.04) | ($0.09) | ($0.12) | ($0.11) | ($0.36) | ($0.02) | ($0.06) | ($0.07) | ($0.08) | ($0.23) |
| **Net Cash per Share** | -- | $0.67 | $0.63 | $0.44 | $0.39 | $0.31 | $0.31 | $1.55 | $1.35 | $1.31 | $1.31 | $1.31 | $1.33 | $1.19 | $1.07 | $0.97 | $0.97 | $0.94 | $0.88 | $0.81 | $0.74 | $0.74 |
| **Annual Pct. Change** | | | | | | | | | | | | | | | | | | | | | | |
| Subscription | -- | 32% | 31% | 41% | 36% | 37% | 36% | 38% | 33% | 36% | 32% | 35% | 32% | 20% | 18% | 20% | 22% | 20% | 21% | 22% | 22% | 22% |
| Professional Services | -- | -3% | 6% | 86% | 167% | 171% | 110% | 181% | 66% | 11% | 15% | 44% | 1% | 6% | -2% | -2% | 1% | 10% | 6% | 8% | 11% | 9% |
| **Total Revenues** | -- | 23% | 25% | 50% | 63% | 63% | 51% | 64% | 41% | 27% | 27% | 37% | 22% | 16% | 12% | 14% | 16% | 18% | 17% | 18% | 20% | 18% |
| non-GAAP Gross Profit | -- | 33% | 45% | 33% | 57% | 45% | 45% | 44% | 47% | 23% | 26% | 33% | 21% | 13% | 12% | 18% | 16% | 27% | 29% | 26% | 26% | 27% |
| Sales & Marketing | -- | -3% | -17% | 22% | 8% | 20% | 7% | 42% | 36% | 41% | 21% | 34% | 17% | 11% | 13% | 17% | 15% | 17% | 11% | 13% | 16% | 14% |
| Research & Development | -- | 32% | 4% | 57% | 38% | 52% | 36% | 50% | 33% | 35% | 23% | 34% | 23% | 17% | 14% | 15% | 17% | 11% | 12% | 15% | 17% | 14% |
| General & Administrative | -- | 25% | 25% | 57% | 46% | 68% | 49% | 97% | 45% | 62% | 48% | 61% | 7% | 27% | 14% | 2% | 12% | 9% | 9% | 14% | 15% | 12% |
| **non-GAAP EPS** | -- | 20% | 52% | -30% | 56% | -13% | 24% | -7% | 68% | 33% | 70% | 54% | 61% | -5% | -14% | 13% | 15% | 29% | 41% | 29% | 29% | 32% |
| Fully-Taxed non-GAAP EPS (at 35%) | -- | 22% | 54% | -33% | 58% | 3% | 28% | -8% | 67% | 32% | 69% | 54% | 61% | -4% | -15% | 5% | 13% | 29% | 40% | 30% | 29% | 33% |
| GAAP EPS | -- | 19% | 44% | -48% | 22% | -36% | 4% | -21% | 62% | 39% | 60% | 47% | 52% | -21% | -21% | -3% | 2% | 0% | 10% | -1% | -3% | 2% |
| **Margins, Expense Ratios & Other Metrics** | | | | | | | | | | | | | | | | | | | | | | |
| Subscription GM | 75% | 76% | 79% | 77% | 78% | 78% | 78% | 76% | 78% | 78% | 77% | 77% | 78% | 77% | 77% | 78% | 77% | 78% | 78% | 78% | 79% | 78% |
| Professional Services GM | -4% | -7% | -12% | -19% | 20% | 8% | 4% | 9% | 1% | 4% | 1% | 4% | -12% | -10% | -5% | -3% | -7% | 0% | 0% | 0% | 0% | 0% |
| **Total Gross Margin** | 54.7% | 59.3% | 62.2% | 53.0% | 58.0% | 55.4% | 56.8% | 54.8% | 55.2% | 55.9% | 55.0% | 55.2% | 54.3% | 53.6% | 55.8% | 57.3% | 55.3% | 58.7% | 59.1% | 59.5% | 60.2% | 59.4% |
| As a Pct of Sales: Sales & Marketing | 68% | 54% | 44% | 41% | 33% | 36% | 38% | 38% | 40% | 37% | 35% | 37% | 37% | 38% | 37% | 36% | 37% | 37% | 36% | 36% | 35% | 36% |
| Research & Development | 23% | 24% | 24% | 23% | 20% | 21% | 22% | 22% | 22% | 21% | 21% | 21% | 22% | 22% | 22% | 21% | 22% | 21% | 21% | 21% | 21% | 21% |
| General & Administrative | 12% | 13% | 14% | 13% | 11% | 13% | 13% | 17% | 13% | 14% | 15% | 15% | 15% | 14% | 14% | 14% | 14% | 14% | 14% | 13% | 13% | 13% |
| **non-GAAP Operating Margin** | -48.7% | -31.6% | -20.3% | -24.4% | -6.0% | -15.2% | -15.8% | -22.7% | -19.4% | -15.9% | -15.6% | -18.2% | -19.5% | -20.9% | -16.7% | -13.2% | -17.4% | -12.3% | -11.4% | -10.5% | -8.3% | -10.5% |
| **GAAP Operating Margin** | -52.2% | -34.6% | -24.9% | -30.5% | -13.3% | -22.4% | -22.2% | -32.1% | -29.6% | -28.4% | -30.0% | -29.9% | -32.6% | -35.1% | -31.9% | -29.2% | -32.1% | -28.9% | -28.6% | -28.3% | -26.3% | -28.0% |
| **FCF Margin** | -- | -25.4% | -15.8% | -23.3% | -11.1% | -19.1% | -17.3% | -18.3% | -16.4% | -18.6% | -19.2% | -18.1% | -6.0% | -15.2% | -20.0% | -16.6% | -14.6% | -2.8% | -8.3% | -10.3% | -10.8% | -8.2% |
| **Sequential Pct. Change** | | | | | | | | | | | | | | | | | | | | | | |
| Subscription | | | 5% | 18% | 3% | 7% | | 6% | 14% | 5% | 4% | | 5% | 4% | 4% | 6% | | 6% | 4% | 4% | 6% | |
| Professional Services | | | 0% | 73% | 62% | -3% | | 3% | 2% | 8% | 0% | | -9% | 7% | 0% | 0% | | 3% | 3% | 3% | 3% | |
| **Total Revenues** | | | 4% | 28% | 18% | 4% | | 5% | 10% | 6% | 3% | | 1% | 5% | 3% | 4% | | 5% | 4% | 4% | 6% | |

Source: Company Reports, Canaccord Genuity estimates; A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.



**Figure 3: Balance sheet and SOCF**

**Zuora, Inc.**
(ZUO/NYSE)
5/30/2019

| Statement of Cash Flows | Fiscal Year-End | | | | |
|---|---|---|---|---|---|
| $ Millions | | | | | |
| | Jan-17A | Jan-18A | Jan-19A | Jan-20E | Jan-21E |
| **Operating Activities** | | | | | |
| Net Income | (39.1) | (47.2) | (77.6) | (86.5) | (88.8) |
| Depreciation and Amortization | 4.6 | 6.6 | 8.8 | 10.6 | 12.2 |
| Stock-Based Compensation Expense | 4.4 | 9.0 | 25.4 | 38.0 | 54.0 |
| Amortization of Deferred Commissions | 0.0 | 0.0 | 7.8 | 8.9 | 10.2 |
| Other Non-Cash Reconciling Items | (0.6) | 3.7 | 4.5 | 0.8 | 0.0 |
| Changes in Operating Assets & Liabilities: | | | | | |
| Accounts Receivable | (3.9) | (21.3) | (12.4) | (12.6) | (15.5) |
| Prepaid Expenses & Other Current Assets | (1.1) | (3.4) | (3.4) | (1.8) | (3.2) |
| Deferred Comissions | 0.0 | 0.0 | (13.5) | (11.1) | (15.6) |
| Other LT Assets | 0.0 | (0.0) | (2.5) | (1.4) | 0.0 |
| Accounts Payable | (0.4) | (3.8) | (1.1) | 1.3 | 1.4 |
| Accrued Expenses & Other Current Liabilities | (0.0) | 3.4 | 3.7 | 3.5 | 4.1 |
| Accrued Employee Liabilities | 3.3 | 6.4 | 4.9 | 6.2 | 6.5 |
| Deferred Revenue | 7.9 | 21.3 | 24.6 | 23.5 | 25.4 |
| Other LT Liabilities | 0.0 | 0.5 | 1.6 | (1.3) | 0.0 |
| **Cash Flow from Operations** | **(25.0)** | **(24.8)** | **(29.2)** | **(22.1)** | **(9.3)** |
| | | | | | |
| **Investing Activities** | | | | | |
| Purchase of Property & Equipment | (3.8) | (4.7) | (13.4) | (17.7) | (17.0) |
| Net Change in Investments | 0.0 | 0.0 | (107.5) | (8.3) | 0.0 |
| Payments for Acquisitions, net of cash | 0.0 | (11.4) | (0.2) | 0.0 | 0.0 |
| Other Investing | (1.1) | 0.1 | 0.0 | 0.0 | 0.0 |
| **Cash Flow from Investing** | **(4.8)** | **(16.1)** | **(121.1)** | **(26.0)** | **(17.0)** |
| | | | | | |
| **Financing Activities** | | | | | |
| Proceeds from Issuance of Common Stock | 1.6 | 4.5 | 177.1 | 4.8 | 0.0 |
| Payments Under Capital Leases | (2.0) | (2.1) | (3.6) | 0.0 | 0.0 |
| Proceeds from LT Debt, net | 0.0 | 15.0 | 0.4 | 0.0 | 0.0 |
| Other Financing Proceeds/Payments | 0.0 | (1.9) | (12.6) | 0.0 | 0.0 |
| **Cash Flow from Financing** | **(0.4)** | **15.4** | **161.4** | **4.8** | **0.0** |
| | | | | | |
| Effect of Exchange Rates | (0.5) | 1.0 | 0.0 | (0.1) | 0.0 |
| **Change in Cash and ST Investments** | **(30.7)** | **(24.5)** | **11.0** | **(43.3)** | **(26.3)** |
| | | | | | |
| **Cash and ST Investments Beginning** | **108.6** | **77.9** | **53.4** | **64.4** | **21.1** |
| **Cash and ST Investments Ending** | **77.9** | **53.4** | **64.4** | **21.1** | **(5.2)** |
| | | | | | |
| **Free Cash Flow** | **(28.8)** | **(29.5)** | **(42.6)** | **(39.7)** | **(26.3)** |
| **FCF/Share** | **($0.26)** | **($0.27)** | **($0.35)** | **($0.31)** | **($0.20)** |
| *FCF Margin* | *-25.4%* | *-17.3%* | *-18.1%* | *-14.6%* | *-8.2%* |

**Zuora, Inc.**
(ZUO/NYSE)
5/30/2019

| Balance Sheet | Fiscal Year-End | | | | | Most Recent Q |
|---|---|---|---|---|---|---|
| $ Millions | | | | | | |
| | Jan-17A | Jan-18A | Jan-19A | Jan-20E | Jan-21E | Apr-19A |
| **Assets** | | | | | | |
| Cash and Cash Equivalents | 72.6 | 48.2 | 67.9 | 21.1 | (5.2) | 62.6 |
| Short-term Investments | 0.0 | 0.0 | 107.9 | 116.7 | 116.7 | 116.7 |
| Accounts Receivable | 25.4 | 49.8 | 58.3 | 69.5 | 85.1 | 52.5 |
| Restricted Cash, Current | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 |
| Deferred Commissions, Current | 0.0 | 6.7 | 8.6 | 9.7 | 11.6 | 8.7 |
| Prepaid Expenses & Other Current | 5.1 | 13.6 | 14.6 | 16.5 | 19.8 | 15.7 |
| Total Current Assets | 103.2 | 118.3 | 257.8 | 233.5 | 227.9 | 256.2 |
| | | | | | | |
| Property and Equipment, net | 9.2 | 10.2 | 19.6 | 27.5 | 32.3 | 19.6 |
| Restricted Cash, Net of Current | 5.2 | 5.2 | 1.7 | 0.0 | 0.0 | 0.0 |
| Purchased Intangibles | 0.0 | 9.6 | 7.4 | 6.9 | 6.9 | 6.9 |
| Deferred Commissions, Net of Current | 0.0 | 14.9 | 18.7 | 19.8 | 23.2 | 18.2 |
| Goodwill | 1.5 | 17.4 | 17.6 | 17.6 | 17.6 | 17.6 |
| Other Long-Term Assets | 1.4 | 0.8 | 3.3 | 4.7 | 4.7 | 4.7 |
| **Total Assets** | **120.5** | **176.3** | **326.0** | **310.0** | **312.7** | **323.2** |
| | | | | | | |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Accounts Payable | 2.3 | 2.6 | 1.5 | 2.9 | 4.3 | 1.6 |
| Accrued Expenses and Other Liabilities | 6.5 | 24.5 | 14.2 | 16.5 | 20.6 | 14.0 |
| Accrued Employee Liabilities | 10.3 | 17.7 | 22.6 | 28.8 | 35.3 | 26.2 |
| Debt | 0.0 | 2.9 | 3.0 | 4.1 | 4.1 | 4.1 |
| Deferred Revenue, Current | 42.6 | 62.0 | 86.8 | 110.3 | 135.7 | 88.3 |
| Lease Obligation, Current | 1.9 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Current Liabilities | 63.5 | 110.8 | 128.1 | 162.5 | 199.9 | 134.2 |
| | | | | | | |
| Deferred Revenue, Net of Current | 0.5 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 |
| Lease Obligation, Net of Current | 1.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt, Net of Current | 0.0 | 12.1 | 10.5 | 9.4 | 9.4 | 9.4 |
| Other Long Term Liabilities | 0.5 | 2.5 | 5.6 | 5.3 | 5.3 | 5.3 |
| **Total Liabilities** | **65.5** | **125.8** | **144.2** | **177.3** | **214.7** | **149.0** |
| | | | | | | |
| Total Shareholders' Equity | 55.0 | 50.5 | 181.8 | 132.7 | 97.9 | 174.2 |
| **Total Liabilities and Shareholders' Equity** | **120.5** | **176.3** | **326.0** | **310.0** | **312.7** | **323.2** |
| | | | | | | |
| Sales/Assets | 0.9x | 1.0x | 0.7x | 0.9x | 0.2x | |
| Assets/Equity | 2.2x | 3.5x | 1.8x | 2.3x | 3.2x | |
| | | | | | | |
| Tangible Book Value/Share | $1.06 | $1.57 | $2.65 | $2.45 | $2.41 | |
| Net Cash & ST Investments/Share | $0.67 | $0.44 | $1.43 | $1.09 | $0.86 | |

Source: Company Reports, Canaccord Genuity estimates

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: May 30, 2019, 23:05 ET

Date and time of production: May 30, 2019, 22:18 ET

**Target Price / Valuation Methodology:**

Zuora - ZUO

Our $18 target implies a 6.8x EV/revenue multiple applied to our C2020 estimate of $322M plus approximately $124M in prospective net cash and assumes ~128M fully diluted shares outstanding.

**Risks to achieving Target Price / Valuation:**

Zuora - ZUO

Zuora faces macro, micro, and economic risks as well as competitive threats which could cause our estimates to be incorrect and the value of ZUO shares to decline. For a full list of relevant risk disclosures please see ZUO's most recent SEC filings.

**Distribution of Ratings:**

**Global Stock Ratings (as of 05/30/19)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 540 | 59.60% | 50.00% |
| Hold | 211 | 23.29% | 31.75% |
| Sell | 23 | 2.54% | 21.74% |
| Speculative Buy | 132 | 14.57% | 74.24% |
| | 906* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

## Required Company-Specific Disclosures (as of date of this publication)

Zuora currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided investment banking services to Zuora.

In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Investment Banking services from Zuora .

In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of Zuora or any publicly disclosed offer of securities of Zuora or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Zuora or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Zuora in the next three months.

An analyst has visited the material operations of Zuora. No payment was received for the related travel costs.



## Past performance

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

## Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

## General Disclaimers

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts

have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts

employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2019 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2019 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2019 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2019 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**