# EXHIBIT 25



# Zuora, Inc.
## (NYSE: ZUO)
### Outperform| Target: $20

**TECHNOLOGY RESEARCH/SaaS**
May 31, 2019
**Shebly Seyrafi, CFA**/212-618-2185
sseyrafi@fbnsecurities.com

## Company Statistics

| | |
|---|---:|
| Price | $13.84 |
| Ticker Symbol | ZUO |
| Market | Nasdaq |
| 52 wk High | $37.78 |
| 52 wk Low | $13.36 |
| Market Cap. ($M) | $ 1,532 |
| Enterprise Value (EV-$M) | $ 1,366 |

**Earnings Per Share**

| FYE - Jan. | 2019A | 2020E | 2021E |
|---|---:|---:|---:|
| 1Q - Apr. | $ (0.29) | $ (0.11) | $ (0.09) |
| 2Q - Jul. | $ (0.13) | $ (0.13) | $ (0.10) |
| 3Q - Oct. | $ (0.10) | $ (0.10) | $ (0.07) |
| 4Q - Jan. | $ (0.11) | $ (0.08) | $ (0.06) |
| **Year** | **$ (0.53)** | **$ (0.42)** | **$ (0.32)** |
| Before: | | $ (0.40) | $ (0.23) |
| P/E | -26x | -33x | -43x |

**Revenue ($M)**

| FYE - Jan. | 2019A | 2020E | 2021E |
|---|---:|---:|---:|
| 1Q - Apr. | $ 52 | $ 64 | $ 73 |
| 2Q - Jul. | $ 58 | $ 67 | $ 78 |
| 3Q - Oct. | $ 62 | $ 71 | $ 82 |
| 4Q - Jan. | $ 64 | $ 73 | $ 85 |
| **Year** | **$ 236** | **$ 274** | **$ 318** |
| Y/Y% | 40% | 16% | 16% |
| Before: | | $ 291 | $ 358 |
| EV/Rev. | 5.8x | 5.0x | 4.3x |

## VALUATION METHODOLOGY
We arrive at our price target using a sum of the parts valuation methodology.

## RISKS
Investment risks include competition and execution on growth plans.

## ZUO: Sales Execution and RevPro Headwinds Hurt Near-Term Growth – Lowering PT to $20

- **Lowering PT to $20.** We retain our Outperform rating on ZUO and lower our PT from $27 to $20. For FQ1/April, ZUO reported in-line revenue (up 22% Y/Y) and a slightly beat on NG EPS (-$.11 vs. -$.13 consensus). However, we expect the stock to exhibit weakness today as the company is guiding for lower than consensus revenue for FQ2 ($66-68M, or up 16-18% Y/Y, vs. consensus of $71.1M, or up 23% Y/Y) and it is lowering its F2020 revenue growth outlook from +24-25% to +19-22% Y/Y. It also announced that its President, Mark Diouane, will be departing the company. Processed billing transaction volume of $9.7B grew by 34% Y/Y, down form 56% Y/Y in FQ4 and below our 43% Y/Y estimate.

- **Two – sales execution and cross-sell of Billing and RevPro.** The company noted two execution headwinds during the quarter – weaker than expected sales execution and longer than expected integration of Billing and RevPro. On sales execution, the company noted that newer reps were less than half as productive as more experienced reps. ZUO is addressing this by improving the support of its new reps with training and experienced oversight to help them close new business. On Billing/RevPro integration, ZUO is noting that the technical work to complete the integration is taking longer than expected. Therefore, ZUO slowed down the RevPro representations in FQ1 given the product integration delay. Still, ZUO expects to have the product integration complete by the end of FQ3.

- **Three key changes being made to improve sales execution.** ZUO is making three key changes on the sales execution side:

  1.) **Realignment of strategic accounts.** ZUO has realigned its strategic accounts organization and placed many of the newer reps under its more experienced managers, so they can get mentoring and provide oversight to more effectively close business.

  2.) **Revamping the pipeline process.** ZUO is moving from an evangelical sales motion which worked a few years ago to a more focused approach over a more developed market.

  3.) **Adding employees to sales, field enablement, and demand generation/Departure of President Mark Diouane.** ZUO is adding employees in sales, field enablement and demand generation. Meanwhile, the company is looking for a replacement for current President Mark Diouane, who will be staying on with the company as an advisor while the company looks for a replacement.

**FOR INSTITUTIONAL CONSIDERATION ONLY.**
**FOR REQUIRED DISCLOSURES, INCLUDING ANALYST CERTIFICATION, PLEASE REFER TO THE IMPORTANT DISCLOSURES LATER IN THIS REPORT.**

- **FQ1 results**.  For the FQ1/April quarter, ZUO reported revenue of $64.1M (+22% Y/Y and in line with consensus of $64.15M) and NG EPS of -$.11 (better than consensus of -$.13).  Subscription revenue of 47.3M grew by 32% Y/Y and came in 1.7% above the high-end of guidance, but professional services revenue of $16.8M grew by only 1% Y/Y and missed our $17.7M estimate.  Subscription billing of $48.8M grew by 32% Y/Y and slightly exceeded our $48.4M estimate.  Current billings of $65.6M grew by 22% Y/Y and came in slightly below our $65.9M estimate.  Deferred revenue of $88.4M grew by 30% Y/Y and missed our $93.1M (up 37% Y/Y) estimate.  NG GM% of 54.3% declined by .5pp Y/Y and missed our 55.8% estimate as professional services NG GM% of -11.6% declined by 20.2pp Y/Y and missed our -3% estimate.  Subscription NG GM%, however, grew by 1.6p Y/Y and slightly missed our 78.2% estimate.  NG opex of $47.3M grew by 16% Y/Y and came in below our $50.8M estimate as growth in each opex segment decelerated.  This led to NG operating margin of -19.5%, up 3.2pp Y/Y and better than our -23.7% estimate.  Cash flow from operations was -$2.2M and FCF was -$3.8M.  The number of customers with ACV over $100K grew by 24% Y/Y to 546 (vs. 526 in FQ4).  The dollar-based retention rate was 110%, down from 112% in FQ4 and 115% in FQ3.

- **FQ2 guidance**.  For the FQ2/July quarter, ZUO is guiding for revenue of $66-68M (+14-18% Y/Y and below consensus of $71.14M) and NG EPS of -$.15 to -$.13 (below consensus of -$.11).

**FBN Securities**                                                                                                                              2

**Figure 1: ZUO Revenue/Billings Model**

| ZUO Revenue Model | Q1 19 | Q2 19 | Q3 19 | Q4 19 | 2019A | Q1 20A | Q2 20E | Q3 20E | Q4 20E | 2020E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NG Model ($M) - Post ASC 606 | Apr-18 | Jul-18 | Oct-18 | Jan-19 | | Apr-19 | Jul-19 | Oct-19 | Jan-20 | | Apr-20 | Jul-20 | Oct-20 | Jan-21 | | |
| | ASC 606 | ASC 605 | ASC 605 | ASC 605 | | ASC 606 | | | | | | | | | | |
| **Subscription** | 35.9 | 41.5 | 44.5 | 46.7 | 168.6 | 47.3 | 49.8 | 52.5 | 54.7 | 204.2 | 55.4 | 59.7 | 63.0 | 65.1 | 243.1 | 286.2 |
| Y/Y% | 38% | 44% | 43% | 35% | 40% | 32% | 20% | 18% | 17% | 21% | 17% | 20% | 20% | 19% | 19% | 18% |
| Q/Q% | 4% | 16% | 7% | 5% | | 1% | 5% | 5% | 4% | | 1% | 8% | 5% | 3% | | |
| % of revenue | 68% | 72% | 72% | 73% | 71% | 74% | 75% | 74% | 75% | 75% | 75% | 77% | 76% | 77% | 76% | 78% |
| *Low-end of subscription revenue guidance* | | 38.0 | 42.0 | 45.0 | 167.1 | 46.0 | 48.5 | | | 200.0 | | | | | | |
| *High-end of subscription revenue guidance* | | 38.5 | 42.5 | 45.5 | 167.6 | 46.5 | 50.0 | | | 206.0 | | | | | | |
| *% above/below HE of subs. rev. guidance* | | 7.7% | 4.7% | 2.7% | 0.6% | 1.7% | -0.5% | | | -0.9% | | | | | | |
| **Subscription billing** | 37.0 | 43.3 | 51.8 | 56.5 | 188.6 | 48.8 | 50.7 | 59.5 | 62.6 | 221.6 | 56.2 | 59.9 | 71.3 | 73.4 | 260.8 | 304.5 |
| Y/Y% | 32% | 38% | 39% | 19% | 31% | 32% | 17% | 15% | 11% | 18% | 15% | 18% | 20% | 17% | 18% | 17% |
| Y/Y% - guidance comment | | | | | | | < sub rev . Y/Y | | | | | | | | | |
| Q/Q% | -22% | 17% | 20% | 9% | | -14% | 4% | 17% | 5% | | -10% | 6% | 19% | 3% | | |
| **Trailing 12-month subscription billings** | 153.2 | 165.1 | 179.6 | 188.6 | | 200.3 | 207.8 | 215.5 | 221.6 | | 229.1 | 238.3 | 187.4 | 260.8 | | |
| Y/Y% | 45% | 40% | 44% | | | 31% | 26% | 20% | 18% | | 14% | 15% | -13% | 18% | | |
| Disclosed trailing 12-month subscription billin | 154.0 | 165.8 | 180.7 | | | | | | | | | | | | | |
| Disclosed Y/Y% | 48% | 42% | 46% | | | | | | | | | | | | | |
| Guidance for Y/Y% in 12-mo subs. billings | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Processed Billing Transaction Volume ($** | 7,200 | 7,500 | 8,600 | 10,800 | 34,100 | 9,675 | 10,156 | 11,665 | 12,150 | 43,645 | 12,301 | 13,270 | 13,998 | 14,458 | 54,027 | 63,607 |
| Y/Y% | 46% | 41% | 37% | 56% | 45% | 34% | 35% | 36% | 12% | 28% | 27% | 31% | 20% | 19% | 24% | 18% |
| Subscription/PBTV Ratio | 0.50% | 0.55% | 0.52% | 0.43% | | 0.49% | 0.49% | 0.45% | 0.45% | | 0.45% | 0.45% | 0.45% | 0.45% | | |
| | | | | | | | | | | | | | | | | |
| **Professional services** | 16.6 | 16.3 | 17.2 | 17.3 | 67.3 | 16.8 | 16.8 | 18.0 | 18.2 | 69.8 | 18.1 | 18.1 | 19.5 | 19.7 | 75.4 | 81.4 |
| Y/Y% | 164% | 53% | 12% | 13% | 42% | 1% | 3% | 5% | 5% | 4% | 8% | 8% | 8% | 8% | 8% | 8% |
| Q/Q% | 8% | -2% | 5% | 1% | | -3% | 0% | 7% | 1% | | 0% | 0% | 7% | 1% | | |
| % of revenue | 32% | 28% | 28% | 27% | 29% | 26% | 25% | 26% | 25% | 25% | 25% | 23% | 24% | 23% | 24% | 22% |
| | | | | | | | | | | | | | | | | |
| **Revenue** | 52.4 | 57.8 | 61.6 | 64.1 | 235.9 | 64.1 | 66.5 | 70.5 | 72.9 | 274.0 | 73.5 | 77.8 | 82.4 | 84.7 | 318.5 | 367.6 |
| Y/Y% (targeting 25-30% Y/Y) | 62% | 47% | 33% | 29% | 40% | 22% | 15% | 14% | 14% | 16% | 15% | 17% | 17% | 16% | 16% | 15% |
| Q/Q% | 5% | 10% | 7% | 4% | | 0% | 4% | 6% | 3% | | 1% | 6% | 6% | 3% | | |
| *Low-end of revenue guidance* | | 53.5 | 58.3 | 62.3 | 233.4 | 63.5 | 66.0 | | | 268.0 | | | | | | |
| *High-end of revenue guidance* | | 54.5 | 59.3 | 63.3 | 234.4 | 64.5 | 68.0 | | | 278.0 | | | | | | |
| *% above/below HE of guidance* | | 6.0% | 3.9% | 1.2% | 0.6% | -0.6% | -2.2% | | | -1.4% | | | | | | |
| *Consensus revenue* | 49.0 | 54.1 | 59.0 | 62.9 | 234.1 | 64.2 | 71.1 | | | 291.2 | | | | | 363.5 | |
| *% above/below consensus* | 7.1% | 6.7% | 4.5% | 1.9% | 0.8% | -0.1% | -6.5% | | | -5.9% | | | | | -12.4% | |
| Total Leeyo revenue (estimated) | 11.0 | 12.1 | 12.8 | 13.5 | 49.4 | 13.1 | 14.4 | 15.1 | 16.3 | 56.8 | 13.3 | 17.5 | 18.4 | 19.6 | 68.7 | 82.1 |
| Y/Y% | | | | | 91% | 19% | 19% | 18% | 21% | 15% | 1% | 22% | 21% | 20% | 21% | 19% |
| Leeyo/RevPro % of Revenue | 21% | 21% | 21% | 21% | 21% | 20% | 22% | 21% | 22% | 21% | 18% | 22% | 22% | 23% | 22% | 22% |
| **Estimated Revenue ex-Leeyo** | 41.4 | 45.7 | 48.8 | 50.6 | 186.5 | 51.0 | 52.2 | 55.4 | 56.5 | 215.1 | 60.2 | 60.3 | 64.1 | 65.1 | 249.7 | 285.5 |
| Y/Y% | 28% | 37% | 32% | 28% | 31% | 23% | 14% | 13% | 12% | 15% | 18% | 16% | 16% | 15% | 16% | 14% |
| Disclosed revenue growth ex-Leeyo | | | | | Over 30% | | | | | | | | | | | |
| Q/Q% | 5% | 10% | 7% | 4% | | 1% | 2% | 6% | 2% | | 7% | 0% | 6% | 2% | | |
| | | | | | | | | | | | | | | | | |
| FCF Margin % | -18% | -12% | -19% | -15% | -16% | -6% | -26% | -13% | -13% | -15% | -15% | -19% | -3% | -8% | -11% | -9% |
| Y/Y% in Revenue | 62% | 47% | 33% | 29% | 40% | 22% | 15% | 14% | 14% | 16% | 15% | 17% | 17% | 16% | 16% | 15% |
| **Rule % (FCF Mgn. % + Y/Y% in Rev.)** | 44% | 35% | 14% | 13% | 24% | 16% | -11% | 1% | 0% | 2% | 0% | -2% | 14% | 8% | 5% | 7% |
| **Billings** | 54.1 | 59.6 | 68.9 | 73.8 | 256.4 | 65.6 | 67.5 | 77.5 | 80.8 | 291.4 | 74.4 | 78.0 | 90.7 | 93.1 | 336.2 | 385.9 |
| Y/Y% | 58% | 42% | 31% | 17% | 34% | 21% | 13% | 12% | 9% | 14% | 13% | 16% | 17% | 15% | 15% | 15% |
| Q/Q% | -14% | 10% | 16% | 7% | | -11% | 3% | 15% | 4% | | -8% | 5% | 16% | 3% | | |
| Comments | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| *Consensus billings* | | | | | | | | | | | | | | | | |
| *% above/below consensus* | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Trailing 12-month calculated total billing** | 211.6 | 229.1 | 245.4 | 256.4 | | 267.9 | 275.8 | 284.4 | 291.4 | | 300.2 | 310.7 | 323.9 | 336.2 | | |
| Y/Y% | 63% | 56% | 51% | | | 27% | 20% | 16% | 14% | | 12% | 13% | 14% | 15% | | |
| Disclosed trailing 12-month calculated billings | 210.9 | 228.4 | 245.1 | | | | | | | | | | | | | |
| Disclosed Y/Y% | 65% | 57% | 51% | | | | | | | | | | | | | |
| Guidance for Y/Y% in 12-mo total billings | | | | Was low 30s% before | | | | | | | | | | | | |
| **Current Billings** | 54.0 | 59.2 | 68.9 | 74.5 | 256.6 | 65.6 | 66.7 | 77.5 | 81.6 | 291.4 | 74.4 | 77.1 | 90.6 | 94.0 | 336.2 | 385.9 |
| Y/Y% | 55% | 47% | | | 33% | 22% | 13% | 12% | 10% | 14% | 13% | 16% | 17% | 15% | 15% | 15% |
| Short-term deferred revenue | 67.6 | 69.1 | 76.3 | 86.8 | | 88.3 | 88.4 | 95.4 | 104.1 | | 105.1 | 104.4 | 112.6 | 121.8 | | |
| Y/Y% | 54% | 54% | 47% | 31% | | 31% | 28% | 25% | 20% | | 19% | 18% | 18% | 17% | | |
| Q/Q $ | 1.5 | 1.5 | 7.2 | 10.5 | | 1.5 | 0.1 | 7.0 | 8.7 | | 0.9 | -0.7 | 8.2 | 9.3 | | |
| Long-term deferred revenue | 0.4 | 0.7 | 0.8 | 0.1 | | 0.1 | 0.9 | 0.9 | 0.1 | | 0.1 | 1.0 | 1.1 | 0.1 | | |
| Y/Y% | -29% | 6% | 59% | -68% | | -83% | 16% | 16% | 16% | | 15% | 14% | 14% | 14% | | |
| LT DR % of Total DR | 1% | 1% | 1% | 0% | | 0% | 1% | 1% | 0% | | 0% | 1% | 1% | 0% | | |
| **Total Deferred Revenue** | 68.0 | 69.8 | 77.1 | 86.9 | | 88.4 | 89.3 | 96.3 | 104.3 | | 105.2 | 105.3 | 113.6 | 122.0 | | |
| Y/Y% | 53% | 53% | 47% | 31% | | 30% | 28% | 25% | 20% | | 19% | 18% | 18% | 17% | | |
| Q/Q $ change in Deferred Revenue | 1.6 | 1.8 | 7.3 | 9.8 | | 1.5 | 0.9 | 7.0 | 8.0 | | 0.9 | 0.2 | 8.3 | 8.4 | | |
| *Consensus deferred revenue* | | | | | | | | | | | | | | | | |

*Source: Company reports and FBN Securities estimates;*

**FBN Securities**

**Figure 2: ZUO Income Statement**

| ZUO Income Statement / NG Model ($M) - Post ASC 606 | Q1 19 Apr-18 | Q2 19 Jul-18 | Q3 19 Oct-18 | Q4 19 Jan-19 | 2019A | Q1 20A Apr-19 | Q2 20E Jul-19 | Q3 20E Oct-19 | Q4 20E Jan-20 | 2020E | Q1 21E Apr-20 | Q2 21E Jul-20 | Q3 21E Oct-20 | Q4 21E Jan-21 | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 52.4 | 57.8 | 61.6 | 64.1 | 235.9 | 64.1 | 66.5 | 70.5 | 72.9 | 274.0 | 73.5 | 77.8 | 82.4 | 84.7 | 318.5 | 367.6 |
| Y/Y% (targeting 25-30% Y/Y) | 62% | 47% | 33% | 29% | 40% | 22% | 15% | 14% | 14% | 16% | 15% | 17% | 17% | 16% | 16% | 15% |
| Q/Q% | 5% | 10% | 7% | 4% | | 0% | 4% | 6% | 3% | | 1% | 6% | 6% | 3% | | |
| Low-end of revenue guidance | | 53.5 | 58.3 | 62.3 | 233.4 | 63.5 | 66.0 | | | 268.0 | | | | | | |
| High-end of revenue guidance | | 54.5 | 59.3 | 63.3 | 234.4 | 64.5 | 68.0 | | | 278.0 | | | | | | |
| % above/below HE of guidance | | 6.0% | 3.9% | 1.2% | 0.6% | -0.6% | -2.2% | | | -1.4% | | | | | | |
| Consensus revenue | 49.0 | 54.1 | 59.0 | 62.9 | 234.1 | 64.2 | 71.1 | | | 291.2 | | | | | 363.5 | |
| % above/below consensus | 7.1% | 6.7% | 4.5% | 1.9% | 0.8% | -0.1% | -6.5% | | | -5.9% | | | | | -12.4% | |
| Subscription GM$ - Non-GAAP | 27.3 | 32.4 | 34.9 | 36.5 | 131.1 | 36.7 | 38.6 | 40.9 | 43.2 | 159.5 | 43.2 | 46.6 | 49.8 | 52.0 | 191.6 | 227.7 |
| Professional Services/Other GM$ - NG | 1.4 | -0.5 | -0.4 | -0.9 | -0.4 | -1.9 | -1.3 | -0.5 | -0.2 | -4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gross Margin | 28.7 | 31.8 | 34.6 | 35.6 | 130.7 | 34.8 | 37.3 | 40.4 | 43.0 | 155.5 | 43.2 | 46.6 | 49.8 | 52.0 | 191.6 | 227.7 |
| Subscription GM% - NG (LTT: Low 80s%) | 76.0% | 78.1% | 78.5% | 78.2% | 77.8% | 77.6% | 77.6% | 78.0% | 79.0% | 78.1% | 78.0% | 78.0% | 79.0% | 80.0% | 78.8% | 79.5% |
| YY pp change in product GM% | -3.0% | 2.4% | 1.1% | 0.0% | 0.2% | 1.6% | -0.5% | -0.5% | 0.8% | 0.3% | 0.4% | 0.4% | 1.0% | 1.0% | 0.7% | 0.8% |
| Q/Q pp change in product GM% | -2.1% | 2.1% | 0.4% | -0.3% | | -0.5% | 0.0% | 0.4% | 1.0% | | -1.0% | 0.0% | 1.0% | 1.0% | | |
| Professional Services/Other GM% - NG | 8.7% | -3.3% | -2.1% | -5.4% | -0.6% | -11.6% | -8.0% | -3.0% | -1.0% | -5.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YY pp change in services GM% | 14.2% | 11.6% | -16.2% | -9.3% | -2.4% | -20.2% | -4.7% | -0.9% | 4.4% | -5.2% | 11.6% | 8.0% | 3.0% | 1.0% | 5.7% | 0.0% |
| Q/Q pp change in services GM% | 4.7% | -12.0% | 1.3% | -3.3% | | -6.1% | 3.6% | 5.0% | 2.0% | | 1.0% | 0.0% | 0.0% | 0.0% | | |
| Total NG Gross Margin % (LTT: 70%) | 54.8% | 55.1% | 56.1% | 55.6% | 55.4% | 54.3% | 56.0% | 57.3% | 59.0% | 56.7% | 58.7% | 59.8% | 60.4% | 61.4% | 60.1% | 61.9% |
| Y/Y pp change in NG GM% | -7.9% | 3.9% | -0.4% | 0.2% | -0.7% | -0.5% | 0.9% | 1.3% | 3.5% | 1.3% | 4.5% | 3.8% | 3.1% | 2.4% | 3.4% | 1.8% |
| Q/Q pp change in NG GM% | -0.6% | 0.4% | 0.9% | -0.5% | | -1.3% | 1.8% | 1.3% | 1.7% | | -0.3% | 1.1% | 0.5% | 1.1% | | |
| Research and development | 11.6 | 12.6 | 13.0 | 13.1 | 50.3 | 14.2 | 15.0 | 14.9 | 14.9 | 59.1 | 16.2 | 17.1 | 16.9 | 16.9 | 67.1 | 75.7 |
| Y/Y% | 50% | 36% | 41% | 28% | 38% | 23% | 19% | 15% | 14% | 18% | 13% | 14% | 13% | 13% | 14% | 13% |
| Q/Q% | 13% | 8% | 3% | 1% | | 9% | 5% | 0% | 0% | | 8% | 6% | -1% | 0% | | |
| R&D% (LTT: 14%) | 22.1% | 21.8% | 21.1% | 20.4% | 21.3% | 22.2% | 22.5% | 21.2% | 20.5% | 21.6% | 22.0% | 22.0% | 20.5% | 20.0% | 21.1% | 20.6% |
| Sales and marketing | 20.2 | 23.9 | 23.7 | 24.5 | 92.3 | 23.6 | 27.3 | 27.1 | 27.3 | 105.4 | 26.8 | 31.1 | 30.5 | 31.3 | 119.8 | 136.5 |
| Y/Y% | 39% | 33% | 35% | 21% | 31% | 17% | 14% | 15% | 11% | 14% | 13% | 14% | 12% | 15% | 14% | 14% |
| Q/Q% | 0% | 18% | -1% | 4% | | -4% | 15% | -1% | 1% | | -2% | 16% | -2% | 3% | | |
| S&M% (LTT: 27%) | 38.5% | 41.4% | 38.4% | 38.3% | 39.1% | 36.9% | 41.0% | 38.5% | 37.5% | 38.5% | 36.5% | 40.0% | 37.0% | 37.0% | 37.6% | 37.1% |
| Timing of Subscribed Conference (affects S&M) | | | | | | | | | | | | | | | | |
| General & administrative | 8.8 | 7.7 | 8.5 | 9.5 | 34.5 | 9.4 | 9.4 | 9.7 | 10.4 | 38.8 | 10.7 | 10.4 | 11.1 | 12.1 | 44.3 | 51.1 |
| Y/Y% | 96% | 45% | 62% | 48% | 61% | 7% | 22% | 14% | 9% | 13% | 14% | 10% | 15% | 16% | 14% | 15% |
| Q/Q% | 37% | -13% | 10% | 13% | | -2% | 0% | 3% | 8% | | 3% | -4% | 8% | 9% | | |
| G&A% (LTT: 9%) | 16.8% | 13.3% | 13.7% | 14.9% | 14.6% | 14.6% | 14.1% | 13.7% | 14.3% | 14.2% | 14.6% | 13.3% | 13.5% | 14.3% | 13.9% | 13.9% |
| Total Operating Expenses | 40.6 | 44.2 | 45.2 | 47.2 | 177.1 | 47.3 | 51.6 | 51.7 | 52.7 | 203.3 | 53.7 | 58.6 | 58.5 | 60.4 | 231.3 | 263.2 |
| Y/Y% | 52% | 36% | 41% | 28% | 38% | 16% | 17% | 15% | 12% | 15% | 14% | 14% | 13% | 15% | 14% | 14% |
| Q/Q% | 10% | 9% | 2% | 4% | | 0% | 9% | 0% | 2% | | 2% | 9% | 0% | 3% | | |
| Operating Expense % Revenue | 77.4% | 76.5% | 73.3% | 73.6% | 75.1% | 73.7% | 77.6% | 73.4% | 72.3% | 74.2% | 73.1% | 75.3% | 71.0% | 71.3% | 72.6% | 71.6% |
| YY pp change in Opex% | -5.3% | -6.0% | 4.0% | -0.6% | -1.4% | -3.7% | 1.1% | 0.1% | -1.3% | -0.9% | -0.6% | -2.3% | -2.4% | -1.0% | -1.6% | -1.0% |
| Operating Income | -11.9 | -12.3 | -10.6 | -11.6 | -46.4 | -12.5 | -14.4 | -11.3 | -9.7 | -47.9 | -10.5 | -12.0 | -8.8 | -8.4 | -39.7 | -35.5 |
| Y/Y% | 83% | 0% | 79% | 23% | 36% | 5% | 16% | 7% | -16% | 3% | -16% | -16% | -23% | -14% | -17% | -11% |
| Low-end of Operating Income Guidance | | -16.0 | -13.5 | -12.5 | -49.1 | -15.0 | -15.5 | | | -49.0 | | | | | | |
| High-end of Operating Income Guidance | | -15.0 | -12.5 | -11.5 | -48.1 | -14.0 | -14.0 | | | -45.0 | | | | | | |
| $ above/below HE of Oper. Inc. Guidance | | 2.7 | 1.9 | -0.1 | 1.7 | 1.5 | -0.4 | | | -2.9 | | | | | | |
| Operating Margin% (LTT: 20%) | -22.7% | -21.4% | -17.2% | -18.1% | -19.7% | -19.5% | -21.6% | -16.1% | -13.3% | -17.5% | -14.4% | -15.5% | -10.6% | -9.9% | -12.5% | -9.7% |
| Y/Y pp change in NG Operating Margin % | -2.5% | 9.9% | -4.4% | 0.8% | 0.7% | 3.2% | -0.2% | 1.1% | 4.8% | 2.2% | 5.1% | 6.1% | 5.5% | 3.4% | 5.0% | 2.8% |
| Q/Q pp change in NG Operating Margin % | -3.8% | 1.3% | 4.2% | -0.9% | | -1.4% | -2.1% | 5.5% | 2.8% | | -1.1% | -1.1% | 4.8% | 0.8% | | |
| Comment | | | | F19 is an investment year | | | | | | | | | | | | |
| Interest and other (expense) income, net | -0.7 | -1.2 | 0.6 | 0.8 | -0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 2.1 | 0.5 | 0.5 | 0.5 | 0.5 | 2.1 | 2.1 |
| Pretax income | -12.6 | -13.5 | -10.0 | -10.8 | -46.8 | -12.0 | -13.8 | -10.8 | -9.1 | -45.7 | -10.0 | -11.5 | -8.2 | -7.8 | -37.6 | -33.4 |
| Income tax - NG | 0.3 | 0.2 | 0.2 | 0.8 | 1.5 | 0.2 | 0.2 | 0.2 | 0.1 | 0.8 | 0.2 | 0.2 | 0.1 | 0.1 | 0.6 | 0.5 |
| Tax rate | -2.3% | -1.5% | -2.3% | -7.0% | -3.1% | -2.0% | -1.5% | -1.5% | -1.5% | -1.6% | -1.5% | -1.5% | -1.5% | -1.5% | -1.5% | -1.5% |
| Net Income | -12.8 | -13.7 | -10.2 | -11.5 | -48.3 | -12.2 | -14.0 | -11.0 | -9.3 | -46.5 | -10.2 | -11.7 | -8.4 | -7.9 | -38.1 | -33.9 |
| % Rev. | -24.5% | -23.8% | -16.5% | -18.0% | -20.5% | -19.0% | -21.1% | -15.6% | -12.7% | -17.0% | -13.8% | -15.0% | -10.1% | -9.4% | -12.0% | -9.2% |
| WA # Shares - FD (M) | 44.9 | 105.1 | 106.0 | 107.4 | 91.3 | 108.8 | 110.8 | 112.8 | 114.8 | 111.8 | 116.8 | 118.8 | 120.8 | 122.8 | 119.8 | 136.3 |
| Q/Q% | 48.2% | 134.3% | 0.9% | 1.3% | | 1.3% | 1.8% | 1.8% | 1.8% | | 1.7% | 1.7% | 1.7% | 1.7% | | |
| NG EPS | $ (0.29) | $ (0.13) | $ (0.10) | $ (0.11) | $ (0.53) | $ (0.11) | $ (0.13) | $ (0.10) | $ (0.08) | $ (0.42) | $ (0.09) | $ (0.10) | $ (0.07) | $ (0.06) | $ (0.32) | $ (0.25) |
| Y/Y% | 6% | -72% | -48% | -65% | -58% | -61% | -3% | 1% | -25% | -21% | -22% | -22% | -29% | -20% | -23% | -22% |
| Q/Q% | -7% | -54% | -26% | 11% | | 5% | 13% | -23% | -17% | | 8% | 13% | -30% | -7% | | |
| Low-end of NG EPS guidance | | $ (0.16) | $ (0.14) | $ (0.12) | $ (0.56) | $ (0.14) | $ (0.15) | | | $ (0.44) | | | | | | |
| High-end of NG EPS guidance | | $ (0.15) | $ (0.13) | $ (0.11) | $ (0.55) | $ (0.13) | $ (0.13) | | | $ (0.40) | | | | | | |
| Cents above/below HE of NG EPS guidance | | $ 0.02 | $ 0.03 | $ 0.00 | $ 0.02 | $ 0.02 | $ 0.00 | | | $ (0.02) | | | | | | |
| Consensus NG EPS | $ (0.40) | $ (0.16) | $ (0.13) | $ (0.11) | $ (0.56) | $ (0.13) | $ (0.11) | | | $ (0.41) | | | | | $ (0.33) | |
| Cents above/below consensus NG EPS | $ 0.11 | $ 0.03 | $ 0.03 | $ 0.00 | $ 0.03 | $ 0.02 | $ (0.02) | | | $ (0.01) | | | | | $ 0.01 | |

*Source: Company reports and FBN Securities estimates*

**FBN Securities**

**Figure 3: ZUO Free Cash Flow (FCF) Model**

| ZUO Free Cash Flow Model | Q1 19 Apr-18 | Q2 19 Jul-18 | Q3 19 Oct-18 | Q4 19 Jan-19 | 2019A | Q1 20A Apr-19 | Q2 20E Jul-19 | Q3 20E Oct-19 | Q4 20E Jan-20 | 2020E | Q1 21E Apr-20 | Q2 21E Jul-20 | Q3 21E Oct-20 | Q4 21E Jan-21 | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAAP/NG Net Income Reconcil. | | | | | | | | | | | | | | | | |
| **GAAP net loss** | **-17.8** | **-19.6** | **-17.9** | **-20.7** | **-75.9** | **-20.6** | **-22.8** | **-19.9** | **-18.5** | **-81.7** | **-19.4** | **-21.4** | **-18.7** | **-18.5** | **-78.1** | **-79.7** |
| Add back: | | | | | | | | | | | | | | | | |
| SBC | 4.6 | 5.7 | 7.5 | 7.6 | 25.4 | 8.0 | 8.3 | 8.5 | 8.7 | 33.5 | 8.8 | 9.3 | 9.9 | 10.2 | 38.2 | 44.1 |
| SBC Y/Y% | | | | | | | 47% | 13% | 15% | 32% | 11% | 12% | 17% | 16% | 14% | 15% |
| SBC% | 8.8% | 9.8% | 12.1% | 11.9% | 10.7% | 12.4% | 12.5% | 12.0% | 12.0% | 12.2% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% |
| Amortization of acquired intangibles | 0.7 | 0.6 | 0.5 | 0.5 | 2.3 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 |
| Internal use software | -0.3 | -0.4 | -0.3 | 0.0 | -1.0 | -0.1 | -0.1 | -0.1 | -0.1 | -0.3 | -0.1 | -0.1 | -0.1 | -0.1 | -0.3 | -0.3 |
| Charitable donations | 0.0 | | | 1.0 | 0.0 | | | | | | | | | | | |
| **NG net income** | **-12.8** | **-13.7** | **-10.2** | **-11.5** | **-48.3** | **-12.2** | **-14.0** | **-11.0** | **-9.3** | **-46.5** | **-10.2** | **-11.7** | **-8.4** | **-7.9** | **-38.1** | **-33.9** |
| | | | | | | | | | | | | | | | | |
| CFO Calculation | | | | | | | | | | | | | | | | |
| **GAAP net income** | **-17.8** | **-19.6** | **-19.5** | **-20.7** | **-77.6** | **-20.6** | **-22.8** | **-19.9** | **-18.5** | **-81.7** | **-19.4** | **-21.4** | **-18.7** | **-18.5** | **-78.1** | **-79.7** |
| D&A | 2.0 | 2.5 | 2.1 | 2.2 | 8.8 | 2.5 | 2.5 | 2.5 | 2.6 | 10.1 | 2.6 | 2.7 | 2.8 | 2.9 | 11.0 | 12.7 |
| D&A Y/Y% | | | | | | | -3% | 19% | 21% | 15% | 3% | 11% | 10% | 10% | 8% | 15% |
| D&A % | 3.7% | 4.4% | 3.5% | 3.4% | 3.7% | 3.9% | 3.7% | 3.6% | 3.6% | 3.7% | 3.5% | 3.5% | 3.4% | 3.4% | 3.4% | 3.4% |
| Stock-based compensation | 4.6 | 5.7 | 7.5 | 7.6 | 25.4 | 8.0 | 8.3 | 8.5 | 8.7 | 33.5 | 8.8 | 9.3 | 9.9 | 10.2 | 38.2 | 44.1 |
| Loss on disposal of assets | 0.0 | 0.1 | 0.0 | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision for doubtful accounts | 1.2 | 1.3 | 2.0 | -0.6 | 3.9 | 1.3 | 1.3 | 1.3 | 1.3 | 5.4 | 1.3 | 1.3 | 1.3 | 1.3 | 5.4 | 5.4 |
| Amortization of deferred commissions | 1.8 | | | | 2.3 | | | | | | | | | | | |
| Accretion of discount on ST Investmen | 0.0 | 0.0 | -0.1 | -0.5 | -0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Donation | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | -0.5 | 0.0 | 0.0 | 0.0 | -0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in operating assets/liab.: | | | | | | | | | | | | | | | | |
| A/R | 3.2 | 2.0 | -11.3 | -6.3 | -12.4 | 4.5 | -2.0 | -3.2 | -6.0 | -6.8 | -0.5 | -3.8 | -4.0 | -8.0 | -16.4 | -19.0 |
| Prepaid expenses and other assets | -2.1 | 0.2 | -0.3 | -1.2 | -3.4 | -1.0 | -0.6 | -1.0 | -0.6 | -3.2 | -0.2 | -1.1 | -1.1 | -0.6 | -2.9 | -3.1 |
| Deferred commissions | -2.9 | | | | -1.9 | | | | | | | | | | | |
| Other assets | -2.0 | 0.1 | 0.2 | -0.8 | -2.5 | -1.4 | -0.2 | -0.3 | -0.2 | -2.1 | 0.0 | -0.3 | -0.3 | -0.2 | -0.9 | -0.9 |
| Accounts payable | 1.0 | -0.9 | -0.1 | -1.1 | -1.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 |
| Accrued expenses and other liabilities | 1.9 | 0.7 | 0.3 | 0.8 | 3.7 | 0.9 | 0.5 | 0.9 | 0.5 | 2.8 | 0.1 | 0.9 | 1.0 | 0.5 | 2.6 | 2.8 |
| Accrued employee liabilities | -0.3 | 3.6 | 3.5 | -1.9 | 4.9 | 3.6 | 1.0 | 1.6 | 1.0 | 7.2 | 0.0 | 1.8 | 1.9 | 0.9 | 4.6 | 5.1 |
| Deferred revenue | 1.1 | 2.3 | 7.3 | 13.9 | 24.6 | 1.5 | 0.9 | 7.0 | 8.0 | 17.4 | 0.9 | 0.2 | 8.3 | 8.4 | 17.7 | 18.3 |
| Other long-term liabilities | 0.4 | 0.0 | 0.5 | 0.6 | 1.6 | -1.3 | 0.2 | 0.3 | 0.2 | -0.5 | 0.1 | 0.4 | 0.4 | 0.2 | 1.0 | 1.1 |
| **Cash Flow From Operations** | **-7.8** | **-1.8** | **-8.0** | **-7.0** | **-24.6** | **-2.2** | **-10.7** | **-2.1** | **-2.8** | **-17.8** | **-6.3** | **-9.8** | **1.5** | **-2.8** | **-17.5** | **-13.1** |
| Y/Y% | | | | | | -72% | 496% | -74% | -60% | -28% | 193% | -8% | -172% | 1% | -2% | -25% |
| Cumulative CFO | -7.8 | -9.6 | -17.6 | -24.6 | -24.6 | -2.2 | -12.9 | -15.0 | -17.8 | -17.8 | -6.3 | -16.2 | -14.6 | -17.5 | -17.5 | -13.1 |
| | | | | | | | | | | | | | | | | |
| **Less Capital Investments** | **-1.8** | **-4.9** | **-3.9** | **-2.8** | **-13.4** | **-1.7** | **-6.7** | **-7.1** | **-6.9** | **-22.3** | **-4.4** | **-4.7** | **-4.1** | **-4.2** | **-17.4** | **-18.4** |
| Y/Y% | | | | | | -5% | 35% | 79% | 148% | 66% | 163% | -30% | -42% | -39% | -22% | 5% |
| % of Revenue | -3.4% | -8.5% | -6.4% | -4.4% | -5.7% | -2.6% | -10.0% | -10.0% | -9.5% | -8.1% | -6.0% | -6.0% | -5.0% | -5.0% | -5.5% | -5.0% |
| | | | | | | | | | | | | | | | | |
| **Free Cash Flow** | **-9.6** | **-6.7** | **-12.0** | **-9.8** | **-38.1** | **-3.8** | **-17.4** | **-9.2** | **-9.7** | **-40.1** | **-10.7** | **-14.5** | **-2.6** | **-7.1** | **-34.9** | **-31.5** |
| Y/Y% | | | | | | -60% | 158% | -23% | -1% | 5% | 180% | -16% | -72% | -27% | -13% | -10% |
| Q/Q% | | -30% | 78% | -18% | 289% | -61% | 352% | -47% | 6% | 312% | 10% | 35% | -82% | 171% | 395% | 355% |
| FCF Margin % | -18.3% | -11.6% | -19.4% | -15.3% | -16.1% | -6.0% | -26.1% | -13.0% | -13.3% | -14.6% | -14.6% | -18.6% | -3.2% | -8.3% | -11.0% | -8.6% |
| *Guided FCF* | | | | | *-42.0* | | | | | *-40.0* | | | | | | |
| FCF - TTM | | | | -38.1 | | -32.3 | -42.9 | -40.1 | -40.1 | | -47.0 | -44.1 | -37.6 | -34.9 | | |
| **FCF - TIM Yield %** | | | | **-2.5%** | **-2.5%** | **-2.1%** | **-2.8%** | **-2.6%** | **-2.6%** | **-2.6%** | **-3.1%** | **-2.9%** | **-2.5%** | **-2.3%** | **-2.3%** | **-2.1%** |
| | | | | | | | | | | | | | | | | |
| Facilities spend | | | | | | | | | | -10.0 | | | | | | |
| FCF ex-Facilities spend | | | | | -38.1 | | | | | -30.1 | | | | | -34.9 | -31.5 |
| | | | | | | | | | | | | | | | | |
| **Free Cash Flow Less SBC** | **-14.2** | **-12.4** | **-19.4** | **-17.4** | **-63.4** | **-11.8** | **-25.7** | **-17.6** | **-18.5** | **-73.5** | **-19.6** | **-23.8** | **-12.5** | **-17.2** | **-73.1** | **-75.6** |
| Y/Y% | | | | | | -17% | 107% | -9% | 6% | 16% | 66% | -7% | -29% | -7% | -1% | 3% |
| Q/Q% | | -13% | 57% | -10% | 264% | -32% | 118% | -31% | 5% | 298% | 6% | 22% | -48% | 38% | 325% | 307% |
| FCF Less SBC Margin % | -27% | -21% | -32% | -27% | -27% | -18% | -39% | -25% | -25% | -27% | -27% | -31% | -15% | -20% | -23% | -21% |
| FCF - SBC TTM | | | | -63.4 | | -61.0 | -74.3 | -72.5 | -73.5 | | -81.3 | -79.5 | -74.4 | -73.1 | | |
| **FCF - SBC TIM Yield %** | | | | **-4.1%** | **-4.1%** | **-4.0%** | **-4.9%** | **-4.7%** | **-4.8%** | **-4.8%** | **-5.3%** | **-5.2%** | **-4.9%** | **-4.8%** | **-4.8%** | **-4.9%** |
| | | | | | | | | | | | | | | | | |
| FCF Yield with stock price at: $13.84 | | | | | | | | | | | | | | | | |

*Source: Company reports and FBN Securities estimates*

**Figure 4: ZUO Balance Sheet**

| ZUO Balance Sheet ($M) | Q1 19 Apr-18 | Q2 19 Jul-18 | Q3 19 Oct-18 | Q4 19 Jan-19 | Q1 20A Apr-19 | Q2 20E Jul-19 | Q3 20E Oct-19 | Q4 20E Jan-20 | Q1 21E Apr-20 | Q2 21E Jul-20 | Q3 21E Oct-20 | Q4 21E Jan-21 | Q1 22E Apr-21 | Q2 22E Jul-21 | Q3 22E Oct-21 | Q4 22E Jan-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | | | | | | | | | | | | | | | | |
| Cash & cash equivalents | 202.5 | 179.2 | 77.9 | 67.9 | 62.6 | | | | | | | | | | | |
| Short-term investments | 0.0 | 0.0 | 97.0 | 107.9 | 116.7 | | | | | | | | | | | |
| Cash, CE, and ST Investments | 202.5 | 179.2 | 174.9 | 175.8 | 179.3 | 163.6 | 155.2 | 147.2 | 137.1 | 120.5 | 115.0 | 106.7 | 98.0 | 79.8 | 75.9 | 68.2 |
| Accounts receivable | 45.4 | 42.1 | 51.4 | 58.3 | 52.5 | 54.4 | 57.7 | 63.7 | 64.2 | 68.0 | 72.1 | 80.1 | 80.2 | 85.1 | 90.1 | 99.1 |
| Restricted cash, current portion | 0.2 | 1.8 | 4.4 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred commissions | | | | 8.6 | 8.7 | 9.0 | 9.5 | 9.9 | 9.9 | 10.5 | 11.2 | 11.5 | 11.5 | 12.2 | 12.9 | 13.2 |
| Prepaid expenses and other current asse | 8.8 | 8.8 | 9.2 | 14.6 | 15.7 | 16.3 | 17.3 | 17.9 | 18.0 | 19.1 | 20.2 | 20.8 | 20.8 | 22.1 | 23.4 | 23.9 |
| Total Current Assets | 256.9 | 231.8 | 239.8 | 257.8 | 256.2 | 243.4 | 239.7 | 238.6 | 229.3 | 218.2 | 218.4 | 219.0 | 210.5 | 199.2 | 202.3 | 204.4 |
| | | | | | | | | | | | | | | | | |
| Property and equipment, net | 10.9 | 16.9 | 18.4 | 19.6 | 19.6 | 20.3 | 21.5 | 22.3 | 22.4 | 23.8 | 25.2 | 25.9 | 25.9 | 27.5 | 29.1 | 29.7 |
| Restricted cash | 4.9 | 4.9 | 2.1 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Intangible assets, net | 10.6 | 10.0 | 9.5 | 7.4 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 |
| Deferred commissions | | | | 18.7 | 18.2 | 18.9 | 20.0 | 20.7 | 20.9 | 22.1 | 23.4 | 24.1 | 24.1 | 25.6 | 27.1 | 27.7 |
| Goodwill | 20.6 | 20.9 | 20.9 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 | 17.6 |
| Other assets | 2.8 | 2.7 | 2.5 | 3.3 | 4.7 | 4.9 | 5.2 | 5.4 | 5.4 | 5.7 | 6.1 | 6.3 | 6.3 | 6.6 | 7.0 | 7.2 |
| Total LT Assets | 49.9 | 55.4 | 53.4 | 68.3 | 67.1 | 68.7 | 71.3 | 72.9 | 73.3 | 76.2 | 79.2 | 80.7 | 80.9 | 84.2 | 87.8 | 89.1 |
| | | | | | | | | | | | | | | | | |
| Total Assets | 306.8 | 287.2 | 293.2 | 326.0 | 323.2 | 312.1 | 311.0 | 311.5 | 302.6 | 294.3 | 297.6 | 299.7 | 291.4 | 283.4 | 290.1 | 293.5 |
| | | | | | | | | | | | | | | | | |
| Liabilities & Equity | | | | | | | | | | | | | | | | |
| Accounts payable | 3.5 | 2.8 | 2.7 | 1.5 | 1.6 | 1.7 | 1.8 | 1.8 | 1.9 | 2.0 | 2.1 | 2.1 | 2.1 | 2.3 | 2.4 | 2.5 |
| Accrued expenses and other CL | 27.8 | 14.7 | 13.5 | 14.2 | 14.0 | 14.5 | 15.4 | 15.9 | 16.0 | 17.0 | 18.0 | 18.5 | 18.5 | 19.6 | 20.8 | 21.2 |
| Accrued employee liabililties | 17.4 | 21.0 | 24.5 | 22.6 | 26.2 | 27.2 | 28.9 | 29.8 | 30.1 | 31.9 | 33.7 | 34.7 | 34.8 | 36.9 | 39.0 | 39.8 |
| Lease onligation, current portion | 1.0 | 0.8 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt, current portion | 4.2 | 5.0 | 1.9 | 3.0 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| Deferred revenue | 67.6 | 69.1 | 76.3 | 86.8 | 88.3 | 88.4 | 95.4 | 104.1 | 105.1 | 104.4 | 112.6 | 121.8 | 122.9 | 121.1 | 130.6 | 140.1 |
| Total Current Liabilities | 121.4 | 113.4 | 121.1 | 128.1 | 134.2 | 135.9 | 145.5 | 155.8 | 157.1 | 159.2 | 170.4 | 181.2 | 182.4 | 183.9 | 196.9 | 207.7 |
| | | | | | | | | | | | | | | | | |
| Debt, net of current portion | 10.8 | 9.6 | 11.5 | 10.5 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 |
| Deferred revenue - non-current | 0.4 | 0.7 | 0.8 | 0.1 | 0.1 | 0.9 | 0.9 | 0.1 | 0.1 | 1.0 | 1.1 | 0.1 | 0.1 | 1.1 | 1.2 | 0.2 |
| Lease obligation, non-current | 1.4 | 2.4 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Other liabilities | 1.7 | 1.9 | 3.2 | 5.6 | 5.3 | 5.5 | 5.9 | 6.1 | 6.1 | 6.5 | 6.9 | 7.0 | 7.1 | 7.5 | 7.9 | 8.1 |
| Total LT Liabilities | 14.4 | 14.6 | 15.5 | 16.2 | 14.8 | 15.9 | 16.3 | 15.7 | 15.7 | 17.0 | 17.4 | 16.7 | 16.7 | 18.1 | 18.7 | 17.8 |
| | | | | | | | | | | | | | | | | |
| Total Liabilities | 135.8 | 128.0 | 136.6 | 144.2 | 149.0 | 151.9 | 161.8 | 171.5 | 172.9 | 176.2 | 187.9 | 197.9 | 199.1 | 202.0 | 215.5 | 225.5 |
| | | | | | | | | | | | | | | | | |
| Total Equity | 172.3 | 159.2 | 156.6 | 181.8 | 174.2 | 160.2 | 149.2 | 139.9 | 129.8 | 118.1 | 109.8 | 101.8 | 92.3 | 81.4 | 74.6 | 68.0 |
| | | | | | | | | | | | | | | | | |
| Total Liab. & SE | 308.0 | 287.2 | 293.2 | 326.0 | 323.2 | 312.1 | 311.0 | 311.5 | 302.6 | 294.3 | 297.6 | 299.7 | 291.4 | 283.4 | 290.1 | 293.5 |
| | | | | | | | | | | | | | | | | |
| METRICS | | | | | | | | | | | | | | | | |
| Cash + Investments+Restricted Cash | 207.4 | 184.1 | 177.0 | 177.5 | 179.3 | 163.6 | 155.2 | 147.2 | 137.1 | 120.5 | 115.0 | 106.7 | 98.0 | 79.8 | 75.9 | 68.2 |
| Cash + LT Inv. per share | $ 4.62 | $ 1.75 | $ 1.67 | $ 1.65 | $ 1.65 | $ 1.48 | $ 1.38 | $ 1.28 | $ 1.17 | $ 1.01 | $ 0.95 | $ 0.87 | $ 0.78 | $ 0.63 | $ 0.52 | $ 0.46 |
| Debt | 15.0 | 14.6 | 13.4 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 |
| Net Cash | 192.5 | 169.5 | 163.6 | 164.1 | 165.8 | 150.2 | 141.7 | 133.7 | 123.7 | 107.0 | 101.5 | 93.2 | 84.5 | 66.4 | 62.5 | 54.7 |
| Net Cash/Share | $ 4.29 | $ 1.61 | $ 1.54 | $ 1.53 | $ 1.52 | $ 1.35 | $ 1.26 | $ 1.16 | $ 1.06 | $ 0.90 | $ 0.84 | $ 0.76 | $ 0.68 | $ 0.52 | $ 0.43 | $ 0.37 |
| Book value per share | $ 3.84 | $ 1.51 | $ 1.48 | $ 1.69 | $ 1.60 | $ 1.45 | $ 1.32 | $ 1.22 | $ 1.11 | $ 0.99 | $ 0.91 | $ 0.74 | $ 0.64 | $ 0.51 | $ 0.46 | |
| DSO | 78 | 66 | 75 | 82 | 74 | 74 | 74 | 79 | 79 | 79 | 79 | 85 | 85 | 85 | 85 | 92 |
| Q/Q increase in A/R | -9% | -7% | 22% | 13% | -10% | 4% | 6% | 10% | 1% | 6% | 6% | 11% | 0% | 6% | 6% | 10% |
| Current ratio | 2.1 | 2.0 | 2.0 | 2.0 | 1.9 | 1.8 | 1.6 | 1.5 | 1.5 | 1.4 | 1.3 | 1.2 | 1.2 | 1.1 | 1.0 | 1.0 |
| Debt/Capital | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | | | | | | | | | |
| Deferred Revenue $ | | | | | | | | | | | | | | | | |
| S/T Deferred Revenue | 67.6 | 69.1 | 76.3 | 86.8 | 88.3 | 88.4 | 95.4 | 104.1 | 105.1 | 104.4 | 112.6 | 121.8 | 122.9 | 121.1 | 130.6 | 140.1 |
| L/T Deferred Revenue | 0.4 | 0.7 | 0.8 | 0.1 | 0.1 | 0.9 | 0.9 | 0.1 | 0.1 | 1.0 | 1.1 | 0.1 | 0.1 | 1.1 | 1.2 | 0.2 |
| Total Deferred Revenue | 68.0 | 69.8 | 77.1 | 86.9 | 88.4 | 89.3 | 96.3 | 104.3 | 105.2 | 105.3 | 113.6 | 122.0 | 123.0 | 122.2 | 131.8 | 140.3 |
| | | | | | | | | | | | | | | | | |
| Y/Y% | | | | | | | | | | | | | | | | |
| S/T Deferred Revenue | 54% | 54% | 47% | 31% | 31% | 28% | 25% | 20% | 19% | 18% | 18% | 17% | 17% | 16% | 16% | 15% |
| L/T Deferred Revenue | -29% | 6% | 59% | -68% | -83% | 16% | 16% | 16% | 15% | 14% | 14% | 14% | 14% | 14% | 14% | 13% |
| Total Deferred Revenue | 53% | 53% | 47% | 31% | 30% | 28% | 25% | 20% | 19% | 18% | 18% | 17% | 17% | 16% | 16% | 15% |
| Billings | | | | | | | | | | | | | | | | |
| Billings | 54.1 | 59.6 | 68.9 | 73.8 | 65.6 | 67.5 | 77.5 | 80.8 | 74.4 | 78.0 | 90.7 | 93.1 | 86.0 | 89.2 | 104.9 | 105.9 |
| Y/Y% | 58% | 42% | 31% | 17% | 21% | 13% | 12% | 9% | 13% | 16% | 17% | 15% | 16% | 14% | 16% | 14% |
| Q/Q% | -14% | 10% | 16% | 7% | -11% | 3% | 15% | 4% | -8% | 5% | 16% | 3% | -8% | 4% | 18% | 1% |
| | | | | | | | | | | | | | | | | |
| Current Billings | 54.0 | 59.2 | 68.9 | 74.5 | 65.6 | 66.7 | 77.5 | 81.6 | 74.4 | 77.1 | 90.6 | 94.0 | 86.0 | 88.1 | 104.8 | 106.9 |
| Y/Y% | 55% | 47% | 29% | 16% | 22% | 13% | 12% | 10% | 13% | 16% | 17% | 15% | 16% | 14% | 16% | 14% |
| Q/Q% | -16% | 10% | 16% | 8% | -12% | 2% | 16% | 5% | -9% | 4% | 18% | 4% | -9% | 2% | 19% | 2% |

*Source: Company reports and FBN Securities estimates*

## Disclosure Section

Regulation AC, Analyst Certification

⬜ I, Shebly Seyrafi, certify that the views expressed in the research report accurately reflect my personal views about the subject securities or issuers.

⬜ No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views I have expressed in the research report.

Ownership and material conflicts of interest

⬜ To the best of my knowledge, FBN Securities has no beneficial ownership in any of the recommended securities and does not hold 1% or more of the subject company's securities.

⬜ FBN Securities limits its investment banking role in the capacity only as a selling group member, and does not act in the capacity of underwriter for any public or private deals. FBN may have or in the future be part of a selling group in the security covered.

It has not received compensation for investment banking activity or from any activity to the best of my knowledge, from any company mentioned in this report within the twelve months preceding publication.

⬜ FBN Securities does not compensate its research personnel for investment banking services.

⬜ FBN Securities makes no market in any recommended securities.

⬜ Neither the analyst nor any member of the analyst's household is an officer, director or advisory board member of any company mentioned in this report.

***DISCLAIMERS***

This publication is provided to you for information purposes and is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The information contained herein has been obtained from sources believed reliable but is not necessarily complete and its accuracy cannot be guaranteed. Any opinions or estimates contained in this report represent the judgment of the analyst at this time, and are subject to change without notice. The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment based on their specific investment objectives and financial position and using such independent advisers, as they believe necessary. Additional information is available upon request. Past performance should not be taken as an indication or guarantee of future results. Opinions and estimates may be changed without notice and FBN Securities disclaims any obligation to advise you of any such change.

Analyst owns shares of ZUO

## Stock Chart



### ZUO Price Target and Rating History

| Date | Price Target | Rating |
|------|-------------|--------|
| 5/31/2019 | $20 | O |
| 3/22/2019 | $27 | O |
| 10/16/2018 | $25 | O |

## Stock Ratings

FBN uses a relative rating system using terms Outperform, Sector Perform, and Underperform. FBN does not assign ratings of buy, hold, or sell to the stocks covered.

Outperform (O) – The stock's total return is expected to exceed the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Sector Perform (SP) - The stock's total return is expected to be in-line with the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Underperform (U) - The stock's total return is expected to be below the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

| Institutional Sales: | Trading: |
|----------------------|----------|
| Gregory Naso, CFA | Michael Naso |
| 120 Broadway, Suite 1034 | 120 Broadway, Suite 1034 |
| New York, NY 10271 | New York, NY 10271 |
| 212-618-2193 | 212-566-2216 |
| gnaso@fbnsecurities.com | mnaso@fbnsecurities.com |

| Category | Ratings Distribution | | IB Serv./Past 12 Mos. |
|----------|-------|------|------|
|  | Count | % | % |
| Outperform (O) | 44 | 85% | 0% |
| Sector Perform (SP) | 6 | 12% | 0% |
| Underperform (U) | 0 | 0% | 0% |
| Unrated | 2 | 4% | 0% |
| Total | 52 | 100% | 0% |