# EXHIBIT 29



*May 31, 2019*

# Zuora, Inc. (ZUO)

## Sales Execution and Product Integration Sink FY20 Estimate, Downgrade to Buy

We downgrade ZUO from our Top Pick and Strong Buy Rating to a Buy rating and $18 PT after the company guides FY20 materially lower due to sales execution issues and product integration challenges. We expect fixing the product issues is straightforward and will just require time, but we are more concerned with the sales issues that our experience says require changes in sales leadership and nearly 12 months to correct. We expect the stock to open significantly lower and be dead money for a quarter or two while the change in sales leadership takes hold, but we keep a Buy rating due to our research suggesting end-market demand is still good and an expected post sell-off that will take the valuation down to 4x - 5x recurring revenues. Our new price target values the stock at 5.5x our FY21 revenue estimate plus cash.

**1Q revenue/EPS of $64.1mm/ ($0.11) came in ahead of our $64.0mm/($0.13) estimates.** Total revenues increased 24% Y/Y while subscription revenue increased 31% Y/Y with the slight revenue beat driven by subscription revenue outperformance narrowly offsetting the 570bps miss on services revenue.

**1Q metrics: most metrics below expectations**. 1Q subscription billings increased 32% Y/Y to $48.8mm which was above guidance of near 30% growth but aided by early renewals.

**Two significant issues look to limit near-term growth: Sales execution likely takes longer to rectify that product integration issue.** The company highlighted two new issues that will limit near-term growth opportunities and drove the reduction in its FY20 revenue guidance.

**Company guides 2Q and FY20 below initial estimates, with FY20 EPS unchanged**. The company guided 2Q revenues of $66mm-$68mm, which is below of our $70.9mm estimate, and full year revenues of $268mm-$278mm, versus our $291.2mm estimate.

### PRICE TARGET & RATING CHANGE

| | |
|---|---|
| Stock Rating | **BUY**<br>Unchanged |
| Price Target | **$18.00**<br>Lowered from $30.00 |

### SaaS/Application Software

**Scott Berg**
(763) 350-4027
sberg@needhamco.com

**Ryan MacDonald**
(763) 226-3120
rmacdonald@needhamco.com

**Joshua Reilly, CFA**
(952) 449-5286
jreilly@needhamco.com

### Stock Price Performance

Zuora, Inc.     05/31/19



### Market Data

| | |
|---|---|
| Price (05/30/2019) | $19.90 |
| 52-Week Range | $37.78 - $15.56 |
| Shares Outstanding | 84.82 |
| Market Cap (MM) | $1,687.9 |
| Avg. Daily Volume | 1,697,222.3 |
| Total Debt/Cap. | 8.08% |

| | FY 01/31/2019 | FY 01/31/2020 | | FY 01/31/2021 | |
|---|---|---|---|---|---|
| | Actual | Old | New | Old | New |
| Rev. (MM) | 235.2A | 273.8E | 273.8E | - | 313.3E |
| Growth | 40.1% | | 16.4% | | 14.4% |
| Op. Margin | (20.5)%A | (17.8)%E | (17.8)%E | - | (13.6)%E |
| EPS: 1Q | (0.32)A | (0.11)A | (0.11)A | (0.10)E | (0.10)E |
| EPS: 2Q | (0.13)A | (0.14)E | (0.14)E | (0.11)E | (0.11)E |
| EPS: 3Q | (0.10)A | (0.09)E | (0.09)E | (0.09)E | (0.09)E |
| EPS: 4Q | (0.11)A | (0.09)E | (0.09)E | (0.08)E | (0.08)E |
| EPS: Year | (0.55)A | (0.43)E | (0.43)E | - | (0.38)E |
| Growth | (18.8)% | | (21.3)% | | (12.4)% |
| P/ERatio | NM | | NM | | NM |

**Relevant disclosures begin on page 6 of this report.**

Needham & Company, LLC                                                                                      *May 31, 2019*

## Summary

**1Q revenue/EPS of $64.1mm/ ($0.11) came in ahead of our $64.0mm/($0.13) estimates.** Total revenues increased 22.6% Y/Y (606 basis) while subscription revenue increased 31.8% Y/Y with the revenue outperformance driven by higher subscription revenue offsetting the 570bps miss on services revenue. Gross margin of 54.3% were slightly below our 54.6% estimate due to weaker services margins and were essentially flat Y/Y. Operating expenses were $2.1m below our estimate driven by equal parts lower S&M and G&A. Operating cash flow increased $5.7m Y/Y to ($2.2mm) mainly from higher stock based compensation and amortization of deferred commissions.

**1Q metrics: most metrics below expectations**. 1Q subscription billings increased 32% Y/Y to $48.8mm which was above guidance of near 30% growth but aided by early renewals. Management commentary suggested subscription billings excluding the pulled ahead early invoicing would have been nominally below its guidance Net dollar retention of 110% remained in line with management's expectation of 108%-112%, but below 112% in 4Q18. The number of customers with committed spend greater than $100k increased 24% Y/Y (accelerating from +22% in 4Q18) to 546 adding 20 net new customer. 1Q Transaction volume processed in dollars increased 34% Y/Y to $9.7B.

**Two significant issues limit near-term growth: Sales execution likely takes longer to rectify that product integration issue.** The company highlighted two new issues that will limit near-term growth opportunities and drove the reduction in its FY20 revenue guidance.

- **Sales productivity issues led to a sales leadership change.** Management highlighted that sales productivity of newer reps was significantly below expectations in the quarter and identified onboarding and training along with its selling motion as key issues. These issues caused the company to change its sales leadership and to seek an external candidate more aligned with its sales plan. Although management remains adamant about its sales pipeline strength and current demand trends, our history with these types of forced sales leadership changes suggest we may not see tangible evidence of a positive impact from the change for up to 12 months due to hiring times frames (likely two to three months), the new leader evaluating current processes and skill sets (one quarter), and then a full sales cycle required for the sales force to properly implement changes (two quarters).
- **RevPro, Billings integration issues delay cross-sell, implementations.** Management also highlighted unforeseen integration issues between its flagship Billings solution and its acquired revenue recognition module RevPro. Although the company will sell each and implement each independently over the near-term, the company will delay cross-selling and implementing in a cross-sell customer until the product integration issues are properly resolved. Management expects this product effort to require two quarters to complete which delays implementation revenue and software revenues in 2Q and 3Q until at least 4Q and likely into FY21. Our understanding of the product issues suggest this time line is likely appropriate but we worry about lost sales opportunity over the short-term as a result.

**Company guides 2Q and FY20 below initial estimates, with FY20 revenues lower but EPS unchanged**. The company guided 2Q revenues of $66mm - $68mm below of our $70.9mm estimate and full year revenues of $268mm - $278mm versus our prior $291.2mm estimate. Full year revenue was $18.3mm below previous FY guidance at the midpoint, $7.3mm below subscription revenue and $11mm below services. This decline is a result of sales exaction and product integration problems whose effects will be felt throughout this year, as the company shifts gears to resolve them. FY20 EPS was reiterated at ($0.44) – ($0.40) as management remains committed to expense management.

Needham & Company, LLC *May 31, 2019*

.

| | Y/Y Change | | | Q/Q Change | | | Estimate vs Actual | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1Q19 | 1Q20 | % Change | 4Q19 | 1Q20 | % Change | 1Q20E | 1Q20 | % Change |
| Subscription Revenues | 36,114 | 47,311 | 31.0% | 46,729 | 47,311 | 1.2% | 46,226 | 47,311 | 2.3% |
| Professional Services | 15,630 | 16,798 | 7.5% | 17,332 | 16,798 | -3.1% | 17,818 | 16,798 | -5.7% |
| **Total revenue** | **51,744** | **64,109** | 23.9% | **64,061** | **64,109** | 0.1% | **64,044** | **64,109** | 0.1% |
| | | | | | | | | | |
| **Cost of Revenue** | | | | | | | | | |
| Subscription Revenues | 8,609 | 10,583 | 22.9% | 10,206 | 10,583 | 3.7% | 11,094 | 10,583 | -4.6% |
| Professional Services | 15,122 | 18,739 | 23.9% | 18,269 | 18,739 | 2.6% | 17,996 | 18,739 | 4.1% |
| **Total Cost of Revenues** | 23,731 | 29,322 | 23.6% | 28,475 | 29,322 | 3.0% | 29,091 | 29,322 | 0.8% |
| | | | | | | | | | |
| **Gross Profit** | 28,013 | 34,787 | 24.2% | 35,586 | 34,787 | -2.2% | 34,954 | 34,787 | -0.5% |
| *Gross Margins* | *54.1%* | *54.3%* | | *55.6%* | *54.3%* | | *54.6%* | *54.3%* | |
| **Operating Expenses** | | | | | | | | | |
| R&D | 11,608 | 14,249 | 22.8% | 13,093 | 14,249 | 8.8% | 14,154 | 14,249 | 0.7% |
| Sales & Marketing | 21,247 | 23,649 | 11.3% | 24,537 | 23,649 | -3.6% | 24,977 | 23,649 | -5.3% |
| G&A | 8,802 | 9,381 | 6.6% | 9,527 | 9,381 | -1.5% | 10,247 | 9,381 | -8.5% |
| **Total Operating Expenses** | **41,657** | **47,279** | 13.5% | **47,157** | **47,279** | 0.3% | **49,378** | **47,279** | -4.3% |
| | | | | | | | | | |
| **Non- GAAP Operating Income (Loss)** | **(13,644)** | **(12,492)** | **-8.4%** | **(11,571)** | **(12,492)** | **8.0%** | **(14,424)** | **(12,492)** | **-13.4%** |
| *Non-GAAP Operating Margins* | *-26.4%* | *-19.5%* | | *-18.1%* | *-19.5%* | | *-22.5%* | *-19.5%* | |
| | | | | | | | | | |
| GAAP & Non-cash charges | 4,940 | 8,391 | 69.9% | 9,147 | 8,391 | -8.3% | 8,000 | 8,391 | 4.9% |
| | | | | | | | | | |
| **GAAP Operating Income** | **(18,584)** | **(20,883)** | 12.4% | **(20,718)** | **(20,883)** | 0.8% | **(22,424)** | **(20,883)** | -6.9% |
| *GAAP Operating Margins* | *-35.9%* | *-32.6%* | | *-32.3%* | *-32.6%* | | *-35.0%* | *-32.6%* | |
| | | | | | | | | | |
| Interest & Other Income (Expense) | (673) | 535 | -179.5% | 801 | 535 | -33.2% | 500 | 535 | 7.0% |
| | | | | | | | | | |
| Non-GAAP Income before Taxes | (14,317) | (11,957) | -16.5% | (10,770) | (11,957) | 11.0% | (13,924) | (11,957) | -14.1% |
| Income Tax | 190 | 244 | 28.4% | 750 | 244 | -67.5% | 350 | 244 | -30.3% |
| **Non-GAAP Net Income** | **(14,507)** | **(12,201)** | -15.9% | **(11,520)** | **(12,201)** | 5.9% | **(14,274)** | **(12,201)** | -14.5% |
| | | | | | | | | | |
| GAAP Income before Taxes | (19,257) | (20,348) | 5.7% | (19,917) | (20,348) | 2.2% | (21,924) | (20,348) | -7.2% |
| Income Tax | 190 | 244 | 28.4% | 750 | 244 | -67.5% | 350 | 244 | -30.3% |
| **GAAP Net Income** | **(19,447)** | **(20,592)** | 5.9% | **(20,667)** | **(20,592)** | -0.4% | **(22,274)** | **(20,592)** | -7.6% |
| | | | | | | | | | |
| **Non- GAAP EPS** | $ **(0.32)** | $ **(0.11)** | -65.3% | $ **(0.11)** | $ **(0.11)** | 4.6% | $ **(0.13)** | $ **(0.11)** | -14.8% |
| GAAP EPS | $ (0.43) | $ (0.19) | | $ (0.19) | $ (0.19) | | $ (0.21) | $ (0.19) | |
| | | | | | | | | | |
| Basic Shares Outstanding | 44,886 | 108,821 | | 107,433 | 108,821 | | 108,500 | 108,821 | |
| Diluted Shares Outstanding | - | 117,100 | | 116,900 | 117,100 | | 117,100 | 117,100 | |

Needham & Company, LLC

*May 31, 2019*

| Income Statement (fiscal year ending January) | 2015 | 2016 | 2017 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019 | 1Q20 | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription Revenue | | 68,228 | 89,836 | 120,373 | 36,114 | 41,470 | 44,485 | 46,729 | 168,798 | 47,311 | 49,349 | 52,047 | 54,206 | 202,913 | 54,881 | 57,245 | 60,375 | 62,879 | 235,380 |
| *Y/Y Growth* | | *#DIV/0!* | *31.7%* | *34.0%* | *38.6%* | *44.0%* | *43.5%* | *35.4%* | *40.2%* | *31.0%* | *19.0%* | *17.0%* | *16.0%* | *20.2%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* | *16.0%* |
| *Q/Q Growth* | | | | | *4.6%* | *14.8%* | *7.3%* | *5.0%* | | *1.2%* | *4.3%* | *5.5%* | *4.1%* | | *1.2%* | *4.3%* | *5.5%* | *4.1%* | |
| *% of total revenues* | | *74.0%* | *79.5%* | *71.7%* | *69.8%* | *71.8%* | *72.2%* | *72.9%* | *71.8%* | *73.8%* | *73.6%* | *74.1%* | *74.9%* | *74.1%* | *74.8%* | *74.7%* | *75.1%* | *75.9%* | *75.0%* |
| Professional Services & Other | | 23,956 | 23,172 | 47,553 | 15,630 | 16,284 | 17,152 | 17,332 | 66,398 | 16,798 | 17,668 | 18,181 | 18,199 | 70,846 | 18,478 | 19,435 | 19,999 | 20,018 | 77,930 |
| *Y/Y Growth* | | *#DIV/0!* | *-3.3%* | *105.2%* | *148.7%* | *53.4%* | *11.7%* | *13.3%* | *39.6%* | *7.5%* | *8.5%* | *6.0%* | *5.0%* | *6.7%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |
| *Q/Q Growth* | | | | | *2.1%* | *4.2%* | *5.3%* | *1.0%* | | *-3.1%* | *5.2%* | *2.9%* | *0.1%* | | *1.5%* | *5.2%* | *2.9%* | *0.1%* | |
| *% of total revenues* | | *26.0%* | *20.5%* | *28.3%* | *30.2%* | *28.2%* | *27.8%* | *27.1%* | *28.2%* | *26.2%* | *26.4%* | *25.9%* | *25.1%* | *25.9%* | *25.2%* | *25.3%* | *24.9%* | *24.1%* | *24.9%* |
| **Total Revenues** | | **92,184** | **113,008** | **167,926** | **51,744** | **57,754** | **61,637** | **64,061** | **235,196** | **64,109** | **67,017** | **70,229** | **72,404** | **273,759** | **73,359** | **76,680** | **80,374** | **82,897** | **313,310** |
| *Y/Y Growth* | | *#DIV/0!* | *22.6%* | *48.6%* | *60.0%* | *46.5%* | *33.0%* | *28.6%* | *40.1%* | *23.9%* | *16.0%* | *13.9%* | *13.0%* | *16.4%* | *14.4%* | *14.4%* | *14.4%* | *14.5%* | *14.4%* |
| *Q/Q Growth* | | | *20,824* | | *3.9%* | *11.6%* | *6.7%* | *3.9%* | | *0.1%* | *4.5%* | *4.8%* | *3.1%* | | *1.3%* | *4.5%* | *4.8%* | *3.1%* | |
| | | | | | | | | | | | | | | | | | | | |
| **Cost of Revenue** | | | | | | | | | | | | | | | | | | | |
| Subscription Revenue | | 16,829 | 21,279 | 27,140 | 8,609 | 9,095 | 9,580 | 10,206 | 37,490 | 10,583 | 11,350 | 11,867 | 12,250 | 46,051 | 12,348 | 12,880 | 13,584 | 14,148 | 52,960 |
| *Gross Margins* | | *75.3%* | *76.3%* | *77.5%* | *76.2%* | *78.1%* | *78.5%* | *78.2%* | *77.8%* | *77.6%* | *77.0%* | *77.2%* | *77.4%* | *77.3%* | *77.5%* | *77.5%* | *77.5%* | *77.5%* | *77.5%* |
| Professional Services | | 24,974 | 24,739 | 46,708 | 15,122 | 16,827 | 17,505 | 18,269 | 67,723 | 18,739 | 19,435 | 17,999 | 18,017 | 74,190 | 18,201 | 19,143 | 19,699 | 19,718 | 76,761 |
| *Gross Margins* | | *-4.2%* | *-6.8%* | *1.8%* | *3.3%* | *-3.3%* | *-2.1%* | *-5.4%* | *-2.0%* | *-11.6%* | *-10.0%* | *1.0%* | *1.0%* | *-4.7%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* | *1.5%* |
| Total Cost of Revenues | | 41,803 | 46,018 | 73,848 | 23,731 | 25,922 | 27,085 | 28,475 | 105,213 | 29,322 | 30,785 | 29,866 | 30,267 | 120,241 | 30,549 | 32,024 | 33,284 | 33,866 | 129,722 |
| **Gross Profit** | | **50,381** | **66,989** | **94,078** | **28,013** | **31,832** | **34,552** | **35,586** | **129,983** | **34,787** | **36,232** | **40,362** | **42,137** | **153,519** | **42,810** | **44,657** | **47,091** | **49,031** | **183,588** |
| *Gross Margin* | | *54.7%* | *59.3%* | *56.0%* | *54.1%* | *55.1%* | *56.1%* | *55.6%* | *55.3%* | *54.3%* | *54.1%* | *57.5%* | *58.2%* | *56.1%* | *58.4%* | *58.2%* | *58.6%* | *59.1%* | *58.6%* |
| | | | | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| Research & Development | | 20,796 | 27,491 | 37,485 | 11,608 | 12,591 | 13,002 | 13,093 | 50,294 | 14,249 | 15,414 | 16,153 | 16,653 | 62,469 | 16,872 | 17,636 | 18,084 | 18,652 | 71,245 |
| *% of Revenue* | | *22.6%* | *24.3%* | *22.3%* | *22.4%* | *21.8%* | *21.1%* | *20.4%* | *21.4%* | *22.2%* | *23.0%* | *23.0%* | *23.0%* | *22.8%* | *23.0%* | *23.0%* | *22.5%* | *22.5%* | *22.7%* |
| Sales & Marketing | | 62,966 | 60,805 | 70,369 | 21,247 | 23,907 | 23,691 | 24,537 | 93,382 | 23,649 | 26,137 | 24,580 | 25,341 | 99,707 | 26,409 | 28,755 | 28,131 | 29,014 | 112,309 |
| *% of Revenue* | | *68.3%* | *53.8%* | *41.9%* | *41.1%* | *41.4%* | *38.4%* | *38.3%* | *39.7%* | *36.9%* | *39.0%* | *35.0%* | *35.0%* | *36.4%* | *36.0%* | *37.5%* | *35.0%* | *35.0%* | *35.8%* |
| G&A | | 11,482 | 14,369 | 21,449 | 8,802 | 7,673 | 8,467 | 9,527 | 34,469 | 9,381 | 10,053 | 10,183 | 10,499 | 40,115 | 10,270 | 10,735 | 10,851 | 10,942 | 42,798 |
| *% of Revenue* | | *12.5%* | *12.7%* | *12.8%* | *17.0%* | *13.3%* | *13.7%* | *14.9%* | *14.7%* | *14.6%* | *15.0%* | *14.5%* | *14.5%* | *14.7%* | *14.0%* | *14.0%* | *13.5%* | *13.2%* | *13.7%* |
| Total Operating Expense | | 95,244 | 102,665 | 129,303 | 41,657 | 44,171 | 45,160 | 47,157 | 178,145 | 47,279 | 51,603 | 50,916 | 52,493 | 202,291 | 53,552 | 57,127 | 57,066 | 58,608 | 226,352 |
| | | | | | | | | | | | | | | | | | | | |
| Non-GAAP Operating Income | | (44,863) | (35,676) | (35,225) | (13,644) | (12,339) | (10,608) | (11,571) | (48,162) | (12,492) | (15,371) | (10,553) | (10,356) | (48,772) | (10,742) | (12,470) | (9,975) | (9,577) | (42,764) |
| *Non-GAAP Operating Margin* | | *-48.7%* | *-31.6%* | *-21.0%* | *-26.4%* | *-21.4%* | *-17.2%* | *-18.1%* | *-20.5%* | *-19.5%* | *-22.9%* | *-15.0%* | *-14.3%* | *-17.8%* | *-14.6%* | *-16.3%* | *-12.4%* | *-11.6%* | *-13.6%* |
| | | | | | | | | | | | | | | | | | | | |
| **Total GAAP and non-cash adjustments** | | **3,278** | **3,356** | **11,057** | **4,940** | **5,869** | **7,689** | **9,147** | **28,239** | **8,391** | **8,000** | **8,000** | **8,000** | **32,462** | **8,432** | **8,500** | **8,500** | **8,500** | **34,003** |
| | | | | | | | | | | | | | | | | | | | |
| GAAP Operating Income | | (48,141) | (39,032) | (46,282) | (18,584) | (18,208) | (18,297) | (20,718) | (76,401) | (20,883) | (23,371) | (18,553) | (18,356) | (81,234) | (19,174) | (20,970) | (18,475) | (18,077) | (76,767) |
| *GAAP Operating Margin* | | *-52.2%* | *-34.5%* | *-27.6%* | *-35.9%* | *-31.5%* | *-29.7%* | *-32.3%* | *-32.5%* | *-32.6%* | *-34.9%* | *-26.4%* | *-25.4%* | *-29.7%* | *-26.1%* | *-27.3%* | *-23.0%* | *-21.8%* | *-24.5%* |
| | | | | | | | | | | | | | | | | | | | |
| Total Other Income (Expense) | | - | 219 | 252 | (673) | (1,178) | 633 | 801 | (417) | 535 | 400 | 500 | 500 | 1,935 | 500 | 500 | 500 | 500 | 2,000 |
| | | | | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | | (41,006) | (28,839) | (27,523) | (12,021) | (10,621) | (7,569) | (9,612) | (39,369) | (9,378) | (13,548) | (8,608) | (8,237) | (41,777) | (8,383) | (10,547) | (8,030) | (7,679) | (36,709) |
| *EBITDA Margins* | | *-44.5%* | *-25.5%* | *-16.4%* | *-23.2%* | *-18.4%* | *-12.3%* | *-15.0%* | *-16.7%* | *-14.6%* | *-20.2%* | *-12.3%* | *-11.4%* | *-15.3%* | *-11.4%* | *-13.8%* | *-10.0%* | *-9.3%* | *-11.7%* |
| | | | | | | | | | | | | | | | | | | | |
| Non-GAAP Pre-Tax Income | | (44,863) | (35,457) | (34,973) | (14,317) | (13,517) | (9,975) | (10,770) | (48,579) | (11,957) | (14,971) | (10,053) | (9,856) | (46,837) | (10,242) | (11,970) | (9,475) | (9,077) | (40,764) |
| Income Tax | | - | 284 | 1,129 | 190 | 201 | 225 | 750 | 1,366 | 244 | 350 | 350 | 350 | 1,294 | 350 | 350 | 350 | 350 | 1,400 |
| *Tax Rate %* | | *0.0%* | *-0.8%* | *-3.2%* | *-1.3%* | *-1.5%* | *-2.3%* | *-2.8%* | *-2.8%* | *-2.0%* | *-2.3%* | *-3.5%* | *-3.6%* | *-2.8%* | *-3.4%* | *-2.9%* | *-3.7%* | *-3.9%* | *-3.4%* |
| Non-GAAP Net Income (Loss) | | (44,863) | (35,741) | (36,102) | (14,507) | (13,718) | (10,200) | (11,520) | (49,945) | (12,201) | (15,321) | (10,403) | (10,206) | (48,131) | (10,592) | (12,320) | (9,825) | (9,427) | (42,164) |
| *Non-GAAP Net Margin* | | *-48.7%* | *-31.6%* | *-21.5%* | *-28.0%* | *-23.8%* | *-16.5%* | *-18.0%* | *-21.2%* | *-19.0%* | *-22.9%* | *-14.8%* | *-14.1%* | *-17.6%* | *-14.4%* | *-16.1%* | *-12.2%* | *-11.4%* | *-13.5%* |
| | | | | | | | | | | | | | | | | | | | |
| GAAP Pre-Tax Income | | (48,141) | (38,813) | (46,030) | (19,257) | (19,386) | (17,664) | (19,917) | (76,818) | (20,348) | (22,971) | (18,053) | (17,856) | (79,299) | (18,674) | (20,470) | (17,975) | (17,577) | (74,767) |
| Income Tax | | - | 284 | 1,129 | 190 | 201 | 225 | 750 | 1,366 | 244 | 350 | 350 | 350 | 1,294 | 350 | 350 | 350 | 350 | 1,400 |
| *Tax Rate %* | | *0.0%* | *-0.7%* | *-2.5%* | *-1.0%* | *-1.0%* | *-1.3%* | *-3.8%* | *-1.8%* | *-1.2%* | *-1.5%* | *-1.9%* | *-2.0%* | *-1.6%* | *-1.9%* | *-1.7%* | *-1.9%* | *-2.0%* | *-1.9%* |
| GAAP Net Income | | (48,141) | (39,097) | (47,159) | (19,447) | (19,587) | (17,889) | (20,667) | (78,184) | (20,592) | (23,321) | (18,403) | (18,206) | (80,593) | (19,024) | (20,820) | (18,325) | (17,927) | (76,167) |
| *GAAP Net Margin* | | *-52.2%* | *-34.6%* | *-28.1%* | *-37.6%* | *-33.9%* | *-29.0%* | *-32.3%* | *-33.2%* | *-32.1%* | *-34.8%* | *-26.2%* | *-25.1%* | *-29.4%* | *-25.9%* | *-27.2%* | *-22.8%* | *-21.6%* | *-24.3%* |
| | | | | | | | | | | | | | | | | | | | |
| **Non-GAAP EPS** | | **(1.00)** | **(0.75)** | **(0.68)** | **(0.32)** | **(0.13)** | **(0.10)** | **(0.11)** | **(0.55)** | **(0.11)** | **(0.14)** | **(0.09)** | **(0.09)** | **(0.43)** | **(0.10)** | **(0.11)** | **(0.09)** | **(0.08)** | **(0.38)** |
| *Y/Y Growth %* | | | *-25.1%* | *-9.3%* | *21.7%* | *-72.2%* | *-58.4%* | | *-18.8%* | *-65.3%* | *6.8%* | *-2.9%* | *-15.8%* | *-21.3%* | *-13.2%* | *-19.6%* | *-5.6%* | *-7.6%* | *-12.4%* |
| GAAP EPS | | (1.07) | (0.82) | (0.89) | (0.43) | (0.19) | (0.17) | (0.19) | (0.86) | (0.19) | (0.21) | (0.17) | (0.16) | (0.73) | (0.17) | (0.19) | (0.16) | (0.16) | (0.69) |
| *Y/Y Growth %* | | | *-23.6%* | *8.3%* | *33.2%* | *-66.8%* | *-52.3%* | | *-2.7%* | *-56.3%* | *13.8%* | *-2.1%* | *-16.2%* | *-15.8%* | *-7.6%* | *-10.7%* | *-0.4%* | *-1.5%* | *-5.5%* |
| | | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | | 44,853 | 47,686 | 53,099 | 44,886 | 105,146 | 106,146 | 107,433 | 90,500 | 108,821 | 110,000 | 111,500 | 113,000 | 110,830 | 108,821 | 110,000 | 111,500 | 113,000 | 110,830 |
| | | | | | | | | | | | | | | | | | | | |
| Deferred Revenue | | - | - | | 68,029 | 69,835 | 77,108 | 90,971 | | 88,373 | | | | | | | | | |
| Cash Flow-Operating | | (37,359) | (24,973) | (24,804) | (7,826) | (2,396) | (6,370) | (6,845) | (23,581) | (2,162) | | | | | | | | | |
| Net Cash | | - | 72,645 | 33,239 | 187,544 | 164,579 | 161,535 | 162,391 | | 165,839 | | | | | | | | | |
| Cash/Share | | | | | | 1.57 | 1.52 | 1.51 | | 1.52 | | | | | | | | | |

Needham & Company, LLC                                                                                    *May 31, 2019*

## Valuation (Price Target: $18.00)

- We derive our price target for Zuora using an EV/revenue valuation methodology as we believe this methodology allows for consistent comparisons across Software-as-a-Service (SaaS) companies. SaaS companies like Zuora have historically traded at 2-10x forward-year revenue multiples. We believe Zuora, with a top-quartile revenue growth rate, should be valued at a at a discount to the group on CY20 (FY21) estimates due to its sales execution issues; thus we derive our $18 price target by applying an EV/revenue multiple of 5.5x to our FY21 revenue estimate and adding net cash of $313 million. Our prior target was 10x our previous FY20 revenue estimate. We lowered the valuation multiple because of the longer time-frame and to reflect concerns regarding the sales leadership changeover.

---

## Risks to Target

- 
- 
- 



**Rating and Price Target History for: Zuora, Inc. (ZUO) as of 05-30-2019**

| 05/07/18 I:BUY:$24 | 06/01/18 BUY:$27 | 06/06/18 BUY:$33 | 08/29/18 BUY:$38 | 11/30/18 BUY:$27 | 12/20/18 SB:$27 | 03/20/19 SB:$30 |

Created by: BlueMatrix

Zuora, Inc.                                                                                              Page 5 of 7

*May 31, 2019*

**ANALYST CERTIFICATION**

I, Scott Berg hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 7 | 17 |
| Buy | 60 | 22 |
| Hold | 31 | 3 |
| Underperform | 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 67% of companies under coverage would have a "Buy" rating and 22% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The Firm and/or its affiliate have received compensation for investment banking services from the subject company Zuora, Inc. in the past 12 months.

The subject company Zuora, Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: Zuora, Inc.

**Equity Options Disclosure**

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Sales and Trading Desk for additional information.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.