# Exhibit 30
# (This Document Filed Under Seal)