# EXHIBIT 31

**TOPIC #1: sales rep productivity**
- New hire / untenured rep productivity was substantially weaker in Q1'20 vs. Q1'29
  - In Q1'19, we had 39 reps with 0-4 quarters tenure in the company; on average, these reps produced $125k in that quarter
  - In Q1'20, we had 41 reps with 0-4 quarters tenure in the company; on average, these reps produced $71k in that quarter
  - <mark>40%+ implied productivity decline for untenured reps between Q1'19 and Q1'20</mark>
- Newly hired reps and untested management
  - *** Note, no significant difference in average ACV per rep in Q1'20 when manager tenure taken into consideration
    - $30k average ACV per rep for newly hired sales reps with a new manager
    - $36k average ACV per rep for newly hired sales reps with a tenured manager
  - Even when cutting data various ways, I don't see much difference
- Compared upsell bookings from AMs -- average ACV per AM below
  - Strat: $14k (8 AMs)
  - EMEA: $120k (5 AMs -- includes 1 Strat AM)
  - EMEA excl. Strat AMs: $123k (4 AMs)
  - RevPro: $162k (2 AMs)
  - APAC: $81k (2 AMs)
  - NoAM Ent/Comm AMs combined: $117k (16 AMs)
  - NoAm Ent AMs: $151k (10 AMs)
  - A few things to note:
    - Can exclude RevPro from analysis given cross-sell nature of AM business
    - Strat was clearly abysmal
    - NoAm Ent AMs and EMEA are probably closest comparables...US outperformed by ~25% on average
    - <mark>*** If you combine Strat AMs, EMEA Ent/Comm AMs, APAC AMs, the average is $54k vs. $117k for NoAm Ent/Comm AMs combined (or $151k for NoAm Ent AMs) -- 114% and 176% difference, respectively</mark>

**TOPIC #2: sales velocity -- taken together, these 4 variables actually show practically no change in sales velocity formula...the biggest decline was number of "at bats" -- if you estimate average number of "at bats" for reps selling NB, there was still a drop of 13%**
- New business win rates
  - Q1'19: 10%
  - Q2'19: 12%
  - Q3'19: 7%
  - Q4'19: 13%
  - Q1'20: 11%
- ASP
  - Q1'19: $175k
  - Q2'19: $126k

CONFIDENTIAL                                                                                                 ZUO_00329160

- - Q3'19: $158k
  - Q4'19: $181k
  - Q1'20: $151k
- "At bats" (HIT S2)
  - Q1'19: 463
  - Q2'19: 457
  - Q3'19: 444
  - Q4'19: 512
  - Q1'20: 352
- Sales cycle length (won deals)
  - Q1'19: 191
  - Q2'19: 141
  - Q3'19: 145
  - Q4'19: 175
  - Q1'20: 139

CONFIDENTIAL