# Exhibit 33
# (This Document Filed Under Seal)