# Exhibit 34
# (This Document Filed Under Seal)