# Exhibit 35
# (This Document Filed Under Seal)