Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorney for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>                     Plaintiff,<br><br>   v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                 Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN DAVIDOFF SOLOMON**<br><br>Judge:      Hon. Susan Illston<br>Hearing Date:  March 3, 2023<br>Hearing Time:  10:00 a.m.<br>Dept:       Courtroom 1, 17th Floor |

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner of Hagens Berman Sobol Shaprio LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice pro hac vice before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Motion to Exclude Expert Testimony of Steven Davidoff Solomon. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Steven Davidoff Solomon, dated August 5, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Steven Davidoff Solomon, taken October 27, 2022.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the document produced in this action as ZUO_00002381.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the document produced in this action as ZUO_00028744.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the document produced in this action as ZUO_00003341.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the document produced in this action as ZUO_00175506.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the document produced in this action as ZUO_00001166.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a table containing Professor Solomon's opinions regarding Defendants' motive, intent, and state of mind.

//

//

//

DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S
MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN DAVIDOFF SOLOMON – 1          No. 3:19-cv-03422-SI

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 9, 2022                    /s/ Steve W. Berman
at Seattle, Washington                     STEVE W. BERMAN