Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorney for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZUORA, INC., TIEN TZUO, and TYLER SLOAT, <br><br> Defendants. | No. 3:19-cv-03422-SI <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JEFFREY L. HAGINS** <br><br> Judge: Hon. Susan Illston <br> Hearing Date: March 3, 2023 <br> Hearing Time: 10:00 a.m. <br> Dept: Courtroom 1, 17th Floor |

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner of Hagens Berman Sobol Shaprio LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice pro hac vice before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Motion to Exclude Expert Testimony of Jeffrey L. Hagins. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Jeffrey L. Hagins, dated August 5, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Jeffrey L. Hagins, taken October 10, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 9, 2022                    */s/ Steve W. Berman*
at Seattle, Washington                     STEVE W. BERMAN