Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorney for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF KEVIN DAGES**<br><br>Judge:         Hon. Susan Illston<br>Hearing Date:  March 3, 2023<br>Hearing Time:  10:00 a.m.<br>Dept:          Courtroom 1, 17th Floor |

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner of Hagens Berman Sobol Shaprio LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association ("Lead Plaintiff") in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice *pro hac vice* before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Motion to Exclude Expert Testimony of Kevin Dages. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Kevin Dages, dated August 5, 2022, which was previously marked as Defendants' Exhibit Number 48.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Rebuttal Report of Allen Ferrell, Ph.D., dated September 16, 2022.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Kevin Dages, taken October 28, 2022.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the metadata sheet for the document produced in this action as ZUO_00448803.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the metada sheet for the document produced in this action as ZUO_00119879.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the document produced in this action as ZUO_00448805, which was previously marked as Plaintiff's Exhibit Number 315.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the document produced in this action as ZUO_00448806, which was previously marked as Plaintiff's Exhibit Number 316.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the document produced in this action as ZUO_00003940-3942, which was previously marked as Plaintiffs' Deposition Exhibt Number 183.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of the document produced in this action as ZUO_00214503-214505.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of the document produced in this action as ZUO_00177352.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of the document produced in this action as ZUO_00119879.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of Zuora's May 30, 2019 earnings call, which was previously marked as Defendants' Exhibit Number 45.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts of the deposition of Robert Hildenbrand, taken March 22, 2022.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the document produced in this action as ZUO_00448803, which was previously marked as Plaintiff's Exhibit Number 310.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the document produced in this action as ZUO_00448808, which was previously marked as Plaintiff's Exhibit Number 312.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of the metadata sheet for the document produced in this action as ZUO_00448808.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of the LinkedIn profile of Boris Goldenberg, printed on December 8, 2022.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts the document produced in this action as ZUO_00327212.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of the Code of Professional Conduct published by the American Institute of Certified Public Accountants, updated August 2022.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of the document produced in this action as ZUO_00001166-1192, which was previously marked as Plaintiff's Exhibit Number 320.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of the document produced in this action as ZUO_00329887-329899, which was previously marked as Plaintiff's Exhibit Number 308.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the document produced in this action as ZUO_00326338, which was previously marked as Plaintiff's Exhibit Number 309.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the deposition of Allen Ferrell, Ph.D., taken October 25, 2022.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of the Expert Report of Charles R. Lundelius, Jr., CPA/ABV/CFF, dated September 16, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 9, 2022                    /s/ Steve W. Berman
at Seattle, Washington                     STEVE W. BERMAN