# EXHIBITS 1-11

## [FILED UNDER SEAL]