# EXHIBITS 13-16

## [FILED UNDER SEAL]