# EXHIBIT 17

Boris Goldenberg | LinkedIn    www.linkedin.com



# Boris Goldenberg · 3rd

Director, FP&A at Zuora

San Mateo, California, United States · **Contact info**

500+ connections

  

 Zuora

 University of California, Santa Barbara

## About

Ambitious Financial professional, with multi-faceted experience. A proven record of delivering high quality and timely work critical to the operations of the business. Strong track record of cross-functional collaboration at all levels of the organization, including vast experience working with Executive level staff.

## Activity

564 followers

### Boris hasn't posted lately

Boris' recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Zuora**

4 yrs 5 mos

- **Director, FP&A**
  Full-time
  May 2021 - Present · 1 yr 8 mos

- **Sr Manager, FP&A**
  Full-time
  May 2020 - May 2021 · 1 yr 1 mo

- **Manager, FP&A**
  Aug 2018 - May 2020 · 1 yr 10 mos
  San Francisco Bay Area

 **Aerohive Networks**
8 yrs 3 mos

- **Senior Finance Manager**
  Apr 2017 - Aug 2018 · 1 yr 5 mos

- **Finance Manager**
  Apr 2015 - Apr 2017 · 2 yrs 1 mo

  Manage Commissions team, paying over 200 Sales employees spanning 5 continents on a monthly basis. Managed implementation of Xactly Incent software, al  …see more

- **Sr. Financial Analyst**
  Jul 2014 - Mar 2015 · 9 mos

  Show all 6 experiences →

## Education

 **University of California, Santa Barbara**
BA, Business-Economics
2005 - 2009

## Skills

## Salesforce.com

 Endorsed by Mike Andersen and 9 others who are highly skilled at this

 Endorsed by 16 colleagues at Aerohive Networks

 25 endorsements

## CRM

Zena Fritze has given an endorsement for this skill

 10 endorsements

## Forecasting

 Endorsed by 6 colleagues at Aerohive Networks

 9 endorsements

Show all 22 skills →

# Recommendations

**Received**        Given

 **Sam Acchione** in · 3rd
Vice President Finance at Vectra AI
June 5, 2018, Sam managed Boris directly

I met Boris when I joined a then pre-IPO Aerohive Networks as the leader of the FP&A team. Boris was a Financial Analyst and he immediately demonstrated his Finance and Accounting knowledge to me through impactful analysis and an understanding of our company's financial history. As the company progressed through the IPO p ...see more

 **Linda Walters** · 3rd
Sales Compensation Consultant | Xactly Incent Expert - Planning, Project Management, Implementation, System Upgrade
December 19, 2014, Linda managed Boris directly

Boris is a very talented individual with an ability to understand the data he's analyzing and what it means for the company. In addition he is able to keep calm under

12/8/22, 9:51 AM
Case 3:19-cv-03422-SI     Document 194-5     Filed 12/09/22     Page 5 of 5
Boris Goldenberg LinkedIn www.linkediz.com

pressure and meet deadlines. He's the guy you would want on your team!

## Languages

Russian

## Interests

**Companies**     Groups     Schools



| | Zuora | | DeWinter Group |
|---|---|---|---|
| | 64,024 followers | | 28,118 followers |
| | + Follow | | + Follow |

Show all 7 companies →