# EXHIBITS 20-24

## [FILED UNDER SEAL]