# Exhibit C

| | |
|---|---|
| **From:** | Tien Tzuo [tien.tzuo@zuora.com] |
| **Sent:** | 9/25/2018 5:29:23 PM |
| **To:** | Peush Patel [peush.patel@zuora.com]; Jagan Reddy [jreddy@zuora.com]; Tyler Sloat [tyler.sloat@zuora.com]; Marc Diouane [marc.diouane@zuora.com]; Patrick Deskin [patrick.deskin@zuora.com]; Brent Cromley [brent.cromley@zuora.com]; Mu Yang [mu.yang@zuora.com]; Tom Krackeler [tom.krackeler@zuora.com]; Karthik Ramamoorthy [karthik@zuora.com]; Angela Ngo [angela.ngo@zuora.com] |
| **Subject:** | Re: Keystone Integration Weekly Pulse |
| **Attachments:** | image.png; image.png; image.png |

Shrinking the distro down

I'd like to push on the issue of new customers some more. Do we really want to accept new customers?

For example:

> For example, ███████ is starting implementation and we recently learnt that we have a major gap with lack for support for certain types of amendments because we don't have order references in TCB Metrics.

Seriously? Karthik I asked you point blank are you good with this. OK, I get that "We've established a more streamlined process of evaluating new keystone customers going forward" but I can't say that I trust you guys anymore on these things. How do I know there's not something else broken?

Guys, I know we all have the right intentions. But let me set the context here. RevPro is not some gnat on the back of a giant Oracle whale where it's performance doesn't matter. We have bookings targets baked into our plan, which is baked into what we tell the Street. The nonsense you guys are doing now will tank our stock price.

We have to stop this "best intention" mindset. Product says look we are nailing our monthly releases. Services says we've always pulled it off before, we'll keep doing it. This is nutso. You guys have to come together with a plan, and then you guys have to nail that plan.

On Tue, Sep 25, 2018 at 9:59 AM Peush Patel <peush.patel@zuora.com> wrote:
Hi Tien, here are the responses to your other two questions:

*(2) for the 4 initial customers, who is the field owner and what color would they give the situation? Are the yellow status their words? I ask because I am having a hard time reconciling "yellow" with what I hear from the field from* ███████ *CFO,* ███████ *IT team, etc. They sure sound like red accounts.*

For the 4 early adopters, the field owner will be Karthik and his team. The 'yellow' status is based on our assessment while working with the the GS team and looking at the actual open items. Take ███████ for instance. In talking to ███████ Business Users directly and also with the GS consultant on-site, we found that during the first round of testing they successfully processed 30 (out of 50) use cases through Orders --> Keystone --> Revpro. They intend to test the remaining 20 in the next round. We're having weekly meetings with their core team & looking at last 6 weeks of actions

CONFIDENTIAL
ZUO_00028744

items captured by their PMO, on an average there are roughly 2-3 max open items directly related to keystone. The current ones are:
1. ~500 Subscription having Billing Proration Issues with contract ending mid-month
2. Lack of IIA support
3. Lack of support for different Revenue Run Modes
4. About 4 Orders related items

So why does ▮▮▮ think it's red?
a. Due to these open items (and the ones in past), the overall testing experience has not been smooth. Also - based on GS feedback, it took long time to migrate Orders.
b. Fear of unknowns -- what new issues will they come across when they do large volume testing. A single issue can introduce material risk if numbers don't fully reconcile in Revpro
c. It takes time to fix issues. We're trying to do bi-weekly releases in Keystone, but's ▮▮▮ expectation and ask is that the turnaround and fix for issues should be within days and not in weeks or months.

Similarly for ▮▮, we've one Keystone open item which is a functional product gap related to lack of support for unpost/delete operations in billing and few performance issues. But these are enough for ▮ to think that the project is in red because of their relative importance and extremely low appetite for risk.

In next status report, we'll provide more details into how we're planning to address these concerns.

*(3) given that the go-lives of our core 4 customers are not until Feb or March, what's the situation with the 7 additional new implementations? Are we able to hold the line on "no more keystone customers" until we have a stronger handle on use case coverage, and are further along with UAT in our 4 initial customers?*

To provide a bit more clarity on the dates, ▮▮▮▮▮▮ are planning to start the data migration and cutover activities in Dec even though the actual go-live is in Feb. We've established a more streamlined process of evaluating new keystone customers going forward. We work with GS to review Customers' use cases and compare it against this list of product gaps (see tab 'Planned'). Henceforth, if GS is comfortable with addressing these gaps through custom solutions in the interim, then we accept the customer into the keystone program. We want to get more disciplined with the evaluation process. There have been instances in past where customers were signed without thorough evaluation. For example, ▮▮▮▮▮ is starting implementation and we recently learnt that we have a major gap with lack for support for certain types of amendments because we don't have order references in TCB Metrics. We've to avoid such situations to prevent last minute scrambles.

On Tue, Sep 25, 2018 at 7:10 AM Mu Yang <mu.yang@zuora.com> wrote:
Please find my response for #1 inline.

Thanks!

Mu

On Tue, Sep 25, 2018 at 12:53 PM Tien Tzuo <tien.tzuo@zuora.com> wrote:
I love seeing this, thank you

 ZUO_00028745

a few things

(1) one of the issues in the past is that there are multiple parties, and so dependencies are often lost, or accountability not clear

do we still have three distinctive eng teams: RevPro, Core (Orders), and the Bridge team (Keystone?) If so, is it worth highlight which teams own which issues, to avoid confusion? or do we now have a single eng team accountable, they know what their dependencies are, and they have workarounds and contingency plans so they are in full control of their own destiny? <Mu> We have established a single ownership for both RevPro and Keystone (the bridge piece), both projects are now owned by CH's organization. This combined team is going to come up with workarounds to enable customer go-live where the product doesn't provide out of box solutions. Orders is treated as dependency for RevPro + Keystone. Yibin and I are working closely with Peush to prioritize any order metrics needs driven by Keystone.

(2) for the 4 initial customers, who is the field owner and what color would they give the situation? Are the yellow status their words? I ask because I am having a hard time reconciling "yellow" with what I hear from the field from ▮▮▮ CFO, ▮▮▮ IT team, etc. They sure sound like red accounts.

(3) given that the go-lives of our core 4 customers are not until Feb or March, what's the situation with the 7 additional new implementations? Are we able to hold the line on "no more keystone customers" until we have a stronger handle on use case coverage, and are further along with UAT in our 4 initial customers?

On Sun, Sep 23, 2018 at 5:21 PM Peush Patel <peush.patel@zuora.com> wrote:
All,

With an intent to provide full transparency on the progress of the Keystone Integration and keep all the impacted parties well informed, we're starting regular updates through weekly pulse report. This is first in the series of many to follow. In summary, so far we've delivered 7 successive monthly releases that allows our Customers to extract, transform & load the essential data related to all order actions in Zuora except for 'Suspend & Resume'.

On the Customer front, we're working very closely with 4 early adopters with a full focus to get them to successfully conduct their UATs and go-live.

CONFIDENTIAL                                                                          ZUO_00028746

# CUSTOMER UPDATE

## ONGOING IMPLEMENTATIONS

| Status | Use Cases Supported | Planned UAT | Planned Go-Live | Implementation Progress |
|---|---|---|---|---|
| 🟡 | 90% | 10/18 | 02/19 | Performing 2nd round of data migrations. Performance is the only major concern. |
| 🟡 | 80% | 11/18 | 02/19 | Completed initial testing. Preparing for UAT. |
| 🟡 | 80% | 12/18 | 02/19 | Completed end-to-end testing with 30 out of 50 use cases successfully. Planning for UAT. |
| 🟡 | 70% | 12/18 | 03/19 | In early stage of the implementation. Initial testing in progress. |

### TOP-5 ISSUES

1. ▮ performance issues with data migrations for large transaction volume of ~15M+ Subscriptions
2. ▮ has ~500 Subscription having Billing Proration Issues with contract ending mid-month
3. ▮ UAT are on a critical path due to lack of support for IIA which is planned for Sept Release
4. ▮ is awaiting on the Keystone support for Multi Entity which is planned for Oct Release
5. No support for Unpost/Delete Operations use case

### OUR FOCUS OVER NEXT 2 WEEKS

IIAs, extraction modes and support for unpost/delete are the key Use Case gaps that are blocking Customers from conducting UAT. We focus on addressing these plus performance issues over **next 2 releases**:

| | Product & Engineering | | GS |
|---|---|---|---|
| 1. | Fix Performance Issues | 1. | Build custom Data Transformation for IIAs |
| 2. | Fix Billing Proration Issues | 2. | Temporary workaround for extracting data - one entity at a time |
| 3. | Basic IIA Extraction (GS to handle complex data transformation) | 3. | Custom extraction for Unposted / Deleted Transactions |

On the Products front, in short term we're focussed on removing the immediate blockers for Customer UATs. In parallel, we've also started working on a plan to scope & prioritize the delivery of outstanding Product Gaps inhibiting the GA.

# PRODUCT UPDATE

## RELEASE UPDATE

- Sept Release (Iterations #8) Status 🟡
- Reasons for Yellow  (Delivery Deadline Risk):
    a. Insufficient time to comprehensively test the new extraction mode feature
    b. Limited support for IIA to unblock ▮ due to complexities
    c. Production Quiet Deployment Period stretching from 09/26 to 11/06
- 16 Future Roadmap Items are currently under scope review. Next step is to come up with an execution plan

## CUSTOMER SUPPORT

- Closed = 95, Open = 32, (including 11 for Orders)
- Detailed analysis is in progress for Orders related issue. Most are related to Billing Breakdown API
- We anticipate the ticket backlog to grow as more Customers get into UAT Cycles
- Training is being planned for our Customer Support Team

## CHALLENGES

1. IIAs applied to the Prorationed Billing Lines requires complex data transformation
2. Performance issues require fixes on both ends of the Keystone API and Order APIs. Fix for Order APIs likely to be out of scope for Sept Release
3. Addressing Proration Billing Lines issue and Billing Breakdown issues requires a significant time commitment by the Orders Engineering Team

## TEAM NEWS

- Keystone Core Team is back at full strength with Engineers returning from vacations
    ○ 4 Engineers on Zuora Central, 2 Engineers on Revpro
    ○ 2 QA Part Time
    ○ 2 Engineerings Leads Part Time
    ○ 2 PMs Part Time
- Cross Training on Zuora Products is in progress
- Team alignment discussions are in progress as a follow up to the directions from the CEO Offsite

ZUO_00028747

We're also working closely with the field to ensure that they are fully trained and supported on providing Customer demos.



## FIELD UPDATE

### FIELD ENABLEMENT

- Two SE Training Sessions conducted in July and Aug
- SE Team is provisioned with Demo Environments having latest Keystone Release
- One GS Training Session conducted in Aug and prep work for one in Oct is in progress

### CLOSED DEALS / NEW IMPLEMENTATIONS

We'll adjust the granularity of this report going forward based on the feedback that we get. Please don't hesitate to reach out to Peush or Jagan should you have any questions, concerns or simply need more information.

Thanks,
Keystone Team

--
Thanks!

Mu

CONFIDENTIAL                                                    ZUO_00028748