# Exhibit D

**From:**      Alvina Antar [alvina.antar@zuora.com]
**Sent:**      1/25/2019 11:47:18 PM
**To:**        Tyler Sloat [tyler.sloat@zuora.com]
**Subject:**   Re: OM / RevPro Follow Up

i had committed to ensuring product engagement   will make sure to not even get to that level of involvement going forward w/customer escalations given your feedback

3 main areas of concern...
1) lack of transparency on Orders getting pulled from GA and why   reverting on Orders GA while they were in middle of implementation and lack of transparency on feature parity issues w/existing customer Orders migration causing Orders to no longer be GA
2) Keystone not GA   hearing noise from other customers on issues w/keystone integration and lack of confidence on whether keystone currently supports their use cases (ramp)
3) Universal Sandbox (ePCEs)   lack of end to end testing environment that is required for SDLC of full orders and revpro. this ███ environment diagram is a painful depiction of how they don't have one single environment that supports all functionality required for end to end testing
https://cloud.app.███.com/s/8d32j5ldsxouxdy8xt531d8vgxm8t927)

On Fri, Jan 25, 2019 at 11:31 AM Tyler Sloat <tyler.sloat@zuora.com> wrote:
Thanks ... how did you get the first follow up item (e.g. set up meetings) on all of the issues?

Seems like the root issue is two fold.  1) Orders not ready and fully functional based on their expectations and 2) RevPro not integrated and as flexible as they expected?

On Fri, Jan 25, 2019 at 7:05 AM Alvina Antar <alvina.antar@zuora.com> wrote:
latest on ███ escalation   product & account team are on point w/all follow up items Box Note

---------- Forwarded message ---------
From:███████  ████████████
Date: Thu, Jan 17, 2019 at 11:44 AM
Subject: OM / RevPro Follow Up
To: Alvina Antar <alvina.antar@zuora.com>, <jreddy@zuora.com>, <tiago.nodari@zuora.com>
Cc: ████████████████████████████
████████████

Hi Alvina / Jagan / Tiago,

Thanks again for your time yesterday to meet and continuing to work through the raised concerns.

The ███ Note has been updated with the latest concerns/actions. It includes links to the environment matrix and high level RMS timeline. Summary of the action items from yesterday's meeting below

- Zuora Orders: Tiago to provide follow up update on Orders GA by **2/7**
- Zuora Orders: Review feature parity on knowledge center with Jo to assess impact - **1/23**
- Zuora Orders: Based on feature parity impact Tiago to work with Jo determine path forward / timeline for Box - **1/30**

CONFIDENTIAL

ZUO_00003341

- RevPro: Let the ▮▮ team know if the RevPro team needs any more clarification on our requirements for complex deal structure support (▮▮ has provided this information previously) - **1/22**

- RevPro: Demo 4 use cases for ramp deals - clearly distinguish OOB functionality and customizations needed - **1/22**

- RevPro: Determine Data Migration Strategy & conversation considerations - **1/30**

- Zuora/RevPro Integration and Sandbox Support: Universal sandbox / single environment timeline follow up with Robert -**1/31**

- Zuora-▮▮▮▮ Integration: Tiago to follow up with PM - **1/22**


Thanks

Regards,

▮▮

--

**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636

CONFIDENTIAL

ZUO_00003342