# Exhibit E

| | |
|---|---|
| **From:** | Tien Tzuo [tien.tzuo@zuora.com] |
| **Sent:** | 1/26/2019 10:07:44 PM |
| **To:** | Tyler Sloat [tyler.sloat@zuora.com] |
| **CC:** | Marc Diouane [marc.diouane@zuora.com] |
| **Subject:** | Re: FY20 Plan |

I don't know that saying "You both seem to be ignoring those" it is helpful

I spent a lot of time this week on Keystone. Yes it's been a shitshow.  We do have a leadership vacuum in revpro engineering that I'm working through with Brent.

I know Marc has spent a lot of time on the downsells and the accounts like ███████████ and more, and he feels their pain personally

My point is we all see different things -- Marc sees what the account says, you see their willingness to pay, I'm closer to the product -- but none of us sees it all anymore, and the detail is no longer at our level, it's at 1-2 levels down.  So we each gather part of the picture, and jump to conclusions.  Marc accuses the product, I accuse services, you accuse sales, whatever.

What would help is: instead of a leap from "collection issues are spiking" to "I don't trust Robert with a higher services number this year", that we have a way of analyzing the data.  It's been one quarter collection is terrible, the next one it's good.  So what are the potential root causes of this (keystone, customer unhappy with change orders, what else) and how can we track collections against those?

I know you are worried, I can hear it in your voice, I can see you are trying to sound the alarm bell.  KPMG is saying we can't recognize joint deals now, that's terrible.  I've made sure that Brent heard you.

You've also been worried that the change orders are killing customer sat.  Can you show that this is one of the root causes of the collection issues?  Because I see no signs that the change orders are killing us, but again there's a lot I don't see anymore so I can't be sure.  What data would you want to see from Robert's operations team or Paolo's collection team, that would tell us whether this is true or not?

Finally, your concerns of Robert are fair, but if the right thing to do for the business is to get 2-3 million more in services this year, then we need to have an organization that can do that.  Why would services growth this year be slower than subscription growth? Why would we signal that to the street now, especially after everything you've said?  in the quarter where we do show that services growth is slowing, don't we need both data that indeed the partner channel is working, and confidence that we're starting to be able to control how much business we steer to partners?  It feels like we should be talking at that level, and then holding our leaders accountable to what the business needs.  Now, if our concern is that having a higher target for services is actually hard to do, and we're setting ourselves up with a hole, then it's the wrong thing to do.  But that's not my sense, nor Marc's.  And if it's the right thing to do, Robert should be able to hit our services revenue targets AND keep the customers happy, assuming the product teams have done their jobs.

On Sat, Jan 26, 2019 at 1:38 PM Tyler Sloat <tyler.sloat@zuora.com> wrote:

CONFIDENTIAL

ZUO_00175506

I agree with both of you on the data, I had the team start pulling it all last week. The free hours, the collection issues, the lack of profitability are all real, no anecdotes there. You both seem to be ignoring those and we have been raising the flags for two months now. The reality of a shift of revenue from Subscription to Services is a big risk right now. The reserves we have had to take the last few Qs due to collection issues have had a direct impact on subscription revenue. The churn impact we have for customers this Q is potentially just the beginning when dealing with Keystone issues and Orders.

I agree with data, we are gathering, but there are plenty of known impacts already.

On Sat, Jan 26, 2019 at 11:44 AM Tien Tzuo <tien.tzuo@zuora.com> wrote:
 at our level of scale we have to be more data driven vs reacting to anecdotes or

 I want us to always be able to go deep, and we all have good intuitions

 but we can't count on that, our operations should be guiding us on what to do, and more and more all we can do is hire, fire, and reorganize

 On Friday, January 25, 2019, Marc Diouane <marc.diouane@zuora.com> wrote:

 Tyler

 Your statement or conclusion about what services can or cannot is a very dangerous one.

 While we have RevPro challenges, I don't want to be complicit with Robert ability or not to improve the services.

 The booking is strong on our core and will improve RevPRO and we will need an organization to deliver it.

 Also, instead of expressing a gut , we will need to give a chance to Robert / Karthik to tell us what are they seeing different from what we are seeing.

 Now we will have to make a call for our street plan and obviously we will need to be caution.

 **From:** Tyler Sloat <tyler.sloat@zuora.com>
 **Sent:** Friday, January 25, 2019 1:04 PM
 **To:** Marc Diouane <marc.diouane@zuora.com>; Tien Tzuo <tien.tzuo@zuora.com>
 **Subject:** FY20 Plan

CONFIDENTIAL

ZUO_00175507

Marc/Tien - looking forward to dinner on Monday where we can discuss live.  As you know we are getting very close to numbers that we can move forward with and present to the BOD.

One area I think we may have some misalignment (the three of us) is Services.  Robert is pushing to increase hiring as I think he has been told to increase his revenue number.   I do not want to do either of these things.

For revenue, the assumption that Robert can just deliver more is very dangerous.  Services is not in good shape right now.  We are at an all time high of collections issues, mainly due to go-lives.  Anecdotally all three of us are fielding calls from frustrated execs who feel that are being taken advantage of with constant change orders and lastly, the amount of free hours is now at a scale where we have shifted our thesis that ASC606 would have no impact to now it is highly possibly we will have to shift subscription revenue to services.  None of this is good.

We also have had two quarters of surpassed revenue in services matched or exceeded with surpassed costs so we have seen no leverage.

Instead, I want to tie services to expected new business bookings.   I would prefer we challenge Robert to improve go-live success but actually bring down the time to go-lives as well as costs for our customers.  And third, we need to have a structured plan to engage with GSIs, not small random partners, and have them take more and more of the services effort over.

We accelerated hiring in Q3 and part of Q4 for services and I have asked Robert for two Qs now when will we see the leverage.  I am ok if services revenue does not grow that much but want to see the ecosystem evolve and we need to make progress on overall excellence of delivery and margin.

To discuss Monday.

-Tyler


--

**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636




--

**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636

CONFIDENTIAL

ZUO_00175508