# Exhibit F

*Roberts v. Zuora, Inc., et al.*, Case No. 3:19-cv-03422-SI

**Exhibit 8 to Lead Plaintiff's Motion to Exclude Expert Testimony of Steven Davidoff Solomon**

| **Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period** |
|---|
| ¶¶ 15(b), 240: "Zuora's disclosures relating to products and product integration were generated through Zuora's disclosure practices and processes. During the Class Period, Zuora's disclosures *were regularly assessed* for updating and revision through these practices and processes. *Such practices and processes provided investors with a rich source of relevant information.*" |
| ¶¶ 104, 241: "Such practices and processes *provided a sound basis for Zuora's executives to rely on the information that was generated internally* and that Zuora then disclosed to investors with respect to product development and usage." |
| ¶ 107: "Zuora evaluated whether any issues that arose as part of the normal course of business, such as product performance and the progress of internal projects (*e.g.*, Keystone), *would have been expected* to have an impact on financial performance, and whether these were considerable enough to be included in specific disclosures. … I conclude that Zuora's disclosures during the Class Period *ultimately provided a rich source of relevant information to investors.*"[1] |
| ¶ 122: "Prior to this filing, Zuora had undertaken an internal examination of the integration issues related to Zuora Billing and RevPro, including issues around delays and customer complaints. As a result of this evaluation, Zuora *took multiple measures to address* the challenges associated with product integration, starting with the adoption of a new approach to integrate Zuora Billing and RevPro, termed 'K2.' Successfully developing the integration between the flagship products *was a priority* for Zuora during FY20. Thus, *the relevance of this internally, and the uncertainties* about the evolution of this project and how customers would react to the new strategy, *made it a relatively more prominent* risk for the Company. *Consequently*, Zuora updated the language in the risk factors section of its 10-K filing, *to reflect the risks* assessed with respect to this issue." |

---

[1] For each excerpt from the Solomon Report, emphases is added, footnotes are omitted, and alterations are in the original.

| Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period |
|---|
| ¶ 123: "In my opinion *this language was consistent with* disclosure that integration issues could materially impact their financial performance if the Company was unable to resolve them quickly." |
| ¶ 124: "In these disclosures, Zuora not only consistently *described the same risk factors as those explained in the IPO Registration Statement and periodic reports, but on multiple occasions before the end of 2018 discussed Zuora Billing and Zuora RevPro as separate business segments*. It is my opinion that such processes and practices were comparable to middle-market capitalization companies and *provided investors with a rich source of relevant information*." |
| ¶ 125: "Zuora *typically evaluated* its two flagship products, Zuora Billing and Zuora RevPro, separately and on an independent basis." |
| ¶ 131: "*Separately, and consistent with Mr. Tzuo's view,* when talking about the Company's business growth, Mr. Sloat described RevPro as an independent source of growth for the Company in the professional services segment and did not mention any goal pertaining to the integration of the different key products." |
| ¶ 134: "*Consistent with a treatment of RevPro as a separate product from Billing* for the purposes of measuring the performance of the company, Mr. Sloat talked …. Information along these lines *was provided* throughout the Class Period *as a way of allowing investors to understand* how the Company was performing independently of RevPro." |
| ¶ 135: "Throughout 2018 and 2019, Zuora repeatedly disclosed information about the growth potential of RevPro and Zuora Billing, focusing on potential improvements to usability and customer experience with each product, and *recognizing uncertainties about how these improvements would develop over time*." |

| Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period |
|---|
| ¶ 143: "My analysis indicates that, consistent with what it disclosed during the Class Period, *Zuora internally recognized* that product integration was an increasing issue for consumers and an increasing risk for the company's growth. … Further, Zuora's disclosures relating to these issues *provided investors with a rich source of relevant information*." |
| ¶ 144: "Zuora's IPO process involved many internal and external parties and *was designed* to ensure appropriate disclosure in its S-1 Registration statement." |
| ¶ 145: "As Mr. Tzuo stated in his deposition, as of the time of the IPO, Zuora viewed Keystone as 'a project the engineering team was working on, [but] it was still early in the project's existence.' *In line with this statement,* Zuora disclosed multiple risk exposures related to product integration in the risk factor section of its IPO Prospectus." |
| ¶ 149: "Internal communications also suggested that *Zuora executives began to have some concerns* arising from complaints from some consumers who had experienced integration issues with Billing and RevPro, even though Zuora had yet to offer full integration of the two products to the market. Through its Keystone project, *Zuora was working to fulfill customers' requests with respect to more capabilities*." |
| ¶ 151: "*Zuora also noted* the possibility that these scenarios could impact the Company's future growth, communicated guidance based on these scenarios, and provided disaggregated information *in order to facilitate investors' interpretation of this guidance*." |

| Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period |
|---|
| ¶ 162: "***Mr. Tzuo expressed frustration*** with the approach the team had taken to sort the challenges they had been facing with this project, ***and emphasized the need*** for proactive contingency planning as he encouraged the team to take ownership of their specific roles and responsibilities." |
| ¶ 164: "Additionally, email exchanges among Zuora's executives showed that the ***Company had an increasing focus*** on the integration issue." |
| ¶ 166: "As noted in the slides provided to the Board for a quarterly update on the status of products, at that time, Keystone ***was increasingly perceived*** as a challenging project and a priority moving forward. Importantly, the same report to the Board reflected that the Product team had delivered '[a]ll the planned items [to be] delivered' with respect to the Keystone project in that quarter, but that the team had 'found numerous missed use cases' (i.e., new data integration issues encountered in specific situations for each customer). ***Consistent with Keystone emerging as a top priority for Zuora and its Product team***, Keystone was included at the top of the list in the Q1 Product Delivery Outlook list, and the top milestone associated with the project was '[r]un two parallel architecture[s] – Current Architecture and everything in RevPro architecture' (the latter architecture corresponding to what would become 'K2')." |
| ¶ 177: "At this point in time, the K2 project was progressing, ***but was still considered*** part of a broader set of issues that Zuora had identified internally that were affecting segments of its customers [sic] base, which in turn affected sales performance." |
| ¶ 178: "***Given the impact of integration and consumer products and the risks involved, the Audit Committee approved*** a revision of company guidance with respect to the previous internal forecasts for the upcoming quarter." |

| Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period |
| --- |
| |
| ¶ 182: "Integration was again addressed as a top priority initiative, *but Company executives expressed a positive attitude* given potential solutions to the issue." |
| ¶ 184: "*As a result of Zuora's disclosure process,* Zuora disclosed information about the integration issue on its May 30, 2019, Q1 2020 Earnings Call." |
| ¶ 185: "During the Class Period, *Zuora relied on these disclosure practices and processes to regularly assess Zuora's disclosures relating to products and product integration. Such processes and practice* [sic] *provided investors with a rich source of relevant information.*" |
| ¶ 187: "During the Class Period, Zuora provided relevant and timely information about the expected impact on Zuora's finances of product and integration issues like the ones involved in this matter via voluntary periodic guidance to the market. … *I find that such practices and processes provided a sound basis for Zuora's executives to rely on the information that was generated internally* and that Zuora then disclosed to investors with respect to Zuora's guidance." |
| ¶ 189: "In my opinion such practices and processes *provided a sound basis for Zuora's executives to rely on the information that was generated internally* and that Zuora then disclosed to investors with respect to Zuora's guidance." |
| ¶ 198: "In my opinion, this demonstrates that the *Board was regularly being informed about both Company performance and consequent guidance* for upcoming periods, and *had opportunities to make informed contributions* in the disclosure process." |
| ¶ 203: "*During this period there were increased concerns* about the impact of Keystone and potential customer satisfaction issues on the financial outlook of Zuora, so there was more focus on the impact that product integration issues would have on the Company's outlook." |

| **Table of Professor Solomon's Opinions Regarding Defendants' Motive, Intent, and State of Mind During Class Period** |
|---|
| |
| ¶ 205: "The material from this meeting shows that *Zuora's executives continued to develop an understanding of the issues* that affected Keystone's performance." |
| ¶ 215: ███████████████████████████████████████████████████████████████ |
| ¶ 219: "I also conclude that such practices and processes *provided a sound basis for Zuora's executives to rely on the information that was generated internally* and that Zuora then disclosed to investors with respect to product development and usage." |
| ¶ 220: "Zuora's disclosures related to guidance, including products and product integration information, were premised on Zuora's disclosure practices and processes generally and with respect to guidance in particular, and *provided investors with a rich source of relevant information*." |
| ¶¶ 240, 241: "Such practices and processes *provided a sound basis for Zuora's executives to rely on the guidance, earnings releases, and related disclosures* that Zuora then disclosed to investors." |