# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No.:  3:19-cv-03422-SI |

Expert Report of

Jeffrey L. Hagins

August 5, 2022

CONFIDENTIAL

# Table of Contents

I.    Introduction ............................................................................................................... 1

    A.    Qualifications............................................................................................ 1

    B.    Assignment .............................................................................................. 1

    C.    Summary of Opinions............................................................................... 2

    D.    Background.............................................................................................. 3

II.    The Realities of the Software Development Process........................................................ 7

    A.    Software Development Is Inherently Not a Defined Process .............................. 9

    B.    Complete Requirements Cannot Be Known Prior to Development ................... 10

    C.    Timing Estimates for Software Development Involve Uncertainty ................... 11

    D.    Software Defects Are Routine and Pervasive......................................... 12

        1.    Requirements Defects................................................................ 14

        2.    Hidden Requirements Defects ................................................... 15

        3.    Design Defects......................................................................... 15

        4.    Coding Defects ........................................................................ 16

        5.    Integration Defects ................................................................... 16

    E.    Identifying Defects is Part of Any Software Development Process.................. 16

III.    Enterprise Software ................................................................................................. 17

    A.    Adapting to Customer Requirements ................................................... 20

        1.    Configuration Settings............................................................... 20

        2.    Customized Data Model ............................................................ 20

        3.    Customized User Experience (UX) ............................................ 21

        4.    Customized Workflows ............................................................. 21

    B.    Enterprise Software Implementations ................................................... 22

        1.    Requirements Definition............................................................ 23

        2.    Planning & Scheduling.............................................................. 24

        3.    Configuration, Customization, and Development ......................... 25

        4.    Integration............................................................................... 25

        5.    User Acceptance Testing ........................................................... 27

        6.    Go-Live.................................................................................. 28

    C.    Management of the "Issue List" Prior to Go-Live ................................... 28

        1.    Issue Management .................................................................... 28

        2.    Issues Do Not Equate to Defects ............................................... 29

    3.  Scope Creep ............................................................................................. 30

  D. Early Adopter Programs ..................................................................................... 31

IV. Conclusion ...................................................................................................................... 33

## I.    Introduction

### A.    Qualifications

1.    I am an experienced software developer, technology entrepreneur, and executive who has served as the Chief Executive Officer ("CEO"), Chief Technology Officer ("CTO"), and Chief Information Officer ("CIO") of various companies.  I am currently the founder and a technology partner of Mural Advisors, a strategic advisory firm focused on helping customers with digital business transformations.

2.    I received a B.S. in Computer Science and Quantitative Science from Texas Tech University in 1985.  I initially began my career as a programmer in 1980 as a Research Assistant at the University of Texas at Dallas.

3.    I have 42 years of experience in the technology industry, including in defense, enterprise software, Software-as-a-Service ("SaaS"), web hosting, internet advertising, internet of things, home automation, consumer electronics, and digital identity domains.

4.    During my career, I have held roles as a software developer, software engineering manager, consulting engagement manager, hardware engineering manager, data center operations manager, technology executive (CTO), IT executive (CIO), and business executive (CEO).

5.    I have been the CTO of seven different technology companies, CIO of three different companies, and more recently I have been both acting CTO and CIO of a variety of businesses as part of my consulting engagements.

6.    Over the last 35 years, I have personally worked on more than a dozen software integration projects.  I have managed these projects and consulted on them.  Included as **Appendix A** is a copy of my resume, which includes a list of cases I have testified in over the last four years.

### B.    Assignment

7.    I have been asked by Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Zuora, Inc. ("Zuora" or the "Company"), Mr. Tien Tzuo, and Mr. Tyler Sloat (collectively, "Defendants") to provide expert testimony in the above captioned matter.  In particular, I have

been asked to provide an overview of industry norms and practices related to software development, enterprise software, and software implementation and integration.

8.      In preparing my opinions in this matter, I have relied on my education and prior experience.  I have also examined a variety of materials, including legal pleadings, produced documents, deposition transcripts, and public sources.  Included as **Appendix B** is a list of the documents I considered in this matter.

9.      I have been engaged for this matter through Gerson Lehrman Group, Inc. ("GLG"). Together, GLG and I are being compensated for my time in connection with this case at a rate of $1,000 per hour.  My compensation is not dependent on my opinions or the outcome of this case. I have been assisted in this matter by the staff of Cornerstone Research, who worked at my direction billing at their standard hourly rates.  My work is ongoing, and I reserve the right to supplement or modify my opinions to the extent that I become aware of additional facts that are relevant to my opinions.

### C.      Summary of Opinions

10.      In the sections below, I discuss software development, enterprise software, early adopter programs, and enterprise software implementation and integration projects.  Overall, based on my education, experience, and review of relevant sources, I have formed the following opinions:

1)  Software development, by its nature, is complicated.  Software development is not a defined process, and defects are routine and pervasive in software products.  In particular, significant problems during the development of new software products are common, and such problems frequently surface only when products are tested or used in realistic environments.  The occurrence of such problems is not an indication that a product under development will not meet customer needs. Additionally, the severity or the quantity of such issues do not directly correspond to the amount of time and effort needed to resolve them.

2)  Customers for enterprise software typically have varied and idiosyncratic use cases that are particular to their businesses.  Generally speaking, enterprise software providers seek to meet their customers' particular business needs instead of asking customers to change business processes to adapt to software.  Enterprise software is therefore highly adaptable and can be changed through settings and other means.  The adaptability of enterprise software means that each customer will use the product differently, which makes testing new enterprise software products challenging.

3) Enterprise software customers often do not fully understand the features they need (also known as "use cases" or "requirements") until they test enterprise software. Consequently, it is ordinary and typical that enterprise software customers discover new use cases for enterprise software during an implementation project. This can cause the implementation of enterprise software to be time-consuming and difficult to plan with any certainty.

4) Participants in early adopter programs know they are working with software that has not yet been rigorously tested. In fact, the purpose of early adopter programs for software companies is to identify and address software defects and additional use cases that will only be fully understood when an enterprise attempts to use a product.

5) It is typical that participants in early adopter programs identify defects and raise complaints or concerns. From the standpoint of an enterprise software company, the existence of complaints or concerns relating to software in such an early adopter program is not inconsistent with a belief that the software will ultimately be successful in addressing customer needs.

### D.    Background

11.    Zuora is a Redwood City, California based maker of enterprise software-as-a-service (*i.e.*, SaaS) products that address the "Subscription Economy."[1] That is, Zuora's products serve companies that sell subscriptions as opposed to individual products. Zuora has two primary lines of business: (i) the development and sales of its software products; and (ii) professional services to help customers "deploy, configure, and optimize" Zuora's software products.[2] Among the Company's products during the relevant period[3] were Zuora Billing, Zuora RevPro, Zuora CPQ, and Zuora Collect.[4] Based on my review of materials relevant to this matter, I understand that

---

[1] Zuora, Inc., SEC Form 10-K, filed March 31, 2021, p. 2; "About Zuora," *Zuora*, https://www.zuora.com/about/, accessed on July 21, 2022.

[2] Zuora, Inc., SEC Form 10-K, filed April 18, 2019, pp. 38, 42.

[3] The class period in this matter is April 12, 2018 through May 30, 2019. *See* Consolidated Amended Class Action Complaint, *Roberts v. Zuora, Inc. et al.*, November 8, 2019 ("Complaint"), p. 1.

[4] Zuora CPQ (or Configure Price Quote) is "[d]esigned specifically for configuring deals, pricing, and quoting in a subscription business." Specifically, this product "allows [Zuora's] customers to configure any type of deal, such as multi-year subscriptions, and price ramp deals and use the rules engine and guided selling workflows to scale their sales team." Zuora Collect "helps [Zuora's] customers streamline their collections processes by configuring their own automated dunning workflow, orchestrating various retry rules for electronic payments, and targeting the root cause of a payment decline." *See* Zuora, Inc., SEC Form 10-K, filed April 18, 2019, pp. 4–5.

the integration of two of Zuora's products—Zuora Billing and Zuora RevPro—is a central issue in this litigation.[5]

12.    Zuora Billing is software "[d]esigned specifically for subscription billing."[6]  In particular, the software, "allows [Zuora's] customers to bill in multiple ways, calculate prorations when subscriptions change, and to group customers into batches for different billing and payment operations."[7]  Zuora Billing "also helps [Zuora's] customers set payment terms, manage hierarchical billing relationships, consolidate invoicing across multiple subscriptions, and collect revenue using a global network of payment gateways."[8]

13.    Zuora RevPro is "a revenue recognition automation solution that enables [Zuora's] customers to group transactions of goods and services into revenue contracts and performance obligations in accordance with … ASC 606 / IFRS 15 revenue standards."[9]  The software "helps [Zuora's] customers automate revenue and deferred revenue management in accordance with their accounting policies, business rules, and pricing models."[10]

14.    Zuora acquired its RevPro product as part of the Company's acquisition of Leeyo Software Inc. ("Leeyo") in 2017.[11]  Zuora rebranded the software as Zuora RevPro, and later as Zuora Revenue.[12]  After the acquisition of Leeyo, Zuora spent 2017 and part of 2018 focused on "bringing customers live on the core RevPro product" in order to help its customers meet their deadlines for implementing the new ASC 606 and IFRS 15 revenue recognition standards.[13]

---

[5] *See, e.g.*, Complaint, ¶¶ 1–17.

[6] Zuora, Inc., SEC Form 10-K, filed April 18, 2019, p. 3.

[7] *Id.*, p. 3.

[8] *Id.*, p. 3.

[9] *Id.*, p. 4.  ASC 606 is a U.S. accounting standard that specifies how "an entity should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services."  IFRS 15 is a similar international accounting standard.  *See* "Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing," *Financial Accounting Standards Board*, April 2016, https://asc.fasb.org/imageRoot/32/79982032.pdf, accessed on July 29, 2022; "IFRS 15 Revenue from Contracts with Customers," *International Financial Reporting Standards*, https://www.ifrs.org/issued-standards/list-of-standards/ifrs-15-revenue-from-contracts-with-customers/, accessed on July 28, 2022.

[10] Zuora, Inc., SEC Form 10-K, filed April 18, 2019, p. 4.

[11] Zuora Presentation, "Keystone Update for Ecomm," March 19, 2018, ZUO_00341132–54 at 54.

[12] Deposition of Tyler Sloat, April 22, 2022 ("Sloat Deposition"), p. 32:8–14; Deposition of Robert Hildenbrand, March 22, 2022 ("Hildenbrand Deposition"), p. 66:7–15.

[13] Deposition of Tien Tzuo, April 27, 2022 ("Tzuo Deposition"), p. 46:5–18 ("[T]he bulk of 2017 and bleeding into 2018 was focused on bringing customers live on the core RevPro product so they can make their ASC 606 dates. And we had to get through all that and meet our customer commitments before we can turn engineering's attention

15.    In early 2018, Zuora began work on a "productized integration" solution, internally named Keystone, to integrate Zuora Billing and Zuora RevPro.[14]  The "Integration Product" was to be comprised of "a collection of microservices that extracts the bookings and billings data from Zuora [Billing], transforms the data to convert into RevPro compliant format and finally loads it into RevPro."[15]  Customers who used the integration product would then be able to "interact with the Integration to schedule and manage it through an intuitive [user interface]."[16]

16.    During the development of Keystone, Zuora selected customers to participate in an "Early Adopter Program" ("EAP"), which allowed the customers selected by Zuora to use the productized integration before it was made more broadly available.[17]  Customers were selected for this program after Zuora conducted a review of the potential customer's needs in an attempt to "ensure that there [was] no major product gap that could potentially delay or jeopardize the

---

to the data flow project, the Keystone data flow project.  So in this date [March 19, 2018], [Keystone] either was about to kick off or had just kicked off, but it was early in the process.").

[14] *Id.*, p. 46:5–18 ("the bulk of 2017 and bleeding into 2018 was focused on bringing customers live on the core RevPro product so they can make their ASC 606 dates.  And we had to get through all that and meet our customer commitments before we can turn engineering's attention to the data flow project, the Keystone data flow project.  So in this date [March 19, 2018], [Keystone] either was about to kick off or had just kicked off, but it was early in the process."); Hildenbrand Deposition, pp. 85:15–86:18 ("Q. So for Zuora specifically when deploying … Zuora RevPro and Zuora Billing, which of the approaches that you describe was applicable?  Was it an out-of-the-box integration that was gonna be deployed, or was it that second approach where you bring in the – I think you described it as the professional services?  A. It's both. … So the – again, generally you wouldn't have a product that solves all of the customer's use case out of the box.  There are a subset that are solved out of the box and that would be … through the productized integration, and then the use cases on top of that would be solved through the professional services firm.  So the answer to your question is both approaches are used. … Q. For the Zuora Billing and Zuora RevPro, is Zuora offering, I think you described it [productized] out-of-the-box integration to all customers? … A. Yeah, so there are productized integration capabilities between the two products.  They were aligned to the integration approach that we internally called Keystone, and that approach was driven by the product roadmap.").

[15] Zuora Presentation, "Keystone Overview for Revpro GS," June 2018, ZUO_00336645–77 at 49.
[16] *Id.*

[17] Zuora CEO Offsite Presentation, "RevPro," September 2018, ZUO_00422115–70 at 38 ("Before we enroll a Customer into our EAP, the Product Manager will need to review the Prospect's Use Cases in order to ensure that there is no major product gap that could potentially delay or jeopardize the RevPro implementation"); Deposition of Jagan Reddy, May 18, 2022, pp. 67:3–68:6 ("Q. … Are you familiar with Zuora Early Adopters program?  A. Yes, I am familiar with that program.  Q. So the Early Adopters program allows Zuora to work with customers on new product development; is that correct?  A. The Early Adopter program allows customers to use what Zuora has built and as they are continuing to build.  Q. But the Zuora Early Adopters program involves products that are not generally available to Zuora customers; is that correct?  A. Until the product is generally – general – until it goes to the general availability, it is not available to everyone.  Q. Okay.  And the Zuora Early Adopters program involves products that are early in their development; is that correct? … [A]. I can't say at what stage it is, but it will be the early customers who would use a software that's – they're the first to use. … Q. And customers are carefully selected to join the Early Adopters program; is that correct? … [A.] There's a process to select customers who would be part of the Early Adopter program.").

RevPro implementation."[18]  The EAP allowed customers to gain early access to Zuora's products, while allowing the Company to work with actual customers to refine and develop its integration product.  As of March 19, 2018, five customers were enrolled in the Keystone EAP: ███████████████████████████[19]  Once Keystone achieved certain milestones, Zuora intended to make the integration product more broadly available as part of a general availability release.[20]

17.    As development of the Keystone integration progressed, and as Zuora worked with customers in its EAP, the Company encountered issues with the Keystone integration that prevented certain customer needs from being addressed.[21]  Among the issues encountered, Keystone "[f]orced Zuora Billing to introduce a concept of Order Item that is not naturally supported in [Zuora's] existing Data Model" and required "[c]omplex calculations to generate the Billings Breakdown by Order Items causing numerous errors and resulting in use case gaps."[22]  In early 2019, in order to address these issues, Zuora determined that it should pursue a "different approach/architecture to integrate Billing and RevPro" and launched a project called K2.[23]  K2 addressed Keystone issues by, among other things, pulling "a different level of data out of Billing."[24]

---

[18] Zuora CEO Offsite Presentation, "RevPro," September 2018, ZUO_00422115–70 at 38.

[19] Zuora Presentation, "Keystone Update for Ecomm," March 19, 2018, ZUO_00341132–54 at 37.

[20] Zuora CEO Offsite Presentation, "RevPro," September 2018, ZUO_00422115–70 at 36–37.

[21] Sloat Deposition Exhibit 146, Email chain from Paolo Battaglini to Lauren Whelihan, "Fwd: Zuora Audit Update," March 14, 2019, ZUO_00268993–4 at 3 ("Since the audit committee/Board meeting we have been digging in further on the Keystone issue as well the company has decided on a new approach (labeled K2 internally).  We believe this new approach and integration layer will be more reliable [than] the first version.  However it is new and the work done to date on customers using the original Keystone may be restarted in some cases.  This approach is estimated to take us 4-5 months to get to a state where we can deploy with customers."); Deposition of Brent Reed Cromley, Jr., April 29, 2022 ("Cromley Deposition"), p. 263:11–19 ("Q. And prior to the new implementation, being K2, Zuora couldn't support use cases for the integration between Billing and RevPro for the customers in Set 1? … [A.] I think that's what we reviewed.  Once again, I was not involved in the determination of the use cases or what they were, more just we would get updates on the information.").

[22] Zuora Presentation, "Keystone EComm Update," March 4, 2019, ZUO_00335717–37 at 22.

[23] Cromley Deposition Exhibit 210, Email chain from Brent Cromley to Ananth Manjapra and Andrea Blotzer, "Re: daily status update for Keystone Hand-holding end to end testing," March 11, 2019, ZUO_00039017–23 at 18 ("███ is putting their Keystone implementation on hold because Zuora management has informed them that we plan to explore an alternative to Keystone that involves a different approach/architecture to integrate Billing and RevPro.  The project code name for the alternative approach is K2."); Sloat Deposition Exhibit 146, Email chain from Paolo Battaglini to Lauren Whelihan, "Fwd: Zuora Audit Update," March 14, 2019, ZUO_00268993–4 at 3.

[24] Cromley Deposition, p. 244:22–245:8 ("Q. By this point in time, being March 7, 2019, Zuora had decided to implement a new version of Keystone that was different from Keystone Version 1; correct?  A. Keystone Version 2

## II.    The Realities of the Software Development Process

18.    Software is typically developed using a project management methodology.  For over twenty years, the so-called "Agile" methodology has gained wide acceptance by software developers and is now the predominant guiding principle used to develop software applications.[25] The Agile software development process is an iterative and incremental process that focuses on prioritizing, building, and testing small components of software.[26]  That is, developers prioritize, build, and test certain features of a software product before moving on to building and testing other features.

19.    Prior to the wide-spread adoption of the Agile software development process, other processes such as the "Waterfall" approach were used.[27]  The Waterfall methodology had attempted to impose a defined process[28] on software development projects (as explained below, software development is, however, inherently not a defined process).  In particular, under the Waterfall approach, software developers planned work in sequential stages.  Waterfall development is not commonly used today for software development projects—except for addressing simple and straightforward problems—because software developers recognize the need for iterative and incremental work to effectively develop complex software, such as the complex enterprise software at issue in this matter.[29]  As explained in Section III.B below,

---

pulled a different level of data out of Billing.  Q. K2 didn't rely on Order Metrics to integrate Billing and RevPro; correct?  A. That is correct."); Zuora Presentation, "Keystone EComm Update," March 4, 2019, ZUO_00335717–37 at 20–22.

[25] *See, e.g.*, Cliff Gilley, "The Pros and Cons of Agile Product Development," *UserVoice*, https://uservoice.com/blog/agile-product-development, accessed on July 26, 2022 ("Agile product development practices have grown vastly in popularity and influence since their introduction more than twenty years ago … these practices enjoy broad acceptance.").

[26] For an overview of the Agile methodology, *see, e.g.*, Steve McConnell, *More Effective Agile: A Roadmap for Software Leaders*, (Bellevue, WA: Construx Press, 2019) ("McConnell (2019)").

[27] *See, e.g.*, Robert Carlson and Richard Turner, "Review of Agile Case Studies for Applicability to Aircraft Systems Integration," *Procedia Computer Science* 16, 2013, pp. 469–474 at p. 469 ("Agile methods were developed as a reaction to the traditional software waterfall development method where software was progressively developed in serial stages.").

[28] Consider for example, changing the oil in a car as an example of a defined process.  Such a process involves the following "defined" steps:  (1) the oil is drained; (2) the filter is removed; (3) the new filter is installed; (4) new oil is added to the engine; and (5) the engine is started and checked to ensure there are no leaks.

[29] *See, e.g.*, Ken Schwaber and Mike Beedle, *Agile Software Development with Scrum*, ed. Robert C. Martin (Upper Saddle River, NJ: Prentice Hall, 2002) ("Schwaber and Beedle (2002)"), p. 11 ("The waterfall approach to software development does not work today.  Requirements are not fully understood before the project begins.  The user

however, enterprise software *implementations* (in particular those not involving new custom code), do sometimes follow a Waterfall-like approach.

20.     The reason that software developers need to follow a flexible approach—such as that associated with the Agile methodology—is because changes to software are frequently needed during the development process due to feedback from customers, new requirements, software defects,[30] or other issues.  It is my understanding that Zuora employed an Agile software development approach.

21.     One aspect of the Agile methodology is that defects and other issues are identified throughout the software development process.  Because the Agile software development process is incremental, it is not intended to address all customer needs at once.  Rather, new features are built in stages, and issues are addressed as they arise.  As a result, software developers using the Agile process frequently identify (and address) defects and other issues throughout the software development process.  Far from being a drawback of the Agile software development process, it is a critical part of what makes the Agile software development process more successful than the Waterfall approach for complicated software development projects.  Put differently, it is not surprising for new issues to surface as additional customer use cases are identified and incremental software is built.

22.     Furthermore, while Agile software development is a better process than prior industry practices for most projects, there is no foolproof software development process, and software developers and software customers recognize that development may not always proceed according to initial plans and expectations, even if best practices for software development are followed.  That is, even when companies put together capable teams of qualified software developers and seemingly follow the right process, there can still be challenges.

---

knows what they want only after they see an initial version of the software.  Requirements change during the software construction process.").

[30] As discussed in Section II.D, I use the term "software defects" to encompass various different kinds of defects, including (i) requirement defects, (ii) hidden requirements defects, (iii) design defects, (iv) coding defects, and (v) integration defects.

23.     The reason software development projects may not progress according to an initial plan is because of the nature and realities of software development.[31]  In particular, as discussed below:

1) Software development is inherently not a defined process.

2) Complete requirements cannot be known prior to development.

3) Software development estimates involve uncertainty.

4) Software defects are routine and pervasive.

### A.     Software Development Is Inherently Not a Defined Process

24.     One of the key characteristics of software development is that it is inherently not a defined process, or a process in which there is a well-defined set of steps.  This is why attempts to treat software development as a defined process (as under the Waterfall approach) are not effective unless the problem is relatively simple and straightforward.

25.     Instead, software development is an "empirical process."[32]  An empirical process is a process that is controlled based on observation or experience rather than any set of pre-defined steps.[33]  Software development is an empirical process because there are no predefined set of steps that a software developer can follow to write a new software program.  In the context of Agile software development, the empirical process comes down to a few simple concepts for software developers to follow:[34]

1) Plan small "chunks" of work.

---

[31] *See, e.g.*, Mike Cohn, *Agile Estimating and Planning* (Upper Saddle River, NJ: Prentice Hall Professional Technical Reference, 2006) ("Cohn (2006)"), p. 26 ("The plan created at the start of any project is not a guarantee of what will occur.  In fact … project personnel may come or go, technologies will work better or worse than expected, users will change their minds, competitors may force us to respond differently or more rapidly, and so on.  Agile teams view every such change as presenting both the opportunity and need to update the plan to better reflect the reality of the current situation … they may discover that a certain type of work is more time consuming that previously thought.").

[32] *See, e.g.*, Schwaber and Beedle (2002), p. 1 ("Scrum [an Agile software development method] implements an empirical approach based in process control theory."); *see also* Schwaber and Beedle (2002), p. 89 ("[T]he empirical model is appropriate for system development projects and the current defined model is not.").

[33] *See, e.g.*, Schwaber and Beedle (2002), p. 94 (emphasis in original) ("*Empirical* process control models are used to manage and control complex processes.  Management and control is exercised through frequent inspection and adaptive response.").

[34] *See, e.g.*, Cohn (2006), pp. 79–80, 86 (emphasis in original) ("[I]ndividual user stories or features are aggregated into *themes*.  Stories and themes are then prioritized relative to one another for the purpose of creating a release plan. … Determining the value of a theme is difficult, and product owners on agile projects are often given the vague and mostly useless advice of 'prioritize on business value.' … Those themes with a high value-to-cost ratio are those that should be done first.").

2) Prioritize the chunks of work.

3) Build each chunk in priority order.

4) Check in with developers frequently to assess progress.

5) Demonstrate the functionality of each chunk and approve it before moving on to the next one.

26.     That is, while there is a process, the process does not tell a software developer exactly what to do—rather it imposes constraints on the developer so that issues that arise can be dealt with incrementally.

### B.     Complete Requirements Cannot Be Known Prior to Development

27.     Another critical characteristic of software development is that complete software requirements cannot be known without building software and letting customers (users) use the software.[35]  For example, software requirements are often defined using a process in which a "product manager" interviews customers to develop an understanding of the customers' needs.[36] If there are miscommunications during this process, it is possible that not all of the requirements will be captured.  Additionally, customers may have ideas about what they want the software to do, but when they actually see the software in action, they frequently change their minds.[37]

---

[35] *See, e.g.*, Jeff Patton, *User Story Mapping: Discover the Whole Story, Build the Right Product*, ed. Mary Treseler and Amy Jollymore (Sebastopol, CA: O'Reilly Media, 2014), p. 254 ("[T]o stay confident it's important to test the working software with users … We don't learn much from users by playing 'show and tell'—that is, by demonstrating it to them and asking them to imagine using it and decide if they'd like it.  As a team, we'll learn more by watching them use it … It's watching them use it that really validates those hypotheses."); Schwaber and Beedle (2002), p. 11 ("The user knows what they want only after they see an initial version of the software. Requirements change during the software construction process.").

[36] *See, e.g.*, Steve McConnell, *Code Complete: A Practical Handbook of Software Construction*, Second Edition, (Redmond, WA: Microsoft Press, 2004) ("McConnell (2004)"), p. 38 ("Explicit requirements help to ensure that the user rather than the programmer drives the system's functionality.  If the requirements are explicit, the user can review them and agree to them.  If they're not, the programmer usually ends up making requirements decisions during programming.  Explicit requirements keep you from guessing what the user wants.").

[37] *See, e.g*., McConnell (2004), p. 40 ("On a typical project, however, the customer can't reliably describe what is needed before the code is written.  The problem isn't that the customers are a lower life form.  Just as the more you work with the project, the better you understand it, the more they work with it, the better they understand it.  The development process helps customers better understand their own needs, and this is a major source of requirements changes. … Studies at IBM and other companies have found that the average project experiences about a 25 percent change in requirements during development.").

28.    Because complete software requirements cannot be known without building software and letting customers use it, software developers are better served by not defining and locking down all of the requirements up front before they start building the software.  In fact, doing so can result in a software deliverable that does not actually realize the full value that customers desired.[38]  This is why—when using an Agile software development process—software developers build little bits of "production-ready" software, typically in an iteration between one and four weeks called a "sprint."[39]  This allows for frequent demonstrations of what has been built for the users so that they can provide feedback, including changes to the requirements themselves.  This general principle applies both when custom developing software for one specific customer, as well as when developing software for multiple customers (as is the case in this matter).

### C.    Timing Estimates for Software Development Involve Uncertainty

29.    Business software projects typically involve estimating how long development will take. There are a variety of techniques used by software developers for developing such estimates (often known as software estimating).[40]  Agile software development incorporates the concept of estimating, but also recognizes that the accuracy of estimates can be highly volatile given that software development is not a defined process.  That is, sometimes estimates are relatively close to the realized results, while other times estimates differ substantially from the realized results.

30.    Accurate software estimating is challenging because, given the empirical nature of software development, developers cannot know in advance exactly what they need to build or

---

[38] *See, e.g.*, McConnell (2004), p. 40 ("A plan to follow the requirements rigidly is actually a plan not to respond to your customer.").

[39] *See, e.g.*, Schwaber and Beedle (2002), p. 51 ("A team is let loose for the thirty day Sprint.  The team has committed to the goal and accepted the responsibility of building a product increment that meets the goal.  It has the authority to act as it sees fit.  No person outside the team can change the scope or nature of the work the team is doing during the Sprint.  No one is allowed to add more functionality or technology to the Sprint.").

[40] These techniques commonly include using abstract estimation measures known as "function points," "story points," "t-shirt sizes," and more to indicate the difficulty of a given task.  *See, e.g.*, Cohn (2006), p. 251 ("Agile estimating and planning succeed because estimates of size and duration are separated.  We start by estimating the size of a project's user stories in story points.  Because story points are abstract and notional, they are pure estimates of size.  We then estimate a rate of progress, which we call velocity…  Our estimating and planning process benefits from this clear and total separation of estimates size and duration.").

how they need to build it.  That, in turn, means that software developers cannot know exactly how long development will take.[41]  While software estimating is challenging, there are certain conditions that can produce more accurate results.  These conditions include (i) estimates being prepared by a team that has significant experience working together in a familiar domain,[42] (ii) the task at hand having a level of complexity that is understood by the team (*i.e.*, no hidden complexity), and (iii) there being no hidden requirements or other unplanned work associated with the task.  Absent these conditions, estimates will likely be less accurate.

### D.        Software Defects Are Routine and Pervasive

31.        It is commonly understood in software development that software defects are routine and pervasive.  While there are examples of software programs that are built using what are called "formal verification" techniques that are deemed defect-free, the process by which this is done is extremely complex, time-consuming, and expensive.[43]  Formal verification involves essentially preparing a formal mathematical proof of a model of the software system.[44]  Because the process by which this is done is resource-intensive, and is not suitable for all types of software problems, such methods are not practical for use in routine software development, including the

---

[41] *See, e.g.*, McConnell (2004), p. 673 ("Estimates created early in a project are inherently inaccurate.  As the project progresses, estimates can become more accurate.  Reestimate periodically throughout a project, and use what you learn during each activity to improve your estimate for the next activity.").

[42] *See, e.g.*, Schwaber and Beedle (2002), p. 35 ("As backlog is created, the Product Owner works with others to estimate how long it will take to develop.  To reach the estimate, he or she talks to the developers, technical writers, quality control staff, and other people who understand the product and technology. … The estimate will be as accurate as the Product Owner and team are at estimating; this means that the accuracy may vary wildly until the team becomes experienced.").

[43] *See, e.g.*, Ralf Kneuper, "Limits of Formal Methods," *Formal Aspects of Computing* 9, no. 4, 1997, pp. 379–394 at pp. 389, 391 ("[T]he use of formal methods requires a higher degree of mathematical maturity than the average software developer possesses today. … There are a number of environments where one could use formal methods but it would not be useful to do so, mainly because costs are too high in relation to the benefits gained. … A type of software that tends to be difficult to handle using formal methods are commercial applications that often contain hardly any algorithm.  Their complexity stems from the large number of input and output fields but the 'algorithm' consists mainly of moving data around.  This makes them difficult to specify formally, a formal specification could easily be just as long and as tedious as the implementation itself.").

[44] *See, e.g.*, "Formal Verification," *MathWorks*, https://www.mathworks.com/discovery/formal-verification.html, accessed on August 2, 2022 ("Formal verification helps confirm that your embedded system software models and code behave correctly.  Formal verification methods rely on mathematically rigorous procedures to search through possible execution paths of your model or code to identify errors in your design.").

development of enterprise software.  Instead, such techniques are used only in select situations, for example, in mission-critical software for NASA or in aircraft flight control systems.[45]

32.     For all other software, eliminating software defects is done by other means, including inspection (code reviews) and testing.[46]  An analysis done on open-source software[47] in 2010 analyzed the number of defects reported on releases of 62 open-source projects over multiple releases and found on average 7.28 defects per 1,000 lines of code.[48]  While this study was performed using code from open-source projects (given the availability of such code), there are reasons to believe that commercial software has similar or even higher levels of defects.[49]

33.     The presence of defects in a software product is therefore not unusual and does not mean the product is not serving its purpose.  Said differently, the goal of software development is not to release defect-free software, but rather to minimize the effects of those defects by ensuring that the defects have minimal impact on the customers that will use the software.  As such,

---

[45] "NASA Langley Formal Methods Research Program," *National Aeronautics and Space Administration*, https://shemesh.larc nasa.gov/fm/, accessed on July 22, 2022 ("The NASA Langley's Formal Methods Research Program of the NASA Langley Safety-Critical Avionics Systems Branch develops formal methods technology for the development of mission-critical and safety-critical digital systems of interest to NASA"); Steven Miller et al., "Formal Verification of Flight Critical Software," *AIAA Guidance*, *Navigation and Control Conference and Exhibit*, August 15–18, 2005, https://shemesh.larc.nasa.gov/fm/papers/FormalVerificationFlightCriticalSoftware.pdf, accessed on August 4, 2022.

[46] *See, e.g.*, McConnell (2004), p. 485 ("Although any review involves reading designs or code, an inspection differs from a run-of-the-mill review in several key ways:  Checklists focus the reviewers' attention on areas that have been problems in the past.  The inspection focuses on defect detection, not correction."); *see also* "Verification and Validation in Testing:  When to Use Which?," *BrowserStack*, April 13, 2022, https://www.browserstack.com/guide/verification-and-validation-in-testing, accessed on August 2, 2022 ("The IEEE-STD-610, a set of software engineering standards, defined verification testing as 'A test of a system to prove that it meets all its specified requirements at a particular stage of its development.'  In other words, verification testing is the process of examining all predetermined software specifications – documents, code, design, and program – to ensure that the software is meeting these specifications. … The IEEE-STD-610 defines validation testing as 'An activity that ensures that an end product stakeholder's true needs and expectations are met.'  Unlike verification testing, which occurs at every stage in development, validation testing occurs at the end of a certain module or even after the software has been completely built.  Its main intent is to check that the final product matches the stakeholder and customer requirements.").

[47] "Open source software is collaborative, relying on community production and peer review to use, change, and share source code with each other.  Developers share insights, ideas, and code to create more innovative software solutions both collectively and individually.  This scalable and flexible software ensures that anyone with the source code can modify, enhance, and redistribute it for better reusability and accessibility."  *See* "What Is Open Source Software?" *IBM*, https://www.ibm.com/topics/open-source, accessed on July 26, 2022.

[48] Dinesh Verma and Shishir Kumar, "Prediction of Defect Density for Open Source Software Using Repository Metrics," *Journal of Web Engineering* 16, no. 3–4, 2017, pp. 293–310 at 299.

[49] *See, e.g*., "Coverity Scan Report Finds Open Source Software Quality Outpaces Proprietary Code for the First Time," *Synopsys*, April 15, 2014, https://news.synopsys.com/2014-04-15-Coverity-Scan-Report-Finds-Open-Source-Software-Quality-Outpaces-Proprietary-Code-for-the-First-Time, accessed on July 22, 2022 ("In 2013, code quality of open source projects using the Scan service surpassed that of proprietary projects at all code base sizes.").

software testing typically focuses on the most common use cases to ensure that most customers do not run afoul of the latent defects in the software.  There are a variety of types of software defects, including (i) requirement defects, (ii) hidden requirements defects, (iii) design defects, (iv) coding defects, and (v) integration defects.

### 1.    Requirements Defects

34.    Requirements defects refer to software requirements that were defined that did not actually capture the customer's requirements or needs.  Requirements defects are the most expensive types of defects to correct because in order to fix them, the developer must restart the development process by determining and defining the correct requirements and then building the right features.[50]  These defects occur, because, as discussed in Section II.B above, complete requirements cannot be fully understood until a customer actually starts to use the software being developed.

35.    In the enterprise software industry, which is discussed in detail below, typically, no matter how much time a software developer spends analyzing customer requirements, a developer will likely miss some customer requirements and get others wrong.  Additionally, enterprise software is characterized by systems that are, by design, highly configurable and customizable.[51]  Developers attempt to provide a software capability that can "adapt" to meet unique customer needs through configuration and customization instead of through new code. Despite this customizability, requirements defects can still occur because the software may not be sufficiently adaptable to meet the customer's needs.

---

[50] *See, e.g.*, McConnell (2004), p. 38 ("Paying attention to requirements helps to minimize changes to a system after development begins.  If you find a coding error during coding, you change a few lines of code and work goes on.  If you find a requirements error during coding, you have to alter the design to meet the changed requirement.").

[51] *See, e.g.*, Stephan Schneider et al., "How Do Requirements Evolve Over Time?  A Case Study Investigating the Role of Context and Experiences in the Evolution of Enterprise Software Requirements," *Journal of Information Technology* 33, no. 2, 2018 ("Schneider et al. (2018)"), pp. 151–170 at p. 152 ("As organizations need to be flexible and constantly adapt to changing situations, requirements regarding their [enterprise software] are equally dynamic ... Once implemented, users and organizations learn from experiences with the [enterprise software] and adjust their requirements … resulting in customizations and ongoing maintenance of the [enterprise software].").

### 2. Hidden Requirements Defects

36.    Related to a requirements defect is a "hidden requirements" defect.  Hidden requirements occur when a developer imposes certain software limitations without a stated requirement from the customer.  For example, a system might have a requirement to collect a user's phone number.  If the developer decides on their own to validate the phone number entered in the system to ensure that it is a US-based phone number (10 digits) with no country code allowed, the system will display an error message if the customer later tries to enter a UK phone number (+44 country code).  This example demonstrates a requirements defect (the unmet need to accept UK phone numbers) in which the developer "invented" a requirement that was never documented—that is, a hidden requirement.

37.    Another type of hidden requirement defect is a customer expectation that was not documented.  In these situations, the developer might be completely unaware of the expectation and thus fail to create software that addresses the expected behavior.

### 3. Design Defects

38.    Design defects are defects introduced into the product during development when the developer designs the software in such a way that it does not meet either the stated software requirements or the undocumented customer expectations.  Similar to requirements defects, design defects can be expensive to correct because implementing the correct software behavior may involve more than just adding new code—it may involve redesigning an entire component.[52]

39.    One key type of design defect is a data model defect, where the software's data model (*i.e.*, the abstraction of real-word objects, concepts, and processes which the software uses) is designed in a way that inhibits the system from satisfying either the stated requirements or

---

[52] *See, e.g.*, Michael Fredericks, "Using Defect Tracking and Analysis to Improve Software Quality," *University of Maryland Experimental Software Engineering Group*, June 3, 1999, https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.36.8961&rep=rep1&type=pdf, accessed on July 27, 2022, pp. 21–22 ("A Design defect where the Functional Description was incorrect would be classified under 'Wrong' … the development teams examine the types of defects that occur most frequently, and the number of defects which occur in each module.  The latter measure helps managers identify modules which may require extra testing or even a major rewrite.").

expected functionality.[53]  Data model compatibility defects can go undiscovered through multiple system implementations and integrations until an incompatibility is finally discovered.  The complex data models of enterprise software systems, designed to be customizable and configurable, mean that incompatibilities are frequently discovered only when deeper, more complex use cases are addressed.

### 4. Coding Defects

40.    Coding defects are the simplest form of defect in which the developer makes a mistake in the coding.  Much of the effort with respect to software testing goes into locating and fixing coding defects before a software product is released.  However, because exhaustive testing is not possible (outside of the narrow formal verification techniques described above), many defects end up being released to customers.

### 5. Integration Defects

41.    The last category of defects is integration defects, which can be requirements, design, or coding defects related specifically to the integration between two pieces of software.[54]  Integration defects frequently arise because the integration requirements are not fully understood.

### E. Identifying Defects is Part of Any Software Development Process

42.    Identifying and correcting defects is a core part of the software development process.  In fact, the identification of defects is one of the reasons why the Agile software development

---

[53] As an example, if a payroll system is designed to satisfy the requirements of customers that only have salaried employees, and the system has a data model that leaves out the abstraction that allows employees to report hours worked each day, the system would not work for customers with hourly employees.  This is because the data model itself is incompatible and insufficient to allow the new system to integrate with the timekeeping system of customers with hourly employees.

[54] *See, e.g.*, Jash Unadkat, "6 Common Types of Software Bugs Every Tester Should Know," *BrowserStack*, June 11, 2021, https://www.browserstack.com/guide/types-of-software-bugs, accessed on July 26, 2022 ("System-level integration bugs primarily pop up when two or more units of code written by different developers fail to interact with each other.  These bugs primarily occur due to inconsistencies or incompatibility between two or more components.  Such bugs are difficult to track and fix as developers need to examine a larger chunk of code.  They are also time-consuming to replicate.  Memory overflow issues and inappropriate interfacing between the application UI and the database are common examples of system-level integration bugs.").

process is superior to earlier processes.[55]  Agile software development involves planning and developing small chunks of work and then validating each chunk of work before advancing to the next one.

43.     This process of building small chunks of software allows developers to provide frequent demonstrations of what has been built for customers so that the customers can provide feedback. This feedback often includes changes to the requirements and additional use cases that need to be addressed.  It is through this iterative process that defects and unmet use cases can be detected and rectified.

44.     Although the Agile software development process allows for the early and quick detection of defects and unmet use cases, due to the complex nature of software development described above, it is still possible that larger issues, such as a significant new use case, will arise as the development process progresses.[56]  Meeting new and previously unstated requirements— notably additional use cases—could require developers to go back and re-design software that has already been built, change key software architecture decisions, or design entirely new components to meet the new requirements.

## III.    Enterprise Software

45.     As mentioned in Section I.D above, a central issue in this litigation is Zuora's efforts to develop an integration product that would facilitate the sharing of customer data between Zuora Billing and Zuora RevPro.  Zuora Billing, Zuora RevPro, and the productized integration solution that Zuora was developing are examples of enterprise software.  This section describes

---

[55] *See, e.g.*, McConnell (2019), p. 11 (emphasis in original) ("What is the Source of Agile's Benefits? … *Short release cycles* allow for more timely and less expensive correction of defects, less time invested in dead ends, more immediate customer feedback, quicker course corrections, and shorter paths to increased revenue and operational savings."); *see also* Barry Boehm and Richard Turner, "Balancing Agility and Discipline: Evaluating and Integrating Agile and Plan-Driven Methods," *Proceedings of the 26th International Conference on Software Engineering*, 2004 ("Agile development methodologies … promise higher customer satisfaction, lower defect rates, faster development times and a solution to rapidly changing requirements.").

[56] *See, e.g.*, McConnell (2004), p. 664 ("A software project is dynamic.  The code changes, the design changes, and the requirements change.  What's more, changes in the requirements lead to more changes in the design, and changes in the design lead to even more changes in the code and test cases.").

how enterprise software differs from consumer software and discusses how those differences complicate the software development and implementation processes for enterprise software.

46.    Enterprise software refers to software that serves the needs of an "enterprise," that is, a large business or organization.  The term enterprise is typically reserved for companies comprised of more than 1,500 employees, but the definition varies.[57]  The term enterprise software generally refers to large-scale software that satisfies the needs of the business versus the needs of a single department, team, or individual.[58]

47.    While large companies using enterprise software frequently have similar business departments and functions (*e.g.*, finance, sales, operations), businesses are typically quite different with respect to their particular business data and business processes.  These differences mean that the enterprise software employed by large companies and organizations are almost never "off-the-shelf" software (*i.e.*, software that works instantly with limited setup, which is the case for many consumer products).[59]  This further complicates testing and validation of new enterprise software because each particular customer will use the product differently.

---

[57] "Business Sizes:  Classifications and Characteristics," *Indeed*, August 11, 2021, https://www.indeed.com/career-advice/career-development/business-sizes, accessed on July 26, 2022.

[58] *See, e.g.*, "Enterprise Software," *Techopedia*, January 24, 2017, https://www.techopedia.com/definition/7045/enterprise-software, accessed on July 26, 2022 ("Enterprise software is an over-arching term for any software used in large organizations (whether business or government).  It is considered to be an essential part of a computer-based information system, and it provides business-oriented tools such as online payment processing and automated billing systems.").  Enterprise software comes in a variety of different functional categories including but not limited to:  finance/accounting (*e.g.*, accounts receivable, accounts payable); customer relationship management (*e.g.*, account management, contact management); e-commerce (*e.g.*, product catalog, shopping cart, order management); marketing automation (*e.g.*, visitor tracking, social media management).  The term "Enterprise Resource Planning" ("ERP") is commonly used with respect to enterprise software, and typically refers to a single integrated software system that manages financials, supply chain, operations, commerce, reporting, manufacturing, and human resource activities.  *See* "Enterprise Resource Planning (ERP)," *Techopedia*, January 4, 2017, https://www.techopedia.com/definition/1508/enterprise-resource-planning-erp, accessed on July 29, 2022 ("The need for enterprise resource planning (ERP) software grew with big business' mandate for a centralized solution to manage all information system requirements.  An ERP may consist of many different business modules, including:  Manufacturing, Human Resources/Payroll, Sales, Inventory, Supply Chain/Partners, Finance and Accounting, CRM.").

[59] *See, e.g.*, "Customizing ERP: Advantages and Disadvantages," *ArcherPoint*, November 28, 2018, https://archerpoint.com/customizing-erp-advantages-and-disadvantages/, accessed on July 27, 2022 ("However, as ideal as a zero-customization ERP implementation might sound, the unfortunate fact is that most organizations must customize their ERP systems – at least to some degree.").

48.     Enterprise software today is often delivered using the Software-as-a-Service model.[60] Software-as-a-Service (*i.e.*, SaaS) refers to software that runs centrally in a datacenter and is delivered over the internet as a service.[61]  Zuora Billing and Zuora RevPro are examples of enterprise software delivered using the SaaS model.

49.     SaaS customers often pay professional services fees to the software vendor or to a third-party implementation partner who collaborates with the customer to implement the software, including the configuration and customization of the software to meet the customer requirements.[62]  In Zuora's case, its Global Services group provided implementation services to the Company's customers.[63]  In the case of integrating Zuora Billing and Zuora RevPro, Global Services worked with customers to address their use cases.[64]

50.     The value of enterprise software to customers is typically only realized after a lengthy implementation process wherein the software is configured, customized, and tested.  This need to integrate enterprise software before using it is often described as having an "implementation-based" value-realization model.  Examples include virtually all enterprise software products.

---

[60] *See, e.g.*, "2018 ERP Report," *Panorama Consulting Solutions*, 2018, https://www.panorama-consulting.com/resource-center/erp-industry-reports/panoramas-2018-erp-report/, accessed on July 27, 2022, p. 9 ("This year we saw a major uptick in the number of respondents who selected SaaS, with an increase of 37 percentage points resulting in implementations of cloud/SaaS having prominence the first time in our ERP report.").

[61] *See, e.g.*, Lisa Schwarz, "How Cloud ERP Compares to On-Premise ERP," *Oracle NetSuite*, April 17, 2016, https://www.netsuite.com/portal/resource/articles/on-premise-cloud-erp.shtml, accessed on July 27, 2022 ("SaaS, or Software-as-a-Service—is provided as a service.  With this type of deployment, a company's ERP software and its associated data are managed centrally (in the Internet 'cloud.')").

[62] *See, e.g.*, "How to Create a Successful ERP System Implementation Plan," *Cox-Little & Company*, April 5, 2022, https://coxlittle.com/how-to-create-a-successful-erp-system-implementation-plan/, accessed on July 29, 2022.

[63] Hildenbrand Deposition, p. 23:6–20 ("Q. And is that – so the system integrator, is that within – is that a team within Zuora, or is that someone – is that a team [that] Zuora contracts out to?  A. No, a systems integrator is a broad industry term for parties such as Accenture, IBM, Deloitte Consulting.  And the systems integration ecosystems are professional services companies that a customer would typically contract with to deploy a – an Enterprise software product.  In addition to contracting directly to a systems integrator, the customer has the opportunity to contract with the professional services arm of the software company if that exists.  In the case of Zuora that professional services arm is global Services.").

[64] Hildenbrand Deposition, pp. 84:17–86:18 ("Q. So for Zuora specifically when deploying revenue, Zuora – excuse me – Zuora RevPro and Zuora Billing, which of the approaches that you describe was applicable?  Was it an out-of-the-box integration that was gonna be deployed, or was it that second approach where you bring in the – I think you described it as the professional services?  A. It's both. … So the – again, generally you wouldn't have a product that solves all of the customer's use case out of the box.  There are a subset that are solved out of the box and that would be through the productized integration, and then the use cases on top of that would be solved through the professional services firm. … there are productized integration capabilities between [Zuora Billing and Zuora RevPro].  They were aligned to the integration approach that we internally called Keystone, and that approach was driven by the product roadmap.").

### A.    Adapting to Customer Requirements

51.    Enterprise software is different from other software because enterprise software is designed to "adapt" to customer requirements, typically without any modification of the application source code.[65]  Among the different types of customizations of enterprise software listed in order from least complex to most complex are:  (i) configuration of settings; (ii) data model customization; (iii) user experience customization; and (iv) business process/workflow customization, as explained below.[66]

#### 1.    Configuration Settings

52.    The simplest form of adaptation is through software "configuration settings."  Similar features exist for consumer products.  For example, the iPhone operating system (iOS) supports hundreds of different settings that allow a user to configure the behavior of the phone, ranging from ringtones to notification settings and much more.  Enterprise software typically has a configuration settings model in which individual applications provide a simple way to configure the behavior of the software using settings.  For example, an enterprise payroll application might offer configuration settings that allow a business to configure the standard payroll cycle as weekly, bi-weekly, or monthly.  As compared to consumer software, enterprise software typically has substantially more complicated configuration settings to allow the software to adapt to different customer needs.

#### 2.    Customized Data Model

53.    One of the common types of enterprise software customizations is that of the data model, sometimes called a "schema."[67]  Customization of the schema refers to modifying what

---

[65] *See, e.g.*, Schneider et al. (2018), p. 152 ("As organizations need to be flexible and constantly adapt to changing situations, requirements regarding their [enterprise software] are equally dynamic ... Once implemented, users and organizations learn from experiences with the [enterprise software] and adjust their requirements … resulting in customizations and ongoing maintenance of the [enterprise software].").

[66] Some enterprise software systems also support customization through coding, typically by allowing for the development of custom "hooks" or "triggers" that can be registered with the software and executed when certain actions or events occur.  Some systems also support "rules" that can be similarly executed when certain conditions are met.  These types of customizations allow the business to customize business processes or other business logic in cases where the inherent customization features fall short of the business's needs.

[67] The specific structure of the information (typically at the object level) in any system is referred to as the "schema."

information is stored and maintained on the various data objects in the system. This typically takes the form of adding new attributes or fields to the existing data types/objects.  For example, a business that provides building maintenance services to its customers might want to store additional information on the customer account object in its CRM system, including a way to, for example, capture building square footage.

### 3.      Customized User Experience (UX)

54.      Another type of enterprise software customization is that of user experience customization.  This refers to the ability of an enterprise software customer to customize what information is displayed on the various forms, lists, reports, or even buttons within the software's user interface.  Enterprise systems typically allow a customer to customize the screens to meet the customer's unique business needs.  User experience customizations are considered critical for enterprise software systems since so many customer requirements are actually user experience requirements.

### 4.      Customized Workflows

55.      Customized workflows in enterprise software systems refer to a variety of different features that allow a customer to address business requirements by customizing the processes or workflows in the software for a specific business process.  These workflows may include:

1) **Screen Flows,** which control the sequence of screens that a user must step through to complete a specific task.

2) **Process Flows,** which run in the background and execute specific business logic or a specific business process, typically triggered by some change in the system (*e.g.*, a new work-order is entered and an automated process flow is started to automatically assign the work-order to the accountable party).

3) **Approval Flows,** which combine process flows and screen flows to get sign-off or approval for a specific item (*e.g.*, a purchase order).

56.      Customization of enterprise software increases the amount of time and complexity associated with implementing software for individual customers.  As discussed below, due in part to this complexity, enterprise software can take months to fully implement.  Additionally,

the extensive customization means that new enterprise software has many use cases that will only apply to a limited number of customers, making testing of such software more complex.

### B.    Enterprise Software Implementations

57.    Enterprise software is almost never usable immediately after purchase.  Rather, a complex implementation including configuration and customization of the software is typically required before a customer can use it.  Integration of new enterprise software with a customer's existing software is typically a necessary stage in the implementation of enterprise software.  Because the implementation of enterprise software can be both complex and time consuming, it frequently takes many months before customers are able to successfully test and go live with enterprise software.

58.    Further, implementation of enterprise software during an early adopter program (an "EAP"), as is relevant to this litigation, introduces additional complexity because the software is still new and the vendor is not experienced in helping customers implement the software (see discussion in Section III.D below for more information about EAPs).  In contrast, as enterprise software is used over time, documentation and solutions to implementation challenges are developed, allowing for later implementations to be completed with fewer issues (though any implementation, even of mature software, is still subject to substantial uncertainty given that software must meet unique customer requirements).

59.    I understand that this case involves the implementation phase of Zuora's productized integration for customers that were part of Zuora's EAP, and that the implementation phase for those customers took longer than originally estimated.  I further understand that during user acceptance testing in the implementation phase, the Company identified issues that had not been identified during the software design phase.  Because I understand that the case involves these aspects of the software implementation process for certain EAP customers, I will provide a summary of the implementation process and address various types of issues that can arise during the implementation process.

60.     Unlike the development process, the implementation process for enterprise software typically follows a waterfall-like approach:



Companies implementing enterprise software typically follow a process like this because such implementations do not generally involve developing custom software.  When implementations do involve developing custom software, an Agile software development process is more appropriate for the task.  Each of the phases in the figure above is discussed below.

### 1.      Requirements Definition

61.     Documented customer requirements can come in many different forms, from more traditional "use cases" to "user stories / acceptance criteria" to simple lists of "things that the software should do."

62.     For enterprise software implementations, customers not only define requirements for what the software should do, but often also define how the software should do it.  This is because the goal of enterprise software is generally to meet customers "where they live" and not to require customers to radically alter any business processes or standards for how they do business. Accordingly, enterprise software requirements specifications frequently document how customers want a specific application or business process to work—and enterprise software customers expect the vendor to adapt to their needs, not the other way around.

## 2.     Planning & Scheduling

63.     Enterprise software implementations can take substantial time to complete.  Generally, implementations can take six months to more than two years for full enterprise resource planning (*i.e*., ERP) implementation.[68]  As such, part of any enterprise software implementation project is a planning and scheduling phase that allocates requirements to specific software applications and schedules them in implementation phases with the goal of getting some applications "live" sooner than others.

64.     Even with a significant investment in planning and scheduling, enterprise software implementations frequently run over budget and behind schedule.  This is for a variety of reasons, including:

1) the full requirements not being known at the outset;
2) complexities of configuration and customization requiring more time and effort than planned for;
3) testing uncovering problems in the customization or configuration that need to be resolved; and
4) the project is unable to meet requirements.

---

[68] *See, e.g*., Justin Goldston, "The Evolution of ERP Systems: A Literature Review," *International Journal of Research Publications* 50, no. 1, 2020, pp. 1–17 at p. 8, https://ijrp.org/paper-detail/1042 ("ERP projects can last from 6 months to 2 years.").

### 3. Configuration, Customization, and Development

65.     As described above in Section III.A, a significant amount of time in any enterprise software implementation project is devoted to the configuration and customization of the software to meet customer requirements.  This process is necessary given the need for enterprise software to be flexible to adapt to a business's particular processes and needs.

### 4. Integration

66.     The integration phase focuses on integrating the enterprise software with any existing business systems that need to exchange information with the new system.  Integration is a necessary phase in the implementation of virtually all enterprise software solutions.

67.     There are various factors that influence the complexity of any integration.  Two critical factors include data model compatibility and business process compatibility.  Data model compatibility is compatibility between systems at the data level.  Complicated systems may share hundreds, if not thousands, of fields of data, and the analysis of the two systems may require modifications to one (or both) of the systems in order to make the integration possible.[69] Business process compatibility, on the other hand, is compatibility between two systems that are a part of one or more business processes.  For example, a logical business process might begin in one system and end in the other, or a business process might start in one system, send information to another system to do a part of the process, and then receive information back in order to complete the overall process.  The complexity of the integration relative to business process integration can range from being relatively simple to exceedingly complex.

---

[69] As discussed above, the specific structure of the information (typically at the object level) in any system is referred to as the "schema."  Schemas between different systems are almost never identical.  The schema of different systems may be compatible through a transformation or mapping process, but compatibility between two systems is not a given.

68.    Overall, the difficulty or complexity of an integration is a function of both the data model compatibility (and complexity) as well as the business process compatibility (and complexity) as shown in the diagram below.  Note that the diagram does not account for a "low" level of integration risk because generally speaking, there is not a low level of risk in system integrations. Even relatively simple integrations pose risk to the business because even after the integration is complete and working, a change to either system can break the integration and cause all related business processes to fail.



69.    The integration of disparate enterprise systems is generally accomplished through either the use of off-the-shelf Integration Platform as a Service ("iPaaS") solutions (such as MuleSoft), which may provide recipes or templates for common integrations, or custom built solutions, which are more akin to true software development projects.[70]  Integrations that are accomplished using iPaaS solutions frequently use the Waterfall approach because the implementations are accomplished using the customization and configuration features of the implementation software product itself.  In contrast, custom software integrations generally follow an Agile software development process because these integrations are true software development projects.

70.    As discussed above in Section I.D, I understand that this case involves efforts by Zuora to design a productized integration of its Billing and RevPro products that the Company would be

---

[70] "Anypoint Exchange," *MuleSoft*, https://www.mulesoft.com/exchange/, accessed on July 26, 2022.

able to provide to its customers.  Although the productized integration may resemble an off-the-shelf integration product, I understand it was a software development project with the added complication that Zuora was designing the product for multiple other enterprises with disparate use cases.

71.	Further, although Zuora was designing a productized integration that would eventually be made available to all of its customers who purchased both the Billing and RevPro products, that does not mean that the integration would work the same way for all customers or that implementation of the productized integration for new customers would be straightforward.  For example, according to a Zuora presentation, as of August 2018, an iteration of Zuora's Keystone productized integration addressed 90% of the use cases identified by ███, but only 70% of the use cases identified by ████████.[71]  The presentation further notes that after certain phases of the Keystone integration, Global Services might need to build custom solutions for certain use cases,[72] demonstrating the complexity associated with the software having to satisfy different needs for different customers.  Differences between customers in integrating systems is typical. For example, consider enterprise software designed to process company payroll.  Because companies are different in the ways they pay their employees (consider whether employees are salaried or hourly, and in what jurisdictions the companies operate), the payroll software will likely need to be customized based on each company's needs.

### 5.	User Acceptance Testing

72.	User Acceptance Testing ("UAT") focuses on testing the implemented software against the customer requirements defined in the requirements phase.  Unlike the planning, scheduling, configuration, customization, and development activities, which are typically performed by the software vendor or a third-party implementation partner, an important element of UAT is that it is conducted by the customer.

73.	The output of the UAT phase is typically a "punch-list" or issue list of things that need to be fixed before the software can "go live."  Once issues have been identified during the UAT

---

[71] Zuora CEO Offsite Presentation, "RevPro," ZUO_00422115–70 at 31.
[72] *Id.* at 43.

phase, developers must often revert back to the configuration, customization, and development phase in order to address the issues identified by the customer.

74.     Additionally, in ERP software implementations, some vendors make use of a technique called a "Conference Room Pilot" or CRP, in which a test version of the software is setup, sometimes literally in a conference room, for key stakeholders and designated employees to use the software and test it in realistic scenarios.  This allows employees to test and re-test various applications and business processes as they are fully configured and customized.  CRP testing is often used prior to formal user acceptance testing.

### 6.     Go-Live

75.     "Go-live" is a term that refers to the milestone when the customer actually begins to use an enterprise software system.  Go-live is a scheduled milestone that is planned during the planning and scheduling phase.  However, it is common for the go-live date to be delayed for a variety of reasons.  Such delays frequently involve the configuration and customization phase taking longer than expected and/or the UAT phase being extended to allow the vendor to resolve the punch-list of issues.  Just as construction projects are frequently delayed due to contractor delays and the time required to fix all of the punch-list items—enterprise software implementations can often run behind schedule and over budget.

### C.     Management of the "Issue List" Prior to Go-Live

#### 1.     Issue Management

76.     Throughout an enterprise software implementation, and especially during the UAT phase discussed above, issues are identified, collected, and prioritized.  Sometimes this is done with a tool as simple as a spreadsheet, but it might also be done using specialized "issue management" software such as Atlassian JIRA, which was used by Zuora.[73]  Issues are prioritized based on

---

[73] I understand Zuora used Atlassian JIRA during Keystone.  *See, e.g.*, Cromley Deposition, pp. 152:16–153:2; Cromley Deposition Exhibit 198, Email chain from Brent Cromley to Mu Yang, "FW: More and More Bugs in Keystone," November 14, 2018, ZUO_00210333–6 at 5–6; "Jira Software," *Atlassian*, https://www.atlassian.com/software/jira, accessed on July 26, 2022.

their impact on the business and an assessment as to whether go-live is possible even if the issue is not resolved.  Various schemes for prioritizing issues are used by vendors and customers.

77.    The vendor's implementation team or the third-party implementation partner's job is to resolve all of the mission-critical issues.  The challenge is typically in working with the customer to understand which issues are mission-critical and which are not.  By definition, the term "mission critical" means that the system simply will not work unless the issue is resolved.  Ultimately the customer has to agree on issue prioritization and therefore what issues have to be resolved before a go-live date.

## 2.    Issues Do Not Equate to Defects

78.    The process by which the issue list for these high-priority escalations is managed is often as follows:

1) Prioritize the issue list in terms of mission criticality and whether there is an acceptable workaround.

2) Prioritize the issues within each of the top-level priorities, resulting in a final issue list of "n" number of issues that are prioritized from one to "n".

3) Focus efforts on only the top issues.

79.    The focus on the top issues is warranted because, while there might be five hundred issues, this does not necessarily mean that there are five hundred unique software defects that are the root causes of these issues.  In general, by focusing on the top issues in the original list, other issues are also resolved because the underlying source of the issues was related to one of the top issues.  That is, issues do not equate to defects, and the amount of time needed to resolve an issue list with a large number of issues cannot be directly predicted as a function of the number of issues on the list.

### 3.    Scope Creep

80.    The term "scope creep" refers to changes in project requirements after a project has begun.[74]  As discussed above, requirements for software development projects typically cannot be fully defined until after development has begun and the customer is able to actually use a prototype of the software.  Similarly, in enterprise software implementation projects, scope creep occurs when the customer adds additional requirements after the requirements phase has been completed.  This happens in these types of implementation projects for exactly the same reason it happens in software development projects—until the customer is able to actually use the system, requirements are not fully knowable.  Accordingly, scope creep is not avoidable in these types of implementation projects.  Instead, all that can be done is to prioritize the requirements in a fashion similar to the issue prioritization approach described above.

81.    By prioritizing the requirements as mission-critical or non-mission-critical, the implementation team is able to define what is known as a "minimum viable product," which defines the minimum set of requirements that will meet the customer's needs for an initial go-live.[75]  This helps keep the project tracking toward an initial go-live date, even if the full set of requirements takes longer to implement.

82.    One of the risks of scope creep is that requirements may emerge after the project has begun that simply cannot be met by the enterprise software product.  Despite all of the configuration and customization features, customers and enterprise software vendors frequently find themselves in a position in which a requirement cannot be met by the product.  The net result when this happens is that the customer is typically given two options:  (i) pay for custom

---

[74] *See, e.g.*, "Scope Creep," *Adobe Workfront*, https://www.workfront.com/project-management/knowledge-areas/scope-management/scope-creep, accessed on July 26, 2022 ("Scope creep is how a project's features, requests, and requirements increase from its initial scope over the course of the project life cycle.").

[75] *See, e.g.*, Kenneth S. Rubin, *Essential Scrum: A Practical Guide to the Most Popular Agile Process*, (Upper Saddle River, NJ: Addison-Wesley, 2013), pp. 295–296 ("Releasing frequently doesn't mean we set overly aggressive deadlines; such deadlines frequently result in missed dates.  Instead, we focus each release on a small set of minimum releasable features (MRFs) around which the stakeholder community shares a strong group consensus. MRFs represent the smallest set of 'must-have' features--the features that simply have to be in the release if we are to meet customer value and quality expectations.  Some people refer to this set of features as the minimum viable product (MVP) or minimum marketable features MMFs).  While we might choose to deliver more than the MRFs in a given release, customers would not perceive enough value if we delivered any fewer.  Therefore, it is always important to define the minimum set ... The approach has several advantages ... It also establishes a rhythm, or cadence, to releasing that helps marshal resources in a predictable way and allows for disparate groups to synchronize their plans.").

software development (if technically feasible) to close the gap; or (ii) modify a business process to align the business to what the software can support.

83.    This can be a challenging situation for both the customer and the vendor.  While both sides often want to hold the other party responsible, the reality is that neither party is at fault.  It is natural to have scope creep, and it is understandable that there are limits to what can be done with the configuration and customization of a product without writing new code.

### D.    Early Adopter Programs

84.    "Early Adopter Programs," or EAPs, are programs that customers can voluntarily participate in that will provide access to a new product or a new version of a product in advance of general availability.[76]  As mentioned above in Section I.D, it is my understanding that Zuora employed such a program for the Keystone integration of Zuora Billing and Zuora RevPro.

85.    Software vendors make use of EAPs for the following reasons:

1) To validate software requirements with real customers.

2) To discover additional requirements.

3) To discover software defects that otherwise might not be found.

4) To better understand product-market "fit," *i.e.*, whether there is customer demand for the product being offered.[77]

5) To assess readiness for general availability.

---

[76] *See, e.g*., "Paragon Early Adopter Program!" *Paragon Software Group*, https://www.paragon-software.com/support/early-adopter/index.html, accessed on July 28, 2022 ("As part of the Early Adopter Program (EAP), you'll play a pivotal role in the validation of new software solutions and technology components.  You'll have access to the newest solutions and the opportunity to provide suggestions on the features of new solutions/components before they're released, giving you a say in how the final solution turns out.  You'll also benefit from a dedicated EAP Paragon expert who'll assist you during installation and updates, and throughout the program."); *see also* "Early Adopter Community," *Esri*, https://www.esri.com/en-us/user-research-testing/early-adopter, accessed on July 28, 2022 ("The Early Adopter Community provides Esri users with managed access to Esri's developing products and emerging technologies.  Interact with Esri development teams, get access to software, and have testing programs adjusted as products evolve.").

[77] *See, e.g*., "How to Reach Product-Market Fit Using Customer Experience (CX) Data," *Qualtrics*, https://www.qualtrics.com/experience-management/product/product-market-fit/, accessed on July 25, 2022 ("The phrase product-market fit (PMF) describes how well your product meets the needs of your customers … If you have found your competitive niche, you have a solid customer base and your business keeps on growing, you can be said to have achieved product-market fit.").

86.    EAPs are a critical part of most software businesses and are even more critical to enterprise software companies because of the nature of enterprise software in which customer requirements are met through configuration and customization.  Without EAPs, enterprise software vendors cannot be sure that the configuration and customization capabilities of their products will be adequate to meet actual customer needs.[78]

87.    Generally speaking, customers make the decision to enroll in an EAP because they need the software's new functionality and are not willing to wait for the general availability version of the product.  A customer who enrolls in an EAP does so with the expectation that there will be more problems with the EAP version of the product than if they were to wait for a general availability version.  Vendors typically have terms and conditions that govern early adopter releases.[79]  These terms and conditions can include reduced pricing and enhanced consulting/support services.[80]  These price concessions and increased services ensure that the customer understands that an early adopter release may be "buggy" and prone to more malfunctions than a general availability release.

88.    While EAPs can be difficult for the customer, they can be equally challenging for the vendor as well.  Implementations during an EAP require more resources than typical implementations because implementation engineers are less productive with new software, the documentation for the new software is typically not yet completed, and issues that are discovered during the implementation either have to be fixed or a suitable workaround determined—all of which takes more time and effort than an implementation done on existing software that is broadly available.

---

[78] *See, e.g.*, "Introducing the Early Adopter Program," *MRI Software*, June 7, 2019, https://www.mrisoftware.com/au/blog/what-you-should-know-about-the-rockend-early-adopter-program/, accessed on July 28, 2022 ("Members of the program play an important role in the research and development phase of BETA and user acceptance testing (UAT) by providing critical feedback on usability, relevance and benefits.  This helps make sure our Product Owners and Engineers can better shape the product before general release.").

[79] *See, e.g.*, "Paragon Early Adopter Program!" *Paragon Software Group*, https://www.paragon-software.com/support/early-adopter/index.html, accessed on July 28, 2022.

[80] *See, e.g.*, "Early Adopter Program," *GSE Solutions*, https://www.gses.com/products/software/early-adopter-program/, accessed on July 29, 2022 ("Program Components … Early Adopter Pricing – EAP members will be eligible for discounts on software products.  Support – GSE will provide the support necessary to resolve your questions."); *see also* "Paragon Early Adopter Program!" *Paragon Software Group*, https://www.paragon-software.com/support/early-adopter/index.html, accessed on July 28, 2022 ("You'll also benefit from a dedicated EAP Paragon expert who'll assist you during installation and updates, and throughout the program.").

## IV.    Conclusion

89.    In sum, the development of enterprise software is complicated.  In response to this complexity, developers frequently employ the Agile software development process.  The Agile software development process is an incremental process that is not intended to address all customer needs at once.  Rather, new features are built in stages, and issues are addressed as they arise.  As a result, software developers using the Agile process frequently identify (and address) defects and other issues throughout the software development process.  Although the Agile software development process allows for the early and quick detection of defects and unmet use cases, due to the complex nature of software development, it is still possible that larger issues, such as significant new use cases, will arise as the development process progresses.  Meeting new and previously unstated requirements—notably additional use cases—could require developers to go back and re-design software that has already been built, change key software architecture decisions, or design entirely new components to meet the new requirements.

90.    Further, implementing enterprise software is not straightforward given the particular needs of individual businesses.  This is the case even for well-tested and mature software.  For new software, in particular software that is part of an early adopter program, the nature of enterprise software means that issues commonly arise because customers identify use cases that were not contemplated earlier.  Ultimately, such issues will only be discovered when enterprise software is used with real customers.  The presence of such issues however is not an indication that the software will not ultimately be successful in meeting customer needs.

Jeffrey L. Hagins

Signed on August 5, 2022

**Appendix A**

# JEFF HAGINS
## Founder, Executive, Investor
408-596-6434
Jeff@Hagins.us

## PROFILE

An experienced technology entrepreneur and executive with successful roles as CEO, CTO, and CIO.  An active angel investor and startup advisor.

## FOUNDER ROLES

**2020 – Present    Founder & Technology Partner, Mural Advisors**

Mural Advisors is a strategic advisory firm focused on helping our customers with digital business transformations involving the Internet of Things (IoT), Machine Learning, and Artificial Intelligence.

**2017 – 2019    Founder, CEO & CTO, Woven Identity**

Next Generation Digital Identity providing durable digital identity for identity verification, verifiable consent, and multi-factor authentication using biometrics and cryptographic keys.

**2017 – Present    Founder & Advisor, LifeEase Insurance Solutions**

Online life insurance policies for small business owners focused on lending, collateral assignments, buy/sell agreements for partnerships.

**2012 – 2016    Founder & CTO, SmartThings (Acquired 2014 Samsung)**

SmartThings changed the Smart Home industry by introducing a platform for the Smart Home that started at $100 versus the $5,000 that was previously required.  SmartThings was a platform for both consumers and developers, allowing developers to create Apps for the home.  Sold to Samsung in 2014 for $200M.

**2005 – 2010    Founder & CTO, SMBLive (Acquired 2010 ReachLocal)**

Cloud-based social media marketing solution for SMBs.  Partnered with British Telecom to create BT Tradespace which served 500k SMBs.  Sold to ReachLocal (RLOC) before their IPO in 2010.

**2005 – Present    Founder & CTO, Mural 365**

Mural started as a SaaS consulting business and then pivoted into a technical support and high-touch customer onboarding company with 200 employees in Tucson, AZ.

## EXECUTIVE ROLES

**2016 – 2017    Consulting CTO & Head of Global Expansion, Kaishi**

Digital maternity and baby platform for expectant mothers and their extended families. Our patented fetal heart-rate monitor let's parents hear their developing baby's heartbeat over their mobile phones.

**2010 – 2012    CTO and CIO, ReachLocal**

**Appendix A**

**Jeff Hagins**
**Founder, Executive, Investor**

---

Internet advertising company with 50,000 SMB customers in seven countries running paid search, SEO, and display advertising.  Acquired SMBLive in 2010 and I became CTO for the entire business later that year.

2005            **CTO and CIO, Dynix**

Brought onboard to turn-around software engineering organization and position the company for sale, which happened in eight months.

2002 – 2005   **Founder & CTO, Apptix (IPO on Oslo Børs)**

Microsoft centric application service provider hosting Microsoft Exchange and Sharepoint.

2000 – 2002   **CTO, TeleComputing**

TeleComputing is a pure-play Application Hoster providing complete IT outsourcing and hosting services to businesses in Northern Europe (Norway, Denmark, Sweden).  During 2000–2002 TeleComputing offered the same services in the U.S. market.

1998 – 2000   **Head of Software Quality, J.D. Edwards**

Led the Software Quality organization for the OneWorld Foundation Team and the Kernel Technology team responsible for Network Middleware for the OneWorld product.

1985 – 1998   **Technical Director, Lockheed Martin**

Various positions as software engineer, software engineering manager, program manager, field support, and business development lead across multiple classified government programs.

1983 – 1985   **Manager, Computing Services, Texas Tech University**

Led customer service team providing help desk services in seven support centers on campus with a team of 40 student support representatives.

## EXPERT TESTIMONY WITHIN THE LAST FOUR YEARS

2021            *Vivint, Inc. v. Alarm.com, Inc.*, United States District Court for the District of Utah, Case No. 2:15-cv-00392-CW

2020            *In the Matter of:  Certain Smart Thermostats, Smart HVAC Systems, and Components Thereof*, United States International Trade Commission Washington, D.C., Investigation No. 337-TA-1185

## INVESTOR AND BOARD ADVISOR ROLES

2019 – Present   **Casa Guatemala, Advisor**

Technology advisor to NGO/Non-Profit school in Rio Dulce, Guatemala.

2019 – Present   **One Tap Away, Investor & Advisor**

Automated amenities platform for Multi-Dwelling Unit (MDU) living communities (apartments, condos, retirement).

2019 – Present   **Hooked, Investor & Advisor**

**Appendix A**

**Jeff Hagins**
**Founder, Executive, Investor**

Daily deals platform for college students provides restaurant and other deals that are time sensitive and help restaurant owners fill off-peak capacity.  Currently in 50 cities with 500k DAUs.

2019 – Present  **Enso Connect, Board Member & Advisor**

Smart home automation solution for AirBnB & VRBO owners.

2018 – Present  **Parade Ventures, Limited Partner**

Parade Ventures is a seed stage venture fund investing in enterprise-themed companies.

2014 – Present  **Music Audience Exchange, Board Advisor**

MAX is revolutionizing online marketing for brands by leveraging music and technology to drive marketing results for artists.

2014 – 2015  **Pinyada, Investor & Advisor**

Mobile application for time and location-based messaging.


**PATENTS**

**U.S. Patent No. 9,246,921:  Secure External Access to Device Automation System**

A secure external access method provides an external system with access to a device automation system implementing automatic control of one or more devices in an automation environment.  The external access method enables external system access to devices only when the devices have been authorized for external access and the external system has the proper authentication credential.  External access endpoints are dynamically defined by the web service automation applications and are unique to each installed instance of the web service automation application.

**U.S. Patent No. 9,462,041:  Distributed Control**

A device automation system for providing automatic control of one or more devices in an environment includes a hub in communication with the one or more devices and with a data network where the hub is configured to issue commands to the devices and receive data from the devices; and a central server in communication with the hub through the data network where the central server is configured to install one or more automation applications in the hub or on the central server for handling events generated at the devices.  Each of the automation applications responds to an event and issuing an action in response.  The central server is configured to determine that a first set of the events is to be handled at the hub while a second set of events is to be handled at the central server.

**U.S. Patent No. 9,529,344:  Device-Type Handlers for Remote Control and Monitoring of Devices through a Data Network**

A method for providing automatic control of one or more devices in an environment including assessing information for the devices being paired with a hub or with a central server where the hub and the central server are configured to receive status messages from the devices and to issue commands to the devices; determining device-type handlers to use with the devices; installing the device-type handlers at the hub or the central server; installing an automation application on the hub or on the central server where the automation application responds to an event and issuing a command in response to the event; receiving a device-specific message from a source device at the hub or the central server; generating, using a device-

**Appendix A**

**Jeff Hagins**
**Founder, Executive, Investor**

type handler associated with the source device, a normalized event message; and providing the normalized event message to a processor in the hub or the central server.

### U.S. Patent No. 9,531,559:  Secured Device Access in a Device Automation System

A secured device access method is implemented in a web-based device automation system whereby the configuration of an automation application for specific devices in a user's automation environment and the installation of the automation application define the security scope for the automation application. Once the automation application is configured and installed, the automation application is only allowed access to the authorized devices in the user's automation environment and the automation application may not access other devices in the user's environment that have not been authorized.

### U.S. Patent No. 9,673,991:  Distributed Control

A device automation system for providing automatic control of one or more devices in an environment includes a hub in communication with the one or more devices and with a data network where the hub is configured to issue commands to the devices and receive data from the devices; and a central server in communication with the hub through the data network where the central server is configured to install one or more automation applications in the hub or on the central server for handling events generated at the devices.  Each of the automation applications responds to an event and issuing an action in response.  The central server is configured to determine that a first set of the events is to be handled at the hub while a second set of events is to be handled at the central server.

### U.S. Patent No. 9,674,199:  Secured Device Access in a Device Automation System

A secured device access method is implemented in a web-based device automation system whereby the configuration of an automation application for specific devices in a user's automation environment and the installation of the automation application define the security scope for the automation application. Once the automation application is configured and installed, the automation application is only allowed access to the authorized devices in the user's automation environment and the automation application may not access other devices in the user's environment that have not been authorized.

### U.S. Patent No. 10,386,807:  Device-Type Handlers

A method for providing automatic control of one or more devices in an environment including assessing information for the devices being paired with a hub or with a central server where the hub and the central server are configured to receive status messages from the devices and to issue commands to the devices; determining device-type handlers to use with the devices; installing the device-type handlers at the hub or the central server; installing an automation application on the hub or on the central server where the automation application responds to an event and issuing a command in response to the event; receiving a device-specific message from a source device at the hub or the central server; generating, using a device-type handler associated with the source device, a normalized event message; and providing the normalized event message to a processor in the hub or the central server.

### U.S. Patent Appl No. US20200279270A1:  Identity-Backed Authentication and Authorization System

Disclosed are systems, methods, and non-transitory computer-readable media for authorizing transactions based on a private key stored in secure hardware on an authorized client device.  An authorization system receives an external authorization request identifying a user account and a requested action.  The authorization system transmits, to a client device associated with the user account, an internal

# Appendix A

**Jeff Hagins**
**Founder, Executive, Investor**

authorization request that causes the client device to present a prompt to authorize the requested action. The authorization system receives an internal authorization message indicating that the requested action has been authorized. The internal authorization message includes a digital signature that was generated by the client device using a private key stored in a secure hardware of the client device. The authorization system verifies the digital signature using a public key associated with the user account and transmits an external authorization message to the remote server authorizing execution of the requested action.

## EDUCATION

1985        **Texas Tech University**                                            Lubbock, TX
            *Bachelor's of Science in Computer Science, Minor in Quantitative Science*

## RECOGNITION

2015        Silicon Valley 100

**Appendix B**

# Documents Considered List

## Legal Documents

- Consolidated Amended Class Action Complaint, *Roberts v. Zuora, Inc. et al.*, November 8, 2019.

## Depositions

- Deposition of Brent Reed Cromley, Jr. and Exhibits, April 29, 2022.

- Deposition of Jagan Reddy and Exhibits, May 18, 2022.

- Deposition of Robert Hildenbrand and Exhibits, March 22, 2022.

- Deposition of Tyler Sloat and Exhibits, April 22, 2022.

- Deposition of Tien Tzuo and Exhibits, April 27, 2022.

## Produced Documents

- Zuora CEO Offsite Presentation, "RevPro," September 2018, ZUO_00422115–70.

- Zuora Presentation, "Keystone EComm Update," March 4, 2019, ZUO_00335717–37.

- Zuora Presentation, "Keystone Overview for Revpro GS," June 2018, ZUO_00336645–77.

- Zuora Presentation, "Keystone Update for Ecomm," March 19, 2018, ZUO_00341132–54.

## Books and Articles

- Boehm, Barry and Richard Turner, "Balancing Agility and Discipline: Evaluating and Integrating Agile and Plan-Driven Methods," *Proceedings of the 26th International Conference on Software Engineering*, 2004.

- Carlson, Robert and Richard Turner, "Review of Agile Case Studies for Applicability to Aircraft Systems Integration," *Procedia Computer Science* 16, 2013, pp. 469–474.

- Cohn, Mike, *Agile Estimating and Planning*, (Upper Saddle River, NJ: Prentice Hall Professional Technical Reference, 2006).

- Fredericks, Michael, "Using Defect Tracking and Analysis to Improve Software Quality," *University of Maryland Experimental Software Engineering Group*, June 3, 1999, https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.36.8961&rep=rep1&type=pdf, accessed on July 27, 2022.



**Appendix B**

- Goldston, Justin, "The Evolution of ERP Systems: A Literature Review," *International Journal of Research Publications* 50, no. 1, 2020, pp. 1–17, https://ijrp.org/paper-detail/1042.

- Kneuper, Ralf, "Limits of Formal Methods," *Formal Aspects of Computing* 9, no. 4, 1997, pp. 379–394.

- McConnell, Steve, *Code Complete: A Practical Handbook of Software Construction*, Second Edition, (Redmond, WA: Microsoft Press, 2004).

- McConnell, Steve, *More Effective Agile: A Roadmap for Software Leaders*, (Bellevue, WA: Construx Press, 2019).

- Miller, Steven et al., "Formal Verification of Flight Critical Software," *AIAA Guidance, Navigation and Control Conference and Exhibit*, August 15–18, 2005, https://shemesh.larc.nasa.gov/fm/papers/FormalVerificationFlightCriticalSoftware.pdf, accessed on August 4, 2022.

- Patton, Jeff, *User Story Mapping: Discover the Whole Story, Build the Right Product*, ed. Mary Treseler and Amy Jollymore (Sebastopol, CA: O'Reilly Media, 2014).

- Rubin, Kenneth S., *Essential Scrum: A Practical Guide to the Most Popular Agile Process*, (Upper Saddle River, NJ: Addison-Wesley, 2013).

- Schneider, Stephan et al., "How Do Requirements Evolve Over Time?  A Case Study Investigating the Role of Context and Experiences in the Evolution of Enterprise Software Requirements," *Journal of Information Technology* 33, no. 2, 2018, pp. 151–170.

- Schwaber, Ken and Mike Beedle, *Agile Software Development with Scrum*, ed. Robert C. Martin (Upper Saddle River, NJ: Prentice Hall, 2002).

- Verma, Dinesh and Shishir Kumar, "Prediction of Defect Density for Open Source Software Using Repository Metrics," *Journal of Web Engineering* 16, no. 3–4, 2017, pp. 293–310.

**SEC Filings**

- Zuora, Inc., SEC Form 10-K, filed April 18, 2019.

- Zuora, Inc., SEC Form 10-K, filed March 31, 2021.

**Publicly Available Documents and Other Online Content**

- "2018 ERP Report," *Panorama Consulting Solutions*, 2018, https://www.panorama-consulting.com/resource-center/erp-industry-reports/panoramas-2018-erp-report/, accessed on July 27, 2022.

- "About Zuora," *Zuora*, https://www.zuora.com/about/, accessed on July 21, 2022.

- "Anypoint Exchange," *MuleSoft*, https://www.mulesoft.com/exchange/, accessed on July 26, 2022.

**Appendix B**

- "Business Sizes:  Classifications and Characteristics," *Indeed*, August 11, 2021, https://www.indeed.com/career-advice/career-development/business-sizes, accessed on July 26, 2022.

- "Coverity Scan Report Finds Open Source Software Quality Outpaces Proprietary Code for the First Time," *Synopsys*, April 15, 2014, https://news.synopsys.com/2014-04-15-Coverity-Scan-Report-Finds-Open-Source-Software-Quality-Outpaces-Proprietary-Code-for-the-First-Time, accessed on July 22, 2022.

- "Customizing ERP: Advantages and Disadvantages," *ArcherPoint*, November 28, 2018, https://archerpoint.com/customizing-erp-advantages-and-disadvantages/, accessed on July 27, 2022.

- "Early Adopter Community," *Esri*, https://www.esri.com/en-us/user-research-testing/early-adopter, accessed on July 28, 2022.

- "Early Adopter Program," *GSE Solutions*, https://www.gses.com/products/software/early-adopter-program/, accessed on July 29, 2022.

- "Enterprise Resource Planning (ERP)," *Techopedia*, January 4, 2017, https://www.techopedia.com/definition/1508/enterprise-resource-planning-erp, accessed on July 29, 2022.

- "Enterprise Software," *Techopedia*, January 24, 2017, https://www.techopedia.com/definition/7045/enterprise-software, accessed on July 26, 2022.

- "Formal Verification," *MathWorks*, https://www.mathworks.com/discovery/formal-verification.html, accessed on August 2, 2022.

- Gilley, Cliff, "The Pros and Cons of Agile Product Development," *UserVoice*, https://uservoice.com/blog/agile-product-development, accessed on July 26, 2022.

- "How to Create a Successful ERP System Implementation Plan," *Cox-Little & Company*, April 5, 2022, https://coxlittle.com/how-to-create-a-successful-erp-system-implementation-plan/, accessed on July 29, 2022.

- "How to Reach Product-Market Fit Using Customer Experience (CX) Data," *Qualtrics*, https://www.qualtrics.com/experience-management/product/product-market-fit/, accessed on July 25, 2022.

- "IFRS 15 Revenue from Contracts with Customers," *International Financial Reporting Standards*, https://www.ifrs.org/issued-standards/list-of-standards/ifrs-15-revenue-from-contracts-with-customers/, accessed on July 28, 2022.

- "Introducing the Early Adopter Program," *MRI Software*, June 7, 2019, https://www.mrisoftware.com/au/blog/what-you-should-know-about-the-rockend-early-adopter-program/, accessed on July 28, 2022.

- "Jira Software," *Atlassian*, https://www.atlassian.com/software/jira, accessed on July 26, 2022.

**Appendix B**

- "NASA Langley Formal Methods Research Program," *National Aeronautics and Space Administration*, https://shemesh.larc.nasa.gov/fm/, accessed on July 22, 2022.

- "Paragon Early Adopter Program!" *Paragon Software Group*, https://www.paragon-software.com/support/early-adopter/index.html, accessed on July 28, 2022.

- "Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing," *Financial Accounting Standards Board*, April 2016, https://asc.fasb.org/imageRoot/32/79982032.pdf, accessed on July 29, 2022.

- "Scope Creep," *Adobe Workfront*, https://www.workfront.com/project-management/knowledge-areas/scope-management/scope-creep, accessed on July 26, 2022.

- "What Is Open Source Software?" *IBM*, https://www.ibm.com/topics/open-source, accessed on July 26, 2022.

- Schwarz, Lisa, "How Cloud ERP Compares to On-Premise ERP," *Oracle NetSuite*, April 17, 2016, https://www.netsuite.com/portal/resource/articles/on-premise-cloud-erp.shtml, accessed on July 27, 2022.

- Unadkat, Jash, "6 Common Types of Software Bugs Every Tester Should Know," *BrowserStack*, June 11, 2021, https://www.browserstack.com/guide/types-of-software-bugs, accessed on July 26, 2022.

- "Verification and Validation in Testing:  When to Use Which?," *BrowserStack*, April 13, 2022, https://www.browserstack.com/guide/verification-and-validation-in-testing, accessed on August 2, 2022

*In addition to the materials listed above, I have considered all other materials cited in my report.*