# Exhibit J

# Document Produced in Native Format

CONFIDENTIAL

ZUO_00448805



| Date | Who | What Changed | | | Owner | Action Item |
|------|-----|--------------|---|---|-------|-------------|
| | | | | | Tuyen | Check with Iain to see if Strat bookings are LOB level yet |
| 1/29 | Robert | Defered hires 291, 314 to May 2019 | | | Mary | Create cost center for Franchise Leaders / Client Managers |
| 1/29 | Mary | Changes Ying Li Backfill to billable | | | Mary | Add to new CC: Client Mgrs, Franchise Leaders (Rohan, Lane, etc), Robert / Andreas, Ops, PMO.  NOT Callum or Karthik's ISD teams. |
| 1/29 | Mary | Increase UT for Billing & Revpro to support Revenue & Margin | | | | |
| 1/30 | Mary | Q1 Revpro Revenue to $6.3M (ex Term license) | | | | |
| 1/30 | Mary | Add $50K buffer for ZKO | | | | |
| 1/30 | Mary | Allocate half Revpro Chennai Reqs to Billing | | | | |
| 1/30 | Mary | Corrected "Q!" to "Q1" in Billing FY20 HC | | | | |
| 1/30 | Mary | Updated Rakesh Gorenta + Thilak Reddy to move to R&D 2/1 - 5/31 | | | | |
| 1/30 | Mary | Add back Ying Li (Rev Mgr - termination Rescinded) | Impact to Q1 revenue & cost | | | |
| 1/30 | Tuyen | Review Revpro Billable HC in Existing FY19 | updated existing HC tab, changes in orange | | | |
| 1/30 | Tuyen | decreased UT for RP based on increased Billable HC | | | | |
| 1/30 | Mary | Lower Revpro Billable UT to better reflect blended UT | | | | |
| 1/30 | Mary | Jamie backfill 4/1 (HC savings in severance account) | | | | |
| 1/30 | Mary | Update Billing Chennai billable rate to $65/hr | | | | |
| 1/30 | Mary | Smoothed margins in Q3 by shifting revenue to Q4, adjust UT to reflect | | | | |
| 1/30 | Mary | Attrition assumption updated | | | | |
| 2/1 | Mary | Pull forward 2 SDM offers into Q1 | Lord Phillips & Amit | | | |
| 2/1 | Mary | Hired Revpro Selling SA | | | | |
| 2/5 | Mary | Add 7 Billing hires from FY19 back into Plan -- 284, 283, 133, 211, 2 | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/5 | Mary | Add Add'l 8 Billing US based COE SA/TC roles (net 15 total SA/TC) | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/5 | Mary | Add Add'l 7 Revpro US based COE SA/TC roles | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/11 | Mary | Delay some Q1 offers to Q2 starts | per Parveen, to reduce Q2 risk.  Need to see how Q1 Booking is before committtign to Q2 hires.  Reduced $0.5M revenue to | | | |
| 2/12 | Mary | Updated cost of delayed hiring | | | | |
| 2/12 | Mary | Updated UT for Billing to low 60's since we pulled out CM's separately | | | | |
| 2/12 | Mary | Shifted start dates from Q2-Q3/Q4 to reflect realistic hiring. | Results in $2M margin | | | |
| 2/20 | Mary | Non-billable CM's were rolling up as Billable, corrected to adjust. UT adjusted to 63-65% | | | | |
| 2/27 | Mary | Updated costs to take out original Mgmt/OH cross-charge from Billing to Revpro | | | | |
| 3/7 | Mary | Revenue & expense reduction related to Keystone - $3M revenue reduction, $3M expense reduction | | | | |
| 3/7 | Mary | Update to take out billable revenue from contractor reduction + open reqs | | | | |
| 3/7 | Mary | Adjust US billable UT for Revpro to 80% to pick up capacity | | | | |



| | Q1.20 | Q2.20 | Q3.20 | Q4.20 |
|---|---|---|---|---|
| | 2/1/2019 | 5/1/2019 | 8/1/2019 | 11/1/2019 |
| | 4/30/2019 | 7/31/2019 | 10/31/2019 | 1/31/2020 |
| # Work Days | 63 | 66 | 66 | 66 |
| Holidays | 2 | 2 | 1 | 6 |
| ZKO / GKO | 3 | | | |
| **Net Work Days** | **58** | **64** | **65** | **60** |
| | | | | |
| **Billable HC** | | | | |
| **Billing** | **161** | **183** | **200** | **200** |
| AMER | 105 | 112 | 120 | 120 |
| EMEA | 31 | 38 | 40 | 40 |
| APJ | 15 | 16 | 17 | 17 |
| Chennai | 10 | 17 | 23 | 23 |
| | | | | |
| **Revpro** | **76** | **76** | **92** | **103** |
| AMER | 40 | 40 | 48 | 55 |
| EMEA | 1 | 1 | 2 | 2 |
| APJ | 0 | 0 | 0 | 0 |
| Chennai | 35 | 35 | 42 | 46 |
| Consultants | 32 | 32 | 32 | 32 |
| | | | | |
| **Client Mgmt** | **24** | **28** | **32** | **33** |
| AMER | 16 | 19 | 20 | 20 |
| EMEA | 7 | 8 | 11 | 12 |
| APJ | 1 | 1 | 1 | 1 |
| Chennai | 0 | 0 | 0 | 0 |

| **Avg Bill Rate** | | | | |
|---|---|---|---|---|
| **Billing** | | | | |
| AMER | $220 | $220 | $220 | $220 |
| Chennai | $65 | $65 | $65 | $65 |
| **Revpro** | | | | |
| AMER | $195 | $195 | $195 | $195 |
| Chennai | $60 | $60 | $60 | $60 |
| **Client Mgmt** | | | | |
| AMER | $250 | $250 | $250 | $250 |
| Chennai | $0 | $0 | $0 | $0 |

| **Avg Utilization Rate** | | | | | | previously | | | |
|---|---|---|---|---|---|---|---|---|---|
| Billing - Onshore | 64.0% | 63.7% | 63.6% | 64.8% | | 56.7% | 59.0% | 58.0% | 62.3% |
| Billing - Chennai | 25% | 25% | 25% | 25% | | 25% | 25% | 25% | 25% |
| Revpro - Chennai | 50.0% | 50.0% | 50.0% | 50.0% | | 50.0% | 50.0% | 50.0% | 50.0% |
| Revpro - SubK | 85.0% | 85.0% | 85.0% | 85.0% | | 85.0% | 85.0% | 85.0% | 85.0% |
| Revpro - US | 80.0% | 82.0% | 75.0% | 73.0% | | 73.2% | 70.5% | 70.0% | 71.6% |
| Client Mgmt - Onshore | 20% | 20% | 20% | 20% | | 20% | 20% | 20% | 20% |

| | | | | | |
|---|---|---|---|---|---|
| Billing | $10,002,197 | $11,910,779 | $12,880,262 | $12,113,767 | |
| Billing - Chennai | $75,400 | $141,440 | $194,350 | $179,400 | |
| Billing SubK revenue | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | ~$3.5M subK revenue from Billing in FY19 |
| Billing Billable Expense | $500,000 | $400,000 | $400,000 | $400,000 | |
| Billing - Q4 Milestone push to | $150,000 | | | | |
| Revpro | $2,967,744 | $3,356,621 | $3,802,500 | $3,894,696 | |
| Revpro Chennai | $529,200 | $554,400 | $665,280 | $728,640 | |
| Revpro SubK | $2,588,352 | $2,715,648 | $2,758,080 | $2,545,920 | |
| Revpro Billable Expense | $100,000 | $100,000 | $100,000 | $100,000 | |
| Revpro Term License | $137,424 | $136,751 | $136,751 | $136,751 | |
| Client Mgmt | $556,800 | $716,800 | $832,000 | $792,000 | |
| **D&O Only** | **$18,607,117** | **$21,032,439** | **$22,769,223** | **$21,891,174** | **$84,299,952** |

| **Revpro Term license Impact** | | | | |
|---|---|---|---|---|
| | 81,512 | 84,259 | 84,259 | 84,259 |
| | 5,132 | | | |
| | 50 780 | 52 492 | 52 492 | 52 492 |
| | **137,424** | **136,751** | **136,751** | **136,751** |

| **Monthly Rev Alloc** | Billing | Revpro | | | workdays | holidays | ZKO | net work days | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Q1** | **$12,117** | **$5,311** | | | | | | | | | |
| Feb | $3,343 | $1,465 | 2/1/2019 | 2/28/2019 | 20 | 1 | 3 | 16 | 27.6% | adjust for ZKO + holiday | |
| Mar | $4,387 | $1,923 | 3/1/2019 | 3/31/2019 | 21 | | | 21 | 36.2% | | |
| Apr | $4,387 | $1,923 | 4/1/2019 | 4/30/2019 | 22 | 1 | | 21 | 36.2% | | |
| **Q2** | **$13,954** | **$5,678** | | | | | | | | | |
| May | $4,797 | $1,952 | 5/1/2019 | 5/31/2019 | 23 | 1 | | 22 | 34.4% | | |
| Jun | $4,361 | $1,775 | 6/1/2019 | 6/30/2019 | 20 | | | 20 | 31.3% | | |
| Jul | $4,797 | $1,952 | 7/1/2019 | 7/31/2019 | 23 | 1 | | 22 | 34.4% | | |
| **Q3** | **$15,057** | **$6,912** | | | | | | | | | Revpro Q3 |
| Aug | $3,764 | $2,340 | 8/1/2019 | 8/31/2019 | 22 | | | 22 | 25.0% | adjust for EMEA (Billing only) | 34% |
| Sep | $5,270 | $2,127 | 9/1/2019 | 9/30/2019 | 21 | 1 | | 20 | 35.0% | | 31% |
| Oct | $6,023 | $2,446 | 10/1/2019 | 10/31/19 | 23 | | | 23 | 40.0% | | 35% |
| **Q4** | **$14,248** | **$7,644** | | | | | | | | | |
| Nov | $4,559 | $2,446 | 11/1/2019 | 11/30/19 | 21 | 2 | | 19 | 32.0% | adjust for additional PTO days | |
| Dec | $3,989 | $2,140 | 12/1/2019 | 12/31/19 | 22 | 2 | | 20 | 28.0% | adjust for additional PTO days | |
| Jan | $5,699 | $3,057 | 1/1/2020 | 1/31/20 | 23 | 2 | | 21 | 40.0% | | |
| **$80,921** | **$55,376** | **$25,545** | | | | | | | | | |

**New Logo ACV**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | | OF Signature | | Rate to Sticky | |
|---|---|---|---|---|---|---|---|---|---|---|
| US Strategic | $1,318,431 | $1,479,216 | $1,697,882 | $1,935,843 | $6,431,373 | | 59% | | 142% | US Strategic |
| Enterprise East | $824,100 | $924,600 | $1,061,280 | $1,210,020 | $4,020,000 | | 87% | | 108% | Enterprise East |
| Enterprise West | $824,100 | $924,600 | $1,061,280 | $1,210,020 | $4,020,000 | | 85% | | 111% | Enteprise West |
| Commercial | $988,920 | $1,109,520 | $1,273,536 | $1,452,024 | $4,824,000 | | 73% | | 110% | Commercial |
| EMEA | $2,142,451 | $2,403,725 | $2,759,059 | $3,145,745 | $10,450,980 | | 65% | | 98% | EMEA |
| Japan | $576,814 | $647,157 | $742,823 | $846,931 | $2,813,725 | | 20% | | 20% | Japan |
| ANZ | $576,814 | $647,157 | $742,823 | $846,931 | $2,813,725 | | 75% | | 113% | ANZ |
| RevPro | $2,531,227 | $2,839,914 | $3,259,727 | $3,716,583 | $12,347,451 | | 175% | | 210% | RevPro |
| | $8,405,257 | $9,430,288 | $10,824,331 | $12,341,377 | $41,001,254 | | | | | |

**GS Bookings- New Logo**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | Attach Rate - CO | | GS Revenue- New Logo Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strat | $777,875 | $872,737 | $1,001,751 | $1,142,148 | $3,794,510 | 140% | | $724,117 | $825,306 | $937,244 | $1,071,949 | $3,558,616 | 670,360 |
| Enterprise East | $716,967 | $804,402 | $923,314 | $1,052,717 | $3,497,400 | 24% | | $1,103,120 | $760,685 | $863,858 | $988,016 | $3,715,678 | 1,489,273 |
| Enteprise West | $700,485 | $785,910 | $902,088 | $1,028,517 | $3,417,000 | 30% | | $859,418 | $743,198 | $843,999 | $965,303 | $3,411,917 | 1018350 |
| Commercial | $721,912 | $809,950 | $929,681 | $1,059,978 | $3,521,520 | 50% | | $623,488 | $765,931 | $869,815 | $994,829 | $3,254,064 | 525,065 |
| EMEA | $1,392,593 | $1,562,422 | $1,793,388 | $2,044,734 | $6,793,137 | 50% | | $790,474 | $1,477,507 | $1,677,905 | $1,919,061 | $5,864,947 | 188,355 |
| Japan | $115,363 | $129,431 | $148,565 | $169,386 | $562,745 | 0% | | $183,223 | $122,397 | $138,998 | $158,975 | $603,593 | 251,083 |
| ANZ | $432,610 | $485,368 | $557,118 | $635,198 | $2,110,294 | 50% | | $335,609 | $458,989 | $521,243 | $596,158 | $1,911,999 | 238,608 |
| RevPro | $4,429,648 | $4,969,849 | $5,704,522 | $6,504,020 | $21,608,039 | 20% | | $3,312,064 | $4,699,749 | $5,337,186 | $6,104,271 | $19,453,269 | 2,194,480 |
| | $9,287,452 | $10,420,068 | $11,960,426 | $13,636,698 | $45,304,645 | | | $7,931,513 | $9,853,760 | $11,190,247 | $12,798,562 | $41,774,083 | |

**GS Bookings- CO**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | | GS Revenue- CO Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Strat | $1,382,724 | $1,089,024 | $1,221,832 | $1,402,451 | $5,096,032 | | $1,976,932 | $2,668,294 | $1,235,874 | $1,155,428 | $7,036,528 |
| Enterprise East | $357,426 | $172,072 | $193,056 | $221,595 | $944,149 | | $263,283 | $357,426 | $172,072 | $193,056 | $985,837 |
| Enteprise West | $355,725 | $210,146 | $235,773 | $270,626 | $1,072,270 | | $1,007,882 | $355,725 | $210,146 | $235,773 | $1,809,526 |
| Commercial | $456,085 | $360,956 | $404,975 | $464,841 | $1,686,856 | | $260,562 | $456,085 | $360,956 | $404,975 | $1,482,578 |
| EMEA | $673,262 | $696,297 | $781,211 | $896,694 | $3,047,463 | | $694,708 | $673,262 | $696,297 | $781,211 | $2,845,477 |
| Japan | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 |
| ANZ | $125,550 | $216,305 | $242,684 | $278,559 | $863,098 | | $143,967 | $125,550 | $216,305 | $242,684 | $728,506 |
| RevPro | $1,344,000 | $885,930 | $993,970 | $1,140,904 | $4,364,804 | | $2,441,552 | $1,344,000 | $885,930 | $993,970 | $5,665,451 |
| | $4,694,771 | $3,630,729 | $4,073,501 | $4,675,671 | $17,074,672 | | $6,788,886 | $5,980,341 | $3,777,579 | $4,007,097 | $20,553,902 |

**GS Bookings- Farming**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | | GS Revenue- Farming Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | | GS Revenue- RE Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strat | $2,150,000 | $2,300,000 | $2,350,000 | $2,400,000 | $9,200,000 | | $1,500,000 | $1,000,000 | $2,500,000 | $2,400,000 | $7,400,000 | | $160,000 | $160,000 | $160,000 | $160,000 | $640,000 |
| Enterprise East | $150,000 | $275,000 | $275,000 | $300,000 | $1,000,000 | | $100,000 | $350,000 | $475,000 | $350,000 | $1,275,000 | | $70,000 | $70,000 | $70,000 | $70,000 | $280,000 |
| Enteprise West | $750,000 | $1,000,000 | $1,000,000 | $1,000,000 | $3,750,000 | | $500,000 | $1,400,000 | $1,550,000 | $1,500,000 | $4,950,000 | | $70,000 | $70,000 | $70,000 | $70,000 | $280,000 |
| Commercial | $0 | $0 | $0 | $0 | $0 | | $0 | -$150,000 | $0 | -$50,000 | -$200,000 | | $40,000 | $40,000 | $40,000 | $40,000 | $160,000 |
| EMEA | $500,000 | $500,000 | $500,000 | $350,000 | $1,850,000 | | $900,000 | $600,000 | $500,000 | $275,000 | $2,275,000 | | $60,000 | $60,000 | $60,000 | $60,000 | $240,000 |
| Japan | $125,000 | $150,000 | $175,000 | $200,000 | $650,000 | | $75,000 | $175,000 | $175,000 | $100,000 | $525,000 | | | | | | $0 |
| ANZ | $75,000 | $50,000 | $50,000 | $50,000 | $225,000 | | $125,000 | $100,000 | $25,000 | -$43,139 | $206,861 | | | | | | $0 |
| RevPro | $750,000 | $750,000 | $750,000 | $750,000 | $3,000,000 | | $175,000 | $400,000 | $400,000 | $0 | $975,000 | | $40,000 | $40,000 | $40,000 | $40,000 | $160,000 |
| | $4,500,000 | $5,025,000 | $5,100,000 | $5,050,000 | $19,675,000 | | $3,375,000 | $3,875,000 | $5,625,000 | $4,531,861 | $17,406,861 | | $440,000 | $440,000 | $440,000 | $440,000 | $1,760,000 |

**GS Bookings- Total**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| **Strategic** | $4,310,599 | $4,261,762 | $4,573,583 | $4,944,598 | **$18,090,542** |
| **Enterprise East** | $1,224,393 | $1,251,474 | $1,391,370 | $1,574,313 | **$5,441,549** |
| **Enteprise West** | $1,806,210 | $1,996,056 | $2,137,861 | $2,299,143 | **$8,239,270** |
| **Commercial** | $1,177,997 | $1,170,905 | $1,334,656 | $1,524,818 | **$5,208,376** |
| **EMEA** | $2,565,855 | $2,758,718 | $3,074,599 | $3,291,428 | **$11,690,600** |
| **Japan** | $240,363 | $279,431 | $323,565 | $369,386 | **$1,212,745** |
| **ANZ** | $633,160 | $751,673 | $849,801 | $963,757 | **$3,198,391** |
| **RevPro** | $6,523,648 | $6,605,779 | $7,448,492 | $8,394,924 | **$28,972,843** |
| | **$18,482,224** | **$19,075,797** | **$21,133,927** | **$23,362,369** | **$82,054,317** |

**GS Revenue - Total**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | | |
|---|---|---|---|---|---|---|---|
| **Strategic** | $4,361,049 | $4,653,599 | $4,833,118 | $4,787,377 | $18,635,144 | | |
| **Enterprise East** | $1,536,403 | $1,538,110 | $1,580,930 | $1,601,072 | $6,256,515 | | |
| **Enteprise West** | $2,437,300 | $2,568,923 | $2,674,145 | $2,771,076 | $10,451,442 | | |
| **Commercial** | $924,050 | $1,112,016 | $1,270,771 | $1,389,804 | $4,696,641 | | |
| **EMEA** | $2,445,182 | $2,810,769 | $2,934,201 | $3,035,272 | $11,225,425 | | |
| **Japan** | $258,223 | $297,397 | $313,998 | $258,975 | $1,128,593 | $55,241 | |
| **ANZ** | $604,576 | $684,539 | $762,548 | $795,703 | $2,847,365 | 55,376 | -$135 |
| **RevPro** | $6,408,672 | $7,071,439 | $7,254,751 | $6,773,391 | $27,508,253 | 28,376 | -$868 |
| | $18,975,455 | $20,736,792 | $21,624,462 | $21,412,670 | $82,749,378 | | -$1,003 |

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| Billing | $11,958,576 | $12,470,019 | $13,685,435 | $14,967,444 | $53,081,474 |

| 10% | | | | | |
|---|---|---|---|---|---|
| **Strat** | 4,290 | 4,719 | 5,191 | 5,710 | 19,910 |
| **Enterprise Eas** | 1,320 | 1,452 | 1,597 | 1,757 | 6,126 |
| **Enteprise Wes** | 2,640 | 2,904 | 3,194 | 3,514 | 12,252 |
| **Commercial** | 902 | 992 | 1,091 | 1,201 | 4,186 |
| **EMEA** | 2,530 | 2,783 | 3,061 | 3,367 | 11,742 |
| **Japan** | 308 | 339 | 373 | 410 | 1,429 |
| **ANZ** | 699 | 768 | 845 | 930 | 3,242 |
| **RevPro** | 7,040 | 7,744 | 8,518 | 9,370 | 32,673 |
| | Short | Short | OK | OK | |
| | | | | | |
| Billing | 12,689 | 13,957 | 15,353 | 16,888 | |
| | | | | | |
| Rev Q+1 | 13,954 | 15,057 | 14,248 | | |
| Gap | 1,265 | 1,100 | -1,106 | | |