# Exhibit K

# Document Produced in Native Format

CONFIDENTIAL

ZUO_00448806



| Date | Who | What Changed | | | Owner | Action Item |
|---|---|---|---|---|---|---|
| | | | | | Tuyen | Check with Iain to see if Strat bookings are LOB level yet |
| 1/29 | Robert | Defered hires 291, 314 to May 2019 | | | Mary | Create cost center for Franchise Leaders / Client Managers |
| 1/29 | Mary | Changes Ying Li Backfill to billable | | | Mary | Add to new CC: Client Mgrs, Franchise Leaders (Rohan, Lane, etc), Robert / Andreas, Ops, PMO.  NOT Callum or Karthik's ISD teams. |
| 1/29 | Mary | Increase UT for Billing & Revpro to support Revenue & Margin | | | | |
| 1/30 | Mary | Q1 Revpro Revenue to $6.3M (ex Term license) | | | | |
| 1/30 | Mary | Add $50K buffer for ZKO | | | | |
| 1/30 | Mary | Allocate half Revpro Chennai Reqs to Billing | | | | |
| 1/30 | Mary | Corrected "QI" to "Q1" in Billing FY20 HC | | | | |
| 1/30 | Mary | Updated Rakesh Gorenta + Thilak Reddy to move to R&D 2/1 - 5/31 | | | | |
| 1/30 | Mary | Add back Ying Li (Rev Mgr - termination Rescinded) | Impact to Q1 revenue & cost | | | |
| 1/30 | Tuyen | Review Revpro Billable HC in Existing FY19 | updated existing HC tab, changes in orange | | | |
| 1/30 | Tuyen | decreased UT for RP based on increased Billable HC | | | | |
| 1/30 | Mary | Lower Revpro Billable UT to better reflect blended UT | | | | |
| 1/30 | Mary | Jamie backfill 4/1 (HC savings in severance account) | | | | |
| 1/30 | Mary | Update Billing Chennai billable rate to $65/hr | | | | |
| 1/30 | Mary | Smoothed margins in Q3 by shifting revenue to Q4, adjust UT to reflect | | | | |
| 1/30 | Mary | Attrition assumption updated | | | | |
| 2/1 | Mary | Pull forward 2 SDM offers into Q1 | Lord Phillips & Amit | | | |
| 2/1 | Mary | Hired Revpro Selling SA | | | | |
| 2/5 | Mary | Add 7 Billing hires from FY19 back into Plan -- 284, 283, 133, 211, 2 | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/5 | Mary | Add Add'l 8 Billing US based COE SA/TC roles (net 15 total SA/TC) | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/5 | Mary | Add Add'l 7 Revpro US based COE SA/TC roles | $1M revenue add -- Q2 hire, Q3 revenue assumed | | | |
| 2/11 | Mary | Delay some Q1 offers to Q2 starts | per Parveen, to reduce Q2 risk.  Need to see how Q1 Booking is before committign to Q2 hires.  Reduced $0.5M revenue to | | | |
| 2/12 | Mary | Updated cost of delayed hiring | | | | |
| 2/12 | Mary | Updated UT for Billing to low 60's since we pulled out CM's separately | | | | |
| 2/12 | Mary | Shifted start dates from Q2-Q3/Q4 to reflect realistic hiring. | Results in $2M margin | | | |
| 2/20 | Mary | Non-billable CM's were rolling up as Billable, corrected to adjust. UT adjusted to 63-65% | | | | |
| 2/27 | Mary | Updated costs to take out original Mgmt/OH cross-charge from Billing to Revpro | | | | |
| 3/7 | Mary | Revenue & expense reduction related to Keystone - $3M revenue reduction, $3M expense reduction | | | | |
| 3/7 | Mary | Update to take out billable revenue from contractor reduction + open reqs | | | | |
| 3/13 | Mary | Per Parveen, 240K of Keystone AR Reserve booked in Q4.  Adjust Q1 revenue to reflect | | | | |
| | | | | | | |
| 4/30 | Mary | Build in assumptions that we can modify for New Logo ACV's | | | | |
| 4/30 | Mary | Update existing headcount for attrition and hiring plan for Q2 pause & realistic Q3/Q4 hiring ramp | | | | |



|  | Q1 20 | Q2 20 | Q3 20 | Q4 20 |
|---|---|---|---|---|
|  | 2/1/2019 | 5/1/2019 | 8/1/2019 | 11/1/2019 |
|  | /30/2019 | 7/31/2019 | 10/31/2019 | 1/31/2020 |
| # Work Days | 63 | 66 | 66 | 66 |
| Ho idays | 2 | 2 | 1 | 6 |
| ZKO / GKO | 3 |  |  |  |
| **Net Work Days** | **58** | **64** | **65** | **60** |
|  |  |  |  |  |
| **Bil able HC** |  |  |  |  |
| _Bil ling_ | **152** | **158** | **175** | **176** |
| AMER | 97 | 100 | 113 | 113 |
| EMEA | 30 | 33 | 35 | 36 |
| APJ | 15 | 15 | 15 | 15 |
| Chennai | 10 | 10 | 12 | 12 |
| _Revpr_ | **71** | **75** | **77** | **77** |
| AMER | 38 | 0 | 0 | 0 |
| EMEA | 1 | 1 | 1 | 1 |
| APJ | 0 | 0 | 0 | 0 |
| Chennai | 32 | 3 | 36 | 36 |
| Consultants | 32 | 32 | 32 | 32 |
|  |  |  |  |  |
| **Client Mgmt** | **21** | **26** | **26** | **26** |
| AMER | 13 | 17 | 17 | 17 |
| EMEA | 7 | 8 | 8 | 8 |
| APJ | 1 | 1 | 1 | 1 |
| Chennai | 0 | 0 | 0 | 0 |

| _Avg Bill Rate_ | Q1 20 | Q2 20 | Q3 20 | Q4 20 |
|---|---|---|---|---|
| _Bil ling_ |  |  |  |  |
| AMER | $220 | $220 | $220 | $220 |
| Chennai | $65 | $65 | $65 | $65 |
| _Revpro_ |  |  |  |  |
| AMER | $195 | $195 | $195 | $195 |
| Chennai | $60 | $60 | $60 | $60 |
| **Client Mgmt** |  |  |  |  |
| AMER | $250 | $250 | $250 | $250 |
| Chennai | $0 | $0 | $0 | $0 |

| **Avg Utilizati n Rate** | Q1 20 | Q2 20 | Q3 20 | Q4 20 |
|---|---|---|---|---|
| Billing - Onshore | 6 0% | 63.0% | 59.0% | 60.0% |
| Billing - Chennai | 25% | 25% | 25% | 25% |
| Revpro - Chennai | 50.0% | 50.0% | 50.0% | 50.0% |
| Revpro - SubK | 85.0% | 85.0% | 85.0% | 85.0% |
| Revpro - US | 75.0% | 75.2% | 76.5% | 80.0% |
| C ient Mgmt - Onshore | 20% | 20% | 20% | 20% |

| | Q1 20 | Q2 20 | Q3 20 | Q4 20 | |
|---|---|---|---|---|---|
| Billing | $9, 06,039 | $10,502,55 | $11,001,8 8 | $10,391,0 0 | |
| Billing - Chennai | $75, 00 | $83,200 | $101, 00 | $93,600 | |
| Billing SubK revenue | $1,000,000 | $1,000,000 | $950,000 | $1 000,000 | ~$3.5M subK revenue from Bil ng in FY19 |
| Billing B llable Expense | $500,000 | $ 25,000 | $ 25,000 | $ 25,000 | |
| Milestone push | $250,000 | 150000 | | | |
| Revpro | $2,6 6,5 0 | $3,078,267 | $3,180, 11 | $3 070,080 | |
| Revpro Chennai | $ 83,8 0 | $538,560 | $570,2 0 | $570,2 0 | |
| Revpro SubK | $2,588,352 | $2,715,6 8 | $2,758,080 | $2 5 5,920 | |
| Revpro B llable Expense | $60,000 | $50,000 | $75,000 | $75,000 | |
| Revpro Term License | $137, 2 | $136,751 | $136,751 | $136,751 | |
| C ient Mgmt | $ 87,200 | $665,600 | $676,000 | $62 ,000 | |
| **D&O Only** | **$17 634 795** | **$19 345 579** | **$19 874 730** | **$18 931 631** | **$75 786 736** |

**Revpro _erm icense Impact**

| | | | | |
|---|---|---|---|---|
| 81,512 | 8 ,259 | 8 ,259 | 8 ,259 | |
| 5,132 | | | | |
| 50,780 | 52, 92 | 52, 92 | 52, 92 | |
| **137 424** | **136 751** | **136 751** | **136 751** | |

| | Monthly Rev Alloc | _Bil ng_ | _Revpro_ | | | workdays | holidays | ZKO | net work days | | | | Revpro Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16,309 | **Q1** | **$10 601** | **$4 632** | | | | | | | | | | |
| | Feb | $2,92 | $1,278 | 2/1/2019 | 2/28/2019 | 20 | 1 | 3 | 16 | 27.6% | adjust for ZKO ho iday | | |
| | Mar | $3,838 | $1,677 | 3/1/2019 | 3/31/2019 | 21 | | | 21 | 36.2% | | | |
| | Apr | $3,838 | $1,677 | /1/2019 | /30/2019 | 22 | | | 21 | 36.2% | | | |
| 17,709 | **Q2** | **$12 427** | **$5 282** | | | | | | | | | | |
| | May | $ ,272 | $1,816 | 5/1/2019 | 5/31/2019 | 23 | 1 | | 22 | 3 . % | | | |
| | Jun | $3,883 | $1,651 | 6/1/2019 | 6/30/2019 | 20 | | | 20 | 31.3% | | | |
| | Jul | $ ,272 | $1,816 | 7/1/2019 | 7/31/2019 | 23 | 1 | | 22 | 3 . % | | | |
| 19,188 | **Q3** | **$13 001** | **$6 187** | | | | | | | | | | |
| | Aug | $3,250 | $2,09 | 8/1/2019 | 8/31/2019 | 22 | | | 22 | 25.0% | adjust for EMEA (Bil ing only; | 3 % |
| | Sep | $ ,551 | $1,90 | 9/1/2019 | 9/30/2019 | 21 | 1 | | 20 | 35.0% | | 31% |
| | Oct | $5,201 | $2,189 | 10/1/2019 | 10/31/19 | 23 | | | 23 | 0.0% | | 35% |
| 18,8 5 | **Q4** | **$12 396** | **$6 448** | | | | | | | | | | |
| | Nov | $3,967 | $2,06 | 11/1/2019 | 11/30/2019 | 21 | 2 | | 19 | 32.0% | adjust for add tional PTO days | |
| | Dec | $3, 71 | $1,806 | 12/1/2019 | 12/31/19 | 22 | 2 | | 20 | 28.0% | adjust for add tional PTO days | |
| | Jan | $ ,959 | $2,579 | 1/1/2020 | 1/31/20 | 23 | 2 | | 21 | 0.0% | | |
| | **$70 975** | **$48 426** | **$22 549** | | | | | | | | | | |

**New Logo ACV**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| US Strategic | $1,027,000 | $1,279,522 | $1,443,200 | $1,645,467 | $5,395,189 |
| Enterprise East | $543,906 | $799,779 | $902,088 | $1,028,517 | $3,274,290 |
| Enteprise West | $543,906 | $799,779 | $902,088 | $1,028,517 | $3,274,290 |
| Commercial | $652,687 | $959,735 | $1,082,506 | $1,234,220 | $3,929,148 |
| EMEA | $1,711,000 | $2,079,222 | $2,345,200 | $2,673,883 | $8,809,306 |
| Japan | $615,000 | $559,791 | $631,400 | $719,892 | $2,526,082 |
| ANZ | $380,697 | $559,791 | $631,400 | $719,892 | $2,291,779 |
| RevPro | $1,683,216 | $2,205,334 | $2,770,768 | $3,159,095 | $9,818,414 |
| | $6,248,196 | $7,906,008 | $9,200,681 | $10,490,171 | $33,845,057 |

| Attach Rate @ OF Signature | Total Attach Rate to Sticky | |
|---|---|---|
| 59% | 142% | US Strategic |
| 87% | 108% | Enterprise East |
| 85% | 111% | Enteprise West |
| 73% | 110% | Commercial |
| 65% | 98% | EMEA |
| 20% | 20% | Japan |
| 75% | 113% | ANZ |
| 175% | 210% | RevPro |

**GS Bookings- New Logo**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| Strat | $605,930 | $754,918 | $851,488 | $970,825 | $3,183,161 |
| Enterprise East | $473,198 | $695,808 | $784,817 | $894,810 | $2,848,632 |
| Enteprise West | $462,320 | $679,812 | $766,775 | $874,239 | $2,783,147 |
| Commercial | $476,462 | $700,606 | $790,229 | $900,981 | $2,868,278 |
| EMEA | $1,112,150 | $1,351,495 | $1,524,380 | $1,738,024 | $5,726,049 |
| Japan | $123,000 | $111,958 | $126,280 | $143,978 | $505,216 |
| ANZ | $285,523 | $419,843 | $473,550 | $539,919 | $1,718,834 |
| RevPro | $2,945,628 | $3,859,335 | $4,848,844 | $5,528,417 | $17,182,224 |
| | $6,484,211 | $8,573,775 | $10,166,362 | $11,591,193 | $36,815,541 |

GS Revenue- New Logo

| Attach Rate - CO | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 | |
|---|---|---|---|---|---|---|
| 140% | $638,145 | $680,424 | $803,203 | $911,157 | $3,032,929 | 670,360 |
| 24% | $981,236 | $584,503 | $740,312 | $839,813 | $3,145,864 | 1,489,273 |
| 30% | $740,335 | $571,066 | $723,293 | $820,507 | $2,855,202 | 1018350 |
| 50% | $500,763 | $588,534 | $745,418 | $845,605 | $2,680,320 | 525,065 |
| 50% | $650,253 | $1,231,822 | $1,437,937 | $1,631,202 | $4,951,214 | 188,355 |
| 0% | $187,042 | $117,479 | $119,119 | $135,129 | $558,769 | 251,083 |
| 50% | $262,065 | $352,683 | $446,696 | $506,734 | $1,568,179 | 238,608 |
| 20% | $2,570,054 | $3,402,481 | $4,354,089 | $5,188,630 | $15,515,255 | 2,194,480 |
| | $6,529,892 | $7,528,993 | $9,370,069 | $10,878,778 | $34,307,731 | |

**GS Bookings- CO**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| Strat | $1,382,724 | $848,302 | $1,056,885 | $1,192,083 | $4,479,994 |
| Enterprise East | $357,426 | $113,568 | $166,994 | $188,356 | $826,343 |
| Enteprise West | $355,725 | $138,696 | $203,944 | $230,032 | $928,397 |
| Commercial | $456,085 | $238,231 | $350,303 | $395,115 | $1,439,734 |
| EMEA | $673,262 | $556,075 | $675,747 | $762,190 | $2,667,274 |
| Japan | $0 | $0 | $0 | $0 | $0 |
| ANZ | $125,550 | $142,761 | $209,921 | $236,775 | $715,008 |
| RevPro | $1,344,000 | $589,126 | $771,867 | $969,769 | $3,674,761 |
| | $4,694,771 | $2,626,758 | $3,435,661 | $3,974,320 | $14,731,511 |

GS Revenue- CO

| Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|
| $1,976,932 | $1,382,724 | $1,115,513 | $952,593 | $5,427,762 |
| $263,283 | $357,426 | $235,497 | $140,281 | $996,486 |
| $1,007,882 | $355,725 | $247,211 | $171,320 | $1,782,137 |
| $260,562 | $456,085 | $347,158 | $294,267 | $1,358,072 |
| $694,708 | $673,262 | $614,668 | $615,911 | $2,598,549 |
| $0 | $0 | $0 | $0 | $0 |
| $143,967 | $125,550 | $134,156 | $176,341 | $580,014 |
| $2,441,552 | $1,344,000 | $966,563 | $680,496 | $5,432,611 |
| $6,788,886 | $4,694,771 | $3,660,765 | $3,031,210 | $18,175,632 |

**GS Bookings- Farming**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| Strat | $2,150,000 | $2,300,000 | $2,350,000 | $2,400,000 | $9,200,000 |
| Enterprise East | $150,000 | $275,000 | $275,000 | $300,000 | $1,000,000 |
| Enteprise West | $750,000 | $1,000,000 | $1,000,000 | $1,000,000 | $3,750,000 |
| Commercial | $0 | $0 | $0 | $0 | $0 |
| EMEA | $500,000 | $500,000 | $500,000 | $350,000 | $1,850,000 |
| Japan | $125,000 | $150,000 | $175,000 | $200,000 | $650,000 |
| ANZ | $75,000 | $50,000 | $50,000 | $50,000 | $225,000 |
| RevPro | $750,000 | $750,000 | $750,000 | $750,000 | $3,000,000 |
| | $4,500,000 | $5,025,000 | $5,100,000 | $5,050,000 | $19,675,000 |

GS Revenue- Farming

| Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|
| $1,500,000 | $1,000,000 | $2,000,000 | $1,750,000 | $6,250,000 |
| $100,000 | $350,000 | $350,000 | $250,000 | $1,050,000 |
| $500,000 | $1,400,000 | $1,700,000 | $1,400,000 | $5,000,000 |
| $0 | -$150,000 | $0 | | -$150,000 |
| $900,000 | $600,000 | $600,000 | $275,000 | $2,375,000 |
| $75,000 | $175,000 | $175,000 | $100,000 | $525,000 |
| $125,000 | $100,000 | $100,000 | | $325,000 |
| $175,000 | $400,000 | $400,000 | $0 | $975,000 |
| $3,375,000 | $3,875,000 | $5,325,000 | $3,775,000 | $16,350,000 |

GS Revenue- RE

| Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|
| $160,000 | $160,000 | $160,000 | $160,000 | $640,000 |
| $70,000 | $70,000 | $70,000 | $70,000 | $280,000 |
| $70,000 | $70,000 | $70,000 | $70,000 | $280,000 |
| $40,000 | $40,000 | $40,000 | $40,000 | $160,000 |
| $60,000 | $60,000 | $60,000 | $60,000 | $240,000 |
| | | | | $0 |
| | | | | $0 |
| $40,000 | $40,000 | $40,000 | $40,000 | $160,000 |
| $440,000 | $440,000 | $440,000 | $440,000 | $1,760,000 |

**GS Bookings- Total**

| | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY'20 |
|---|---|---|---|---|---|
| **Strategic** | $4,138,654 | $3,903,220 | $4,258,373 | $4,562,909 | **$16,863,155** |
| **Enterprise East** | $980,624 | $1,084,375 | $1,226,810 | $1,383,166 | **$4,674,975** |
| **Enteprise West** | $1,568,045 | $1,818,508 | $1,970,718 | $2,104,272 | **$7,461,544** |
| **Commercial** | $932,547 | $938,837 | $1,140,532 | $1,296,095 | **$4,308,012** |
| **EMEA** | $2,285,412 | $2,407,570 | $2,700,127 | $2,850,214 | **$10,243,323** |
| **Japan** | $248,000 | $261,958 | $301,280 | $343,978 | **$1,155,216** |
| **ANZ** | $486,073 | $612,604 | $733,471 | $826,694 | **$2,658,842** |
| **RevPro** | $5,039,628 | $5,198,461 | $6,370,711 | $7,248,186 | **$23,856,985** |
| | $15,678,982 | $16,225,533 | $18,702,024 | $20,615,513 | $71,222,052 |

| | | | | | |
|---|---|---|---|---|---|
| Billing | $10,639,354 | $11,027,073 | $12,331,313 | $13,367,328 | $47,365,067 |

**GS Revenue - Total**

| | **Q1'20** | **Q2'20** | **Q3'20** | **Q4'20** | **FY'20** |
|---|---|---|---|---|---|
| **Strategic** | **$4,275,077** | **$3,223,148** | **$4,078,716** | **$3,773,750** | **$15,350,690** |
| **Enterprise East** | **$1,414,519** | **$1,361,928** | **$1,395,809** | **$1,300,094** | **$5,472,350** |
| **Enteprise West** | **$2,318,217** | **$2,396,791** | **$2,740,504** | **$2,461,827** | **$9,917,339** |
| **Commercial** | **$801,325** | **$934,619** | **$1,132,576** | **$1,179,872** | **$4,048,392** |
| **EMEA** | **$2,304,961** | **$2,565,084** | **$2,712,606** | **$2,582,113** | **$10,164,764** |
| **Japan** | **$262,042** | **$292,479** | **$294,119** | **$235,129** | **$1,083,769** |
| **ANZ** | **$531,032** | **$578,233** | **$680,852** | **$683,076** | **$2,473,193** |
| **RevPro** | **$5,400,000** | **$5,600,000** | **$6,186,531** | **$6,448,440** | **$23,634,971** |
| D&O | **$17,307,172** | **$16,952,283** | **$19,221,712** | **$18,664,301** | **$72,145,468** |
| Training | **$390,000** | **$425,000** | **$550,000** | **$600,000** | **$1,965,000** |
| SSG | **$120,000** | **$50,000** | **$50,000** | **$50,000** | **$270,000** |
| | **$17,817,172** | **$17,427,283** | **$19,821,712** | **$19,314,301** | **$74,380,468** |
| Q2 Delay (SS, et al) | $640,000 | $800,000 | | | $1,440,000 |
| 606 Assumption | $250,000 | $250,000 | $250,000 | $250,000 | $1,000,000 |
| | $17,427,172 | $18,477,283 | $20,071,712 | $19,564,301 | $73,940,468 |

| | | | | |
|---|---|---|---|---|
| Revenue / Day | $300,468 | $288,708 | $308,796 | $326,072 |
| | 16,749 | 18,179 | 19,738 | 19,470 |