# Exhibit M



**ZUORA KEYSTONE DISCUSSION PAPER**
**Q4 FISCAL 2019**

---

### PURPOSE

The purpose of this paper is to analyze, document, and conclude on the appropriate revenue accounting for Zuora's ("the Company's") customer arrangements leveraging a limited release of Keystone. Keystone is an integration adapter between Zuora's acquired revenue recognition solution, RevPro, and the Company's billing platform ("Zuora Billing"). Keystone is internally developed and comprised of APIs and data transformation functionality between the two platforms. It is not a product that is or is expected to be sold separately.

### BACKGROUND INFORMATION

Zuora is a software provider, which enables customers that sell their products on a subscription basis to manage the commerce, billing and finance components of their customer engagement process. Zuora acquired Leeyo Software in May 2017 which provides its customers primarily cloud-based revenue recognition automation software on a subscription basis.

Keystone has been released on a limited basis to customers that are either (1) already live in production using Zuora Billing and have subsequently purchased RevPro or (2) have purchased both Zuora Billing and RevPro at or near the same time. Revenue Recognition under ASC606 is extremely complex and relatively new. Consequently, specific requirements and use cases have surfaced that Keystone does not currently address. As a result, professional services projects depending on Keystone to transform data may require additional solutioning and testing as customer requirements are identified. Keystone is expected to be generally available and include API's and data transformation for common use cases across most of our customers in the second half of fiscal 2019.

Helping customers implement billing/revenue recognition systems for a subscription model is challenging. In addition, Zuora has long-term relationships with most of its customers. These two factors mean that customer satisfaction issues do arise in the normal course. Zuora does not have a history of giving full refunds when customer satisfaction issues arise. It is in the Company's best interest to work with customers and resolve any challenges to prevent churn. In some cases, the Company may agree to an extension to the agreed subscription term or offer investment professional services hours for any additional testing required for product gaps that surface. Most resolutions are prospective in nature.

### STEPS TAKEN FOR ACCOUNTING ANALYSIS

- The Company identified 23 customers that have purchased both RevPro and Zuora Billing that may be relying on Keystone based on the following criteria:
  - Zuora Core customers that are live in production and subsequently purchased RevPro.

CONFIDENTIAL                                                                      ZUO_00214503

# zuora

- o Zuora Billing and RevPro products purchased at the same time. Note that Customer's purchasing both Zuora Billling and RevPro for the first time together are expected to have relatively smooth implementations.

- The Senior Director of Revenue, CAO and CFO met with the VP of Services, RevPro (Karthik Ramamoorthy) to go over each of these customer accounts and identify which customers are Keystone customers and also get status on the implementation projects. Of the 23 customers identified, 8 customers are taken out of the population for the following reasons:
  - o Already reserved, A/R Reserve: ▉
  - o Customers not relying on Keystone: ▉
  - o Booked @ the end of Fiscal 2019 with $0 to minimal revenue exposure to date:
    - ▉
  - o RevPro deal forecasted to close in March 2019 not relevant to this analysis:
    - ▉

- The remaining 15 customers were then categorized by *high, medium, low* risk of a future customer satisfaction issue that may result in a concession. Each category is then assessed for estimated months of exposure and estimated probability of a concession. This estimate was based on prior experience with customers regarding customer satisfaction issues and the acknowledgement that in most cases the customer is reliant on Zuora Billing and RevPro products and are committed to go live. There are limited options in the market that can achieve the customer requirements. Average ACV is used to calculate the estimated concession *(Average ACV\*Number of Months est.\*% probability est. of triggering a concession)*.

-
  - o Below are the customers rated *high* risk. Customer satisfaction issues have currently been raised and these customers have requirements to go live in the near future. Estimating 6 months and 75% probability = $186K total:
    - ▉
    - ▉
    - ▉ (One-Star division) – *Note that* ▉ *has not purchased RevPro yet. Subsequent to purchasing the Zuora platform (which included Zuora's previous revrec solution), RevPro was acquired by Zuora and then offered to* ▉ *as Zuora Finance's successor. Since there is no RevPro contract, we calculated the ACV for this account using the relative, average percent of RevPro to Zuora Billing fees. Then the average relative percent for RevPro is carved out of total Zuora Billing ACV.*

  - o Below are the customers rated *medium* risk. Most of these customers are in the early stages of their implementation project. Most are starting their 1st testing phase and may encounter an integration gap(s) but are not viewed as critical based on current

CONFIDENTIAL                                                                ZUO_00214504



understanding of their use cases and the longer timeframe for go-live.  Estimating 4 months with a 40% probability =$212K total.

- ▪ ██████████
- ▪
- ▪
- ▪
- ▪
- ▪

○ Below customers are rated as *low*.  Generally, the project to design and implement has not started and Keystone is not expected to be an issue when they begin implementation.  No known issues at this time.  Estimating a small reserve of 3 months with a 15% probability = $74K net.

- ▪ ██████████
- ▪
- ▪
- ▪
- ▪

## CONCLUSION

After taking the steps outlined above, Zuora concludes that a general revenue reserve of $500,000 is a reasonable estimate to account for possible future concessions to current customers using or expected to use Keystone to interface between Zuora Billing and RevPro.  Keystone continues to evolve and is expected to solve most common data transformation use-cases in the second half of FY2020.  For customers just starting their project or planning to implement later in FY2020, the risk is expected to be minimized.  Similarly, for customers that purchased in Q4 FY2019, there is minimal revenue recognized to date.  In addition to the steps outlined, the Company also considered Zuora's history of not refunding fees to our customers.

CONFIDENTIAL