# Exhibit N

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually   ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
            Plaintiff,        )
                              )
      vs.                     )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA    )Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
                              )
            Plaintiff,        )
                              )
      vs.                     )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
                              )
            Defendants.       )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF

ROBERT HILDENBRAND

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Exhibit**
**Pltf 0319**
Kevin Dages

CONFIDENTIAL

Page 2

ROBERT HILDENBRAND DEPOSITION,

Taken on behalf of the Plaintiffs, Commencing at 9:00

a m  Pacific Time, on March 22, 2022, pursuant to

notice

BEFORE:  SHEILA MOORE, RPR, RMR, CMRS, CRR, CSR No  501

Page 3

APPEARANCES:
For Lead Plaintiff New Zealand Methodist Trust
Association:

LUCAS GILMORE, ESQ
RAFFI MELANSON, ESQ
HAGENS BERMAN SOBOL & SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
510 725 3000
lgilmore@hbsslaw com
rmelanson@hbsslaw com
    and
PETER SHAEFFER, ESQ
HAGENS BERMAN SOBOL & SHAPIRO LLP
455 North Cityfront Drive, Suite 2410
Chicago, IL  60611
708 628 4949
petersh@hbsslaw com

For Plaintiff In the State Court Case:
YURY A  KOLESNIKOV, ESQ
BOTTINI & BOTTINI, INC
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
858 914 2001
ykolesnikov@bottinilaw com

For the Defendants Zuora, Inc , Tien Tzuo and Tyler
Sloat:

JEREMY ADLER, ESQ
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
212 230 8800
jeremy adler@wilmerhale com

    and
SUSAN MUCK, ESQ
ANNA MIZZI, ESQ
WILMER CUTLER PICKERING HALE AND DORR LLP

Page 4

One Front Street, Suite 3500
San Francisco, CA  94111
628 235 1000
susan muck@wilmerhale com
anna mizzi@wilmerhale com

For the State Court Defendants Goldman Sachs & Co  LLC,
Morgan Stanley & Co  LLC, Allen & Company LLC, Jeffries
LLC, Canaccord Genuity LLC, and Needham & Company, LLC:

ALYSE RIVETT, ESQ
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
415 442 1109
ali rivett@morganlewis com

ALSO PRESENT:

Anthony Gulino, Video Specialist
Sylvia Lexington, In-House Counsel at
        Zuora, Inc

            - - - - -

Page 5

INDEX
EXAMINATION BY:                    PAGE
MR  SHAEFFER                    9
MR  KOLESNIKOV                  262

        INDEX OF MARKED EXHIBITS
NO                        PAGE
Exhibit 1  Notice of Deposition            17
Exhibit 2  Zuora SEC Filing            100
Exhibit 3  Email Chain ZUO_00001656-ZUO_00001667   104
Exhibit 4  Email Chain ZUO_00001785-ZUO_00001794   114
Exhibit 5  Email Chain ZUO_00006721-ZUO_00006723   115
Exhibit 6  Email Chain ZUO_00252362-ZUO_00252362   125
Exhibit 7  Email Chain ZUO_00101808-ZUO_00101810   134
Exhibit 8  Global Services Customer Account Portfolio
        Review RevPro 2018            138
Exhibit 9  Keystone EComm Update 00433266-ZUO_00433286  155
Exhibit 10 Email Chain ZUO_00293608-ZUO_00293608       161
Exhibit 11 Email Chain ZUO_00422115-ZUO_00422170       166
Exhibit 12 Email Chain ZUO_00027812-ZUO_00027814       178
Exhibit 13 Email Chain ZUO_00002940-ZUO_00002943       183
Exhibit 14 Email Chain ZUO_00028739-ZUO_00028743       190
Exhibit 15 Keystone Integration Program Update 10/15/18 196
Exhibit 16 Email Chain ZUO_00261877-ZUO_00261878       215
Exhibit 17 Email Chain ZUO_00119066-ZUO_00119067       222
Exhibit 18 Video ZUO_V_000045CONFIDENTIAL_003434-003612 231

2 (Pages 2 - 5)

CONFIDENTIAL

Page 242

free hours is having an effect, not only on decreasing subscription revenue, but also on the guidance that Zuora was offering to the market?

MR. ADLER: Objection to form.

THE WITNESS: The -- what Mr. Sloat appears to be referring to is the risk that that -- or that that could be a risk if the number of free hours continued to remain high or grow.

BY MR. SHAEFFER:

Q. When Zuora is developing in its guidance, do you know if it accounts or builds in the customer investment work into that guidance?

A. I'm not involved in developing the guidance, so I wouldn't have an answer to your question.

Q. Okay. How can -- how could free hours decrease subscription revenue? Do you understand the relationship between those two?

MR. ADLER: Objection to form.

THE WITNESS: The questions on revenue cards and the mechanics would be better to direct to the finance team.

BY MR. SHAEFFER:

Q. Do you have a basic understanding? I mean, when you're calculating the free hours that GS is performing, do you also take into account the affect

Page 243

that it could have on subscription revenue?

MR. ADLER: Objection to form.

THE WITNESS: No, I don't. I look purely at the percentage of free hours and the back-end impact as carved by the finance team.

BY MR. SHAEFFER:

Q. So Mr. Sloat was referring to the free hours that could have been as high as $10 million this past year. Would those free hours have included the free hours that Zuora was devoting toward deploying Keystone on -- on customers between 2018 -- February, 2018, and February, 2019?

A. Yes, but I'm gonna give the clarification, it would relate to deploying Zuora Billing and Zuora Revenue to the customers in that time period. You know, again, we don't deploy Keystone. Keystone's not a product, it's an integration approach for the Billing and Revenue products.

Q. Okay, but the deploying of the Billing and Revenue products, that deployment would involve the work on the Keystone integration architecture to integrate Zuora Billing and Zuora RevPro?

MR. ADLER: Objection to form.

THE WITNESS: It would be deploying the Zuora Revenue and Billing products, which are

Page 244

integrated by engineering using the Keystone approach.

BY MR. SHAEFFER:

Q. I'm going to introduce a new exhibit. It will be Exhibit Number 21, and I'm uploading it now and it should be in your folder right now.

A. I have the document up.

Q. Okay. I've introduced Exhibit Number 21. It's been Bates stamped ZUO_00120286. If you go to the first page, you can see it's an email from -- from you to Mr. Diouane, dated March 8th, 2019. Do you see that?

A. Yes, I do.

Q. If you need to take a second to look at the email, please do, I have a few questions.

A. Okay, I've had a chance to review the email.

Q. Okay. I'd like to go to the first email in the chain. This is a email that you sent on March 7th, 2019, to Mr. Diouane.

In that email you refer to -- you say, I wasn't in EComm Monday to see the R&D presentation on the direction change in Keystone essentially moving away from current Keystone solution and rebuilding it with hopefully an end-of-June release.

Do you see that?

Page 245

A. Yes, I do.

Q. Are you describing the decision to move from Keystone to K-2?

A. From -- yeah, from Keystone -- K-2 is Keystone iteration 2, so, yes, that's what I'm referring to.

Q. So you wrote that it was essentially moving away from the current Keystone solution and rebuilding it?

A. It's changing the integration approach from version 1 to version 2 in the integration approach.

Q. When you -- when you write rebuilding it, that sounds like you're almost starting from -- from scratch and moving on.

I mean, changing the integration approach, was there a lot of carryover from Keystone into K-2?

MR. ADLER: Object to form.

THE WITNESS: Yeah, I can't answer that. I'm not on the engineering team, so I can't tell you what was carried over versus not, yeah, nor am I an engineer. So the -- I wouldn't -- I would encourage you not to read too much into the word rebuilding it.

BY MR. SHAEFFER:

Q. Okay. And you say rebuilding it with hopefully an end-of-June release.

A. Um-hum.

62 (Pages 242 - 245)

CONFIDENTIAL

Page 270

Q. So if you can scroll down to the next page, it would be the one, two, three, fourth sentence that says, Due to product availability and configuration issues we have already delayed go live for Zuora RevPro from June to August. Do you see that?

A. Yes, I do.

Q. Does that refresh your recollection about the challenges that ███ was facing?

A. No, it doesn't refresh any specific recollection around ███, but it is consistent with my earlier testimony on timeline pressure that the -- that the delays in the product integration between the two products put on our customers.

Q. Can you give me just one second? I apologize, I had background noise that I had to take care of. I wasn't sure if it was interfering on my end.

So going back to the email, was there any discussions at the Monday meetings relating to the challenges that ███ was facing and the potential revenue impact that that could have from non-payment?

MR. ADLER: Objection to form.

THE WITNESS: The -- I can't remember any specific discussions where ███ was raised, but I do -- you know, again, as mentioned before in some of the other exhibits that we looked at today,

Page 271

███ was flagged in that early cohort of customers, and the -- there was a risk identified in several of the exhibits around non-payment of that customer cohort in general that ███ was part of.

BY MR KOLESNIKOV:

Q. Okay. Shifting to a different topic, you talked briefly about the Zuora-on-Zuora project; do you remember?

A. Yes, I do.

Q. And your testimony was that Zuora -- that Global Services was involved in providing professional services with regard to implementing Zuora-on-Zuora, but you were not the person involved, correct?

A. That is correct. That was -- the sponsor of that was Karthik as well.

Q. Okay, so that was my question, who was the sponsor of that project. That was Karthik?

A. Yes.

Q. Okay. I don't have anymore questions. I thank you very much for your time.

A. Great, thank you.

MR. ADLER: I don't have any questions, but I did just want to designate the transcript from this deposition as confidential pursuant to the

Page 272

confidentiality order.

VIDEO SPECIALIST: Alright, if there's nothing further we are off the record at 6:18 p.m. Pacific Daylight Time, and this concludes today's testimony given by Robert Hildenbrand. The total number of media units used was ten and will be retained by Veritext Legal Solutions.

(Deposition concluded at 6:18 p m. Pacific.)

- - - - -

Page 273

I, ROBERT HILDENBRAND, hereby certify that I have read the foregoing typewritten pages, 1 through 274, inclusive, and corrections, if any, were noted by me, and the same is now a true and correct transcript of my testimony.

DATED: _____, California, _____

_____

ROBERT HILDENBRAND

Signed before me this _____

Day of _____, 20___.

_____

Case: Casey Roberts, etc. + Aric Olsen, Plaintiffs vs. Zuora, Inc, etc.

Case Nos.: 3:19-cv-03422-SI + 20-CIV-01918
Deposition Dated: March 22, 2022

Taken by: Sheila Moore

69 (Pages 270 - 273)

CONFIDENTIAL

Page 274

CERTIFICATE

I, Sheila Moore, Certified Shorthand Reporter, do Hereby certify:

That the foregoing deposition was taken before me on the date and at the time shorthand and was thereafter reduced to typewriting; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

That pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

___ Was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

_X_ Was NOT made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

___ Was waived.

I further certify that I am not an attorney for any of the parties thereto, nor in any way concerned with the cause.

Dated this 7th day of April, 2022, in Honolulu, Hawaii.

Sheila Moore, CSR No. 501

Page 275

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Roberts v Zuora, Inc , Et Al
DATE OF DEPOSITION: March 22, 2022
WITNESS' NAME: Robert Hildenbrand

PAGE/LINE(s)/   CHANGE   REASON

___ROBERT HILDENBRAND___

Subscribed and Sworn To
Before Me This_____Day
of_____, 20

_____
Notary Public
My Commission Expires_____

70 (Pages 274 - 275)

## CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me with the exception of the changes and corrections indicated by me in the attached deposition errata sheet.

Robert Hildenbrand

WITNESS:      Robert Hildenbrand

DATE:           March 22, 2022

MATTERS:      *Roberts v. Zuora, Inc., et al.*, No. 3:19-cv-03422-SI (N.D. Cal.)
                *Olsen v. Zuora, Inc. et al.*, Case No. 20-CIV-1918 (Cal. Super. Ct.)

## ERRATA SHEET

| Page: Line(s) | Language from Transcript | Correction | Reason for Change |
|---|---|---|---|
| 53:24 | "WebPro product" | "RevPro product" | Typographical error |
| 62:11 | "product-lead" | "product-led" | Typographical error |
| 74:25 | "is not a binary; it's there or it's not." | "is not a binary; it's not just there or it's not." | Typographical error |
| 84:6 | "product, right?" | "product, right." | Typographical error |
| 88:5-6 | "technical deployment complete?" | "technical deployment complete." | Typographical error |
| 88:7 | "operational go live?" | "operational go live." | Typographical error |
| 88:8 | "record milestone dates?" | "record milestone dates." | Typographical error |
| 100:5-6 | "use case coverage?" | "use case coverage." | Typographical error |
| 113:19 | "and integration approach" | "an integration approach" | Typographical error |
| 116:17 | "███" | "███" | Typographical error |
| 128:12 | "holdup on RevPro, just" | "holdup on RevPro?  Just" | Typographical error |
| 142:9 | "I've clubbed into" | "I've combined into" | Typographical error |
| 144:19 | "It could be one of many feet" | "It could be one of many." | Typographical error |
| 146:18 | "call the MVP for the billing release" | "call the MVP [Minimum Viable Product] for the billing release" | Typographical error |
| 155:13 | "close to ███" | "close to ███" | Typographical error |
| 161:25 | "QVR" | "QBR" (Quarterly Business Review) | Typographical error |
| 207:14 | "that I can investment in" | "that I can invest in" | Typographical error |
| 214:4 | "use cases are defects" | "use cases are not defects" | Typographical error |
| 227:23-24 | "customers were all delayed by additional use cases, that's not the case." | "customers -- were all delayed by additional use cases.  That's not the case." | Typographical error |
| 242:20 | "cards and mechanisms" | "carves and mechanics" | Typographical error |
| 247:11 | "Keystone version B2" | "Keystone version 2" | Typographical error |
| 256:11 | "Fulsome" | "Folsome" | Typographical error |
| 260:11 | "expect the offer" | "expect to offer" | Typographical error |
| 263:7 | "part to" | "party to" | Typographical error |

2