# Exhibit P

# Document Produced in Native Format

CONFIDENTIAL

ZUO_00326338

