Susan S. Muck (SBN 126930)
Kevin P. Muck (SBN 120918)
William Brenc (SBN 318544)
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com
william.brenc@wilmerhale.com

Jeremy T. Adler (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
jeremy.adler@wilmerhale.com

Melinda Haag (SBN 132612)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com

Karen L. Dunn (admitted *pro hac vice*)
Justin Anderson (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com

Audra J. Soloway (admitted *pro hac vice*)
Jonathan Hurwitz (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com

*Counsel for Defendants Zuora, Inc., Tien Tzuo,
and Tyler Sloat*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' STATEMENT IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge Susan Illston |

Defendants Zuora, Inc. ("Zuora"), Tien Tzuo, and Tyler Sloat (collectively, "Defendants") filed a Statement in Support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 191).  Defendants have narrowly tailored their sealing requests and established that the Court should seal only the following documents which reflect Zuora's competitively sensitive information:

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
| --- | --- | --- |
| **Motion to Exclude Expert Testimony of Steven Davidoff Solomon (ECF No. 192)** | | |
| **Motion to Exclude Expert Testimony of Steven Davidoff Solomon**<br><br>Page 10, Lines 6 and 22 (identified portions)<br><br>Page 11, Lines 17-18 (identified portions) | Bamiduro Decl. ¶¶ 6, 7 | |
| **Ex. 1 to Berman Decl., Solomon Expert Report**<br><br>Page 46, FN 251 (identified portion)<br><br>Pages 57-58, ¶ 149 (identified portions)<br><br>Page 59, ¶¶ 152, 153 (identified portions)<br><br>Page 60, ¶ 158 (identified portion)<br><br>Page 61, ¶ 162 (identified portion)<br><br>Page 62, FN 347 (identified portions)<br><br>Page 64, FN 356, 358, 359, and 360 (identified portions)<br><br>Page 71, FN 423 and 424 (identified portions)<br><br>Page 79, FN 482 (identified portion)<br><br>Page 83, ¶ 215 and FN 526 (identified portions)<br><br>Ex. 1 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |

[PROPOSED] ORDER REGARDING DEFS.' STATEMENT ISO PL.'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:19-cv-03422-SI

2

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Ex. 4 to Berman Decl., ZUO_00028744**<br><br>Page -00028744 (identified portions)<br><br>Page -00028745 (identified portions)<br><br>Page -00028746 (identified portions)<br><br>Page -00028747 (identified portions)<br><br>Page -00028748 (identified portions) | Bamiduro Decl. ¶ 6 | |
| **Ex. 5 to Berman Decl., ZUO_00003341**<br><br>Page -00003341 (identified portions)<br><br>Page -00003342 (identified portions) | Bamiduro Decl. ¶ 6 | |
| **Ex. 6 to Berman Decl., ZUO_00175506**<br><br>Page -00175506 (identified portion) | Bamiduro Decl. ¶ 6 | |
| **Ex. 7 to Berman Decl., ZUO_00001166**<br><br>Entire Document | Bamiduro Decl. ¶¶ 6, 7 | |
| **Ex. 8 to Berman Decl., Table of Solomon Opinions**<br><br>Page 6 (identified portion) | Bamiduro Decl. ¶ 7 | |
| **Motion to Exclude Expert Testimony of Jeffrey L. Hagins (ECF No. 193)** | | |
| **Ex. 1 to Berman Decl., Hagins Expert Report**<br><br>Page 6, ¶ 16 and FN 23 (identified portions)<br><br>Page 27, ¶ 71 (identified portions) | Bamiduro Decl. ¶ 6 | |
| **Motion to Exclude Expert Testimony of Kevin Dages (ECF No. 194)** | | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Motion to Exclude Expert Testimony of Kevin Dages**<br><br>Page 13, Lines 5-8 and 26-28 (identified portions)<br><br>Page 21, Lines 17-20, 22-23 (identified portions) | Bamiduro Decl. ¶ 7 | |
| **Ex. 1 to Berman Decl., Dages Expert Report**<br><br>Page 9, ¶ 17 (identified portions)<br><br>Page 15, ¶ 32 (identified portion)<br><br>Page 23, FN 83 (identified portions)<br><br>Page 24, ¶¶ 49, 50 (identified portions)<br><br>Page 25, ¶ 52 (identified portion)<br><br>Ex. 1 (identified portions)<br><br>Ex.2 (identified portions)<br><br>Ex. 8 (identified portions)<br><br>Ex. 9 (identified portions)<br><br>Ex. 10 (identified portions) | Bamiduro Decl. ¶¶ 6, 7 | |
| **Ex. 6 to Berman Decl., ZUO_00448805 Excerpts**<br><br>Page 5 pdf (identified portion) | Bamiduro Decl. ¶ 6 | |
| **Ex. 7 to Berman Decl., ZUO_00448806 Excerpts**<br><br>Page 4 pdf (identified portion)<br><br>Page 5 pdf (identified portion) | Bamiduro Decl. ¶ 6 | |
| **Ex. 8 to Berman Decl., ZUO_00003940**<br><br>Page -00003940 (identified portion)<br><br>Page -00003941 (identified portion) | Bamiduro Decl. ¶ 7 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Ex. 9 to Berman Decl., ZUO_00214503**<br><br>Page -00214504 (identified portions)<br><br>Page -00214505 (identified portions) | Bamiduro Decl. ¶ 6 | |
| **Ex. 13 to Berman Decl., Hildenbrand Deposition Transcript Excerpts**<br><br>Page 270, Lines 8, 10, 19, 23 (identified portions)<br><br>Page 271, Lines 1, 4 (identified portions)<br><br>Errata Sheet (identified portions) | Bamiduro Decl. ¶ 6 | |
| **Ex. 14 to Berman Decl., ZUO_00448803**<br><br>Entire Document | Bamiduro Decl. ¶ 6 | |
| **Ex. 15 to Berman Decl., ZUO_00448808**<br><br>Entire Document | Bamiduro Decl. ¶ 6 | |
| **Ex. 20 to Berman Decl., ZUO_00001166**<br><br>Entire Document | Bamiduro Decl. ¶ 7 | |
| **Ex. 21 to Berman Decl., ZUO_00329887**<br><br>Page -00329889 (identified portions)<br><br>Page -00329890 (identified portions)<br><br>Page -00329891 (identified portions)<br><br>Page -00329893 (identified portions<br><br>Page -00329899 (identified portion) | Bamiduro Decl. ¶ 6 | |
| **Ex. 22 to Berman Decl., ZUO_00326338**<br><br>Page 3 pdf (identified portion) | Bamiduro Decl. ¶ 7 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Ex. 24 to Berman Decl., Lundelius Expert Report**<br><br>Page 8, FN 19 (identified portion)<br><br>Page 13, FN 42 (identified portion)<br><br>Page 14, ¶ 20 and FN 43 (identified portions)<br><br>Page 15, ¶ 22 (identified portions)<br><br>Page 25, ¶ 34 (identified portion)<br><br>Pages 26-27, ¶ 34 (identified portions)<br><br>Page 27, FN 89 and FN 91 (identified portions)<br><br>Pages 27-28, ¶ 36 (identified portions)<br><br>Pages 28-29, ¶ 37 (identified portions) | Bamiduro Decl. ¶¶ 6, 7 | |

IT IS SO ORDERED.

Dated: _____, 2022

THE HONORABLE SUSAN ILLSTON
United States District Judge