Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>                                    Plaintiff,<br><br>    v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                                    Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>Judge:    Hon. Susan Illston |

Pursuant to Local Rule 79-5(c)(1) and (f), Lead Plaintiff New Zealand Methodist Trust Association respectfully submits this Statement in Support of Defendants' Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed (ECF No. 188).

The material listed in Defendants' motion contains the identities of confidential witnesses, whose allegations were detailed in the Consolidated Amended Class Action Complaint (ECF No. 60). In the Ninth Circuit, documents may be sealed upon a showing of "compelling reasons," including "to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft." *See Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) (citing *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1184 (9th Cir. 2006)). Under this standard, courts allow parties to redact information related to the identities of confidential witnesses. *See Oracle Corp.*, 2007 WL 3232267, at *2 (finding "compelling reasons" to seal home addresses of four confidential witnesses and granting motion to seal); *Houston Municipal Emps. Pension Sys. v. BofI Holding, Inc.*, 2017 WL 11681841, at *1-2 (S.D. Cal. Mar. 23, 2017) (granting motion to seal identifying information of confidential witness).

Here, Lead Plaintiff proposes narrowly tailored redactions to the material at issue that balances the "public's interest in disclosure" with the interests of the confidential witnesses to maintain their privacy. *See BofI Holding, Inc.*, 2017 WL 11681841, at *2. Specifically, Lead Plaintiff modifies Defendants' proposal to redact the names and other identifying information of the confidential witnesses but publicly file the bulk of their deposition testimony excerpted in Defendants' motion for summary judgment. The redacted information related to the confidential witnesses has "little or no relevance to any material issue in the case." *See Oracle Corp.*, 2007 WL 3232267, at *2. Lead Plaintiff also takes no position on Defendants' request to redact information identifying Zuora's customers and would maintain sealing on that information in deposition transcripts. *See* ECF No. 195. Defendants consent to Lead Plaintiff's proposal.

//

//

//

//

| Document | Protective Order Designation | Description | Defendants' Proposed Redactions | Lead Plaintiff's Proposed Redactions |
|---|---|---|---|---|
| Attached hereto as Ex. 1 is Defendants' Motion for Summary Judgment | | Refers to confidential witness deposition testimony | Page 6, Line 4<br><br>Page 12, Lines 11-21 | Page 6, line 4<br><br>Page 12, lines 12,14, 17-19<br><br>(Proposed redactions highlighted in green) |
| Attached hereto as Ex. 2 is a transcript excerpt from the Deposition of Confidential Witness 3<br><br>(Ex. 9 to Haag Decl. ISO Defs.' Mot. For S.J.) | Confidential | Confidential witness deposition testimony | Seal entirely | Page 1, line 13<br><br>Page 39, lines 21-22, 24<br><br>Page 45, lines 1-3<br><br>Page 46, line 12<br><br>Page 48, line 23 |
| Attached hereto as Ex. 3 is a transcript excerpt from the Deposition of Confidential Witness 4<br><br>(Ex. 35 to Haag Decl. ISO Defs.' Mot. For S.J.) | Confidential | Confidential witness deposition testimony | Seal entirely | Page 1, line 14<br><br>Page 50, lines 2, 4, 6-8, 10, 12, 14, 16-20, 23, 25<br><br>Page 51, lines 2-4, 6, 8-10, 12, 14, 16, 18<br><br>Page 53, lines 1-3, 5, 17, 25 |

For the foregoing reasons, Lead Plaintiff respectfully requests that the Court grant the administrative motion to seal with Lead Plaintiff's proposed redactions.

DATED: December 16, 2022

Respectfully submitted,

/s/ Steve W. Berman
Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725.3000
Facsimile: (510) 725.3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (708) 628-4966
Facsimile:  (708) 628-4950
raffim@hbsslaw.com

Peter A. Shaeffer (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
petersh@hbsslaw.com

*Attorneys for Lead Plaintiff New Zealand
Methodist Trust Association*