Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>                             Plaintiff,<br><br>   v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                           Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>Judge:   Hon. Susan Illston |

Pursuant to Local Rule 79-5(c)(1) and (f), Lead Plaintiff New Zealand Methodist Trust Association submitted a Statement in Support of Defendants' Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed (ECF No. 188). The Court, having considered Defendants' Administrative Motion and Lead Plaintiff's statement in support, and finding compelling reasons:

IT IS HEREBY ORDERED that the Administrative Motion, as modified by Lead Plaintiff, is granted, and the following documents are to be sealed:

| Portion of Document Sought to Be Sealed | Designating Party | Order |
|---|---|---|
| **Defendants' Motion for Summary Judgment**<br><br>Page 6, line 4<br><br>Page 12, lines 12, 14, 17-19 | Lead Plaintiff | |
| **Deposition Transcript Excerpt of Confidential Witness 3** (Exhibit 9 to Haag Decl. ISO Defs.' Mot. for S.J.)<br><br>Page 1, line 13<br><br>Page 39, lines 21-22, 24<br><br>Page 45, lines 1-3<br><br>Page 46, line 12<br><br>Page 48, line 23 | Lead Plaintiff | |
| **Deposition Transcript Excerpt of Confidential Witness 4** (Exhibit 35 to Haag Decl. ISO Defs.' Mot. for S.J.)<br><br>Page 1, line 14<br><br>Page 50, lines 2, 4, 6-8, 10, 12, 14, 16-20, 23, 25<br><br>Page 51, lines 2-4, 6, 8-10, 12, 14, 16, 18<br><br>Page 53, lines 1-3, 5, 17, 25 | Lead Plaintiff | |

IT IS SO ORDERED.


Dated: _____, 2022

_____

The Honorable Susan Illston
United States District Court Judge