**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** December 16, 2022 | **Time:** 12:06 – 12:14<br>8 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc. | |

**Attorney for Plaintiff:** Timothy Brown, Erica Stone, Lucas Gilmore
**Attorney for Defendant:** Melinda Haag, Susan Muck, William Brenc

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Further Case Management Conference – held via Zoom webinar.

**SUMMARY**

Questions have been raised by the parties concerning Daubert motions.  The Court will allow Defendants to file Daubert Motions if they want to but parties are instructed to meet and confer beforehand to provide a stipulated schedule for briefing and hearing.  Plaintiff should notify the Court if they wish to have their Daubert motions heard as currently scheduled or if they will have them heard with Defendants' Motions.  All Daubert motions must be heard by either January or February 2023.

**The trial date was continued as follows:**

Daubert Motions to be heard in January or February 2023
Pretrial Paperwork Due:  **5/9/2023**
Pretrial Conference:  **5/23/2023 at 3:30 p.m**.
Jury Trial:  **6/5/2023**
Trial Estimate 7-9 days