Susan S. Muck (SBN 126930)
Kevin P. Muck (SBN 120918)
William Brenc (SBN 318544)
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com
william.brenc@wilmerhale.com

Jeremy T. Adler (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
jeremy.adler@wilmerhale.com

Melinda Haag (SBN 132612)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com

Karen L. Dunn (admitted *pro hac vice*)
Justin Anderson (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com

Audra J. Soloway (admitted *pro hac vice*)
Jonathan Hurwitz (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com

*Counsel for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**JOINT STATUS REPORT**<br><br>Hon. Kandis A. Westmore |

On November 2, 2022, Lead Plaintiff New Zealand Methodist Trust Association and Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat (collectively, "the Parties") participated in a pre-settlement telephonic conference. *See* ECF No. 176. At that conference, the Parties agreed to further mediation before Robert A. Meyer, Esq. of JAMS and to provide a status report on their progress on January 25, 2023. To that end, the Parties respectfully submit this Joint Status Report stating that the Parties have scheduled an in-person mediation before Mr. Meyer on February 2, 2023 in Los Angeles, California. This date was selected to accommodate the Parties' and the mediator's respective schedules. The Parties propose to submit a status report after the mediation on February 22, 2023, or as soon as the Court may direct.

Dated:   January 19, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Melinda Haag*
Melinda Haag

535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
mhaag@paulweiss.com

Karen L. Dunn (admitted *pro hac vice*)
Justin Anderson (admitted *pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com

Audra J. Soloway (admitted *pro hac vice*)
Jonathan Hurwitz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com

|   |   |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 |   |
| 3 | Susan S. Muck (SBN 126930) |
|   | Kevin P. Muck (SBN 120918) |
| 4 | William Brenc (SBN 318544) |
|   | One Front Street, Suite 3500 |
| 5 | San Francisco, CA 94111 |
|   | Telephone: (628) 235-1002 |
| 6 | susan.muck@wilmerhale.com |
| 7 | kevin.muck@wilmerhale.com |
|   | william.brenc@wilmerhale.com |

WILMER CUTLER PICKERING HALE AND DORR LLP

Susan S. Muck (SBN 126930)
Kevin P. Muck (SBN 120918)
William Brenc (SBN 318544)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com
william.brenc@wilmerhale.com

Jeremy T. Adler (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
jeremy.adler@wilmerhale.com

*Attorneys for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat*

Dated:   January 19, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Steve W. Berman*
     Steve W. Berman

Steve W. Berman (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725.3000
Facsimile: (510) 725.3001
lucasg@hbsslaw.com

Peter A. Shaeffer (admitted *Pro Hac Vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611

Telephone: (708) 628-4949
Facsimile: (708) 628-4950
petersh@hbsslaw.com

*Attorneys for Lead Plaintiff New Zealand Methodist Trust Association*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this Joint Status Report.

Dated:   January 19, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Melinda Haag*
       Melinda Haag
