SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILLIAM BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002

JEREMY T. ADLER (admitted *pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417

MELINDA HAAG (SBN 132612)
ROBIN LINSENMAYER (SBN 244656)
ERIKA K. HOGLUND (SBN 327781)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com
rlinsenmayer@paulweiss.com
ehoglund@paulweiss.com

KAREN L. DUNN (admitted *Pro Hac Vice*)
JUSTIN ANDERSON (admitted *Pro Hac Vice*)
JESSICA E. PHILLIPS (*Pro Hac Vice* forthcoming)
JAKE E. STRUEBING (*Pro Hac Vice* forthcoming)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com
jphillips@paulweiss.com
jstruebing@paulweiss.com

AUDRA J. SOLOWAY (admitted *Pro Hac Vice*)
JONATHAN HURWITZ (admitted *Pro Hac Vice*)
JASON A. DRISCOLL (*Pro Hac Vice* forthcoming)
BENJAMIN W. PEROTIN (*Pro Hac Vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 6th Ave.
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com
jdriscoll@paulweiss.com
bperotin@paulweiss.com

*Attorneys for Defendants Zuora, Inc.,*
*Tien Tzuo, and Tyler Sloat*

---

HAAG DECL. ISO DEFS.' OPP. TO PLS.' MOT. TO EXCLUDE EXPERT TEST. OF JEFFREY HAGINS    1
CASE NO.: 3:19-cv-03422-SI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**DECLARATION OF MELINDA HAAG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JEFFREY HAGINS**<br><br>Date:        March 3, 2023<br>Time:       10:00 a.m.<br>Dept.:      Courtroom 1, 17th Floor<br>Judge:     Hon. Susan Illston<br>Date Action Filed:  June 14, 2019 |

## DECLARATION OF MELINDA HAAG

I, Melinda Haag, declare as follows:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Jeffrey Hagins. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and relief, and if called to testify, I could competently do so.

2. Attached as **Exhibit 01** is a true and correct copy of excerpts from the deposition transcript of Robert Hildenbrand, Senior Vice President of Global Services during the Class Period, taken March 22, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

3. Attached as **Exhibit 02** is a true and correct copy of excerpts from the deposition transcript of Tien Tzuo, Zuora Chief Executive Officer during the Class Period, taken April 27, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

4. Attached as **Exhibit 03** is a true and correct copy of excerpts from the deposition transcript of Defendant's expert Jeffrey Hagins, taken October 10, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

5. Attached as **Exhibit 04** is a true and correct copy of excerpts from the deposition transcript of Marc Diouane, Zuora President during the Class Period, taken May 5, 2022. Plaintiffs' counsel received a copy of this transcript in its capacity as counsel of record for plaintiffs in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of January, 2023, at San Francisco, California.


By: _/s/ Melinda Haag_____
Melinda Haag


*Attorney for Defendants Zuora, Inc., Tien Tzuo and Tyler Sloat*