# EXHIBIT 01

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually    ) No. 3:19-cv-03422-SI
And On Behalf of All Other     )
Similarly Situated,            )
                               )
          Plaintiff,           )
                               )
    vs.                        )
                               )
ZUORA, INC., TIEN TZUO, and    )
TYLER SLOAT,                   )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA     )Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE     )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others    )
Similarly Situated,            )
                               )
                               )
          Plaintiff,           )
                               )
    vs.                        )
                               )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH   )
A. GOLDMAN, TIMOTHY HALEY,     )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,        )
et al.,                        )
                               )
                               )
          Defendants.          )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF

ROBERT HILDENBRAND

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

CONFIDENTIAL

Page 2

**ROBERT HILDENBRAND DEPOSITION,**

**Taken on behalf of the Plaintiffs, Commencing at 9:00 a.m. Pacific Time, on March 22, 2022, pursuant to notice.**

**BEFORE:   SHEILA MOORE, RPR, RMR, CMRS, CRR, CSR No. 501**

Page 51

And especially there would be -- if you had an external stimulus, say, he was having -- or an external event, right, he was having a meeting with a customer, you know, he would ask for an ad hoc update of, hey, how's the customer doing.  That's just the normal course of meeting preparation.

Q.  So if there was, like, a critical project or customer, Mr. Tzuo would want more regular updates; is that correct?

MR. ADLER:  Objection to form.

THE WITNESS:  Generally yes.

BY MR. SHAEFFER:

Q.  Are you familiar with the Keystone project?

A.  I am -- I am familiar with the Keystone integration approach between the Revenue and -- and Billing products.  You know, you're calling it a project, and you may be using it interchangeably, but Keystone is an integration approach between the Billing and the Revenue product.

Q.  So the Keystone integration approach --

A.  Um-hum.

Q.  -- would that be something that would rise to the level of providing more regular updates to Mr. Tzuo as that approach was being developed?

MR. ADLER:  Objection, form.

CONFIDENTIAL

Page 52

THE WITNESS:  Providing more frequent updates by who or from who?

BY MR. SHAEFFER:

Q.  From you to Mr. Tzuo, or from you to Mr. Sloat.

A.  The -- there was a -- there was -- what I would do is I would, especially as we got into 2019, I would report on those customers as a cohort.  So there was a group of roughly 20 of them that we would start to -- that we would start to track as a cohort to ensure that we were making progress on their deployment.  Would it be -- but I wouldn't say that I was reporting on them more frequently; they were simply a cohort that I would track together.

Q.  You said that started in 2019?

A.  Generally.

Q.  And when you were tracking them, were you providing updates to Mr. Tzuo?

A.  There was -- I can't tell you exactly what date it was in 2019, but what I would do -- I do recall providing updates to, you know, Mr. Tzuo and the broader EComm team of how that cohort was tracking. And that tracking continued, you know, throughout 2019, and into 2020, so that we can -- so that we could track and celebrate the successful go live of those customers.

CONFIDENTIAL

Page 53

Q.   I guess how often would these -- would these tracking updates be given?  Was it a weekly update?

A.   It would --

MR. ADLER:  Objection to form.

THE WITNESS:  It would be more than monthly.  As we got into -- later into 2019, and then into early 2020, the tracking progressed to being weekly as we -- as we saw that -- the customers moving towards and then hitting their successful go-live dates.

BY MR. SHAEFFER:

Q.   Do you know when the Keystone integration -- I'll refer to it as a project again, but I think you referred to it as just the Keystone integration approach --

A.   Mm-hmm.

Q.   -- when did that begin?

MR. ADLER:  Object to form.

THE WITNESS:  The approach of how to -- defining how to integrate the two products started, you know, approximately the time that Zuora acquired Leeyo software and acquired the WebPro product.

BY MR. SHAEFFER:

Q.   So that was in 2017?

CONFIDENTIAL

Page 71

So as -- any Enterprise software provider would have multiple products in their portfolio, right?  A generalized goal that you would achieve is integrate those products together, right?  And as I mentioned, it's not a binary event of it's integrated or it's not, right?  What -- what the -- what the progression in the middle is, is, for example, how many use cases do you cover?  What is the -- what is the level of, you know, manual activity that you would have to perform to get data from A to B?  You know, that goes to your earlier question, Mr. Shaeffer, about automation. What is the level that a professional services firm or a systems integrator would have to -- would have to exert to fill out all of the required use cases?

So in general, you know, those are three examples of what you would see as integration and degrees of integration across any Enterprise products.  And I make that based on my background of being in several leading ERP companies that have done and acquired integrated products.

Now more specifically to your question about Zuora, our strategy is consistent with that more generalized answer that I have.  So, for

Page 72

example, the -- you know, before Zuora acquired Leeyo, there are -- there were joint Zuora-Leeyo customers in the market and, you know, the products were integrated together for those specific customers.  So that's an example of the products being integrated, and as Leeyo was acquired as part of the normal product roadmap, you know, we would be strengthening the integration to, you know, cover an ever-increasing set of use cases and to reduce the time and effort required by a customer to deploy those products.  So that's, you know, as I drew out here in my air chart the progression of the integration, that's more specifically what I'm referring to.

BY MR. SHAEFFER:

Q.  So I want to unpack some of what you said.

A.  Um-hum.

Q.  It sounded like one maybe metric for how integrated Zuora's products might be might be the amount of use cases it covers; did I understand that correctly?

MR. ADLER:  Objection to form.

THE WITNESS:  A common metric of the integration of any Enterprise products would be the number of use cases it covers through the

CONFIDENTIAL

Page 73

prebuilt integration, and that statement applies to the Zuora integration between these two products as well.

BY MR. SHAEFFER:

Q. When you say these two products, you mean Zuora Billing and Zuora RevPro?

A. That is correct, Zuora Revenue, yeah.

Q. Let me take it a step back. What's a use case?

A. A use case is -- so in products and professional services, use case is a common term that you would use to say there are a series of things that your customer is gonna want to do with your system, right? They're gonna place an order this way. They're gonna create a product that way. They're going to, you know, produce an invoice. They're gonna collect a payment. Those are -- I stated those at a little higher level for simplicity, but those would be examples of use cases. And in the course of a -- any of our deployments you may have, you know, from dozens to hundreds of use cases that a customer is going to try to satisfy with both the out-of-the-box products, and then extensions, customizations, and configurations on top of that.

And normally it would be the role of the professional services firm or the systems integrator to -- to implement those use cases through both the

CONFIDENTIAL

Page 138

A.   The -- so across any -- any of our projects, right, you have the -- you have the project schedule that you define with the customer, right?  And then we track the performance against schedule, and quite often those project -- those project schedules get updated, often moved out.  So it's either my professional services team getting all the work done, having the customer getting the work done, having, you know -- getting the customer providing a status.  So that what I'm saying is there could be a variety of reasons.

Q.   A variety reasons for the project being delayed?

A.   Yeah, for any individual deployment project being delayed.  It's a -- it's not an unusual occurrence.

Q.   Okay.  I'd like to introduce another exhibit and I'm gonna do that right now.  This is gonna be, I believe, Exhibit 8.  I'm introducing it now.  It should be up on your screen momentarily.

A.   Pulling it up now.

Q.   Okay.

A.   Document ending in 3087.

Q.   That's right.  So, Mr. Hildenbrand, I've introduced Exhibit 8 to your deposition.  It is a document that is Bates stamped ZUO_00443051.  So I'd like you -- I'd like to first just direct your

CONFIDENTIAL

Page 139

attention to the last page in the document.

A.   Can you -- before you do that, can you give me a moment, please, just to orient myself with the document?

Q.   I really just want to confirm the metadata.  I want to confirm -- if you could just go to the last page of the document to begin with.  I just want to show you that you're a custodian for this document.

A.   What does -- in terms of custodian, what does that mean?

Q.   It means that this was a document that was in your possession when it was collected.  So I'm going back to the --

A.   Okay.

Q.   I just want to -- before we dig into this document I just want to go back to the top.  This document is dated July 13th, 2018, and the document title is Global Services Customer Account Portfolio Review for RevPro.  Do you see that?

A.   It's a big document so every time I scroll up and down it refreshes the whole thing.  Yeah, I see that -- I see that title.  That slide title on slide 2, or on page 2.

Q.   Do you -- did you take any part in drafting this document?