# EXHIBIT 02

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually   ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
              Plaintiff,      )
                              )
    vs.                       )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

        SUPERIOR COURT OF THE STATE OF CALIFORNIA
             FOR THE COUNTY OF SAN MATEO
ARIC OLSEN and JAMES ALPHA    ) Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
              Plaintiff,      )
                              )
    vs.                       )   CONFIDENTIAL
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
              Defendants.     )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF
TIEN TZUO
Wednesday, April 27, 2022

Reported by:
LISA ANDREASEN
CSR No. 9584
Job No. 5175889
PAGES 1 - 281

CONFIDENTIAL

Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually  ) No. 3:19-cv-03422-SI
And On Behalf of All Other    )
Similarly Situated,           )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
ZUORA, INC., TIEN TZUO, and   )
TYLER SLOAT,                  )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA    ) Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE    )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others   )
Similarly Situated,           )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH  )
A. GOLDMAN, TIMOTHY HALEY,    )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,       )
et al.,                       )
                              )
            Defendants.       )
_____)

Deposition of TIEN TZUO, Volume I, taken on behalf of Plaintiff, with the witness located in Palo Alto, California, beginning at 9:09 a.m. and ending at 6:33 p.m. on Wednesday, April 27, 2022, before LISA ANDREASEN, Certified Shorthand Reporter No. 9584.

CONFIDENTIAL

Page 111

goodness for RevPro -- excuse me, "Thank goodness for
Zuora + RevPro integration for a seamless
order-to-revenue process."  Do you see that?

A    I see what you've read before.

Q    Okay.  That's not describing a product
vision; right?

MS. MUCK:  Object to form.

THE WITNESS:  That could be all sorts of
things.  That could be Zuora the company.  It's hard
to know without more context.

BY MR. GILMORE:

Q    That's describing a capability that Zuora
solution has -- right? -- a Zuora plus RevPro
integration for a seamless order-to-revenue process;
right?

MS. MUCK:  Object to form.

THE WITNESS:  I'm sorry.  What's your
question?

BY MR. GILMORE:

Q    The tweet, the portion of the tweet saying,
"Thank goodness for Zuora + RevPro integration for a
seamless order-to-revenue process," that's describing
a current functionality that the Zuora solution has;
right?

MS. MUCK:  Object to form.

CONFIDENTIAL

Page 112

THE WITNESS:  I don't know how you can come to that conclusion.

BY MR. GILMORE:

Q    At this time of this tweet in June 5th, 2018, there was no Billing plus RevPro integration that could provide for a seamless order-to-revenue process; correct?

MS. MUCK:  Object to form.

THE WITNESS:  That's not correct.

BY MR. GILMORE:

Q    It's your testimony that as of June 5, 2018, there was a Billing plus RevPro integration that could provide for a seamless order-to-revenue process?

MS. MUCK:  Object to form.

THE WITNESS:  The RevPro product came from a company called Leeyo.  It was an independent company. We had joint customers or overlapping customers.  We had customers who bought the Leeyo product, RevPro. We had customers who bought the Billing product, and they were able to integrate the two products to achieve their business functions.

BY MR. GILMORE:

Q    The customers were?

A    The customers were.

Q    Okay.  And this is a tweet that's issued by

Page 113

Zuora; correct?

MS. MUCK:  Object to form.

THE WITNESS:  The tweet you're showing me is labeled Zuora.

BY MR. GILMORE:

Q   Okay.  Do you have any reason to believe that Zuora, Inc., the company that you founded did not issue this press release or this Twitter?

A   I don't know.  You presented this to me.  I'm going to assume that this is what you're representing.

Q   Okay.  At this time Zuora did not offer a Billing plus RevPro integration that could provide for a seamless order-to-revenue process; correct?

MS. MUCK:  Object to form.

THE WITNESS:  That sentence -- the full context of the sentence is we had customers with Zuora Billing.  We had customers with RevPro.  They were able to do the integration.  One of their asks was, can we make that integration easier by producing more capabilities on our side, and we had a desire to -- we had a project to fulfill that desire, and that project name was called Keystone.  And at this point in time, Keystone was underway.  I don't remember exactly how far it progressed.

///

CONFIDENTIAL

Page 163

customers and it's at risk at this point."  Did I read that correctly?

    A    You read what this -- this document is saying, the words on this document, yes.

    Q    Okay.  And this is informing the board of directors that the Keystone deployment team is seeing use cases that were not discovered in early analysis of Keystone; correct?

            MS. MUCK:  Object to form.

            THE WITNESS:  I wouldn't characterize it exactly like that.  I think this is a status report, an engineering status report brought up to the board member, and Keystone is one, as you can see, of many projects.

BY MR. GILMORE:

    Q    But under Keystone they write to the board, "We are seeing use cases which were not discovered in our early analysis."  Do you see that?

    A    I see that those are the words on the screen, on this document.

    Q    Okay.  And then it goes on further to inform the board that not supporting the use cases are roadblocks for -- to going live to several of our limited availability customers; correct?

            MS. MUCK:  Object to form.

Page 164

THE WITNESS:  I think Keystone was a project that was kicked off in this calendar year, and what you're seeing is a status report.  And it's not atypical for engineering projects at this point in the development to uncover things that have to be worked on.

BY MR. GILMORE:

Q   I understand.  But part of what they're -- what is being flagged for the board is that there's a risk at this point, and that is there's a prospect of engineering not being able to show support for these use cases; correct?

MS. MUCK:  Object to form.

THE WITNESS:  No, it doesn't say that at all.

BY MR. GILMORE:

Q   It says not supporting the use cases are roadblocks from going live to several of our limited availability customers, and it's a risk at this point; correct?

A   I think it says that this project there are a few customers that would benefit from the delivery of this capability and given that it's typical in this phase of an engineering deliverable that they're working out things that they see.  We're making sure the board understands there's a linkage between a

CONFIDENTIAL

Page 165

handful of customers, you know we saw the list --

right? -- and this project.  There's a dependency

between those two things.  And then that's why it's

also saying we're going to re-prioritize to make sure

we have enough resources and focus.  At least that's

what I'm interpreting from the words on the screen

here.

Q    But Keystone here is flagged as a risk at

this point, and there's no guarantee that it will be

developed in time; correct?

MS. MUCK:  Object to form.

THE WITNESS:  There's no guarantee that

anything will be delivered in time.  At this point, I

would not say based on the words in this document that

that's what we were saying.  We were not saying that.

BY MR. GILMORE:

Q    Okay.  You're flagging a risk to the board.

It's a risk at this point; correct?

MS. MUCK:  Object to form.

THE WITNESS:  I would have to look at the

rest of the document, but I'm sure that in the spirit

of transparency we flag all sorts of risks to the

board.

BY MR. GILMORE:

Q    You're flagging Keystone as a risk to the