# EXHIBIT 04

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS,                )
Individually and On     ) Case No. 3:19-cv-03422-SI
Behalf Of All Other     )
Similarly Situated,     )
                        )
            Plaintiff,  )
                        )
      vs.               )
                        )
ZUORA, INC., TIEN TZUO,)
and TYLER SLOAT,        )
                        )
            Defendants. )
_____)

REMOTE DEPOSITION OF MARC DIOUANE

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

(Via Zoom Videoconference)

Thursday, May 5, 2022

REPORTED BY:  Michelle Milan Fulmer
              CSR No. 6942, RPR, CRR, CRC

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Page 2**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS,                )
Individually and On    ) Case No. 3:19-cv-03422-SI
Behalf Of All Other    )
Similarly Situated,    )
                              )
            Plaintiff,  )
                              )
      vs.              )
                              )
ZUORA, INC., TIEN TZUO,)
and TYLER SLOAT,       )
                              )
            Defendants. )
_____)

        Remote deposition of MARC DIOUANE, taken before Michelle Milan Fulmer, a Certified Shorthand Reporter for the State of California, with principal office in the County of Orange, commencing at 9:05 a.m., Thursday, May 5, 2022.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 81

this presentation was drafted?

MS. MUCK:  Object to form.

THE WITNESS:  I don't know.  It's very technical.  I don't know.

BY MR. SHAEFFER:                                      11:09:30

Q    Okay.  Do you see Number 2, the row, there's a description of risk here.  It reads "We will not be able to meet our iteration 4 targets (scheduled for completion end of March)"?

Do you see that?                                      11:09:58

A    I can see it, yeah.

Q    Do you have any reason to believe at the time this presentation was written that this was not a risk to the Keystone initiative?

MS. MUCK:  Object to form.                            11:10:05

THE WITNESS:  I don't.  It's technical, as I said before.  I'm not capable to state this.

BY MR. SHAEFFER:

Q    Well, I understand it's a technical document, but I'm just -- I'm asking a slightly   11:10:15 different question for all these risks.  It's whether you have any reason to think that what's being presented here is inaccurate about the status of risks to the Keystone initiative.

MS. MUCK:  Object to form.  Asked and               11:10:27

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 82

answered.

THE WITNESS:  It's -- it's very common to all software development companies.  So there is nothing here that it's unusual in terms of new product developments.  Nothing unusual.                    11:10:45

BY MR. SHAEFFER:

Q    So I understand there's nothing unusual here, but I'm going to ask you again.

You don't have any reason to think that what's being listed here was not accurate at the    11:10:55 time that this presentation was drafted in March 2018?

MS. MUCK:  Object to form.

THE WITNESS:  As I said before, I have no reason, but I'm not technical to be able to say that    11:11:08 again.

BY MR. SHAEFFER:

Q    Okay.  But you have no reason to think that this is not accurate; right?

MS. MUCK:  Object to form.  Asked and    11:11:14 answered four times now.

THE WITNESS:  No reason.

BY MR. SHAEFFER:

Q    Okay.  Thank you.

Can you go to the next slide?                    11:11:26

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 83

A    Uh-huh.

Q    Again it says "Key Risks and Steps to Mitigate" at the top.

Do you see that?

A    Yeah.                                                          11:11:34

Q    There's a risk here in Row Number 3 and there's a description of risk that reads "As yet unknown or edge-cases associated with order items."

Do you see that?

A    I can see it.                                                  11:11:49

Q    Same question I asked you before.

Do you have any reason to think that this is not an accurate description of the risks -- of the risk to the Keystone initiative as of March 2018?                                                                11:12:01

MS. MUCK:  Object to form.

THE WITNESS:  No reason.

BY MR. SHAEFFER:

Q    I'm going to go down to Row Number 4 under the "Description of Risk" column.  It says "We will    11:12:07 not be able to demonstrate the end-to-end integration effectively."

Do you see that?

A    I can see it.

Q    Okay.  Any reason to think that this is not    11:12:17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 90

Do you see where you wrote that?

A    I can see it.

Q    So you were worried about Keystone's launch positioning in April 2018?

A    Once again, I believe the context is    11:21:29 really, really important.  The main body of this email was mainly focused on RevPro and I want you to not mix up RevPro and Keystone.

RevPro we sold and we were selling RevPro as a standalone solution as Leeyo used to do that;    11:21:47 and then as a part of the long-term strategy, it's my responsibility to focus on long-term and I was concerned about the Keystone launch, yes.

Q    Why were you concerned about the Keystone launch?    11:22:06

A    Like any responsible person, I've been a part of some meetings, which is a normal situation when you launch a new product.  It was not the first time for me to be a part of the launch of new products.  When you have, you know, some issues,    11:22:24 like any company, if there's an issue when you release a new product, you have to express a concern.  This is what I meant.

Q    Do you recall any specifics for why you were concerned in April 2018 about the Keystone    11:22:43

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 91

launch positioning?

A    We were really early, early at that time.
I mean, remember, if you go back to previous
questions and documents, we were early there and my
responsibility is to really express the concern as        11:23:00
potentially catalyst for the team to work even
harder and try to overcome all those normal
challenges in the process of launching new product.

Q    Do you recall in the last presentation I
showed you there was a slide that identified Zuora        11:23:18
as a Keystone early adopter?  Do you remember that?

A    I do remember, yes.

Q    Do you remember the slide, that slide said
that Zuora was not adopting all pieces of Keystone?
Do you remember that?        11:23:34

A    I do remember --

Q    So the fact --

A    -- it was written.

Q    Yeah.

So the fact that Zuora itself was not        11:23:40
adopting all pieces of Keystone gave you concern
about Keystone's launch positioning?

A    Not at all.

MS. MUCK:  Object to form.

THE WITNESS:  Sorry.        11:23:49

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 92

Not at all.  We are talking about early adopters.  So early adopter means what is -- it means what it means; okay?  So you don't know what you don't know.  This is where my concern were.

BY MR. SHAEFFER:                                11:24:09

Q    So at the time you wrote this email in April 2018, your concern was you didn't know what you didn't know about Keystone; is that right?

A    I said that in the early process of launching new product, new development product,    11:24:24 there are a lot of unknowns because it's complex product and it's a lot of use cases and every customer has a different use.  This is what I -- this is what I expressed.

Q    When you wrote this email, were you    11:24:42 concerned about Keystone's launch positioning because only 43 percent of the Keystone deliverables were expected to be available by March or April 2018?

A    No.  Once again, the context is really    11:25:07 important.

At that time, back to April 2018, we were not counting on Keystone from the booking perspective and the email says it clearly here.  We were in the process to continue to invest on RevPro    11:25:21