# EXHIBIT 02
# (This Document Filed Under Seal)