# EXHIBIT 04
# (This Document Filed Under Seal)