# EXHIBIT 05
# (This Document Filed Under Seal)