# EXHIBIT 06
# (This Document Filed Under Seal)