# EXHIBIT 07
# (This Document Filed Under Seal)