# EXHIBIT 08
# (This Document Filed Under Seal)