# EXHIBIT 09
# (This Document Filed Under Seal)