Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff and Class Representative*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>         Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS ZUORA, INC., TIEN TZUO, AND TYLER SLOAT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EVIDENCE** |

**DECLARATION OF STEVE W. BERMAN**

I, Steve W. Berman, declare as follows:

1. I am the Managing Partner of Hagens Berman Sobol Shapiro LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice pro hac vice before this Court. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. I submit this declaration in support of Lead Plaintiff's Opposition to Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat's Motion for Summary Judgment and to Exclude Evidence.

3. Attached as **Exhibit 1** is a true and correct copy of a May 30, 2019 press release from Zuora titled "Zuora Reports First Quarter Fiscal 2020 Results." This document is publicly available at https://s201.q4cdn.com/780506941/files/doc_news/Zuora-Reports-First-Quarter-Fiscal-2020-Results.pdf.

4. Attached as **Exhibit 2** is a true and correct copy of a transcript of Zuora's Q1 2020 Earnings Call, which took place on May 30, 2019. This document was marked as Plaintiffs' Exhibit 186 at the deposition of Tien Tzuo taken on April 27, 2022.

5. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Tavy Ronen, Ph.D., dated August 5, 2022, on behalf of Plaintiffs. This document was produced as part of this litigation.

6. Attached as **Exhibit 4** is a true and correct copy of an excerpt from a Zoom video recording of Zuora's January 28, 2019 executive committee meeting. This video was produced as part of this litigation, in native format, and is Bates-numbered ZUO_V_000039 with a timestamp of 1:31:54 to 1:36:42. This document was marked as Plaintiffs' Exhibit 173 at the deposition of Tien Tzuo taken on April 27, 2022. A native copy of this video clip is being filed with the Clerk of the Court.

7. Attached as **Exhibit 5** is a true and correct copy of an excerpt from a Zoom video recording of Zuora's January 28, 2019 executive committee meeting. This video was produced as part of this litigation, in native format, and is Bates-numbered ZUO_V_000039 with a timestamp of 2:21:31

to 2:23:03. This document was marked as Plaintiffs' Exhibit 176 at the deposition of Tien Tzuo taken on April 27, 2022. A native copy of this video clip is being filed with the Clerk of the Court.

8.      Attached as **Exhibit 6** is a true and correct copy of the Expert Report of Allen Ferrell, Ph.D., dated August 5, 2022, on behalf of Defendants. This document was produced as part of this litigation.

9.      Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Allen Ferrell, Ph.D., taken October 25, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

10.     Attached as **Exhibit 8** is a true and correct copy of a Zuora Keystone Discussion Paper for Q1 Fiscal 2020. This document was produced as part of this litigation and is Bates-numbered ZUO_00249589 through ZUO_00249591. This document was marked as Plaintiffs' Exhibit 307 at the deposition of Kevin Dages taken on October 28, 2022.

11.     Attached as **Exhibit 9** is a true and correct copy of an email chain dated April 11, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00003940 through ZUO_00003942. This document was marked as Plaintiffs' Exhibit 183 at the deposition of Tien Tzuo taken on April 27, 2022.

12.     Attached as **Exhibit 10** is a true and correct copy of an email chain dated July 22, 2018, and its attachment, a presentation entitled "Global Services[:] Delivering an Exceptional Customer Experience and Accelerating GS Scale," dated July 23, 2018. These documents were produced as part of this litigation and are Bates-numbered ZUO_00024538 and ZUO_00024539 through ZUO_00024573, respectively. These documents were collectively marked as Plaintiffs' Exhibit 223 at the deposition of Marc Diouane taken on May 5, 2022.

13.     Attached as **Exhibit 11** is a true and correct copy of an email chain dated March 4, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00119066 through ZUO_00119067. This document was marked as Plaintiffs' Exhibit 17 at the deposition of Robert Hildenbrand taken on March 22, 2022.

14.     Attached as **Exhibit 12** is a true and correct copy of an email chain dated January 23, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00100347.

This document was marked as Exhibit 28 at the deposition of Matthew Rochester taken on March 23, 2022.

15.    Attached as **Exhibit 13** is a true and correct copy of an email chain dated January 12, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00006603 through ZUO_00006606. This document was marked as Plaintiffs' Exhibit 27 at the deposition of Matthew Rochester taken on March 23, 2022.

16.    Attached as **Exhibit 14** is a true and correct copy of an email chain dated April 26, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00002381 through ZUO_00002383. This document was marked as Plaintiffs' Exhibit 116 at the deposition of Tyler Sloat taken on April 22, 2022.

17.    Attached as **Exhibit 15** is a true and correct copy of an email chain dated May 12, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00016479 through ZUO_00016484. This document was marked as Plaintiffs' Exhibit 96 at the deposition of Tom Krackeler taken on March 29, 2022.

18.    Attached as **Exhibit 16** is a true and correct copy of an email chain dated April 23, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00014512 through ZUO_00014514. This document was marked as Plaintiffs' Exhibit 24 at the deposition of Robert Hildenbrand taken on March 22, 2022.

19.    Attached as **Exhibit 17** is a true and correct copy of an email chain dated August 20, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00103043. This document was marked as Plaintiffs' Exhibit 167 at the deposition of Tien Tzuo taken on April 27, 2022.

20.    Attached as **Exhibit 18** is a true and correct copy of an email chain dated August 31, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00197981 through ZUO_00197984. This document was marked as Plaintiffs' Exhibit 127 at the deposition of Tyler Sloat taken on April 22, 2022.

21.    Attached as **Exhibit 19** is a true and correct copy of an email chain dated September 27, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00255414

through ZUO_00255416. This document was marked as Plaintiffs' Exhibit 226 at the deposition of Marc Diouane taken on May 5, 2022.

22.    Attached as **Exhibit 20** is a true and correct copy of an email chain dated September 22, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00028426. This document was marked as Plaintiffs' Exhibit 225 at the deposition of Marc Diouane taken on May 5, 2022.

23.    Attached as **Exhibit 21** is a true and correct copy of an email calendar invite dated August 24, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00103182 through ZUO_00103183. This document was marked as Plaintiffs' Exhibit 166 at the deposition of Tien Tzuo taken on April 27, 2022.

24.    Attached as **Exhibit 22** is a true and correct copy of an email chain dated September 25, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00028744 through ZUO_00028748. This document was marked as Plaintiffs' Exhibit 169 at the deposition of Tien Tzuo taken on April 27, 2022.

25.    Attached as **Exhibit 23** is a true and correct copy of an email chain dated November 8, 2018. This document was produced as part of this litigation and is Bates-numbered ZUO_00003083 through ZUO_00003092. This document was marked as Plaintiffs' Exhibit 131 at the deposition of Tyler Sloat taken on April 22, 2022.

26.    Attached as **Exhibit 24** is a true and correct copy of an email chain dated January 24, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00300588. This document was marked as Plaintiffs' Exhibit 228 at the deposition of Marc Diouane taken on May 5, 2022.

27.    Attached as **Exhibit 25** is a true and correct copy of an email chain dated January 26, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00175506 through ZUO_00175508. This document was marked as Plaintiffs' Exhibit 137 at the deposition of Tyler Sloat taken on April 22, 2022.

28.    Attached as **Exhibit 26** is a true and correct copy of an excerpt from a Zoom video recording of Zuora's January 28, 2019 executive committee meeting. This video was produced as part

of this litigation, in native format, and is Bates-numbered ZUO_V_000039 with a timestamp of 1:38:15 to 1:40:33. This document was marked as Plaintiffs' Exhibit 174 at the deposition of Tien Tzuo taken on April 27, 2022. A native copy of this video clip is being filed with the Clerk of the Court.

29.    Attached as **Exhibit 27** is a true and correct copy of an excerpt from a Zoom video recording of Zuora's January 28, 2019 executive committee meeting. This video was produced as part of this litigation, in native format, and is Bates-numbered ZUO_V_000039 with a timestamp of 2:12:40 to 2:14:35. This document was marked as Plaintiffs' Exhibit 175 at the deposition of Tien Tzuo taken on April 27, 2022. A native copy of this video clip is being filed with the Clerk of the Court.

30.    Attached as **Exhibit 28** is a true and correct copy of an email chain dated February 10, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00116115 through ZUO_00116117. This document was marked as Plaintiffs' Exhibit 230 at the deposition of Marc Diouane taken on May 5, 2022.

31.    Attached as **Exhibit 29** is a true and correct copy of a Zuora Board of Directors Meeting agenda dated February 28, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00000906 through ZUO_00000933. This document was marked as Plaintiffs' Exhibit 235 at the deposition of Marc Diouane taken on May 5, 2022.

32.    Attached as **Exhibit 30** is a true and correct copy of an email chain dated February 26, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00003649 through ZUO_00003650. This document was marked as Plaintiffs' Exhibit 233 at the deposition of Marc Diouane taken on May 5, 2022.

33.    Attached as **Exhibit 31** is a true and correct copy of an email chain dated March 4, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00119402 through ZUO_00119408. This document was marked as Plaintiffs' Exhibit 296 at the deposition of Jagan Reddy taken on May 22, 2022.

34.    Attached as **Exhibit 32** is a true and correct copy of a Zuora presentation entitled "Keystone Field Update" dated March 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00411288 through ZUO_00411305.

35. Attached as **Exhibit 33** is a true and correct copy of an email chain dated March 30, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00270902. This document was marked as Plaintiffs' Exhibit 238 at the deposition of Marc Diouane taken on May 5, 2022.

36. Attached as **Exhibit 34** is a true and correct copy of excerpts from a presentation entitled "FY'20Q1 Level 2 Deck Acquire and Expand" dated March 18, 2019. This document was produced as part of this litigation and the full presentation is Bates-numbered ZUO_00329758 through ZUO_00329837.

37. Attached as **Exhibit 35** is a true and correct copy of a "Fiscal Q4 2019 Q&A" document. This document was produced as part of this litigation and is Bates-numbered ZUO_00329659 through ZUO_00329670. This document was marked as Plaintiffs' Exhibit 148 at the deposition of Tyler Sloat taken on April 22, 2022.

38. Attached as **Exhibit 36** is a true and correct copy of SEC Form 4 (Statement of Changes in Beneficial Ownership) regarding Tyler Sloat, dated March 28, 2019. This document is publicly available via a web address identified in the document and was marked as Plaintiffs' Exhibit 150 at the deposition of Tyler Sloat taken on April 22, 2022.

39. Attached as **Exhibit 37** is a true and correct copy of an email chain dated May 2, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00004218 through ZUO_00004222. This document was marked as Plaintiffs' Exhibit 185 at the deposition of Tien Tzuo taken on April 27, 2022.

40. Attached as **Exhibit 38** is a true and correct copy of excerpts from a presentation entitled "FY'20Q1 Level 2 BoD Deck Money (Corporate)" dated May 2019. This document was produced as part of this litigation and the full presentation is Bates-numbered ZUO_00403093 through ZUO_00403195.

41. Attached as **Exhibit 39** is a true and correct copy of "PQR 5/8 Meeting Notes" dated May 8, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00367778 through ZUO_00367783.

42. Attached as **Exhibit 40** is a true and correct copy of a Zuora Board of Directors Meeting agenda dated May 22, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00001166 through ZUO_00001192. This document was marked as Plaintiffs' Exhibit 320 at the deposition of Kevin Dages taken on October 28, 2022.

43. Attached as **Exhibit 41** is a true and correct copy of 2019 Forbes Global 2000 List. Portions of the data can be viewed publicly and the spreadsheet is available for purchase at https://www.databahn.com/products/2019-global-2000-list-free-spreadsheet.

44. Attached as **Exhibit 42** is a true and correct copy of a transcript of Zuora's Q3 2018 Earnings Call, which took place on November 29, 2018. This document was marked as Exhibit 133 at the deposition of Tyler Sloat taken on April 22, 2022.

45. Attached as **Exhibit 43** is a true and correct copy of a transcript of Zuora's Q4 2019 Earnings Call, which took place on March 21, 2019. This document was marked as Plaintiffs' Exhibit 149 at the deposition of Tyler Sloat taken on April 22, 2022.

46. Attached as **Exhibit 44** is a true and correct copy of an email chain dated May 2, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00123831 through ZUO_00123838.

47. Attached as **Exhibit 45** is a true and correct copy of an excerpt from a Zoom video recording of Zuora's October 15, 2018 executive committee meeting. This video was produced as part of this litigation, in native format, and is Bates-numbered ZUO_V_000036 with a timestamp of 00:36:35 to 00:37:47. This document was marked as Plaintiffs' Exhibit 99 at the deposition of Tom Krackeler taken on March 29, 2022.A native copy of this video clip is being filed with the Clerk of the Court.

48. Attached as **Exhibit 46** is a true and correct copy of an email dated September 5, 2018, and its attachment, a presentation entitled "GTM Strategy and BP." These documents were produced as part of this litigation and are Bates-numbered ZUO_00027511 and ZUO_00027512 through ZUO_00027547, respectively. These documents were collectively marked as Plaintiffs' Exhibit 224 at the deposition of Marc Diouane taken on May 5, 2022.

49. Attached as **Exhibit 47** is a true and correct copy of a Zuora document. This document was produced as part of this litigation and is Bates-numbered ZUO_00329160 through ZUO_00329161. This document was marked as Plaintiffs' Exhibit 156 at the deposition of Tyler Sloat taken on April 22, 2022.

50. Attached as **Exhibit 48** is a true and correct copy of excerpts from Zuora's Form 10-K for the fiscal year ended January 31, 2019, which was filed on April 18, 2019. This document is publicly available and was marked as Plaintiffs' Exhibit 184 at the deposition of Tien Tzuo taken on April 27, 2022.

51. Attached as **Exhibit 49** is a true and correct copy of an email chain dated February 8, 2019. This document was produced as part of this litigation and is Bates-numbered ZUO_00265450 through ZUO_00265452. This document was marked as Plaintiffs Exhibit 229 at the deposition of Marc Diouane taken on May 5, 2022.

52. Attached as **Exhibit 50** is a true and correct copy of excerpts from the deposition transcript of Marc Diouane taken May 5, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

53. Attached as **Exhibit 51** is a true and correct copy of excerpts from the deposition transcript of Confidential Witness 3 (CW-3) taken May 11, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

54. Attached as **Exhibit 52** is a true and correct copy of excerpts from the deposition transcript of Confidential Witness 4 (CW-4) taken May 10, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

55. Attached as **Exhibit 53** is a true and correct copy of excerpts from the deposition transcript of Confidential Witness 2 (CW-2) taken June 9, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

56. Attached as **Exhibit 54** is a true and correct copy of the Expert Report of Charles R. Lundelius, Jr., CPA/ABV/CFF, dated September 16, 2022, on behalf of Plaintiffs. This document was produced as part of this litigation.

57.     Attached as **Exhibit 55** is a true and correct copy of excerpts from the deposition transcript of Charles R. Lundelius taken October 19, 2022. Defendants' counsel received a copy of this transcript in its capacity as counsel of record for Defendants in the above-captioned matter.

58.     Attached as **Exhibit 56** is a true and correct copy of the Reply Expert Report of Tavy Ronen, Ph.D., dated September 16, 2022, on behalf of Plaintiffs. This document was produced as part of this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 27, 2023                                  */s/ Steve W. Berman*
at Seattle, Washington                                   STEVE W. BERMAN