# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No. 3:19-cv-03422-SI |

## Expert Report of Tavy Ronen, Ph.D.

## August 5, 2022

# Table of Contents

I.    Scope of Assignment..................................................................................1

II.   Qualifications .............................................................................................3

III.  Summary of Opinions ................................................................................4

IV.  Relevant Background on Zuora...................................................................8

        A.    Zuora Products...............................................................................10

        B.    Zuora's Initial Public Offering ......................................................14

        C.    Selected Financial Data of Zuora ..................................................15

        D.    Zuora Sales and Marketing............................................................18

V.    Summary of Plaintiff's Allegations............................................................19

VI.  Assumptions ..............................................................................................21

VII. Economic Materiality of the Information Revealed in the Corrective
     Disclosure on May 30, 2019 .....................................................................21

        A.    Introduction...................................................................................21

        B.    Company Statements During the Class Period................................22

        C.    Analyst Commentary During the Class Period...............................25

        D.    Event Study of the Corrective Disclosure on May 30, 2019 .........28

VIII. Loss Causation and Artificial Inflation .....................................................29

        A.    Introduction to Loss Causation......................................................29

        B.    Corrective Disclosure on May 30, 2019 (Price Impact on May 31,
            2019).............................................................................................30

        C.    Economic Correspondence .............................................................33

            1.    Zuora Stock-Price Reaction to the Corrective Disclosure ....33

            2.    Commentary by Research Analysts .........................................34

            3.    Commentary by the Financial Press........................................38

            4.    Summary ..................................................................................42

        D.    Confounding Information ...............................................................42

        E.    Truth-on-the-Market ......................................................................45

        F.    Conclusion ....................................................................................45

IX.  Construction of the Artificial Inflation Ribbon...........................................46

        A.    Overview.......................................................................................46

        B.    Artificial Inflation for Zuora Common Stock................................47

X.    Calculation of Per Share Damages.............................................................50

- ii -

A.    Methodology to Calculate Damages ...............................................................51

## I.    SCOPE OF ASSIGNMENT

1.    On December 4, 2020, I submitted a report in the above-captioned matter (the "Class Certification Report"), which is incorporated herein by reference.  In the Class Certification Report, I opined:

> **Class Certification Opinion 1:** Throughout the Class Period,[1] Zuora common stock traded in an efficient market.  This opinion is based on a set of indicia that economic experts routinely use for assessing market efficiency in securities cases and which have been accepted by courts as indicators of an efficient market.

> **Class Certification Opinion 2:** The calculation of damages for violations of Section 10(b) of the Securities Exchange Act (and SEC Rule 10b-5) is subject to a common methodology that can be applied on a class-wide basis.[2]

---

[1]    Unless otherwise specified, all defined terms in the Class Certification Report have the same meanings in this report.

In its Order Granting Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, dated March 15, 2021 (the "Class Certification Order"), ECF No. 113, the Court granted Plaintiff's motion to certify the Class and defined the Class as follows: "All persons or entities who purchased or otherwise acquired publicly-traded common stock of defendant Zuora, Inc. during the period from April 12, 2018 to May 30, 2019 and who were damaged." Class Certification Order, p. 2.

During the Class Period, Zuora also had Class B common stock for which there was no public trading market.  *See* Zuora SEC Form 10-K filed April 18, 2019, p. 36.  I further discussed Zuora's Class B common stock in Section IV of the Class Certification Report.  In this Report, as in the Class Certification Report, common stock or stock refers to Zuora's Class A common stock.

The alleged corrective disclosure was made after the close of market on May 30, 2019, following which Zuora's stock price declined on May 31, 2019.  *See* Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws filed November 8, 2019 (the "Complaint"), ¶¶ 258-262.  I refer to the "Class Period (+1)" as the Class Period plus May 31, 2019.

[2]    Class Certification Report, ¶ 3.

2.     The Defendants did not dispute my analyses and opinions in the Class Certification Report.  On March 15, 2021, the Court certified the Class.[3]

3.     For this report, Counsel has asked me to offer additional opinions on:

(1)     the economic materiality of Defendants' alleged misrepresentations and omissions at issue in this litigation;

(2)     whether investor losses were proximately caused by the alleged misrepresentations and omissions (*i.e.*, "loss causation") and the quantification of the amount of loss attributable to the revelation of the allegedly misrepresented and omitted facts;

(3)     the quantification of the artificial inflation per share in Zuora common stock for each day during the Class Period that is attributable to the alleged misrepresentations and omissions; and

(4)     provide a model to quantify Rule 10b-5 damages for Zuora common stock on a per share basis that can be applied to each Class member based on the methodology described in my Class Certification Report.[4]

4.     In formulating my opinions set forth in this Report, I have assumed the allegations in the Complaint are true for purposes of this report.[5]  I have not been asked to and have made no independent assessment of the issues of liability in this case.

5.     My opinions are based upon my professional knowledge and experience, as well as on a review of materials relevant to this matter.  My report applies generally accepted and widely utilized economic, financial, and statistical analyses to form opinions regarding materiality, loss causation, and damages under Rule 10b-5.

---

[3]   Class Certification Order.

[4]   Class Certification Report, Section VII.

[5]   I have also reviewed the Order Denying Defendants' Motion to Dismiss, dated April 28, 2020 (the "MTD Order").

6.    In the course of my assignment, I have relied upon various materials which are cited in this report and are listed in **Exhibit 1**.  My conclusions are based on materials available to me as of the date of this report.

7.    I understand that discovery in this matter is ongoing and I reserve my right to amend this report to reflect any new relevant information made available to me, including but not limited to materials that may become available through discovery, reports and depositions of other expert witnesses, and future rulings from the Court in this matter.

## II.    QUALIFICATIONS

8.    I am a Professor of Finance at Rutgers University.  I also serve as the Vice-Director of the Whitcomb Center for Research in Financial Services at the Rutgers Business School.  I have also been on the faculties of several other universities, including New York University, Columbia University, and the University of Wisconsin at Madison. I have a Ph.D. in Finance from the New York University, Leonard N. Stern School of Business, and a B.A. in Economics from Wesleyan University.

9.    My areas of expertise include market microstructure, credit markets, and informational efficiency.  I have published numerous articles in peer-reviewed journals such as *Review of Financial Studies*, *Journal of Financial and Quantitative Analysis*, *Journal of Banking and Finance*, *Journal of Financial Markets*, *Management Science*, *Contemporary Accounting Research*, and others.

10.   I have been selected to serve on the program boards of several premier conferences in finance, including the *Western Finance Association Meetings*, *European Finance Association Meetings*, *Financial Management Association Meetings*, and *the Midwest Finance Association Meetings*, and have been selected to review papers for finance journals such as *Review of Financial Studies*, *Journal of Finance*, *Journal of Financial and Quantitative Analysis*, *Journal of Financial Markets*, *Journal of Banking and Finance*, *Journal of Empirical Finance*, *Journal of Financial Intermediation*, *Review of Quantitative Finance and Accounting*, *Journal of Economics and Business*, and *Review of Finance*.

11.   I have taught several courses in Finance, including Capital Markets and Investments, Corporate Finance, Financial Institutions and Markets, Foundations of

Finance, Investments and Portfolio Analysis, Financial Management, Advanced Financial Management, Corporate Finance, Microstructure (Ph.D. Course), and Credit Markets Microstructure (PhD. Course), among others.  I have also taught Managerial Economics and Macroeconomics.

12.    I have previously served as a testifying and consulting expert in several securities class actions.  I have prepared and submitted expert reports and testified based on the results of these analyses.

13.    My *curriculum vitae*, which contains my qualifications, publications, and expert engagements, is attached as **Exhibit 2** to this report.  My compensation, which is not dependent on my opinions expressed in this report or the outcome of this matter, is based on my standard rate of $750 per hour for my work in this matter.  I have received assistance from individuals who worked under my supervision and direction; their fees charged for this report are at their standard hourly rates.

## III.    SUMMARY OF OPINIONS

14.    Based on my review of the available evidence and the analyses performed to date, I have formed the following opinions, the detailed bases and explanations for which are provided in the rest of this report:

**Opinion 1:** The alleged misstatements and omissions made by Defendants were economically material to investors.  This opinion is based on the following:

(1)    During the Class Period, Defendants acknowledged in their filings with the SEC and on earnings calls with investors that issues pertinent to the allegations would be of concern to investors' evaluation of the Company's financial performance and growth prospects.

(2)    Over the course of the Class Period, commentary by securities analysts also confirms the economic importance of the integration of Zuora's Billing and RevPro products, and that the integration of these products was a key element of: (1) Zuora's growth strategy, including upsells and

cross-sells with additional products; (2) sales volume; and (3) ultimately revenue growth.

(3)     An event study analysis of the corrective disclosure made after the close of market on May 30, 2019 demonstrates the materiality of the alleged misrepresentations and omissions.  Zuora's stock price reaction amid high trading volume following the alleged corrective disclosure, along with contemporaneous commentary by securities analysts and the financial press, all support the materiality of the alleged misrepresentations and omissions.

**Opinion 2:** There is economic correspondence between the alleged misrepresentations and omissions that concealed adverse information about Zuora and the revelation of the truth, which when revealed proximately caused losses to investors.  The quantification of the losses to investors can be reliably measured by examining the stock price impact when the market learned the truth about the allegations.  It was foreseeable that withholding adverse information from investors regarding the product integration failure and corresponding sales execution issues would harm investors when the corrective information came to light.  This opinion is based on the following:

(1)     Analysis of the information disclosed on the alleged corrective disclosure date, including potentially confounding news; and

(2)     Analysis of Zuora's stock price reaction and trading volume following the alleged corrective disclosure and contemporaneous reaction of securities analysts and the financial press to the disclosure.

The corrective information revealing the truth concerning Defendants' alleged misrepresentations and omissions released after the close of market on May 30, 2019 proximately caused the decline of the artificially inflated Zuora stock price. I calculate the excess share price decline of Zuora's common stock on May 31, 2019 (the price impact date) to be $5.53 per share or 27.80% of Zuora's prior day's closing stock price.

- 5 -

**Opinion 3:** The alleged misrepresentations and omissions proximately caused Zuora's common stock price to be maintained at artificially inflated levels throughout the Class Period. I estimate the level of artificial inflation for each day during the Class Period based on the artificial inflation that was eliminated from the market price of Zuora common stock on the corrective disclosure impact date (May 31, 2019), taking into account whether any change in the level of artificial inflation is necessary over time.[6] **Figure 1** summarizes total artificial inflation in Zuora's stock price during the Class Period (represented by the maroon line) and also presents the *Dura* limitation to damages (represented by the purple line). **Appendix B** contains the total artificial inflation after accounting for the *Dura* limitation for each day in the Class Period.[7]

---

[6]   As discussed below, my damages model can easily be adjusted to accommodate any changes to the inflation ribbon as determined by the finder of fact.

[7]   **Figure 1** and **Appendix B** include a limitation on recoverable damages based on *Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2004) ("*Dura*"). It is my understanding that the "*Dura* limitation" is equal to the measure of the excess price change related to the allegations on the price impact date of the corrective disclosure (*i.e.*, the dollar decline due to revelation of the alleged misrepresentations and omissions).

**Figure 1: Zuora Stock Price and Artificial Inflation in Zuora Common Stock
(April 12, 2018 - May 31, 2019)**



**Opinion 4:** Under Rule 10b-5, per share damages (before any statutory limitations) for any Class member are calculated as the difference between (i) artificial inflation in the stock price when the Class member purchased the stock and (ii) artificial inflation in the stock price when the Class member sold the stock. If a Class member bought Zuora common stock when the stock price was artificially inflated and held through the alleged corrective disclosure on May 30, 2019, the investor was harmed by the amount of artificial inflation per share shown in **Figure 1** above (or in **Appendix B**) on the purchase date (artificial inflation on the date of sale is zero in this case).[8] If an investor who purchased Zuora common stock during the

---

[8]  In addition, as discussed in Section X below, I account for the 90-day period following the end of the Class Period. I understand that under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a plaintiff may not recover more than the difference

Class Period did not hold the stock through the alleged corrective disclosure date, then the investor has zero damages for that particular purchase.

15.     The rest of this report is organized as follows: Section IV provides an overview of Zuora; Section V contains a summary of Plaintiff's allegations in this action; Section VI contains assumptions provided to me; Section VII demonstrates the economic materiality of the alleged misstatements and omissions to the price of Zuora common stock; Section VIII establishes loss causation and determines the magnitude of the price impact of the alleged corrective disclosure on Zuora's common stock; Section IX quantifies the daily artificial inflation per share during the Class Period; and Section X calculates per share damages for Zuora common stock under Rule 10b-5.

## IV.    RELEVANT BACKGROUND ON ZUORA

16.     Zuora was incorporated in 2006 in the state of Delaware and began operations in 2007.[9]   The Company provides cloud-based software solutions for management of subscription business models and describes its business as follows:

> Zuora is a leading cloud-based subscription management platform.  We provide software that enables companies across multiple industries and geographies to launch, manage or transform to a subscription business model. Architected specifically for dynamic, recurring subscription business models, our cloud-based software functions as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-revenue process, including billing and revenue recognition. Our solution enables businesses to easily change pricing and packaging for products and services to grow and scale, to efficiently comply with revenue recognition standards, and to build meaningful relationships with their subscribers.[10]

---

between the purchase price and the mean trading price of the stock during the 90-day lookback period, or rolling average through the date of sale if sold during the lookback period.  *See* 15 U.S.C. § 78u-4(e)(1).

[9]     Zuora SEC Form 10-K filed April 18, 2019, p. 67.

[10]    Zuora SEC Form 10-K filed April 18, 2019, p. 2.

17.    The Company coined the term "Subscription Economy" to describe "a new business landscape in which traditional product or service companies shift toward subscription business models," where products and services can be priced based on usage, consumption, and outcomes.[11]  According to Zuora, trying to employ legacy Enterprise Resource Planning ("ERP") systems (that were designed for traditional business models) for subscription businesses resulted in "prolonged and complex manual downstream work, hard-coded customizations, a proliferation of stock-keeping units, or SKUs, and inefficiency":

> In traditional business models, order-to-cash was a linear process - a customer orders a product, is billed for that product, payment is collected, and the revenue recognized.  ERP systems were not specifically designed to handle the complexities and ongoing customer events of recurring relationships and their impact on areas such as billing proration, revenue recognition, and reporting in real-time.  Trying to use this legacy software to build a subscription business frequently results in prolonged and complex manual downstream work, hard-coded customizations, a proliferation of stock-keeping units, or SKUs, and inefficiency.[12]

18.    During the Class Period, Zuora promoted its software as a means to circumvent the inefficiencies of legacy ERP systems:

> To be successful in the Subscription Economy, companies need a subscription management hub that serves as the system of record for this new business model.
>
> This system needs to enable a wide range of pricing models, respond to critical customer events, enable quick experimentation and iteration, track the entire subscriber lifecycle, and produce critical business metrics.  Businesses also need to orient their order-to-cash processes around this hub and connect it to their CRM and financial systems.[13]

---

[11]  Zuora SEC Form 424B4 filed April 12, 2018, p. 97.

[12]  Zuora SEC Form 424B4 filed April 12, 2018, p. 101.

[13]  Zuora SEC Form 424B4 filed April 12, 2018, p. 102.

A.  Zuora Products

19.    Zuora stated that it derived substantially all of its "revenue and cash flows from sales of subscriptions and associated deployment of our Zuora Central Platform and our Zuora Billing and Zuora RevPro products."[14]

20.    Zuora promoted its Zuora Central Platform and its two "flagship products" – Zuora Billing (launched in fiscal 2008)[15] and Zuora RevPro (added when Zuora acquired Leeyo in May 2017)[16] – and further described its products and solutions as follows:

> Our solution is the system of record for our customers' subscription business models and consists of three components: our Zuora Central Platform, order-to-revenue products, and an application marketplace.
>
> **Zuora Central Platform**
>
> Our Zuora Central Platform acts as an intelligent subscription management hub, allowing customers to orient order-to-revenue operations around it to create a dynamic order-to-revenue process designed specifically for subscription business models.  Our Zuora Central Platform is composed of six core engines.
>
> • **Pricing Engine** allows customers to price and package in minutes without having to recode or re-engineer back-office systems.  This includes mixing and matching one-time, recurring, or usage pricing models in order to design strategic and tailored pricing plans.
>
> • **Subscription Orders Engine** automates the subscription management lifecycle and recalculates billing, payments, and revenue for events during the subscriber lifecycle.

---

[14]  Zuora SEC Form 424B4 filed April 12, 2018, p. 16; and Zuora SEC Form 10-K filed April 18, 2019, p. 9.

[15]  Zuora SEC Form 424B4 filed April 12, 2018, p. 67.

[16]  Zuora SEC Form 424B4 filed April 12, 2018, pp. 14, 68.

• **Rating Engine** enables our customers to meter and rate any monetization or account model so their customers are charged accurately.

• **Global Payments Engine** simplifies worldwide payment operations by enabling our customers to charge using over 30 pre-built payment gateways, over 150 supported currencies, and over 20 supported payment methods.

• **Subscription Metrics Engine** provides reporting and insight into metrics required to run a subscription business.

• **Subscription Accounting Engine** increases business agility by helping our customers close their books with audit-ready, automated financial operations.

**Products**

We can deploy and configure our portfolio of order-to-revenue products to meet a wide variety of use cases for subscription business models.

We offer two flagship products:

• **Zuora Billing**.  Designed specifically for subscription billing, Zuora Billing allows our customers to bill in multiple ways, calculate prorations when subscriptions change, and to group customers into batches for different billing and payment operations.  The product also helps our customers set payment terms, manage hierarchical billing relationships, consolidate invoicing across multiple subscriptions, and collect revenue using a global network of payment gateways.

• **Zuora RevPro**.  Zuora RevPro is a revenue recognition automation solution that enables our customers to group transactions of goods and services into revenue contracts and performance obligations in accordance with the new ASC 606 / IFRS 15 revenue standards.  Zuora RevPro helps our customers automate revenue and deferred revenue management in accordance with their accounting policies, business rules, and pricing models.

We also offer add-on products including:

- 11 -

• **Zuora CPQ**. Designed specifically for configuring deals, pricing, and quoting in a subscription business, Zuora CPQ allows our customers to configure any type of deal, such as multi-year subscriptions, and price ramp deals and use the rules engine and guided selling workflows to scale their sales team.

• **Zuora Collect**. Specifically designed to handle the complicated function of collections associated with dynamic subscription-based businesses, Zuora Collect helps our customers streamline their collections processes by configuring their own automated dunning workflow, orchestrating various retry rules for electronic payments, and targeting the root cause of a payment decline.

**Zuora Marketplace**

The Zuora Marketplace offers industry-specific tools and third-party applications that extend Zuora's capabilities for our customers. The Zuora Marketplace has dozens of applications and features from over 50 partners. Applications include a broad range of applications needed by subscription businesses, such as pre-built general ledger connectors, pre-built tax connectors, pre-built payment gateways connectors, pre-built lockbox connectors, developer applications, and collections applications.[17]

21. Among other benefits to its customers, Zuora claimed that its products enabled companies to:

• **Reduce Time to Market**. Zuora significantly reduces the time required to go-to-market with new subscription offerings and to iterate on the pricing and packaging of existing offerings, enabling businesses to quickly react to changing market and customer needs, launch new services, and enter new markets. Changes can be made in minutes without having to re-code or re-engineer back office systems.

• **Increase Operational Efficiencies.** Customers regularly make changes to their subscriptions. Zuora automates these processes and reduces the impact of changes, including proration for invoices, changes to revenue recognition, taxation,

---

[17] Zuora SEC Form 10-K filed April 18, 2019, pp. 3-4.

provisioning, and reporting.  Automating these functions saves businesses valuable time and resources by eliminating manual processes and customizations, increasing operational efficiencies.

• **Free Up IT and Engineering Resources**.  Our cloud-based solution reduces both system complexity and costs.  With Zuora, engineering and IT departments no longer need to build in-house custom systems or customizations for their Enterprise Resource Planning (ERP) systems to keep up with market changes, ongoing customer demands, and new order-to-cash processes.

• **Establish a Single System of Record**. Our solution captures financial and operational data and enables subscription businesses to have a single system of record rather than having to reconcile data from multiple systems.  Key business metrics can be accessed at any point in time to make critical business decisions.

• **Make Customer Data-Driven Decisions**. Because our solution serves as a single source of data and information for subscribers, companies can use Zuora to gain insight into customer behavior. This helps them understand their subscribers better, predict up-sell opportunities, and increase customer retention.

• **Access Growing Ecosystem of Order-to-Revenue Software Partners**. Our solution has over 50 pre-built connectors to various order-to-revenue software partners, including payment gateways, tax vendors, general ledgers, and Customer Relationship Management (CRM) systems. Rather than building integrations for each of these, our customers can take advantage of pre-built connectors to extend the capabilities of Zuora for specific industries.

• **Support Rapid International Expansion**. With over 30 pre-built payment gateways, over 150 supported currencies, and over 20 supported payment methods, our solution enables companies to quickly expand internationally and acquire and support customers in new geographical regions. We believe we are well-positioned to capitalize on what we see as a broad, industry-wide shift towards subscription business models. We have spent over a decade doing three things: building leading and differentiated technology, enhancing our proprietary

- 13 -

deployment methodology, and deploying a business model that enables us to deliver on our mission and achieve long-term sustainable growth.

• **Automate Revenue Recognition**. In light of the accounting complexities associated with subscription models, our revenue recognition product automates revenue recognition processes in compliance with accounting standards and reduces our customers' reliance on error-prone manual processing and spreadsheets.[18]

B.   Zuora's Initial Public Offering

22.   In April 2018, Zuora completed its Initial Public Offering ("IPO") in which it issued and sold 12.7 million of its newly authorized Class A shares at a price of $14.00 per share.[19]  On April 12, 2018, Zuora Class A common stock was listed and began trading on the New York Stock Exchange (the "NYSE") under the symbol "ZUO."[20]

23.   Prior to the completion of the IPO, the Company reclassified 30.5 million of its then outstanding common stock as Class B common stock.[21]  In addition, all shares of convertible preferred stock outstanding prior to the IPO were converted on a one-to-one basis into 62 million shares of Class B common stock.[22]  There is no public trading market for the Class B shares.[23]  Holders of Class A and Class B shares are entitled to one vote and ten votes per share, respectively.[24]  Class B shares have the right to be converted to Class A shares at any time at the option of the stockholder and are automatically converted

---

[18]   Zuora SEC Form 10-K filed April 18, 2019, pp. 2-3.

[19]   Zuora SEC Form 10-K filed April 18, 2019, p. 67.

[20]   Zuora SEC Form 10-K filed April 18, 2019, p. 36.

[21]   Zuora SEC Form 10-K filed April 18, 2019, p. 67.

[22]   Zuora SEC Form 10-K filed April 18, 2019, p. 67.

[23]   Zuora SEC Form 10-K filed April 18, 2019, p. 36.

[24]   Zuora SEC Form 10-K filed April 18, 2019, p. 82.

into Class A common stock upon sale or transfer, subject to certain limited exceptions.[25] Other than these aspects, the two classes of common stock are identical.[26]

24.    During the fiscal year ended January 31, 2019, approximately 63.5 million shares were converted from Class B to Class A common stock and, as of January 31, 2019, there were 77.1 million shares of Class A common stock and 32.6 million shares of Class B common stock outstanding.[27]   As of May 31, 2019, the number of Class A common stock outstanding was 86.5 million and that of Class B common stock was 24.6 million.[28]

C.    Selected Financial Data of Zuora

25.    Zuora's revenue was composed of subscription revenue and professional services revenue that the Company explained as:

> Subscription revenue consists of fees for access to, and use of, our products, as well as customer support. We generate subscription fees pursuant to non-cancelable subscription agreements with terms that typically range from one to three years.  Subscription revenue is primarily based on fees to access our services platform over the subscription term.
>
> Professional services revenue consists of fees for services related to helping our customers deploy, configure, and optimize the use of our solutions.   These services include system integration, data migration, process enhancement, and training.  Professional services projects generally take three to twelve months to complete.   Once the contract is signed, we generally invoice for professional services on a time and materials basis, although we occasionally engage in fixed- price service engagements and invoice for those based upon agreed milestone payments.[29]

---

[25]   Zuora SEC Form 10-K filed April 18, 2019, p. 87.

[26]   Zuora SEC Form 10-K filed April 18, 2019, p. 87.

[27]   Zuora SEC Form 10-K filed April 18, 2019, p. 67.

[28]   Zuora SEC Form 10-Q filed June 11, 2019, cover page.

[29]   Zuora SEC Form 10-K filed April 18, 2019, p. 42.

26.    **Figure 2** below is a summary of Zuora's reported revenue, gross profit, and net loss for fiscal years 2017 to 2019:

**Figure 2: Selected Financial Data of Zuora**

| in thousands, except per share data | Fiscal Year Ended January 31, | | |
|---|---|---|---|
| | **2019** | **2018** | **2017** |
| Subscription revenue | $168,798 | $120,373 | $89,836 |
| Professional services revenue | $66,398 | $47,553 | $23,172 |
| Total revenue | $235,196 | $167,926 | $113,008 |
| | | | |
| Gross profit: | | | |
| Subscription gross profit | $125,805 | $89,296 | $66,996 |
| Professional services gross profit | ($7,199) | ($1,276) | ($2,150) |
| Total gross profit | $118,606 | $88,020 | $64,846 |
| | | | |
| Net loss | ($77,590) | ($47,155) | ($39,098) |
| Net loss per share | ($0.85) | ($1.78) | ($1.64) |

Source: Zuora SEC Form 10-K filed April 18, 2019, p. 63.

27.    Zuora's subscription revenue was recurring in nature and consisted of fees for access to, and use of, Zuora's products, as well as customer support.[30]  Zuora stated:

> Our business is based on a recurring revenue model, with our subscriptions having fixed and variable pricing components. Our subscription agreements typically range from one to three years. We charge an annual fixed platform fee ranging from $25,000 to $500,000 or more, depending on the *Zuora Central Platform* edition and associated level of functionality. In addition to the base platform fee, we charge annual committed volume fees based on anticipated usage of our products. Volume fees are based on posted invoice volumes for *Zuora Billing* and on the customer's annual revenue volume for *Zuora RevPro*.  Our variable pricing components are designed to align our success with our customers' success in the Subscription Economy as they expand usage and reliance on our products.[31]

---

[30]   Zuora SEC Form 10-K filed April 18, 2019, p. 42.

[31]   Zuora SEC Form 424B4 filed April 12, 2018, p. 69.

28.    Professional services revenue consisted of "fees for services related to helping our customers deploy, configure, and optimize the use of our solutions. These services include system integration, data migration, process enhancement, and training. Professional services projects generally take three to twelve months to complete."[32]

29.    Zuora also identified two key metrics:

(1)    **Customers with Annual Contract Value (ACV) Equal to or Greater than $100,000**
We believe our ability to enter into larger contracts is indicative of broader adoption of our solution by larger organizations.  It also reflects our ability to expand our revenue footprint within our current customer base ….

(2)    **Dollar-Based Retention Rate**
We believe our dollar-based retention rate is a key measure of our ability to retain and expand revenue from our customer base over time ….[33]

30.    **Figure 3** below is a chart of Zuora's daily closing stock price and volume during the Class Period.

---

[32]    Zuora SEC Form 10-K filed April 18, 2019, p. 42.

[33]    Zuora explained: "We calculate our dollar-based retention rate as of a period end by starting with the sum of the ACV from all customers as of twelve months prior to such period end, or prior period ACV. We then calculate the sum of the ACV from these same customers as of the current period end, or current period ACV. Current period ACV includes any upsells and also reflects contraction or attrition over the trailing twelve months, but excludes revenue from new customers added in the current period. We then divide the current period ACV by the prior period ACV to arrive at our dollar-based retention rate."  Zuora SEC Form 10-K filed April 18, 2019, p. 41.

- 17 -

**Figure 3: Zuora Daily Closing Stock Price and Volume
(April 12, 2018 - May 31, 2019)**



Source: Bloomberg.

D. Zuora Sales and Marketing

31. As of April 18, 2019, Zuora described its sales model as "mature" with a "nimble, enterprise-scale sales and field organization" that offered the Company "significant advantages":

> We have a mature enterprise sales model and have built and trained a nimble, enterprise-scale sales and field organization. Because of the transformative nature of our solution, especially in larger organizations, the selling process is often complex and can involve agreement across multiple departments inside an organization, including the chief executive officer. Over the years, we have developed methodologies and best practices to enable our sales teams to be successful at navigating these challenges and have built these learnings into our sales enablement and training to ensure successful onboarding and productivity of new sales account executives. We believe our

- 18 -

<u>mature sales methodologies and processes offer us significant advantages</u>, particularly in long enterprise sales-cycles. Our sales teams are organized by geographic territories, customer size, and customer verticals. We plan to continue to invest in our direct sales force to grow our enterprise customer base, both domestically and internationally.[34]

## V.    SUMMARY OF PLAINTIFF'S ALLEGATIONS

32.    Plaintiff alleges that Defendants made "false and misleading statements and omissions about the functionality of Zuora's subscription order-to-cash platform, Zuora Central, and its flagship software application products, Zuora Billing and Zuora RevPro."[35] In particular, the Complaint alleges:

> Throughout the Class Period, Zuora represented Zuora Central acted as an intelligent subscription management hub that automated, integrated and orchestrated the entire subscription order-to-cash process, including billing through Zuora Billing, and revenue recognition through Zuora RevPro. Defendants, however, concealed the existence of significant technical challenges that prevented the successful integration of Zuora's two core products, ultimately resulting in reduced revenue growth, missed sales, and waning demand for Zuora's platform and applications. Defendants' misrepresentations about the functionality and configuration of Zuora's principal offerings inflated the price of Zuora's common stock until Defendants' disclosure of the integration failure resulted in sales execution issues and disappointing financial performance and outlook, causing the stock price to plummet.[36]

33.    According to the Complaint, "[u]nbeknownst to investors, Defendants materially misrepresented the functionality of its solution in the Registration Statement and omitted to disclose a fundamental technical challenge adversely impacting its Central

---

[34]    Zuora SEC Form 10-K filed April 18, 2019, p. 5 (emphasis added).

[35]    Complaint, ¶ 1.

[36]    Complaint, ¶ 1.

platform and related software application products. Specifically, customers using Zuora Billing and Zuora RevPro could not successfully integrate the data from both systems."[37]

34.   The Complaint alleges that "Defendants knew of the integration failure between Zuora Billing and RevPro before and throughout the entirety of the Class Period, based on their knowledge of failed internal and external implementation projects."[38,39]

35.   The Complaint further alleges that "the integration failure between Zuora's flagship products was resulting in severe sales execution issues, reduced upsell opportunities, and diminished demand for Zuora Central and other homegrown products such that the described method for revenue growth was not viable or sustainable."[40]

36.   The Complaint also alleges that the integration failure "caused serious sales execution problems, and ultimately resulted in reputational damage and reduced demand for all of Zuora's products."[41]

37.   Finally, the Complaint alleges that after corrective information was disclosed to the market after the close on May 30, 2019, shares of Zuora common stock declined on May 31, 2019, causing investor losses when the relevant truth concealed by the alleged material misstatements and/or omissions was revealed.[42]

---

[37]   Complaint, ¶ 59.

[38]   Complaint, ¶ 66.

[39]   In its MTD Order, the Court stated, "The complaint sufficiently alleges that throughout the class period, defendants repeatedly marketed Zuora's platform and applications as a functioning, combined solution when in fact Billing and RevPro only could function as standalone products."  MTD Order, p. 15.

[40]   Complaint, ¶ 188.  In its MTD Order, the Court stated, "The complaint also links defendants' representations about the functionality and integration of its products with the statements relating to growth and growth strategy."  MTD Order, p. 16.

[41]   Complaint, ¶ 88.

[42]   Complaint, ¶¶ 258-262.

## VI.    ASSUMPTIONS

38.    For the purposes of this report, I assume that Plaintiff will ultimately prevail on issues of liability and that the Defendants will be found liable for the misstatements and omissions that are alleged by Plaintiff.

39.    I have been instructed to assume that Zuora should have disclosed the alleged misrepresentations and omissions during the Class Period.  I have also been instructed to assume that all the reasons provided by Zuora management for lowered guidance for fiscal year and second quarter of 2020 are subsumed in the information that Zuora failed to disclose to the market.  Further, I have been asked to assume that all the sales execution issues mentioned by management on the earnings call on May 30, 2019 were a result of the product integration failure alleged in the Complaint.

## VII.    ECONOMIC MATERIALITY OF THE INFORMATION REVEALED IN THE CORRECTIVE DISCLOSURE ON MAY 30, 2019

### A.  Introduction

40.    In this section, I consider whether there is support for the conclusion that the alleged misrepresentations and omissions were material to investors, *i.e.,* that "there [was] a substantial likelihood that the disclosure of the omitted fact[s] would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available."[43]

41.    In my analysis of economic materiality, I consider statements made by the Company and by securities analysts following Zuora (*see* Sections 41 and VII.C) that demonstrate the economic importance of the functionality of Zuora's subscription order-to-cash Zuora Central platform and of the integration between Zuora's Billing and RevPro products, and that the integration of these products was a key element of Zuora's growth and sales execution strategies including upsells and cross-sells with additional products, transaction volume, and ultimately revenue growth.  I also consider my event study of the

---

[43]    *Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988) at 231-2.

corrective disclosure on May 30, 2019, when the truth about the Company's alleged misrepresentations and omissions regarding the functionality and integration of Zuora's products that resulted in sales execution issues was revealed to the market (*see* Sections VII.D and VIII).[44]

B. Company Statements During the Class Period

42.    Company statements made in Zuora's SEC filings and by Defendants during conference calls throughout the Class Period demonstrate the economic importance of the functionality of Zuora's subscription order-to-cash Zuora Central platform and of the integration between Zuora's Billing and RevPro products, and that the integration of these products was a key element of Zuora's growth and sales execution strategies including upsells and cross-sells with additional products, transaction volume, and ultimately revenue growth.  Some examples of such statements include:

> Ten years ago, we coined the term "Subscription Economy" to describe this new world.  We foresaw a new business landscape in which traditional product or service companies shift toward subscription business models…
>
> This shift in business models is creating a unique opportunity to disrupt the current enterprise software landscape.  Traditional enterprise resource planning, or ERP, systems were built in the 1970s for product-based businesses, and these product-centric architectures do not adequately support the new requirements that companies face in the Subscription Economy. This new Subscription Economy requires different systems for managing the dynamic nature of ongoing relationships with subscribers.
>
> We believe we are well-positioned to capitalize on this shift in business models and have spent the last ten years building and selling a leading and differentiated solution, and enhancing our proprietary deployment methodology and business model.
>
> Architected specifically for dynamic, recurring subscription business models, our solution functions as an intelligent subscription management hub that automates and orchestrates

---

[44]  The event study methodology is described in detail in the Class Certification Report, Appendix C.

the entire subscription order-to-cash process, including billing and revenue recognition. Our cloud- based software solution is the new system of record for subscription businesses.[45]

*\*\*\**

Zuora is a leading cloud-based subscription management platform. We provide software that enables companies across multiple industries and geographies to launch, manage or transform to a subscription business model. Architected specifically for dynamic, recurring subscription business models, our cloud-based software functions as an intelligent subscription management hub that automates and orchestrates the entire subscription order-to-revenue process, including billing and revenue recognition. Our solution enables businesses to easily change pricing and packaging for products and services to grow and scale, to efficiently comply with revenue recognition standards, and to build meaningful relationships with their subscribers.[46]

*\*\*\**

Zuora's subscription management technology … you can quote, order, bill, recognize revenue, report, and automate the entire customer lifecycle from a single platform.[47]

*\*\*\**

[TIEN TZUO, FOUNDER AND CEO, ZUORA, INC.] Now, all of our products are underpinned, of course, by our Zuora Central Platform. It's a dynamic hub designed specifically to orchestrate and automate the entire subscription order-to-cash process. This is done through our six core engines, including our pricing engine, subscription order, rating, global payments, subscription metrics, and subscription accounting. All

---

[45]   Zuora SEC Form 424B4 filed April 12, 2018, pp. 1-2 (emphasis added).

[46]   Zuora SEC Form 10-K filed April 18, 2019, p. 40 (emphasis added).

[47]   Complaint, ¶ 160, which states that Zuora's website made this statement throughout the Class Period (emphasis added).

- 23 -

> contributing to make our solution the system of record around the transactional data for the customer.[48]

43.   Zuora also acknowledged the importance to its growth prospects and financial performance of the successful deployment and functionality of its products to meet customer demands:

> We derive substantially all of our revenue and cash flows from sales of subscriptions and associated deployment of our Zuora Central platform and our Zuora Billing and Zuora RevPro products.  As such, the continued growth in market demand for these products is critical to our success.  … If we are unable to meet customer demands in creating a flexible solution designed to address all these needs or otherwise achieve more widespread market acceptance of our solution, our business, operating results, financial condition, and growth prospects would be adversely affected.[49]

***

> **A customer's failure to deploy our solution after it enters into a subscription agreement with us, or the incorrect or improper deployment or use of our solution could result in customer dissatisfaction and negatively affect our business, operating results, financial condition, and growth prospects.**
>
> … If we or our third-party partners are unable to deploy our solution successfully, or unable to do so in a timely manner and, as a result, customers do not utilize our solution, we would not be able to generate future revenue from such customers based on transaction or revenue volume and the upsell of additional products and services, and our future operating results could be adversely impacted.  In addition, customers may also seek refunds of their initial subscription fee. Moreover, customer perceptions of our solution may be impaired, our reputation and

---

[48]   "Q1 2019 Zuora Inc Earnings Call – Final," CQ FD Disclosure, May 31, 2018, pp. 4-5 (emphasis added).

[49]   Zuora SEC Form 10-K filed April 18, 2019, p. 9 (emphasis added).

<u>brand may suffer, and customers may choose not to renew or expand their use of our solution.</u>[50]

44.   In sum, the Company's statements highlight the importance of product functionality and integration, sales execution and growth to Zuora's valuation.  It follows that the alleged false and misleading statements that allegedly misrepresented the Company's product solutions and corresponding sales growth prospects were economically material to investors.

C.   Analyst Commentary During the Class Period

45.   Commentary by securities analysts following the Company over the course of the Class Period also confirms the economic importance of the integration of Zuora's Billing and RevPro products, and that the integration of these products was a key element of: (1) Zuora's growth strategy including upselling and cross-selling with additional products; (2) transaction volume; and (3) ultimately revenue growth.  Some examples of analyst commentary include:

> **A clear industry leader**.  Zuora is multiples bigger than its direct private competitors, and our experience is that the suite sale of billing, revenue recognition, analytics, collections and CPQ will easily vanquish point solution firms that hope to compete with Zuora's ***integrated stack*** …
>
> At 950+ customers and counting, the opportunity before Zuora is plentiful and <u>adding new customers is still the company's primary growth vector</u>.  <u>With its two beachhead products, Zuora Billing and Zuora RevPro, Zuora is addressing two pain points in the Subscription Economy – the need for flexible billing and for revenue recognition automation</u>.  Both new businesses and those looking to transition need these capabilities to succeed with a subscription model …
>
> Operating under a <u>land-and-expand model</u>, with an emphasis on shared success, <u>a natural growth driver for Zuora</u> will be the expansion of existing relationships.   This will occur as customers scale, through increasing transaction volume on the Zuora platform, and also through ***cross-selling/up-selling***

---

[50]   Zuora SEC Form 10-K filed April 18, 2019, p. 11 (emphasis added and in original).

***additional modules*** (both existing and future modules) to these customers where it makes sense…

While there is clearly a cost associated with landing new customers, once live, Zuora's solutions are as difficult to displace as typical legacy systems given the reluctance on the part of customers to switch a core system that plays such a critical role with both customers (you don't want to get billing wrong) and back-end processes (financials are directly hooked into Zuora's platform).[51]

\*\*\*

**Scaling Through Land and Expand Strategy**
***Significant Increase in New Subscription ACV from High-Margin Volume Upsell***.

Zuora's volume-based pricing structure and portfolio expansion over time, has resulted in a successful land and expand strategy, which we believe will be critical to Zuora reaching scale and meaningful profitability over time. Zuora has typically acquired new customers via Zuora Billing, and more recently, also with RevPro (following the Leeyo acquisition in May 2017). … Among the three New Subscription ACV buckets, the cost to acquire new customers is the highest, while the cost of upsell (managed by an inside sales team) is relatively low, and the cost of add-on products is in between the two. …

RevPro now serves as one of Zuora's two beachhead products, together with Zuora Billing.  There is also ***significant cross-sell opportunity*** between over 850 Zuora Billing customers, many of which face ASC 606 compliance challenges, and over 100 RevPro customers at the end of fiscal 2018.  Currently, only about 10%, or about a dozen RevPro customers, use Zuora Billing.[52]

\*\*\*

---

[51]  "Promising prospects, but can't get to a BUY on valuation; initiate at HOLD with $20 target," Canaccord Genuity research report, May 7, 2018, pp. 1, 8-9 (emphasis added).

[52]  "Riding the Wave of the Subscription Economy: Initiating at Buy with $24 PT," Jefferies research report, May 7, 2018, pp. 7-8 (emphasis in original and added).

We are initiating coverage of ZUO with an Outperform rating and $25PT.  The company is a cloud-based SaaS company <u>focused on the automation and orchestration of the subscription order-to-cash process, including quoting, billing, collections, analytics, and revenue recognition</u>.  ZUO has two flagship products: Billing and RevPro.  … **Several *growth drivers*.** ZUO has many levers to drive additional growth going forward.  These include: 1.) Upgrading to a more robust edition of the *Zuora Central Platform*; 2.) <u>Customers can subscribe to one or more additional products, such as Zuora CPQ, Zuora Insights, Zuora Collect, and one of the Connect Marketplace applications</u>; 3.) <u>Customers that started with Zuora Billing or Zuora RevPro can subscribe to the other flagship product; 4.) Customers can increase their committed volume amounts as they grow</u>; and 5.) ZUO is growing well internationally.[53]

***

**VALUATION METHODOLOGY**
We arrive at our price target using a sum of the parts valuation methodology.

**RISKS**
Investment risks include competition and ***<u>execution on growth plans</u>***.[54]

46.    The sample of analyst commentary discussed above demonstrates that the market was aware of the importance of product functionality and integration to Zuora's sales growth and valuation.  It follows that the alleged misrepresentations and omissions regarding the functionality of Zuora's products were an important component of the total mix of information considered by a reasonable investor and were economically material.

---

[53]  "Initiating Coverage of SaaS Enabler/Billing Company Zuora, Inc. (ZUO) with an Outperform/$25PT," FBN Securities research report, October 16, 2018, p. 1 (emphasis added and in original).

[54]  "ZUO: Buy on Weakness as Guidance Adjusted for ASC 606 Is Fine, and Transaction Volume Growth of 56% Impresses," FBN Securities research report, March 22, 2019, p. 1 (emphasis added).

### D.   Event Study of the Corrective Disclosure on May 30, 2019

47.   As I explained in the Class Certification Report, event studies are widely used in academia and securities litigation matters to measure the effect on stock prices of disclosure of new information relevant to a company's stock valuation.[55]  In an event study, generally-accepted statistical methods are used to test whether a security price movement on a particular date is statistically significant – *i.e.*, is of a large enough magnitude to allow a conclusion that it is not the consequence of chance.[56]

48.   In general, in securities litigation, in order to determine whether the misrepresented or omitted information was economically material to investors, the researcher identifies the corrective disclosure(s) that informed the market of the alleged wrongdoing by, at least partially, correcting the public mix of information for the alleged misconduct and its foreseeable economic consequences.

49.   The truth about the Company's alleged misrepresentations and omissions regarding the functionality and integration of Zuora's products that resulted in sales execution issues was allegedly revealed in one corrective disclosure event on May 30, 2019, after the close of market.[57]  In the next section, I discuss my event study of this alleged corrective event (price impact on May 31, 2019).  The stock price reaction amid heavy trading volume to the disclosed corrective information and contemporaneous commentary by securities analysts and the financial press underscore the materiality of the alleged misrepresentations and omissions.

50.   Based on my analysis, from an economic perspective, it is reasonable to conclude that the information disseminated in the corrective disclosure would be considered new and important to investors because the information in the corrective

---

[55]   Class Certification Report, ¶ 70.

[56]   Class Certification Report, ¶ 70 and Appendix C.

[57]   Complaint, ¶ 258.

disclosure related to the future profitability and growth of Zuora, and thus would be expected to impact the performance of its common stock.[58]

## VIII. LOSS CAUSATION AND ARTIFICIAL INFLATION

### A. Introduction to Loss Causation

51.    As mentioned in Section VI, to evaluate loss causation, I assume that Plaintiff will ultimately prevail on issues of liability and that the Defendants will be found liable for the misstatements and/or omissions that are alleged by Plaintiff.

52.    Loss causation is the causal link between alleged misstatements and omissions made by a company and the resulting economic loss suffered by investors.  In general, losses that result from the alleged wrongdoing are manifested when the alleged wrongdoing is revealed through corrective disclosure(s) that eventually bring the alleged misrepresentations and omissions and their foreseeable consequences to light.[59]

53.    As I explained in the Class Certification Report, an expert often begins with an event study of the corrective disclosure to evaluate and isolate the change in a company's security price that can be attributed to the corrective information from the portion that is attributed to other factors such as the market, industry, or other unrelated (confounding) firm-specific information.

54.    In this section, I conduct such an event study of the corrective disclosure made by the Company after the close of market on May 30, 2019.  I first describe the corrective event.  I next establish economic correspondence between the corrective disclosure and the alleged misrepresentations and omissions and their foreseeable economic consequences by

---

[58]   In its MTD Order, the Court stated, "The Court finds that plaintiff has adequately alleged that defendants' statements 'would give a reasonable investor the 'impression of a state of affairs that differs in a material way from the one that actually exists.''" (quoting *Berson v. Applied Signal Tech., Inc.*, 527 F.3d 982, 985 (9th Cir. 2008).  MTD Order, p. 15.

[59]   "Because loss causation is simply a variant of proximate cause, the ultimate issue is whether the defendant's misstatement, as opposed to some other fact, foreseeably caused the plaintiff's loss." *Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018) at 753.

examining: (1) Zuora's stock price reaction and trading volume following the corrective disclosure; and (2) the follow-on analyst and media commentary when the alleged truth was revealed. I next examine whether there was any confounding news released at the same time as the corrective disclosure and whether the corrective information revealed on May 30, 2019 was previously known to the market.

55.    As discussed above in Section VII, the alleged misstatements and omissions made by Defendants were economically material to investors. It was foreseeable that withholding the alleged adverse information from investors would harm them when the corrective information came to light. Based on my event study analysis, I calculate the excess share price decline of Zuora's common stock on May 31, 2019 (the price impact date after the corrective disclosure) to be $5.53 per share or 27.80% of Zuora's prior day's closing stock price. *See* **Appendix B**. My event study analysis thus establishes the causal link between the alleged misstatements and omissions and the resulting economic loss suffered by investors.

B.    Corrective Disclosure on May 30, 2019 (Price Impact on May 31, 2019)

56.    After the close of market on May 30, 2019, Zuora announced financial results for its fiscal first quarter of 2020, which ended on April 30, 2019.[60] The Company announced total revenue of $64.1 million and non-GAAP net loss per share attributable to common stockholders of $0.11. The announced total revenue was within the previously provided guidance of $63.5 million to $64.5 million, and the non-GAAP net loss per share was better than the previous guidance of $0.13-$0.14 per share net loss.[61] The total revenue of $64.1 million was just below consensus estimate of $64.15 million, and the non-GAAP net loss per share of $0.11 was better than consensus estimate of $0.13 net loss per share.[62]

---

[60]    "Zuora Reports First Quarter Fiscal 2020 Results," Business Wire, May 30, 2019, 4:14 pm.

[61]    "Zuora Reports Record Fourth Quarter and Full Year Fiscal 2019 Results," Business Wire, March 21, 2019, 4:10 pm.

[62]    Source of consensus estimates: Refinitiv Estimates (fka Thomson Estimates) as of May 29, 2019, via S&P Capital IQ.

57.    Zuora also provided guidance for the fiscal second quarter of 2020 and revised its previously provided guidance for the full fiscal year 2020.  The Company revised its guidance for revenue for the full fiscal year 2020 down to $268 million to $278 million from the previously provided guidance of $289 million to $293.5 million, while maintaining the guidance for the non-GAAP net loss per share of $0.40-$0.44.[63]  The full fiscal year 2020 revenue guidance was below consensus estimate of $291.2 million and the consensus estimate for non-GAAP net loss per share of $0.42 was at the mid-point of the guidance range.[64]  For the fiscal second quarter of 2020, Zuora provided guidance of total revenue of $66 million to $68 million and non-GAAP net loss per share of $0.13-$0.15,[65] which were below the consensus revenue estimate of $71.1 million and the consensus net loss per share estimate of $0.11.[66]

58.    At 5:00 pm on the same day, Zuora management hosted a conference call for investors to discuss the company's financial results and business highlights.[67]  During the call, management provided more details concerning the earnings release.  Mr. Tzuo noted that while the "first quarter results were largely in line with [the Company's] expectations," Zuora "did have some challenges" which were impacting the outlook for the second quarter and full fiscal year 2020.[68]  Mr. Tzuo began the discussion by providing two reasons for the disappointing outlook: (1) sales execution; and (2) integration issues between Zuora

---

[63]    "Zuora Reports Record Fourth Quarter and Full Year Fiscal 2019 Results," Business Wire, March 21, 2019, 4:10 pm; "Zuora Reports First Quarter Fiscal 2020 Results," Business Wire, May 30, 2019, 4:14 pm.

[64]    Source of consensus estimates:  Refinitiv Estimates (fka Thomson Estimates) as of May 29, 2019, via S&P Capital IQ.

[65]    "Zuora Reports First Quarter Fiscal 2020 Results," Business Wire, May 30, 2019, 4:14 pm.

[66]    Source of consensus estimates:  Refinitiv Estimates (fka Thomson Estimates) as of May 29, 2019, via S&P Capital IQ.

[67]    "Zuora Reports First Quarter Fiscal 2020 Results," Business Wire, May 30, 2019, 4:14 pm.

[68]    "Q1 2019 Zuora Inc Earnings Call – Final," CQ FD Disclosure, May 30, 2019 ("May 30, 2019 Earnings Call Transcript").

Billing and RevPro impacting the Company's ability to cross-sell its two flagship products. In particular, he stated:

> First, based on what I saw in Q1, we need to improve our sales execution. As you know from our recent calls, Global 2000 companies have been an important source of our recent growth, companies like Caterpillar, Ford and Schneider Electric. And so we've been expanding our strategic sales teams and have hired a number of talented salespeople over the past year. What we see in Q1 is that the newer reps were less than half as productive than our more experienced reps. We're finding that we need to improve the support of our new reps with training and experience oversight to help them ramp and close new businesses.
>
> Second, part of our ability to grow within our installed base has been predicated on our ability to cross-sell our 2 flagship products: Billing and RevPro. However, the product integration for these 2 products is taking longer than expected. While we're seeing strong demand from our Billing customers to implement RevPro, the technical work to complete the integration is taking time as these are complex mission-critical systems. And so for our existing Billing customers, who have recently purchased RevPro, we slowed down the RevPro implementations this past quarter given the product integration delay. We're continuing to acquire and deploy new customers for each product on a standalone basis, but naturally, this delay has slowed down our cross-sell motion. This resulted in lower professional services and subscription revenue in the quarter as well as tempered expectations going forward.[69]

59.     Mr. Tzuo then discussed the steps the Company was taking to address these two issues that he stated were affecting Zuora's outlook. Regarding sales execution, he said the Company: (1) had "realigned our strategic account organization and placed many of the newer reps under our more experienced managers;" (2) was "revamping our pipeline

---

[69]    May 30, 2019 Earnings Call Transcript (emphasis added).

process;" and (3) making a "change in our sales leadership."[70]  With regard to product integration, Mr. Tzuo said Zuora had made a "course correction" in its approach:

> Second, on the product integration side, <u>we made a course correction in our approach</u>, and I'm confident that we're on the right track.  <u>The integration of our 2 flagship products is critically important to us and our customers' success.</u>  So I'm personally spending a lot of my time here to drive this to completion.  We expect this to be a short-term delay and to have this resolved by the end of Q3.  At the same time, we're continuing to innovate on our products and I'll talk more about that later.[71]

### C. Economic Correspondence

#### 1.    *Zuora Stock-Price Reaction to the Corrective Disclosure*

60.    The price reaction to the corrective disclosure was swift and statistically significant.[72]  As shown in **Figure 4** below, on May 31, 2019, Zuora stock opened at $13.36 per share, down $6.54 from its previous close of $19.90 per share on May 30, 2019.  On May 31, 2019, the stock closed at $13.99 per share, down $5.91, or 29.7%, from its previous close of $19.90 per share.  The excess stock return was -27.80% with a p-value of 0.00, denoting statistical significance with greater than 99% confidence.  The excess stock price decline was $5.53.[73]  **Appendix A**, which is a reproduction of Appendix D to

---

[70]  May 30, 2019 Earnings Call Transcript.  Mr. Tzuo also stated that Mr. Marc Diouane would step down from his current role as President and would "stay on for the near term as an adviser as we search for a replacement."

[71]  May 30, 2019 Earnings Call Transcript (emphasis added).

[72]  The excess return and statistical significance are based on the market model I estimated in the Class Certification Report.  *See* Appendix C to the Class Certification Report. The market model used in the event study methodology described in this Appendix removes outside influences (market and industry effects) from the stock price return and allows me to determine whether the stock price movement is statistically significant.

[73]  The excess stock price decline of $5.53 is calculated as the excess stock return of negative 27.80% multiplied by Zuora's prior day closing price of $19.90 on May 30, 2019.

the Class Certification Report, shows the daily stock statistics for every day during the period spanning April 12, 2018 through May 31, 2019.

**Figure 4: Intraday Price and Volume for Zuora Common Stock on May 31, 2019**

61.    The daily trading volume of 19.0 million shares on May 31, 2019 was 12.4 times the average daily trading volume of 1.5 million shares during the Class Period.

### 2.    *Commentary by Research Analysts*

62.    Security analysts following Zuora who attended the conference call hosted by the Company after the earnings release asked questions after management's discussion of the results.  Analysts expressed surprise about both of the reasons for poor guidance (*i.e.*, lack of product integration and sales execution).  With regard to product integration, an analyst from Jefferies expressed surprise and wanted to know how the two products could not be integrated even two years after the acquisition of Leeyo:

- 34 -

> So Tien, I sort of get the integration of Billings and RevPro and how that could sort of slow some things down. But I know I'm going to get this question tomorrow. *I mean you bought Leeyo 2 years ago. So like it's hard -- like how can it not be integrated? How could that be slowing things down right now?*[74]

63. Although management had touted integration throughout the Class Period as discussed above, Mr. Tzuo now disclosed that the Company had not even started "heavy work on the integration until early last summer, late spring, early last summer." He also disclosed that the Company "went down one direction that proved to be a dead end, a false direction":

> We did acquire Leeyo a little less than 2 years ago, but I guess where you all coming on 2 years. The first year was really focused on ASC 606, and there was such a tight deadline to get the core set up, dozens -- close to 100 customers live on ASC 606. And so John, that was -- that took us all the way through when these adoption standards were, right? So I'd call out Q1, Q2 of last year. And so honestly, we didn't really have time and the resource to focus on the integration between the 2 until after the 606 [wave] was complete. So we didn't really start heavy work on the integration until early last summer, late spring, early last summer. And long story short, we went down one direction that proved to be a dead end, a false direction. We course corrected. And now I'm absolutely confident in the path that we have right now.[75]

64. With regard to sales execution, an analyst at Morgan Stanley asked about the timing of the problem:

> So maybe just digging into the sales changes that you guys are making now. Is it something specific that happened in Q1 that made you kind of sit up and realize, hey, we need to make changes now? Or is this something that's been brewing and you

---

[74] May 30, 2019 Earnings Call Transcript (emphasis added).

[75] May 30, 2019 Earnings Call Transcript (emphasis added).

decide, fine, okay, let's rip off the band-aid, let's make these changes now before things potentially get any worse?[76]

65.    Despite touting just over a month ago in the Company's Form 10-K a "mature enterprise sales model" with a "nimble, enterprise- scale sales and field organization," and "best practices" that offered the Company "significant advantages,"[77] Mr. Tzuo now disclosed that "we've got to move towards a more predictable sales model … in Q1 [there] was a strong, strong desire in me and the executive team here to accelerate that change."[78] Specifically, he stated:

> And so we've got to move towards a more predictable sales model.  And we have started hiring a lot of folks.  We've seen the next level of scale.  We talked about the new folks that we've hired into the operations team, the enablement team, the management team. But what we saw in Q1 was a strong, strong desire in me and the executive team here to accelerate that change.[79]

66.    Security analysts also issued reports after the Company's announcement of its financial results on May 30, 2019.  They discussed Zuora's lowered guidance and the Company's explanations for the lowered guidance (*i.e.*, the integration failure between Zuora Billing and RevPro and the sales execution issues).  Because of these reasons, analysts substantially lowered their price targets for the Company.

67.    Analysts at Canaccord Genuity published a report titled "Another drama-filled quarter" in which they discussed the reasons given by management for the lowered guidance and lowered their price target for Zuora by 36% from $28 per share to $18 per share.[80]  The analysts stated:

> **What happened.**  We suggested in our preview that the path to redemption for ZUO would be through a quarter or two of

---

[76]    May 30, 2019 Earnings Call Transcript.

[77]    Zuora SEC Form 10-K filed April 18, 2019, p. 5.

[78]    May 30, 2019 Earnings Call Transcript.

[79]    May 30, 2019 Earnings Call Transcript (emphasis added).

[80]    "Another drama-filled quarter," Canaccord Genuity research report, May 30, 2019.

- 36 -

boringly, no drama quarters. While most of the guide down was zero margin services, as Bill Parcels said, a team "Is only as good as its record", and at this point, Zuora has delivered a losing season. We understand that things change, but when you have just come off a confusing quarter, it is expected to have de-risked guidance for anything short of a meteor strike that destroys humanity. Zuora failed to do so and the stock deserved the 29% after-hours beat down.[81]

68.    Analysts at FBN Securities also lowered their price target for the Company by 26% from $27 per share to $20 per share and noted that they expected the stock to "exhibit weakness" given the lowered guidance:

> **Lowering PT to $20.** We retain our Outperform rating on ZUO and lower our PT from $27 to $20. For FQ1/April, ZUO reported in-line revenue (up 22% Y/Y) and a slightly beat on NG EPS (-$.11 vs. -$.13 consensus). However, we expect the stock to exhibit weakness today as the company is guiding for lower than consensus revenue for FQ2 ($66-68M, or up 16-18% Y/Y, vs. consensus of $71.1M, or up 23% Y/Y) and it is lowering its F2020 revenue growth outlook from +24-25% to +19-22% Y/Y.[82]

69.    Citing the lowered guidance, analysts at Jefferies lowered their price target by 17% from $35 per share to $29 per share.[83] Underscoring the importance of the integration challenges between Zuora Billing and RevPro, the analysts noted that "CEO Tien Tzuo himself will lead the charge to drive product innovation and completion of the project."[84]

---

[81]    "Another drama-filled quarter," Canaccord Genuity research report, May 30, 2019 (emphasis added and in original).

[82]    "ZUO: Sales Execution and RevPro Headwinds Hurt Near-Term Growth – Lowering PT to $20," FBN Securities research report, May 31, 2019 (emphasis added and in original).

[83]    "F1Q20: Shy Guide," Jefferies research report, May 31, 2019.

[84]    "F1Q20: Shy Guide," Jefferies research report, May 31, 2019.

70.    Like other analysts, Morgan Stanley also lowered Zuora's price target based on the lowered guidance.  The analysts lowered the price target by 27% from $22 per share to $16 per share.[85]  The analysts stated:

> Zuora reported an inline Q1, but <u>lowered full year guide across the board, as they undertake a sales reorg, kick off a search for a new head of Global Field Ops and adjust integration between RevPro and core Billing</u>.  Our forward estimates step down, taking PT to $16, but we remain EW.[86]

71.    In a report titled "Sales Execution and Product Integration Sink FY20 Estimate, Downgrade to Buy," analysts at Needham downgraded Zuora from a "Top Pick and Strong Buy" rating to a "Buy" rating and also lowered their price target by 40% from $30 per share to $18 per share.[87]  The analysts stated:

> We downgrade ZUO from our Top Pick and Strong Buy Rating to a Buy rating and $18 PT after the company guides FY20 materially lower due to sales execution issues and product integration challenges.  We expect fixing the product issues is straightforward and will just require time, but we are more concerned with the sales issues that our experience says require changes in sales leadership and nearly 12 months to correct.[88]

### 3.    *Commentary by the Financial Press*

72.    The Company's earnings announcement, the lowered guidance, and the Company's reasons for the lowered guidance were widely covered by the financial press.  Below, I discuss a sample of the commentary by the media.  In an article titled "Here's

---

[85]  "1Q20 Results: A Bump on the Road to Subscription Economy," Morgan Stanley research report, May 31, 2019.

[86]  "1Q20 Results: A Bump on the Road to Subscription Economy," Morgan Stanley research report, May 31, 2019 (emphasis added).

[87]  "Sales Execution and Product Integration Sink FY20 Estimate, Downgrade to Buy," Needham research report, May 31, 2019.

[88]  "Sales Execution and Product Integration Sink FY20 Estimate, Downgrade to Buy," Needham research report, May 31, 2019.

why San Mateo-based Zuora's stock plunged and it's looking for a new president," the San Francisco Business Times stated:

> Shares of subscription management software business Zuora Inc. dropped by a third when trading opened on Friday, a day after it said it wouldn't meet sales expectations this year and is replacing its president.
>
> The San Mateo company's stock traded at around $13 a share ahead of the opening bell more than a third below Thursday's closing price and well below its IPO price last April of about $14 a share.
>
> Founder and CEO Tzien Tzuo, the former chief marketing officer at Salesforce.com Inc., told analysts Thursday that Zuora needs to improve its sales execution and will bring in a new president to help with that effort…
>
> There have also been problems with integration of Zuora's flagship products, Billing and RevPro, which hampered an important cross-selling revenue opportunity.[89]

73.    Another example of media coverage included:

> [Canaccord analyst] Richard Davis lowered his price target on Zuora to $18 from $28 as he believes the firm is executing far below its potential.  He noted the shares are sharply lower following its Q1 report and given its price drop, he feels it is not a good time to downgrade the stock.[90]

74.    News articles attributed the precipitous stock price decline in afterhours trading following the earnings release to the lowered guidance.  In an article titled "Zuora stock tanks on lowered revenue outlook," the Silicon Valley / San Jose Business Journal Online reported:

---

[89]    "Here's why San Mateo-based Zuora's stock plunged and it's looking for a new president," San Francisco Business Times, May 31, 2019 (emphasis added).

[90]    "Zuora price target lowered to $18 from $28 at Canaccord," Theflyonthewall.com, May 31, 2019, 7:36 am (emphasis added).

> Zuora Inc. shares fell by as much as 25 percent Thursday in after-hours trading, after the subscription management software business projected weaker than expected revenue for the year.
>
> The San Mateo company's stock dropped as to low as $14.72 after it said it expects revenue for 2020 to be between $268 million and $278 million short of the $292 million expected by Wall Street analysts.[91]

75. Some other examples of news stories discussing Zuora's stock price decline in afterhours trading include:

> Shares of Zuora Inc. (ZUO) tanked more than 20% Thursday after the cloud software company reported a narrower adjusted loss in the fiscal 2020 first quarter but its sales guidance for the year disappointed ... Zuora guided for revenue between $268 million and $278 million for fiscal 2020, and adjusted per-share loss between 44 cents and 40 cents for the year. The analysts surveyed by FactSet expect a loss of 43 cents a share on sales of $292 million for the year.[92]

***

> Zuora Inc. (ZUO) said its revenue rose 22% in the first quarter, but lowered its revenue outlook for the year to reflect changes to its sales approach.
>
> Revenue at the online subscription billing platform was $64.1 million in the latest quarter. Analysts were expecting sales of $64.2 million. Subscription revenue was $47.3 million, up 32% from a year earlier.
>
> For the year, the company said it expects revenue of $268 million to $278 million, with subscription revenue of $200 million to $206 million. The company previously had guided

---

[91] "Zuora stock tanks on lowered revenue outlook," Silicon Valley / San Jose Business Journal Online, May 30, 2019 (emphasis added).

[92] "Zuora Stock Tanks After Company Reports Narrower Loss, Lowered Guidance -- MarketWatch," Dow Jones Institutional News, May 30, 2019, 4:50 pm (emphasis added).

- 40 -

for annual revenue of $289 million to $293.5 million, with subscription revenue of $209 million to $211.5 million …

Shares fell more than 22% in after-hours trading.[93]

\*\*\*

Zuora fell 21 percent to $15.75 in post-market trading of 376,837 shares after reporting 2Q forecasts that trailed estimates for both revenue and adjusted loss estimates.[94]

76.   Other articles published the following day on May 31, 2019 also reached the same conclusion and attributed the stock price decline to the lowered guidance:

Zuora Inc. Down 33% premarket: The cloud-software company's revenue guidance for fiscal 2020 fell short of analysts' projections.[95]

\*\*\*

Zuora Inc: down 33.1 % premarket BUZZ - Slumps on revenue forecast cut.[96]

\*\*\*

ZUO: Zuora Slumps 30% Pre-Market as Outlook Cut, 1Q Revenue Misses.[97]

---

[93]   "Zuora Shares Slide on Lower Annual Revenue Guidance," Dow Jones Institutional News, May 30, 2019, 4:38 pm (emphasis added).

[94]   "Zuora Falls After 2Q Forecast Trails Estimates," Bloomberg First Word, May 30, 2019, 4:35 pm (emphasis added).

[95]   "Stocks to Watch: Uber, Gap, Costco, Zuora, Okta, Tesla, Big Lots, Dell, GameStop; Here are some of the companies with shares expected to trade actively in Friday's session," The Wall Street Journal Online, May 31, 2019, 9:27 am (emphasis added).

[96]   "BUZZ - U.S. STOCKS ON THE MOVE - U.S Automakers, chipmakers, tech stocks," Reuters News, May 31, 2019, 8:44 am (emphasis added).

[97]   "Amazon-Boost Report, Zuora Shares Plunge: N.A. TMT Pre-Market," Bloomberg First Word, May 31, 2019, 7:25 am (emphasis added).

\*\*\*

> Zuora Inc. <u>shares opened down 33 percent, more than any full-day drop since the company's April 2018 initial public offering,</u> as the U.S.'s benchmark index declined. The company <u>provided guidance on earnings and sales.</u>[98]

### 4.    Summary

77.    Assuming Plaintiff will prevail on liability (*i.e.*, Defendants made false and misleading statements about the functionality and integration of Zuora's principal offerings, Zuora Billing and Zuora RevPro, that resulted in sales execution issues), the economic evidence presented above demonstrates that the information in the May 30, 2019 disclosure economically corresponds to and corrected the Defendants' alleged misrepresentations and omissions, and when revealed proximately caused losses to investors.  It was foreseeable that withholding adverse information from investors would harm them when the corrective information came to light.

78.    As acknowledged by the CEO, Mr. Tzuo, the two causes of the reduced outlook were product integration issues and sales execution issues both of which are alleged to have been mispresented.  The reduced outlook caused analysts to revise their valuations for Zuora and was also attributed by the financial press as the reason for the stock price decline.  Moreover, as discussed in the previous section, there is substantial support for the conclusion that the information in the May 30, 2019 corrective disclosure was material and would be important to investors.

### D.  Confounding Information

79.    Confounding information is new information, unrelated to allegations, that impacts a security's price on a corrective disclosure day.[99]  If confounding information is

---

[98]  "Zuora Stock Declines 33%; Updates Guidance," Bloomberg News, May 31, 2019, 9:30 am (emphasis added).

[99]  Positive information unrelated to the allegations would only serve to reduce the magnitude of the negative excess return.  That is, in the absence of the positive information, the magnitude of the negative excess return would be even larger.

identified and is determined to be material, then the portion of the excess price decline related to the confounding information would be separated from the portion of the price decline caused by the disclosure of corrective information.  In other words, only the portion of the stock price decline related to the alleged wrongdoing would be included in the measurement of artificial inflation.

80.    For the purpose of reliably calculating the level of artificial inflation removed on May 31, 2019 from Zuora's stock price, I examine whether some portion of the $5.53 excess stock price decline on May 31, 2019 might be attributed to some other Zuora-specific information unrelated to the wrongdoing (*i.e.*, not related to the product integration or sales execution claims).  I note that the market model accounts for market and industry factors so that the computed excess price decline is considered to be free of these influences.

81.    To assess whether confounding information was released, I reviewed Company statements; news articles about Zuora available on Factiva and Bloomberg;[100] and analyst reports about Zuora available for purchase from Thomson Eikon and S&P Capital IQ around the time of the corrective disclosure.

82.    In Zuora's earnings announcement on May 30, 2019, in addition to announcing 2Q 2020 and revised FY 2020 outlook that were generally below consensus estimates,[101] the Company also reported 1Q 2020 revenue of $64.1 million that was slightly below the consensus estimate of $64.15 million[102] and reported a 1Q 2020 non-GAAP net loss per share of $0.11 that was better than the consensus estimate of a loss of $0.13 per

---

[100]  For Factiva, I searched all sources for the company name "Zuora Inc."  For Bloomberg, I searched news articles for company "Zuora Inc."

[101]  As mentioned above in paragraph 57, the revenue guidance for FY 2020 was both below the prior guidance as well as below the consensus estimate; the revenue guidance for 2Q 2020 was below the consensus estimate; the prior guidance for FY 2020 non-GAAP net loss per share was maintained (which was also at the mid-point of the consensus estimate); and the non-GAAP net loss per share guidance for 2Q 2020 was below the consensus estimate.

[102]  Source: Refinitiv Estimates (fka Thomson Estimates) as of May 29, 2019, via S&P Capital IQ.

share.[103]  Because the Company attributed both the lower outlook and the lower reported revenue in the quarter to the product integration and sales execution issues,[104] neither is confounding information.  Furthermore, because the reported 1Q 2020 non-GAAP net loss per share was better than the consensus estimate, this information was positive (or at worse, neutral) news and it can be reasonably assumed that none of the excess price <u>decline</u> on May 31, 2019 was caused by this news and, if anything, this generally positive news cushioned the overall excess price decline.  Thus, I do not consider this as negative confounding information.

83.    Zuora attributed the reduced 2Q 2020 and FY 2020 outlook and the lower 1Q 2020 reported revenue to two factors: (i) the product integration for the Billing and RevPro software products; and (ii) sales execution issues.  According to the assumptions provided to me (*see* Section VI), both of these factors directly relate to Plaintiff's allegations of false and misleading statements regarding the product integration and sales execution claims.

84.    Thus, I did not find any confounding information that was not accounted for in the analysis above and, therefore, conclude that no disaggregation of the excess stock price decline is necessary.  In other words, the information in the Company's press release and earnings call, the press coverage, and the analyst reports do not suggest that there were any confounding factors other than what I have discussed above.  Thus, it is my opinion that the excess stock price decline on May 31, 2019 of $5.53 per share (or 27.80% of Zuora's prior day's closing stock price) is attributable to the alleged false and misleading statements and, if Plaintiff establishes liability based on the assumptions I described previously, reflects the level of artificial price inflation removed on May 31, 2019 from

---

[103] Source: Refinitiv Estimates (fka Thomson Estimates) as of May 29, 2019, via S&P Capital IQ.

[104] On the Company's earnings conference call, Mr. Tzuo stated: "First, based on what I saw in Q1, we need to improve our sales execution.  … Second, part of our ability to grow within our installed base has been predicated on our ability to cross-sell our 2 flagship products: Billing and RevPro.  However, the product integration for these 2 products is taking longer than expected. … *This resulted in lower professional services and subscription revenue in the quarter as well as tempered expectations going forward*."  *See* paragraph 58 above and May 30, 2019 Earnings Call Transcript (emphasis added).

Zuora's share price that was proximately caused by the revelation of the truth regarding Plaintiff's product integration and sale execution claims.

85.    My quantification of the alleged fraud and non-fraud related components of the $5.53 per share excess price decline in Zuora's common stock on May 31, 2019 may be modified should further development of the record indicate that any part of the disclosures concerning the product integration and sales execution issues are (or are not) related to the alleged misrepresentations and omissions.  For example, if a portion of the excess price decline (say α) is found by the finder of fact to be related to the alleged wrongdoing, then α times $5.53 would represent the price response to the alleged misrepresentations and omissions.

### E. Truth-on-the-Market

86.    An additional issue in analyzing a corrective disclosure is an assessment of whether the truth allegedly revealed in a corrective disclosure was previously known to the market (referred to as truth-on-the-market).  The statistically significant stock price decline, analyst commentary and reaction in the financial press after the May 30, 2019 corrective disclosure all indicate that the market was surprised when Zuora announced lowered guidance because of the product integration and sales execution issues.  Based upon this contemporaneous reaction and a review of prior analyst commentary and news articles, the corrective disclosure was new information to the market.

### F. Conclusion

87.    The discussion above illustrates that there is an economic correspondence between the alleged misrepresentations and omissions that concealed adverse information about Zuora and the revelation of the truth, which when revealed proximately caused losses to investors.  The quantification of the losses to investors can be reliably measured by the excess stock price decline of $5.53 or 27.80% of Zuora's prior day's closing stock price when the market learned the truth about the false and misleading statements and omissions.  It was foreseeable that withholding adverse information from investors regarding the product integration failure and corresponding sales execution issues would harm investors when the corrective information came to light.

- 45 -

## IX. CONSTRUCTION OF THE ARTIFICIAL INFLATION RIBBON

### A. Overview

88.    Daily levels of artificial inflation represent the difference between the actual security price and the true value of the security, where the true value reflects the absence of the valuation effects from the alleged wrongdoing.  As discussed above, a commonly accepted and reliable proxy for evaluating how the market would have reacted to a disclosure of the adverse information during the class period is to start by evaluating the losses that result when the wrongdoing is revealed through corrective disclosure(s) that eventually bring the alleged misrepresentations and omissions to light.  Once the portion of the change in the company's stock price attributable to the corrective information is determined, artificial inflation can be estimated for each day during the class period.  The daily level of artificial inflation is represented as a series of artificial inflation in the security price over time and is commonly referred to as the "inflation ribbon" or the "inflation line."

89.    The inflation ribbon is typically constructed by working chronologically backwards, cumulating fraud-related excess security price declines (when there are two or more corrective disclosures) as they occur.  Prior to a corrective disclosure, inflation is greater than the inflation following the disclosure because inflation dissipates as the stock price declines because of a corrective disclosure (which removes some amount of artificial inflation).

90.    There are several methods for computing artificial inflation for the duration of the class period.  Among the most commonly used methods are the "Constant Dollar" and the "Constant Percentage" methods.  The Constant Dollar method "assumes that the dollar drop at the end of the class period represents the amount of inflation in the stock price since the previous misrepresentation or corrective disclosure" and the Constant Percentage method "presumes that the percent of the stock price that is accounted for by

inflation does not vary when there are no additional misrepresentations or corrective disclosures."[105]

B.  Artificial Inflation for Zuora Common Stock

91.    In this case, the market learned the previously concealed truth about Zuora's product integration issues and its foreseeable consequences from the May 30, 2019 corrective disclosure.  Had the market been fully informed by the Company during the Class Period, rather than misled by the alleged misrepresentations and omissions, investors would not have been surprised by the May 30, 2019 corrective disclosure.  The corrective disclosure brought to light the alleged misrepresentations and omissions and their foreseeable consequences.

a)    **Length of the Period to Apply Daily Inflation for Zuora Common Stock**

92.    Plaintiff alleges that from the start of the Class Period Defendants made false and misleading statements about the functionality and integration of Zuora's principal offerings, Zuora Billing and Zuora RevPro, that resulted in sales execution issues.  It was foreseeable that withholding such adverse information from investors would harm investors when the corrective information came to light.

93.    Therefore, if Plaintiff's product integration and sales execution claims are found to be true, then the daily artificial inflation in Zuora's common stock related to Defendants' misrepresentations and omissions would cover the period from April 12, 2018 to May 30, 2019.

94.    Should the finder of fact determine that the initial false and misleading statements regarding the product integration and sales execution claims and the risks associated with the revelation of the truth about the alleged misrepresentation and omissions occurred on another later date, then the artificial inflation ribbon can be easily

---

[105] David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting, September 25, 2007, p. 2.

modified to adjust for this different start date.  Any adjustment to the artificial inflation ribbon would be applied in the same way for all Class members.

### b)    Artificial Inflation Ribbon

95.    Under the circumstances when (a) the growth in the company's expected cash flows and its perceived risks are related to the alleged misrepresentations and omissions; and (b) the level of the stock price of the company during the class period is related to the market valuations of the growth prospects for the company, in my opinion, it is reasonable, appropriate, and justified to use the Constant Percentage method to calculate artificial inflation.  Such is the case here.  Thus, using the excess price decline on the corrective disclosure date attributable to the alleged wrongdoing of $5.53 per share or 27.80% of Zuora's prior day's closing stock price, the Constant Percentage method artificial inflation is 27.80% of Zuora's daily stock price from April 12, 2008 to May 30, 2019.  After May 30, 2019, artificial inflation is $0.00.

96.    I also considered whether the economic effect of the alleged misrepresentations and omissions changed over the course of the Class Period such that it would require further adjusting (or scaling) the level of artificial inflation.  Because the alleged misrepresentations and omissions concerning the failure of product integration and its related consequences did not change during the Class Period, I find no economic basis to believe that the financial implications of the wrongdoing would have been different than that determined using the Constant Percentage method of inflation discussed above.  Stated differently, if the alleged wrongdoing that was disclosed on May 30, 2019 were revealed earlier in the Class Period, it is reasonable to conclude that the market would have similarly interpreted the impact on the financial performance and growth prospects of Zuora.  This is supported by analyst commentary throughout the Class Period that emphasized the importance of product integration to Zuora's growth prospects (*see* Section VII.C above).

97.    **Figure 5** below is a chart of Zuora's stock price (represented by the blue line) and the artificial inflation in Zuora common stock from April 12, 2018 through May 31, 2019 (represented by the maroon line).

98.    Nevertheless, should the finder of fact determine that the stock price impact of the alleged misrepresentations and omissions changed over the Class Period (beyond

that determined by the Constant Percentage method of inflation discussed above), the level of artificial inflation on each day of the Class Period can be adjusted based upon any measure deemed appropriate by the finder of fact. The damages methodology discussed in Section X would be unaffected by any potential scaling of the artificial inflation and any adjustment would be applied in the same way for all Class members.

99.    As mentioned above, the Constant Dollar method is another widely used and generally accepted approach for calculating artificial inflation. Although based on the fundamental principles of economics and finance, it is my opinion that the Constant Percentage method best reflects the economic value of the harm to investors in this matter, should the finder of fact determine that the Constant Dollar method offers the more appropriate legal remedy for investors, I also provide the amount of daily artificial inflation using the Constant Dollar method. Under the Constant Dollar approach, the excess price change derived from the excess return from a corrective disclosure is applied each day in the Class Period to measure the level of artificial inflation. In the figure below, the daily artificial inflation of $5.53 per share under the Constant Dollar method is represented by the purple line.[106]

---

[106] As discussed below in paragraph 103, the Supreme Court's decision in *Dura* limits the amount that can be recovered. A paper on this issue states that "damages to which an investor is entitled are the actual price declines that occurred in response to corrective disclosures that occurred while the investor was holding the stock. The investor is not compensated for the effects of any market- or nonfraud-related factors that lowered the value of her investment on days other than those with corrective disclosures." *See* David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting, September 25, 2007, p. 9. The Constant Dollar inflation line represents this limit to per share damages.

**Figure 5: Zuora Stock Price and Artificial Inflation in Zuora Common Stock
(April 12, 2018 - May 31, 2019)**



100. **Appendix B** shows the daily artificial inflation in Zuora common stock for every day during the period spanning April 12, 2018 through May 31, 2019.

## X.    CALCULATION OF PER SHARE DAMAGES

101. As set forth in the Complaint, Plaintiff alleges that Defendants violated Section 10(b) of the Exchange Act.[107]  As I explained in the Class Certification Report, the damages for this claim are subject to a common and broadly accepted methodology and can be calculated on a class-wide basis.[108]  This methodology, which is routinely applied and is a virtual standard in federal securities litigation, is commonly referred to as an out-

---

[107]  Complaint, p. 1.

[108]  Class Certification Report, Section VII.

of-pocket measure of damages, or the difference between the artificial inflation at purchase and artificial inflation at sale, where artificial inflation is equal to the actual price of the security less what would have been the price of the security had there been no misrepresentation or omission.[109]  In other words, under this method, damages suffered by Class members are measured based on the investors' artificial inflation losses.

A.  Methodology to Calculate Damages

102.  Once the daily level of artificial inflation is calculated for the duration of the Class Period (as has been done in Section IX above), damages for each Class member can be formulaically calculated as follows.  Generally, (i) for shares purchased during a class period and sold prior to the end of a class period and held through a corrective disclosure ("in-and-out shares"), damages are equal to the artificial inflation on the date of purchase minus artificial inflation on the date of sale; and (ii) for shares purchased during the class period and held through the end of a class period ("retained shares"), damages are equal to artificial inflation on the date of purchase.

103.  In this case, there is only one corrective disclosure at the end of the Class Period and, thus, only retained shares are damaged (*i.e.*, in-and-out shares are not damaged).  It is my understanding that the damages for the retained shares would be limited to the excess price decline on May 31, 2019, of $5.53 per share, based on the Supreme Court decision in *Dura*.[110,111]  However, any limitation on damages is ultimately a determination to be made by the finder of fact.

---

[109] *See, e.g.*, Nicholas I. Crew, Kevin L. Gold and Marnie A. Moore, *Federal Securities Acts and Areas of Expert Analysis*, Litigation Services Handbook: The Role of the Financial Expert, Edited by Roman L. Weil, Daniel G. Lentz and David P. Hoffman, Fifth Edition, Wiley (2012), 24.11-24.14.

[110] *Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2005).

[111] A paper on this issue states that "damages to which an investor is entitled are the actual price declines that occurred in response to corrective disclosures that occurred while the investor was holding the stock.  The investor is not compensated for the effects of any market- or nonfraud-related factors that lowered the value of her investment on days other than those with corrective disclosures."  *See* David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting, September 25, 2007, p. 9.

104. Damages will also account for the statutory cap on recovery in federal securities cases brought under Rule 10(b)-5 pursuant to the 90-day lookback provision of the Private Securities Litigation Reform Act of 1995.[112]  Under this provision, damages for shares purchased during the Class Period and sold during the 90-day lookback period cannot exceed the difference between the purchase price paid during the Class Period and the average closing price from the last alleged corrective disclosure to the date of sale. Therefore, in this case, if Zuora shares purchased during the Class Period are sold during the 90-day lookback period, then the investor's damages per share are equal to the artificial inflation on the purchase date (as limited by *Dura*) capped by the difference between the price at which the stock was purchased during the Class Period and the average closing price of the stock from May 31, 2019 to the date of sale.  The statutory 90-day lookback price for each day starting on May 31, 2019 is shown in **Table 1** below.[113]  For Zuora shares not sold by the end of the 90-day lookback period, damages per share are equal to the artificial inflation on the purchase date (as limited by *Dura*) capped by the difference between the purchase price and the average price of Zuora common stock during the 90-day lookback period (*i.e.,* $14.90 as shown in **Table 1** below).

---

[112]  *See* 15 U.S.C. § 78u-4(e)(1).

[113]  In this case, the 90-day lookback period begins on May 31, 2019 and ends on August 28, 2019.

**Table 1: Zuora Common Stock Average Closing Price over the 90-Day Lookback Period (May 31, 2019 – August 28, 2019)**

| Date | Average Closing Price from May 31, 2019 through Date | Date | Average Closing Price from May 31, 2019 through Date | Date | Average Closing Price from May 31, 2019 through Date |
|---|---|---|---|---|---|
| 5/31/2019 | $13.99 | 7/1/2019 | $14.89 | 7/31/2019 | $15.30 |
| 6/3/2019 | $13.63 | 7/2/2019 | $14.94 | 8/1/2019 | $15.29 |
| 6/4/2019 | $13.85 | 7/3/2019 | $14.98 | 8/2/2019 | $15.28 |
| 6/5/2019 | $13.93 | 7/5/2019 | $15.03 | 8/5/2019 | $15.25 |
| 6/6/2019 | $14.06 | 7/8/2019 | $15.07 | 8/6/2019 | $15.23 |
| 6/7/2019 | $14.14 | 7/9/2019 | $15.11 | 8/7/2019 | $15.21 |
| 6/10/2019 | $14.23 | 7/10/2019 | $15.16 | 8/8/2019 | $15.19 |
| 6/11/2019 | $14.22 | 7/11/2019 | $15.20 | 8/9/2019 | $15.17 |
| 6/12/2019 | $14.31 | 7/12/2019 | $15.24 | 8/12/2019 | $15.14 |
| 6/13/2019 | $14.37 | 7/15/2019 | $15.28 | 8/13/2019 | $15.12 |
| 6/14/2019 | $14.40 | 7/16/2019 | $15.29 | 8/14/2019 | $15.09 |
| 6/17/2019 | $14.49 | 7/17/2019 | $15.30 | 8/15/2019 | $15.06 |
| 6/18/2019 | $14.58 | 7/18/2019 | $15.30 | 8/16/2019 | $15.03 |
| 6/19/2019 | $14.68 | 7/19/2019 | $15.30 | 8/19/2019 | $15.01 |
| 6/20/2019 | $14.75 | 7/22/2019 | $15.31 | 8/20/2019 | $14.99 |
| 6/21/2019 | $14.82 | 7/23/2019 | $15.30 | 8/21/2019 | $14.97 |
| 6/24/2019 | $14.84 | 7/24/2019 | $15.30 | 8/22/2019 | $14.96 |
| 6/25/2019 | $14.84 | 7/25/2019 | $15.30 | 8/23/2019 | $14.95 |
| 6/26/2019 | $14.84 | 7/26/2019 | $15.31 | 8/26/2019 | $14.94 |
| 6/27/2019 | $14.85 | 7/29/2019 | $15.31 | 8/27/2019 | $14.92 |
| 6/28/2019 | $14.87 | 7/30/2019 | $15.31 | 8/28/2019 | $14.90 |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 5th day of August 2022,

Tavy Ronen, Ph.D.

## List of Exhibits and Appendices

**Exhibits**

1    Materials Relied Upon
2    CV of Tavy Ronen, Ph.D.

**Appendices**

A    Daily Statistics for Zuora Common Stock
B    Daily Artificial Inflation in Zuora Common Stock

**Exhibit 1**
**Materials Relied Upon**

## COURT AND LEGAL DOCUMENTS

Expert Report of Tavy Ronen, Ph.D. dated December 4, 2020; including all materials cited therein.

Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed in *Casey Roberts, et al., v. Zuora, Inc. et al.*, No. 3:19-cv-03422-SI, (Northern District of California. filed November 8, 2019).

Order Denying Defendants' Motion to Dismiss, Re: Dkt. No. 64, filed in *Casey Roberts, et al., v. Zuora, Inc. et al.*, No. 3:19-cv-03422-SI, (Northern District of California, filed April 28, 2020).

Order Granting Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, dated March 15, 2021, ECF No. 113.

*Basic Inc. v. Levinson*, 485 U.S. 224, 241-242 (1988) at 231-2.
*Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2005).
*Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018).

## ZUORA ANALYST REPORTS

Analyst reports for Zuora during April 12, 2018 – May 31, 2019.  Sources: Thomson Eikon, Capital IQ and Counsel.

## ACADEMIC PAPERS AND BOOKS

David Tabak, "Inflation and Damages in a Post-Dura World," NERA Economic Consulting, September 25, 2007.

Nicholas I. Crew, Kevin L. Gold and Marnie A. Moore, Federal Securities Acts and Areas of Expert Analysis, Litigation Services Handbook: The Role of the Financial Expert, Edited by Roman L. Weil, Daniel G. Lentz and David P. Hoffman, Fifth Edition, Wiley (2012).

## DATA

Consensus analyst EPS and revenue estimates for Zuora for current fiscal quarter and next fiscal quarter and current fiscal year and next fiscal year as of May 29, 2019.  Source: Refinitiv Estimates (fka Thomson Estimates) via S&P Capital IQ.

## MISCELLANEOUS

15 U.S.C. § 78u-4(e)(1).

All other specific materials and information otherwise described or set forth in the body of this Report, Exhibits or Appendices.

1

**Exhibit 2**

Tavy Ronen
Rutgers Business School
1 Washington Park, Room 1128
Newark, NJ 07102
Tel: 973-353-5272
tronen@business.rutgers.edu

Research interests include empirical market microstructure and informational efficiency. Specific areas of interest include equity and credit and corporate bond markets, equity market structure, news and prices, credit and equity market efficiency, liquidity,  transparency, market regulation, transitory volatility, market mechanisms. formation of prices after trading and non-trading periods, and the finance of fashion.

## EDUCATION

Ph.D., Finance, Stern School of Business, NYU; 1994

M.Phil., Finance, Stern School of Business, NYU; 1992

B.A., Economics, Wesleyan University; 1986

## ACADEMIC POSITIONS

 Professor of Finance, Rutgers Business School, Rutgers University (2021- Present)

Associate Professor of Finance, Rutgers Business School, Rutgers University (2003- 2021)

Director (and Founder), Center for Business of Fashion, Rutgers Business School, Rutgers University   (2016- Present)

Director (and Founder), Master of Science in Business of Fashion Programs, Rutgers Business School, Rutgers University (2016- Present)

Director (and Founder), Business of Fashion Undergraduate Programs, Rutgers Business School, Rutgers University (2014- Present)

Vice-Director, Whitcomb Center for Research in Financial Services, Rutgers Business School, Rutgers University (2010- Present)

Coordinator, Ph.D. Program in Finance, Rutgers Business School, Rutgers University (2011-2016)

Assistant Professor of Finance, Rutgers Business School, Rutgers University (1995- 2003)

Visiting Associate Professor, Pace University (2003-2004)

Visiting Assistant Professor, Graduate School of Business, Columbia University (1998-1999)

Visiting Assistant Professor, Stern School of Business, New York University (1997)

1

**Exhibit 2**

Assistant Professor, University of Wisconsin-Madison (1993-1995)

Full-Time Instructor, Stern School of Business, New York University (1990-1993)


## INDUSTRY POSITIONS

Director and Consultant, Ronen Economics (2002- Present)

Academic Affiliate, Stanford Consulting Group, Inc., (2006- Present)

Director, Center for Business of Fashion; Rutgers Business School (2016-Present)

Advisory Board Member; Production Management; Baker School of Business
and Technology; Fashion Institute of Technology (2019-Present)


## PUBLICATIONS

### Publications in Refereed Journals

Tests and Properties of Variance Ratios in Microstructure Studies, *Journal of Financial and Quantitative Analysis*, 32, 183-204, June 1997.

Trading Structure and Overnight Information: A Natural Experiment from the Tel-Aviv Stock Exchange, *Journal of Banking and Finance*, 22, 489-512, May 1998, Lead article (won Iddo Sarnat Award for best paper, Journal of Banking and Finance for 1998).

Teenies Anyone? (with Daniel Weaver), *Journal of Financial Markets*, 4, 231-260, 2001

The Informational Efficiency of the Corporate Bond Market: An Intraday Analysis (with Edith S. Hotchkiss). *Review of Financial Studies*, Volume 15, Issue 5, 2002, pp. 1325-1354. Lead article.

On the Tension Between Full Revelation and Earnings Management: A Reconsideration of the Revelation Principle, with Varda Yaari, *Journal of Accounting, Auditing, and Finance*, September 2002.

Price Continuity and Volatility (with Daniel Weaver, Joseph Tzur and Varda Yaari), *Estonian Business School Review*, Summer 2002.

Does the Increased Flexibility in US GAAP Enhance Market Efficiency? (With Varda Yaari and Joseph Tzur), *Estonian Business School Review*, Summer 2002.

The Effect of Voluntary Disclosure and Preemptive Pre-Announcements on Earnings Response Coefficients (ERC) When Firms Manage Earnings (with Joshua Ronen and Varda Yaari), *Journal of Accounting, Auditing, and Finance*, Volume 18, Issue 3, Summer 2003.

Observable Consequences of Trading Structure Differences: On the Use of Variance Ratios in Microstructure Studies, *Review of Quantitative Finance and Accounting*, Volume 20, Number 2, 2003, pp.187-200.

Bootstrap Refinements of Microstructure Tests (with Tom George and Chuan Yang Huang) *Review of Quantitative Finance and Accounting*, Volume 35, No.1, 2010.

Trade and Information in the Corporate Bond Market, with Xing Zhou, *Journal of Financial Markets*, Volume 16, Issue 1, 2013.

**Exhibit 2**

When an Executive Departs: An Information Content Story, with Seungham Nam and Joshua Ronen, *Contemporary Accounting Research*, 2018.

Risk Management and the Reliability of End-of-Day Consensus Prices: Evidence from the CDS Market, with Oleg Sokolinskiy and Ben Sopranzetti, *Review of Quantitative Finance and Accounting*, October 2019.

Unfair "Fair Value" in Illiquid Markets: Information Spillover Effects in Times of Crisis, with Alex Dontoh, Fayez Elayan, and Joshua Ronen, *Management Science*, December 2020.


**Published Books**

Edited book entitled *Essays in Microstructure in Honor of David K. Whitcomb*, co-edited with Ivan E. Brick and Cheng-Few Lee, 2006, in Advances in Quantitative Analysis of Finance and  Accounting, Volume 3 (includes Co-authored Introduction).

**Papers Reprinted in Books**

Unfair "Fair Value" in Illiquid Markets: Information Spillover Effects in Times of Crisis, with Alex Dontoh, Fayez Elayan, and Joshua Ronen, in Financial Reports Quality and Transparency: Financial Statements Insurance and Fair Values, Eliva Press, March, 2021.


**Working Papers**

The Informational Role of Imagery in Financial Decision Making: A New Approach, with Susan Gans, Joshua Ronen, and Mi (Jamie) Zhou. *Best Pitch in Market and Investments award at the 2021 FMA Virtual European Conference,* Under Review.


Machine Learning in the Corporate Bond Market and Beyond:  A New Classifier, with Mark Fedenia and Seunghan Nam. *Top Ten List, SSRN Top Ten download list for: Capital Markets: Market Microstructure eJournal; multiple days in June & July 2021.*


Do Images Provide Relevant Information to Investors?  An Exploratory Study, with Azi Ben-Rephael, Joshua Ronen and Mi (Jamie) Zhou, *Top Ten List, SSRN Top Ten download list for: InfoSciRN: Financial Informatics (Topic) and Informatics eJournal, multiple days in November and December 2021. Behavioral & Experimental Finance (Editor's Choice) eJournal, multiple days in December 2021. Downloaded 136 times, 483 views in December 2021.*



**Work in Progress**

Wisen Up Your Stock Twits: Pics, Twits, and Intradaily Stock Prices, with
Good, Bad and Appeal:  How Pictorial Representations Affect Equity Prices, with Joshua Ronen and Mi Zhou.

**Exhibit 2**

Patenting your Patents with Images, with Azi Ben-Rephael, Joshua Ronen, and Mi Zhou.

Can Images in Prospectuses Matter?  with Joshua Ronen and Mi Zhou.

Wealth Managers and their Images, with Mark Fedenia, Joshua Ronen, and Mi Zhou.

The Informational Efficiency of Images and The Style League: Scandals and Visual Attention in A Visual Market, with Seunghan Nam.

A Visual Sentiment Dictionary, with Joshua Ronen.

Imagery in Finance:  Subjective and Physiological, with Susan Gans and Mi Zhou.

Benchmarks in Bond Litigation, with Michael Hartzmark and Sunita Surana.

To Issue or not Issue:  Do Firms Benefit from Issuing Management Forecasts? with Seunghan Nam.

## ACADEMIC AWARDS (Recent Activity)

*Best Pitch Award in Markets & Investments, 2021 FMA European Conference (*The Informational Role of Imagery in Financial Decision Making)

## PRESENTATIONS (Recent Activity)

### Competitive Conference Acceptances/Invited Presentations (Recent; past 5 years only)

Financial Management Association International Meetings 2022, American Accounting Association Annual Meetings, 2022 (upcoming), American Accounting Association Southeast Region Meetings, 2022, Microstructure Online Seminars Asia Pacific 2021, Women in Microstructure Conference at WFA, 2021, Financial Management Association International Meetings 2021; Eastern Finance Association Meetings, April 9, 2021; Women in Microstructure Seminar Series, April 12, 2021; 28th Annual Conference on Pacific Basin Finance Economics, Accounting and Management & 14th NCTU International Finance Conference, January 2021; Financial Management Association Meetings 2020, Financial Management Association European Meetings 2020, Financial Management Association European Meetings, 2019, Decision Sciences Institute Meetings, 2018, INFORMS Marketing Science 2018, First Annual Research Conference, Center for Business of Fashion, 2018; European  Financial Management Association Meetings, 2017;

### Discussant (Recent; past 5 years only)

Financial Management Association European Meetings 2021; Eastern Finance Association Meetings, April 9, 2021; 28th Annual Conference on Pacific Basin Finance Economics, Accounting and Management & 14th NCTU International Finance Conference, January 2021; Financial Management Association Meetings 2020; Discussant, FMA, 2019; Discussant, PhD Consortium, FMA, 2019; Discussant, Women in Microstructure Conference, California, 2018; Discussant, Western  Finance Association Meetings, Coronado, 2018; Discussant, Vanderbilt University FMRC and Law School Market Structure Conference 2018; Discussant, FINRA/Columbia Microstructure  Conference, 2017; Discussant, Chairperson and Discussant, FMA, October 2016;

4

**Exhibit 2**

**Panelist (Recent; past 5 years only)**

Vanderbilt University FMRC and Law School Market Structure Conference 2018, Debt Markets Conference at Columbia Law School, 2017; Facebook at Facebook Fit for Business (NY, June 2014) and NY Business Expo (NY, October  2014);

**PROFESSIONAL ACTIVITY (Recent; past 5 years only)**

### Conference Organization

Session Organizer, FMA Denver 2021; Organizer, Center for Business of Fashion Annual Research Conference, Rutgers University, September 21, 2020; Organizer and Founder, Center for Business of Fashion Annual Research Conference, Rutgers University, November 2, 2018; Co-Organizer, Triple Crown Conference, Rutgers University, September  2016.

### Program Committee Member

FMA 2022 Napa/Sonoma Finance Conference; Microstructure Exchange, 2022, 2021, 2020; Western Finance Association Meetings, 2012-2019; Eastern Finance Association Meetings, 2018; Financial Management Association Meetings, 2022, 2021, 2020; Financial Management Association European Meetings, 2022, 2021, 2020, 2019; European Finance Association Meetings, 2012-2017; Session Organizer, 40th Annual  Informs Marketing Science Conference, 2018; Midwest Finance Association, 2015, Triple Crown Conference, 2016, 2015;

### Journal Referee

*Review of Financial Studies*; *Journal of Finance*; *Journal of Financial and Quantitative Analysis*;  *Journal of Financial Markets*; *Journal of Banking and Finance*; *Journal of Empirical Finance*;  *Journal of Business Finance and Accounting; Journal of Financial Intermediation*; *Review of  Quantitative Finance and Accounting*; *Journal of Economics and Business*, *European Financial Management, International Review of  Economics and Finance*; *Weather, Climate, and Society; Asia Pacific Management Review*; *Journal of Regulatory Economics*,  *Review of Pacific Financial Markets and Policies*, and *Review of Finance*.

### Book Reviewer

Columbia University Press, book on Global Fashion Business (anonymous review), Brealey, Myers and Marcus, *Fundamentals of Corporate Finance*.

### Reviewer (Other)

Research Grants Council (RGC) of Hong Kong

### Amicus Curaie

Halliburton Co. v. Erica P. John Fund, Inc – February 2014

### Special Session Organization

*When Fashion Meets Marketing Science*, ISMS Marketing Science Conference, 2018.

**Exhibit 2**

LEADERSHIP (Recent)

**Established the Business of Fashion Programs and Center**

Founding Director of the Business of Fashion Programs, 2015. Established the RBS Business of Finance Undergraduate Programs at Rutgers Business School, Minor and Concentration- 2014, Founding Director; Chair of the Task Force for The Business of Fashion, 2013-2014. Established  the Center for Business of Fashion, Founding Director, 2015.

**Course, Curriculum and Program Development/Innovation**

Developed the online course for MBA (Financial Management), the Hybrid course for RBS undergraduate program (Finance), the online course for RUNIN, Changchun China, and RBS undergraduate program (Finance), and the online Advanced Topics in Finance for Fashion (MSBF) and hybrid course for RBS undergraduate program (Finance for Fashion and other Creative Pursuits). Developed the program and curriculum for both the  Rutgers Business School Undergraduate Programs in Business of Fashion (Concentration and  Minor), launched in 2015), as well as the MS in Business of Fashion (launched 2016), developed  or co-developed the 6 courses for the undergraduate programs, developed the entire  curriculum and developed/co-developed the 20 courses for the MSBF (in Finance, Accounting,   Supply Chain, Management, Marketing and Industry Capstone Capstone).

**Managerial**

Direct programs and oversee 10-15 faculty members a year, including core faculty, lecturers, and part-time faculty; Oversee program Coordinator, Occasional Staff and Students workers.

**Career Management**

Placed MSBF and BF students in to positions in industry and developed internship and job placement  and mentorship programs with corporate sponsors.

**Outreach**

Director of the Center for Business of Fashion: Developed extensive alliances with industry, international Universities, and domestic universities for the BF programs and Rutgers University; Created the first foothold for RBS and  RU in NYC, through the Center for the Business of Fashion.


**TEACHING: COURSES TAUGHT**

- Floating Seminar: Credit Markets Microstructure (Doctoral)

- Floating Seminar: Microstructure (Doctoral)

- Capital Markets and Investments (MBA)

- Financial Management MBA)

- Managerial Economics (MBA)

- Macroeconomics (MBA)

- Investments Analysis and Management (MBA)

- Investments and Portfolio Analysis (MBA)

- Managerial Finance (MBA)

6

**Exhibit 2**

- International Capital Markets (MBA)

- Finance, Honors (Undergraduate)

- Online Course: Financial Management (MBA)

- Advanced Topics in Finance for Fashion (MBA)

- Analysis of Investments and Corporate Analysis (Undergraduate)

- Financial Institutions and Markets (Undergraduate)

- Foundations of Finance (Undergraduate)

- Advanced Financial Management (Undergraduate)

- Introduction to Finance (Undergraduate)

- Corporate Finance (Undergraduate)

- Investments (Undergraduate)

- Finance for Fashion (Undergraduate)

- Hybrid Course: Finance (Undergraduate)

- Online Course: Finance (Undergraduate)

- Online Course: Advanced Topics in Finance for Fashion (MBA)

- Hybrid Course: Finance for Fashion (Undergraduate)


## <u>LITIGATION AND CONSULTING EXPERIENCE (SELECTED LIST):</u>

*In re: Casey Roberts, Individually and On Behalf of All Others Similarly Situated, v. Zuora, Inc. et al., in the United States District Court, Northern District of California, Case No. 3:19-cv-03422-SI* Expert Report. December 4, 2020. Deposition. January 25, 2021.

*In re: Dana Securities Corporation Securities Litigation*. Expert Reports; Deposition. August 26, 2015

*In re: MGM Mirage Securities Bondholder Litigation*. Expert Reports; Deposition. January 13, 2015

*In re: Tronox Bondholder and Stockholder Litigation. Expert Reports;* Deposition. July 2011

*In re: HealthSouth Bondholder Litigation*, Consolidated Case No.CV-03-BE-1502-S, United States District Court, Northern District of Alabama, Southern Division; Expert Reports, Deposition: January 30, 2008; Deposition: February 4, 2009

*In re: Engelhard Corporation v. AGF Marine Aviation Transport*; Docket # L-6645-98 Superior Court of NJ, Law Division of Middlesex County; Expert Report; Deposition: March 21, 2001; Trial testimony: May 2002

Academic Affiliate, Stanford Consulting Group, Inc. Testifying and consulting expert in financial economics: securities markets, market efficiency, market microstructure, damages, asset pricing, and valuation. 2006- Present

Consultant to Ronen Economics. Provide consulting services in connection with numerous securities class action lawsuits. Consult on issues pertaining to financial valuations, financial-

7

**Exhibit 2**

economic analysis, damage analysis, and portfolio valuation. 2002-Present

American Stock Exchange. Provided consulting on issues including structuring of the opening and closing trade mechanism. 1995, 2003, 2004

Federal Energy Regulation Committee (re: Enron). Advised on the trading mechanism used by the utility industry. 2001

## Appendix A
## Daily Statistics for Zuora Common Stock
## April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Volume | Price | Return | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 4/12/2018 | 13,102,419 | $20.00 | 42.86% | 1.01% | 1.61% | 0.00 | 1.81 | 1.38 | 2.46% | 40.40% | 0.04 | 10.03 | 0.00 ** |
| 4/13/2018 | 1,864,667 | $20.60 | 3.00% | -0.47% | -0.70% | 0.00 | 1.81 | 1.38 | -1.15% | 4.15% | 0.04 | 1.03 | 0.30 |
| 4/16/2018 | 907,867 | $20.60 | 0.00% | 0.70% | 1.07% | 0.00 | 1.81 | 1.38 | 1.62% | -1.62% | 0.04 | -0.40 | 0.69 |
| 4/17/2018 | 1,152,504 | $19.55 | -5.10% | 1.74% | 2.04% | 0.00 | 1.81 | 1.38 | 3.25% | -8.35% | 0.04 | -2.07 | 0.04 ** |
| 4/18/2018 | 886,009 | $19.56 | 0.05% | 0.19% | 0.43% | 0.00 | 1.81 | 1.38 | 0.59% | -0.54% | 0.04 | -0.13 | 0.89 |
| 4/19/2018 | 463,459 | $19.65 | 0.46% | -0.78% | -0.61% | 0.00 | 1.81 | 1.38 | -1.12% | 1.58% | 0.04 | 0.39 | 0.70 |
| 4/20/2018 | 300,461 | $19.72 | 0.36% | -1.27% | -1.16% | 0.00 | 1.81 | 1.38 | -2.02% | 2.38% | 0.04 | 0.59 | 0.56 |
| 4/23/2018 | 341,860 | $20.00 | 1.42% | -0.25% | 0.05% | 0.00 | 1.81 | 1.38 | -0.05% | 1.47% | 0.04 | 0.37 | 0.72 |
| 4/24/2018 | 308,490 | $19.70 | -1.50% | -1.70% | -1.93% | 0.00 | 1.81 | 1.38 | -3.19% | 1.69% | 0.04 | 0.42 | 0.67 |
| 4/25/2018 | 272,858 | $19.61 | -0.46% | -0.05% | -0.62% | 0.00 | 1.81 | 1.38 | -0.93% | 0.47% | 0.04 | 0.12 | 0.91 |
| 4/26/2018 | 218,829 | $20.28 | 3.42% | 1.64% | 2.06% | 0.00 | 1.81 | 1.38 | 3.25% | 0.17% | 0.04 | 0.04 | 0.97 |
| 4/27/2018 | 573,943 | $19.61 | -3.30% | 0.02% | 0.67% | 0.00 | 1.81 | 1.38 | 0.88% | -4.18% | 0.04 | -1.04 | 0.30 |
| 4/30/2018 | 211,828 | $19.26 | -1.78% | -0.75% | -1.23% | 0.00 | 1.81 | 1.38 | -1.97% | 0.19% | 0.04 | 0.05 | 0.96 |
| 5/1/2018 | 149,731 | $19.67 | 2.13% | 0.91% | 1.30% | 0.00 | 1.81 | 1.38 | 2.00% | 0.13% | 0.04 | 0.03 | 0.97 |
| 5/2/2018 | 219,982 | $19.59 | -0.41% | -0.42% | -1.10% | 0.00 | 1.81 | 1.38 | -1.69% | 1.28% | 0.04 | 0.32 | 0.75 |
| 5/3/2018 | 283,046 | $19.66 | 0.36% | -0.18% | 0.48% | 0.00 | 1.81 | 1.38 | 0.56% | -0.20% | 0.04 | -0.05 | 0.96 |
| 5/4/2018 | 145,622 | $19.55 | -0.56% | 1.73% | 1.35% | 0.00 | 1.81 | 1.38 | 2.29% | -2.85% | 0.04 | -0.71 | 0.48 |
| 5/7/2018 | 417,130 | $19.25 | -1.53% | 0.77% | 1.05% | 0.00 | 1.81 | 1.38 | 1.62% | -3.15% | 0.04 | -0.78 | 0.44 |
| 5/8/2018 | 167,944 | $19.51 | 1.35% | 0.03% | 0.01% | 0.00 | 1.81 | 1.38 | -0.04% | 1.39% | 0.04 | 0.35 | 0.73 |
| 5/9/2018 | 123,406 | $19.79 | 1.44% | 1.01% | 1.45% | 0.00 | 1.81 | 1.38 | 2.23% | -0.80% | 0.04 | -0.20 | 0.84 |
| 5/10/2018 | 169,461 | $20.04 | 1.26% | 0.89% | 0.96% | 0.00 | 1.81 | 1.38 | 1.53% | -0.26% | 0.04 | -0.07 | 0.95 |
| 5/11/2018 | 264,366 | $20.16 | 0.60% | 0.01% | -0.61% | 0.00 | 1.81 | 1.38 | -0.89% | 1.49% | 0.04 | 0.37 | 0.71 |
| 5/14/2018 | 159,986 | $19.89 | -1.34% | 0.12% | -0.30% | 0.00 | 1.81 | 1.38 | -0.44% | -0.90% | 0.04 | -0.22 | 0.82 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| | | | | Market | Industry | Intercept | Market | Industry | Predicted | Excess | Root | | |
| Date | Volume | Price | Return | Return | Return | $\alpha$ | $\beta_M$ | $\beta_I$ | Return | Return | MSE | t-statistic | p-Value |
| 5/15/2018 | 192,980 | $19.22 | -3.37% | -0.80% | -0.61% | 0.00 | 1.81 | 1.38 | -1.12% | -2.25% | 0.04 | -0.56 | 0.58 |
| 5/16/2018 | 107,992 | $19.36 | 0.73% | 0.67% | 0.21% | 0.00 | 1.81 | 1.38 | 0.42% | 0.31% | 0.04 | 0.08 | 0.94 |
| 5/17/2018 | 68,539 | $19.69 | 1.70% | -0.20% | -0.64% | 0.00 | 1.81 | 1.38 | -1.00% | 2.70% | 0.04 | 0.67 | 0.50 |
| 5/18/2018 | 99,083 | $19.67 | -0.10% | -0.38% | 0.28% | 0.00 | 1.81 | 1.38 | 0.22% | -0.32% | 0.04 | -0.08 | 0.94 |
| 5/21/2018 | 153,806 | $19.63 | -0.20% | 0.54% | 0.79% | 0.00 | 1.81 | 1.38 | 1.19% | -1.39% | 0.04 | -0.35 | 0.73 |
| 5/22/2018 | 131,158 | $19.73 | 0.51% | -0.21% | -0.40% | 0.00 | 1.81 | 1.38 | -0.67% | 1.17% | 0.04 | 0.29 | 0.77 |
| 5/23/2018 | 301,668 | $20.01 | 1.42% | 0.65% | 1.30% | 0.00 | 1.81 | 1.38 | 1.93% | -0.51% | 0.04 | -0.13 | 0.90 |
| 5/24/2018 | 309,013 | $21.01 | 5.00% | -0.02% | -0.27% | 0.00 | 1.81 | 1.38 | -0.43% | 5.43% | 0.04 | 1.35 | 0.18 |
| 5/25/2018 | 410,098 | $21.40 | 1.86% | 0.13% | -0.05% | 0.00 | 1.81 | 1.38 | -0.09% | 1.95% | 0.04 | 0.48 | 0.63 |
| 5/29/2018 | 329,555 | $20.67 | -3.41% | -0.49% | -0.61% | 0.00 | 1.81 | 1.38 | -1.04% | -2.37% | 0.04 | -0.59 | 0.56 |
| 5/30/2018 | 316,402 | $21.94 | 6.14% | 0.90% | 1.12% | 0.00 | 1.81 | 1.38 | 1.74% | 4.40% | 0.04 | 1.09 | 0.28 |
| 5/31/2018 | 429,767 | $22.18 | 1.09% | -0.26% | -0.08% | 0.00 | 1.81 | 1.38 | -0.24% | 1.33% | 0.04 | 0.33 | 0.74 |
| 6/1/2018 | 2,136,948 | $26.40 | 19.03% | 1.51% | 1.79% | 0.00 | 1.81 | 1.38 | 2.84% | 16.19% | 0.04 | 4.02 | 0.00 ** |
| 6/4/2018 | 1,969,197 | $28.02 | 6.14% | 0.69% | 0.76% | 0.00 | 1.81 | 1.38 | 1.18% | 4.95% | 0.04 | 1.23 | 0.22 |
| 6/5/2018 | 1,187,847 | $28.54 | 1.86% | 0.42% | 0.46% | 0.00 | 1.81 | 1.38 | 0.69% | 1.17% | 0.04 | 0.29 | 0.77 |
| 6/6/2018 | 1,076,080 | $30.20 | 5.82% | 0.67% | 0.58% | 0.00 | 1.81 | 1.38 | 0.93% | 4.88% | 0.04 | 1.21 | 0.23 |
| 6/7/2018 | 1,050,509 | $27.80 | -7.95% | -0.69% | -1.47% | 0.00 | 1.81 | 1.38 | -2.28% | -5.67% | 0.04 | -1.41 | 0.16 |
| 6/8/2018 | 535,300 | $29.23 | 5.14% | 0.14% | 0.78% | 0.00 | 1.81 | 1.38 | 1.06% | 4.09% | 0.04 | 1.01 | 0.31 |
| 6/11/2018 | 1,168,374 | $31.53 | 7.87% | 0.19% | -0.15% | 0.00 | 1.81 | 1.38 | -0.21% | 8.08% | 0.04 | 2.01 | 0.05 ** |
| 6/12/2018 | 1,369,111 | $29.00 | -8.02% | 0.57% | 0.58% | 0.00 | 1.81 | 1.38 | 0.90% | -8.93% | 0.04 | -2.22 | 0.03 ** |
| 6/13/2018 | 1,000,642 | $29.74 | 2.55% | -0.10% | 0.02% | 0.00 | 1.81 | 1.38 | -0.06% | 2.61% | 0.04 | 0.65 | 0.52 |
| 6/14/2018 | 1,525,361 | $31.34 | 5.38% | 0.86% | 0.22% | 0.00 | 1.81 | 1.38 | 0.49% | 4.89% | 0.04 | 1.21 | 0.23 |
| 6/15/2018 | 4,141,923 | $34.63 | 10.50% | -0.19% | -0.75% | 0.00 | 1.81 | 1.38 | -1.15% | 11.65% | 0.04 | 2.89 | 0.00 ** |

## Appendix A
## Daily Statistics for Zuora Common Stock
## April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha$ + $\beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| | | | | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | | |
| Date | Volume | Price | Return | | | | | | | | | t-statistic | p-Value |
| 6/18/2018 | 3,329,408 | $37.09 | 7.10% | 0.01% | 0.69% | 0.00 | 1.81 | 1.38 | 0.90% | 6.21% | 0.04 | 1.54 | 0.13 |
| 6/19/2018 | 2,736,677 | $33.51 | -9.65% | -0.27% | -0.37% | 0.00 | 1.81 | 1.38 | -0.65% | -9.01% | 0.04 | -2.24 | 0.03 ** |
| 6/20/2018 | 1,720,913 | $32.01 | -4.48% | 0.72% | -0.09% | 0.00 | 1.81 | 1.38 | 0.02% | -4.50% | 0.04 | -1.12 | 0.27 |
| 6/21/2018 | 2,759,441 | $29.19 | -8.81% | -0.88% | -0.75% | 0.00 | 1.81 | 1.38 | -1.34% | -7.47% | 0.04 | -1.86 | 0.07 |
| 6/22/2018 | 2,571,855 | $27.64 | -5.31% | -0.26% | -1.02% | 0.00 | 1.81 | 1.38 | -1.55% | -3.76% | 0.04 | -0.93 | 0.35 |
| 6/25/2018 | 1,874,233 | $28.68 | 3.76% | -2.09% | -1.71% | 0.00 | 1.81 | 1.38 | -3.01% | 6.77% | 0.04 | 1.68 | 0.10 |
| 6/26/2018 | 1,553,773 | $27.47 | -4.22% | 0.39% | 0.62% | 0.00 | 1.81 | 1.38 | 0.92% | -5.14% | 0.04 | -1.28 | 0.20 |
| 6/27/2018 | 1,651,402 | $26.96 | -1.86% | -1.54% | -1.83% | 0.00 | 1.81 | 1.38 | -3.01% | 1.16% | 0.04 | 0.29 | 0.77 |
| 6/28/2018 | 1,099,839 | $28.33 | 5.08% | 0.80% | 1.36% | 0.00 | 1.81 | 1.38 | 2.05% | 3.03% | 0.04 | 0.75 | 0.45 |
| 6/29/2018 | 1,842,179 | $27.20 | -3.99% | 0.09% | 0.31% | 0.00 | 1.81 | 1.38 | 0.40% | -4.39% | 0.04 | -1.09 | 0.28 |
| 7/2/2018 | 1,552,730 | $28.49 | 4.74% | 0.77% | 1.38% | 0.00 | 1.81 | 1.38 | 2.07% | 2.67% | 0.04 | 0.66 | 0.51 |
| 7/3/2018 | 649,715 | $28.32 | -0.60% | -0.86% | -0.88% | 0.00 | 1.81 | 1.38 | -1.52% | 0.92% | 0.04 | 0.23 | 0.82 |
| 7/5/2018 | 1,516,757 | $26.74 | -5.58% | 1.13% | 0.88% | 0.00 | 1.81 | 1.38 | 1.48% | -7.06% | 0.04 | -1.75 | 0.08 |
| 7/6/2018 | 1,223,513 | $26.31 | -1.61% | 1.34% | 1.37% | 0.00 | 1.81 | 1.38 | 2.22% | -3.83% | 0.04 | -0.95 | 0.34 |
| 7/9/2018 | 1,331,372 | $26.07 | -0.91% | 0.88% | 0.62% | 0.00 | 1.81 | 1.38 | 1.04% | -1.95% | 0.04 | -0.49 | 0.63 |
| 7/10/2018 | 2,243,853 | $24.78 | -4.95% | 0.04% | 0.15% | 0.00 | 1.81 | 1.38 | 0.16% | -5.11% | 0.04 | -1.27 | 0.21 |
| 7/11/2018 | 1,628,397 | $24.26 | -2.10% | -0.55% | 0.36% | 0.00 | 1.81 | 1.38 | 0.28% | -2.38% | 0.04 | -0.59 | 0.56 |
| 7/12/2018 | 1,934,753 | $25.89 | 6.72% | 1.39% | 2.32% | 0.00 | 1.81 | 1.38 | 3.54% | 3.17% | 0.04 | 0.79 | 0.43 |
| 7/13/2018 | 1,487,004 | $25.69 | -0.77% | 0.03% | 0.74% | 0.00 | 1.81 | 1.38 | 0.97% | -1.74% | 0.04 | -0.43 | 0.67 |
| 7/16/2018 | 1,051,198 | $24.41 | -4.98% | -0.26% | -0.55% | 0.00 | 1.81 | 1.38 | -0.89% | -4.09% | 0.04 | -1.02 | 0.31 |
| 7/17/2018 | 1,740,601 | $26.58 | 8.89% | 0.63% | 0.91% | 0.00 | 1.81 | 1.38 | 1.38% | 7.51% | 0.04 | 1.86 | 0.06 |
| 7/18/2018 | 1,658,392 | $27.18 | 2.26% | -0.01% | -0.28% | 0.00 | 1.81 | 1.38 | -0.45% | 2.71% | 0.04 | 0.67 | 0.50 |
| 7/19/2018 | 1,400,044 | $25.81 | -5.04% | -0.37% | -0.65% | 0.00 | 1.81 | 1.38 | -1.07% | -3.97% | 0.04 | -0.99 | 0.33 |

p. 3 of 15

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha$ + $\beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value $\leq$ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| | | | | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | | |
| Date | Volume | Price | Return | | | | | | | | | t-statistic | p-Value |
| 7/20/2018 | 930,483 | $25.27 | -2.09% | -0.07% | 0.83% | 0.00 | 1.81 | 1.38 | 1.08% | -3.17% | 0.04 | -0.79 | 0.43 |
| 7/23/2018 | 905,708 | $26.54 | 5.03% | 0.28% | 0.96% | 0.00 | 1.81 | 1.38 | 1.35% | 3.68% | 0.04 | 0.91 | 0.36 |
| 7/24/2018 | 1,086,480 | $25.25 | -4.86% | -0.01% | -0.58% | 0.00 | 1.81 | 1.38 | -0.87% | -3.99% | 0.04 | -0.99 | 0.32 |
| 7/25/2018 | 750,317 | $26.31 | 4.20% | 1.17% | 2.24% | 0.00 | 1.81 | 1.38 | 3.36% | 0.83% | 0.04 | 0.21 | 0.84 |
| 7/26/2018 | 431,731 | $26.03 | -1.06% | -1.01% | -0.87% | 0.00 | 1.81 | 1.38 | -1.54% | 0.47% | 0.04 | 0.12 | 0.91 |
| 7/27/2018 | 1,027,174 | $25.12 | -3.50% | -1.46% | -1.99% | 0.00 | 1.81 | 1.38 | -3.22% | -0.28% | 0.04 | -0.07 | 0.95 |
| 7/30/2018 | 1,369,099 | $22.93 | -8.72% | -1.38% | -2.81% | 0.00 | 1.81 | 1.38 | -4.33% | -4.39% | 0.04 | -1.09 | 0.28 |
| 7/31/2018 | 1,920,418 | $24.53 | 6.98% | 0.55% | 0.52% | 0.00 | 1.81 | 1.38 | 0.81% | 6.17% | 0.04 | 1.53 | 0.13 |
| 8/1/2018 | 848,815 | $24.58 | 0.20% | 0.46% | 0.15% | 0.00 | 1.81 | 1.38 | 0.28% | -0.07% | 0.04 | -0.02 | 0.99 |
| 8/2/2018 | 1,118,129 | $25.83 | 5.09% | 1.24% | 1.39% | 0.00 | 1.81 | 1.38 | 2.21% | 2.88% | 0.04 | 0.71 | 0.48 |
| 8/3/2018 | 955,387 | $25.18 | -2.52% | 0.12% | 0.27% | 0.00 | 1.81 | 1.38 | 0.36% | -2.87% | 0.04 | -0.71 | 0.48 |
| 8/6/2018 | 1,398,139 | $28.00 | 11.20% | 0.62% | 0.29% | 0.00 | 1.81 | 1.38 | 0.52% | 10.68% | 0.04 | 2.65 | 0.01 ** |
| 8/7/2018 | 1,033,115 | $27.40 | -2.14% | 0.31% | 0.39% | 0.00 | 1.81 | 1.38 | 0.57% | -2.71% | 0.04 | -0.67 | 0.50 |
| 8/8/2018 | 485,994 | $26.73 | -2.45% | 0.06% | 0.35% | 0.00 | 1.81 | 1.38 | 0.45% | -2.90% | 0.04 | -0.72 | 0.47 |
| 8/9/2018 | 1,388,355 | $28.20 | 5.50% | 0.05% | 0.21% | 0.00 | 1.81 | 1.38 | 0.25% | 5.25% | 0.04 | 1.30 | 0.20 |
| 8/10/2018 | 1,274,686 | $28.43 | 0.82% | -0.63% | -0.28% | 0.00 | 1.81 | 1.38 | -0.62% | 1.43% | 0.04 | 0.36 | 0.72 |
| 8/13/2018 | 1,237,303 | $29.38 | 3.34% | -0.25% | -0.61% | 0.00 | 1.81 | 1.38 | -0.97% | 4.31% | 0.04 | 1.07 | 0.29 |
| 8/14/2018 | 1,625,617 | $30.57 | 4.05% | 0.66% | 1.03% | 0.00 | 1.81 | 1.38 | 1.55% | 2.50% | 0.04 | 0.62 | 0.54 |
| 8/15/2018 | 920,890 | $30.00 | -1.86% | -1.20% | -1.41% | 0.00 | 1.81 | 1.38 | -2.34% | 0.48% | 0.04 | 0.12 | 0.91 |
| 8/16/2018 | 978,618 | $30.34 | 1.13% | 0.43% | 0.21% | 0.00 | 1.81 | 1.38 | 0.35% | 0.78% | 0.04 | 0.19 | 0.85 |
| 8/17/2018 | 1,352,862 | $29.15 | -3.92% | 0.13% | -0.23% | 0.00 | 1.81 | 1.38 | -0.34% | -3.59% | 0.04 | -0.89 | 0.38 |
| 8/20/2018 | 971,137 | $28.30 | -2.92% | 0.06% | -0.17% | 0.00 | 1.81 | 1.38 | -0.27% | -2.64% | 0.04 | -0.66 | 0.51 |
| 8/21/2018 | 979,799 | $28.80 | 1.77% | 0.49% | -0.25% | 0.00 | 1.81 | 1.38 | -0.26% | 2.03% | 0.04 | 0.50 | 0.62 |

## Appendix A
### Daily Statistics for Zuora Common Stock
### April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 8/22/2018 | 762,327 | $29.72 | 3.19% | 0.39% | 1.01% | 0.00 | 1.81 | 1.38 | 1.45% | 1.75% | 0.04 | 0.43 | 0.67 |
| 8/23/2018 | 1,047,137 | $30.17 | 1.51% | -0.13% | 0.48% | 0.00 | 1.81 | 1.38 | 0.57% | 0.94% | 0.04 | 0.23 | 0.82 |
| 8/24/2018 | 1,821,690 | $33.38 | 10.64% | 0.86% | 1.53% | 0.00 | 1.81 | 1.38 | 2.30% | 8.34% | 0.04 | 2.07 | 0.04 ** |
| 8/27/2018 | 2,239,610 | $35.10 | 5.15% | 0.91% | 0.51% | 0.00 | 1.81 | 1.38 | 0.90% | 4.25% | 0.04 | 1.06 | 0.29 |
| 8/28/2018 | 2,711,306 | $32.34 | -7.86% | 0.15% | 0.40% | 0.00 | 1.81 | 1.38 | 0.53% | -8.40% | 0.04 | -2.08 | 0.04 ** |
| 8/29/2018 | 1,733,175 | $33.40 | 3.28% | 0.99% | 1.34% | 0.00 | 1.81 | 1.38 | 2.08% | 1.20% | 0.04 | 0.30 | 0.77 |
| 8/30/2018 | 2,454,548 | $34.01 | 1.83% | -0.25% | -0.63% | 0.00 | 1.81 | 1.38 | -1.00% | 2.83% | 0.04 | 0.70 | 0.48 |
| 8/31/2018 | 8,608,414 | $27.58 | -18.91% | 0.26% | 0.08% | 0.00 | 1.81 | 1.38 | 0.13% | -19.04% | 0.04 | -4.73 | 0.00 ** |
| 9/4/2018 | 3,298,491 | $27.86 | 1.02% | -0.22% | -0.06% | 0.00 | 1.81 | 1.38 | -0.20% | 1.22% | 0.04 | 0.30 | 0.76 |
| 9/5/2018 | 4,166,630 | $25.84 | -7.25% | -1.19% | -2.58% | 0.00 | 1.81 | 1.38 | -3.95% | -3.30% | 0.04 | -0.82 | 0.41 |
| 9/6/2018 | 2,424,324 | $25.04 | -3.10% | -0.89% | 0.33% | 0.00 | 1.81 | 1.38 | 0.15% | -3.25% | 0.04 | -0.81 | 0.42 |
| 9/7/2018 | 2,054,563 | $25.53 | 1.96% | -0.25% | 0.03% | 0.00 | 1.81 | 1.38 | -0.08% | 2.04% | 0.04 | 0.51 | 0.61 |
| 9/10/2018 | 1,551,952 | $24.67 | -3.37% | 0.27% | 1.10% | 0.00 | 1.81 | 1.38 | 1.54% | -4.91% | 0.04 | -1.22 | 0.23 |
| 9/11/2018 | 1,194,312 | $25.51 | 3.40% | 0.61% | 1.35% | 0.00 | 1.81 | 1.38 | 1.99% | 1.42% | 0.04 | 0.35 | 0.73 |
| 9/12/2018 | 1,306,450 | $26.01 | 1.96% | -0.23% | 0.56% | 0.00 | 1.81 | 1.38 | 0.65% | 1.31% | 0.04 | 0.33 | 0.75 |
| 9/13/2018 | 1,659,208 | $25.58 | -1.65% | 0.76% | 0.69% | 0.00 | 1.81 | 1.38 | 1.12% | -2.77% | 0.04 | -0.69 | 0.49 |
| 9/14/2018 | 1,379,709 | $24.63 | -3.71% | -0.04% | 0.50% | 0.00 | 1.81 | 1.38 | 0.63% | -4.34% | 0.04 | -1.08 | 0.28 |
| 9/17/2018 | 972,580 | $24.11 | -2.11% | -1.43% | -1.41% | 0.00 | 1.81 | 1.38 | -2.40% | 0.29% | 0.04 | 0.07 | 0.94 |
| 9/18/2018 | 1,749,545 | $23.31 | -3.32% | 0.77% | 0.78% | 0.00 | 1.81 | 1.38 | 1.23% | -4.55% | 0.04 | -1.13 | 0.26 |
| 9/19/2018 | 2,018,573 | $22.91 | -1.72% | -0.08% | -1.17% | 0.00 | 1.81 | 1.38 | -1.70% | -0.02% | 0.04 | 0.00 | 1.00 |
| 9/20/2018 | 3,060,506 | $22.99 | 0.35% | 0.98% | 1.29% | 0.00 | 1.81 | 1.38 | 2.01% | -1.66% | 0.04 | -0.41 | 0.68 |
| 9/21/2018 | 1,880,877 | $23.36 | 1.61% | -0.51% | 0.25% | 0.00 | 1.81 | 1.38 | 0.15% | 1.46% | 0.04 | 0.36 | 0.72 |
| 9/24/2018 | 975,766 | $22.93 | -1.84% | 0.08% | 0.54% | 0.00 | 1.81 | 1.38 | 0.71% | -2.55% | 0.04 | -0.63 | 0.53 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| Date | Volume | Price | Return | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2018 | 1,748,115 | $22.26 | -2.92% | 0.18% | 0.24% | 0.00 | 1.81 | 1.38 | 0.33% | -3.25% | 0.04 | -0.81 | 0.42 |
| 9/26/2018 | 1,618,575 | $22.43 | 0.76% | -0.21% | -0.34% | 0.00 | 1.81 | 1.38 | -0.58% | 1.35% | 0.04 | 0.33 | 0.74 |
| 9/27/2018 | 1,145,982 | $22.89 | 2.05% | 0.66% | 0.45% | 0.00 | 1.81 | 1.38 | 0.74% | 1.31% | 0.04 | 0.32 | 0.75 |
| 9/28/2018 | 1,366,580 | $23.11 | 0.96% | 0.06% | 0.01% | 0.00 | 1.81 | 1.38 | -0.02% | 0.98% | 0.04 | 0.24 | 0.81 |
| 10/1/2018 | 3,166,985 | $21.47 | -7.10% | -0.11% | 0.71% | 0.00 | 1.81 | 1.38 | 0.90% | -7.99% | 0.04 | -1.99 | 0.05 ** |
| 10/2/2018 | 1,719,747 | $21.11 | -1.68% | -0.46% | -0.95% | 0.00 | 1.81 | 1.38 | -1.50% | -0.18% | 0.04 | -0.05 | 0.96 |
| 10/3/2018 | 2,058,355 | $21.10 | -0.05% | 0.32% | 0.08% | 0.00 | 1.81 | 1.39 | 0.15% | -0.19% | 0.04 | -0.05 | 0.96 |
| 10/4/2018 | 1,627,859 | $21.32 | 1.04% | -1.80% | -2.05% | 0.00 | 1.85 | 1.42 | -3.51% | 4.55% | 0.04 | 1.14 | 0.26 |
| 10/5/2018 | 1,474,229 | $21.16 | -0.75% | -1.15% | -0.56% | 0.00 | 1.73 | 1.42 | -1.01% | 0.26% | 0.04 | 0.07 | 0.95 |
| 10/8/2018 | 2,119,572 | $19.94 | -5.77% | -0.67% | -1.67% | 0.00 | 1.94 | 1.44 | -2.62% | -3.15% | 0.04 | -0.80 | 0.42 |
| 10/9/2018 | 4,979,986 | $19.65 | -1.45% | 0.03% | 0.50% | 0.00 | 1.98 | 1.55 | 0.77% | -2.23% | 0.04 | -0.57 | 0.57 |
| 10/10/2018 | 2,509,598 | $18.51 | -5.80% | -4.08% | -5.31% | 0.00 | 2.00 | 1.50 | -9.39% | 3.59% | 0.04 | 0.91 | 0.36 |
| 10/11/2018 | 2,642,811 | $17.83 | -3.67% | -1.25% | -0.41% | 0.00 | 1.86 | 1.41 | -0.97% | -2.70% | 0.04 | -0.68 | 0.50 |
| 10/12/2018 | 2,350,270 | $18.10 | 1.51% | 2.29% | 3.43% | 0.00 | 1.92 | 1.31 | 5.51% | -3.99% | 0.04 | -1.01 | 0.31 |
| 10/15/2018 | 3,176,754 | $19.79 | 9.34% | -0.88% | -1.77% | 0.00 | 1.85 | 1.22 | -2.70% | 12.04% | 0.04 | 3.03 | 0.00 ** |
| 10/16/2018 | 2,125,155 | $20.91 | 5.66% | 2.89% | 3.63% | 0.00 | 1.75 | 0.94 | 5.47% | 0.19% | 0.04 | 0.05 | 0.96 |
| 10/17/2018 | 1,252,077 | $20.83 | -0.38% | -0.04% | -0.24% | 0.00 | 1.75 | 0.94 | -0.23% | -0.15% | 0.04 | -0.04 | 0.97 |
| 10/18/2018 | 1,174,440 | $20.90 | 0.34% | -2.06% | -2.11% | 0.00 | 1.74 | 1.02 | -3.36% | 3.69% | 0.04 | 0.90 | 0.37 |
| 10/19/2018 | 1,828,720 | $20.00 | -4.31% | -0.48% | -0.43% | 0.00 | 1.65 | 1.05 | -0.61% | -3.70% | 0.04 | -0.90 | 0.37 |
| 10/22/2018 | 1,180,948 | $19.40 | -3.00% | 0.26% | 1.10% | 0.00 | 1.67 | 1.04 | 1.33% | -4.33% | 0.04 | -1.05 | 0.30 |
| 10/23/2018 | 859,454 | $19.49 | 0.46% | -0.42% | -0.88% | 0.00 | 1.67 | 0.95 | -1.08% | 1.55% | 0.04 | 0.37 | 0.71 |
| 10/24/2018 | 1,173,595 | $17.91 | -8.11% | -4.43% | -4.88% | 0.00 | 1.66 | 0.93 | -7.32% | -0.79% | 0.04 | -0.19 | 0.85 |
| 10/25/2018 | 1,395,728 | $19.32 | 7.87% | 2.95% | 4.87% | 0.00 | 1.75 | 0.85 | 6.58% | 1.30% | 0.04 | 0.31 | 0.75 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha$ + $\beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 10/26/2018 | 1,063,594 | $19.03 | -1.50% | -2.06% | -1.73% | 0.00 | 1.80 | 0.91 | -3.12% | 1.62% | 0.04 | 0.39 | 0.69 |
| 10/29/2018 | 1,141,609 | $18.46 | -3.00% | -1.63% | -1.64% | 0.00 | 1.76 | 0.94 | -2.64% | -0.35% | 0.04 | -0.09 | 0.93 |
| 10/30/2018 | 1,110,411 | $19.35 | 4.82% | 1.59% | 0.43% | 0.00 | 1.78 | 0.94 | 1.65% | 3.17% | 0.04 | 0.77 | 0.44 |
| 10/31/2018 | 1,718,468 | $20.42 | 5.53% | 2.02% | 2.62% | 0.00 | 1.83 | 0.81 | 4.13% | 1.40% | 0.04 | 0.34 | 0.73 |
| 11/1/2018 | 1,264,683 | $20.60 | 0.88% | 1.75% | -0.15% | 0.00 | 1.85 | 0.83 | 1.62% | -0.74% | 0.04 | -0.18 | 0.86 |
| 11/2/2018 | 1,342,263 | $20.78 | 0.87% | -1.04% | -0.27% | 0.00 | 1.84 | 0.86 | -1.02% | 1.90% | 0.04 | 0.46 | 0.65 |
| 11/5/2018 | 600,729 | $20.71 | -0.34% | -0.38% | 0.66% | 0.00 | 1.81 | 0.92 | 0.46% | -0.80% | 0.04 | -0.19 | 0.85 |
| 11/6/2018 | 786,734 | $20.80 | 0.43% | 0.66% | 0.22% | 0.00 | 1.81 | 0.89 | 0.89% | -0.46% | 0.04 | -0.11 | 0.91 |
| 11/7/2018 | 1,770,232 | $21.49 | 3.32% | 2.64% | 3.77% | 0.00 | 1.81 | 0.93 | 5.70% | -2.38% | 0.04 | -0.58 | 0.57 |
| 11/8/2018 | 1,211,421 | $21.85 | 1.68% | -0.48% | -0.11% | 0.00 | 1.77 | 0.89 | -0.36% | 2.03% | 0.04 | 0.49 | 0.62 |
| 11/9/2018 | 1,010,583 | $20.97 | -4.03% | -1.64% | -1.73% | 0.00 | 1.77 | 0.91 | -2.68% | -1.35% | 0.04 | -0.33 | 0.74 |
| 11/12/2018 | 795,974 | $20.33 | -3.05% | -2.78% | -2.78% | 0.00 | 1.78 | 0.92 | -4.56% | 1.50% | 0.04 | 0.36 | 0.72 |
| 11/13/2018 | 670,838 | $20.46 | 0.64% | 0.00% | 0.29% | 0.00 | 1.76 | 0.93 | 0.42% | 0.22% | 0.04 | 0.05 | 0.96 |
| 11/14/2018 | 855,214 | $20.45 | -0.05% | -0.86% | -1.32% | 0.00 | 1.75 | 0.97 | -1.77% | 1.72% | 0.04 | 0.42 | 0.68 |
| 11/15/2018 | 819,416 | $21.27 | 4.01% | 1.74% | 2.35% | 0.00 | 1.74 | 0.97 | 3.54% | 0.47% | 0.04 | 0.11 | 0.91 |
| 11/16/2018 | 780,597 | $20.73 | -2.54% | -0.15% | 0.52% | 0.00 | 1.74 | 0.96 | 0.52% | -3.05% | 0.04 | -0.74 | 0.46 |
| 11/19/2018 | 2,166,179 | $17.76 | -14.33% | -3.03% | -4.31% | 0.00 | 1.72 | 0.92 | -6.02% | -8.31% | 0.04 | -2.03 | 0.04 ** |
| 11/20/2018 | 2,012,141 | $17.40 | -2.03% | -1.70% | -2.06% | 0.00 | 1.86 | 1.08 | -3.38% | 1.36% | 0.04 | 0.33 | 0.75 |
| 11/21/2018 | 822,589 | $17.66 | 1.49% | 0.92% | 1.63% | 0.00 | 1.85 | 1.08 | 2.35% | -0.85% | 0.04 | -0.21 | 0.84 |
| 11/23/2018 | 397,738 | $17.93 | 1.53% | -0.48% | -0.16% | 0.00 | 1.82 | 1.08 | -0.54% | 2.07% | 0.04 | 0.50 | 0.62 |
| 11/26/2018 | 850,166 | $18.83 | 5.02% | 2.06% | 2.66% | 0.00 | 1.81 | 1.10 | 4.09% | 0.93% | 0.04 | 0.22 | 0.82 |
| 11/27/2018 | 939,363 | $18.75 | -0.42% | 0.01% | 0.13% | 0.00 | 1.80 | 1.14 | 0.06% | -0.48% | 0.04 | -0.12 | 0.91 |
| 11/28/2018 | 1,575,794 | $20.00 | 6.67% | 2.95% | 4.19% | 0.00 | 1.79 | 1.03 | 6.18% | 0.48% | 0.04 | 0.12 | 0.91 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return − Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 11/29/2018 | 2,824,103 | $20.56 | 2.80% | -0.25% | -0.57% | 0.00 | 1.79 | 0.99 | -0.81% | 3.61% | 0.04 | 0.89 | 0.37 |
| 11/30/2018 | 3,640,975 | $19.03 | -7.44% | 0.79% | 0.90% | 0.00 | 1.77 | 1.04 | 1.33% | -8.77% | 0.04 | -2.20 | 0.03 ** |
| 12/3/2018 | 1,596,645 | $19.25 | 1.16% | 1.51% | 1.19% | 0.00 | 1.81 | 1.00 | 2.23% | -1.07% | 0.04 | -0.27 | 0.79 |
| 12/4/2018 | 2,027,873 | $18.10 | -5.97% | -3.80% | -3.12% | 0.00 | 1.80 | 1.01 | -5.80% | -0.18% | 0.04 | -0.04 | 0.96 |
| 12/6/2018 | 1,374,674 | $18.53 | 2.38% | 0.44% | 0.41% | 0.00 | 1.78 | 1.10 | 0.58% | 1.79% | 0.04 | 0.46 | 0.65 |
| 12/7/2018 | 1,022,478 | $18.14 | -2.10% | -3.04% | -3.74% | 0.00 | 1.78 | 1.27 | -6.10% | 4.00% | 0.04 | 1.07 | 0.29 |
| 12/10/2018 | 1,192,809 | $18.05 | -0.50% | 0.74% | 2.17% | 0.00 | 1.72 | 1.15 | 2.61% | -3.10% | 0.04 | -0.84 | 0.40 |
| 12/11/2018 | 1,884,994 | $18.47 | 2.33% | 0.16% | 0.48% | 0.00 | 1.71 | 1.03 | 0.42% | 1.91% | 0.04 | 0.53 | 0.60 |
| 12/12/2018 | 1,912,032 | $18.72 | 1.35% | 0.95% | 0.88% | 0.00 | 1.74 | 0.93 | 1.39% | -0.04% | 0.04 | -0.01 | 0.99 |
| 12/13/2018 | 1,024,592 | $18.10 | -3.31% | -0.37% | 0.21% | 0.00 | 1.71 | 0.96 | -0.08% | -3.23% | 0.04 | -0.91 | 0.36 |
| 12/14/2018 | 1,039,184 | $18.24 | 0.77% | -2.26% | -3.12% | 0.00 | 1.72 | 0.83 | -4.40% | 5.18% | 0.04 | 1.47 | 0.14 |
| 12/17/2018 | 2,642,537 | $16.15 | -11.46% | -2.27% | -2.98% | 0.00 | 1.74 | 0.66 | -4.27% | -7.19% | 0.03 | -2.05 | 0.04 ** |
| 12/18/2018 | 1,970,500 | $16.80 | 4.02% | 0.46% | 1.05% | 0.00 | 1.82 | 0.74 | 1.21% | 2.82% | 0.04 | 0.80 | 0.43 |
| 12/19/2018 | 2,647,524 | $17.52 | 4.29% | -2.17% | -0.34% | 0.00 | 1.83 | 0.76 | -2.42% | 6.71% | 0.04 | 1.90 | 0.06 |
| 12/20/2018 | 1,987,718 | $17.04 | -2.74% | -1.63% | -1.93% | 0.00 | 1.74 | 1.03 | -3.00% | 0.26% | 0.04 | 0.07 | 0.94 |
| 12/21/2018 | 2,518,287 | $16.08 | -5.63% | -2.99% | -3.50% | 0.00 | 1.74 | 1.04 | -5.40% | -0.24% | 0.04 | -0.07 | 0.95 |
| 12/24/2018 | 550,036 | $16.36 | 1.74% | -2.21% | -3.17% | 0.00 | 1.73 | 1.02 | -4.59% | 6.33% | 0.04 | 1.79 | 0.08 |
| 12/26/2018 | 1,092,333 | $17.81 | 8.86% | 5.84% | 6.39% | 0.00 | 1.68 | 0.92 | 9.79% | -0.93% | 0.04 | -0.26 | 0.80 |
| 12/27/2018 | 1,011,304 | $17.90 | 0.51% | 0.39% | 1.03% | 0.00 | 1.70 | 0.85 | 1.27% | -0.76% | 0.04 | -0.22 | 0.83 |
| 12/28/2018 | 1,141,001 | $17.65 | -1.40% | 0.09% | -0.63% | 0.00 | 1.72 | 0.82 | -0.31% | -1.08% | 0.04 | -0.31 | 0.76 |
| 12/31/2018 | 1,125,526 | $18.14 | 2.78% | 0.78% | 1.12% | 0.00 | 1.73 | 0.81 | 1.70% | 1.07% | 0.04 | 0.31 | 0.76 |
| 1/2/2019 | 1,039,498 | $18.20 | 0.33% | 0.46% | -0.50% | 0.00 | 1.74 | 0.81 | 0.18% | 0.15% | 0.03 | 0.04 | 0.97 |
| 1/3/2019 | 766,703 | $17.68 | -2.86% | -3.02% | -3.35% | 0.00 | 1.73 | 0.85 | -5.04% | 2.18% | 0.03 | 0.63 | 0.53 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value $\leq 0.05$)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 1/4/2019 | 1,355,322 | $18.55 | 4.92% | 4.26% | 4.50% | 0.00 | 1.69 | 0.80 | 7.23% | -2.31% | 0.03 | -0.67 | 0.51 |
| 1/7/2019 | 1,602,812 | $19.49 | 5.07% | 1.26% | 0.85% | 0.00 | 1.66 | 0.85 | 1.80% | 3.27% | 0.03 | 0.95 | 0.35 |
| 1/8/2019 | 889,700 | $19.74 | 1.28% | 1.08% | 1.06% | 0.00 | 1.67 | 0.77 | 1.96% | -0.68% | 0.03 | -0.20 | 0.84 |
| 1/9/2019 | 1,011,224 | $19.88 | 0.71% | 0.87% | 1.03% | 0.00 | 1.65 | 0.76 | 1.68% | -0.97% | 0.03 | -0.29 | 0.77 |
| 1/10/2019 | 1,870,734 | $19.93 | 0.25% | 0.42% | -0.08% | 0.00 | 1.65 | 0.78 | 0.42% | -0.17% | 0.03 | -0.05 | 0.96 |
| 1/11/2019 | 591,588 | $19.97 | 0.20% | -0.21% | -0.28% | 0.00 | 1.64 | 0.75 | -0.19% | 0.39% | 0.03 | 0.12 | 0.91 |
| 1/14/2019 | 651,627 | $19.77 | -1.00% | -0.94% | -0.79% | 0.00 | 1.64 | 0.80 | -1.12% | 0.12% | 0.03 | 0.04 | 0.97 |
| 1/15/2019 | 1,278,571 | $20.48 | 3.59% | 1.71% | 2.45% | 0.00 | 1.64 | 0.75 | 3.41% | 0.18% | 0.03 | 0.06 | 0.96 |
| 1/16/2019 | 1,442,313 | $20.20 | -1.37% | 0.15% | 0.11% | 0.00 | 1.64 | 0.69 | 0.45% | -1.82% | 0.03 | -0.55 | 0.58 |
| 1/17/2019 | 1,580,874 | $20.76 | 2.77% | 0.71% | 0.77% | 0.00 | 1.63 | 0.67 | 1.36% | 1.42% | 0.03 | 0.43 | 0.67 |
| 1/18/2019 | 2,241,669 | $21.14 | 1.83% | 1.03% | 1.45% | 0.00 | 1.64 | 0.67 | 2.11% | -0.28% | 0.03 | -0.09 | 0.93 |
| 1/22/2019 | 892,469 | $21.34 | 0.95% | -1.91% | -1.63% | 0.00 | 1.63 | 0.66 | -2.57% | 3.52% | 0.03 | 1.07 | 0.29 |
| 1/23/2019 | 1,029,089 | $20.43 | -4.26% | 0.08% | 0.68% | 0.00 | 1.59 | 0.52 | 0.75% | -5.01% | 0.03 | -1.54 | 0.13 |
| 1/24/2019 | 787,985 | $20.39 | -0.20% | 0.68% | -0.55% | 0.00 | 1.57 | 0.49 | 0.65% | -0.85% | 0.03 | -0.26 | 0.79 |
| 1/25/2019 | 1,479,813 | $21.36 | 4.76% | 1.29% | 1.16% | 0.00 | 1.57 | 0.51 | 2.11% | 2.64% | 0.03 | 0.82 | 0.42 |
| 1/28/2019 | 643,122 | $21.13 | -1.08% | -1.11% | -1.49% | 0.00 | 1.57 | 0.50 | -1.64% | 0.57% | 0.03 | 0.18 | 0.86 |
| 1/29/2019 | 421,313 | $20.87 | -1.23% | -0.81% | -1.52% | 0.00 | 1.57 | 0.50 | -1.33% | 0.10% | 0.03 | 0.03 | 0.98 |
| 1/30/2019 | 650,132 | $21.34 | 2.25% | 2.21% | 2.71% | 0.00 | 1.54 | 0.60 | 3.72% | -1.47% | 0.03 | -0.48 | 0.63 |
| 1/31/2019 | 1,216,765 | $21.64 | 1.41% | 1.38% | -0.55% | 0.00 | 1.53 | 0.60 | 1.05% | 0.36% | 0.03 | 0.12 | 0.91 |
| 2/1/2019 | 1,250,003 | $21.16 | -2.22% | -0.24% | -0.38% | 0.00 | 1.54 | 0.59 | -0.25% | -1.97% | 0.03 | -0.64 | 0.52 |
| 2/4/2019 | 542,981 | $21.39 | 1.09% | 1.15% | 2.40% | 0.00 | 1.54 | 0.59 | 2.57% | -1.48% | 0.03 | -0.49 | 0.63 |
| 2/5/2019 | 1,307,464 | $21.39 | 0.00% | 0.74% | 1.09% | 0.00 | 1.53 | 0.55 | 1.40% | -1.40% | 0.03 | -0.46 | 0.65 |
| 2/6/2019 | 1,143,591 | $20.53 | -4.02% | -0.34% | -0.69% | 0.00 | 1.53 | 0.58 | -0.64% | -3.38% | 0.03 | -1.12 | 0.26 |

## Appendix A
## Daily Statistics for Zuora Common Stock
## April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days.  For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 2/7/2019 | 1,321,281 | $20.82 | 1.41% | -1.18% | -0.91% | 0.00 | 1.53 | 0.59 | -1.56% | 2.97% | 0.03 | 0.98 | 0.33 |
| 2/8/2019 | 934,083 | $21.30 | 2.31% | 0.17% | 0.80% | 0.00 | 1.52 | 0.61 | 0.67% | 1.64% | 0.03 | 0.54 | 0.59 |
| 2/11/2019 | 1,199,378 | $20.27 | -4.84% | 0.13% | 0.05% | 0.00 | 1.52 | 0.63 | 0.18% | -5.02% | 0.03 | -1.66 | 0.10 |
| 2/12/2019 | 664,024 | $20.68 | 2.02% | 1.46% | 1.45% | 0.00 | 1.52 | 0.61 | 2.15% | -0.12% | 0.03 | -0.04 | 0.97 |
| 2/13/2019 | 1,043,332 | $21.18 | 2.42% | 0.08% | -0.19% | 0.00 | 1.52 | 0.59 | 0.01% | 2.40% | 0.03 | 0.79 | 0.43 |
| 2/14/2019 | 2,648,462 | $22.51 | 6.28% | 0.10% | 0.10% | 0.00 | 1.52 | 0.60 | 0.22% | 6.06% | 0.03 | 2.00 | 0.05 ** |
| 2/15/2019 | 1,324,633 | $22.50 | -0.04% | 0.61% | 0.77% | 0.00 | 1.52 | 0.57 | 1.09% | -1.13% | 0.03 | -0.37 | 0.71 |
| 2/19/2019 | 1,430,220 | $23.22 | 3.20% | 0.19% | 0.11% | 0.00 | 1.51 | 0.56 | 0.32% | 2.88% | 0.03 | 0.93 | 0.35 |
| 2/20/2019 | 1,624,348 | $23.18 | -0.17% | 0.07% | -0.39% | 0.00 | 1.49 | 0.46 | -0.08% | -0.10% | 0.03 | -0.03 | 0.97 |
| 2/21/2019 | 830,555 | $23.31 | 0.56% | -0.39% | 1.24% | 0.00 | 1.48 | 0.51 | 0.27% | 0.29% | 0.03 | 0.10 | 0.92 |
| 2/22/2019 | 1,741,140 | $23.97 | 2.83% | 0.91% | 1.38% | 0.00 | 1.48 | 0.54 | 1.62% | 1.21% | 0.03 | 0.42 | 0.67 |
| 2/25/2019 | 1,641,260 | $24.24 | 1.13% | 0.36% | 0.31% | 0.00 | 1.48 | 0.54 | 0.55% | 0.58% | 0.03 | 0.20 | 0.84 |
| 2/26/2019 | 1,185,854 | $23.64 | -2.48% | -0.07% | 0.54% | 0.00 | 1.48 | 0.55 | 0.29% | -2.77% | 0.03 | -0.97 | 0.33 |
| 2/27/2019 | 1,258,961 | $24.55 | 3.85% | 0.08% | -0.01% | 0.00 | 1.48 | 0.53 | 0.09% | 3.76% | 0.03 | 1.32 | 0.19 |
| 2/28/2019 | 916,689 | $23.76 | -3.22% | -0.27% | -0.21% | 0.00 | 1.49 | 0.51 | -0.30% | -2.92% | 0.03 | -1.02 | 0.31 |
| 3/1/2019 | 1,813,098 | $23.41 | -1.47% | 0.84% | 0.51% | 0.00 | 1.47 | 0.39 | 1.15% | -2.62% | 0.03 | -0.92 | 0.36 |
| 3/4/2019 | 1,806,398 | $22.81 | -2.56% | -0.23% | -0.88% | 0.00 | 1.45 | 0.47 | -0.56% | -2.00% | 0.03 | -0.70 | 0.48 |
| 3/5/2019 | 2,156,023 | $22.50 | -1.36% | -0.02% | -0.42% | 0.00 | 1.46 | 0.49 | -0.19% | -1.17% | 0.03 | -0.41 | 0.68 |
| 3/6/2019 | 957,388 | $22.40 | -0.44% | -0.92% | -0.13% | 0.00 | 1.46 | 0.56 | -0.79% | 0.35% | 0.03 | 0.12 | 0.90 |
| 3/7/2019 | 1,130,403 | $22.98 | 2.59% | -1.11% | -0.79% | 0.00 | 1.46 | 0.54 | -1.33% | 3.92% | 0.03 | 1.40 | 0.16 |
| 3/8/2019 | 1,086,762 | $23.04 | 0.26% | -0.18% | 0.01% | 0.00 | 1.44 | 0.54 | -0.08% | 0.34% | 0.03 | 0.12 | 0.90 |
| 3/11/2019 | 1,540,636 | $23.55 | 2.21% | 2.02% | 1.78% | 0.00 | 1.45 | 0.53 | 2.78% | -0.56% | 0.03 | -0.20 | 0.84 |
| 3/12/2019 | 1,250,559 | $23.52 | -0.13% | 0.44% | 0.58% | 0.00 | 1.45 | 0.58 | 0.80% | -0.93% | 0.03 | -0.33 | 0.74 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| Date | Volume | Price | Return | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/2019 | 1,479,676 | $23.63 | 0.47% | 0.69% | 0.65% | 0.00 | 1.44 | 0.58 | 1.04% | -0.57% | 0.03 | -0.20 | 0.84 |
| 3/14/2019 | 1,011,243 | $23.50 | -0.55% | -0.15% | 0.28% | 0.00 | 1.45 | 0.57 | 0.18% | -0.73% | 0.03 | -0.26 | 0.79 |
| 3/15/2019 | 1,293,007 | $23.41 | -0.38% | 0.76% | 0.38% | 0.00 | 1.45 | 0.53 | 1.00% | -1.38% | 0.03 | -0.50 | 0.62 |
| 3/18/2019 | 1,050,645 | $23.06 | -1.50% | 0.34% | 0.97% | 0.00 | 1.45 | 0.55 | 0.97% | -2.46% | 0.03 | -0.89 | 0.37 |
| 3/19/2019 | 2,485,611 | $23.43 | 1.60% | 0.13% | 0.33% | 0.00 | 1.46 | 0.50 | 0.39% | 1.21% | 0.03 | 0.44 | 0.66 |
| 3/20/2019 | 1,830,284 | $23.74 | 1.32% | 0.07% | -0.39% | 0.00 | 1.46 | 0.52 | 0.00% | 1.32% | 0.03 | 0.48 | 0.63 |
| 3/21/2019 | 5,054,488 | $24.33 | 2.49% | 1.42% | 2.17% | 0.00 | 1.46 | 0.51 | 2.56% | -0.08% | 0.03 | -0.03 | 0.98 |
| 3/22/2019 | 10,602,377 | $20.91 | -14.06% | -2.50% | -2.58% | 0.00 | 1.46 | 0.51 | -3.38% | -10.67% | 0.03 | -3.90 | 0.00 ** |
| 3/25/2019 | 3,656,092 | $20.39 | -2.49% | -0.07% | 0.37% | 0.00 | 1.46 | 0.52 | 0.29% | -2.78% | 0.03 | -1.01 | 0.31 |
| 3/26/2019 | 5,074,344 | $19.48 | -4.46% | 0.71% | 0.40% | 0.00 | 1.46 | 0.50 | 0.97% | -5.44% | 0.03 | -1.97 | 0.05 |
| 3/27/2019 | 4,557,875 | $19.20 | -1.44% | -0.62% | -1.08% | 0.00 | 1.44 | 0.66 | -1.01% | -0.42% | 0.03 | -0.16 | 0.88 |
| 3/28/2019 | 2,057,507 | $19.51 | 1.61% | 0.35% | 0.33% | 0.00 | 1.44 | 0.66 | 0.61% | 1.01% | 0.03 | 0.37 | 0.71 |
| 3/29/2019 | 2,547,677 | $20.03 | 2.67% | 0.79% | 1.02% | 0.00 | 1.44 | 0.65 | 1.39% | 1.27% | 0.03 | 0.47 | 0.64 |
| 4/1/2019 | 2,698,428 | $19.68 | -1.75% | 1.29% | 1.30% | 0.00 | 1.47 | 0.66 | 1.94% | -3.69% | 0.03 | -1.37 | 0.17 |
| 4/2/2019 | 1,878,443 | $20.25 | 2.90% | 0.26% | 0.01% | 0.00 | 1.45 | 0.67 | 0.30% | 2.60% | 0.03 | 0.96 | 0.34 |
| 4/3/2019 | 2,029,058 | $20.58 | 1.63% | 0.60% | 0.57% | 0.00 | 1.44 | 0.57 | 0.98% | 0.65% | 0.03 | 0.24 | 0.81 |
| 4/4/2019 | 2,252,250 | $20.14 | -2.14% | -0.03% | -0.93% | 0.00 | 1.45 | 0.58 | -0.38% | -1.76% | 0.03 | -0.65 | 0.52 |
| 4/5/2019 | 1,360,192 | $20.15 | 0.05% | 0.59% | 0.33% | 0.00 | 1.45 | 0.62 | 0.83% | -0.78% | 0.03 | -0.29 | 0.77 |
| 4/8/2019 | 907,615 | $20.23 | 0.40% | 0.19% | 0.07% | 0.00 | 1.44 | 0.68 | 0.37% | 0.03% | 0.03 | 0.01 | 0.99 |
| 4/9/2019 | 720,290 | $19.68 | -2.72% | -0.56% | -0.37% | 0.00 | 1.46 | 0.73 | -0.43% | -2.29% | 0.03 | -0.85 | 0.39 |
| 4/10/2019 | 852,138 | $19.79 | 0.56% | 0.69% | 0.85% | 0.00 | 1.51 | 0.91 | 1.20% | -0.64% | 0.02 | -0.26 | 0.80 |
| 4/11/2019 | 670,162 | $19.70 | -0.45% | -0.21% | 0.14% | 0.00 | 1.49 | 0.91 | 0.09% | -0.54% | 0.02 | -0.22 | 0.83 |
| 4/12/2019 | 1,415,748 | $19.34 | -1.83% | 0.46% | 0.46% | 0.00 | 1.50 | 0.90 | 0.71% | -2.54% | 0.02 | -1.03 | 0.31 |

# Appendix A
## Daily Statistics for Zuora Common Stock
## April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Volume | Price | Return | Market Return | Orthogonalized Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Orthogonalized Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 4/15/2019 | 851,861 | $19.38 | 0.21% | -0.10% | 0.11% | 0.00 | 1.52 | 0.90 | 0.06% | 0.14% | 0.02 | 0.06 | 0.95 |
| 4/16/2019 | 1,421,981 | $19.49 | 0.57% | 0.30% | -0.30% | 0.00 | 1.51 | 0.90 | -0.07% | 0.64% | 0.02 | 0.26 | 0.79 |
| 4/17/2019 | 1,687,772 | $19.55 | 0.31% | -0.05% | 0.04% | 0.00 | 1.51 | 0.96 | 0.10% | 0.20% | 0.02 | 0.08 | 0.93 |
| 4/18/2019 | 1,350,491 | $19.22 | -1.69% | 0.02% | 0.83% | 0.00 | 1.52 | 0.98 | 0.90% | -2.59% | 0.02 | -1.07 | 0.29 |
| 4/22/2019 | 883,392 | $19.32 | 0.52% | 0.22% | 0.57% | 0.00 | 1.49 | 0.93 | 0.70% | -0.18% | 0.02 | -0.07 | 0.94 |
| 4/23/2019 | 1,320,448 | $19.99 | 3.47% | 1.32% | 1.40% | 0.00 | 1.46 | 0.86 | 1.93% | 1.53% | 0.02 | 0.64 | 0.53 |
| 4/24/2019 | 1,331,984 | $20.05 | 0.30% | -0.23% | -0.29% | 0.00 | 1.48 | 0.85 | -0.31% | 0.61% | 0.02 | 0.25 | 0.80 |
| 4/25/2019 | 4,727,639 | $21.26 | 6.03% | 0.05% | 1.96% | 0.00 | 1.47 | 0.85 | 1.77% | 4.27% | 0.02 | 1.77 | 0.08 |
| 4/26/2019 | 1,950,036 | $21.35 | 0.42% | 0.34% | 0.59% | 0.00 | 1.45 | 1.12 | 0.80% | -0.38% | 0.02 | -0.16 | 0.88 |
| 4/29/2019 | 2,141,948 | $22.11 | 3.56% | 0.19% | -0.11% | 0.00 | 1.44 | 1.10 | -0.03% | 3.59% | 0.02 | 1.49 | 0.14 |
| 4/30/2019 | 1,146,347 | $22.10 | -0.05% | -0.66% | 0.57% | 0.00 | 1.43 | 1.10 | 0.57% | -0.61% | 0.02 | -0.25 | 0.80 |
| 5/1/2019 | 1,659,138 | $21.38 | -3.26% | -0.56% | -1.93% | 0.00 | 1.44 | 1.06 | -2.13% | -1.12% | 0.02 | -0.46 | 0.64 |
| 5/2/2019 | 1,110,639 | $21.36 | -0.09% | -0.16% | -0.93% | 0.00 | 1.44 | 1.12 | -1.02% | 0.92% | 0.02 | 0.38 | 0.70 |
| 5/3/2019 | 1,149,178 | $22.24 | 4.12% | 1.59% | 1.58% | 0.00 | 1.44 | 1.10 | 2.16% | 1.96% | 0.02 | 0.81 | 0.42 |
| 5/6/2019 | 2,885,448 | $22.87 | 2.83% | -0.49% | -0.44% | 0.00 | 1.47 | 1.12 | -0.51% | 3.34% | 0.02 | 1.38 | 0.17 |
| 5/7/2019 | 1,616,292 | $22.10 | -3.37% | -1.96% | -2.12% | 0.00 | 1.47 | 1.11 | -2.72% | -0.65% | 0.02 | -0.26 | 0.79 |
| 5/8/2019 | 1,249,826 | $22.26 | 0.72% | -0.25% | 0.00% | 0.00 | 1.46 | 1.11 | 0.06% | 0.66% | 0.02 | 0.27 | 0.79 |
| 5/9/2019 | 1,372,766 | $22.45 | 0.85% | -0.41% | -0.10% | 0.00 | 1.47 | 1.11 | -0.09% | 0.94% | 0.02 | 0.39 | 0.70 |
| 5/10/2019 | 1,370,073 | $22.35 | -0.45% | 0.12% | 1.09% | 0.00 | 1.47 | 1.12 | 1.36% | -1.81% | 0.02 | -0.74 | 0.46 |
| 5/13/2019 | 1,135,494 | $21.13 | -5.46% | -3.41% | -3.15% | 0.00 | 1.47 | 1.10 | -4.24% | -1.22% | 0.02 | -0.50 | 0.62 |
| 5/14/2019 | 1,095,310 | $21.81 | 3.22% | 1.15% | 1.39% | 0.00 | 1.48 | 1.07 | 1.91% | 1.31% | 0.02 | 0.53 | 0.59 |
| 5/15/2019 | 892,058 | $22.24 | 1.97% | 1.17% | 1.04% | 0.00 | 1.49 | 1.12 | 1.57% | 0.41% | 0.02 | 0.17 | 0.87 |
| 5/16/2019 | 1,357,801 | $22.56 | 1.44% | 0.98% | 2.03% | 0.00 | 1.35 | 0.88 | 2.37% | -0.93% | 0.02 | -0.41 | 0.68 |

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha$ + $\beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value $\leq 0.05$)

| | | | | | | | Regression Coefficients | | | | | | |
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| Date | Volume | Price | Return | Market Return | Industry Return | Intercept $\alpha$ | Market $\beta_M$ | Industry $\beta_I$ | Predicted Return | Excess Return | Root MSE | t-statistic | p-Value |
| 5/17/2019 | 777,698 | $22.33 | -1.02% | -1.03% | -0.88% | 0.00 | 1.34 | 0.86 | -0.95% | -0.07% | 0.02 | -0.03 | 0.98 |
| 5/20/2019 | 953,346 | $22.06 | -1.21% | -1.46% | -1.33% | 0.00 | 1.35 | 0.87 | -1.50% | 0.29% | 0.02 | 0.13 | 0.90 |
| 5/21/2019 | 1,599,081 | $22.59 | 2.40% | 1.09% | 0.68% | 0.00 | 1.35 | 0.86 | 1.22% | 1.18% | 0.02 | 0.52 | 0.60 |
| 5/22/2019 | 1,036,814 | $22.39 | -0.89% | -0.45% | 0.58% | 0.00 | 1.34 | 0.82 | 0.49% | -1.38% | 0.02 | -0.61 | 0.54 |
| 5/23/2019 | 3,787,320 | $20.80 | -7.10% | -1.58% | -1.59% | 0.00 | 1.34 | 0.79 | -1.79% | -5.31% | 0.02 | -2.34 | 0.02 ** |
| 5/24/2019 | 1,172,549 | $21.35 | 2.64% | 0.12% | 0.20% | 0.00 | 1.35 | 0.75 | 0.35% | 2.30% | 0.02 | 0.99 | 0.32 |
| 5/28/2019 | 2,190,050 | $21.37 | 0.09% | -0.39% | -0.09% | 0.00 | 1.36 | 0.78 | -0.13% | 0.23% | 0.02 | 0.10 | 0.92 |
| 5/29/2019 | 2,474,643 | $20.35 | -4.77% | -0.79% | -1.03% | 0.00 | 1.36 | 0.78 | -1.07% | -3.71% | 0.02 | -1.62 | 0.11 |
| 5/30/2019 | 3,951,011 | $19.90 | -2.21% | 0.29% | 0.58% | 0.00 | 1.38 | 0.80 | 0.71% | -2.92% | 0.02 | -1.26 | 0.21 |
| 5/31/2019 | 18,995,249 | $13.99 | -29.70% | -1.51% | -1.64% | 0.00 | 1.34 | 0.82 | -1.90% | -27.80% | 0.02 | -11.94 | 0.00 ** |

## Appendix A
## Daily Statistics for Zuora Common Stock
## April 12, 2018 - May 31, 2019

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha + \beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | Intercept | Market | Orthogonalized Industry | Predicted | Excess | Root | | |
| Date | Volume | Price | Return | Market Return | Industry Return | $\alpha$ | $\beta_M$ | $\beta_I$ | Return | Return | MSE | t-statistic | p-Value |

**Notes:**

[1] Date: trading date.

[2] Volume: reported composite U.S. Volume for Zuora common stock. Source: Bloomberg.

[3] Price: reported composite U.S. last Price for Zuora common stock. Source: Bloomberg.

[4] Return: $[R_{t=}(P_t - P_{t-1}) / P_{t-1}]$, where R denotes return, P denotes price and t denotes time period.

The Class Period is from April 12, 2018 to May 30, 2019. The return for the first date, April 12, 2018, is calculated using the IPO offering price of $14.00.

[5] Market Return: calculated as the daily return for the NASDAQ Composite Total Return Index. Source: Bloomberg (ticker: XCMP).

[6] Orthogonalized Industry Return: calculated as the daily excess return for the S&P Supercomposite Software Total Return Index. Source: Bloomberg (ticker: STRSOFT).

The Orthogonalized Industry Returns are used to account for industry-wide effects in the market model, after removing the effect of market returns.

The formula for removing the effect of market returns from the industry return is {industry return – (intercept + beta * market return)}.

The intercept (0.0004) and beta (1.3055) are estimated by regressing daily industry returns on market returns over the period 4/12/2018 to 5/31/2019.

*See* Appendix C to Class Certification Report for details regarding the market model.

[7] Intercept α: the Intercept from a market model regression estimated over the prior 120 trading days.

For days prior to the 121st trading day, October 2, 2018, the Intercept is equal to that from the market model regression estimated for October 2, 2018.

The market model regressions included dummy variables. The dates for which dummy variables are included are: 4/12/2018; 6/1/2018; 8/31/2018; 11/30/2018; 3/22/2019; and 5/31/2019.

*See* Appendix C to Class Certification Report for details regarding the market model.

p. 14 of 15

**Appendix A**
**Daily Statistics for Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

For each day during the Class Period (+1), except the first 120 days, I estimate a regression using a period of the prior 120 trading days. For the first 120 days, the regression estimates from the model for the 121st trading day, October 2, 2018, are used.

Predicted Return = $\alpha$ + $\beta_M$ x Market Return + $\beta_I$ x Orthogonalized Industry Return.

Excess Return = Actual Return – Predicted Return.

t-statistic = Excess Return / Root MSE.

** Denotes Statistical Significance at the 95% Confidence Level (p-Value ≤ 0.05)

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regression Coefficients | | | | | | |
| | | | | | Orthogonalized | | | Orthogonalized | | | | | |
| | | | | Market | Industry | Intercept | Market | Industry | Predicted | Excess | Root | | |
| Date | Volume | Price | Return | Return | Return | $\alpha$ | $\beta_M$ | $\beta_I$ | Return | Return | MSE | t-statistic | p-Value |

[8] Regression Coefficient Market $\beta_M$: the coefficient for the market return from a market model regression estimated over the prior 120 trading days.

For days prior to October 2, 2018, coefficient for the market return is equal to that from the market model regression estimated for October 2, 2018.

[9] Regression Coefficient Orthogonalized Industry $\beta_I$: the coefficient for the Orthogonalized Industry Return from a market model regression estimated over the prior 120 trading days.

For days prior to October 2, 2018, coefficient for the Orthogonalized Industry Return is equal to that from the market model regression estimated for October 2, 2018.

[10] Predicted Return: calculated as Intercept ([7]) plus { Regression Coefficient for Market ([8]) multiplied by Market Return ([5]) } plus { Regression Coefficient for Orthogonalized Industry ([9]) multiplied by Orthogonalized Industry Return ([6]) }.

[11] Excess Return: calculated as Return ([4]) minus Predicted Return ([10]).

[12] Root MSE: the root mean square error of a market model estimated over the prior 120 trading days.

For days prior to October 2, 2018, Root MSE is equal to that from the market model regression estimated for October 2, 2018.

[13] t-statistic: calculated as Excess Return ([11]) divided by Root MSE ([12]).

[14] p-Value: the two-tailed p-value associated with the t-statistic in [13].

** denotes p-value is less than or equal to 0.05.

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 4/12/2018 | $20.00 | 42.86% | 40.40% | $5.66 | 0.00% | 27.80% | $5.56 | $14.44 | $5.53 | $14.47 |
| 4/13/2018 | $20.60 | 3.00% | 4.15% | $0.83 | 0.00% | 27.80% | $5.73 | $14.87 | $5.53 | $15.07 |
| 4/16/2018 | $20.60 | 0.00% | -1.62% | ($0.33) | 0.00% | 27.80% | $5.73 | $14.87 | $5.53 | $15.07 |
| 4/17/2018 | $19.55 | -5.10% | -8.35% | ($1.72) | 0.00% | 27.80% | $5.43 | $14.12 | $5.53 | $14.02 |
| 4/18/2018 | $19.56 | 0.05% | -0.54% | ($0.11) | 0.00% | 27.80% | $5.44 | $14.12 | $5.53 | $14.03 |
| 4/19/2018 | $19.65 | 0.46% | 1.58% | $0.31 | 0.00% | 27.80% | $5.46 | $14.19 | $5.53 | $14.12 |
| 4/20/2018 | $19.72 | 0.36% | 2.38% | $0.47 | 0.00% | 27.80% | $5.48 | $14.24 | $5.53 | $14.19 |
| 4/23/2018 | $20.00 | 1.42% | 1.47% | $0.29 | 0.00% | 27.80% | $5.56 | $14.44 | $5.53 | $14.47 |
| 4/24/2018 | $19.70 | -1.50% | 1.69% | $0.34 | 0.00% | 27.80% | $5.48 | $14.22 | $5.53 | $14.17 |
| 4/25/2018 | $19.61 | -0.46% | 0.47% | $0.09 | 0.00% | 27.80% | $5.45 | $14.16 | $5.53 | $14.08 |
| 4/26/2018 | $20.28 | 3.42% | 0.17% | $0.03 | 0.00% | 27.80% | $5.64 | $14.64 | $5.53 | $14.75 |
| 4/27/2018 | $19.61 | -3.30% | -4.18% | ($0.85) | 0.00% | 27.80% | $5.45 | $14.16 | $5.53 | $14.08 |
| 4/30/2018 | $19.26 | -1.78% | 0.19% | $0.04 | 0.00% | 27.80% | $5.35 | $13.91 | $5.53 | $13.73 |
| 5/1/2018 | $19.67 | 2.13% | 0.13% | $0.02 | 0.00% | 27.80% | $5.47 | $14.20 | $5.53 | $14.14 |
| 5/2/2018 | $19.59 | -0.41% | 1.28% | $0.25 | 0.00% | 27.80% | $5.45 | $14.14 | $5.53 | $14.06 |
| 5/3/2018 | $19.66 | 0.36% | -0.20% | ($0.04) | 0.00% | 27.80% | $5.46 | $14.20 | $5.53 | $14.13 |
| 5/4/2018 | $19.55 | -0.56% | -2.85% | ($0.56) | 0.00% | 27.80% | $5.43 | $14.12 | $5.53 | $14.02 |
| 5/7/2018 | $19.25 | -1.53% | -3.15% | ($0.62) | 0.00% | 27.80% | $5.35 | $13.90 | $5.53 | $13.72 |
| 5/8/2018 | $19.51 | 1.35% | 1.39% | $0.27 | 0.00% | 27.80% | $5.42 | $14.09 | $5.53 | $13.98 |
| 5/9/2018 | $19.79 | 1.44% | -0.80% | ($0.16) | 0.00% | 27.80% | $5.50 | $14.29 | $5.53 | $14.26 |
| 5/10/2018 | $20.04 | 1.26% | -0.26% | ($0.05) | 0.00% | 27.80% | $5.57 | $14.47 | $5.53 | $14.51 |
| 5/11/2018 | $20.16 | 0.60% | 1.49% | $0.30 | 0.00% | 27.80% | $5.60 | $14.56 | $5.53 | $14.63 |
| 5/14/2018 | $19.89 | -1.34% | -0.90% | ($0.18) | 0.00% | 27.80% | $5.53 | $14.36 | $5.53 | $14.36 |
| 5/15/2018 | $19.22 | -3.37% | -2.25% | ($0.45) | 0.00% | 27.80% | $5.34 | $13.88 | $5.53 | $13.69 |
| 5/16/2018 | $19.36 | 0.73% | 0.31% | $0.06 | 0.00% | 27.80% | $5.38 | $13.98 | $5.53 | $13.83 |
| 5/17/2018 | $19.69 | 1.70% | 2.70% | $0.52 | 0.00% | 27.80% | $5.47 | $14.22 | $5.53 | $14.16 |
| 5/18/2018 | $19.67 | -0.10% | -0.32% | ($0.06) | 0.00% | 27.80% | $5.47 | $14.20 | $5.53 | $14.14 |
| 5/21/2018 | $19.63 | -0.20% | -1.39% | ($0.27) | 0.00% | 27.80% | $5.46 | $14.17 | $5.53 | $14.10 |
| 5/22/2018 | $19.73 | 0.51% | 1.17% | $0.23 | 0.00% | 27.80% | $5.48 | $14.25 | $5.53 | $14.20 |
| 5/23/2018 | $20.01 | 1.42% | -0.51% | ($0.10) | 0.00% | 27.80% | $5.56 | $14.45 | $5.53 | $14.48 |
| 5/24/2018 | $21.01 | 5.00% | 5.43% | $1.09 | 0.00% | 27.80% | $5.84 | $15.17 | $5.53 | $15.48 |
| 5/25/2018 | $21.40 | 1.86% | 1.95% | $0.41 | 0.00% | 27.80% | $5.95 | $15.45 | $5.53 | $15.87 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 5/29/2018 | $20.67 | -3.41% | -2.37% | ($0.51) | 0.00% | 27.80% | $5.75 | $14.92 | $5.53 | $15.14 |
| 5/30/2018 | $21.94 | 6.14% | 4.40% | $0.91 | 0.00% | 27.80% | $6.10 | $15.84 | $5.53 | $16.41 |
| 5/31/2018 | $22.18 | 1.09% | 1.33% | $0.29 | 0.00% | 27.80% | $6.17 | $16.01 | $5.53 | $16.65 |
| 6/1/2018 | $26.40 | 19.03% | 16.19% | $3.59 | 0.00% | 27.80% | $7.34 | $19.06 | $5.53 | $20.87 |
| 6/4/2018 | $28.02 | 6.14% | 4.95% | $1.31 | 0.00% | 27.80% | $7.79 | $20.23 | $5.53 | $22.49 |
| 6/5/2018 | $28.54 | 1.86% | 1.17% | $0.33 | 0.00% | 27.80% | $7.93 | $20.61 | $5.53 | $23.01 |
| 6/6/2018 | $30.20 | 5.82% | 4.88% | $1.39 | 0.00% | 27.80% | $8.39 | $21.81 | $5.53 | $24.67 |
| 6/7/2018 | $27.80 | -7.95% | -5.67% | ($1.71) | 0.00% | 27.80% | $7.73 | $20.07 | $5.53 | $22.27 |
| 6/8/2018 | $29.23 | 5.14% | 4.09% | $1.14 | 0.00% | 27.80% | $8.12 | $21.11 | $5.53 | $23.70 |
| 6/11/2018 | $31.53 | 7.87% | 8.08% | $2.36 | 0.00% | 27.80% | $8.76 | $22.77 | $5.53 | $26.00 |
| 6/12/2018 | $29.00 | -8.02% | -8.93% | ($2.81) | 0.00% | 27.80% | $8.06 | $20.94 | $5.53 | $23.47 |
| 6/13/2018 | $29.74 | 2.55% | 2.61% | $0.76 | 0.00% | 27.80% | $8.27 | $21.47 | $5.53 | $24.21 |
| 6/14/2018 | $31.34 | 5.38% | 4.89% | $1.45 | 0.00% | 27.80% | $8.71 | $22.63 | $5.53 | $25.81 |
| 6/15/2018 | $34.63 | 10.50% | 11.65% | $3.65 | 0.00% | 27.80% | $9.63 | $25.00 | $5.53 | $29.10 |
| 6/18/2018 | $37.09 | 7.10% | 6.21% | $2.15 | 0.00% | 27.80% | $10.31 | $26.78 | $5.53 | $31.56 |
| 6/19/2018 | $33.51 | -9.65% | -9.01% | ($3.34) | 0.00% | 27.80% | $9.31 | $24.20 | $5.53 | $27.98 |
| 6/20/2018 | $32.01 | -4.48% | -4.50% | ($1.51) | 0.00% | 27.80% | $8.90 | $23.11 | $5.53 | $26.48 |
| 6/21/2018 | $29.19 | -8.81% | -7.47% | ($2.39) | 0.00% | 27.80% | $8.11 | $21.08 | $5.53 | $23.66 |
| 6/22/2018 | $27.64 | -5.31% | -3.76% | ($1.10) | 0.00% | 27.80% | $7.68 | $19.96 | $5.53 | $22.11 |
| 6/25/2018 | $28.68 | 3.76% | 6.77% | $1.87 | 0.00% | 27.80% | $7.97 | $20.71 | $5.53 | $23.15 |
| 6/26/2018 | $27.47 | -4.22% | -5.14% | ($1.47) | 0.00% | 27.80% | $7.64 | $19.83 | $5.53 | $21.94 |
| 6/27/2018 | $26.96 | -1.86% | 1.16% | $0.32 | 0.00% | 27.80% | $7.49 | $19.47 | $5.53 | $21.43 |
| 6/28/2018 | $28.33 | 5.08% | 3.03% | $0.82 | 0.00% | 27.80% | $7.87 | $20.46 | $5.53 | $22.80 |
| 6/29/2018 | $27.20 | -3.99% | -4.39% | ($1.24) | 0.00% | 27.80% | $7.56 | $19.64 | $5.53 | $21.67 |
| 7/2/2018 | $28.49 | 4.74% | 2.67% | $0.73 | 0.00% | 27.80% | $7.92 | $20.57 | $5.53 | $22.96 |
| 7/3/2018 | $28.32 | -0.60% | 0.92% | $0.26 | 0.00% | 27.80% | $7.87 | $20.45 | $5.53 | $22.79 |
| 7/5/2018 | $26.74 | -5.58% | -7.06% | ($2.00) | 0.00% | 27.80% | $7.43 | $19.31 | $5.53 | $21.21 |
| 7/6/2018 | $26.31 | -1.61% | -3.83% | ($1.02) | 0.00% | 27.80% | $7.31 | $19.00 | $5.53 | $20.78 |
| 7/9/2018 | $26.07 | -0.91% | -1.95% | ($0.51) | 0.00% | 27.80% | $7.25 | $18.82 | $5.53 | $20.54 |
| 7/10/2018 | $24.78 | -4.95% | -5.11% | ($1.33) | 0.00% | 27.80% | $6.89 | $17.89 | $5.53 | $19.25 |
| 7/11/2018 | $24.26 | -2.10% | -2.38% | ($0.59) | 0.00% | 27.80% | $6.74 | $17.52 | $5.53 | $18.73 |
| 7/12/2018 | $25.89 | 6.72% | 3.17% | $0.77 | 0.00% | 27.80% | $7.20 | $18.69 | $5.53 | $20.36 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 7/13/2018 | $25.69 | -0.77% | -1.74% | ($0.45) | 0.00% | 27.80% | $7.14 | $18.55 | $5.53 | $20.16 |
| 7/16/2018 | $24.41 | -4.98% | -4.09% | ($1.05) | 0.00% | 27.80% | $6.79 | $17.62 | $5.53 | $18.88 |
| 7/17/2018 | $26.58 | 8.89% | 7.51% | $1.83 | 0.00% | 27.80% | $7.39 | $19.19 | $5.53 | $21.05 |
| 7/18/2018 | $27.18 | 2.26% | 2.71% | $0.72 | 0.00% | 27.80% | $7.56 | $19.62 | $5.53 | $21.65 |
| 7/19/2018 | $25.81 | -5.04% | -3.97% | ($1.08) | 0.00% | 27.80% | $7.17 | $18.64 | $5.53 | $20.28 |
| 7/20/2018 | $25.27 | -2.09% | -3.17% | ($0.82) | 0.00% | 27.80% | $7.02 | $18.25 | $5.53 | $19.74 |
| 7/23/2018 | $26.54 | 5.03% | 3.68% | $0.93 | 0.00% | 27.80% | $7.38 | $19.16 | $5.53 | $21.01 |
| 7/24/2018 | $25.25 | -4.86% | -3.99% | ($1.06) | 0.00% | 27.80% | $7.02 | $18.23 | $5.53 | $19.72 |
| 7/25/2018 | $26.31 | 4.20% | 0.83% | $0.21 | 0.00% | 27.80% | $7.31 | $19.00 | $5.53 | $20.78 |
| 7/26/2018 | $26.03 | -1.06% | 0.47% | $0.12 | 0.00% | 27.80% | $7.24 | $18.79 | $5.53 | $20.50 |
| 7/27/2018 | $25.12 | -3.50% | -0.28% | ($0.07) | 0.00% | 27.80% | $6.98 | $18.14 | $5.53 | $19.59 |
| 7/30/2018 | $22.93 | -8.72% | -4.39% | ($1.10) | 0.00% | 27.80% | $6.37 | $16.56 | $5.53 | $17.40 |
| 7/31/2018 | $24.53 | 6.98% | 6.17% | $1.41 | 0.00% | 27.80% | $6.82 | $17.71 | $5.53 | $19.00 |
| 8/1/2018 | $24.58 | 0.20% | -0.07% | ($0.02) | 0.00% | 27.80% | $6.83 | $17.75 | $5.53 | $19.05 |
| 8/2/2018 | $25.83 | 5.09% | 2.88% | $0.71 | 0.00% | 27.80% | $7.18 | $18.65 | $5.53 | $20.30 |
| 8/3/2018 | $25.18 | -2.52% | -2.87% | ($0.74) | 0.00% | 27.80% | $7.00 | $18.18 | $5.53 | $19.65 |
| 8/6/2018 | $28.00 | 11.20% | 10.68% | $2.69 | 0.00% | 27.80% | $7.78 | $20.22 | $5.53 | $22.47 |
| 8/7/2018 | $27.40 | -2.14% | -2.71% | ($0.76) | 0.00% | 27.80% | $7.62 | $19.78 | $5.53 | $21.87 |
| 8/8/2018 | $26.73 | -2.45% | -2.90% | ($0.79) | 0.00% | 27.80% | $7.43 | $19.30 | $5.53 | $21.20 |
| 8/9/2018 | $28.20 | 5.50% | 5.25% | $1.40 | 0.00% | 27.80% | $7.84 | $20.36 | $5.53 | $22.67 |
| 8/10/2018 | $28.43 | 0.82% | 1.43% | $0.40 | 0.00% | 27.80% | $7.90 | $20.53 | $5.53 | $22.90 |
| 8/13/2018 | $29.38 | 3.34% | 4.31% | $1.23 | 0.00% | 27.80% | $8.17 | $21.21 | $5.53 | $23.85 |
| 8/14/2018 | $30.57 | 4.05% | 2.50% | $0.73 | 0.00% | 27.80% | $8.50 | $22.07 | $5.53 | $25.04 |
| 8/15/2018 | $30.00 | -1.86% | 0.48% | $0.15 | 0.00% | 27.80% | $8.34 | $21.66 | $5.53 | $24.47 |
| 8/16/2018 | $30.34 | 1.13% | 0.78% | $0.23 | 0.00% | 27.80% | $8.43 | $21.91 | $5.53 | $24.81 |
| 8/17/2018 | $29.15 | -3.92% | -3.59% | ($1.09) | 0.00% | 27.80% | $8.10 | $21.05 | $5.53 | $23.62 |
| 8/20/2018 | $28.30 | -2.92% | -2.64% | ($0.77) | 0.00% | 27.80% | $7.87 | $20.43 | $5.53 | $22.77 |
| 8/21/2018 | $28.80 | 1.77% | 2.03% | $0.57 | 0.00% | 27.80% | $8.01 | $20.79 | $5.53 | $23.27 |
| 8/22/2018 | $29.72 | 3.19% | 1.75% | $0.50 | 0.00% | 27.80% | $8.26 | $21.46 | $5.53 | $24.19 |
| 8/23/2018 | $30.17 | 1.51% | 0.94% | $0.28 | 0.00% | 27.80% | $8.39 | $21.78 | $5.53 | $24.64 |
| 8/24/2018 | $33.38 | 10.64% | 8.34% | $2.51 | 0.00% | 27.80% | $9.28 | $24.10 | $5.53 | $27.85 |
| 8/27/2018 | $35.10 | 5.15% | 4.25% | $1.42 | 0.00% | 27.80% | $9.76 | $25.34 | $5.53 | $29.57 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| | Zuora | | | | | | | | | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 8/28/2018 | $32.34 | -7.86% | -8.40% | ($2.95) | 0.00% | 27.80% | $8.99 | $23.35 | $5.53 | $26.81 |
| 8/29/2018 | $33.40 | 3.28% | 1.20% | $0.39 | 0.00% | 27.80% | $9.28 | $24.12 | $5.53 | $27.87 |
| 8/30/2018 | $34.01 | 1.83% | 2.83% | $0.94 | 0.00% | 27.80% | $9.45 | $24.56 | $5.53 | $28.48 |
| 8/31/2018 | $27.58 | -18.91% | -19.04% | ($6.47) | 0.00% | 27.80% | $7.67 | $19.91 | $5.53 | $22.05 |
| 9/4/2018 | $27.86 | 1.02% | 1.22% | $0.34 | 0.00% | 27.80% | $7.74 | $20.12 | $5.53 | $22.33 |
| 9/5/2018 | $25.84 | -7.25% | -3.30% | ($0.92) | 0.00% | 27.80% | $7.18 | $18.66 | $5.53 | $20.31 |
| 9/6/2018 | $25.04 | -3.10% | -3.25% | ($0.84) | 0.00% | 27.80% | $6.96 | $18.08 | $5.53 | $19.51 |
| 9/7/2018 | $25.53 | 1.96% | 2.04% | $0.51 | 0.00% | 27.80% | $7.10 | $18.43 | $5.53 | $20.00 |
| 9/10/2018 | $24.67 | -3.37% | -4.91% | ($1.25) | 0.00% | 27.80% | $6.86 | $17.81 | $5.53 | $19.14 |
| 9/11/2018 | $25.51 | 3.40% | 1.42% | $0.35 | 0.00% | 27.80% | $7.09 | $18.42 | $5.53 | $19.98 |
| 9/12/2018 | $26.01 | 1.96% | 1.31% | $0.33 | 0.00% | 27.80% | $7.23 | $18.78 | $5.53 | $20.48 |
| 9/13/2018 | $25.58 | -1.65% | -2.77% | ($0.72) | 0.00% | 27.80% | $7.11 | $18.47 | $5.53 | $20.05 |
| 9/14/2018 | $24.63 | -3.71% | -4.34% | ($1.11) | 0.00% | 27.80% | $6.85 | $17.78 | $5.53 | $19.10 |
| 9/17/2018 | $24.11 | -2.11% | 0.29% | $0.07 | 0.00% | 27.80% | $6.70 | $17.41 | $5.53 | $18.58 |
| 9/18/2018 | $23.31 | -3.32% | -4.55% | ($1.10) | 0.00% | 27.80% | $6.48 | $16.83 | $5.53 | $17.78 |
| 9/19/2018 | $22.91 | -1.72% | -0.02% | ($0.00) | 0.00% | 27.80% | $6.37 | $16.54 | $5.53 | $17.38 |
| 9/20/2018 | $22.99 | 0.35% | -1.66% | ($0.38) | 0.00% | 27.80% | $6.39 | $16.60 | $5.53 | $17.46 |
| 9/21/2018 | $23.36 | 1.61% | 1.46% | $0.33 | 0.00% | 27.80% | $6.49 | $16.87 | $5.53 | $17.83 |
| 9/24/2018 | $22.93 | -1.84% | -2.55% | ($0.60) | 0.00% | 27.80% | $6.37 | $16.56 | $5.53 | $17.40 |
| 9/25/2018 | $22.26 | -2.92% | -3.25% | ($0.75) | 0.00% | 27.80% | $6.19 | $16.07 | $5.53 | $16.73 |
| 9/26/2018 | $22.43 | 0.76% | 1.35% | $0.30 | 0.00% | 27.80% | $6.23 | $16.20 | $5.53 | $16.90 |
| 9/27/2018 | $22.89 | 2.05% | 1.31% | $0.29 | 0.00% | 27.80% | $6.36 | $16.53 | $5.53 | $17.36 |
| 9/28/2018 | $23.11 | 0.96% | 0.98% | $0.23 | 0.00% | 27.80% | $6.42 | $16.69 | $5.53 | $17.58 |
| 10/1/2018 | $21.47 | -7.10% | -7.99% | ($1.85) | 0.00% | 27.80% | $5.97 | $15.50 | $5.53 | $15.94 |
| 10/2/2018 | $21.11 | -1.68% | -0.18% | ($0.04) | 0.00% | 27.80% | $5.87 | $15.24 | $5.53 | $15.58 |
| 10/3/2018 | $21.10 | -0.05% | -0.19% | ($0.04) | 0.00% | 27.80% | $5.87 | $15.23 | $5.53 | $15.57 |
| 10/4/2018 | $21.32 | 1.04% | 4.55% | $0.96 | 0.00% | 27.80% | $5.93 | $15.39 | $5.53 | $15.79 |
| 10/5/2018 | $21.16 | -0.75% | 0.26% | $0.06 | 0.00% | 27.80% | $5.88 | $15.28 | $5.53 | $15.63 |
| 10/8/2018 | $19.94 | -5.77% | -3.15% | ($0.67) | 0.00% | 27.80% | $5.54 | $14.40 | $5.53 | $14.41 |
| 10/9/2018 | $19.65 | -1.45% | -2.23% | ($0.44) | 0.00% | 27.80% | $5.46 | $14.19 | $5.53 | $14.12 |
| 10/10/2018 | $18.51 | -5.80% | 3.59% | $0.71 | 0.00% | 27.80% | $5.15 | $13.36 | $5.53 | $12.98 |
| 10/11/2018 | $17.83 | -3.67% | -2.70% | ($0.50) | 0.00% | 27.80% | $4.96 | $12.87 | $5.53 | $12.30 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] Constant Percentage Method | | | [10] Constant Dollar Method and Dura Limitation | [11] |
| | Zuora | | Excess | Excess Price | % Fraud | Percent | | True | Inflation | True Value |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2018 | $18.10 | 1.51% | -3.99% | ($0.71) | 0.00% | 27.80% | $5.03 | $13.07 | $5.53 | $12.57 |
| 10/15/2018 | $19.79 | 9.34% | 12.04% | $2.18 | 0.00% | 27.80% | $5.50 | $14.29 | $5.53 | $14.26 |
| 10/16/2018 | $20.91 | 5.66% | 0.19% | $0.04 | 0.00% | 27.80% | $5.81 | $15.10 | $5.53 | $15.38 |
| 10/17/2018 | $20.83 | -0.38% | -0.15% | ($0.03) | 0.00% | 27.80% | $5.79 | $15.04 | $5.53 | $15.30 |
| 10/18/2018 | $20.90 | 0.34% | 3.69% | $0.77 | 0.00% | 27.80% | $5.81 | $15.09 | $5.53 | $15.37 |
| 10/19/2018 | $20.00 | -4.31% | -3.70% | ($0.77) | 0.00% | 27.80% | $5.56 | $14.44 | $5.53 | $14.47 |
| 10/22/2018 | $19.40 | -3.00% | -4.33% | ($0.87) | 0.00% | 27.80% | $5.39 | $14.01 | $5.53 | $13.87 |
| 10/23/2018 | $19.49 | 0.46% | 1.55% | $0.30 | 0.00% | 27.80% | $5.42 | $14.07 | $5.53 | $13.96 |
| 10/24/2018 | $17.91 | -8.11% | -0.79% | ($0.15) | 0.00% | 27.80% | $4.98 | $12.93 | $5.53 | $12.38 |
| 10/25/2018 | $19.32 | 7.87% | 1.30% | $0.23 | 0.00% | 27.80% | $5.37 | $13.95 | $5.53 | $13.79 |
| 10/26/2018 | $19.03 | -1.50% | 1.62% | $0.31 | 0.00% | 27.80% | $5.29 | $13.74 | $5.53 | $13.50 |
| 10/29/2018 | $18.46 | -3.00% | -0.35% | ($0.07) | 0.00% | 27.80% | $5.13 | $13.33 | $5.53 | $12.93 |
| 10/30/2018 | $19.35 | 4.82% | 3.17% | $0.59 | 0.00% | 27.80% | $5.38 | $13.97 | $5.53 | $13.82 |
| 10/31/2018 | $20.42 | 5.53% | 1.40% | $0.27 | 0.00% | 27.80% | $5.68 | $14.74 | $5.53 | $14.89 |
| 11/1/2018 | $20.60 | 0.88% | -0.74% | ($0.15) | 0.00% | 27.80% | $5.73 | $14.87 | $5.53 | $15.07 |
| 11/2/2018 | $20.78 | 0.87% | 1.90% | $0.39 | 0.00% | 27.80% | $5.78 | $15.00 | $5.53 | $15.25 |
| 11/5/2018 | $20.71 | -0.34% | -0.80% | ($0.17) | 0.00% | 27.80% | $5.76 | $14.95 | $5.53 | $15.18 |
| 11/6/2018 | $20.80 | 0.43% | -0.46% | ($0.10) | 0.00% | 27.80% | $5.78 | $15.02 | $5.53 | $15.27 |
| 11/7/2018 | $21.49 | 3.32% | -2.38% | ($0.49) | 0.00% | 27.80% | $5.97 | $15.52 | $5.53 | $15.96 |
| 11/8/2018 | $21.85 | 1.68% | 2.03% | $0.44 | 0.00% | 27.80% | $6.07 | $15.78 | $5.53 | $16.32 |
| 11/9/2018 | $20.97 | -4.03% | -1.35% | ($0.30) | 0.00% | 27.80% | $5.83 | $15.14 | $5.53 | $15.44 |
| 11/12/2018 | $20.33 | -3.05% | 1.50% | $0.32 | 0.00% | 27.80% | $5.65 | $14.68 | $5.53 | $14.80 |
| 11/13/2018 | $20.46 | 0.64% | 0.22% | $0.05 | 0.00% | 27.80% | $5.69 | $14.77 | $5.53 | $14.93 |
| 11/14/2018 | $20.45 | -0.05% | 1.72% | $0.35 | 0.00% | 27.80% | $5.68 | $14.77 | $5.53 | $14.92 |
| 11/15/2018 | $21.27 | 4.01% | 0.47% | $0.10 | 0.00% | 27.80% | $5.91 | $15.36 | $5.53 | $15.74 |
| 11/16/2018 | $20.73 | -2.54% | -3.05% | ($0.65) | 0.00% | 27.80% | $5.76 | $14.97 | $5.53 | $15.20 |
| 11/19/2018 | $17.76 | -14.33% | -8.31% | ($1.72) | 0.00% | 27.80% | $4.94 | $12.82 | $5.53 | $12.23 |
| 11/20/2018 | $17.40 | -2.03% | 1.36% | $0.24 | 0.00% | 27.80% | $4.84 | $12.56 | $5.53 | $11.87 |
| 11/21/2018 | $17.66 | 1.49% | -0.85% | ($0.15) | 0.00% | 27.80% | $4.91 | $12.75 | $5.53 | $12.13 |
| 11/23/2018 | $17.93 | 1.53% | 2.07% | $0.36 | 0.00% | 27.80% | $4.98 | $12.95 | $5.53 | $12.40 |
| 11/26/2018 | $18.83 | 5.02% | 0.93% | $0.17 | 0.00% | 27.80% | $5.23 | $13.60 | $5.53 | $13.30 |
| 11/27/2018 | $18.75 | -0.42% | -0.48% | ($0.09) | 0.00% | 27.80% | $5.21 | $13.54 | $5.53 | $13.22 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 11/28/2018 | $20.00 | 6.67% | 0.48% | $0.09 | 0.00% | 27.80% | $5.56 | $14.44 | $5.53 | $14.47 |
| 11/29/2018 | $20.56 | 2.80% | 3.61% | $0.72 | 0.00% | 27.80% | $5.71 | $14.85 | $5.53 | $15.03 |
| 11/30/2018 | $19.03 | -7.44% | -8.77% | ($1.80) | 0.00% | 27.80% | $5.29 | $13.74 | $5.53 | $13.50 |
| 12/3/2018 | $19.25 | 1.16% | -1.07% | ($0.20) | 0.00% | 27.80% | $5.35 | $13.90 | $5.53 | $13.72 |
| 12/4/2018 | $18.10 | -5.97% | -0.18% | ($0.03) | 0.00% | 27.80% | $5.03 | $13.07 | $5.53 | $12.57 |
| 12/6/2018 | $18.53 | 2.38% | 1.79% | $0.32 | 0.00% | 27.80% | $5.15 | $13.38 | $5.53 | $13.00 |
| 12/7/2018 | $18.14 | -2.10% | 4.00% | $0.74 | 0.00% | 27.80% | $5.04 | $13.10 | $5.53 | $12.61 |
| 12/10/2018 | $18.05 | -0.50% | -3.10% | ($0.56) | 0.00% | 27.80% | $5.02 | $13.03 | $5.53 | $12.52 |
| 12/11/2018 | $18.47 | 2.33% | 1.91% | $0.34 | 0.00% | 27.80% | $5.13 | $13.34 | $5.53 | $12.94 |
| 12/12/2018 | $18.72 | 1.35% | -0.04% | ($0.01) | 0.00% | 27.80% | $5.20 | $13.52 | $5.53 | $13.19 |
| 12/13/2018 | $18.10 | -3.31% | -3.23% | ($0.60) | 0.00% | 27.80% | $5.03 | $13.07 | $5.53 | $12.57 |
| 12/14/2018 | $18.24 | 0.77% | 5.18% | $0.94 | 0.00% | 27.80% | $5.07 | $13.17 | $5.53 | $12.71 |
| 12/17/2018 | $16.15 | -11.46% | -7.19% | ($1.31) | 0.00% | 27.80% | $4.49 | $11.66 | $5.53 | $10.62 |
| 12/18/2018 | $16.80 | 4.02% | 2.82% | $0.46 | 0.00% | 27.80% | $4.67 | $12.13 | $5.53 | $11.27 |
| 12/19/2018 | $17.52 | 4.29% | 6.71% | $1.13 | 0.00% | 27.80% | $4.87 | $12.65 | $5.53 | $11.99 |
| 12/20/2018 | $17.04 | -2.74% | 0.26% | $0.04 | 0.00% | 27.80% | $4.74 | $12.30 | $5.53 | $11.51 |
| 12/21/2018 | $16.08 | -5.63% | -0.24% | ($0.04) | 0.00% | 27.80% | $4.47 | $11.61 | $5.53 | $10.55 |
| 12/24/2018 | $16.36 | 1.74% | 6.33% | $1.02 | 0.00% | 27.80% | $4.55 | $11.81 | $5.53 | $10.83 |
| 12/26/2018 | $17.81 | 8.86% | -0.93% | ($0.15) | 0.00% | 27.80% | $4.95 | $12.86 | $5.53 | $12.28 |
| 12/27/2018 | $17.90 | 0.51% | -0.76% | ($0.14) | 0.00% | 27.80% | $4.98 | $12.92 | $5.53 | $12.37 |
| 12/28/2018 | $17.65 | -1.40% | -1.08% | ($0.19) | 0.00% | 27.80% | $4.91 | $12.74 | $5.53 | $12.12 |
| 12/31/2018 | $18.14 | 2.78% | 1.07% | $0.19 | 0.00% | 27.80% | $5.04 | $13.10 | $5.53 | $12.61 |
| 1/2/2019 | $18.20 | 0.33% | 0.15% | $0.03 | 0.00% | 27.80% | $5.06 | $13.14 | $5.53 | $12.67 |
| 1/3/2019 | $17.68 | -2.86% | 2.18% | $0.40 | 0.00% | 27.80% | $4.91 | $12.77 | $5.53 | $12.15 |
| 1/4/2019 | $18.55 | 4.92% | -2.31% | ($0.41) | 0.00% | 27.80% | $5.16 | $13.39 | $5.53 | $13.02 |
| 1/7/2019 | $19.49 | 5.07% | 3.27% | $0.61 | 0.00% | 27.80% | $5.42 | $14.07 | $5.53 | $13.96 |
| 1/8/2019 | $19.74 | 1.28% | -0.68% | ($0.13) | 0.00% | 27.80% | $5.49 | $14.25 | $5.53 | $14.21 |
| 1/9/2019 | $19.88 | 0.71% | -0.97% | ($0.19) | 0.00% | 27.80% | $5.53 | $14.35 | $5.53 | $14.35 |
| 1/10/2019 | $19.93 | 0.25% | -0.17% | ($0.03) | 0.00% | 27.80% | $5.54 | $14.39 | $5.53 | $14.40 |
| 1/11/2019 | $19.97 | 0.20% | 0.39% | $0.08 | 0.00% | 27.80% | $5.55 | $14.42 | $5.53 | $14.44 |
| 1/14/2019 | $19.77 | -1.00% | 0.12% | $0.02 | 0.00% | 27.80% | $5.50 | $14.27 | $5.53 | $14.24 |
| 1/15/2019 | $20.48 | 3.59% | 0.18% | $0.04 | 0.00% | 27.80% | $5.69 | $14.79 | $5.53 | $14.95 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | | | | Price | Fraud | Percent | | True | and Dura Limitation | |
| | Zuora | | Excess | | | | | | | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 1/16/2019 | $20.20 | -1.37% | -1.82% | ($0.37) | 0.00% | 27.80% | $5.61 | $14.59 | $5.53 | $14.67 |
| 1/17/2019 | $20.76 | 2.77% | 1.42% | $0.29 | 0.00% | 27.80% | $5.77 | $14.99 | $5.53 | $15.23 |
| 1/18/2019 | $21.14 | 1.83% | -0.28% | ($0.06) | 0.00% | 27.80% | $5.88 | $15.26 | $5.53 | $15.61 |
| 1/22/2019 | $21.34 | 0.95% | 3.52% | $0.74 | 0.00% | 27.80% | $5.93 | $15.41 | $5.53 | $15.81 |
| 1/23/2019 | $20.43 | -4.26% | -5.01% | ($1.07) | 0.00% | 27.80% | $5.68 | $14.75 | $5.53 | $14.90 |
| 1/24/2019 | $20.39 | -0.20% | -0.85% | ($0.17) | 0.00% | 27.80% | $5.67 | $14.72 | $5.53 | $14.86 |
| 1/25/2019 | $21.36 | 4.76% | 2.64% | $0.54 | 0.00% | 27.80% | $5.94 | $15.42 | $5.53 | $15.83 |
| 1/28/2019 | $21.13 | -1.08% | 0.57% | $0.12 | 0.00% | 27.80% | $5.87 | $15.26 | $5.53 | $15.60 |
| 1/29/2019 | $20.87 | -1.23% | 0.10% | $0.02 | 0.00% | 27.80% | $5.80 | $15.07 | $5.53 | $15.34 |
| 1/30/2019 | $21.34 | 2.25% | -1.47% | ($0.31) | 0.00% | 27.80% | $5.93 | $15.41 | $5.53 | $15.81 |
| 1/31/2019 | $21.64 | 1.41% | 0.36% | $0.08 | 0.00% | 27.80% | $6.02 | $15.62 | $5.53 | $16.11 |
| 2/1/2019 | $21.16 | -2.22% | -1.97% | ($0.43) | 0.00% | 27.80% | $5.88 | $15.28 | $5.53 | $15.63 |
| 2/4/2019 | $21.39 | 1.09% | -1.48% | ($0.31) | 0.00% | 27.80% | $5.95 | $15.44 | $5.53 | $15.86 |
| 2/5/2019 | $21.39 | 0.00% | -1.40% | ($0.30) | 0.00% | 27.80% | $5.95 | $15.44 | $5.53 | $15.86 |
| 2/6/2019 | $20.53 | -4.02% | -3.38% | ($0.72) | 0.00% | 27.80% | $5.71 | $14.82 | $5.53 | $15.00 |
| 2/7/2019 | $20.82 | 1.41% | 2.97% | $0.61 | 0.00% | 27.80% | $5.79 | $15.03 | $5.53 | $15.29 |
| 2/8/2019 | $21.30 | 2.31% | 1.64% | $0.34 | 0.00% | 27.80% | $5.92 | $15.38 | $5.53 | $15.77 |
| 2/11/2019 | $20.27 | -4.84% | -5.02% | ($1.07) | 0.00% | 27.80% | $5.63 | $14.64 | $5.53 | $14.74 |
| 2/12/2019 | $20.68 | 2.02% | -0.12% | ($0.03) | 0.00% | 27.80% | $5.75 | $14.93 | $5.53 | $15.15 |
| 2/13/2019 | $21.18 | 2.42% | 2.40% | $0.50 | 0.00% | 27.80% | $5.89 | $15.29 | $5.53 | $15.65 |
| 2/14/2019 | $22.51 | 6.28% | 6.06% | $1.28 | 0.00% | 27.80% | $6.26 | $16.25 | $5.53 | $16.98 |
| 2/15/2019 | $22.50 | -0.04% | -1.13% | ($0.25) | 0.00% | 27.80% | $6.25 | $16.25 | $5.53 | $16.97 |
| 2/19/2019 | $23.22 | 3.20% | 2.88% | $0.65 | 0.00% | 27.80% | $6.45 | $16.77 | $5.53 | $17.69 |
| 2/20/2019 | $23.18 | -0.17% | -0.10% | ($0.02) | 0.00% | 27.80% | $6.44 | $16.74 | $5.53 | $17.65 |
| 2/21/2019 | $23.31 | 0.56% | 0.29% | $0.07 | 0.00% | 27.80% | $6.48 | $16.83 | $5.53 | $17.78 |
| 2/22/2019 | $23.97 | 2.83% | 1.21% | $0.28 | 0.00% | 27.80% | $6.66 | $17.31 | $5.53 | $18.44 |
| 2/25/2019 | $24.24 | 1.13% | 0.58% | $0.14 | 0.00% | 27.80% | $6.74 | $17.50 | $5.53 | $18.71 |
| 2/26/2019 | $23.64 | -2.48% | -2.77% | ($0.67) | 0.00% | 27.80% | $6.57 | $17.07 | $5.53 | $18.11 |
| 2/27/2019 | $24.55 | 3.85% | 3.76% | $0.89 | 0.00% | 27.80% | $6.82 | $17.73 | $5.53 | $19.02 |
| 2/28/2019 | $23.76 | -3.22% | -2.92% | ($0.72) | 0.00% | 27.80% | $6.60 | $17.16 | $5.53 | $18.23 |
| 3/1/2019 | $23.41 | -1.47% | -2.62% | ($0.62) | 0.00% | 27.80% | $6.51 | $16.90 | $5.53 | $17.88 |
| 3/4/2019 | $22.81 | -2.56% | -2.00% | ($0.47) | 0.00% | 27.80% | $6.34 | $16.47 | $5.53 | $17.28 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 3/5/2019 | $22.50 | -1.36% | -1.17% | ($0.27) | 0.00% | 27.80% | $6.25 | $16.25 | $5.53 | $16.97 |
| 3/6/2019 | $22.40 | -0.44% | 0.35% | $0.08 | 0.00% | 27.80% | $6.23 | $16.17 | $5.53 | $16.87 |
| 3/7/2019 | $22.98 | 2.59% | 3.92% | $0.88 | 0.00% | 27.80% | $6.39 | $16.59 | $5.53 | $17.45 |
| 3/8/2019 | $23.04 | 0.26% | 0.34% | $0.08 | 0.00% | 27.80% | $6.40 | $16.64 | $5.53 | $17.51 |
| 3/11/2019 | $23.55 | 2.21% | -0.56% | ($0.13) | 0.00% | 27.80% | $6.55 | $17.00 | $5.53 | $18.02 |
| 3/12/2019 | $23.52 | -0.13% | -0.93% | ($0.22) | 0.00% | 27.80% | $6.54 | $16.98 | $5.53 | $17.99 |
| 3/13/2019 | $23.63 | 0.47% | -0.57% | ($0.13) | 0.00% | 27.80% | $6.57 | $17.06 | $5.53 | $18.10 |
| 3/14/2019 | $23.50 | -0.55% | -0.73% | ($0.17) | 0.00% | 27.80% | $6.53 | $16.97 | $5.53 | $17.97 |
| 3/15/2019 | $23.41 | -0.38% | -1.38% | ($0.33) | 0.00% | 27.80% | $6.51 | $16.90 | $5.53 | $17.88 |
| 3/18/2019 | $23.06 | -1.50% | -2.46% | ($0.58) | 0.00% | 27.80% | $6.41 | $16.65 | $5.53 | $17.53 |
| 3/19/2019 | $23.43 | 1.60% | 1.21% | $0.28 | 0.00% | 27.80% | $6.51 | $16.92 | $5.53 | $17.90 |
| 3/20/2019 | $23.74 | 1.32% | 1.32% | $0.31 | 0.00% | 27.80% | $6.60 | $17.14 | $5.53 | $18.21 |
| 3/21/2019 | $24.33 | 2.49% | -0.08% | ($0.02) | 0.00% | 27.80% | $6.76 | $17.57 | $5.53 | $18.80 |
| 3/22/2019 | $20.91 | -14.06% | -10.67% | ($2.60) | 0.00% | 27.80% | $5.81 | $15.10 | $5.53 | $15.38 |
| 3/25/2019 | $20.39 | -2.49% | -2.78% | ($0.58) | 0.00% | 27.80% | $5.67 | $14.72 | $5.53 | $14.86 |
| 3/26/2019 | $19.48 | -4.46% | -5.44% | ($1.11) | 0.00% | 27.80% | $5.41 | $14.07 | $5.53 | $13.95 |
| 3/27/2019 | $19.20 | -1.44% | -0.42% | ($0.08) | 0.00% | 27.80% | $5.34 | $13.86 | $5.53 | $13.67 |
| 3/28/2019 | $19.51 | 1.61% | 1.01% | $0.19 | 0.00% | 27.80% | $5.42 | $14.09 | $5.53 | $13.98 |
| 3/29/2019 | $20.03 | 2.67% | 1.27% | $0.25 | 0.00% | 27.80% | $5.57 | $14.46 | $5.53 | $14.50 |
| 4/1/2019 | $19.68 | -1.75% | -3.69% | ($0.74) | 0.00% | 27.80% | $5.47 | $14.21 | $5.53 | $14.15 |
| 4/2/2019 | $20.25 | 2.90% | 2.60% | $0.51 | 0.00% | 27.80% | $5.63 | $14.62 | $5.53 | $14.72 |
| 4/3/2019 | $20.58 | 1.63% | 0.65% | $0.13 | 0.00% | 27.80% | $5.72 | $14.86 | $5.53 | $15.05 |
| 4/4/2019 | $20.14 | -2.14% | -1.76% | ($0.36) | 0.00% | 27.80% | $5.60 | $14.54 | $5.53 | $14.61 |
| 4/5/2019 | $20.15 | 0.05% | -0.78% | ($0.16) | 0.00% | 27.80% | $5.60 | $14.55 | $5.53 | $14.62 |
| 4/8/2019 | $20.23 | 0.40% | 0.03% | $0.01 | 0.00% | 27.80% | $5.62 | $14.61 | $5.53 | $14.70 |
| 4/9/2019 | $19.68 | -2.72% | -2.29% | ($0.46) | 0.00% | 27.80% | $5.47 | $14.21 | $5.53 | $14.15 |
| 4/10/2019 | $19.79 | 0.56% | -0.64% | ($0.13) | 0.00% | 27.80% | $5.50 | $14.29 | $5.53 | $14.26 |
| 4/11/2019 | $19.70 | -0.45% | -0.54% | ($0.11) | 0.00% | 27.80% | $5.48 | $14.22 | $5.53 | $14.17 |
| 4/12/2019 | $19.34 | -1.83% | -2.54% | ($0.50) | 0.00% | 27.80% | $5.38 | $13.96 | $5.53 | $13.81 |
| 4/15/2019 | $19.38 | 0.21% | 0.14% | $0.03 | 0.00% | 27.80% | $5.39 | $13.99 | $5.53 | $13.85 |
| 4/16/2019 | $19.49 | 0.57% | 0.64% | $0.12 | 0.00% | 27.80% | $5.42 | $14.07 | $5.53 | $13.96 |
| 4/17/2019 | $19.55 | 0.31% | 0.20% | $0.04 | 0.00% | 27.80% | $5.43 | $14.12 | $5.53 | $14.02 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Excess | % | Constant Percentage Method | | | Constant Dollar Method | |
| | Zuora | | Excess | Price | Fraud | Percent | | True | and Dura Limitation | |
| Date | Price | Return | Return | Change | Related | Inflation | Inflation | Value | Inflation | True Value |
| 4/18/2019 | $19.22 | -1.69% | -2.59% | ($0.51) | 0.00% | 27.80% | $5.34 | $13.88 | $5.53 | $13.69 |
| 4/22/2019 | $19.32 | 0.52% | -0.18% | ($0.03) | 0.00% | 27.80% | $5.37 | $13.95 | $5.53 | $13.79 |
| 4/23/2019 | $19.99 | 3.47% | 1.53% | $0.30 | 0.00% | 27.80% | $5.56 | $14.43 | $5.53 | $14.46 |
| 4/24/2019 | $20.05 | 0.30% | 0.61% | $0.12 | 0.00% | 27.80% | $5.57 | $14.48 | $5.53 | $14.52 |
| 4/25/2019 | $21.26 | 6.03% | 4.27% | $0.86 | 0.00% | 27.80% | $5.91 | $15.35 | $5.53 | $15.73 |
| 4/26/2019 | $21.35 | 0.42% | -0.38% | ($0.08) | 0.00% | 27.80% | $5.93 | $15.42 | $5.53 | $15.82 |
| 4/29/2019 | $22.11 | 3.56% | 3.59% | $0.77 | 0.00% | 27.80% | $6.15 | $15.96 | $5.53 | $16.58 |
| 4/30/2019 | $22.10 | -0.05% | -0.61% | ($0.14) | 0.00% | 27.80% | $6.14 | $15.96 | $5.53 | $16.57 |
| 5/1/2019 | $21.38 | -3.26% | -1.12% | ($0.25) | 0.00% | 27.80% | $5.94 | $15.44 | $5.53 | $15.85 |
| 5/2/2019 | $21.36 | -0.09% | 0.92% | $0.20 | 0.00% | 27.80% | $5.94 | $15.42 | $5.53 | $15.83 |
| 5/3/2019 | $22.24 | 4.12% | 1.96% | $0.42 | 0.00% | 27.80% | $6.18 | $16.06 | $5.53 | $16.71 |
| 5/6/2019 | $22.87 | 2.83% | 3.34% | $0.74 | 0.00% | 27.80% | $6.36 | $16.51 | $5.53 | $17.34 |
| 5/7/2019 | $22.10 | -3.37% | -0.65% | ($0.15) | 0.00% | 27.80% | $6.14 | $15.96 | $5.53 | $16.57 |
| 5/8/2019 | $22.26 | 0.72% | 0.66% | $0.15 | 0.00% | 27.80% | $6.19 | $16.07 | $5.53 | $16.73 |
| 5/9/2019 | $22.45 | 0.85% | 0.94% | $0.21 | 0.00% | 27.80% | $6.24 | $16.21 | $5.53 | $16.92 |
| 5/10/2019 | $22.35 | -0.45% | -1.81% | ($0.41) | 0.00% | 27.80% | $6.21 | $16.14 | $5.53 | $16.82 |
| 5/13/2019 | $21.13 | -5.46% | -1.22% | ($0.27) | 0.00% | 27.80% | $5.87 | $15.26 | $5.53 | $15.60 |
| 5/14/2019 | $21.81 | 3.22% | 1.31% | $0.28 | 0.00% | 27.80% | $6.06 | $15.75 | $5.53 | $16.28 |
| 5/15/2019 | $22.24 | 1.97% | 0.41% | $0.09 | 0.00% | 27.80% | $6.18 | $16.06 | $5.53 | $16.71 |
| 5/16/2019 | $22.56 | 1.44% | -0.93% | ($0.21) | 0.00% | 27.80% | $6.27 | $16.29 | $5.53 | $17.03 |
| 5/17/2019 | $22.33 | -1.02% | -0.07% | ($0.02) | 0.00% | 27.80% | $6.21 | $16.12 | $5.53 | $16.80 |
| 5/20/2019 | $22.06 | -1.21% | 0.29% | $0.06 | 0.00% | 27.80% | $6.13 | $15.93 | $5.53 | $16.53 |
| 5/21/2019 | $22.59 | 2.40% | 1.18% | $0.26 | 0.00% | 27.80% | $6.28 | $16.31 | $5.53 | $17.06 |
| 5/22/2019 | $22.39 | -0.89% | -1.38% | ($0.31) | 0.00% | 27.80% | $6.22 | $16.17 | $5.53 | $16.86 |
| 5/23/2019 | $20.80 | -7.10% | -5.31% | ($1.19) | 0.00% | 27.80% | $5.78 | $15.02 | $5.53 | $15.27 |
| 5/24/2019 | $21.35 | 2.64% | 2.30% | $0.48 | 0.00% | 27.80% | $5.93 | $15.42 | $5.53 | $15.82 |
| 5/28/2019 | $21.37 | 0.09% | 0.23% | $0.05 | 0.00% | 27.80% | $5.94 | $15.43 | $5.53 | $15.84 |
| 5/29/2019 | $20.35 | -4.77% | -3.71% | ($0.79) | 0.00% | 27.80% | $5.66 | $14.69 | $5.53 | $14.82 |
| 5/30/2019 | $19.90 | -2.21% | -2.92% | ($0.59) | 0.00% | 27.80% | $5.53 | $14.37 | $5.53 | $14.37 |
| 5/31/2019 | $13.99 | -29.70% | -27.80% | ($5.53) | 100.00% | 0.00% | $0.00 | $13.99 | $0.00 | $13.99 |

**Appendix B**
**Daily Artificial Inflation in Zuora Common Stock**
**April 12, 2018 - May 31, 2019**

| [1] | [2] | [3] | [4] | [5] Excess Price Change | [6] % Fraud Related | [7] Constant Percentage Method | [8] | [9] | [10] Constant Dollar Method and Dura Limitation | [11] |
| | Zuora | | Excess | | | | | | | |
| Date | Price | Return | Return | | | Percent Inflation | Inflation | True Value | Inflation | True Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Notes:**

[1] Date: trading date.

[2] Price: reported composite U.S. last Price for Zuora common stock.  Source: Bloomberg.

[3] Return: $[R_{t} = (P_{t} - P_{t-1}) / P_{t-1}]$, where R denotes return, P denotes price and t denotes time period.

[4] Excess Return: *See* Appendix A.

[5] Excess Price Change: calculated as Excess Return ([4]) multiplied by previous day Price ([2])$_{t-1}$, where t denotes time period.

[6] % Fraud Related: equals the percent of Excess Return ([4]) or Excess Price Change ([5]) that is attributable to the corrective disclosure (price impact on May 31, 2019).  *See* Damages Report.

[7] Constant Percentage Method Percent Inflation: for days before May 31, 2019, equals the Excess Return ([4]) on May 31, 2019 (in absolute terms) multiplied by % Fraud Related ([6]) on May 31, 2019; and equals zero on May 31, 2019.

[8] Constant Percentage Method Inflation: calculated as Price ([2]) multiplied by  Constant Percentage Method Percent Inflation ([7]).

[9] Constant Percentage Method True Value: calculated as Price ([2]) minus Constant Percentage Method Inflation ([8]).

[10] Constant Dollar Method Inflation: for days before May 31, 2019, equals the Excess Price Change ([5]) on May 31, 2019 (in absolute terms) multiplied by % Fraud Related ([6]) on May 31, 2019; and equals zero on May 31, 2019.

[11] Constant Dollar Method True Value: calculated as Price ([2]) minus Constant Dollar Method Inflation ([10]).

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I caused a true and correct copy of the EXPERT REPORT OF TAVY RONEN, PH.D., to be served by email in accordance with the Federal Rules of Civil Procedure on the following counsel of record:

Susan S. Muck
Kevin P. Muck
William Brenc
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com
william.brenc@wilmerhale.com

Jeremy T. Adler
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
jeremy.adler@wilmerhale.com

*Attorneys for Defendants*
*Zuora, Inc., Tien Tzuo, and Tyler Sloat*

Dated:    August 5, 2022             By:  */s/ Lucas E. Gilmore*
                                              Lucas E. Gilmore

Certificate of Service  - 1
Case No. 3:19-cv-03422-SI