# EXHIBITS 7-25

## [FILED UNDER SEAL]