# EXHIBIT 26

## [FILED UNDER SEAL]

Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated, | No. 3:19-cv-03422-SI |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | **[EXHIBIT FILED UNDER SEAL]** |
| ZUORA, INC., TIEN TZUO, and TYLER SLOAT, | |
| Defendants. | |

Regarding:    **EXHIBIT 26** to the DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS ZUORA, INC., TIEN TZUO, AND TYLER SLOAT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EVIDENCE

PLEASE TAKE NOTICE that this filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. This exhibit is designated as confidential and is subject to Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed on January 27, 2023.

A true and correct copy of this filing will be served electronically on counsel of record via secured electronic mail. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s): Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

DATED: January 27, 2023

Respectfully submitted,

/s/ Steve W. Berman
Steve W. Berman (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725.3000
Facsimile: (510) 725.3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (708) 628-4966
Facsimile:  (708) 628-4950
raffim@hbsslaw.com

Peter A. Shaeffer (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
petersh@hbsslaw.com

*Attorneys for Lead Plaintiff New Zealand Methodist Trust Association*

# ZUO_V_000039

## Video Clip

## 1:38:15 – 1:40:33

# PRODUCED NATIVELY

**Exhibit
Pltf 0174**
Tien Tzuo