# EXHIBITS 28-35

## [FILED UNDER SEAL]