# EXHIBIT 36

SEC Form 4

**FORM 4**

| | |
|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Sloat Tyler | ZUORA INC [ ZUO ] | Director ___ 10% Owner ___ |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/26/2019 | X Officer (give title below) ___ Other (specify below) ___ |
| C/O ZUORA, INC. 3050 SOUTH DELAWARE STREET, SUITE 301 | | Chief Financial Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| SAN MATEO   CA   94403 | | X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/26/2019 | | C | | 135,029[1] | A | $0 | 366,312[2] | D | |
| Class A Common Stock | 03/26/2019 | | S[3] | | 364,528 | D | $20.042[4] | 1,784 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to buy Class B Common Stock) | $3.04 | 03/26/2019 | | M[3] | | | 117,105 | [5] | 11/18/2024 | Class B Common Stock | 117,105 | $3.04 | 0 | D | |
| Class B Common Stock | $0.0[6] | 03/26/2019 | | M[3] | | 117,105 | | [6] | [6] | Class A Common Stock | 117,105 | $0 | 117,105 | D | |
| Class B Common Stock | $0.0[6] | 03/26/2019 | | C | | | 117,105 | [6] | [6] | Class A Common Stock | 117,105 | $0 | 0 | D | |
| Stock Option (Right to buy Class B Common Stock) | $3.08 | 03/26/2019 | | M[3] | | | 17,924 | [7] | 05/24/2026 | Class B Common Stock | 17,924 | $3.08 | 309,608 | D | |
| Class B Common Stock | $0.0[6] | 03/26/2019 | | M[3] | | 17,924 | | [6] | [6] | Class A Common Stock | 17,924 | $0 | 17,924 | D | |
| Class B Common Stock | $0.0[6] | 03/26/2019 | | C | | | 17,924 | [6] | [6] | Class A Common Stock | 17,924 | $0 | 0 | D | |

Exhibit
Pltf 0150
Tyler Sloat

| Stock | | | | | | | | | Stock | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. Represents the number of shares that were acquired by the Reporting Person upon conversion of the shares of Class B Common Stock into Class A Common Stock in connection with the exercise of the stock options listed in Table II.

2. Includes 1,785 shares of Class A Common Stock acquired on December 14, 2019 pursuant to the Issuer's employee stock purchase plan.

3. This transaction was effected pursuant to a 10b5-1 trading plan adopted by the reporting person.

4. Represents the weighted average sale price. The lowest price at which shares were sold was $20.00 and the highest price at which shares were sold was $20.24. The Reporting Person undertakes to provide upon request to the staff of the U.S. Securities and Exchange Commission, the Issuer or its stockholders, full information regarding the total number of shares sold at each separate price within the rangesset forth in this footnote.

5. The option is fully vested and exercisable.

6. Each share of the Issuer's Class B Common Stock will convert into 1 share of the Issuer's Class A Common Stock (a) at the option of the holder and (b) automatically upon (i) any transfer, except for certain permitted transfers, and (ii) the date that is the earliest of (x) the date specified by a vote of the holders of not less than 66 2/3% of the outstanding shares of Class B Common Stock, (y) ten years from the effective date of the Issuer's initial public offering and (z) the date that the total number of shares of outstanding Class B Common Stock ceases to represent at least 5% of all outstanding shares of the Issuer's common stock, and has no expiration date.

7. The option vests as to 1/48th of the shares one month following the May 24, 2016 vesting commencement date, with 100% of the total shares vested on May 24, 2020, subject to the Reporting Person's provision of service to the Issuer on each vesting date. The option contains an early-exercise provision and is exercisable as to unvested shares, subject to the Issuer's right of repurchase.

**Remarks:**

| | |
|---|---|
| /s/ Jennifer Pileggi as attorney-in-fact for Tyler Sloat | 03/28/2019 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**