# EXHIBITS 37-40

## [FILED UNDER SEAL]