# EXHIBITS 46-47

## [FILED UNDER SEAL]