# EXHIBITS 49-50

## [FILED UNDER SEAL]