# EXHIBIT 53

## [REDACTED VERSION]

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS,                )
Individually and On     ) Case No. 3:19-cv-03422-SI
Behalf Of All Other     )
Similarly Situated,     )
                        )
          Plaintiff,    )
                        )
     vs.                )
                        )
ZUORA, INC., TIEN TZUO,)
and TYLER SLOAT,        )
                        )
          Defendants.   )
_____)

REMOTE DEPOSITION OF █████████████

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

(Via Zoom Videoconference)

Thursday, June 9, 2022

REPORTED BY:  Michelle Milan Fulmer

CSR No. 6942, RPR, CRR, CRC

Page 1

CONFIDENTIAL

naively, saying that it mentions it should work like

this; but, unfortunately, when we had it

implemented, it didn't give us that result.

Q    And what --

A    That's what I had heard.                      02:22:16

Q    And what solution were they discussing?

A    This was Billing and RevPro.

Q    The next sentence here says, "'Zuora even

lost a lot of business because based on what they

had promised and what was not made,' CW-2 said."      02:22:32

Do you see that?

A    Yes.  So this was, again, discussed back in

employee internal forums that we have not been able

to accomplish the integration; and, therefore, we

are -- customers are churning, they are looking to     02:22:51

go to other solutions, and we need to get our act

together to quickly integrate it so that we don't

lose more and more customers and this was sales

shedding their concerns.

So this project that we were doing           02:23:09

internally had a huge emphasis for the company

because if we had been able to do it internally,

then they would be able to -- that would stand as a

huge accomplishment for the engineering team to look

at an internal successful project because the          02:23:24

Page 170

engineering team does not have access to customers as much as they have access to their internal teams.

So it was -- it was serving as a dual purpose.  The intent was, of course, to be able to solve it for the customer for Zuora internally, but    02:23:39 we were also a reference for engineering to say, "Okay.  How are they doing it?  What are the challenges they are having?  What are the use cases they are having?"

Q    You left Zuora in July 2018.  Is that    02:23:54 right?

A    Yes.

Q    What customers as of July 2018 had left Zuora because of issues with the Billing RevPro integration?                                            02:24:10

A    I did not work in that team and I wouldn't know, but this is internal news that was shared from one team together, "Hey, we're losing customers if you don't solve this."  That's what I reiterated without having a customer name.                          02:24:29

Q    So you don't know if any specific customers left because of these integration concerns?

A    I wouldn't be able to pinpoint and say Customer A or B left because -- specifically because of this.  This is what we were told and what I    02:24:42

Veritext Legal Solutions
866 299-5127

shared.

Q    The next sentence, still in Paragraph 91 says, "CW-2 stated, 'If you seek a particular solution to do a certain job, then if a product doesn't do the job when you buy validation, you    02:25:00 aren't going to get it.  You're going to go for an alternate solution.'"

Do you see that?

A    Yes.

Q    Do you recall telling plaintiffs this?    02:25:11

A    Yes.

Q    Do you know of any Zuora customers that left to seek an alternate solution to Billing and RevPro?

A    Yes.  So in talking to my peers, they were    02:25:29 looking at alternative solutions with other ERP companies.

Q    Which customers?

A    I wouldn't necessarily want to go into the names, if I'm allowed to, because this was just out    02:25:48 of the office, not in the capacity of Zuora, talking to a friend, colleague, peer, if you will.

Q    Sure.  There's a protective order that's governing this so that anything here will be kept confidential.    02:26:06

Page 172

CONFIDENTIAL

CERTIFICATION OF COURT REPORTER

FEDERAL JURAT

I, the undersigned, a Certified Shorthand Reporter of the State of California do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof; that before completion of the deposition, a review of the transcript [ ] was [X] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name:  Date:  June 24, 2022.

Michelle Milan Fulmer

CSR 6942, RPR, CRR, CRC

Page 205