SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILLIAM BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002

JEREMY T. ADLER (admitted *pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417

MELINDA HAAG (SBN 132612)
ROBIN LINSENMAYER (SBN 244656)
ERIKA K. HOGLUND (SBN 327781)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com
rlinsenmayer@paulweiss.com
ehoglund@paulweiss.com

KAREN L. DUNN (admitted *Pro Hac Vice*)
JUSTIN ANDERSON (admitted *Pro Hac Vice*)
JESSICA E. PHILLIPS (*Pro Hac Vice* forthcoming)
JAKE E. STRUEBING (*Pro Hac Vice* forthcoming)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com
jphillips@paulweiss.com
jstruebing@paulweiss.com

AUDRA J. SOLOWAY (admitted *Pro Hac Vice*)
JONATHAN HURWITZ (admitted *Pro Hac Vice*)
JASON A. DRISCOLL (*Pro Hac Vice* forthcoming)
BENJAMIN W. PEROTIN (*Pro Hac Vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 6th Ave.
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com
jdriscoll@paulweiss.com
bperotin@paulweiss.com

*Attorneys for Defendants Zuora, Inc.,*
*Tien Tzuo, and Tyler Sloat*

BAMIDURO DECLARATION ISO DEFS.' STATEMENT ISO PL.'S ADMIN MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:19-cv-03422-SI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**DECLARATION OF ADEMUYIWA BAMIDURO IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 217)** |

I, Ademuyiwa Bamiduro, declare as follows:

1.    I am the Deputy General Counsel for Compliance and Litigation for Zuora, Inc. ("Zuora"). Zuora is a California-based enterprise software company that creates and provides software for businesses to launch and manage their subscription-based services. I make this Declaration based on my own personal knowledge and investigation, and if called as a witness to testify, I could and would testify competently to the following facts.

2.    Pursuant to Civil Local Rule 79-5, this Declaration is made in support of Defendants' Statement in Support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. *See* ECF No. 217.

3.    I have reviewed Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment and to Exclude Evidence (ECF No. 218) and Exhibits 4–5, 7–35, 37–40, 44–47, 49–50, and 54–55, and have concluded that those documents contain, in whole or in part, confidential business information relating to **(i)** customer identities and product development issues or contract terms; **(ii)** confidential memoranda and communications among Zuora's Board of Directors and other senior executives pertaining to business strategy; and **(iii)** non-public sales data broken down by product and customers and internal revenue projections.

4.    In my role as Deputy General Counsel for Compliance and Litigation, I am involved with and have knowledge of how Zuora protects such information, the commercial sensitivity of

such information, and the impact that public disclosure of such information would likely have on Zuora's business.

5.    I also understand Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment and to Exclude Evidence (ECF No. 218) and Exhibits 4–5, 8–13, 15–16, 18–29, 31–35, 37–40, 44–47, 49,  and 54–55 directly reference, quote, constitute, or paraphrase information that has been designated as Protected Material by Zuora under the Stipulated Protective Order (ECF No. 94) entered by this Court on August 26, 2020.

6.    Public disclosure of such information would harm Zuora's commercial interests, its relationships with customers and business partners, and future negotiations with potential counterparties by revealing detailed customer identities, product development issues, and business plans to which competitors would ordinarily not have access.  Disclosure would also Defendants therefore seek to seal the documents or portions thereof specified below because they contain confidential and proprietary business information:

| Document | Confidentiality Designation Under ECF No. 94 | Confidential Business Information | Proposed Redactions |
|---|---|---|---|
| Plaintiffs' Opposition to Motion for Summary Judgment | | Refers to customer name and product development issues specific to that customer, communications among Zuora's Board and senior executives pertaining to business strategy, internal revenue breakdowns, sales metrics broken down by segment | Table of Contents, Subheadings E and G<br><br>Page 5, Lines 18-19, 22<br><br>Page 6, Lines 4, 11, 14-15, 17-18, 24, 26, 28<br><br>Page 7, Lines 2-7, 11, 17-18, 22, 23, 24, 26<br><br>Page 8, Lines 3, 5-8, 10-12, 14-28<br><br>Page 9, Lines 1, 3, 8-9, 14, 24<br><br>Page 10, Lines 5, 8, 10-16, 18-20<br><br>Page 11, Lines 5-8 |

| | | | Page 15, Line 23 |
|---|---|---|---|
| | | | Page 19, Lines 14, 16, 18-19, 26-27 |
| | | | Page 20, Lines 10-13, 15-19, 27-28 (n. 5) |
| | | | Page 21, Lines 3-4, 20-22, 24 |
| | | | Page 22, Lines 4, 6, 12-16, 18-19, 24 |
| | | | Page 23, Lines 1, 9, 11 |
| ZUO_V_000039 with a timestamp of 1:31:54 to 1:36:42.<br><br>(Exhibit 4 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to that customer, communications among Zuora's Board and senior executives pertaining to business strategy | Seal entirely |
| ZUO_V_000039 with a timestamp of 2:21:31 to 2:23:03.<br><br>(Exhibit 5 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Communications among Zuora's Board and senior executives pertaining to business strategy | Seal entirely |
| Excerpts from the deposition transcript of Allen Ferrell, Ph.D., taken October 25, 2022.<br><br>(Exhibit 7 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | | | Unseal entirely |
| Attached hereto as Exhibit 1 is ZUO_00249589 through ZUO_00249591.<br><br>(Exhibit 8 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names | Page -00249590 (identified portions)<br><br>Page -00249591 (identified portions) |

| | | | |
|---|---|---|---|
| Attached hereto as Exhibit 2 is ZUO_00003940 through ZUO_00003942.<br><br>(Exhibit 9 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board communications | Page -00003940 (identified portion)<br><br>Page -00003941 (identified portion) |
| Attached hereto as Exhibit 3 is ZUO_00024538 through ZUO_00024573.<br><br>(Exhibit 10 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names | Page -00024571 (identified portion) |
| Attached hereto as Exhibit 4 is ZUO_00119066 through ZUO_00119067.<br><br>(Exhibit 11 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names | Page -00119066 (identified portion) |
| Attached hereto as Exhibit 5 is ZUO_00100347.<br><br>(Exhibit 12 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name | Page -00100347 (identified portion) |
| Attached hereto as Exhibit 6 is ZUO_00006603 through ZUO_00006606.<br><br>(Exhibit 13 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name | Page -00006603 (identified portion)<br><br>Page -00006604 (identified portion)<br><br>Page -00006605 (identified portion) |
| ZUO_00002381 through ZUO_00002383.<br><br>(Exhibit 14 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | | Unseal entirely |

| Attached hereto as Exhibit 7 is ZUO_00016479 through ZUO_00016484.<br><br>(Exhibit 15 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names, contract terms, and product development issues specific to customer | Page -00016479 (identified portion)<br><br>Page -00016480 (identified portion)<br><br>Page -00016481 (identified portion)<br><br>Page -00016482 (identified portion)<br><br>Page -00016483 (identified portion) |
| Attached hereto as Exhibit 8 is ZUO_00014512 through ZUO_00014514.<br><br>(Exhibit 16 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names, contract terms, and product development issues specific to customers | Page -00014512 (identified portion)<br><br>Page -00014513 (identified portion)<br><br>Page -00014514 (identified portion) |
| ZUO_00103043.<br><br>(Exhibit 17 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | | Unseal entirely |
| Attached hereto as Exhibit 9 is ZUO_00197981 through ZUO_00197984.<br><br>(Exhibit 18 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names, contract terms, and product development issues specific to customer | Page -00197981 (identified portions)<br><br>Page -00197982 (identified portions)<br><br>Page -00197983 (identified portions)<br><br>Page -00197984 (identified portions) |
| Attached hereto as Exhibit 10 is ZUO_00255414 through ZUO_00255416.<br><br>(Exhibit 19 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name, contract terms, and product development issues specific to customer | Page -00255414 (identified portions)<br><br>Page -00255415 (identified portions)<br><br>Page -00255416 (identified portions) |

| Attached hereto as Exhibit 11 is ZUO_00028426.<br><br>(Exhibit 20 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name, contract terms, and product development issues specific to customer | Identified portions |
|---|---|---|---|
| Attached hereto as Exhibit 12 is ZUO_00103182 through ZUO_00103183.<br><br>(Exhibit 21 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to customer | Page -00103182 (identified portions) |
| Attached hereto as Exhibit 13 is ZUO_00028744 through ZUO_00028748.<br><br>(Exhibit 22 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to customer | Page -00028744 (identified portions)<br><br>Page -00028745 (identified portions)<br><br>Page -00028746 (identified portions)<br><br>Page -00028747 (identified portions)<br><br>Page -00028748 (identified portions) |
| Attached hereto as Exhibit 14 is ZUO_00003083 through ZUO_00003092.<br><br>(Exhibit 23 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names, product development issues specific to customers, internal revenue data | Page -00003083 (identified portions)<br><br>Page -00003084 (identified portions)<br><br>Page -00003085 (identified portions)<br><br>Page -00003086 (identified portions)<br><br>Page -00003087 (identified portions)<br><br>Page -00003088 (identified portions)<br><br>Page -00003089 (identified portions) |

| | | | Page -00003090 (identified portions) Page -00003091(identified portions) |
|---|---|---|---|
| Attached hereto as Exhibit 15 is ZUO_00300588. (Exhibit 24 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name | Identified portions |
| Attached hereto as Exhibit 16 is ZUO_00175506 through ZUO_00175508. (Exhibit 25 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name | Page -00175506 (identified portions) |
| ZUO_V_000039, with a timestamp of 1:38:15 to 1:40:33. (Exhibit 26 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to that customer, communications among Zuora's Board and senior executives pertaining to business strategy | Seal entirely |
| ZUO_V_000039, with a timestamp of 2:12:40 to 2:14:35. (Exhibit 27 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to that customer, communications among Zuora's Board and senior executives pertaining to business strategy | Seal entirely |
| Attached hereto as Exhibit 17 is ZUO_00116115 through ZUO_00116117. (Exhibit 28 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to that customer | Page -00116115 (identified portions) Page -00116116 (identified portions) Page -00116117 (identified portions) |

| | | | |
|---|---|---|---|
| ZUO_00000906 through ZUO_00000933.<br><br>(Exhibit 29 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board memorandum containing internal sales and performance metrics, business strategies, and business plans regarding product development | Seal entirely |
| ZUO_00003649 through ZUO_00003650.<br><br>(Exhibit 30 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | | Unseal entirely |
| Attached hereto as Exhibit 18 is ZUO_00119402 through ZUO_00119408.<br><br>(Exhibit 31 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer name and product development issues specific to that customer | Page -00119402 (identified portions)<br><br>Page -00119403 (identified portions)<br><br>Page -00119404 (identified portions)<br><br>Page -00119405 (identified portions)<br><br>Page -00119406 (identified portions)<br><br>Page -00119407 (identified portions)<br><br>Page -00119408 (identified portions) |
| Attached hereto as Exhibit 19 is ZUO_00411288 through ZUO_00411305.<br><br>(Exhibit 32 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Presentation containing information on specific customers, business strategies, and business plans regarding product development | Page -00411290 (identified portion) |
| Attached hereto as Exhibit 20 is ZUO_00270902.<br><br>(Exhibit 33 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer | Identified portions |

| | | | |
|---|---|---|---|
| ZUO_00329758 through ZUO_00329837.<br><br>(Exhibit 34 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board presentation containing, business strategies, and business plans regarding product development | Seal entirely |
| ZUO_00329659 through ZUO_00329670.<br><br>(Exhibit 35 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Strategic document with internal sales and revenue data, business strategies, and business plans | Seal entirely |
| ZUO_00004218 through ZUO_00004222.<br><br>(Exhibit 37 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board communication discussing sales metrics, business strategies, business plans regarding product development issues | Seal entirely |
| ZUO_00403093 through ZUO_00403195.<br><br>(Exhibit 38 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board communication discussing sales metrics, revenue, business strategies | Seal entirely |
| Attached hereto as Exhibit 21 is ZUO_00367778 through ZUO_00367783.<br><br>(Exhibit 39 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Refers to customer names | Page -00367778 (identified portions)<br><br>Page -00367780 (identified portions) |
| ZUO_00001166 through ZUO_00001192.<br><br>(Exhibit 40 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board memorandum containing internal sales and performance metrics, business strategies, and business plans regarding product development | Seal entirely |
| ZUO_00123831 through ZUO_00123838.<br><br>(Exhibit 44 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Board communication discussing sales metrics, revenue, business strategies | Seal entirely |

| | | | |
|---|---|---|---|
| ZUO_V_000036, with a timestamp of 00:36:35 to 00:37:47.<br><br>(Exhibit 45 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Communications among Zuora's Board and senior executives pertaining to business strategy, internal revenue breakdowns, sales metrics | Seal entirely |
| ZUO_00027511 through ZUO_00027547.<br><br>(Exhibit 46 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Internal revenue breakdowns, sales metrics broken down by segment | Seal entirely |
| ZUO_00329160 through ZUO_00329161.<br><br>(Exhibit 47 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Internal sales data broken down by segment | Seal entirely |
| Attached hereto as Exhibit 22 is ZUO_00265450 through ZUO_00265452.<br><br>(Exhibit 49 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Internal revenue data broken down by segment | Page -00265450 (identified portions)<br><br>Page -00265451 (identified portions) |
| Excerpts from the deposition transcript of Marc Diouane taken May 5, 2022.<br><br>(Exhibit 50 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | | Unseal |
| Attached hereto as Exhibit 23 is the Expert Report of Charles R. Lundelius, Jr.<br><br>(Exhibit 54 to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | | Quotes from confidential Board communications and references confidential internal revenue spreadsheets | Page 8, n. 19 (identified portion)<br><br>Page 13, n. 42 (identified portion)<br><br>Page 14, ¶ 20 and n. 43 (identified portions)<br><br>Page 15, ¶ 22 (identified portions) |

| | | | Page 25, ¶ 34 (identified portion) |
| | | | Pages 26-27, ¶ 34 (identified portions) |
| | | | Page 27, n. 89 and n. 91 (identified portions) |
| | | | Pages 27-28, ¶ 36 (identified portions) |
| | | | Pages 28-29, ¶ 37 (identified portions) |
| Attached hereto as Exhibit 24 is the deposition transcript of Charles R. Lundelius taken October 19, 2022.<br><br>(Exhibit 55 to to Berman Decl. ISO Pl.'s Opp. to Defs.' Mot. for Summ. J. and Exclude Evidence) | Confidential | Quotes from confidential Board communications | Page 46, Lines 2-8 (identified portions)<br><br>Page 47, Lines 2-5 (identified portions)<br><br>Page 47, Lines 9-11 (identified portions)<br><br>Page 47, Lines 23-25 (identified portions)<br><br>Page 48, Lines 14-19 (identified portions) |

7.    Zuora's customer identities and product development issues or contract terms are confidential because they contain commercially sensitive information about Zuora's customers and potential customers, including terms, pricing, and software use cases specific to those customers.  If disclosed, competitors would gain key insights into how Zuora designs, customizes, and prices software for specific customers.  Competitors could try to use that information to compete for new business and undercut Zuora's pricing.  Zuora could also be prejudiced in future negotiations with potential counterparties if they knew Zuora's pricing rates and terms.  As a matter of policy and practice, Zuora does not publicly disclose its customer lists or pricing.  Access to such information is limited to those employees who need to know such information.  And all employees who access this information are required to sign confidentiality agreements and are informed of the importance of maintaining confidentiality

8.    Zuora's memorandum and communications among Zuora's Board of Directors and

other senior executives pertaining to business strategy are confidential because they discuss nonpublic financial data, business strategies, and business plans including with respect to prospective and ongoing product development and deployment. The public disclosure of this information would damage Zuora's competitive standing by revealing Zuora's corporate decisionmaking on sales performance and product development issues. It could also chill Board members and other senior executives from discussing these issues freely. As a matter of policy and practice, Zuora does not publicly disclose its Board memoranda and communications. Access to such information is limited to those employees who need to know such information. And all employees who access this information are required to sign confidentiality agreements and are informed of the importance of maintaining confidentiality.

9.      Zuora's nonpublic sales and revenue forecasts constitute confidential business information. The public disclosure of this information would damage Zuora's competitive standing by providing competitors with insights into Zuora's sales capacity, volume, and strategy with respect to certain products, customers, and markets. Competitors could improperly leverage this information to unfairly compete with Zuora in certain segments of the market. As a matter of policy and practice, Zuora does not publicly disclose its sales forecasts. Access to such information is limited to those employees who need to know such information. And all employees who access this information are required to sign confidentiality agreements and are informed of the importance of maintaining confidentiality.

10.      For these reasons, I believe that Zuora would be prejudiced unless this information remains under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2023, in Washington, D.C.


_____
Ademuyiwa Bamiduro