# EXHIBIT 1



**ZUORA KEYSTONE DISCUSSION PAPER**
**Q1 FISCAL 2020**

---

## PURPOSE

The purpose of this paper is to analyze, document, and conclude on the appropriate revenue accounting for Zuora's ("the Company's") customer arrangements leveraging a limited release of Keystone. Keystone is an integration adapter between Zuora's acquired revenue recognition solution, RevPro, and the Company's billing platform ("Zuora Billing"). Keystone is internally developed and being capitalized. It's comprised of APIs and data transformation functionality between the two platforms. It is not a product that is or is expected to be sold separately. Keystone is an internal name and not referenced in customer agreements. At the end of Q4 fiscal 2019, the Company decided to re-write the Keystone code (now referred to as K2 internally) to better align with Zuora Billngs and a subscription solution. RevPro Keystone integration projects that were further along were put on hold until K2 is ready. This has been communicated to our customers that are impacted by the new release of K2.

## BACKGROUND INFORMATION

Zuora is a software provider, which enables customers that sell their products on a subscription basis to manage the commerce, billing and finance components of their customer engagement process. Zuora acquired Leeyo Software in May 2017 which provides its customers primarily cloud-based revenue recognition automation software on a subscription basis.

Keystone was released on a limited basis to customers that are either (1) already live in production using Zuora Billing and have subsequently purchased RevPro or (2) have purchased both Zuora Billing and RevPro at or near the same time. Revenue Recognition under ASC 606 is extremely complex and relatively new. Consequently, specific requirements and use cases have surfaced that Keystone does not currently address. As a result, professional services projects depending on Keystone to transform data may require additional solutioning and testing as customer requirements are identified. K2 is expected to be generally available and include API's and data transformation for common use cases across most of our customers in the second half of fiscal 2020.

Helping customers implement billing/revenue recognition systems for a subscription model is challenging. In addition, Zuora has long-term relationships with most of its customers. These two factors mean that customer satisfaction issues do arise in the normal course. Zuora does not have a history of giving full refunds when customer satisfaction issues arise. It is in the Company's best interest to work with customers and resolve any challenges to prevent churn. In some cases, the Company may agree to an extension to the agreed subscription term or offer investment professional services hours for any additional testing required for product gaps that surface. Historically, most resolutions have been prospective in nature. Due to the circumstances of delaying some of the design and implementation projects until K2 is available, the Company has consciously decided to review each Keystone customer account and assess whether a credit is fair.

CONFIDENTIAL                                                    ZUO_00249589



**STEPS TAKEN FOR ACCOUNTING RESERVE ANALYSIS IN Q1 2020**

- The Company identified 20 customers that have purchased both RevPro and Zuora Billing that will be relying on Keystone or K2 based on the following criteria:
  - Zuora Core customers that are live in production and subsequently purchased RevPro.
  - Zuora Billing and RevPro products purchased at the same time. Note that Customer's purchasing both Zuora Billing and RevPro for the first time together are expected to have relatively smooth implementations as there is less customizations to work around.

- The Senior Director of Revenue met with the VP of Services, RevPro (Karthik Ramamoorthy) to update the integration status of each of these customer accounts. Of the 20 customers identified, 4 customers are taken out of the population:
    1. ▮▮▮▮▮▮, currently RevPro is free, staying with the original Keystone release
    2. ▮▮▮▮▮▮, no contract in place, staying with original Keystone release
    3. ▮▮▮▮▮▮▮ all revenue deferred due to non-Keystone customer satisfaction reason
    4. ▮▮▮▮ stopped paying, covered in the A/R allowance

- The remaining 16 customers were then categorized by *high or lower* risk of a future customer concession.
  - Below are the customers rated as a *high* risk. Customer satisfaction issues have currently been raised and these customers are far along in their RevPro integration project or have requirements to go live in the near future. As of April 30, 2019, the Company has approved and issued credits on account as noted below. Due to the current uncertainty of K2 and the on-going negotiation of credits due to the delay of K2, the subscription revenue for these customers has been deferred 100% net of the credits in Q1 fiscal 2020:



    1. ▮▮▮▮▮▮ (credit of $133K issued)
    2. ▮▮▮▮▮
    3. ▮▮▮▮▮
    4. ▮▮▮▮▮▮▮▮ (credit of $139K issued)
    5. ▮▮▮▮
    6. ▮▮▮▮▮ (credit of $150K issued)
    7. ▮▮▮▮▮▮
    8. ▮▮▮▮▮▮ (credit of $20K issued)
    9. ▮▮▮
    10. ▮▮▮▮▮▮

  - Below are the customers rated as a *lower risk*. Generally, the project to design and implement has not started or is in early stages. K2 is expected to be available when they begin implementation. No known issues at this time. Estimating a small reserve of 20%

CONFIDENTIAL                                                                                                                  ZUO_00249590



of revenue which the Company believes is reasonable to cover any small concessions including professional services investment hours.



1.
2.
3.
4.
5.
6.

- In addition, we have reviewed these K2 implementation projects. We received an investment hour forecast reviewed by Karthik Ramamoorthy to determine the revenue on a percentage of completion basis and are deferring professional services revenue greater than this amount. Any open accounts receivable is also deferred.

**CONCLUSION**

After taking the steps outlined above, Zuora booked an incremental subscription revenue reserve of $313K in Q1 fiscal 2020. The total subscription reserve to date is $1.1M ($750K was booked in Q4'19 in anticipation of K2). In addition, we have a professional services reserve of $272K based on reviewing the estimated investment hours and/or open receivables which remains unchanged from Q4 fiscal 2019. The Company will continue to update this analysis for each of these customer accounts as K2 progresses.

CONFIDENTIAL    ZUO_00249591