# EXHIBIT 2

**From:**      Magdalena Yesil [magdalena.yesil@driveinformed.com]
**Sent:**      4/11/2019 12:48:56 AM
**To:**        Tien Tzuo [tien.tzuo@zuora.com]
**Subject:**   Re: CONFIDENTIAL - Zuora mid-quarter Board update
**Attachments:** image001.png

My mother's 90th birthday is this weekend so I will be with her and have a bunch of family around. I can call you on Friday afternoon or evening as I drive.

Magdalena Yesil
Co-Founder, Informed
First Investor and Founding Board Member, Salesforce
Author, *Power UP: How Smart Women Win in the New Economy*  www.magdalena.com
https://www.businessinsider.com/best-business-leadership-books-2018-9?r=UK&IR=T#the-22-immutable-laws-of-marketing-by-al-ries-and-jack-trout-15

On Wed, Apr 10, 2019 at 5:36 PM Tien Tzuo <tien.tzuo@zuora.com> wrote:
 Any chance you are free this weekend?

On Wed, Apr 10, 2019, 10:51 AM Magdalena Yesil <magdalena.yesil@driveinformed.com> wrote:
 Lets connect and discuss. Are you around next week?

Magdalena Yesil
Co-Founder, Informed
First Investor and Founding Board Member, Salesforce
Author, *Power UP: How Smart Women Win in the New Economy*  www.magdalena.com
https://www.businessinsider.com/best-business-leadership-books-2018-9?r=UK&IR=T#the-22-immutable-laws-of-marketing-by-al-ries-and-jack-trout-15

On Tue, Apr 9, 2019 at 11:58 PM Tien Tzuo <tien.tzuo@zuora.com> wrote:
 Folks -





- tien


---------- Forwarded message ---------
From: **Jennifer Pileggi** <jennifer.pileggi@zuora.com>
Date: Tue, Apr 9, 2019 at 11:08 AM
Subject: CONFIDENTIAL - Zuora mid-quarter Board update
To: Peter Fenton <pfenton@benchmark.com>, <kgoldman5@gmail.com>, Tim Haley
<THaley@redpoint.com>, Jason Pressman <jason@shastaventures.com>, Mike Volpi
<mike@indexventures.com>, <magdalena.yesil@driveinformed.com>
Cc: Tien Tzuo <tien.tzuo@zuora.com>, Tyler Sloat <tyler.sloat@zuora.com>


CONFIDENTIAL


Hello all,


I've uploaded the mid-quarter Board update to the secure Box folder
(https://zuora.app.box.com/file/436667793996).  As we previously mentioned, if the Box system asks if
you're part of Zuora, please answer **_no_**.


Please let us know if you have any questions.

CONFIDENTIAL

ZUO_00003941

Thanks,

Jennifer


Jennifer Pileggi

Senior Vice President, General Counsel and Secretary

Zuora, Inc. | www.zuora.com |

3050 South Delaware Street, Suite 301

San Mateo, CA 94403

Office:  650-587-0789

Mobile:  415-640-8933

jennifer.pileggi@zuora.com

*Powering the Subscription Economy*



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTE: This message and any attachments are confidential, may contain information that is privileged and is intended only for the use of the addressee. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system. This message is not meant to constitute an electronic signature or evidence intent to contract electronically.

CONFIDENTIALITY NOTE: This message and any attachments are confidential, may contain information that is privileged and is intended only for the use of the addressee. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system. This message is not meant to constitute an electronic signature or evidence intent to contract electronically.

CONFIDENTIAL                                                                                                          ZUO_00003942