# EXHIBIT 3



**Global Services
Delivering An Exceptional Customer Experience
and Accelerating GS Scale**

Robert Hildenbrand
Callum Duncan
July 23, 2018

ZUORA

CONFIDENTIAL

# How do We Raise the Bar on Customer Experience?

**zuora**

CONFIDENTIAL

## Four Focus Areas to Improve Our Customers' Experience

| | |
|---|---|
| **A More Holistic Approach to Working with R&D** | **GS Organization Evolution** |
| **GSI Alliance Management** | **Better Execute Cross Functional Account Management** |

CONFIDENTIAL

ZUO_00024541

GS Organization for Scale

zuora

… but first a retrospective…
Stats:
# Go lives 211 @ $30M
Churn reduction $4.2M -> $2.7M
Keeping up with sales & healthier deal structures (e.g. w/ SOW & Partner)
Revenue growth $34M

CONFIDENTIAL    ZUO_00024542

## What's Driving Cracks in GS

- Product complexity is growing quickly

- Release certification and enablement processes are light

- These push the burden to the Solution Architect to solution complexity at the wrong end of the funnel

- Can't recruit fast enough

- Insufficient SI partner network , especially internationally

- Ready for the next tier of manager infrastructure across GS franchises

- Creates financial cracks – can't continue

BUT 10K free hours last year, will be 12K+ this year

CONFIDENTIAL

ZUO_00024543

**Product Complexity Example: Core Product**

# OCM MAKING IT REAL

- How we position it externally

- How SEs position the solution

- How GS has to makes the pieces work

**zuora**

CONFIDENTIAL                                                                                                       ZUO_00024544

## OCM: How We Position It Externally



ZUO_00024545



ZUO_00024546



CONFIDENTIAL

ZUO_00024547

# Same Complexity Exists in Connect Releases



**Tue 7/10/2018 5:24 AM**

**BR** **Besma Rahim**

**Re: Customer Adoption Steering Committee: Meeting Notes (6/25)**

To    Mike Aaron

Cc    Gail Jimenez; Tom Krackeler; Robert Hildenbrand; Travis Huch

ℹ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.



Mike

To assist with this can you or someone from your team please provide me a list of limitation, gaps, or caveats related to Collect.  Things like:

- Multi-currency is not supported today with collect
- ME ok with Collect but not single entity with multi-currency is not supported
- Does not support Zuora's aging buckets but rather standard 30, 60, 90 etc aging buckets
- Collect statuses are at account level not invoice level
- APR not linked to the Core zuora payment retry notifications - need to build seperate notifications using workflow or other
- No way to currently pull tasks out of collection task approvals
- APR: Can't retry a diff payment method but can use a diff gateway
- Data sources not available yet for collections
- ZU - not yet available for Collect
- KC - not yet available for collect

Requesting this list for 3 reasons -
1) make sure collect is a fit for the customer (ie multi-currency)
2) notify customer of limitations to avoid bad situation during implementation
3) determining and scoping for workarounds/customizations where possible



## We Need to Address This Earlier in the Funnel

# LEVERAGE GS DEPTH OF KNOWLEDGE

GS Is uniquely positioned to provide insights that go both across the product lines and deep within each

### EARLIER ENGAGEMENT IN DESIGN

GS brings perspective of E2E Customer Use Cases
What it will actually take to make the pieces work together
GS needs a seat at the table when trade offs are being considered

### GLOBAL FIELD ACCEPTANCE PROCESS

Single repeatable process for ALL major features and releases
The Field is accepting on behalf of our Customers
*Critical when we are a 500+ Global Consultant organization!*

Example: Product Compatibility Matrix
Example: Collect Feature Matrix

**ZUORA**

At 30 Consultants we could pick up the phone and call product and engineering - We accepted lack of feature capabilities at size and scale as being part of a small company

At +500 Consultants we need software releases that are predictable such that consultants can be enabled and speak with one voice

CONFIDENTIAL

ZUO_00024549

## Level 2 Asks

- **MAKE PAOLO HAPPY – SECURE INVOICING AND AR**

- **EXTENSIBILITY OF THE UI/PLATFORM**
  - Make it easier and cheaper to say "yes" to GS built solutions

- **PRODUCT CATALOG EVOLUTION**
  - Multi-Attribute Pricing, Pricebooks, Bundles, Rules & Dependencies

- **BETTER CONNECTOR STRATEGY  I.E. STEELBRICK INTEGRATION**
  - Either build as product or make it easier for GS or partners to do so



Solutions for Hybrid orders like Software: + Hardware, Perpetual Licenses etc (MicroFocus, Sage)
Resolve scale issues with Billing i.e. Limits on Subscriptions per Account (DTNA, CAT, GM etc)
Forced to concede AR too often for lack of simple features – Invoice localization, Cash App

CONFIDENTIAL                                                                                                    ZUO_00024550

## As We Evolve the GS Org – Design Points

- North Star: Ensure we are delivering sticky solutions that delight the customer

- Supercharge the development of key roles (Enterprise SAs and Client Partners) and ensure sufficient availability and skill level of these critical resources

- Ensure consistent delivery across franchises and geos via EMs and Delivery Mgrs

- Better enable and utilize our services partners (GSIs and Tier 2)

- Setup GS organization to accelerate scale globally

- Ensure we have the right leaders in the roles best suited for them

CONFIDENTIAL

ZUO_00024551



ZUO_00024552



CONFIDENTIAL

## Across the Customer Lifecycle

| | Define & Sell a Robust Solution with Strong "Why Zuora" | Define the Zuora (Technical) Solution | Close the SOW | Manage the Customer Relationship (Post-Sale) | Manage the Account GSI Strategy and Execution (Post-Sale) | Deliver the Project | Deliver a Robust Technical Solution | Achieve Sticky Go Live that Fulfills the "Why Z" | Manage the Ongoing Relationship | Identify and Close Phase 2-3 (regardless of timing) | Own NPS | Feedback Loop to R&D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AE | P | | | S | | | | | | | | |
| Client Partner | P | S | P | P | P | | | S | P | P | P | |
| Solution Engr | S | P | | | | | S | | | | | P |
| Program Mgmt | | | | | | P | | P | | | | |
| Broader COE | | | | | | | P | | | | | S |

P = Primary Responsibility
S = Secondary Responsibility

**ZUOra**

CONFIDENTIAL

ZUO_00024554

# Extended Organization: GSI Alliances (Looking Externally)

**zuora**

CONFIDENTIAL                                                                                    ZUO_00024555

## What Are We Trying to Fix

- **Presence:** GSIs are in our largest accounts, so we need to ensure they can
make our customer's successful

- **Engagement Model:** We cannot get into situations where is GSI deploys without Zuora Expert Services and a health account mgmt model

- **Architecture and Offerings:** Ensure the solutions GSIs are positioning are based on a Zuora-endorsed architecture.  Ensure partners are prepared for major releases and changes (e.g. Spring stack)

- **Handoff Post Go-Live:** Ensure ZGrab-like process for 100% of partner deployments to ensure healthy go live and seamless integration to support

- **Reach:** We need SI partners in remote geos

CONFIDENTIAL

ZUO_00024556



CONFIDENTIAL

ZUO_00024557

## How To Start

- **APJ:** Hire an SI alliances leader in Sydney in Q3.  Lack of partners will start to impact ability to close and delivery Strategic deals (OE and SPG)

- **US and EMEA:** To be discussed

**zuora**

CONFIDENTIAL                                                                                     ZUO_00024558

# Better Execute Cross Functional Account Management (Looking Internally)

**zuora**

ZUO_00024559

## What Are We Trying to Fix

- **Who is the Quarterback?** Clearly defined R&R's and act accordingly

- **Skillsets:** Ensure each player on the team has the right skills and the right incentives

- **Sponsors and Governance:** Alignment to the right level of business sponsors up the chain, and use them effectively

- **Consumption:** Long-Term focus on volume consumption



One More Thing…

zuora

CONFIDENTIAL                                                                                    ZUO_00024561

## Other Dependencies

- Recruiting capacity will still need to significantly increase to hire the number of consultants required

**ZUOľQ**

ZUO_00024562



Appendix

CONFIDENTIAL
ZUO_00024563

# We Kicked Off FY19 with the 100% Successful Go-Live V2MOM

Ensure that 100% of the customers that buy Zuora's solution achieve a successful Go Live, delivering our Customers an experience that delights them and propels their business in the Subscription Economy

zuora

CONFIDENTIAL     ZUO_00024564

**100% Successful Go-Lives - Ensure that 100% of the customers that buy Zuora's solution achieve a successful Go Live, delivering our Customers an experience that delights them and propels their business in the Subscription Economy [Hildenbrand & Karthik]**

**Primary objective:** Ensure that 100% of our customers successfully deploy a sticky Zuora solution that meets the needs of their business - creating happy / sticky customers. This supersedes our legacy mantra of "zero churn" by focusing more holistically on the success process from sales through deployment.

**#1 Obstacle:** Ability to perform the required level of solution diligence in a fast-paced sales cycle to solution a deal (balance speed with thoroughness)

**Key Metrics** (Measured across whole field, not just GS):
1. Churn rate declining YoY
2. 100% of new customers @ 75% contracted volume within 12 mos (Consumption against order form volume)
3. # of surprise AOCs (requiring > 40 hours of non-billable investment) declining QoQ [TechWin evolved]
4. 100% of new sales have an engagement model (GS + possible SI partner) that sets them up for successful deployment

**Action plan**

Q1: Establish Cross-Functional alignment on the three phases of a successful customer
     (a) Shaping a Healthy Deal & Customer Expectations [with sales and SE]
     (b) Execute a Successful Deployment [GS and Services Partners]
     (c) Manage a Healthy Customer [ongoing engagement model]
Q2: Put QoQ tracking in place of the 4 key metrics
Q3: Action the feedback loop into the SE organization for Surprise AOCs, based on results of Q1-Q2 metrics
Q4: In conjunction with the SI Enablement Certification V2MOM, operationalize the quality feedback loop GSIs

ZUO_00024565



CONFIDENTIAL

ZUO_00024566



CONFIDENTIAL

ZUO_00024567

Appendix

# V2MOM Tracking

| Metric | FY18 | FY19 |
|---|---|---|
| 🟢 Deployment Churn | $4.2M | $1.8M YTD, <$3M fcst |
| 🔴 Surprise AOCs | 9,800 hrs | 6,100 identified YTD |
| 🟢 OFs without SOWs | Frequent, with high churn correlation | Only 5 YTD |
| 🟡 Partner-Only Deployments | High red-account correlation | 6 YTD, concentrated in EMEA-S and non-core geos |
| 🟢 Downsells < 13 mos | | 4 YTD, with $165K ARR impact |
| 🟡 Volume Run Rate @ GL | | Working to Measure, but trending better |
| ⚫ NPS Score | Not Measured | Not Measured |
| 🔴 Acct-level working model with AE/CAE/CSM | | AE-GS-CSM model on largest accounts is still not effective |
| 🟢 GS Breakeven | Profitable, due to RevPro | $0.3-0.5M profit forecasted |

2000+ Hrs: S&P CPQ Scalability
1200 Hrs: Paycor Microservices Integration and Kong
650 Hrs: Vidal CPQ Scalability
200 Hrs: Sonnen EUDC Connect
185 Hrs: Neto Kong

CONFIDENTIAL

ZUO_00024568

Speaker: Callum

# Chapter 1:
# Holistic Working Model with R&D

**zuora**

CONFIDENTIAL

ZUO_00024569



CONFIDENTIAL

ZUO_00024570

SPEAKER: CALLUM
WORK IN PROGRESS - REFINING THE LIST

## Level 2 Asks

- ### SECURE ALL REVENUES FOR SWEET SPOT 3 CUSTOMERS
    - Solutions for Hybrid orders like Software: + Hardware, Perpetual Licenses etc ███████████
    - Resolve scale issues with Billing i.e. Limits on Subscriptions per Account ███████████ etc)
    - Forced to concede AR too often for lack of simple features – Invoice localization, ██████

- ### MAKE IT EASIER AND CHEAPER TO SAY "YES"
    - ██████ style extensible platform to build and deploy on

- ### PRODUCT CATALOG EVOLUTION
    - Multi-Attribute Pricing, Pricebooks, Bundles, Rules & Dependencies

- ### CONNECTORS  I.E. STEELBRICK INTEGRATION



# GSI Alliance Management

zuora

CONFIDENTIAL

ZUO_00024572



CONFIDENTIAL