# EXHIBIT 4

| | |
|---|---|
| **From**: | Robert Hildenbrand [robert.hildenbrand@zuora.com] |
| **Sent**: | 3/4/2019 1:48:50 PM |
| **To**: | Marc Diouane [marc.diouane@zuora.com]; Callum Duncan [callum.duncan@zuora.com]; Karthik Ramamoorthy [karthik@zuora.com] |
| **Subject**: | RE: Customer success |

That's the right question to ask Marc.  If we look globally, I break the largest issues into three areas at the top level:

- **Blueprint Phase of the Deployments**: by far, the largest period of friction in a deployment is during the blueprint and design phase.  This is where we get into the most level of detail on (1) requirements, and (2) how the Zuora and RevPro products will support those (and hence how much customization will be required).  There's a fair amount of detail we get into during the dales cycle, but AOCs will always be missed in sales due to velocity, and most customer stakeholders always get pulled in during blueprint (hence more requirements and use case details).  A good example, are the challenges we're seeing at both ████████████ right now – more use cases, more complex version of existing use cases, and more stakeholders.
- **Client Managers**: Simply stated, we have too few Client Managers, and many are not at the right skill level.  We have 11 net new CMs in the plan this year (adding to the 15 we have globally today) – so going nearly 2x will make a significantly impact.  The problem we need to fix is finding the talent.  Nearly ever CM we've hired in the last 18 months has come from employee referrals, not from recruiting – that's not scalable since we've already tapped out our referral network.  Scotty Morrison knows that's my #1 issue to fix from a recruiting standpoint.  Once we have the right number of skilled CMs, they will be able to better navigate us through tough customer situations.
- **Technology**: Keystone is the #1 technology risk we have right now since 100% of those deployments are red.  Having Calvin know own the product fix there will help, but too little too late since we're already seeing a significant financial impact to GS (free work) and possible impact on sales side (poor referencability).  For the Core side, it's the set of 5 in Brent's "Project Magic" (the outcome of Tien's last offsite).  Key there is for R&D to completed those on time, since we're hearing May is at risk.

Plenty of other items, but these will address 80% of the issues.

I'll work with Karthik and Callum to add any that are missing …. and more importantly, define how we fix each.

-----Original Message-----
From: Marc Diouane <marc.diouane@zuora.com>
Sent: Monday, March 4, 2019 2:54 AM
To: Callum Duncan <callum.duncan@zuora.com>; Robert Hildenbrand <robert.hildenbrand@zuora.com>; Karthik Ramamoorthy <karthik@zuora.com>
Subject: Customer success

Gents
Tien and I were back and forth in trying to understand what can we do better in order to make sure we are reducing  the level of friction in our deployment processes.
The escalations we are experiencing in our large accounts is getting at the point were it is unhealthy for us and for our customers.
The under pinned questions are:
- is a GS problem
- technology
- customers
- ???
But there are so many nuances on our deployments and difficult to think it is one size fit all.
However my take is slightly different because I'm looking from the angle of " what our customers have in common or différents ".
I came to the conclusion to most severe challenges we are facing to are with customers that are pivoting from 1 solution to us .
They have data migration challenges or integration Pb and most of the time they have complex usages.

    ZUO_00119066

The customers that launching a subscription service will likely require a more in deep subscription experts to help to LEAR and experiment..

GS needs to understand it and potentially specialize our delivery org to deal with it.

I need you to start to do a clear analysis on all escalation and help me to understand what do they have in common .

Thanks

Marc Diouane | President | Zuora.

Confidential                                                                                      ZUO_00119067