# EXHIBIT 5

| | |
|---|---|
| **From:** | Matthew Rochester [matthew.rochester@zuora.com] |
| **Sent:** | 1/23/2018 5:44:44 PM |
| **To:** | Bin Hao [bin.hao@zuora.com] |
| **Subject:** | Re: Can you introduce me to your RevPro developer? |

Appreciate the introduction Peush,
Bin, it's nice to meet you al be it electronically.

I'm not sure if you know but we sold the RevPro connector to ████ a customer here in the US who is expecting that it all works magically. While I know this is not the truth, I will do my best to make it seem like it is, and may have a lot of detailed questions, but I promise to keep them to a minimum, as I know you're quite busy.

For the Keystone/Data Exract APIs to you have any Design Documentation that you could share? Id like to understand what data manipulation/transformations you're making, as there's a good chance that GS will have to build additional extracts in advance of product to meet ████'s timelines (to be able to handle Credit/Debit Memos' for example).

Also, can you let me know, are all of these Data Extract API's built on the micro service framework (and as such not available to Prod Copy environments) ?

On Wed, Jan 17, 2018 at 9:05 AM, Peush Patel <peush.patel@zuora.com> wrote:
It's my pleasure to introduce you to Mr. Bin Hao, from great China. The weight of the integration rests on his strong shoulders.

Bin, meet Matt, the hitman from our PS Team.

Best,
Peush

On Wed, Jan 17, 2018 at 7:54 AM, Matthew Rochester <matthew.rochester@zuora.com> wrote:
The gentleman you mentioned on the call day (Bin perhaps?) I promise I won't hound him ;)

Thanks!
Sent from my iPhone

--

ZUO_00100347