# EXHIBIT 6

| From: | Matthew Rochester [matthew.rochester@zuora.com] |
|---|---|
| Sent: | 1/12/2018 6:47:54 PM |
| To: | Chris Bruner [chris.bruner@zuora.com] |
| CC: | Peush Patel [peush.patel@zuora.com]; Anil Vaidya [anil.vaidya@zuora.com]; Nathan Creswell [nathan.creswell@zuora.com]; Nicholas Harlow [nicholas.harlow@zuora.com]; MJ Im [mj.im@zuora.com]; Monika Saha [monika.saha@zuora.com] |
| Subject: | Re: ▋▋▋ - Orders, Advance A/R, Quotes 9.x AND RevPro |

MJ is taking the lead from the core Zuora side (hip-hip-hooray!)
on the RevPro side, the EM is Wendy Tien and their functional analyst (I assume equivalent to our SA) is Ravindranath Pottipati.  We'll need to get them involved in the discussion since (without sounding too pessimistic) ▋▋▋ was sold and is under the impression that this is all turnkey so the messaging will be delicate to say the least...

On Fri, Jan 12, 2018 at 10:33 AM, Chris Bruner <chris.bruner@zuora.com> wrote:
Hey Matt - I would not recommend working around the March release. If we're optimizing for timeline, I think it would take longer to do that than it would to wait on the product enhancements. I fully agree that we should connect with the lead on the RevPro implementation and plan out the details there (how can we manage sequencing, etc). We have detailed designs and have started to deploy code (API responses etc) for the March release to our services environments, so we can give the team a good idea of the enhancements that are landing then. So I think we could provide a path if we work together pretty closely. They may also be leveraging the output of the extract APIs, so Peush could best speak to how the team is planning to incorporate the new elements there.

Who's the GS lead on the RevPro side right now?

Re Advanced AR Settlement, will let Nick reply on the details, but could you say more about that one? If you think ▋▋▋ could get onboard, it feels as though it'd be less risky if we do not try to bundle that with the initial RevPro go live. I know you're looking at how to not disrupt the implementation once it's deployed, but is that the primary or secondary consideration? It we're optimizing first for how we get them live in such a short window, could we get comfortable that there may be a phase 2 involving AR settlement? That could include the work to enable in Zuora and some updates to the RevPro configuration to adapt to the new objects.

On Fri, Jan 12, 2018 at 9:52 AM, Peush Patel <peush.patel@zuora.com> wrote:
Hi Matt,

The technical framework you mentioned is correct, except that I wouldn't characterise it as a "custom connector". It is a productised solution that allow more leeway in accommodating customers' special needs. And even then, enabling AR Settlements wouldn't be that seamless. There may be challenges with data migration.

Thanks,
Peush

On Fri, Jan 12, 2018 at 9:38 AM, Matthew Rochester <matthew.rochester@zuora.com> wrote:
Couple of things...
In speaking with Karthick the productized Zuora -> RevPro connector will not be ready in time for ▋▋▋ so the plan is to utilize the custom connector being built for ▋▋ which is basically
a pull of Zuora DS into RevPro stating tables (in Oracle) and doing all the transformation there via PLSQL and then loading into RevPro.

ZUO_00006603

So under this view, we can (and probably should) turn on Advance A/R at the same time we flip on Orders. That said, my

On Fri, Jan 12, 2018 at 9:29 AM, Peush Patel <peush.patel@zuora.com> wrote:
We're in early stages of understanding ███████ rev rec related use cases. They sell bundled deals, for which we may need to build some data transformations in the integration. Amendments create another layer of complexity on top of it, so I agree with Chris's recommendation to focus on the new deals first and then handle amendments.

While we plan on supporting AR Settlements in the integration by April/May timeframe, if they decide to enable AR Settlements before they rollout RevPro, then the migration process need to be understood and managed well to avoid any data issues.

Thanks,
Peush

On Fri, Jan 12, 2018 at 9:16 AM, Anil Vaidya <anil.vaidya@zuora.com> wrote:
If we need to, we can sequence Advanced A/R Settlement as the last thing to get turned on in this project. My understanding is that turning on Adv A/R will need to be coordinated with the release of our productized RevPro integration's capability to handle credit/debit memos instead of IIAs.

Thanks all!
-Anil

On Fri, Jan 12, 2018 at 8:48 AM, Chris Bruner <chris.bruner@zuora.com> wrote:
Hi Matt - thanks for raising.

I agree the timeline for ██████ is very aggressive and that we should work really closely on this one. We'll provide whatever support is needed to the working team on our side and the customer.

Let me hit on a few specifics below.
* Production Copy. Yes, Orders can be enabled here, and I'd recommend we go this route to get the folks involved with the RevPro implementation earlier access to historical data. That way, they're not dependent on a production go live to get access to historical data. Based on recent experience with ██████ spinning one of these environments up and getting it fully functional can take a little time, so, if they do not already have one that they want to use, let's start on that as soon as we can. The one thing to be aware of is that the new Orders UI (like our other microservices) does not work in Prod Copy. That probably does not matter if the main interest is in getting the Order Metrics data exported, but I want to flag it for awareness.

* Data migration. We automatically migrate historical data to Orders and generate Order Metrics for all historical new subscription and amendment events. Requesting this involves submitting a ticket to support, which they will then L3 to engineering for tracking purposes.

So that you know, enabling full Orders is a two step process. The first step is turning on Order Metrics and migrating all of the historical data. That'll also generate Order Metrics data for any further changes made from that point forward. Then there's a final switch that switches on the Orders APIs and switches off everything related to Amendments. Knowing that those two can be done independently and sequentially may be helpful, especially since Order Metrics, by itself, gives you all of the historical data.

CONFIDENTIAL                                                                ZUO_00006604

The other thing I'd like to do on one is collaborate with you guys on sequencing and how we take advantage of product development. Normally, I know we try to avoid any product dependencies. But one big lesson from ZoZ is, I think, that there are some upcoming product improvements that we do not want do without. One major milestone hits in March where we're significantly augmenting the Orders data model in order to make it easier for RevPro to ingest data on amendments. But, if we do agree that's the way to go, then we'd want to sequence things thoughtfully. For example, it might make sense for the RevPro implementation to focus first on new deals and then get going on the amendment use cases as soon as that new release is available.

Should we aim for a planning session with the working team to talk through some of those areas?

I'm adding Peush and Monika here, as I believe they've been staying close to █████ planning for RevPro and may have thoughts as well.

Cheers,
Chris

On Thu, Jan 11, 2018 at 8:59 PM, Matthew Rochester <matthew.rochester@zuora.com> wrote:
Not sure how much you gents know but this deal was sold and closed a few weeks ago. In addition to the above, they're a current LIVE customer and were sold all of this with the understanding that all of these functions work seamlessly and with a Zuora ->RevPro connector that is fully functional, and that migrating/upgrading them from their existing tenant and quotes 7 to an Orders, Advance A/R tenant and quotes 9.x is something they/we should be able to do relatively easily.

The reason I bring this up (outside of my concerns for how much of this is actually possible), these functions are all so new there's not a lot of tribal knowledge in Services (or anywhere that I know of) on how all this stuff works. I know that we're all very busy but I'm foreseeing a barrage of questions coming regarding all of this over the next few weeks, months and I'm hoping that we're all up for the challenge. That said, as the questions come in, should we be fielding them all through you or should we go straight to engineering? (Or both)

Oh, I forgot to mention the go live for this is June and RevPro alone needs 6 months to implement so saying time is of the essence is ever so slightly an understatement...

On that note, they're already begining to ask about the 'process' of upgrading to Orders and Advance A/R so I have a couple of quick questions.

1. I know there's data conversion that has to be run for Advance A/R, is there also one for Orders?
2. Is the process to do that simply submitting a ticket to support
3. (The BIG one) - are either of these 'upgrade' functions supported in a Prod Copy environment?

RevPro is already asking for Prod Copy data so they can start running their analysis and planning for the Rev migration - not sure how that works if Prod Copy environments wont support Orders/AR upgrades OR being connected to RevPro.

Good times.

--

ZUO_00006605

---

Chris Bruner
Product Management | Zuora

---

**Anil Vaidya** | Customer Success | Zuora
(m) **408.802.7030** | **anil.vaidya@zuora.com**

---

--
Chris Bruner
Product Management | Zuora

CONFIDENTIAL                                    ZUO_00006606