# EXHIBIT 7

**From:**     Travis Huch [thuch@zuora.com]
**Sent:**     5/12/2018 4:27:46 AM
**To:**       Tom Krackeler [tom.krackeler@zuora.com]
**CC:**       Todd Pearson [todd.pearson@zuora.com]; Monika Saha [monika.saha@zuora.com]; Karthik Ramamoorthy [karthik@zuora.com]; Marlene Summers [marlene.summers@zuora.com]; Brent Cromley [brent.cromley@zuora.com]; Chris Bruner [chris.bruner@zuora.com]; Jack Friel [jack.friel@zuora.com]; Jagan Reddy [jagan.reddy@zuora.com]; Marc Diouane [marc.diouane@zuora.com]; Paolo Battaglini [paolo.battaglini@zuora.com]; Richard Terry-Lloyd [richard.terrylloyd@zuora.com]; Wei Wei [wei.wei@zuora.com]; Roger Chang [roger.chang@zuora.com]
**Subject:**  ███████████
**Attachments:**  image.png

Thank you Todd. This is a HUGE help.

On Fri, May 11, 2018 at 6:42 PM, Tom Krackeler <tom.krackeler@zuora.com> wrote:
Thank you Todd for doing this

████ and ██ need to be singing with joy from the rooftops after they go live

On Fri, May 11, 2018 at 4:57 PM, Todd Pearson <todd.pearson@zuora.com> wrote:
+ Karthik, Wei, Roger

Closing the loop here. I spoke to ██████ yesterday and delivered my message. He accepted what I proposed but also laid out how much distress this is causing them. As a recently public company and not having budgeted for all the extra expense, he claims that he's getting pressure to pull the plug and just use spreadsheets.

After speaking with Marc, Jagan and Karthik, and separately with Marlene, we've decided that the success of ████ as an early adoption of Keystone is critical and our responsibility. So here's what we've decided to do

1. Karthik currently has a change order in front of ████ to support ████████████. He had already discounted that SOW from $135k to $85k. We're going to take it down to $0. Condition is that any expansion to the scope would require fees to be paid.

2. They have two PCE's that we were supposed to have been charging them a total of $28k/year but haven't been charging them anything for the last few months because of billing errors on our side. We will continue giving these to them at zero cost until we launch Universal Sandbox.

3. Wei Wei, who manages the U.S. support team, will sit in on the weekly calls that Monika and Nathan are holding with ████ so that Support is in the loop on all developments.

4. We will provide a dedicated Support resource who is an SME in finance and revenue. All tickets will be answered by this one person so that there is continuity of information and improved communication and responsiveness.

5. ████████████████ and ████ head of engineering will join our Technology deep dive 3 hour remote session on May 23 that Brent and Henning are leading

I've communicated some of this to ████ but will be sending an email with all of the info once I get the new order form for the PCE's. I'll copy Monika, Karthik and Marlene

CONFIDENTIAL                                                                                          ZUO_00016479

On Wed, May 9, 2018 at 9:17 PM, Monika Saha <monika.saha@zuora.com> wrote:
Hi Todd,

I agree with your approach. A few additional comments:

• For both ████ and ████ the Keystone team is exploring a parallel path to see if we can install the Keystone microservice and it's related microservices into a PCE environment. We are still in the process of testing that approach, and it's not something that can be done in a scalable way for multiple customers on an ongoing basis. Universal Sandbox is the long term solution. However, since both these customers are right in the middle of an ASC606 deployment with some critical deadlines, we decided to explore this parallel path. Even if we get this to work, this will not be a long term solution for ████ so it may still make sense to credit back the PCE dollars.

• We have rolled out a support management process for Keystone which will allow global services who are onsite at any customer deploying Keystone to log support tickets related to the integration, rather then send multiple back and forth emails directly to engineering (which is what is happening today). These tickets will be routed directly to the Keystone product/eng team. Going forward we will be able to triage and prioritize more efficiently, and we will have hard metrics on when a Keystone issue is reported, how long it takes for us to turn around and resolve it, and we'll be able to give customers visibility into what progress we are making on a regular basis via the tickets. .

• We are treating any issues raised by ████████████████ with the highest level of priority. The Keystone release coming at the end of this month May release will relieve the pressure on a number of open items.

• We will continue to maintain our weekly cadence of calls with ████ as we are doing with other customers.

Please let me know of there's anything we can be doing differently or more effectively to help the situation.

Thanks.

-Monika


On Wed, May 9, 2018 at 6:31 PM, Tom Krackeler <tom.krackeler@zuora.com> wrote:
+ Monika, Brent

On Wed, May 9, 2018 at 6:30 PM, Todd Pearson <todd.pearson@zuora.com> wrote:
Hey all,

See below for request for large credit from ████ for various infractions on our part (ASC606 keystone adoption, multi entity, production copy environments, etc)

I'm planning to tell him that we won't give them a credit. ASC606 is a new directive and we're solving a big problem. Software gets delayed and problems occur. We have a longstanding policy of not giving credits for

CONFIDENTIAL                                                                                    ZUO_00016480

this kind of thing and looking only to our contractual obligations regarding monetary reparations. Our commitment as a partner is to engage our customers deeply and work really hard to resolve their issues and meet their objectives, which is what we're doing.

I will offer a credit on the PCE as that's a debacle and we're doing this with other customers who complain. But it will be a small number compared to what they're looking for

If any of you disagree with this approach please let me know by noon tomorrow

Thanks
Todd


---------- Forwarded message ---------
From: ███████████████████
Date: Wed, May 9, 2018 at 4:48 PM
Subject: ██████████████
To: Todd Pearson <todd.pearson@zuora.com>
CC: ████████████████████


Todd - hope all is well.  As you know we've been working for a while on our ASC 606 adoption of which Zuora and RevPro are a huge piece.  We've run in to some significant issues with the level of support from Zuora as well as some delays in product functionality that are preventing us from being able to stay on plan.  We've relayed our concerns to Jack Friel and had a call with Jack, Nathan and Chris Bruner last week.  We've also setup weekly recurring meetings with key individuals across Zuora/RevPro and ████ I'm hopeful we are on the right track here.  Below is some detail around the significant issues we've experienced to date.  Accordingly, I'd like to request█ credit for $136k - I believe this is a fair request.  As a result of the issues described below, we (i) lost a significant amount of time on our plan for go live, (ii) are incurring additional fees from external resources as we continually need to adjust approach due to the delays and (iii) are causing internal resources to be used in a very inefficient manner.

Our annual run rate with Zuora/RevPro right now is $948k.  We are one of a small handful of companies that took the risk on being an early adopter of the Zuora + RevPro solution because we believe in the company and product.  The details below have me feeling very uneasy about that decision.  See below for rationale on how I came up with the number above.  We should probably set up some time to discuss.  Thanks.

| | | |
|---|---|---|
| RevPro credit | 42,000 | Represents a quarter of the value of our annual RevPro subscription.  The delays on Zuora side to upgrade to Orders and delays to get Order Metrics data from PROD has rendered us unable to test any configuration. |
| Zuora credit | 19,833 | Represents one month of the annual value attributed to incremental cost of the upgrade from Enterprise to Nine.  Lost two weeks for ticket delays to switch Global Entity.  Lost two weeks for UAT environment being down. |
| Support and technical issues | 75,000 | Numerous support tickets have experienced delayed response times.  Keystone delays.  Technical issues - RBM connect not available in Orders, Sales Order grouping.  These issues are creating inefficiencies across the organization (internal and external resources wasted). |
| Total credit | 136,833 | |


**██████ observed issues with Zuora RevPro Implementation**

**Support issues**
**Switch global entity and share product catalog (December 2017)**
- Request:  We had requested to change the Global Entity and then share the product catalog across all entities.
- Issue:  Finding a resolution to these requests took too long as we needed to go through Zuora support as opposed to being able to find resources on the Zuora site to enable us to resolve on our own.  Tickets #137993 and #138222 were created related to these issues. The first ticket was created on 12/14/17 and the second ticket was closed out on 12/26/17.
- Impact:  approx. 4 weeks delay in implementing Multi-entity

ZUO_00016481

**Multi-entity UAT environment was down (March 2018)**

• Request: We experienced downtime with the Services532 environment which prevented ▮▮▮ from performing UAT on the Multi-Entity upgrade.

• Issue: Tickets #145935 and #146885 were created related to this issue. Ticket #145935 took 12 days to get resolved. Ticket #146885 was created as the sandbox was down again, we were told from Zuora this was due to non-payment, this was not true - turned back on a day later. We were never provided with a root cause of why we had issues with access in ticket #145935, just that it was back on.

• Impact: Due to the downtime on this environment we lost over a week of time being able to do UAT on the Multi-Entity upgrade, a key part of our 606 adoption.

**Order Management upgrade (February 2018 and still ongoing)**

• Request: We requested a refresh of Services431 sandbox and then upgrade to Multi-Entity and Full Order Management.

• Issue: Ticket #143568 was created related to this issue on February 23, 2018. On March 1, 2018 we were notified that this was still not complete and would take another 10 days due to issues and delays on the Zuora side. We were told we would receive daily updates, that did not happen and we needed to prompt Zuora for an update on March 6, 2018, the refresh and Multi-Entity upgrade was completed on March 9, 2018. Order Metrics upgrade initiated on March 12, 2018 – as of March 22, 2018 this was still in process and Zuora indicated the delays are due to the volume of data in our tenant. On April 10, 2018 a status was provided that 9.3 million records were migrated with about 2k errors. On April 20, 2018 Zuora indicated the upgrade was complete and records that failed continue to be investigated by Zuora. While this was ongoing we noticed we could not access the data for the records that had successfully been migrated since the data source extracts were not working, Zuora support took this as an action item. On April 24, 2018 we learned that the Services431 tenant was not upgraded to Full Order Management, just Order Metrics. We were notified of completion on April 30, 2018. Below is a summary of our initial expectations around the timing of this upgrade:

• September 2017 meeting with Zuora & ▮▮▮ order mgt conversion can begin end of sept (tool released week of 9/11). First version (not all use cases - VC or usage based POBs etc) of connector should be available beginning Q4 (jan 2018). Suggest waiting until end of Q4 2017.

• Impact: As a result of this inefficient process, we lost over two months from when the upgrade request was initiated. The delays are due to lack of capacity on the Zuora side and a misunderstanding on the Zuora side of what the actual request was – the Order Metrics upgrade was processed when we asked for the Full Order management upgrade initially. This excludes time lost based on the initial expectation that was set that we could upgrade at end of Q4.

**Technical issues**

**RBM Connect tool not supported on Orders until June 2018**

Issue: We utilize the RBM Connect tool quite heavily to process transactions in bulk. On April 26, 2018 Zuora indicated that the RBM Connect tool will not be supported in Full Orders until Jun 2018.

Impact: As a result of not having the RMB Connect tool supported, we cannot proceed with the Full Orders upgrade in Production until this tool is available as it would make many of our internal processes impossible.

**Sales Order numbering in Zuora not compatible with RevPro**

Issue: On April 27, 2018 we were notified that the numbering convention utilized by Zuora for sales orders would create a new order number for every historical subscription amendment – in RevPro revenue contracts grouping has been defined at the sales order level. We will need all amendments to historical subscriptions to be part of the same contract in RevPro – this appears to be a design flaw.

Impact: We had designed our configuration of RevPro under the assumption that Zuora orders would result in grouping subscriptions amendments in the same sales order, an alternate approach needs to be determined. The expectation is that the Zuora and RevPro teams would have discussed and resolved this internally but seems the RevPro team was not aware of this fundamental change. Time has already been incurred by the RevPro implementation team to obtain/test requirements and may now need to incur additional time to address the issue. In addition, the ▮▮▮ team has incurred many hours developing use cases to reflect the current grouping rule and may need to spend more time updating the use cases.

**Keystone Integration delays**

Issue:  There have been significant development delays with the Keystone integration.  Initially, we were told that Keystone integration will be completed by the end of May.  See below for a summary timeline:

- September 2017 meeting with Zuora & ▮▮▮ planning Q4 2017 phase 1 release and Q1 2018 phase 2
- November 2017 meeting with Zuora & ▮▮: Integration release plan is monthly starting November 2017
- April 2018 meeting with Zuora & ▮▮: May 2018 release will address 90% of standard cases, August 2018 release will address more complex cases related to ▮▮(billing cycle date changes, owner transfer, annualized ramp, suspend & resume, estimated usage)
- April 2018 Zuora use case results: many use cases are considered "TBD" which means may not be supported until after August 2018.  In addition, items slated for the May release are now slated for June

Impact:  As a result of these delays we have lost a significant amount of time when initial functionality expected in  was delayed until June. Further, critical functionality we will need won't be delivered until August when it was initially expected earlier, support for Owner Transfer, Usage and Tiered Pricing is critical and will cause further project delays if not available in testing.  In addition, these delays have a much broader impact on the overall project in the following ways:

- end to end testing of Zuora upgrades, integration, RevPro cannot be completed until cases supported.  May now need to perform multiple UAT for RevPro, manual uploads then end-to-end which takes time/effort to plan and execute.
- Data migration / ASC 606 adoption efforts may be delayed and significantly increase the amount of resources, time, cost needed to complete.

▮▮▮▮▮▮▮▮

dbond@yext.com

▮▮▮▮▮▮

--
**Tom Krackeler**
SVP, Products | Zuora
@tomkrackeler

--
**Monika Saha**
**GM - Finance Product Line | Zuora**
**O:  (650) 585 3595 | M: (510) 604 4072 | Twitter: @monikasaha**

ZUO_00016483

--
**Tom Krackeler**
SVP, Products | <u>Zuora</u>
<u>@tomkrackeler</u>

CONFIDENTIAL                                                                                                    ZUO_00016484