# EXHIBIT 8

**From:**     Todd Pearson [todd.pearson@zuora.com]
**Sent:**      4/23/2018 4:51:58 PM
**To:**         Bobby Asmar [bobby.asmar@zuora.com]; Jagan Reddy [jagan.reddy@zuora.com]; Karthik Ramamoorthy
              [karthik@zuora.com]; Srinivas Guduru [sguduru@zuora.com]; Travis Huch [thuch@zuora.com]
**CC:**         Cole Cannon [cole.cannon@zuora.com]; Richard Terry-Lloyd [richard.terrylloyd@zuora.com]
**Subject:**   Re: Past Due Rev Pro/Platform Invoices for ▮▮▮▮ Video Communications.

Travis - we just started doing CSM for RevPro led by Bobby Asmar. But he's only got one other guy so can't be the dedicated resource they're looking for

+ Karthik, Srinivas and Jagan who do have those resources but which are highly stretched right now. Which I think is the problem...

On Mon, Apr 23, 2018 at 4:31 PM Travis Huch <thuch@zuora.com> wrote:
Does RevPro have customer success?  It seems that more than half the work right now at ▮▮▮▮ is revpro work

---------- Forwarded message ----------
From: **Anil Vaidya** <anil.vaidya@zuora.com>
Date: Fri, Apr 20, 2018 at 10:06 AM
Subject: Re: Past Due Rev Pro/Platform Invoices for ▮▮▮ Video Communications.
To: An Nguyen <an.nguyen@zuora.com>
Cc: Seema Khoury <skhoury@zuora.com>, Hui-Wen Tien <wendy.tien@zuora.com>, Tuyen Wu <tuyen.wu@zuora.com>, Michael Quinn <mquinn@zuora.com>, Paolo Battaglini <paolo.battaglini@zuora.com>, Robert Hildenbrand <robert.hildenbrand@zuora.com>, Travis Huch <travis.huch@zuora.com>

Thanks An.
+Travis

▮▮▮▮ reached out to me yesterday afternoon with the following e-mail related to this non-payment.

I will discuss with Wendy on the RevPro/Orders issue and will work with Support on that complaint.

On Thu, Apr 19, 2018 at 3:32 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi Anil

We are very committed to pay and invest in our partnership. However we are facing several challenges leading to limitation and cost on how we use Zuora. We would like to see a higher commitment from Zuora team. Before we release the payment we need to have some action in the following areas as promised by Mark at the steer co meeting:

1.    Resolution to support tickets and ETA to resolve engineering tickets. We noted that some of the open tickets were auto closed without root cause analysis.

2.    Focussed Zuora resources to support Zuora orders implementation and ensuring Aug go-live date

CONFIDENTIAL                                                                                    ZUO_00014512

We are going to be one of the first customers on Zuora revpro integration product. We have more resources dedicated on our side then we see on Zuora. We are hoping you can influence management to have a dedicated resource so that we can commit to deliver the project on time. Due to product availability and configuration issues, we have already delayed go-live for Zuora revpro from June to Aug. We recently hit another snag and Wendy is proposing to move the go-live again. This is not acceptable. If there is any delay due to product issues or product general availability we are expecting Zuora to send in dedicated resources to get the project back on track. This is in addition to Advance AR been pushed to Phase 2 due to product not been available.

We would also like to have ½ day session with you sometime next week so that we can discuss all the challenges that we are facing, some of which relates to training which is can easily tackled. Please let me know what day works best for you.

I hope you understand and will relay this internally so that we can move forward. Again we are very committed to pay if Zuora can commit to actionable items and ETA.

Thank you for your understanding in advance.

**Sent:** Wednesday, April 18, 2018 12:04 PM

**Subject:** Fwd: Past Due Rev Pro/Platform Invoices for ▮▮▮ Video Communications.

FYI

On Fri, Apr 20, 2018 at 10:01 AM, An Nguyen <an.nguyen@zuora.com> wrote:
Sales/GS Team,

I need your help to escalate within ▮▮▮ to provide an update to my requests for ACH information so we can extract payment. They have charged back on our previous ACH extraction and I haven't received a response to my inquiry for new bank account details. (below)

This is impacting 226K in receivables we forecasted for Q1:

Zuora Platform - $152,245.50 | Zuora Rev Pro Platform -$32,755.00 | Zuora Rev Pro Services - $41,380.00

Please leverage our relationships and push to get this resolved next week.

Thanks,
An

      ZUO_00014513

---------- Forwarded message ----------
From: **An Nguyen** <an.nguyen@zuora.com>
Date: Wed, Apr 18, 2018 at 11:37 AM
Subject: Past Due Rev Pro/Platform Invoices for ███ Video Communications.
███████████████████████████████████████████████
███████████████████████████
Cc: Tuyen Wu <tuyen.wu@zuora.com>, ar <ar@zuora.com>, Seema Khoury <skhoury@zuora.com>, Hui-Wen Tien <wendy.tien@zuora.com>, Anil Vaidya <anil.vaidya@zuora.com>


Hello ███ Finance Team

I hope this note finds you well. Our ACH payments extractions for ███ are being declined stating that ███ bank account information is no longer valid.

███ is past due $226K (invoice copies attached):


•

Zuora Platform - $152,245.50 |Zuora Rev Pro Platform -$32,755.00  | Zuora Rev Pro Services - $41,380.00

Can a member of your finance team please call me and provide updated ACH information so we can extract payment as per contractual agreement?

I previously sent a note to your AP team and did not hear back and just wanted to make sure I'm reaching out to the right contacts that can help resolve this.

As it's our Q1 this month, we would like to get these past due invoices settled in April.

Thanks,
An Nguyen | Zuora, Inc.
3050 South Delaware Street | Suite 301 | San Mateo, CA 94403
Email: an.nguyen@zuora.com | Phone: (650)-684-7149




--

CONFIDENTIAL                                                                                   ZUO_00014514