# EXHIBIT 9

| | |
|---|---|
| **From:** | Tyler Sloat [tyler.sloat@zuora.com] |
| **Sent:** | 8/31/2018 3:32:44 AM |
| **To:** | Paolo Battaglini [paolo.battaglini@zuora.com]; ecomm [ecomm@zuora.com] |
| **CC:** | Wendy [wendy.tien@zuora.com]; Karthikeyan Ramamoorthy [kramamoorthy@zuora.com]; Travis Huch [thuch@zuora.com]; Karthik Ramamoorthy [karthik@zuora.com]; Todd Pearson [todd.pearson@zuora.com]; Tien Tzuo [tien.tzuo@zuora.com]; Marc Diouane [marc.diouane@zuora.com]; Michael Quinn [mquinn@zuora.com] |
| **Subject:** | Re: ▮▮▮ |

All - I want to be explicitly clear as have seen this now with

NO ONE IN THE COMPANY is authorized to make payment concessions to a customer without clearing and getting approval from either myself or Paolo.   These have significant revenue implications and can be perceived as a complete override of internal controls.

-Tyler

On Thu, Aug 30, 2018 at 4:35 PM, Paolo Battaglini <paolo.battaglini@zuora.com> wrote:
I had a call with the controller at ▮▮▮ this morning regarding the outstanding overdue balance.  On that call alluded to a milestone-based payment plan as well.  But based on this thread and a separate call that I had with Wendy, it does not appear as though any such commitment was ever made, nor should it have been.   I plan to send out an email tonight to ratchet up the pressure on the outstanding $500k balance.  If there is any reason why I shouldn't do that please reach out to me soon.

On Thu, Aug 30, 2018 at 4:25 PM Wendy Tien <wendy.tien@zuora.com> wrote:
Hi Karthik,
Yes, the action items were only discussed for the services agreement, and nothing came up for core. Anil was in the same conversation, he can also validate. In addition, what we discussed was only for deliverables back in June for them to release payment ( which, they did not release all) and never agreed to a milestone payment.

Thanks,
Wendy

On Aug 30, 2018, at 4:02 PM, Karthikeyan Ramamoorthy <kramamoorthy@zuora.com> wrote:

+ Wendy Tien( EM at ▮▮▮ )

Wendy,
Can you clarify our payment agreement to date with ▮▮▮? I assume it was only for the Service payments.

- Karthik

On Aug 30, 2018, at 3:47 PM, Travis Huch <thuch@zuora.com> wrote:

We had a good meeting with Sunil and the rest of the team at ▮▮▮ As noted they were consistent on the delays and costs incurred both as a result of the keystone delivery delays as well as the cost of having Deloitte generating 606 results manually.

In terms of the delinquent payments, Sunil and Vik said they had worked out a milestone payment arrangement with Wendy. I told them expect a new arrangement from us, but first I wanted to check to see if we did indeed have a milestone arrangement in place.

CONFIDENTIAL                                                                                          ZUO_00197981

Paolo, let's have a huddle on this one.

But otherwise they were very upbeat on the partnership, and open to discussing our advanced tax connector as well as collect.

Travis Huch | VP Customer Success
m: (650) 302-9231 | thuch@zuora.com

<image002.png>

On Thu, Aug 30, 2018 at 2:57 PM, Karthik Ramamoorthy <karthik@zuora.com> wrote:
Todd,

Below is the overall status on the RevPro project at ▮▮▮▮ and listing the critical issues encountered along the way.  Currently scheduled to go live in Feb 2019 after completing recasting.

**Original project scope: JAN 2018**

- Enable Order Metric

- Enable Orders

- Enable Advanced AR

- Active contracts and beginning balance conversion will be performed as of February 2018, and transactions occurring between February 2018 till go-live will be processed period by period. Active Contracts are identified through Auto-Renewal Zuora flag as yes and deferred revenue balance is greater than zero. Customer to provide Feb 2018 ASC 606 contract beginning balances.

**Current project scope:**

- Enabled Order Metric

o       It took ▮▮▮▮ longer than expected to complete testing due to resource allocation(▮▮▮▮), they later re-prioritized to have more engineers to support

o       During testing, we had trouble to confirm if data had completed with migration.

- Full retro conversion

o       ▮▮▮▮ has changed methodology to have full 2 years recast done in RevPro.

**Out of scope:**

- Enable Orders:

o       Due to the challenges ▮▮▮▮ encountered during enabling Order Metric and considering the time it took, ▮▮▮▮ team moved this out to phase

- Advanced AR:

o       After considering the complexity and timeline, we've recommended ▮▮▮▮ to not to proceed with Advance AR in current scope

**Past challenges:**

- Unable to pull invoice until Keystone's June release

                                                                                       ZUO_00197982

- Order Metric adoption took longer than expected to complete (Over 3 months) to enable and help reconcile the metrics

**Current challenges:**

- IIA not enabled – September Keystone release

- Custom field updates are not on Order Actions. At the same time, Keystone can't read the custom fields from Amendment. – September release with Orders team

At present, we have workarounds to help us drive the recasting process to keep the project moving, SIT/UAT cannot complete until these functionalities are delivered and have been working with ▮▮▮ on validating UAT scenarios.

Through the project, there have been Core platform issues that ▮▮▮ has brought to our notice that the CSM team was helping address, Travis might have the latest on these.

- Level3 Information for Cybersource (Losing $10K/month)

- AVS with Cybersource not working as expected (Losing $$$/month)

- Cybersource Decision Manager (No update from Zuora team)

- Multi-Attribute Usage based Billing (No progress for almost two years)

- Zuora support for Avalara Telco Taxes

- Z-Quote is very unstable (Real Time Sync Issues)

- SKU# at the Tier Level

- 4 outages in last 4 months, especially outages on WD1 impacted month end close reporting

--
Thanks,
Karthik Ramamoorthy
VP Services
Cell: 510.331.4745 | karthik@zuora.com

Zuora is a Glassdoor Best Place to Work

On Tue, Aug 28, 2018 at 1:46 PM, Todd Pearson <todd.pearson@zuora.com> wrote:
Rather than get this info and then relay it I'm just adding Karthik who has the details. ==Karthik==, will you please answer Tien's question "Can i get the list of issues for why ▮▮▮ isn't paying their invoice "

Also adding Travis who is going to meet with Sunil on Thursday. ==Travis== - after your meeting will you pls provide an update

On Tue, Aug 28, 2018 at 11:16 AM, Todd Pearson <todd.pearson@zuora.com> wrote:
I believe these are all related to RevPro, Orders and Keystone adoption - work Karthik's team is doing. Karthik is in a meeting and is going to get me the info in a bit so I'll get back to you shortly on the details.

Per Mike Q, This is the breakdown of the past due amounts

- $300k of Zuora platform (two quarterly invoices, one 120 days past due, the other 30 past due)

- $100k of RevPro platform (3 invoices)

- $70k of Services

On Tue, Aug 28, 2018 at 9:57 AM, Tien Tzuo <tien.tzuo@zuora.com> wrote:

CONFIDENTIAL

Can i get the list of issues for why ███ isn't paying their invoice

Thanks

--

**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636

CONFIDENTIAL

ZUO_00197984