# EXHIBIT 10

**From:** ███████████████████████

███████ ████████████████████████████████

**Sent:** 9/27/2018 3:11:57 AM

**To:** marc diouane [marc.diouane@icloud.com]

**CC:** ████████████████████; paolo.battaglini@zuora.com

**Subject:** Re: Zuora

Thanks Marc - much appreciated!

Paolo - **we will process tomorrow the zuora invoices for payment.**

Thanks!



Sent from my iPhone

On Sep 26, 2018, at 8:00 PM, marc diouane <marc.diouane@icloud.com> wrote:

███

Sorry for the delay of my response.
I will accept your offer and will have Paolo to work with you on the settlement.
On RevPRo , we feel good about the progress and we are confident we will get you live.

Thanks

Marc Diouane | President | Zuora.

On Sep 25, 2018, at 6:15 PM, ███████████████████████████ wrote:

Hi Marc ,



I would like to reiterate my current proposed solution (as in my email below). We feel that the RevPro implementation  has not been progressed very well. Even the very recent product release has issues in it and we are now waiting to the follow up release to set the UAT date .  In my proposal below, I'm proposing to pay for the Zuora piece now and then, upon start of the UAT,  we'll determine milestones and relate the RevPro payments to them. I feel that's a fair solution Marc. I can't commit to pay for the RevPro until we see that things are actually working.

Pls let's move forward with that.
Thanks!



**From:** marc diouane [mailto:marc.diouane@icloud.com]
**Sent:** Saturday, September 22, 2018 1:02 PM
**To:** ████████████████████████
**Subject:** Re: Zuora

███

Please talk to ███ and let regroup so we can settle this unfortunate situation.

CONFIDENTIAL                                                                              ZUO_00255414

Thanks

Marc Diouane | President | Zuora.

On Sep 21, 2018, at 9:19 PM, ███████████████████████████ wrote:

Thanks Marc. I absolutely understand your side.
On my end,  I need to deal with a very-much delayed project and frustrated teams (both from the product aspect and the way things have been communicated throughout the project) .  For us Zuora was not a billing solution at the point we met with you regarding the integrated solution . For us, we bought the vision of a complete solution. This is what your  team sold us. That's what we bought,  but is not what we are getting. We went to your user conference and presented a rosy picture that everything is great. I do not feel so at this point to be personally honest.

I understand your end, although personally disagree. I would not do it. But I get it.

We'll pay the zuora piece but cannot pay for the RevPro piece until we see substantial  progress and validation that it's working. I'll brief ██ on Monday on the status and the large expected payment and get him to sign the check.

Thanks, Marc. I appreciate very much your support and help with this. You have a very nice weekend!

██

Sent from my iPhone

On Sep 21, 2018, at 3:56 PM, marc diouane <marc.diouane@icloud.com> wrote:



Thank you for getting back to us with your proposal.  We appreciate the offer to begin paying down your outstanding balances.  However, it will likely not come as a surprise to you that we will require more than the $100k offered in order to move forward.  As we have discussed, in our opinion, there is absolutely no reason to justify withholding any of the platform fees on the Zuora billing product.  ██████ has been using that product for some time and I think we both agree that there are no significant issues with the billing platform.  Consequently, the Zuora billing invoices (totaling $304k) should not even be part of this discussion, those payments should be made as soon as possible to avoid a disruption in service.  The only discussion should be around the RevPro invoices (which total $174,912) .  I propose that we apply your 50% proposal to that balance.  The first 50% to be received by Zuora by 10/15 (the projected UAT start date), and the remaining 50% to be paid by November 15th.  Please keep in mind that there will be additional Zuora invoices issues for the Zuora Billing and RevPro platforms in the coming months as we move forward, so it is important that we get these old balances paid down before those invoices start accumulating as well.

So, our proposed payment schedule is as follows:

$304,491  paid now
$87,456 (($479,404-$304,491)*50%) paid 10/15
$87,456  paid 11/15
--------------
$479,404

In a spirit of a good partnership and good faith I will continue to invest time and energy to get you live.

CONFIDENTIAL                                                                                                          ZUO_00255415

To be sincere with you, I 'm extremely disappointed with your counter proposition because in reality you haven't moved one inch from your previous position despite my level of commitment and involvement.

I'm hoping you will understand that this counter is really our best and final.


Sincerely


Marc Diouane | President | Zuora.


On Sep 15, 2018, at 11:04 AM, ███████████████████████ wrote:

Look forward to it, Marc.

Thanks and have a great rest of the weekend.

███

Sent from my iPhone


On Sep 15, 2018, at 10:01 AM, marc diouane <[marc.diouane@icloud.com](mailto:marc.diouane@icloud.com)> wrote:


███

I have a review with the team planned for this coming Monday, I will personally be in charge from here.

Hoping to get back to you by either Monday afternoon or maybe even meet you Tuesday late afternoon in Sunnyvale since I have another meeting near by.

Hoping we can find out a good agreement and most importantly get you live.


Sincerely


Marc Diouane | President | Zuora.

CONFIDENTIAL