# EXHIBIT 11

| From: | Marc Diouane [marc.diouane@zuora.com] |
|---|---|
| Sent: | 9/22/2018 6:21:49 PM |
| To: | ███████████████████ |
| Subject: | Re: I need your help |

███

I know also that we screw it up with our RevPRo and Billing integration.
However you and your team are our highest priority account.
I can ensure as well that we are now align with the UAT date line and we will get you live.

Thanks

Marc Diouane | President | Zuora.


> On Sep 22, 2018, at 10:24 AM, ██████████████████████ wrote:
>
> Hi Marc,
>
> So sorry about it. Let me check what had happened and I was not aware of this dispute at all...  stay
tuned.
>
> Have a great weekend.
>
> ████
>
> Sent from my iPhone
>
>> On Sep 22, 2018, at 10:06 AM, Marc Diouane <marc.diouane@zuora.com> wrote:
>>
>> ████
>> Hopefully this email will find you well. By the way I was in your
>> office last Tuesday, I wish I could see you and say hello.
>> I would like to bring to your attention that I have been involved and
>> tried to solve the current subscription past due invoices dispute
>> between our two organizations.
>> ████ and I had a meeting last Tuesday and to be frank I'm not really
>> happy about how this situation has evolved.
>> What I have proposed to ████ is really a fair settlement and do not
>> want to hurt our relationship.
>> The deployment is now in better shape than it used to be and we will
>> continue to invest till you are live and happy but I cannot accept
>> your team holding all payments and hurt our Business.
>> We are a public company now and collection is important for us .
>>
>> Please ask to ████ to provide you what I have proposed in term of
>> resolution and hopefully you can help to settle it.
>>
>> Sincerely
>>
>> Marc Diouane | President | Zuora.

CONFIDENTIAL

ZUO_00028426