# EXHIBIT 12

| | |
|---|---|
| **From:** | Todd Pearson [todd.pearson@zuora.com] |
| **Sent:** | 8/24/2018 4:30:00 PM |
| **To:** | marc.diouane@zuora.com |
| **Subject:** | Accepted: Internal ▮ Discussion @ Mon Aug 27, 2018 14:00 - 14:30 (PDT) (marc.diouane@zuora.com) |
| **Attachments:** | invite.ics |

## Internal ▮ Discussion

Topic: Internal ▮ Discussion

Join from PC, Mac, Linux, iOS or Android: https://zuora.zoom.us/j/610868977

---------- Forwarded message ---------
From: Tien Tzuo
Date: Wed, Aug 8, 2018 at 2:57 AM
Subject: Re: ▮
To: Jack Friel
Cc: Travis Huch , Richard Terry-Lloyd , Marc Diouane

Let's do a huddle

I'd like to leverage my relationship with ▮

I don't want to take this lightly, a board member complained to our board member, something is going on, goal here needs to be to turn that board member around

On Tue, Aug 7, 2018, 9:30 PM Jack Friel wrote:
I have met with ▮ and ▮ most recently June in NYC. They are all in on Zuora and our vision. They've hired an architect from Frontera to Zuora expertise in house, so are averse to paying for services for Zuora upgrade like we recommended. As such, they ran into issues with early adoption of all of the Spring stack features, testing them in PCE, product compatibilities, Multi Entity migration, Keystone. We've doubled down by putting them on the high intensity account list to get better support, have Todd Pearson as exec sponsor, and provided $100K+ in free services for RevPro/Keystone effort that Connor group is leading.

I will close the loop with ▮ to do everything I can to improve his sentiment. Also have a huddle next week w. RevPro & Core teams.

On Tue, Aug 7, 2018 at 6:59 AM Tien Tzuo wrote:
I caught up with ▮ yesterday, as well as our board member Tim

Apparently a ▮ board member was giving Tim shit about Zuora, saying we lost them money.

I asked ▮ and apparently ▮ is a college buddy of the founder and is a detractor.

What's the latest on ▮ We need to turn this around. I know ▮ has been positive and his team was out at Subscribed, but wondering if we are doing well with Finance but not with IT.

Confidential

| When | Mon Aug 27, 2018 14:00 – 14:30 Pacific Time - Los Angeles |
|------|--------|
| Where | https://zuora.zoom.us/j/610868977 (map) |
| Calendar | marc.diouane@zuora.com |
| Who | • marc.diouane@zuora.com - organizer |
|  | • wpalmer@zuora.com - creator |
|  | • Travis Huch |
|  | • Richard Terry-Lloyd |
|  | • jack.friel@zuora.com |
|  | • Tien Tzuo |
|  | • Ninni Sonberg - optional |
|  | • Todd Pearson - optional |

Invitation from **Google Calendar**

You are receiving this email at the account marc.diouane@zuora.com because you are subscribed for invitation replies on calendar marc.diouane@zuora.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

Confidential                                                                                                                ZUO_00103183