# EXHIBIT 14

| From: | Tien Tzuo [tien.tzuo@zuora.com] |
|---|---|
| Sent: | 11/8/2018 11:42:56 PM |
| To: | John Hackerson [jhackerson@zuora.com] |
| CC: | Ninni Sonberg [nsonberg@zuora.com] |
| Subject: | Re: eComm Attention: RevPro state of affairs |
| Attachments: | image.png; image.png; image.png |



Can I review with Jagan and Karthik Sunday night pacific time

On Fri, Nov 9, 2018, 3:10 AM John Hackerson <jhackerson@zuora.com wrote:

Tien - Karen's offered to move her E-staff Comp Discussion back a couple weeks to ensure we have time to discuss the below matter at Ecomm on 11/12 before the Board meeting.

I've confirmed everyone's availability and propose the below agenda for Monday. Let me know if you agree / have questions.

| Date | Topic | Leader | Length |
|---|---|---|---|
| 11/12 | Deep Dive: Product (PQR Readout) | Tom, Kyle, Mike, Greg, Chris B | 90 |
| | ~~Compensation Discussion (Estaff+Jung only) (Pending Tien Review)~~ | ~~Karen, Jung~~ | ~~60~~ |
| | RevPro Deployment Discussion | Karthik, Jagan | 60 |

Best,
John

---------- Forwarded message ----------
From: **Tyler Sloat** <tyler.sloat@zuora.com>
Date: Wed, Nov 7, 2018 at 5:44 PM
Subject: eComm Attention: RevPro state of affairs
To: Karthikeyan Ramamoorthy <karthik@zuora.com>, Paolo Battaglini <paolo.battaglini@zuora.com>, ecomm <ecomm@zuora.com>, Robert Hildenbrand <robert.hildenbrand@zuora.com>, John Hackerson <jhackerson@zuora.com>

eComm - know we just had a double session on services but I think we need to have an eComm discussion on Revpro to ensure we have all hands on deck and making sure all of the teams are aligned and working towards ensuring our customer's success. This is a Zuora issue, not a RevPro issue and we need everyone thinking about and working on how to address.

In summary, we have been experiencing an uptick in RevPro implementing and live customers voicing concerns with their deployments or usability of the system.

• ▮▮▮▮▮▮▮▮ Delays and difficulty in implementation related primarily to Keystone and Orders. Some downsell on services taken and they owe us $

CONFIDENTIAL

ZUO_00003083

- ███████ We received an email from ███████ this week indicating that they are demanding 3 years of free subscription since they just spent $3.5M to go live on the system.  They have bills outstanding (not overdue yet so this was new news) and we will need to reserve against revenue.

- ███████ (see below): being flipped back from "Live" to "Implementing" ... I am not sure how this could happen.  They are a public company, has received a deficiency report from E&Y specific to revenue and had purchased RevPro to solve their problem.  Clearly a disconnect with our internal perception of whether they were healthy and using the system....now definitely a churn high probability.  Could become a very visible negative PR item if they mention on an analyst call.

- ████ CFO called Joon directly (through main IR hotline) to ask to talk to Tien because they were taking about 30 hours to close a month and he was so concerned that he could not get direct attention and they were at risk of missing their close deadline.

- Zuora: We are currently on our 13-14th month of implementation, have spent about $2M and, I am being told, are at risk of not making our Jan 31 deadline to be fully live in production.  Karthik and Jagan were pulled back in today as this was escalated but we have a lot of learnings internally about the Go-Live process and I dont think we are that different then many of our customers.

- Accounts Receivable: We have roughly $2M in >60 Days overdue invoices related to RevPro, some of this will or has been reserved directly against revenue but it is taking a larger and larger amount of time with the collections group to work through issues



- Free Hours: We have given about about 14K free GS hours related to RevPro while total across the company is 23K.  That is well over 50% but ACV for RevPro is around 10%.

| Free Hours Category | Total Hours |
| --- | --- |
| Product Gap | 4,089.35 |
| Over Budget | 1,749.14 |
| Customer Satisfaction | 6,512.09 |
| Business Investment | 595.03 |
|  | 444.00 |
| CSM Support | 55.00 |
| Partner Support | 597.00 |
| Shadow Time | 78.00 |
| Resource Replacement | 160.00 |
| 40+ Hours | 144.00 |

- Bookings: We closed only one new RevPro customer in Q3 and currently have 5 committed new business deals ███████████████████████ .... someone mentioned to me that we are having a

ZUO_00003084

difficult time finding any customer who will be a positive reference for RevPro, I have to believe that this is harming us in the field



- Services to customer mix: Since the acquisition we have closed 25 RevPro deals and 266 total deals, meaning RevPro ▉▉▉▉▉▉ However, RevPro runs at about ▉▉▉▉▉▉▉▉▉▉. We have smaller customers on billing that skews this, but we have also been closing a lot smaller RevPro deals (in terms of ACV) which starts to normalize. We also have a much higher percentage of partners on RevPro, meaning, the total services $ is a lot higher then what we see...which would skew the %s even further. What have we done to dig in and figure out why it is taking so long to implement, what are we doing from an automation, product and training perspective to mitigate and how we are arming the field to communicate and sell through this?

I know this is a lot but I fear that we are not really addressing these issues and if we don't address quickly we will not be able to get in front of this. We also have received feedback from several Board members (based on the initial results we sent) that they want to hear from us on RevPro in this upcoming meeting and get a better understanding of the current situation.

John - can you work with Karthik, Jagan, Robert, to add a session to the agenda.

-Tyler


---------- Forwarded message ---------
From: **Joel Buaron** <joel.buaron@zuora.com>
Date: Wed, Nov 7, 2018 at 1:51 PM
Subject: Request to update the status - ▉▉▉▉▉
To: <orders@zuora.com>
Cc: Bobby Asmar <bobby.asmar@zuora.com>, Tuyen Wu <tuyen.wu@zuora.com>, Sandeep Dhanota <sdhanota@zuora.com>


Hi Orders team,

When you, would you mind updating the status of ▉▉▉▉ from Live to Implementating, please?

ZUO_00003085

Below is the email thread RevPro team confirming that it should be on Implementing status.

thanks,
JOEL


---------- Forwarded message ---------
From: **Bobby Asmar** <bobby.asmar@zuora.com>
Date: Wed, Nov 7, 2018 at 11:17 AM
Subject: Fwd: ███████ Re: Invoice INV00131888 is attached
To: Joel Buaron <joel.buaron@zuora.com>, Patrick O'Connor <poconnor@zuora.com>


████████ - needs to be flipped to implementing

---------- Forwarded message ---------
From: **Bobby Asmar** <bobby.asmar@zuora.com>
Date: Tue, Oct 16, 2018 at 6:27 PM
Subject: Fwd: ███████ Re: Invoice INV00131888 is attached
To: Sandeep Dhanota <sdhanota@zuora.com>, Tuyen Wu <tuyen.wu@zuora.com>
Cc: Patrick O'Connor <poconnor@zuora.com>


Hi Sandeep - Can ou flip ███████ back to implementing, this customer is not live.
https://zuora.my.salesforce.com/0017000000lafbG

Thank you

---------- Forwarded message ---------
From: **Melinda Soto** <melinda.soto@zuora.com>
Date: Tue, Oct 16, 2018 at 6:20 PM
Subject: ███████ Re: Invoice INV00131888 is attached
To: Bobby Asmar <bobby.asmar@zuora.com>
Cc: Joel Buaron <joel.buaron@zuora.com>, Karthik Ramamoorthy <karthik@zuora.com>, Aditya Vadrevu <avadrevu@zuora.com>, Bob Walstra <bwalstra@zuora.com>, An Nguyen <an.nguyen@zuora.com>, Patrick O'Connor <poconnor@zuora.com>


HI Bobby and team,
███████ is a churn risk given the reasons described below. I went onsite to meet up with ████████████ on 8/28/18, then ██████ 9/20/18 to collect implementation feedback to understand why they continued to have ongoing delays. ██████ feedback was:
1) ████ is disappointed with Zuora's response time, and unwilling to reach out proactively to work through product issues. With that, ████████ are now seriously looking at Netsuite as a replacement of RevPro

2) ██████ missed their SEC reporting deadline, were hoping to use RevPro for rev rec, instead had to use excel

3) EY auditors classified ██████ having significant deficiency with rev rec processes, ██████ undergoing remediation - and under the CFO/BOD microscope
At this point in time, ██████ go live date is still TBD

CONFIDENTIAL

Next steps to prevent churn -
1) Zuora has made an investment for COE to deliver a customization to support their use case 'Retrospective Allocation Treatment' - more details attached if needed. Zuora will not charge customer for this customization.
>NOTE - NetSuite demonstrated this use case using standard functionality -
>Target date to deliver the customization is next week (Oct 22). Venki would go onsite to walk ▐ through the use case.

▐ asking Zuora to describe the key differences between NetSuite and RevPro to convince them into staying with RevPro.
>This is in progress. Venki/product will provide an update on these key differences, where Zuora is a stronger player. Reference material: RevPro Competitive Battlecard: NetSuite ARM

For more information on the implementation, please go here
▐ pretty busy with EY for the month of October. But he's still open to working on RevPro where needed.
**Thanks,**
**Melinda Soto | Zuora, Inc.**
m. 702.348.7547
Address: 3050 South Delaware Street, #301, San Mateo, CA 94403



Zuora is a Glassdoor Best Place to Work

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above, and may contain confidential and/or privileged information. If you received this communication in error, please notify me by e-mail, and delete.

On Tue, Oct 16, 2018 at 2:43 PM Bobby Asmar <bobby.asmar@zuora.com> wrote:
Hi Joel - Thanks for bringing this to our attention. Not sure why ▐ tagged as live in SF but my understanding is they are still in implementation.

I'm looping in @Karthik Ramamoorthy and @Melinda Soto who can share more on the project and churn status.

On Tue, Oct 16, 2018 at 5:33 PM Joel Buaron <joel.buaron@zuora.com> wrote:
thanks An for the FYI.

@Bobby Asmar - is this potential churn risk?

On Tue, Oct 16, 2018 at 1:13 PM An Nguyen <an.nguyen@zuora.com> wrote:
Hi ▐

Thanks for the feedback. We cannot cancel this invoice as it represents the final year of our mutual agreement. Amendment #1 simply stated that the Effective Date of that document would be the start of the first renewal term, thus 8/15/17-8/14/18, so the second renewal (the third year of the three-year commitment) started on 8/15/18 and ends on 8/14/19.

Therefore, the invoice would still need to be paid in accordance to agreement. I hope this helps clarify.

Thanks,

ZUO_00003087

An Nguyen | Zuora, Inc.
3050 South Delaware Street | Suite 301 | San Mateo, CA 94403
Email: an.nguyen@zuora.com | Phone: (650)-684-7149

On Fri, Oct 5, 2018 at 5:54 PM, ███████████████████████████████ wrote:

Hello An,

We never went live on RevPro. We are evaluating whether we will continue with RevPro vs. another vendor. This invoice should be canceled.

Thank you,



---

**From:** ███████████████████████████████>
**Date:** Thursday, October 4, 2018 at 3:46 PM
**To:** ███████████████████████████████>
**Subject:** FW: FW: [EXTERNAL] Re: Invoice INV00131888 is attached

FYI...

**From:** An Nguyen [mailto:an.nguyen@zuora.com]
**Sent:** Wednesday, September 26, 2018 12:04 PM
███████████
**Cc:** Accounts Payable
**Subject:** Re: FW: [EXTERNAL] Re: Invoice INV00131888 is attached

Hi ███████

Apologies for the oversight as the wrong contract was attached. Please find corresponding contract attached that supports the basis for billing.

Thanks,
An Nguyen | Zuora, Inc.
3050 South Delaware Street | Suite 301 | San Mateo, CA 94403
Email: an.nguy  en@zuora.com | Phone: (650)-684-7149

On Wed, Sep 26, 2018 at 11:49 AM, ███████████████████████████ wrote:

Hi An,

I am confused, why are you sending us an invoice for ████████ We are ██████████████ In addition, this invoice is INV00131558.

CONFIDENTIAL

ZUO_00003088

Let me know.

Thanks,

███

**From:** An Nguyen [mailto:an.nguyen@zuora.com]
**Sent:** Tuesday, September 25, 2018 4:06 PM
**To:** Accounts Payable
**Subject:** Re: [EXTERNAL] Re: Invoice INV00131888 is attached

Hello AP,

I received your voicemail. Please find contract attached to this note that provides basis for billing. The signer is ████████████████████████

Thanks,
An Nguyen | Zuora, Inc.
3050 South Delaware Street | Suite 301 | San Mateo, CA 94403
Email: an.nguyen@zuora.com | Phone: (650)-684-7149

On Fri, Sep 21, 2018 at 10:59 AM, ████████████████████████████ wrote:

Hello An,

Per my voicemail, requested your contact at ███████████ Invoice INV00131888 is over 1500.00 and we must contact the individual that requested this service.  Please feel free to call me direct at 415.829.1616 for any questions or concerns. Thx.

**Accounts Payable**
████████████
██████████████

**From:** An Nguyen <an.nguyen@zuora.com>
**Sent:** Tuesday, September 11, 2018 2:21 PM
**To:** Accounts Payable████████████████████
**Subject:** [EXTERNAL] Re: Invoice INV00131888 is attached

CONFIDENTIAL

ZUO_00003089

Hello Accounts Payable,

Wanted to circle back to confirm payment timing of invoice?

Thanks,
An Nguyen | Zuora, Inc.
3050 South Delaware Street | Suite 301 | San Mateo, CA 94403
Email: an.nguyen@zuora.com | Phone: (650)-684-7149

On Fri, Aug 24, 2018 at 3:46 PM, Sahar Khan <sakhan@zuora.com> wrote:

Good afternoon,

Please see attached W-9 form and banking information as requested.

Best,

**Sahar Khan | Zuora Billing Analyst**

**3050 S Delaware St #301 | San Mateo, CA 94403**

On Fri, Aug 24, 2018 at 3:42 PM, 'Accounts Payable' via Accounting Services <accountingservices@zuora.com> wrote:

Hello Billing,

Please provide your ███████ contact. Also, you are not listed in our database, please provide a current, signed W9 (blank W9 attached). As well as, your banking information. thx.

**Accounts Payable**

███████

███████

**From:** Zuora,Inc. <accountingservices@zuora.com>
**Sent:** Thursday, August 16, 2018 2:49 PM
**To:** ███████
**Subject:** Invoice INV00131888 is attached

CONFIDENTIAL

ZUO_00003090

An invoice is attached to this email as a PDF file.

To view this invoice, click on the attachment. Adobe Acrobat should launch. If you do not have Acrobat installed on your computer, you can download it from http://www.adobe.com/products/acrobat/readstep2.html

Please note our new mailing address for payment remittance and correspondence:
Zuora, Inc.
3050 South Delaware Street
Suite 301
San Mateo, CA 94403

--
kind regards,
**Joel C. Buaron**
Operations Manager, Customer Success| Zuora, Inc.
3050 S. Delaware St., Suite 301, San Mateo City, CA, 94403
Desk: 650.264.7051 | Mobile: 650.740.4619
Email: joel.buaron@zuora.com

--
Bobby Asmar | Customer Success - RevPro | Zuora, Inc. | m. **408-680-7629** | e. **bobby.asmar@zuora.com** | www.zuora.com

## www.zuora.com/subscribed2018

--
Bobby Asmar | Customer Success - RevPro | Zuora, Inc. | m. **408-680-7629** | e. **bobby.asmar@zuora.com** | www.zuora.com

## www.zuora.com/subscribed2018

--
Bobby Asmar | Customer Success - RevPro | Zuora, Inc. | m. **408-680-7629** | e. **bobby.asmar@zuora.com** | www.zuora.com

ZUO_00003091

www.zuora.com/subscribed2018

--
kind regards,
**Joel C. Buaron**
Operations Manager, Customer Success| Zuora, Inc.
3050 S. Delaware St., Suite 301, San Mateo City, CA, 94403
Desk: 650.264.7051 | Mobile: 650.740.4619
Email: joel.buaron@zuora.com

--
**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636

--
## John Hackerson
Chief of Staff to the CEO | **www.zuora.com**
3050 S. Delaware St. Suite 301, San Mateo, CA 94403
(M) +1 (910) 545-2545

CONFIDENTIAL