# EXHIBIT 15

| | |
|---|---|
| **From:** | Ninni Sonberg [nsonberg@zuora.com] |
| **Sent:** | 1/24/2019 2:25:30 AM |
| **To:** | Marc Diouane [marc.diouane@zuora.com] |
| **CC:** | Karthik Ramamoorthy [karthik@zuora.com]; Robert Hildenbrand [robert.hildenbrand@zuora.com] |
| **BCC:** | ecomm@zuora.com |
| **Subject:** | Re: ▮▮▮▮▮ |

Hi Marc,
I'm happy to get this on the Ecomm agenda. What are do you want to accomplish in this conversation and who are the critical attendees for this session outside of Estaff, Robert and Karthik?

Robert and Karthik, we will use the originally scheduled Deploy time for this session, 12pm-1pm, PST.

Thanks,
Ninni

On Wed, Jan 23, 2019 at 4:39 PM Marc Diouane <marc.diouane@zuora.com> wrote:
To you all,

▮▮▮▮▮▮▮▮ management and project team has informed us about their decision to suspend the RevPRo project.
While they have been a very good customer with high will to support us, unfortunately they have reached the point where they cannot afford anymore to deal with this 1 year old ongoing deployment.

I'm extremely embarrassed about this situation and extremely concerned about the 12 on going deployment + 6 new deals.

I would like to have a session at our next Ecomm about this situation and want to hear from the engineering / GS / product organization.

Ninni - could you please schedule a 60 mins time slot for next Monday .

Thanks

Marc Diouane | President | Zuora.

--
**Ninni Sonberg**
Office of the CEO |**www.zuora.com**
3050 S. Delaware St. Suite 301, San Mateo, CA 94403
(M)+1 (650) 544 5866

CONFIDENTIAL
ZUO_00300588