# EXHIBIT 17

| From: | Karthik Ramamoorthy [karthik@zuora.com] |
|---|---|
| Sent: | 2/10/2019 12:17:54 AM |
| To: | Marc Diouane [marc.diouane@zuora.com] |
| CC: | Robert Hildenbrand [robert.hildenbrand@zuora.com] |
| Subject: | Fwd: ███ - Urgent |

Marc,

   Want to bring to your visibility the impact this(email chain below) will have to existing projects. While this has impact to bookings it also has direct impact to our GS revenue this quarter as the billable work on the engagements is reducing due to the blockers.

Let me know when we can connect briefly.

--
Thanks,
Karthik Ramamoorthy
VP Services
Cell: 510.331.4745 | karthik@zuora.com

Zuora is a Glassdoor Best Place to Work

---------- Forwarded message ---------
From: **Karthik Ramamoorthy** <karthik@zuora.com>
Date: Sat, Feb 9, 2019 at 3:58 PM
Subject: Re: ███ - Urgent
To: Calvin Kong <calvin.kong@zuora.com>, Brent Cromley <brent.cromley@zuora.com>
Cc: Jagan Reddy <jreddy@zuora.com>, Alvina Antar <alvina.antar@zuora.com>

Calvin,

  I understand the position, but this has broader ramifications.

Brent/Jagan,

 Can we discuss with Marc ahead of the ZKO either Sunday evening or Monday when we meet.

--
Thanks,
Karthik Ramamoorthy
VP Services
Cell: 510.331.4745 | karthik@zuora.com

Zuora is a Glassdoor Best Place to Work

On Sat, Feb 9, 2019 at 3:22 PM Calvin Kong <calvin.kong@zuora.com> wrote:
  Karthik,

ZUO_00116115

The problem is that we start to receive L3 tickets and escalations from customers such as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The engineering team will not be able to support that many customers when the product is not ready. If we don't focus on a small set of customers now, the consequence will be that we cannot deliver even for set 1 customers 3 months later.

Set 2 customers will run straight into the same issues we are working to resolve for set 1 customer anyway. So what is the point?

"I cannot see how we can not support customers like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ etc who have plans to go live in the next 3-4 months as they cause escalations daily as well." This is exactly what I am talking about. If we are dealing with the daily escalations from these guys, why not true up and tell them "sorry, 3 months later"? The other alternative will be that GS handles the escalation **without** engineering support, until 3 months later.

On Sat, Feb 9, 2019, 10:28 AM Karthik Ramamoorthy <karthik@zuora.com wrote:

Calvin,

We need to align on the Set 1 customers. As an example I cannot see how we can not support customers like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ etc who have plans to go live in the next 3-4 months as they cause escalations daily as well.

The only impact that can be immediately created is on the below point, this needs to be communicated sooner.

Any new deal that has an implementation start date that is within 3 month AND go-live date of earlier than November should probably be postponed.

--
Thanks,
Karthik Ramamoorthy
VP Services
Cell: 510.331.4745 | karthik@zuora.com

Zuora is a Glassdoor Best Place to Work

On Sat, Feb 9, 2019 at 6:07 AM Calvin Kong <calvin.kong@zuora.com> wrote:

I have sync'ed with Brent. He is onboard. Brent/Jagan will discuss the logistics of how to make it happen.

For the record, this is the plan:

The ask from engineering is that the Keystone team focuses on hand holding set 1 customers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and will pause support for any customers outside of these 5 for a 3-month period. The purpose is to concentrate resources on making sure we have first batch of successful go-live, instead of spread too thin and fail all of them. The implications are the following:

1.  Sales will have to slow down new deals. Any new deal that has an implementation start date that is within 3 month AND go-live date of earlier than November should probably be postponed.

2.  GS will have to manage expectations of the already signed customers, where all dates need to be pushed back 3 months, except set 1 customers.

I understand that everybody will take hits because of this. But such action is urgently needed. It is like a poor guy with credit card debit piling up. He needs to cut his instant gratification. Otherwise his financial collapses.

On Fri, Feb 8, 2019 at 6:27 PM Karthikeyan Ramamoorthy <kramamoorthy@zuora.com> wrote:
Hello Calvin,

Can you keep us updated after your conversation with Brent on the next steps on selling to ██. They are gearing towards implementation actively and also plan to spend a few millions with PWC doing it. We need to suggest the right next steps

Alvina is the exec sponsor from Zuora on this and she would like to know the next steps, so please keep this group updated over the weekend.

- Karthik

Confidential

ZUO_00116117