# EXHIBIT 18

| | |
|---|---|
| **From:** | Jagan Reddy [jreddy@zuora.com] |
| **Sent:** | 3/4/2019 7:37:21 PM |
| **To:** | Tom Krackeler [tom.krackeler@zuora.com] |
| **CC:** | Karthikeyan Ramamoorthy [karthik@zuora.com]; Angela Ngo [angela.ngo@zuora.com]; Peush Patel [peush.patel@zuora.com]; Sai PrasadMarri [smarri@zuora.com] |
| **Subject:** | Re: Escalation: Ongoing OM Validation Issues |

Yes we should... Probably next week...

On Mon, Mar 4, 2019 at 11:34 AM Tom Krackeler <tom.krackeler@zuora.com> wrote:
Do we want to do some sort of field session on the Keystone game plan, building on what we cover today?

I am not sure how much longer we can keep folks on the reservation....

---------- Forwarded message ---------
From: **Tom Krackeler** <tom.krackeler@zuora.com>
Date: Mon, Mar 4, 2019 at 11:33 AM
Subject: Re: Escalation: Ongoing OM Validation Issues
To: Jack Friel <jack.friel@zuora.com>
Cc: Mike Aaron <mike@zuora.com>, Karthikeyan Ramamoorthy <karthik@zuora.com>, Kevin McCabe <kemccabe@zuora.com>, Richard Terry-Lloyd <richard.terrylloyd@zuora.com>, Peush Patel <peush.patel@zuora.com>, Alex Sutty <alex.sutty@zuora.com>, Travis Huch <thuch@zuora.com>, Jagan Reddy Zuora <jreddy@zuora.com>, Calvin Kong <ykong@zuora.com>, Seema Misra <smisra@zuora.com>, Steve Brusca <steve.brusca@zuora.com>, Lee Mish Zuora <lee.mish@zuora.com>

We are covering this topic in ecomm today

Jagan is the point for the go-forward plan for a stabilized Keystone product architecture.  We will do a session with the right folks ASAP, once we have a settled plan and the customer (positive) impacts.  Understand that every day counts.

TK

On Mon, Mar 4, 2019 at 11:28 AM Jack Friel <jack.friel@zuora.com> wrote:
This is the #1 AOC for my business now on the East. Live Billing + Implementing RevPro customers.

- ▓▓▓▓▓▓ is not paying us until it is fixed. ~$900K invoices
- ▓▓▓▓▓▓▓▓ is "dangerously close to walking away"
- There are problems at ▓▓▓▓▓▓▓▓▓▓ that are well documented.
- ▓▓▓▓▓ is threatening to leave
- ▓▓▓▓ is coming next

We're going to get hit with one of them being a massive churn and potentially other negative market perceptions we will have to weather.

Tom, Karthik & Mike
I know your teams are doing everything they can but candidly I'm worried it may not be enough / too late. We need more transparency on what is happening internally. Apologies for my candor but my team takes the brunt of these issues, we are just getting hit daily with these escalations and it's hampering our ability to keep happy & expand our customers to hit the 120% net retention target.

Confidential                                                                                                    ZUO_00119402

@Tom Krackeler @Mike Aaron @Karthikeyan Ramamoorthy  Could you please let us know the plan, timeframe, and roadmap to refactor and release Order Metrics that works for customers? I would like to have one of you join our Account Management team call as the NA Account Management team is seeking an update.

Thanks
Jack

On Mon, Mar 4, 2019 at 1:59 PM Richard Terry-Lloyd <richard.terrylloyd@zuora.com> wrote:
This is not good

Richard Terry-Lloyd
619 726 8690

On Mar 4, 2019, at 10:50, Kevin McCabe <kemccabe@zuora.com> wrote:

Thanks Peush - adding in feedback from Connor Group - FYI. Connor Group is a partner who has PMO responsibilities and they are currently bootstrapping 606 work manually until the RevPro solution is up and running.

See notes regarding their latest meeting with ███████████ ████████████████████████ ███████

- **Order Metrics seems to be a black hole at the moment.**
- **Status call with ███████████████████████ and the update from ███████████ ████████████████ was not good.**
- **The general feel is that nothing on the RevPro side even matters at this point without Order Metrics and since Order Metrics doesn't seems to be going anywhere they are now exploring other options (for risk mitigation).**
- ***They are dangerously close to walking away altogether.***

-jon

Connor Group
Email: Jonathan.Kearl@ConnorGp.com
Cell: (650) 318-1180
Fax: (650) 396-8067

**Kevin McCabe** | Enterprise Account Executive | _____
508-930-3302| Linkedin

ZUO_00119403

On Mon, Mar 4, 2019 at 12:54 PM Peush Patel <peush.patel@zuora.com> wrote:
Hi Kevin - As I mentioned earlier, we're going to focus our discussion only on the Order Metrics Data Migration blocker in today's call.

Thanks,
Peush


On Mon, Mar 4, 2019 at 8:22 AM Kevin McCabe <kemccabe@zuora.com> wrote:
Hi Peush -

Just wanted to follow up here, to make sure you're all set for the ███████ **- Zuora call today at 3 PM PT/6 PM EST?**

What ████████ is looking for is very similar to what I ███████████ were looking for on Thursday's call with Irwin.  If we can give them a similar call experience to the ████████ call,  and deliver to the ███████████████████████████████ our plan for getting them live on Order Metrics/RevPro, then we will be in better shape.

**Kevin McCabe** | Enterprise Account Executive | _____
508-930-3302| Linkedin


On Wed, Feb 27, 2019 at 9:55 PM Kevin McCabe <kemccabe@zuora.com> wrote:
Great, thanks for the update Peush.  I agree with the next steps to focus the customer on removing hurdles around Order Metrics migration.  I would like to offer the customer at least an introductory call with you/Alex/Steve/Calvin for tomorrow.   I'll look for some openings on your calendar for tomorrow and  I'll ask ███████ what they have open, and will coordinate a call.

**Kevin McCabe** | Enterprise Account Executive | _____
508-930-3302| Linkedin


On Wed, Feb 27, 2019 at 5:58 PM Peush Patel <peush.patel@zuora.com> wrote:
Kevin,

Confidential

We'd an internal call with Alex, Steve, Calvin and other members from our Products and Engineering Team. We reviewed most of the issues listed by ███████ There are 3 categories of issues:
1. Order Metrics data migration
2. Keystone bugs
3. Keystone product gaps

We feel that it's best if we focus our next discussion with the Customer on #1. Here's why:

a. We want to help customer make meaningful progress during the course of the implementation, and the first step towards it is to remove the hurdles around the Order Metrics migration. One option that we're contemplating is limiting the historical data volume that gets converted. And for that, we need to have a conversation with the Customer.

b. Both Engineering and Product Teams need more time to assess the impact of the product gaps in particular. We've requested ██████ to provide more stats on the scope of ████████████████ how many and how often do they flip the term type, count of suspend & resume amendments etc. Once we get the stats, we'll need to brainstorm and come up with either productized solutions or some acceptable workarounds. We need time for that. Note that some of the product gaps are well documented.

So if we agree with this approach, then we can have the call with the customer tomorrow or early next week, which ever is convenient to the rest of the team.

Thanks,
Peush


Thanks,
Peush


On Wed, Feb 27, 2019 at 12:12 PM Peush Patel <peush.patel@zuora.com> wrote:
I'm trying to gather the engineers and collectively review the issues and gaps. I'll send you guys an update by the end of the day today.

On Wed, Feb 27, 2019 at 4:14 AM Kevin McCabe <kemccabe@zuora.com> wrote:
Thanks Peush.  I'd like to push for a call with ███████ by Thursday of this week, as the urgency with this customer is extremely high.  Please let me know if we can make this work on your schedule?  This customer has been under water with Order Metrics for months, and now with the changes in personnel, they are under the impression that this issue is a hot potato, again with no resolution in sight.   See email threads below from January that have additional historical detail.  @Steve Brusca - please feel free to add color here.  I understand that you have to go through the list, but please let us know how we can get you/Calvin in front of the customer as soon as possible.

Could we please push for a call with the customer **today or tomorrow/Thursday 2/28?**


**On Wed, Jan 23, 2019 at 10:49 AM Kevin McCabe <kemccabe@zuora.com> wrote:**

**Thanks Mike.  I just spoke to ███████████ and they are extremely agitated.  Their major complaint is that they don't see an end in sight to getting Order Metrics live, and they've been**

ZUO_00119405

trying since July to get Order Metrics live. **@Lei Jin** - please let me know if you're able to join up a call with the stakeholders ▓▓▓▓▓▓▓▓ Thursday or Friday this week. I'm also going to loop in Steve Brusca and Rajeev on this call, as it sounds like ▓▓▓▓▓▓ is blocked from going live with RevPro, because of the issues they have had with Order Metrics.

I'll look to set up an internal call before getting on the with the customer.

Here is the compiled ▓▓▓▓▓▓ **List of Order Metrics Issues**

### From January 21:

Wanted to get this escalation from ▓▓▓▓▓▓▓▓▓ in front of you. This is escalated with the ▓▓▓▓▓ ▓▓ on the email, so I'm looking to make you aware before Marco reaches out to you/RTL/Travis. $700K ACV customer, just bought Nine Edition/Billing and RevPro customer. We need to drive a response to each of these outstanding issues from ▓▓▓▓▓ related to Order Metrics/ testing in ECPE/Keystone RevPro.

*The primary issues are that we do not have conclusive answers to the following:*

1. *Is remigration of data possible for the suspended and resumed subscription in EPCE?*

2. *Will engineering/security team relax their rules and allow "/" in API call? If not, does Keystone use the same API?*

3. *How long does it take to turn OM on?*

Additionally, there were some action items from yesterday that we had commitment on to get updates by EOD, but we did not.

What can we expect on the above issues? We'd like to have confirmation of resolutions on each by EOD.

We are very appreciative of the added resources and attention to our validation process but feel that the call fell short of the objective which was to get concrete insight into how we can move toward resolutions for our open items.

**Kevin McCabe** | Enterprise Account Executive | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
508-930-3302| Linkedin

.

On Tue, Feb 26, 2019 at 6:40 PM Peush Patel <peush.patel@zuora.com> wrote:
Kevin, I've an internal call scheduled with engineering team for tomorrow. We'll need couple of days to go through the list.

On Tue, Feb 26, 2019 at 3:24 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Kevin

Confidential                                                                                              ZUO_00119406

Thank you.
Please let us know when we can expect to hear from product/engineering.

████████

**From:** Kevin McCabe <kemccabe@zuora.com>
**Date:** Tuesday, February 26, 2019 at 4:31 PM
████████████████████████████████████████████████████
████████████████████████████████

**Cc:** Steve Brusca <sbrusca.zteam@zuora.com>, Jack Friel <jack.friel@zuora.com>, Richard Terry-Lloyd <richard.terrylloyd@zuora.com>, Peush Patel <peush.patel@zuora.com>, Mike Aaron <mike@zuora.com>, Karthikeyan Ramamoorthy <karthik@zuora.com>
**Subject:** Re: Escalation: Ongoing OM Validation Issues

Hi ████████

Thank you for reaching out and looping our team in on this. We know that you and the ████████ team has been working closely with Zuora billing/RevPro and our engineering teams on these ongoing issues and we apologize that we have not been able to get you to a clear resolution.

RTL has reached out to the highest levels of our Zuora and RevPro product teams, so this has been escalated to the highest levels of Zuora. We've asked that our product and engineering leadership team members set up a call with you and ████████ to discuss the blocker issues and open items, and give you an update on where they see steps forward, and potential timeframes.

**Kevin McCabe** | Enterprise Account Executive |
508-930-3302| Linkedin

.

On Tue, Feb 26, 2019 at 2:52 PM ██████████████████
████████████████████████████████

Hi All,

We are still experiencing new and persistent issues in our OM validation process.

Confidential

I realize our teams have spent several hours testing/validating the expected behavior for OM but at this point we fully anticipated to see any new limitations/issues/unexpected results be tailing off, but this is not the case.

I know that these concerns have been escalated internally, however we have not gotten much insight into those discussions. Ideally, we would like to know timeframes for resolution on the open validation issues, and mitigation steps for our performance concerns.

Please let us know what is being done to help us get to a place where we can confidently migrate OM to our production environment and proceed with Keystone/Rev Pro implementation.

Thank you,

███████

--

**Jack Friel** | Regional Director |
o. 650-735-3708 | m. 408-854-0003 | e. jack.friel@zuora.com

--
**Tom Krackeler**
SVP, Products | Zuora
@tomkrackeler

--
**Tom Krackeler**
SVP, Products | Zuora
@tomkrackeler

Confidential                                                                    ZUO_00119408