# EXHIBIT 19

# Keystone Field Update

March 2019

CONFIDENTIAL

ZUO_00411288

# Field Communication Plans

FIELD COMMS READINESS DATE: 3/12

COMMS PLAN AFTER CROSSING DATE

1. Jagan will speak to all 7 customers currently implementing Keystone now/ASAP
2. We will speak with Account Owners of all 29 customers who've bought the joint solution

   We will communicate to all field this new plan on week of 3/18
3. Sales implication: let's put a hold on all cross-sells and joint deals

   until ___X___ date

CONFIDENTIAL

ZUO_00411289

# What is our plan for current implementing customers





CONFIDENTIAL

ZUO_00411290



CONFIDENTIAL

ZUO_00411291

# What has this meant for the field and customers

1.  GS must support data migration to Orders Metrics or upgrades to Orders
2.  Sometimes deals were stalled due to this prerequisite
3.  Corner cases required a lot engineering effort or custom solution by GS
4.  Delayed Go-Lives and customer pain

CONFIDENTIAL

ZUO_00411292



CONFIDENTIAL

ZUO_00411293

## CUSTOMER IMPACT COMPARISON

### BEFORE

- Required customers to adopt either Orders or Order Metrics in order to use RevPro
- Challenges migrating Order Metrics
- Edge cases didn't work
- Keep RevPro as is; Keystone hooks onto Orders and OM in Billing to make RevPro work

### AFTER

- Existing Billing customer won't need to change anything in their Zuora Billing instances
- RevPro will adapt to process data from Billing directly
- Use case coverage will be broader
- There will still be some edge cases, so all new customers still need to be vetted by Product
- Reduced implementation timelines from not requiring O/OM adoption and fewer issues

CONFIDENTIAL

ZUO_00411294

# What is our plan for new customers?

- Existing Billing customers who purchase RevPro will not get orders or OM, they will get RevPro with Keystone V2 using Amendments in Billing
- Existing RevPro customers who buy Billing will be implemented with amendments
- Net new customers who buy both will implement Billing with amendments* and RevPro with the new Keystone V2 (where RevPro will ingest Billing data)

❖ All customer acceptance will still require PM approval

❖ All new deals will kick off implementation after June 2019

CONFIDENTIAL

ZUO_00411295

# What changed to enable our new approach?

We're making 3 significant changes to enable the new approach

1. Simplify the Data Mappings
   Reduce the number of Revpro Transaction Types
   Leverage Charge and Charge Segment as unique identifiers

2. Enhance capabilities in both Billing & Revpro
   Enhance TCB & Discount Metrics at a Rate Plan Charge Level in Zuora Billing
   Enhance Data Model in Revpro with new Data Transformation & Processing Rules

3. Add Process constraint for joint Customers
   Volume Upsell Amendments "may" need to be modelled as a new Charge in a Zuora Subscription if such
   Amendments are treated as a separate Revenue Contract

Any new constraints either on Zuora Billing or Revpro?
Any significant feature capability that we are adding?
Are we asking them to reduce their flexibility on rev rec approach to more narrowly follow our recommendation?
why didn't you do it this way to begin with?
This enabled us to make this incredible breakthrough to a more elegant and simpler solution

CONFIDENTIAL

ZUO_00411296

# What is our plan for current implementing customers

1. Jagan will personally speak to all customer accounts currently implementing Keystone V1 to propose Keystone V2 and discuss go-live implications

2. GS will work with existing customers (who haven't started Keystone V1 implementations) to reset expectations for go-live timelines, factoring in Keystone V2 dependencies

CONFIDENTIAL
ZUO_00411297

# Keystone V2 Timeline

CONFIDENTIAL

ZUO_00411298



CONFIDENTIAL

ZUO_00411299

## Key Takeaways

1. We're taking away the friction for RevPro adoption

   Orders and Order Metrics are no longer prerequisites for implementing RevPrO

2. Keystone V2 will be adapted to enable new RevPro customers to use Billing without any changes

3. Any new implementation of Billing + RevPro will need to kick off June 2019 or later

4. Sales: continue to to sell cross-sell and joint deals; implementation timelines will be set at scoping

5. KEYSTONE V2 WILL BE A SUCCESS. IT HAS THE APPROVAL OF THE FUNCTIONAL ARCHITECTURE TEAM. THIS HAS E-COMM SUPPORT.

CONFIDENTIAL                                                                              ZUO_00411300

BACKUP SLIDES

CONFIDENTIAL

ZUO_00411301

## TECHNICAL APPROACH COMPARISON

### BEFORE

- Forced Zuora Billing to introduce a concept of **Order Item** that is not naturally supported in our existing Data Model

- Complex calculations to generate the Billings Breakdown by Order Items causing numerous errors and resulting in use case gaps

### AFTER

- New architecture is based on Subscription Billing Data Model using **Charge** and **Charge Segment** replacing **Order Item**

- Access to the Raw Billings Data provides flexibility to GS team in developing custom extensions to address any gaps

- Process changes in Zuora Billing to address one key unsupported use case

- Revpro Product Enhancements to support the new Data Flow

CONFIDENTIAL

ZUO_00411302



ZUO_00411303

## Order Item is <u>not</u> a natural dimension in Zuora Billing's Object Model today

- **Order Item** is a **forced dimension** in the Order Metrics today and there is a strong dependency on it for generating the relations (Order References).

- Both the TCB Amounts and Billed Amounts are required to be broken down by Order Item in upstream. And this introduces significant complexity with the Order References in the Billings Data.

**To simplify the problem, we're pivoting towards using the natural combination of the 'Charge' and 'Charge Segment' as a primary dimension for segregating the Bookings and Billings Data, which will allow us to use the RAW DATA from the Rate Plan Charge Object.**

CONFIDENTIAL

ZUO_00411304



ZUO_00411305