# EXHIBIT 20

**From:**     Tien Tzuo [tien.tzuo@zuora.com]
**Sent:**     3/30/2019 12:33:28 AM
**To:**       Marc Diouane [marc.diouane@zuora.com]
**Subject:**  Re: where are we on the quarter

assume you are touching the big deals and churns?

On Fri, Mar 29, 2019 at 5:26 PM Marc Diouane <marc.diouane@zuora.com> wrote:
Based upon this morning report :
Booking 14.5 to 16M with a big risk item ▬ AT 1.6M in our current forecast.
Without ▬ likely toward the end of range.
Upsell looking very light mainly due to a very low RevPro cross sell (intentionally slowing it down due to K2) and no more contracted ramp.

Churn: made progress and have a good visibility to land between 4.2 to 4.5M

Sent from my iPad

On Mar 29, 2019, at 5:15 PM, Tien Tzuo <tien.tzuo@zuora.com> wrote:

what has come in and how does it compare to a typical Q1 after two months

and what is the current forecast for the Q
M
thx6

CONFIDENTIAL                                                                                      ZUO_00270902