# EXHIBIT 21

# PQR 5/8 Meeting Notes

## RevPro

Lowlights:
- We will continue to cross-sell, however, cross selling is not successful as customers are aware that our integration is Beta, LA
- Why was new business so poor in Strat on the West?
  - AEs are leaving; new AEs need to be hired
  - Are we losing?
  - Is there competition?
- What is the root cause of NPS score being so poor?
  - Is it product quality?
  - Support tickets bouncing around
- Implementation Churn - Why is it ⅓ of go-lives?
  - Which customers, what reason

Driving Success:
- Weak pipe - Why? What is the reason?
  - Our messaging is not working well if there is no current project
  - Most of the pipe is still driven out of the A+ projects
  - Hypothesis is that our marketing isn't reaching all customers (no awareness that a tech solution exists to automate rev rec).
  - How can we enable field to sell both products together?
- Cross-sell
  - Which customers and when will we get referenceable customers on K2? ▮▮▮▮
    - Getting ZoZ on K2 will be a huge impact
- GS & Support
  - What is the health check process?
    - RevPro has a check to monitor any issues and provide the feedback to customers; to reduce the "black box" concept of RevPro.
    - Need to train our support teams on how to use this.

Product Adoption:
- Reconciliation Report - pulls data from RevPro sources
- Adoption of Shinkansen - the #1 adoption metric
  - # on Cloud vs. # on Prem
  - Difficult to get the # of customers that have already implemented

ZUO_00367778

Winter '20:
- Reporting
  - Merge this with the Analytics megastore or real-time reporting with Link
- What is the Shinkansen milestone?
- K2 needs to be added?

Engineering request:

How do we fix the performance?  What is the data around what is holding up the implementations?
- Need to identify where the bottlenecks are (reporting, loading, etc.)
- TechOps won't be able to solve the problems, but rather the functional teams may need to refactor to optimize the performance

# Platform

Highlights:
- Test Environments
  - Two factors that dictate how long it takes to refresh a PCE:  Size and error rate
  - Need talking points for the field to set the right expectations
- Link
  - What are the customers using Link for?  Are they really needing the real-time data?

Lowlights:
- NoAE
  - Building a whole new sub-system to create the traceability
  - Team underestimated the effort it would take
- ePCE
  - Revenue recognition implication for a Beta product was resolved to indicate that "treat as an upgrade product" for test environments.
  - Our response to finance:  "PCEs are exactly the same, but we are adding new functionality and they are getting an upgraded version"

Driving Success:
- Labs environment
  - We want x% of the field to have access to Labs
  - We need to message/position this environment properly - "developer community"
- Callum >> we need "level set" field communications on:
  - Test Env
  - Audit Trail
  - Notifications

ZUO_00367779

# Add On Products

Highlights:
- Workflow - Add this in!  This reduced a lot of the field friction.

Lowlights:
- Upsells missed, why?  We need to provide some context on what happened here.

PADRE:
- We need to add the 'targets'

Driving Success:
- Collect SOW template
  - Strongly advising a $5K starter package
  - Be crisp around whether we are requiring this

Product Adoption:
- Marketplace - customer adoption is more than # of customers we have in Zuora?
  - Might be a result of churn

Winter '20:
- How do we get to enterprise maturity?
  - Key use cases defined, and a roadmap on where we are going with it.
  - ███████████████ (we want to learn from these situations)
- How can we hit our Q2 number?
  - We need to form the hypothesis between Collect, Workflow, Marketplace.
  - Subscribed push on Workflow will help

# Analytics

Teams: (the following is more a conversation around ownership; doesn't need to be in the deck)
- Who is owning what?  Link, megastore, subscription metrics, etc.
  - **Subscription team (Orders) - Durga:** own producing the Booking Metrics
  - **Analytics team - Mangesh:** takes the data and puts it into the Megastore, and defines the metrics that can be calculated ; clarify business requirements on how customers consume and analyze the metrics

CONFIDENTIAL

- o **Other stuff:**
  - Link - Robert (real-time data query)
  - Bulk API - Mangesh (API against Megastore); anything that is delayed API data query
  - AqUA, DS Exports - Robert
- Product vs Engineering
  - o Functional Architecture team should help define the data model
  - o Business Requirements → Functional Design (Functional Architecture) → Technical Engineering

CONFIDENTIAL

ZUO_00367781

# PQR 5/9 Meeting Notes

**Comment [1]:** +mike@zuora.com  My notes from this morning's discussion. I highlighted the takeaways.
_Assigned to Mike Aaron_

## Billing

Clarifications:

- Separating Order Metrics from Analytics
  - How would we do this?
    - Stabilize Order and Order Metrics
    - Deploy new Orders on new Orders Data Model
    - Determine if Analytics can run using new data model and can we get "Net MRR" → The assumption is that the new Orders Data Model will get the Net MRR inclusive of Discounts
    - Subscription/Amend customers will also get this since Subscribe/Amend APIs will create an Order
  - Next steps:
    - Follow up meeting to determine how we can use Subscribe/Amend to support "Net MRR" metrics for our customers now.  Discuss how we do this and what resources can support this.
- Orders V1
  - Orders V1 customers can call Subscribe/Amend APIs
  - These customers will also be able to use the SF Orders Framework (managed package)
- CPQ
  - Follow up on the data of where to take the CPQ connector (converge into a single connector to support both SF and Zuora)

Lowlights:

- Product features (lack of it) is one factor for Q1
- Other factors: people had a hard time closing deals in Q1
- Feedback:
  - Can we get some metrics that can backup our product strategy (whether we go broader or deeper on our features)?
  - Do we invest in Platforform and go deeper in Billing? (rather than broader)
  - Upsells struggled also since there weren't many features to sell to.
  - Need to have the metrics that can be tied back to what we release.
- Concurrent API requests for 220 was not possible (it's in our KC)
  - ███████ used Stripe
- Next Steps:
  - Brent to follow up with Ravi on what he is doing for perf testing, and what he does with the data

CONFIDENTIAL

○   We would need to put together an overall program to focus on scale/performance.

CONFIDENTIAL

ZUO_00367783