# EXHIBIT 22

**From**: Marc Diouane [marc.diouane@zuora.com]
**Sent**: 2/8/2019 11:25:25 PM
**To**: Tyler Sloat [tyler.sloat@zuora.com]
**Subject**: FW: GS Revenue Plan for FY'20

Tyler

We should use this to push harder on the product/Engineering org.

The situation we are in is just unsustainable giving the product quality ….

**From:** Tyler Sloat <tyler.sloat@zuora.com>
**Sent:** Friday, February 8, 2019 3:14 PM
**To:** Parveen Nandal <parveen.nandal@zuora.com>
**Cc:** Robert Hildenbrand <robert.hildenbrand@zuora.com>; Marc Diouane <marc.diouane@zuora.com>
**Subject:** Re: GS Revenue Plan for FY'20

Robert ... we should also sit down on free hours.  Last I heard from Paolo this could have been as high as $10M this past year.  This cant continue.  If it did, we could potentially have significant revenue carve outs that would not only decrease our subscription revenue, which would be highly detrimental, but also put us in a situation where all of our guidance would be flawed since we would have to be adjusting the go-forward after the fact.

On Fri, Feb 8, 2019 at 11:15 AM Parveen Nandal <parveen.nandal@zuora.com> wrote:

A quick update on this.
We have revised the GS FY'20 Plan with $3M incremental revenues, mostly in 2H'20. Total revenues for FY'20 is now ██████████████████████ This revenue is mostly from farming the customers ($2M from Billing and $1M from RevPro).
Robert, let me know if there is any other color, particularly around risk etc. on hitting the Plan.

Parveen

On Tue, Feb 5, 2019 at 3:00 PM Robert Hildenbrand <robert.hildenbrand@zuora.com> wrote:

Parveen / Tyler –

I covered this with Marc today and we agreed to add $3M of incremental revenue in Q3 / Q4, recognizing that this will reduce margin in Q2.  Mary and Tuyen will model this right away and I'll advise back Wednesday with a summary of the revenue plan.

On Mon, Feb 4, 2019 at 4:57 PM Robert Hildenbrand <robert.hildenbrand@zuora.com> wrote:

If we did that, it would come in the 2nd half of the year.  The reason is because we'd need to hire, train, ramp the consultants to generate that additional revenue.  Given the margin pressure in Q1, we'd hire in Q2 (negative margin impact for Q2) and see the revenue benefit in Q3 & Q4.

CONFIDENTIAL

Risk would be manageable, since I can farm in Q1 and Q2 to further build backlog.  We'd also require that sales hit the new logo numbers in Q2 and Q3.  The primary risk would be the market impact of reducing GS margin in Q2 to accomodate the hiring / training.

The alternative approach would be to creep up rate per hour in Q1/Q2, allowing for higher rates (thus pure margin) in 2H.  That would be a *much* riskier approach.

On Mon, Feb 4, 2019 at 4:51 PM Parveen Nandal <parveen.nandal@zuora.com> wrote:

> Robert, if we were to add another $3-4M of revenues to the Plan, how would we do that? We went thru the model in detail. What would we tweak to get the extra $3-4M of revenues.
>
> Secondly, what would be the risk associated with that - the reason I ask is that, for us to incorporate into the guidance, we would need to have a high degree of confidence on that revenue stream.
>
> Parveen

On Mon, Feb 4, 2019 at 1:24 PM Marc Diouane <marc.diouane@zuora.com> wrote:

> Parveen
> I thought that you guys didn't want it ....
> I did review the plan and feel ok to add 3 to 4 M into the GS plan if needed ...
>
> Marc Diouane | President | Zuora.
>
> > On Feb 4, 2019, at 1:19 PM, Parveen Nandal <parveen.nandal@zuora.com> wrote:
> >
> > Marc, Tyler -
> >
> > We have been working with the GS team on the Plan for FY'20.
> > Overall revenues for the year are at ██████████████████, which is the same as what we discussed in our call couple of weeks ago (with Tien) on guidance for the year. During the call we had talked about finding another $3-4M in GS revenues that potentially takes our overall revenue guidance higher. However, there was no change in the revenue Plan of ██████ and therefore proposed guidance.
> > Just wanted to make sure we are aligned on this.
> >
> > Let me know if we need to revisit.
> >
> > Thanks,
> >
> > Parveen

--
Robert L. Hildenbrand

CONFIDENTIAL

SVP, Global Services

Zuora

680 Folsom St, 3rd Floor, San Francisco, CA 94107

www.zuora.com

--

**Tyler Sloat** | CFO | Zuora, Inc.
3050 S. Delaware St., Suite 301 | San Mateo, CA 94403
t. 650-241-0636

CONFIDENTIAL

ZUO_00265452