# EXHIBIT 24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASEY ROBERTS, Individually )
and on Behalf of All Others )
Similarly Situated,                   )
                                      )
                                      )
          Plaintiff,         ) Case No.: 3:19-cv-03422-SI
                                      )
     v.                      )
                                      )
ZUORA, INC., TIEN TZUO, and )
TYLER SLOAT,                 )
                                      )
          Defendants.        )
_____)

DEPOSITION OF:

CHARLES R. LUNDELIUS

WEDNESDAY, OCTOBER 19, 2022

11:34 A.M. (EDT)

Reported by:   GINA M. CLOUD

CSR No. 6315

Page 1

more experienced Zuora sales representatives, can you?

A. I'm sorry, you're saying -- could you repeat the question?

Q. Did you do any analysis of Zuora sales representatives productivity?    09:24:38

A. No.

Q. So you cannot say as a factual matter, that newer Zuora sales representatives were just as effective as more experienced Zuora sales representatives, correct?    09:24:52

A. I cannot.

Q. And it could be true that new sales representatives at Zuora were less than half as productive as the more experienced Zuora sales representatives, right?    09:25:01

A. Could be.

Q. And you've not undertaken any investigation to determine whether, in fact, new sales representatives were less than half as productive as the more experienced Zuora sales representatives, right?    09:25:13

A. That's right.

Q. And it could be true that to the extent that new Zuora sales representatives were less productive    09:25:24

Page 34

than more experienced Zuora sales representatives that at least part of the reason for the relative lack of productivity was unrelated to Keystone integration issues, right?

A. I don't have an opinion on that one way or the other. I think the sales -- the sales force, as a sales force, was obviously an issue that they identified as a headwind, but the product integration issue is what I found was impacting both Billing as well as RevPro revenues when I looked at both the statements that were made as well as other information that I have in my report, for instance I looked at the head count that's in the capacity models and the changes to head count and I found there that the Billing head count was being reduced, as well as RevPro head count.    09:25:44    09:26:18    09:26:36

Well if you've got inexperienced salespeople that don't know why you've put a pause on hiring, which is why the head count is going down. And so to me yes, certainly this statement could very well be true that Mr. Tzuo says newer reps are less than half as productive as more experienced reps, but that particular issue in terms of impacting the guidance doesn't seem to be all that significant.    09:26:57

Q. Fair enough. My point is simply that you    09:27:20

Page 35

can't say every single aspect of the new sales representatives relative lack of productivity was due to the Keystone integrations, correct?

A. If you're talking about sales representatives productivity, that may be the case. I certainly can't say that their productivity necessarily was or was not -- whatever productivity was, it is what it was, but the point is what actually impacts the guidance is the separate issue.    09:27:39

Q. But it's possible that newer sales representatives were just simply not as effective at their jobs compared to more experienced sales representatives, regardless of what was happening with Keystone, right?    09:28:03

A. That could very well be the case, yes.    09:28:13

Q. In Paragraph 11 of your report you state that the documents you've reviewed in reaching your opinions which are cited through this report included in Appendix B are consistent with the assumptions that you've been asked to make. And I didn't read that verbatim, but I think this is what we were talking about before is that you said you look at stuff that's consistent with your opinion -- your assumption, right?    09:28:30

A. Yes.    09:28:41

Page 36

Q. And footnote 19, which you directed me to earlier, that cites to two specific documents, and the first one is the fiscal year 2020, 10-K?

A. Yes.

Q. Do you know when the fiscal year 2020, 10-K was issued?    09:28:57

A. After fiscal year 2020. I don't know if they were an accelerated file at the time, but some time after FY 2020 ended.

Q. So the document in footnote document that the fiscal year 2020, 10-K, that was issued some point after May 31, 2019, correct?    09:29:11

MR. GILMORE: Object to form.

THE WITNESS: Yes.

BY MR. CASAMASSIMA:    09:29:24

Q. That's after the class period in this case, right?

A. Yes, but it covers the class period.

Q. Do you know the document was from outside the class period when you cited it in your report?    09:29:36

A. Yes.

Q. In any event you quote the statement from the 10-K that says: "Our future revenue growth also depends on expanding sales and renewals of subscriptions to our solution with existing    09:29:53

Page 37

10 (Pages 34 - 37)

A. The class period, okay. Well, the issues that I was asked to look at during the class period was the guidance that Mr. Dages looks at and so to the extent that RevPro integration issues impact that guidance, that's what I was asked to look at. 09:35:58

Q. Do you still think it would be reasonable to assume that all the sales execution issues referred to in the May 30 earnings column were related to Keystone integration, if only 1 percent of Zuora's sales were of RevPro? 09:36:15

A. Yes, because you're equating some actual sales to where we actually have -- well we know there is an integration issue. And so if RevPro sales are low, actual historical RevPro sales are low, we know why. It's because there was an integration problem 09:36:37 and it was not as successful, nearly as successful as what management hoped it would be.

Q. You don't know that through your own work, do you?

A. I know that RevPro was acquired with the 09:36:53 understanding that it would be across sold to the Billing's customers initially and then used as a catalyst to go forward from there, so yes, that's in the strategic plans, it's in the minutes. So yes, I know that. 09:37:15

Page 42

THE REPORTER: Before you go on, a point of clarification, is Billings a product or are you talking about like billings? I want to be clear on that.

MR. CASAMASSIMA: Billings with a capital "B" is a product, and RevPro, like you said, capital "R" and capital "P."

THE REPORTER: So Billings is a product.

BY MR. CASAMASSIMA:

Q. You've done no analysis to assess the impact 09:37:40 of product integration delay on the overall sales of RevPro, correct?

A. No. I have done analysis, particularly with regard to the head count issue. The head count in the past model, yes. That all ties into professional 09:38:02 services sales.

Q. But you haven't done -- you haven't developed any sort of a model that would calculate the correlation between integration delay and RevPro sales, right? 09:38:18

A. A model that calculates the integration -- I'm sorry, what were you asking in terms of a model?

Q. You don't have a model that would calculate the impact on RevPro sales from any purported integration delay, right? 09:38:39

Page 43

A. I was not asked to prepare that type of model. So no, I don't have a model that calculates that. I just saw what Mr. Dages attempted.

Q. You've looked at some Zuora documents in the Dages report and you can make some inferences from 09:39:03 that about RevPro sales as it relates to integration, but you haven't done any actual work that would calculate the correlation between integration and the RevPro sales, right?

A. I guess I'm confused as to what you mean by 09:39:21 correlation. Correlation is a statistical concept. Are you asking if I've run a statistical calculation that correlates some type of a metric for integration issues with RevPro?

Q. That's exactly what I'm asking, yes. 09:39:38

A. I don't even know if that can be done, but no, I have not.

Q. Let's look at the other documents that you cited in footnote 19.

MR. CASAMASSIMA: Let's call that 09:39:56 Exhibit 47, if you want to put that up, Noah.

(The document referred to was marked as Exhibit 47 for identification and is attached hereto.)

MR. GUINEY: That should be in your folder 09:40:09

Page 44

now.

MR. CASAMASSIMA: We'll go a few more minutes and then we'll take a morning break.

THE WITNESS: I'm at footnote 19.

BY MR. CASAMASSIMA: 09:40:28

Q. What's been labeled Exhibit 47, it's Bates numbers ZUO_00001166-1192 and I'm focusing your attention at pages 176-177. That's where your quote is in footnote 19 of your report, right -- let me ask a better question. 09:40:59

You quote Exhibit 47 at pages 176-177 in the last sentence of your footnote 19, correct?

A. I think so. The last sentence of footnote 19?

Q. Let me do it this way. Footnote 19 reads, 09:41:35 first sentence, it says page 8 of your report: "The documents I've reviewed in reaching my opinions, which are cited throughout this report and include Appendix B, are consistent with your assumption."

Do you see that? 09:41:51

A. Yes.

Q. And the last cite, you cite two documents, the second of which is ZUO_00001166-192 at 176-177.

Do you see that?

A. I do. 09:42:09

Page 45

12 (Pages 42 - 45)

Veritext Legal Solutions
866 299-5127



Q. And then there is a paren after your cite ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Do you see that?

A. I do.                    09:42:48

Q. And you state -- you also said this is one of the relevant documents that Mr. Dages relied on later in your report, you point that out as well, right?

A. I believe so, yes.            09:42:59

Q. Let's look at the fourth bullet on page 12 of Exhibit 47.

MR. CASAMASSIMA: Noah, can you screen share, maybe that makes it easier.

MR. GUINEY: Sure, one second. It seems    09:43:25 that I don't have access to the screen share function.

Is it possible to have that set up for me?

Great, thank you so much.

BY MR. CASAMASSIMA:            09:44:14

Page 46

Q. Let's go to page 12, fourth bullet. That's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

09:44:34

Do you see that?

A. I do.

Q. Now let's look at the first bullet. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Do you see that?

A. I do.

Q. Does that bullet in any way concern Keystone integration?            09:44:56

MR. GILMORE: Object to form.

THE WITNESS: It's difficult to tell. It could well be that it depends on the Keystone integration problems they've had. They made other changes so I don't have an opinion on that one way or    09:45:14 the other.

BY MR. CASAMASSIMA: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

09:45:26

Page 47

Do you see that?

A. Yes.

Q. Do you know what that NoAM is?

A. I think it's -- well no, I don't know exactly what NoAM is. I do know what the install    09:45:37 team is or at least the references to install teams, but no, not on that.

Q. The second bullet doesn't relate to Keystone integration as well?

MR. GILMORE: Object to form.        09:45:59

THE WITNESS: Yeah. I don't have an opinion on that one way or the other.

BY MR. CASAMASSIMA: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Do you see that?                09:46:22

A. I do.

Q. Even though that bullet, even though it mentions RevPro, doesn't specifically talk about the integration either, does it?

A. It doesn't specifically say it, but again, I    09:46:30

Page 48

don't know which of these changes were made because of the integration issues.

Q. I mean, did you review any documents that established that all the sales execution issues that the company experienced in Q1 2020 were caused by the    09:46:45 integration?

A. What I did see is that whenever the integration issues were talked about, they had prominence throughout all of the -- all of these agenda meetings. In other words, if you went through    09:47:05 the board agendas and looked at the discussions in each and every one of these areas as you start with the executive summary and work your way down through the sub points, almost every one of these leads with or at least talks about the Keystone integration    09:47:25 issue.

So this is something that flows through the entire agenda. It is, I think very clear that this was certainly top of mind and it certainly was an issue that had significant widespread impact.        09:47:45

Are there other areas or other things that the management is doing to address these -- first of all, the Keystone related issues and then secondly trying to address the non Keystone related issues. So yes that is the case, but in terms of the        09:48:10

Page 49

13 (Pages 46 - 49)

importance of Keystone integration, it's very clear, just starting with these -- looking at these documents that the agendas for the Board meetings that you see a significant emphasis on Keystone integration. 09:48:30

Q. Fair enough, but to be clear, you're not expressing an opinion that all 100 percent of the sales execution issues that the company experienced in Q1 2020 were caused by the Keystone integration sheet, correct? 09:48:47

MR. GILMORE: Object to form.

THE WITNESS: The findings that you have is simply that the assumption I was asked to make was reasonable. That's the assumption with regard to the sales execution issues were a result of product 09:49:01 integration.

BY MR. CASAMASSIMA:

Q. Right. So to be clear, you were not expressing an opinion that 100 percent of the sales execution issues that the company experienced in 09:49:16 Q1 2020 were caused by the integration issues, correct?

A. I'm not expressing an opinion on that.

Q. If in fact some portion of the Zuora stock price declined on May 31, 2019, was in fact, due to 09:49:31

Page 50

factors other than the Keystone integration issue, then it would not be accurate to attribute the entire stock price decline to the Keystone integration, right?

MR. GILMORE: Object to form. 09:49:48

THE WITNESS: I haven't been asked to analyze that so I can't give you an answer one way or another.

BY MR. CASAMASSIMA:

Q. So you can't agree with me that if in fact 09:49:57 part of the Zuora stock price decline was due to completely unrelated factors, that it would be inappropriate to attribute all the price decline to the Keystone integration?

MR. GILMORE: Object to form. 09:50:11

THE WITNESS: That's getting into areas of damage analysis that I have not looked at or been asked to review.

BY MR. CASAMASSIMA:

Q. Right, but I'm asking you a hypothetical 09:50:28 question. As an expert I can do that.

If you did assume that some portion of the Zuora stock price decline on May 31, 2019 was due to factors other than the Keystone integration issue, then it would be inaccurate to attribute the entire 09:50:44

Page 51

stock price decline to the Keystone integration, right? 09:50:57

MR. GILMORE: Object to form.

THE WITNESS: Again, it may or may not be, but I would think there are a lot of other issues 09:50:57 that weigh in on that, including materiality, which is implicit perhaps in your question as well.

So again, I can't give you an answer without knowing more about the materiality of these issues.

BY MR. CASAMASSIMA: 09:51:19

Q. I don't think it's that controversial of a question. If a stock price decline is due to two independent factors, I'm asking to assume there are independent factors, then you can't attribute all of the stock price decline to just one of those factors, 09:51:32 right?

MR. GILMORE: Object to form.

THE WITNESS: It's a factor of both materiality and what was known to the market and what was available and the information available to the 09:51:50 market. Those are elements that factor in and I can't give you an answer offhand as to whether or not that has an impact on damages, because you need to fill out the picture a whole lot.

BY MR. CASAMASSIMA: 09:52:15

Page 52

Q. I've asked you to assume that there were two independent factors that led to a stock price decline. So my question is simply based on that assumption, if there were two independent factors that led to the stock price decline, would it be fair 09:52:30 to attribute all the stock price decline to just one of those factors?

MR. GILMORE: Object to form.

THE WITNESS: Again, it could be, depending upon how material they are, what the market knew or 09:52:45 how the market interpreted those factors. So that's as far as I can go in answering your question.

THE REPORTER: Chris, I could use that break.

MR. CASAMASSIMA: Let's do it. 09:53:03

THE VIDEOGRAPHER: Going off the record. The time is 12:53 p.m.

(Recess taken.)

THE VIDEOGRAPHER: Back on the record. The time is 1:15 p.m. 10:15:01

BY MR. CASAMASSIMA:

Q. Let's go back to our report, in particular Appendix A of your report which is your prior -- let's see what you called it. Your prior engagements. 10:15:26

Page 53

14 (Pages 50 - 53)