SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILLIAM BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002

JEREMY T. ADLER (admitted *pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417

MELINDA HAAG (SBN 132612)
ROBIN LINSENMAYER (SBN 244656)
ERIKA K. HOGLUND (SBN 327781)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com
rlinsenmayer@paulweiss.com
ehoglund@paulweiss.com

KAREN L. DUNN (admitted *Pro Hac Vice*)
JUSTIN ANDERSON (admitted *Pro Hac Vice*)
JESSICA E. PHILLIPS (*Pro Hac Vice* forthcoming)
JAKE E. STRUEBING (*Pro Hac Vice* forthcoming)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com
jphillips@paulweiss.com
jstruebing@paulweiss.com

AUDRA J. SOLOWAY (admitted *Pro Hac Vice*)
JONATHAN HURWITZ (admitted *Pro Hac Vice*)
JASON A. DRISCOLL (*Pro Hac Vice* forthcoming)
BENJAMIN W. PEROTIN (*Pro Hac Vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 6th Ave.
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com
jdriscoll@paulweiss.com
bperotin@paulweiss.com

*Attorneys for Defendants Zuora, Inc.,
Tien Tzuo, and Tyler Sloat*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' STATEMENT IN SUPPORT OF LEAD PLAINTIFF'S ADMINSITRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Defendants Zuora, Inc. ("Zuora"), Tien Tzuo, and Tyler Sloat (collectively, "Defendants") filed a Statement in Support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 217).  Defendants have narrowly tailored their sealing requests and established that the Court should seal only the following documents which reflect Zuora's competitively sensitive information:

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Lead Plaintiffs' Opposition to Motion for Summary Judgment (identified portions).<br><br>Table of Contents, Subheadings E and G<br>Page 5, Lines 18-19, 22<br>Page 6, Lines 4, 11, 14-15, 17-18, 24, 26, 28<br>Page 7, Lines 2-7, 11, 17-18, 22, 23, 24, 26<br>Page 8, Lines 3, 5-8, 10-12, 14-28<br>Page 9, Lines 1, 3, 8-9, 14, 24<br>Page 10, Lines 5, 8, 10-16, 18-20<br>Page 11, Lines 5-8<br>Page 15, Line 23<br>Page 19, Lines 14, 16, 18-19, 26-27<br>Page 20, Lines 10-13, 15-19, 27-28 (n. 5)<br>Page 21, Lines 3-4, 20-22, 24<br>Page 22, Lines 4, 6, 12-16, 18-19, 24<br>Page 23, Lines 1, 9, 11 | Bamiduro Decl. ¶¶ 6, 7, 8, 9 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 4 to Berman Decl., excerpt from ZUO_V_000039 with a timestamp of 1:31:54 to 1:36:42.<br><br>Entire Video | Bamiduro Decl. ¶¶ 6, 7, 8 | |
| Exhibit 5 to Berman Decl., excerpt from ZUO_V_000039 with a timestamp of 2:21:31 to 2:23:03.<br><br>Entire Video | Bamiduro Decl. ¶¶ 6, 8 | |
| Exhibit 8 to the Berman Decl., ZUO_00249589 through ZUO_00249591.<br><br>Page -00249590 (identified portion)<br>Page -00249591 (identified portions) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 9 to the Berman Decl., ZUO_00003940 through ZUO_00003942.<br><br>Page -00003940 (identified portion)<br>Page -00003941 (identified portion) | Bamiduro Decl. ¶¶ 6, 8 | |
| Exhibit 10 to the Berman Decl., ZUO_00024538 through ZUO_00024573.<br><br>Page -00024571 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 11 to Berman Decl., ZUO_00119066 through ZUO_00119067.<br><br>Page -00119066 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 12 to Berman Decl., ZUO_00100347.<br><br>Page -00100347 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 13 to Berman Decl., ZUO_00006603 through ZUO_00006606.<br><br>Page -00006603 (identified portion)<br>Page -00006604 (identified portion)<br>Page -00006605 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 15 to Berman Decl., ZUO_00016479 through ZUO_00016484.<br><br>Page -00016479 (identified portion)<br>Page -00016480 (identified portion)<br>Page -00016481 (identified portion)<br>Page -00016482 (identified portion)<br>Page -00016483 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 16 to Berman Decl., ZUO_00014512 through ZUO_00014514.<br><br>Page -00014512 (identified portion)<br>Page -00014513 (identified portion)<br>Page -00014514 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 18 to Berman Decl., ZUO_00197981 through ZUO_00197984.<br><br>Page -00197981 (identified portion)<br>Page -00197982 (identified portion)<br>Page -00197983 (identified portion)<br>Page -00197984 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 19 to Berman Decl., ZUO_00255414 through ZUO_00255416.<br><br>Page -00255414 (identified portion)<br>Page -00255415 (identified portion)<br>Page -00255416 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 20 to Berman Decl., ZUO_00028426.<br><br>Page -00028426 (indicated portions) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 21 to Berman Decl., ZUO_00103182 through ZUO_00103183.<br><br>Page -00103182 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 22 to Berman Decl., ZUO_00028744 through ZUO_00028748.<br><br>Page -00028744 (identified portion)<br>Page -00028745 (identified portion)<br>Page -00028746 (identified portion)<br>Page -00028747 (identified portion)<br>Page -00028748 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 23 to Berman Decl., ZUO_00003083 through ZUO_00003092.<br><br>Page -00003083 (identified portion)<br>Page -00003084 (identified portions)<br>Page -00003085 (identified portions)<br>Page -00003086 (identified portions)<br>Page -00003087 (identified portions)<br>Page -00003088 (identified portions)<br>Page -00003089 (identified portions)<br>Page -00003090 (identified portions)<br>Page -00003091(identified portions) | Bamiduro Decl. ¶¶ 6, 7, 9 | |
| Exhibit 24 to Berman Decl., ZUO_00300588.<br><br>Page -00300588 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 25 to Berman Decl., ZUO_00175506 through ZUO_00175508.<br><br>Page -00175506 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 26 to Berman Decl., excerpt from ZUO_V_000039 with a timestamp of 1:38:15 to 1:40:33.<br><br>Entire video | Bamiduro Decl. ¶¶ 6, 7, 8 | |
| Exhibit 27 to Berman Decl., excerpt from ZUO_V_000039 with a timestamp of 2:12:40 to 2:14:35.<br><br>Entire video | Bamiduro Decl. ¶¶ 6, 7, 8 | |
| Exhibit 28 to Berman Decl., ZUO_00116115 through ZUO_00116117.<br><br>Page -00116115 (identified portion)<br>Page -00116116 (identified portion)<br>Page -00116117 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 29 to Berman Decl., ZUO_00000906 through ZUO_00000933.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 7, 8, 9 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 31 to Berman Decl., ZUO_00119402 through ZUO_00119408.<br><br>Page -00119402 (identified portion)<br>Page -00119403 (identified portion)<br>Page -00119404 (identified portion)<br>Page -00119405 (identified portion)<br>Page -00119406 (identified portion)<br>Page -00119407 (identified portion)<br>Page -00119408 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 32 to Berman Decl., ZUO_00411288 through ZUO_00411305.<br><br>Page -00411290  (identified portion) | Bamiduro Decl. ¶¶ 6, 7, 8 | |
| Exhibit 33 to Berman Decl., ZUO_00270902.<br><br>Page -00270902 (identified portion) | Bamiduro Decl. ¶¶ 6, 7 | |
| Exhibit 34 to Berman Decl., ZUO_00329758 through ZUO_00329837.<br><br>Entire Document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 35 to Berman Decl., ZUO_00329659 through ZUO_00329670.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 37 to Berman Decl., ZUO_00004218 through ZUO_00004222.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 38 to Berman Decl., excerpts of ZUO_00403093 through ZUO_00403195.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 39 to Berman Decl., ZUO_00367778 through ZUO_00367783.<br><br>Page -00367778 (identified portions)<br>Page -00367780 (identified portions) | Bamiduro Decl. ¶¶ 6, 7 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 40 to Berman Decl., ZUO_00001166 through ZUO_00001192.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 44 to Berman Decl., ZUO_00123831 through ZUO_00123838.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 45 to Berman Decl., excerpt from ZUO_V_000036 with a timestamp of 00:36:35 to 00:37:47.<br><br>Entire video | Bamiduro Decl. ¶¶ 6, 8, 9 | |
| Exhibit 46 to Berman Decl., ZUO_00027511 through ZUO_00027547.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 9 | |
| Exhibit 47 to Berman Decl., ZUO_00329160 through ZUO_00329161.<br><br>Entire document | Bamiduro Decl. ¶¶ 6, 9 | |
| Exhibit 49 to the Berman Decl., ZUO_00265450 through ZUO_00265452.<br><br>Page -00265450 (identified portions)<br>Page -00265451 (identified portions) | Bamiduro Decl. ¶¶ 6, 9 | |
| Exhibit 54 to Berman Decl., Expert Report of Charles R. Lundelius, Jr.<br><br>Page 8, n. 19 (identified portion)<br>Page 13, n. 42 (identified portion)<br>Page 14, ¶ 20 and n. 43 (identified portion)<br>Page 15, ¶ 22 (identified portion)<br>Page 25, ¶ 34 (identified portion)<br>Pages 26-27, ¶ 34 (identified portion)<br>Page 27, n. 89 and n. 91 (identified portion)<br>Pages 27-28, ¶ 36 (identified portion)<br>Pages 28-29, ¶ 37 (identified portion) | Bamiduro Decl. ¶¶ 6, 8, 9 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 55 to Berman Decl., excerpts from the deposition transcript of Charles R. Lundelius taken October 19, 2022.<br><br>Page 46, Lines 2-8<br>Page 47, Lines 2-5<br>Page 47, Lines 9-11<br>Page 47, Lines 23-25<br>Page 48, Lines 14-19 | Bamiduro Decl. ¶¶ 6, 8, 9 | |

IT IS SO ORDERED.

Dated: _____, 2023

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge