# EXHIBIT 2
# (This Document Filed Under Seal)