Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated, | No. 3:19-cv-03422-SI |
| Plaintiff, | CLASS ACTION |
| v. | **LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN DAVIDOFF SOLOMON** |
| ZUORA, INC., TIEN TZUO, and TYLER SLOAT, | |
| Defendants. | Judge:  Hon. Susan Illston |
| | Hearing Date:  March 3, 2023 |
| | Hearing Time:  10:00 a.m. |
| | Dept:  Courtroom 1, 17th Floor |

**[FILED UNDER SEAL]**

LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE
EXPERT TESTIMONY OF STEVEN DAVIDOFF SOLOMON                    No. 3:19-cv-03422-SI