Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF JEFFREY L. HAGINS**<br><br>Judge:        Hon. Susan Illston<br>Hearing Date:   March 3, 2023<br>Hearing Time:   10:00 a.m.<br>Dept:         Courtroom 1, 17th Floor |

**DECLARATION OF STEVE W. BERMAN**

I, Steve W. Berman, declare as follows:

1.    I am the Managing Partner of Hagens Berman Sobol Shapiro LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice pro hac vice before this Court. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2.    I submit this declaration in support of Lead Plaintiff's Reply in Support of Motion to Exclude Expert Testimony of Jeffrey L. Hagins.

3.    Attached as **Exhibit 1** is a true and correct copy of an excerpt of a June 2018 Zuora PowerPoint titled "Keystone Overview for Revpro GS." This document was produced as part of this litigation and is Bates-numbered ZUO_00336645 through ZUO_00336677. [FILED UNDER SEAL]

4.    Attached as **Exhibit 2** is a true and correct copy of an excerpt of a September 2018 Zuora PowerPoint titled RevPro. This document was produced as part of this litigation and is Bates-numbered ZUO_00422115 through ZUO_00422170. [FILED UNDER SEAL]

5.    Attached as **Exhibit 3** is a true and correct copy of an excerpt of a March 2018 Zuora PowerPoint titled "Keystone Update for Ecomm." This document was produced as part of this litigation and is Bates-numbered ZUO_00341132 through ZUO_00341154. [FILED UNDER SEAL]

6.    Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Jeffrey L. Hagins, taken October 10, 2022. [FILED UNDER SEAL]

7.    Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Brent Reed Cromley, Jr. taken April 29, 2022. [FILED UNDER SEAL]

8.    Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Karthik Ramamoorthy taken . [FILED UNDER SEAL]

//

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 17, 2023                          /s/ Steve W. Berman
at Seattle, Washington                            STEVE W. BERMAN