Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>                                  Plaintiff,<br><br>      v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                              Defendants. | No. 3:19-cv-03422-SI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF KEVIN DAGES**<br><br>Judge:        Hon. Susan Illston<br>Hearing Date:  March 3, 2023<br>Hearing Time:  10:00 a.m.<br>Dept:         Courtroom 1, 17th Floor |

## DECLARATION OF STEVE W. BERMAN

I, Steve W. Berman, declare as follows:

1.     I am the Managing Partner of Hagens Berman Sobol Shapiro LLP, which represents the Court-appointed Lead Plaintiff New Zealand Methodist Trust Association in this action and which this Court appointed as Lead Counsel by Order dated September 9, 2019. ECF No. 55. I am licensed to practice law in Illinois and Washington, and I am admitted to practice pro hac vice before this Court. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2.     I submit this declaration in support of Lead Plaintiff's Reply in Support of Motion to Exclude Expert Testimony of Kevin Dages.

3.     Attached as **Exhibit 1** is a true and correct copy of a printout of the LinkedIn webpage of Rachel Noel (last visited Feb. 17, 2023).

4.     Attached as **Exhibit 2** is a true and correct copy of Defendants' Initial Disclosures dated July 20, 2020. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 17, 2023                    */s/ Steve W. Berman*
at Seattle, Washington                       STEVE W. BERMAN