# EXHIBIT 1

 



## Rachel Noel · 3rd

Director, Revenue Accounting at Zuora

-  Zuora
-  Arizona State University, W. P. Carey School of Business

San Francisco Bay Area · **Contact info**

500+ connections

🔒 **Message**    **+ Follow**    More

---

### Activity
1,038 followers

**Rachel hasn't posted lately**
Rachel's recent posts and comments will be displayed here.

Show all activity →

---

### Experience

 **Zuora**
5 yrs 9 mos

**Director, Revenue Accounting**
Full-time
Aug 2021 - Present · 1 yr 7 mos
San Francisco Bay Area

**Senior Manager, Revenue Accounting**
Full-time
May 2019 - Jul 2021 · 2 yrs 3 mos
San Francisco Bay Area

**Revenue Accounting Manager**
Jun 2017 - Apr 2019 · 1 yr 11 mos
San Mateo, California

 **EY**
3 yrs 10 mos
San Francisco Bay Area

**Senior**
Sep 2015 - Jun 2017 · 1 yr 10 mos

**Staff Auditor**
Sep 2013 - Sep 2015 · 2 yrs 1 mo

 **ON Semiconductor**
2 yrs 4 mos

**Treasury Analyst**
Jun 2013 - Aug 2013 · 3 mos
Phoenix, Arizona

**Intern**
May 2011 - May 2013 · 2 yrs 1 mo

 **Supplemental Instruction Leader**
Arizona State University
Aug 2010 - May 2011 · 10 mos
Tempe, Arizona

## Education

 **W. P. Carey School of Business – Arizona State University**
Master's degree, Accounting
2012 - 2013
Grade: Masters

**W. P. Carey School of Business – Arizona State University**
Accountancy
2008 - 2011
Activities and societies: Supplemental Instruction Leader for Accounting 241

Dean's List Each Semester

## Licenses & certifications

 **Certified Public Accountant**
California Board of Accounancy
Issued Oct 2013
Credential ID 120682

Show credential 🗗

## Skills

**Microsoft Excel**

Endorsed by 2 colleagues at onsemi

20 endorsements

**Microsoft Office**

Endorsed by 2 colleagues at onsemi

14 endorsements

**PowerPoint**

13 endorsements

Show all 15 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Rachel receives will appear here.

**in** LEARNING

Add new skills with these courses, free for 24 hours

 Word Essential Training (Microsoft 365)

 How to Use Negotiation Jiu Jitsu to Resolve Conflicts and Persuade

 Talking Boldly: When Inclusion Meets Politics at the Office

See my recommendations