# Exhibit C



CONFIDENTIAL

ZUO_00422115

# Keystone Integration Program Update

CONFIDENTIAL

ZUO_00422125

## Agenda

- Introduction to Keystone Integration Services
- Current State of Keystone Integration
- Challenges that led to the Current State
- What we delivered and where we see gaps
- Our go-forward plan
- LA Exit Criteria
- Field Messaging

CONFIDENTIAL



**RevPro for Zuora Billing Customers**

Enable Order Metrics / Full Orders Implementation → Order APIs (Data extract, Performance) → Data Transformations for RevPro

Implement RevPro

**Can customers adopt RevPro without Order Metrics/Keystone?**
**No**

CONFIDENTIAL

ZUO_00422127



The Integration Product is a collection of microservices that extracts the bookings and billings data from Zuora, transforms the data to convert into RevPro compliant format and finally loads it into RevPro.

It provides a set of high level APIs that are used internally to perform these tasks. The End User will interact with the Integration to schedule and manage it through an intuitive UI. Our Customer will not need to worry about understanding Zuora's Object Model, APIs or the file format.

The technical framework will allow the IT and the consultants to seamlessly customize and extend the capabilities of the Integration.

ZUO_00422128

## Current State of Keystone Integration

### PRODUCT

- Keystone Product is in LA
- 7 Monthly Releases delivered
- ~80% of Early Adopter's Use Cases are currently supported
- All Order Actions except for 'Suspend & Resume are supported'
- All Billing Transactions except for 'IIA & DMs' are supported
- Support for Advanced Use Cases is coming in future releases

### CUSTOMER

- Running Early Adopter Program
- 4 large scale implementations are in progress
- 7 new implementations will start in near term
- Low Customer satisfaction with on-going implementations
- Customers are nervous with the possibility of missing project deadlines
- Treading cautiously on new deals

CONFIDENTIAL

ZUO_00422129



CONFIDENTIAL

ZUO_00422130



**Estimated Use Cases covered by Keystone through Aug Release**

~80% roadblocks have been addressed through Aug Release. But, we have few more roadblocks to clear which will get the Customers over the finish line.

CONFIDENTIAL

ZUO_00422131

**Significant Product Features are delivered - yet the Customer Satisfaction remains low!**

**Why?**

CONFIDENTIAL

ZUO_00422132

## Customer dissatisfaction can be netted down into 4 buckets

| | |
|---|---|
| Order Metrics Data Migration related Issues | Performance and Throughput Issues |
| Keystone Feature Gap | Bugs in Order Metrics and Keystone |

These issues coupled with the over-optimistic delivery commitment are the root causes of Customer discontent.

CONFIDENTIAL

ZUO_00422133

## How do we plan to address these challenges

1. Jagan will be the owner for Keystone going forward

2. Keystone is expected to stay in LA for next 6 month at a minimum as it evolves and gets better with each iteration. We need to set right expectation with Customers when we close new deals.

3. We need a two-pronged strategy to meet our Customer's expectations:

   a. Engineering accelerates the delivery of feature gaps, bug fixes and performance issues

   b. GS takes lead in:

      i. plugging the functional gaps by finding custom solutions, including using the Zuora APIs to extract data directly and subsequently transforming it

      ii. coming up with an alternate process / solution to address the issue of variances between the TCB Metrics and Billing Metrics

CONFIDENTIAL

ZUO_00422134

# This is what we need to do over next 3 months

← Owned by Engineering Team →    ← Owned by GS Team →

**Engineering Leads**
Zuora Central: Bill Guo   Revpro: Harish

**GS SWAT Lead**
Arul Shanmugam

**Fix Critical Bugs**

Orders / Billing Metrics API

- Issues with Billing Proration Lines
- Issues with Billing Breakdown APIs

Data PipeLine API

- Two performance fixes
- Discount Charge Extraction Issue

**Build Features to address the pressing Product Gaps**

- IIAs & DMs
- Configurable Framework for adding Standard Zuora Fields
- Support for additional objects in the custom field mapping
- Evergreen Term Extension
- Revenue Run Modes
- Pending Orders

**Build Custom Data Extractions using Zuora APIs for unsupported use cases**

- Updates to Custom Fields
- Data extraction for advanced use cases

**Develop GS Solution for addressing variances in the TCB Metrics and Billing Metrics**

- True-up mechanism in Revpro

- Scale both the Engineering teams by adding resources for short term
- Plan for burst capacity during the months of Oct thru Dec when Customer UAT cycles will be at its peak

Separate the ones owned by Central vs Revpro Team
Identify the ones for which we have commit dates (sept release)
Add Risk and Mitigation Slide

CONFIDENTIAL

ZUO_00422135

# How do we define our LA exit criteria?

**PRODUCT**

- Delivered full support for all the Order Actions including 'Suspend & Resume'

- Delivered full support for all the Billing Transactions including 'IIA & DMs'

- We've addressed the on-going performance and throughput issues with data pipeline APIs

- We've removed the barrier to sales by delivering support for additional functional use cases like Annualised Ramps, BCD changes, Pending Orders etc. *(details on next slide)*

- Reduced the JIRA backlog by a factor of 'X' (need to define 'X')

**CUSTOMER**

- At least 4 customers have successfully gone live with Keystone & Revpro. In addition, they should have closed at least one accounting period successfully

- From Keystone Integration standpoint, Customers can seamlessly transition from Order Metrics to Full Orders and from Legacy Billing Transactions to Advanced AR Settlements

CONFIDENTIAL

ZUO_00422136