# Exhibit D



Keystone Update for Ecomm

03/19/2018

March 2018

zuora

CONFIDENTIAL

ZUO_00341132



CONFIDENTIAL

ZUO_00341136

## Customers Enrolled in Keystone ZEAP

| # | Customer | Planned Go-live | Product/Engineering Status | Customer Status |
|---|----------|-----------------|----------------------------|-----------------|
| 1 | ▮▮▮▮ | 2H-2018 | ● Functional use cases delivered<br>● High volume performance test in progress | Performing initial functional testing |
| 2 | ▮▮▮▮ | July 2018 | ● Functional use cases targeted to be complete by end of April | Performing fit/gap analysis |
| 3 | ▮▮▮▮ | July 2018 | ● Adopting some pieces of Keystone but not all. Main blocker to full adoption is lack of support for annualized ramps which is scheduled for delivery in June | Evaluating orders and Keystone adoption |
| 4 | ▮▮▮▮ | June 2018 | ● Awaiting more details on use cases | Not Started |
| 5 | ▮▮▮▮ | Aug 2018 | ● Functional use cases targeted to be completed by end of May | Performing fit/gap analysis |
| 6 | ▮▮▮▮ | Sept 2018 | ● Awaiting more details on use cases | Not started |

ZUORA CONFIDENTIAL. APPROVED USE ONLY. DO NOT DISTRIBUTE.

CONFIDENTIAL

ZUO_00341137