# Exhibit F

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, Individually    ) No. 3:19-cv-03422-SI
And On Behalf of All Other     )
Similarly Situated,            )
                               ) CONFIDENTIAL
              Plaintiff,       )
                               )
vs.                            )
                               )
ZUORA, INC., TIEN TZUO, and    )
TYLER SLOAT,                   )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN MATEO

ARIC OLSEN and JAMES ALPHA     ) Case No. 20-CIV-01918
MULTI STRATEGY ALTERNATIVE     )
INCOME PORTFOLIO, Individually)
And On Behalf of All Others    )
Similarly Situated,            )
                               )
              Plaintiff,       )
                               )
vs.                            )
                               )
ZUORA, INC., TIEN TZUO, TYLER )
SLOAT, PETER FENTON, KENNETH   )
A. GOLDMAN, TIMOTHY HALEY,     )
JASON PRESSMAN, MICHAELANGELO )
VOLPI, MAGDALENA YESIL,        )
et al.,                        )
                               )
              Defendants.      )
_____)

ZOOM AND VIDEOTAPED DEPOSITION OF
BRENT REED CROMLEY, JR.
Friday, April 29, 2022

Reported by:
LISA ANDREASEN
CSR No. 9584

CONFIDENTIAL

Page 54

THE WITNESS: I believe that's accurate, yes.

BY MR. MELANSON:

Q   Instead of using Keystone, Zuora decided to rely on a Mulesoft application for its revenue recognition purposes?

MR. ADLER: Object to form.

THE WITNESS: The Mulesoft application pulled data out of Zuora Billing into RevPro. It was an integration piece, not a revenue recognition piece.

MR. MELANSON: Sorry, can you say that again.

Actually can I have the court reporter read that back. I just missed it on my end.

(Record read.)

MR. MELANSON: Thank you.

BY MR. MELANSON:

Q   So to clarify, you're saying Keystone was an integration piece, not a revenue recognition piece; correct?

MR. ADLER: Objection to form.

THE WITNESS: Correct. RevPro was the recognition component.

BY MR. MELANSON:

Q   And Keystone was the integration component; correct?

MR. ADLER: Objection to form.

Page 55

THE WITNESS: Correct.

BY MR. MELANSON:

Q   Zuora decided not to use Keystone because Keystone at that time did not have features that Zuora deemed to be must-haves for its own projects; correct?

MR. ADLER: Objection to form.

THE WITNESS: I don't specifically recall the rationale but --

BY MR. MELANSON:

Q   Do you have more you want to say?

A   No.

Q   Okay. I want to introduce -- sorry. Give me one second. I'm having problems again with my Veritext. It's being marked as Plaintiff's Exhibit 190. It's still uploading. One second, please.

(Exhibit 190 was marked for identification.)

BY MR. MELANSON:

Q   It should be published.

A   Okay.

Q   This is a document beginning with the Bates number Zuora 20187. This is an email from Tien Tzuo, the CEO of Zuora, to a list of individuals including yourself; correct?

A   Correct.

Page 56

Q   This email is from June 13, 2018?

A   Correct.

Q   It has the subject, ▮▮▮▮ Z-o -- Zuora-on-Zuora and Keystone update; correct?

A   Correct.

Q   Take a second to familiarize yourself with the document.

A   The entire contents?

Q   Yes.

A   Okay.

Q   When you're ready, I want to direct your attention to Page 2 of the document. This is going to be an email from Tyler Sloat on June 13, 2018, at 7:51 a.m. The page number -- Bates number of the page is Zuora 20188.

A   I need another minute or two here just to read this thing. So sorry.

Q   If you require some more time, just let me know. I'm only going to focus on one paragraph in Tyler's email.

A   Which paragraph specifically again? Then I'll just read that portion.

Q   "What features are deficient on Keystone that directly impact Zuora-on-Zuora?"

A   Okay.

Page 57

Q   So, again, this is an email from Tyler Sloat from June 13, 2018; correct?

A   Correct.

Q   And in this email he asks, "What features are deficient on Keystone that directly impact Zuora-on-Zuora?" Correct?

A   Correct.

Q   I didn't hear an answer. I'm sorry.

A   Oh, correct. Sorry.

Q   Under that he states, "The 'future releases' Keystone items that Jagan has listed below are the exact features we evaluated in our product workshop back in April. These were deemed must-haves for Zuora-on-Zuora. That pushed us to decide on continuing using our Mulesoft extracts instead of Keystone." Did I read that accurately?

A   That is accurate.

Q   Does this email reflect your recollection as to whether Zuora chose not to use Keystone because it did not have must-haves for its internal Zuora-on-Zuora project?

MR. ADLER: Objection to form.

THE WITNESS: Yeah, there were -- that there were use cases that were not supported that Zuora needed for the implementation.

15 (Pages 54 - 57)

CONFIDENTIAL

Page 298

MR. MELANSON:  Plaintiff has no objection.

THE VIDEOGRAPHER:  Are you ready for me to conclude today's testimony?

MR. ADLER:  Yes.

THE VIDEOGRAPHER:  This concludes today's testimony given by Brent Reed Cromley, Jr.  The number of media used was 14 and will be retained by Veritext Legal Solutions.  We are off the record at 4:38 p.m.

(TIME NOTED:  4:38 P.M.)

Page 299

I, BRENT REED CROMLEY, JR., do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____, 2022, at_____,_____.
            (City)              (State)

_____
BRENT REED CROMLEY, JR.

Page 300

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken remotely by me at the time herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:  May 11, 2022

*Lisa Andreasen*
LISA ANDREASEN
CSR No. 9584, RPR

Page 301

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS

CASE NAME: Roberts, Casey v. Zuora, Inc.
DATE OF DEPOSITION: 4/29/2022
WITNESSES' NAME: Brent Reed Cromley , Jr.

PAGE  LINE (S)    CHANGE        REASON

_____
Brent Reed Cromley , Jr.
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.

_____
(NOTARY PUBLIC)              MY COMMISSION EXPIRES:

76 (Pages 298 - 301)

## CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me with the exception of the changes and corrections indicated by me in the attached deposition errata sheet.

_Brent Reed Cromley, Jr._

Brent Reed Cromley, Jr.

WITNESS:     Brent Reed Cromley, Jr.

DATE:        April 29, 2022

MATTERS:     *Roberts v. Zuora, Inc., et al.*, No. 3:19-cv-03422-SI (N.D. Cal.)
             *Olsen v. Zuora, Inc. et al.*, Case No. 20-CIV-1918 (Cal. Super. Ct.)

### ERRATA SHEET

| Page: Line(s) | Language from Transcript | Correction | Reason for Change |
|---|---|---|---|
| 3:17 | "Jeffries" | "Jefferies" | Typographical error |
| 8:23 | "Jeffries" | "Jefferies" | Typographical error |
| 81:2 | "what" | "what do" | Typographical error |
| 108:15 | "forgot" | "forget" | Typographical error |
| 117:7 | "reask" | "re-ask" | Typographical error |
| 170:22 | "possess" | "process" | Typographical error |
| 171:17 | "there's" | "there" | Typographical error |
| 187:23 | "while" | "while it" | Typographical error |
| 205:6 | "was" | "were" | Typographical error |
| 238:24 | "Zuora's" | "Zuora" | Typographical error |
| 255:16 | "In then" | "And then" | Typographical error |
| 262:22 | "adoptive" | "adoption" | Typographical error |
| 297:16 | "time table" | "timetable" | Typographical error |