Susan S. Muck (SBN 126930)
Kevin P. Muck (SBN 120918)
William Brenc (SBN 318544)
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com
william.brenc@wilmerhale.com

Jeremy T. Adler (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
jeremy.adler@wilmerhale.com

Melinda Haag (SBN 132612)
Robin Linsenmayer (SBN 244656)
Erika K. Hoglund (SBN 327781)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
mhaag@paulweiss.com
rlinsenmayer@paulweiss.com
ehoglund@paulweiss.com

Karen L. Dunn (admitted *pro hac vice*)
Justin Anderson (admitted *pro hac vice*)
Jessica E. Phillips (*pro hac vice* pending)
Jake E. Struebing (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kdunn@paulweiss.com
janderson@paulweiss.com
jphillips@paulweiss.com
jstruebing@paulweiss.com

Audra J. Soloway (admitted *pro hac vice*)
Jonathan Hurwitz (admitted *pro hac vice*)
Jason A. Driscoll (admitted *pro hac vice*)
Benjamin W. Perotin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
asoloway@paulweiss.com
jhurwitz@paulweiss.com
jdriscoll@paulweiss.com
bperotin@paulweiss.com

*Counsel for Defendants Zuora, Inc., Tien Tzuo, and Tyler Sloat*

[PROPOSED] ORDER REGARDING DEFS.' STATEMENT ISO PL.'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:19-cv-03422-SI

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | Case No.: 3:19-cv-03422-SI<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' STATEMENT IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 233)**<br><br>Judge Susan Illston |

Defendants Zuora, Inc. ("Zuora"), Tien Tzuo, and Tyler Sloat (collectively, "Defendants") filed a Statement in Support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 233). Defendants have narrowly tailored their sealing requests and established that the Court should seal only the following documents which reflect Zuora's competitively sensitive information:

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Reply ISO Mot. to Exclude Expert Testimony of Steven Davidoff Solomon (ECF No. 234)** | | |
| **Reply in Support of Motion to Exclude Expert Testimony of Steven Davidoff Solomon (ECF No. 234)**<br><br>Page 1, Line 13 | Bamiduro Decl. ¶¶ 7, 9 | |
| **Reply ISO Mot. to Exclude Expert Testimony of Jeffrey L. Hagins (ECF No. 235)** | | |
| **Reply in Support of Motion to Exclude Expert Testimony of Jeffrey L. Hagins (ECF No. 235)**<br><br>Page 2, n.6 (identified portions)<br>Page 7, n.33 (identified portion)<br>Page 13, Lines 12, 16-18 | Bamiduro Decl. ¶¶ 6, 7, 9 | |

| Document or Portion of Document Sought To Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Exhibit 2 to Hagins Reply (ECF No. 235-3)**<br><br>**ZUO_00422115**<br><br>-130 (identified portions)<br>-131 (identified portions) | Bamiduro Decl. ¶¶ 6, 9 | |
| **Exhibit 3 to Hagins Reply (ECF No. 235-4)**<br><br>**ZUO_00341132**<br><br>-136 (identified portion)<br>-137 (identified portions) | Bamiduro Decl. ¶¶ 6, 9 | |
| **Exhibit 4 to Hagins Reply (ECF No. 235-5)**<br><br>**Hagins Deposition Tr. Excerpt**<br><br>Page 203, Lines 13-14<br>Page 205, Lines 12-14<br>Page 211, Lines 18, 23<br>Page 212, Lines 1-2, 23-24<br>Page 213, Lines 1, 18-20, 25<br>Page 214, Lines 1, 3, 22-23<br>Page 215, Line 11 | Bamiduro Decl. ¶¶ 6, 9 | |
| **Exhibit 5 to Hagins Reply (ECF No. 235-6)**<br><br>**Cromley Deposition Tr. Excerpt**<br><br>Page 56, Line 3 | Bamiduro Decl. ¶¶ 6, 9 | |
| **Exhibit 6 to Hagins Reply (ECF No. 235-7)**<br><br>**Ramamoorthy Deposition Tr. Excerpt**<br><br>Page 243, Line 23<br>Page 244, Lines 1, 12, 21, 25<br>Page 245, Lines 6<br>Errata Sheet (identified portions) | Bamiduro Decl. ¶¶ 6, 9 | |
| **Reply ISO Mot. to Exclude Expert Testimony of Kevin Dages (ECF No. 236)** | | |
| **Reply in Support of Motion to Exclude Expert Testimony of Kevin Dages (ECF No. 236)**<br><br>Page 10, Line 27<br>Page 11, Lines 1-2 | Bamiduro Decl. ¶¶ 8, 9 | |

IT IS SO ORDERED.


Dated: _____, 2023

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge