## APPENDIX B

### Proposed Schedule of Settlement Related Events

| EVENT | PROPOSED TIME FOR COMPLIANCE |
|---|---|
| Deadline for beginning mailing the Notice and Proof of Claim to Settlement Class Members ("Notice Date") | 21 calendar days after entry of the Preliminary Approval Order |
| Deadline for publishing the Summary Notice | 20 business days after entry of the Preliminary Approval Order; Class Counsel shall, at least seven (7) calendar days before the Fairness Hearing, serve upon counsel for Defendants and file with the Court proof of publication of the Summary Notice |
| Deadline for submitting Proofs of Claim | Within 120 calendar days after the deadline set by the Court for the Claims Administrator to mail the Notice to the Settlement Class |
| Deadline for filing papers in support of final settlement approval, Plan of Allocation, and request for attorneys' fees and expenses | 35 calendar days before the Fairness Hearing |
| Deadline for filing an objection to the Settlement, Plan of Allocation or request for attorneys' fees and expenses | 21 calendar days before the Fairness Hearing |
| Deadline for filing reply memoranda in support of final settlement approval, Plan of Allocation, and request for attorneys' fees and expenses, and in response to any objections to the Settlement | 7 calendar days before the Fairness Hearing |
| Fairness Hearing | At the Court's convenience |