# Attachment 2

## to Azari Declaration

# Comparable Securities Class Action Settlements
# Where Epiq Served as Settlement Administrator

| | *In re Rayonier Inc., Securities Litigation* Case No: 3:14-cv-01395 (M.D. Fla.) | *Freuenberg v. E\*Trade Financial Corporation* Case No: 07-cv-08538 (S.D.N.Y) | *In re Nielsen Holdings PLC Securities Litigation* Case No: 1:18-cv-07143 (S.D.N.Y) |
|---|---|---|---|
| **Lead Plaintiff(s)** | Pension Trust Fund for Operating Engineers & Lake Worth Firefighters' Pension Trust Fund | Larry Freudenberg | Public Employees' Retirement System of Mississippi |
| **Lead Counsel** | BLBG | Brower Piven and Levi & Korsinsky LLP | Labaton Sucharow LLP |
| **Claims Asserted** | Violations of Sections 10(b) and 20(a) of the Exchange Act | Violations of Sections 10(b) and 20(a) of the Exchange Act | Violations of Sections 10(b) and 20(a) of the Exchange Act |
| **Total Exposure if Plaintiffs Had Prevailed on Every Claim** | $350 million | $559 million | Between $243.9 million - $1.47 billion |
| **Total Settlement** | $73 million | $79 million | $73 million |
| **Total # of Class Members** | 222,291 | 232,313 | 274,484 |
| **Total # of Class Members to receive Notice** | 222,291 | 232,313 | 274,484 |
| **Method of Notice** | First-class Mail & Publication Notice | First-class Mail & Publication Notice | First-class Mail & Publication Notice |
| **Number & Percentage of Claims Submitted (compared to notice mailed)** | 52,691 Claims (23.70%) | 49,618 (21.36%) | 172,501 (62.85%) |
| **Eligible Claims** | 19,108 | 22,657 | 135,616 |
| **Average Recovery per Claimant** | $944 | $1,104 | $423 |
| **Average Recovery per Eligible Claimant** | $2,605 | $2,419 | $538 |
| **Median Payment for Eligible Claimant** | $152.75 | $98.00 | n/a at this time |
| **Notice and Administration Costs** | $694,295 (0.95%) | $1,505,738 (1.91%) | $1,192,802 (1.63%) |
| **Attorneys' Fees** | $21,900,000 (30%) | $22,120,000 (28%) | $18,250,000 (25%) |
| **Attorneys' Expenses** | $616,806 (0.84%) | $554,950 (0.70%) | $850,266 (1.16%) |