Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S REPLY AND NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Hearing Date: Friday, August 11, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom 1 – 17th Floor<br>Judge: Hon. Susan Illston |

LEAD PLAINTIFF'S REPLY AND NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT
Case No. 3:19-cv-03422-SI

On June 23, 2023, Lead Plaintiff and Class Representative New Zealand Methodist Trust Association filed a renewed motion for preliminary approval of the proposed Settlement, which if approved would fully resolve both this Action and *Olsen v. Zuora, Inc.*, Lead Case No. 20-CIV-01918 (Cal. Super. Ct., Cty. of San Mateo) (ECF No. 248) (the "Motion").[1] Any response to the Motion was due by July 7, 2023. *See* N.D. Cal. Local Civil Rule 7-3(a). No response was filed, Defendants do not oppose the Motion, and the Motion is now ready for disposition.

For the reasons set forth in the Motion, Lead Plaintiff respectfully requests that the Court preliminarily approve the proposed Settlement; approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; and schedule a final settlement hearing at the Court's convenience consistent with the Proposed Schedule of Settlement Related Events, attached as Appendix B to Lead Plaintiff's Motion (*see* ECF No. 248-2).

DATED: July 14, 2023                                   Respectfully submitted,

By: */s/ Steve W. Berman*
  Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:   steve@hbsslaw.com

Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725.3000
Facsimile: (510) 725.3001
Email:   lucasg@hbsslaw.com

---

[1] All capitalized terms not defined herein shall have those meanings as set forth in the Amended Stipulation and Agreement of Global Settlement dated June 22, 2023, a true and correct copy of which was attached as Exhibit 2 to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement.  *See* ECF No. 248-5.

LEAD PLAINTIFF'S REPLY AND NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT – 1
Case No. 3:19-cv-03422-SI

Peter A. Shaeffer (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile:  (708) 628-4950
Email:    petersh@hbsslaw.com

*Attorneys for Lead Plaintiff New Zealand
Methodist Trust Association*

LEAD PLAINTIFF'S REPLY AND NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT – 2
Case No. 3:19-cv-03422-SI