**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** August 11, 2023 | **Time:** 10:11 – 10:18 7 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc., et al. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore, Peter Shaeffer (New Zealand Methodist)
Francis Bottini, Jr. (Plaintiff Olsen in related State-Court Securities Class Action)
**Attorney for Defendant:** Susan Muck, Jeremy Adler, Audra Soloway, Benjamin Perotin

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Ruth Levine Ekhaus

**PROCEEDINGS**

Motion for Preliminary Approval of Class Settlement (Dkt. 248) – Held via Zoom webinar.

**SUMMARY**

The Court provided its oral tentative to grant the Motion and instructed the parties to provide a joint proposal to be filed for the remaining balance of the settlement timeline.

The Hearing on Motion for Final Approval of Settlement is set for **1/12/2024 at 10 a.m.** by Zoom webinar.

The Plaintiffs' counsel are to submit a revised document showing any changes to the approval documentation to the Court before sending to the Class as an error and/or adjustment was found by counsel.