Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>　　　　　　　　　　　　Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF FILING OF CORRECTED VERSION OF EXHIBIT 2 TO THE DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>[RE: ECF NO. 248-5] |

PLEASE TAKE NOTICE that pursuant to the Court's instructions at the August 11, 2023 hearing on Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Lead Plaintiff New Zealand Trust Association respectfully submits a corrected version of Exhibit 2 to the Declaration of Steve W. Berman in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement, ECF No. 248-5, to modify paragraph 20(c) of the Notice of Pendency and Proposed Settlement of Class Action, which pertains to the "Recognized Loss Amount Calculation" for the "Proposed Plan of Allocation." *See* ECF No. 248-5 at page 81 of 119.

In the original filing, paragraph 20(c) of the Notice of Pendency and Proposed Settlement of Class Action reads as follows:

(c) Held as of the close of trading on August 28, 2019, the Recognized Loss Amount will be the purchase price minus $14.90, the average closing price for Zuora common stock between May 31, 2019 and August 28, 2019 (the last entry in Table 2 below).

*Id.* Consistent with the intent of the Proposed Plan of Allocation and Section 21(D)(e)(1) of the Securities Exchange Act of 1934, paragraph 20(c) of the Notice of Pendency and Proposed Settlement of Class Action now reads as follows:

(c) Held as of the close of trading on August 28, 2019, the Recognized Loss Amount will be *the lesser of*: (i) $5.53 (Inflation value as presented in Table 1 below), or (ii) the purchase price minus $14.90, the average closing price for Zuora common stock between May 31, 2019 and August 28, 2019 (the last entry in Table 2 below).

(Emphasis in red font added to draw attention to the change). The corrected text has been incorporated into the corrected version of Exhibit 2, filed concurrently herewith. No other changes have been made to Exhibit 2.

//

//

//

//

//

DATED: August 11, 2023                    Respectfully submitted,

                                          By: */s/ Steve W. Berman*
                                              Steve W. Berman (pro hac vice)
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          1301 Second Avenue, Suite 2000
                                          Seattle, WA 98101
                                          Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0594
                                          Email:   steve@hbsslaw.com

                                          Lucas E. Gilmore (250893)
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          715 Hearst Avenue, Suite 300
                                          Berkeley, CA  94710
                                          Telephone: (510) 725.3000
                                          Facsimile: (510) 725.3001
                                          Email:   lucasg@hbsslaw.com

                                          Peter A. Shaeffer (pro hac vice)
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          455 North Cityfront Plaza Drive, Suite 2410
                                          Chicago, IL 60611
                                          Telephone: (708) 628-4949
                                          Facsimile:  (708) 628-4950
                                          Email:   petersh@hbsslaw.com

                                          *Attorneys for Lead Plaintiff New Zealand
                                          Methodist Trust Association*