# EXHIBIT 2

TO DECLARATION OF STEVE W. BERMAN

Steve Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*New Zealand Methodist Trust Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>ZUORA, INC., TIEN TZUO, and TYLER SLOAT,<br><br>                              Defendants. | No. 3:19-cv-03422-SI<br><br>CLASS ACTION<br><br>**DECLARATION OF STEPHEN WALKER IN SUPPORT OF LEAD PLAINTIFF'S (1) MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND (2) MOTION FOR AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARD** |

DECLARATION OF STEPHEN WALKER                                        No. 3:19-cv-03422-SI

I, Stephen Walker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Executive Officer of New Zealand Methodist Trust Association ("MTA" or "Lead Plaintiff"), the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Federal Action"), and I am authorized to make this Declaration on MTA's behalf.  I submit this Declaration in support of (1) Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Award, including MTA's application pursuant to 15 U.S.C. § 78u-4(a)(4) for an award in reimbursement of the reasonable costs incurred by MTA in connection with its representation of the Settlement Class.[1]

2.      As the MTA representative responsible for managing the instant litigation, I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). This declaration is based on my personal knowledge, as I have been directly involved in monitoring and overseeing the prosecution of the Federal Action, as well as the negotiations leading to the Settlement.  If needed, I could and would testify competently to these matters.

**I.      MTA's Oversight of the Federal Action**

3.      MTA is a registered charitable trust under the provisions of New Zealand's Charitable Trust Act of 1957.  MTA receives and is entrusted with the investment of funds from organizations within the Methodist Church of New Zealand (the "Conference") or otherwise responsible to the Conference.  MTA's purpose is to provide income and capital yield on the available monies the Conference entrusts to MTA.  As of June 30, 2023, MTA manages over NZ $342 million in assets for its beneficiaries.

4.      On September 9, 2019, the Court entered an Order appointing MTA as Lead Plaintiff in the Federal Action pursuant to the PSLRA, and approved Lead Plaintiff's selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel.  *See* ECF No. 55.

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Amended Stipulation and Agreement of Global Settlement dated June 22, 2023 (ECF No. 248-5).

DECLARATION OF STEPHEN WALKER – 1                           No. 3:19-cv-03422-SI

5. Since the appointment of MTA as the Lead Plaintiff, and as representative of MTA, I have been actively involved in directing the prosecution and monitoring the progress of this litigation with Lead Counsel. In particular, throughout the course of the Federal Action, my activities included:

(a) Assisting Lead Counsel in formulating the legal theories and alleged misstatements and omissions in this case, including (i) conducting a review of Zuora, Inc.'s public filings with the SEC, press releases, earnings transcripts, website and marketing materials, as well as research reports from securities analysts and news and media reports concerning Zuora and (ii) providing a written summary and analysis of these materials;

(b) Reviewing and commenting on drafts of the Consolidated Amended Class Action Complaint and approving the final version filed with the Court;

(c) Reviewing the Federal Action Defendants' motion to dismiss and offering my views on the response, reviewing drafts of the opposition to the motion to dismiss, and signing off on the final brief filed with the Court;

(d) Conferring with Lead Counsel regarding the pretrial case schedule and discovery needed to prosecute the Federal Action;

(e) Receiving and reviewing written reports regarding the status of the case, and sharing those reports with colleagues at MTA;

(f) Participating in periodic video meetings and discussions with Lead Counsel regarding the progress and status of the case, including its strengths and weaknesses, litigation strategy, and key evidence and testimony uncovered during discovery;

(g) Overseeing the discovery process in response to the Federal Action Defendants' requests, including directing the search for and collection of responsive documents and reviewing and approving draft interrogatory responses;

(h) Preparing for my deposition with Lead Counsel and sitting for the deposition on January 22, 2021 in connection with the class certification motion;

(i) Reviewing and discussing the motion for class certification and my supporting declaration and approving the final versions filed with the Court;

DECLARATION OF STEPHEN WALKER – 2                                    No. 3:19-cv-03422-SI

DocuSign Envelope ID: 26E81AAA-41B3-420C-8E25-FB9E5DD224BD

(j)      Conferring with Lead Counsel regarding the hiring of experts for damages and loss causation issues, and reviewing expert reports before service to the Federal Action Defendants;

(k)      Reviewing and/or discussing the Federal Action Defendants' motion for summary judgment and the parties' *Daubert* motions and providing my views on potential arguments;

(l)      Conferring with Lead Counsel regarding the selection of a private mediator and a potential range of acceptable settlement amounts;

(m)      Reviewing and analyzing the parties' mediation submissions and assisting Lead Counsel with their mediation presentations;

(n)      Actively participating via video conference in the formal mediation sessions before Robert A. Meyer, ESQ. of JAMS in January 2022 and February 2023;

(m)      During final settlement negotiations, consulting with Lead Counsel, and eventually evaluating and approving the settlement of $75,500,000 on behalf of Lead Counsel; and

(n)       Communicating with Lead Counsel regarding the process to finalize the Settlement.

6.      Based on my involvement in the case, MTA is readily able to evaluate the Settlement and the related requests for fees and expenses.

**II.      MTA Strongly Endorses Approval of the Settlement**

7.      Based on my involvement as representative of MTA throughout the prosecution and resolution of the claims asserted in the Federal Action, MTA believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  MTA believes that the Settlement represents an excellent recovery for the Settlement Class in light of the substantial risks of continuing to prosecute the claims in this case, including the very substantial risk of recovering nothing whatsoever.  Therefore, MTA strongly endorses final approval of the Settlement by the Court.

**III.     MTA Approves of and Support's Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses**

8.      MTA understands its role to ensure that attorneys' fees are fair considering the result achieved in the Federal Action and that they reasonably compensate Lead Counsel for the work involved and the substantial risk they undertook in litigating the Federal Action.  Accordingly, MTA approves Lead Counsel's request for an award of attorneys' fees in the amount of 30% of the

DECLARATION OF STEPHEN WALKER – 3                                         No. 3:19-cv-03422-SI

DocuSign Envelope ID: 26E81AAA-41B3-420C-8E25-FB9E5DD224BD

Settlement Fund, and finds the request is fair and reasonable considering the work performed by Lead Counsel, the litigation risks faced, and the substantial recovery obtained for the Settlement Class in the Federal Action.

9.      MTA further believes that Lead Counsel's litigation expenses of $1,250,000 are reasonable and represent costs and expenses necessary for the prosecution and resolution of the Federal Action.  Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, MTA fully supports Lead Counsel's fee and expense application.

10.     MTA further understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA.  Therefore, in connection with Lead Counsel's request for reimbursement of litigation expenses, MTA seeks reimbursement for the costs and expenses that MTA incurred directly relating to its representation of the Settlement Class.

11.     MTA seeks reimbursement in the amount of $25,000 for the value of time that MTA's staff and I devoted to this Federal Action. As detailed above, I spent time, among other things, regularly communicating with Lead Counsel, reviewing significant court filings, overseeing the production of documents pursuant to the Federal Action Defendants' requests, preparing and sitting for a deposition, and participating in the settlement negotiation process.  Conservatively estimated, I dedicated at least 100 hours to the Federal Action since its inception.  These hours, however, do not include the substantial time other MTA staff members devoted to the case, including assisting in efforts to search for responsive documents in our electronic systems, collecting documents and preparing them for review by Lead Counsel, and receiving updates on the litigation from me.  The time that these MTA staff members and I devoted to the representation of the Settlement Class in this Federal Action was time that we otherwise would have spent on other work for MTA, including monitoring investments for MTA, researching new investment opportunities, and engaging in actual investments and trades, and thus represented a cost to MTA.  MTA seeks an award of $25,000 as a conservative estimate for the value of the time that I and other MTA employees expended on the Federal Action and serving as Lead Plaintiff.

DECLARATION OF STEPHEN WALKER – 4                                   No. 3:19-cv-03422-SI

## IV.    Conclusion

12.    In conclusion, as representative of MTA, I was actively involved throughout the prosecution and settlement of this Federal Action.  Based on my work and the work of Lead Counsel, MTA strongly endorses the Settlement as fair, reasonable, and adequate, and believes the Settlement represents an excellent recovery for the Settlement Class in light of the risks of continued litigation. MTA further supports Lead Counsel's fee and expense application and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the substantial work conducted, and the litigation risks.  Finally, MTA requests reimbursement under the PSLRA for the value of time dedicated by me and others at MTA in overseeing this Federal Action.  Accordingly, MTA respectfully requests that the Court approve (i) Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Award.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December 2023.

DocuSigned by:

Stephen Walker

9B93DB3C9C2845C...

Stephen Walker, Executive Officer
New Zealand Methodist Trust Association