# EXHIBIT 4

## TO DECLARATION OF STEVE W. BERMAN

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
    achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
    ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002

*Class Counsel for State Court*
*Class Representative Aric Olsen*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ROBERTS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZUORA, INC., TIEN TZUO, and TYLER SLOAT, <br><br> Defendants. | ) Case No. 3:19-cv-03422-SI <br> ) <br> ) CLASS ACTION <br> ) <br> ) **Declaration of State Court Class** <br> ) **Representative Aric Olsen in Support of Final** <br> ) **Approval of Global Class Action Settlement** <br> ) <br> ) Hearing Date:   January 12, 2024 <br> ) Hearing Time:   10:00 a.m. <br> ) Courtroom:      1 – 17th Floor <br> ) Judge:          Hon. Susan Illston |

Declaration of State Court Class Representative Aric Olsen
in Support of Final Approval of Global Class Action Settlement                    Case No. 3:19-cv-03422-SI

I, Aric Olsen, declare as follows:

1.      I am the named plaintiff and court-appointed class representative in the related class action pending in Superior Court of the State of California, County of San Mateo ("State Court") captioned *Olsen v. Zuora, Inc.*, Lead Case No. 20-CIV-01918 (Cal. Super. Ct. San Mateo Cnty.) ("State Action").   I submit this declaration in support of Federal Plaintiff's motion for final approval of global class action settlement, which resolves both this action and the State Action.  I also submit this declaration in support of my request for reimbursement of $10,000 for time spent in carrying out my responsibilities to the Class.  I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would competently testify to these facts.

2.      On April 17, 2020, I commenced the State Action in the State Court, asserting claims under §§ 11 and 15 of the Securities Act of 1933.

3.      By order dated October 14, 2021, the State Court granted the parties' stipulation regarding class certification, certified the proposed Class, and appointed me as State Court Class Representative and my counsel, Bottini & Bottini, Inc., as State Court Class Counsel.

4.      I have monitored the prosecution of the State Action and have been actively involved in significant events since I commenced the action.  Among other things, I have had regular correspondence and discussions with my counsel, Bottini & Bottini, regarding case strategy and discovery in pursuit of the alleged claims and actively engaged in the litigation, including: (a) searching for and collecting records of my transactions in Zuora stock; (b) providing information to respond to requests for production of documents and special interrogatories served on me by defendants, and reviewing discovery requests prepared and served on my behalf; (c) reviewing pleadings filed in the State Action; (d) preparing for and sitting for deposition; and (e) discussing the mediation efforts, settlement negotiations, and the documentation of the settlement.

6.      I have evaluated the risks of continued litigation and trial with counsel, including the risk of no recovery at all, and, following consultation with counsel, believe that the global settlement of $75,500,000 to settle this action and the State Action is fair and reasonable, represents an exceptional result, and is in the best interest of the Class.

1

7.      I understand that the Court may award reasonable costs and expenses directly related to any representative serving on behalf of the Class.  I seek reimbursement of $10,000 in connection with my work in representing the Class.  This request is based on the significant time and effort I have devoted to the litigation activities described above, time that I would have otherwise spent on other matters.  I understand that it is in the Court's discretion to grant my request, in full or in part, or to deny the request.

8.      Based on my records and the records of my counsel, I have devoted approximately 62 hours to representing the Class, as follows:  (a) reviewing the initial complaint filed on April 17, 2020, and the first amended complaint filed on November 13, 2020; (b) e-mails and telephone discussions with counsel regarding discovery, collecting documents, and reviewing discovery responses; (c) meeting with counsel over Zoom and preparing for my deposition; (d) sitting for the deposition by Zoom and reviewing the deposition transcript; (e) e-mails and telephone discussions with counsel regarding defendants' demurrers, motion to stay, and stipulation regarding class certification, and reviewing the respective briefs; (f) reviewing the State Court's orders in the case; and (g) e-mails and telephone discussions with counsel regarding the allegations in the complaint, potential damages, mediation efforts, settlement negotiations, and settlement.

9.      The foregoing is a conservative summary of the time and efforts that I have devoted to date directly related to representing the Class.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 29 day of September 2023, at Huntington, Utah.

_____

ARIC OLSEN

Declaration of State Court Class Representative Aric Olsen
in Support of Final Approval of Global Class Action Settlement          Case No. 3:19-cv-03422-SI