# EXHIBIT 6

TO DECLARATION OF STEVE W. BERMAN

## EXHIBIT 6

*Roberts v. Zuora, Inc., et al.*
Case No. 3:19-cv-03422-SI

### HAGENS BERMAN SOBOL SHAPIRO LLP

### BILLING SUMMARY CHART

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES | |
|---|---|---|---|---|---|
| Steve Berman | P | $1,285 | 151.2 | $ | 194,292.00 |
| Reed Kathrein | P | $1,000 | 234.1 | $ | 234,100.00 |
| Lucas Gilmore | P | $850 | 2,201.7 | $ | 1,871,445.00 |
| Chris O'Hara | P | $750 | 156.3 | $ | 117,225.00 |
| Sean Matt | P | $935 | 60.5 | $ | 56,567.50 |
| Karl Barth | OC | $750 | 17.5 | $ | 13,125.00 |
| Robert Jigarjian | OC | $600 | 7.5 | $ | 4,500.00 |
| Peter Shaeffer | A | $525 | 1,707.3 | $ | 896,332.50 |
| Wesley Wong | A | $525 | 651.8 | $ | 342,195.00 |
| Raffi Melanson | A | $600 | 630.4 | $ | 378,240.00 |
| Danielle Smith | A | $525 | 137.2 | $ | 72,030.00 |
| Abigail Pershing | A | $350 | 25.0 | $ | 8,750.00 |
| Lauren Lyons | CA | $375 | 1,772.6 | $ | 664,725.00 |
| Yvonne Brown | CA | $350 | 145.9 | $ | 51,065.00 |
| Aimee Zeltzer | CA | $350 | 425.0 | $ | 148,750.00 |
| Carrie Flexer | PL | $400 | 4.5 | $ | 1,800.00 |
| Nicolle Huerta | PL | $375 | 247.5 | $ | 92,812.50 |
| Robert Haegele | PL | $375 | 0.8 | $ | 300.00 |
| Bill Stevens | PL | $375 | 2.1 | $ | 787.50 |
| Radha Kerzan | PL | $325 | 92.6 | $ | 30,095.00 |
| Lisa Napoleon | PL | $325 | 145.2 | $ | 47,190.00 |
| Shelby Taylor | PL | $325 | 36.1 | $ | 11,732.50 |
| Lisa Lin | PL | $300 | 44.9 | $ | 13,470.00 |
| Chan Lovell | LS | $225 | 1.0 | $ | 225.00 |
| Michael Davis | I | $200 | 21.9 | $ | 4,380.00 |
| **TOTAL** | | | **8,920.6** | **$** | **5,256,134.50** |

- 1 -