# EXHIBIT 7

## TO DECLARATION OF STEVE W. BERMAN

**EXHIBIT 7**

*Roberts v. Zuora, Inc., et al.*
Case No. 3:19-cv-03422-SI
**BILLING CATEGORY SUMMARY CHART**

**Firm Name: Hagens Berman Sobol Shapiro LLP**
**Reporting Period: Inception through November 30, 2023**

Categories:

| | | |
|---|---|---|
| (1) Factual Investigation | (5) Motions and Legal Research | (9) Litigation Strategy/Analysis |
| (2) Pleadings | (6) Court Appearances/Preparation | (10) Trial/Preparation |
| (3) Discovery | (7) Experts/Consultants | (11) Class Notice |
| (4) Case Management/Client Communication | (8) Settlement/Mediation | |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steve Berman | P | | 3.5 | 5.5 | 2.5 | 25.0 | 9.1 | 13.0 | 80.9 | 8.0 | 3.0 | 0.7 | 151.2 | $1,285 | 194,292.00 |
| Reed Kathrein | P | 12.0 | 53.0 | 7.6 | 4.5 | 17.0 | 1.5 | 45.0 | 64.1 | 22.6 | 1.5 | 5.3 | 234.1 | $1,000 | 234,100.00 |
| Lucas Gilmore | P | 83.4 | 143.1 | 554.1 | 60.5 | 404.5 | 71.0 | 455.8 | 403.6 | 6.0 | 1.5 | 18.2 | 2,201.7 | $850 | 1,871,445.00 |
| Chris O'Hara | P | | | | | | | | 126.3 | | | 30.0 | 156.3 | $750 | 117,225.00 |
| Sean Matt | P | | | 44.0 | 0.1 | | | 5.1 | 3.3 | 8.0 | | | 60.5 | $935 | 56,567.50 |
| Karl Barth | OC | 15.0 | | | | 2.5 | | | | | | | 17.5 | $750 | 13,125.00 |
| Robert Jigarjian | OC | 5.5 | | | 0.5 | 1.4 | | | | 0.1 | | | 7.5 | $600 | 4,500.00 |
| Peter Shaeffer | A | 35.6 | 55.5 | 695.2 | 19.0 | 377.5 | 31.3 | 115.8 | 374.5 | 1.1 | 0.8 | 1.0 | 1,707.3 | $525 | 896,332.50 |
| Wesley Wong | A | 86.4 | | 341.1 | 0.8 | | | 13.2 | 188.4 | 4.0 | 3.7 | 14.2 | 651.8 | $525 | 342,195.00 |
| Raffi Melanson | A | 12.0 | | 270.9 | 3.2 | 129.6 | 54.9 | 114.6 | 37.1 | 4.0 | 4.1 | | 630.4 | $600 | 378,240.00 |
| Danielle Smith | A | 6.4 | 6.9 | 117.8 | | 2.0 | | | 1.1 | 0.3 | 2.7 | | 137.2 | $525 | 72,030.00 |
| Abigail Pershing | A | | | 13.7 | | | | 11.0 | | 0.3 | | | 25.0 | $350 | 8,750.00 |
| Lauren Lyons | CA | | | 1,772.6 | | | | | | | | | 1,772.6 | $375 | 664,725.00 |
| Yvonne Brown | CA | | | 145.9 | | | | | | | | | 145.9 | $350 | 51,065.00 |
| Aimee Zeltzer | CA | | | 425.0 | | | | | | | | | 425.0 | $350 | 148,750.00 |
| Carrie Flexer | PL | | | | | 4.5 | | | | | | | 4.5 | $400 | 1,800.00 |
| Nicolle Huerta | PL | | | 47.8 | 58.4 | 87.6 | 3.9 | 22.3 | 25.0 | | | 2.5 | 247.5 | $375 | 92,812.50 |
| Robert Haegele | PL | | | | | | | | 0.8 | | | | 0.8 | $375 | 300.00 |
| Bill Stevens | PL | | | 0.5 | 1.1 | 0.5 | | | | | | | 2.1 | $375 | 787.50 |
| Radha Kerzan | PL | | | 91.3 | 0.7 | | | 0.6 | | | | | 92.6 | $325 | 30,095.00 |
| Lisa Napoleon | PL | | 2.8 | 68.8 | 20.6 | 16.7 | | 25.2 | 11.1 | | | | 145.2 | $325 | 47,190.00 |
| Shelby Taylor | PL | | | 21.6 | 2.5 | | 5.5 | 1.0 | 5.5 | | | | 36.1 | $325 | 11,732.50 |
| Lisa Lin | PL | 0.5 | 11.9 | 1.6 | 20.2 | 10.5 | | | | | | 0.2 | 44.9 | $300 | 13,470.00 |
| Chan Lovell | LS | | | | 1.0 | | | | | | | | 1.0 | $225 | 225.00 |
| Michael Davis | I | 21.9 | | | | | | | | | | | 21.9 | $200 | 4,380.00 |
| *TOTAL:* | | **278.7** | **276.7** | **4,625.0** | **195.6** | **1,079.3** | **177.2** | **822.6** | **1,321.7** | **54.4** | **17.3** | **72.1** | **8,920.6** | | **5,256,134.50** |

| | | | |
|---|---|---|---|
| (P) Partner | (A) Associate | (I) Investigator | (LS) Litigation Support |
| (OC) Of Counsel | (SA) Staff Attorney | (PL) Paralegal | (CA) Contract Attorney |