# EXHIBIT 9

TO DECLARATION OF STEVE W. BERMAN

<u>**EXHIBIT 9**</u>

*Roberts v. Zuora, Inc., et al.*
Case No. 3:19-cv-03422-SI

**HAGENS BERMAN SOBOL SHAPIRO LLP**

**SUMMARY OF DESCRIPTION OF WORK PERFORMED
BY HAGENS BERMAN ATTORNEYS**

<u>**PARTNERS**</u>

**Steve Berman** (151.20 hours): Mr. Berman is one of the founding partners of Hagens Berman. Mr. Berman was lead trial counsel and supervised this case, and his work included reviewing and commenting on all motions; preparing for and attending hearings; drafting, reviewing, and commenting on all mediation statements; drafting, reviewing expert reports, and working with experts; attending and negotiating at all settlement conferences; and negotiating the terms of the settlement.

**Reed Kathrein** (234.10 hours): Mr. Kathrein is a member of Hagens Berman's investor fraud team and oversaw the prosecution and resolution of the Federal Action. Mr. Kathrein was principally involved in strategic and tactical decisions throughout the litigation, including settlement discussion and analysis.

**Sean Matt** (60.50 hours): Mr. Matt is a member of Hagens Berman's investor fraud team. In the Federal Action, Mr. Matt primarily focused on strategic and tactical decision related to discovery and mediation, including damages analysis.

**Lucas Gilmore** (2,201.70 hours): Mr. Gilmore is a member of Hagens Berman's investor fraud team. Mr. Gilmore addressed the day-to-day issues in the litigation, including discovery and motion practice. Mr. Gilmore reviewed, revised, and/or drafted the Complaint, the opposition to the motion to dismiss, the class certification motion, the opposition to summary judgment, the motion to exclude Kevin Dages, the mediation statements, and the briefing relating to Court approval of the Settlement. Mr. Gilmore also reviewed and revised discovery requests and responses and meet and confer correspondence, as well as participated in meet and confers. Mr. Gilmore defended Lead Plaintiff's deposition, three expert depositions, and led the preparation for each witness. Mr. Gilmore took the depositions of three fact witnesses (including Defendants Tzuo and Sloat) and one expert witness, and he participated in the depositions of the confidential witnesses detailed in the Complaint. Mr. Gilmore prepared for and attended all hearings and mediations, and he helped negotiate and draft the terms of the Settlement.

**Chris O'Hara** (156.30): Mr. O'Hara leads the firm's notice and settlement department, where he is responsible for managing complex class action settlements. In the Federal Action, Mr. O'Hara was primarily involved in the work related to the sending of notice following the class certification order. Mr. O'Hara's work also included tasks related to the Settlement, including the drafting of the Stipulation and related documents (including the Notice), the identification of the Claims Administrator and Escrow Agent, and the coordination of sending Notice regarding the Settlement.

(continued on next page)

**OF COUNSEL**

**Karl Barth (**17.50 hours): Mr. Barth is a member of Hagens Berman's investor fraud team. Mr. Barth provided certain strategic advice during the litigation.

**Robert Jigarjian** (7.50 hours): Mr. Jigarjian is a member of Hagens Berman's investor fraud team. Mr. Jigarjian primarily assisted in the factual investigation leading to the filing of the Complaint.

**ASSOCIATES**

**Raffi Melanson** (630.40 hours): Mr. Melanson is a member of Hagens Berman's investor fraud team. Mr. Melanson took on a significant role in the day-to-day work closer to the end of fact discovery. Mr. Melanson took one expert deposition and three fact witness depositions and participated in the preparation for the depositions of the remaining fact and expert witnesses. Mr. Melanson also took the lead in responding to the Federal Action Defendant's contention interrogatories served near the end of fact discovery, which required marshalling Lead Plaintiff's key documents and deposition testimony. Mr. Melanson also drafted the motion to exclude Jeffrey Hagins and February 2023 mediation materials.

**Wesley Wong** (651.80 hours): Mr. Wong, a former associate, assisted in various tasks related to discovery (including drafting responses to discovery requests and document review), legal research, and work to finalize the class notice and documents related to the Settlement.

**Danielle Smith** (137.20 hours): Ms. Smith, a former associate, assisted with preparing the briefing related to the appointment of a lead plaintiff, and assisted in the review of documents and video recordings produced by the Federal Action Defendants.

**Peter Shaeffer** (1,707.30 hours): Mr. Shaeffer is a member of Hagens Berman's investor fraud team. Mr. Shaeffer had an active role in the day-to-day prosecution of the action. Mr. Shaeffer assisted in the drafting of the Complaint, the opposition to the motion to dismiss, the class certification motion, the opposition to summary judgment, the motion to exclude Steven Davidoff Solomon, mediation statements, the motion for preliminary approval of the settlement, the motion for final approval of the settlement, and Lead Plaintiff's fee and expense application. Mr. Shaeffer also drafted discovery requests and responses, meet and confer correspondence, and participated in multiple meet and confers. Mr. Shaeffer helped manage the document review performed by contract attorneys, including the compilation of "hot" documents and the development of a case chronology. Mr. Shaeffer also took one expert deposition, four fact witness depositions, and participated in the preparation for remaining fact and expert witness depositions.

**Abigal Pershing** (25.00 hours): Ms. Pershing researched and prepared a memorandum related to expert discovery.