# EXHIBIT 10

## TO DECLARATION OF STEVE W. BERMAN

**EXHIBIT 10**

*Roberts v. Zuora, Inc., et al.*
Case No. 3:19-cv-03422-SI

**HAGENS BERMAN SOBOL SHAPIRO LLP**

**EXPENSE CHART**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Airfare | $517.81 |
| Court Reporters/Depositions | $100,343.18 |
| Outside Copy Service | $58.78 |
| Expert Fees | $786,774.40 |
| Epiq Notice Costs | $109,032.87 |
| Overnight Shipping | $934.52 |
| Court Fees/Filing Fees | $937.00 |
| Hotel | $780.74 |
| Meals | $89.43 |
| Online Services/Legal Research (LexisNexis, Westlaw, PACER) | $9,864.16 |
| Online Services/Legal Research (Everlaw Document Hosting) | $69,836.84 |
| Messenger/Process Service | $1,164.14 |
| Mediation Fees | $17,271.00 |
| Transportation/Travel Expenses (Taxis, Car Rental, Train) | $180.44 |
| Parking | $36.00 |
| Internal Prints/Copies at $0.25 per page | $2,168.00 |
| Miscellaneous Costs (Databahn Report) | $19.50 |
| **TOTAL** | **$1,100,008.81** |

- 1 -