# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CASEY ROBERTS, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

ZUORA, INC., TIEN TZUO, and TYLER SLOAT,

Defendants.

No. 3:19-cv-03422-SI

**SUPPLEMENTAL DECLARATION OF ERIC BLOW REGARDING DISSEMINATION OF SETTLEMENT NOTICE PACKETS AND CLAIMS RECEIVED**

I, Eric Blow, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      Epiq was retained by Class Counsel for the Class in the above-captioned litigation ("Action"), and appointed pursuant to the Court's August 14, 2023 Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, For Issuance of Notice to the Class, and for Scheduling of Fairness Hearing (ECF 268) ("Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above caption Action.[1]  I submit this Supplemental Declaration in order to provide the Court with additional information regarding the mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Settlement Notice"), as well as the Proof of Claim Form and Release Form (the "Claim Form") (collectively, the Settlement Notice and Claim Form are referred to as the  "Settlement Notice Packet"), exclusions or objections received to date, and the Claims received to date.

### DISSEMINATION OF THE SETTLEMENT NOTICE PACKET

3.      As described in the Declaration of Eric Blow Regarding: (1) Dissemination of the Settlement Notice Packets; (2) Publication of the Summary Settlement Notice; (3) and Establishment of Telephone Hotline and Settlement Website (ECF 272-5) ("Initial Mailing Declaration"), in accordance with the Preliminary Approval Order, Epiq commenced the mailing of the Settlement Notice Packets to potential Class Members on September 1, 2023.

4.      As of January 4, 2024, a total of 69,894 Settlement Notice Packets have been disseminated to potential Class Members and Nominees by first-class mail.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Amended Stipulation and Agreement of Global Settlement dated June 23, 2023 (ECF 248-5) ("Stipulation").

5.    As of January 4, 2024, 3,013 Settlement Notice Packets have been returned by the United States Postal Service to Epiq as undeliverable (inclusive of the earlier Notice of Pendency mailings, *see* ECF 243).  Of those 3,013 returned, 375 were Class Notice and 2,638 were Settlement Notice Packets. USPS automatically forwarded Settlement Notice Packets with available forwarding address orders that had expired. Settlement Notice Packets returned as undeliverable were remailed to any new address information available through USPS information, and to better addresses that were found using a third-party lookup service. This number of undeliverable Settlement Notice packets is consistent (or lower than) comparable notice programs.

## OBJECTIONS

6.    As of January 4, 2024, Zero (0) Class Members have objected to or commented on the Settlement, Lead Counsel's request for attorneys' fees, payment of litigation expenses, and service award, and the fee and expense requests from State Class Counsel and State Class Representative.  Four class members previously opted-out pursuant to the Class Notice, and Settlement Class Members were not provided the opportunity to opt-out of the Settlement.

## CLAIMS RECEIVED TO DATE

7.    The Settlement Notice also informed potential members of the Class that if they wished to receive a payment from the Settlement, they must submit a Claim Form to Epiq, with supporting documentation, postmarked or received by December 30, 2023.  Through January 4, 2023, Epiq has received approximately 10,000 claims.  It is Epiq's experience that a large number of claims (especially those from third party filers) are submitted just prior to or on the claim submission deadline. Accordingly, Epiq anticipates receiving additional claims for this matter in the coming days.

8.    Epiq's preliminary analysis of the Claims submitted to date shows that 1,776 paper Claims have been received and approximately 8,300 electronic Claims have been submitted by institutional filers based on Epiq's preliminary review of the Claims received.

9.    All Claims are still subject to a comprehensive review under Epiq's standard claims-processing procedures, which will identify any deficiencies and conditions of ineligibility

in Claims.  Claimants will then be given an opportunity to correct their Claims.  Accordingly, it is not possible to report valid and invalid Claims at this point of time.

## UPDATE ON CALL CENTER AND WEBSITE

10.    Epiq continues to maintain the toll-free phone number for this Action, 1-855-914-4696 and interactive voice response system to accommodate any inquiries from potential Class Members. Epiq also continues to maintain the dedicated website for the Action, www.ZuoraSecuritiesLitigation.com (the "Settlement Website"), to assist potential Class Members. Epiq will continue to maintain and, as appropriate, update the Settlement Website and toll-free phone number until the conclusion of the administration.

11.    Epiq uploaded Lead Plaintiff's final approval motion (ECF No. 270) and Lead Counsel's fee and expense application (ECF No. 271) on the Settlement Website after they were filed on December 8, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 5, 2024, in Louisville, Kentucky.

Eric Blow

SUPPLEMENTAL DECLARATION OF ERIC BLOW
No. 3:19-CV-03422-SI

3