**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

| **Date:** January 12, 2024 | **Time:** 10:14 – 10:20 6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-03422-SI | **Case Name:** Roberts v. Zuora, Inc., et al. | |

**Attorney for Plaintiff:** Steve Berman, Lucas Gilmore, Peter Shaeffer (New Zealand Methodist)
Albert Chang (Plaintiff Olsen in related State-Court Securities Class Action)
**Attorney for Defendant:** Audra Soloway, Rosie Vail, Susan Muck, Jeremy Adler

**Deputy Clerk:** Esther Chung                 **Court Reporter:** Rhonda Aquilina

### PROCEEDINGS

Motion for Final approval of Class Action Settlement (Dkt. 270), Motion for an Award of Attorneys' Fees (Dkt. 271) – Held via Zoom webinar.

### SUMMARY

The parties confirmed that no objections have been received to the proposed settlement.  The Court confirmed that the parties had received no objection to the proposed settlement and that no revisions were needed to the Propose Orders which had been submitted.

The parties updated the Court on the final settlement submissions and provided additional information to support the payment request for Lead Plaintiff.

The matters were submitted.