# *EXHIBIT C*

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 |
|---|---|---|---|---|---|---|
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | RC | ZR |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | PO | |
| | | Web C21 | Denied | | ZR | |
| | | Web C21 | Denied | | ZR | |

| | | | | |
|---|---|---|---|---|
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | RC |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | DV | ZR |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | DV | ZR |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Incomplete | | RC | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |



| | | |
|---|---|---|
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |

| | | |
|---|---|---|
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | PO |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | ZR |
| Web C21 | Denied | PO |

| | | | |
|---|---|---|---|
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | ZR |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |
| Web C21 | Denied | | PO |

| | | | | |
|---|---|---|---|---|
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | RC | ZR |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | PO | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |
| Web C21 | Denied | | ZR | |

| | | | | |
|---|---|---|---|---|
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | PO |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | PO |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | PO |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | PO |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | PO |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |
| | Web C21 | Denied | | ZR |



| | | | |
|---|---|---|---|
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | PO |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | ZR |
| | Web C21 | Denied | PO |
| | Web C21 | Denied | PO |

| ACCOUNT NUMBER | CLAIM NUMBER | CLAIM DATA ID | SECURITY TYPE | TRANSACTION TYPE | TRANSACTION DATE | QUANTITY | PRICE PER SHARE | TOTAL PRICE | DEFECT CODE | CURRENCY | IGNORE/DELETE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1939996 | Common Stock | R | 08/31/2018 | 164503 | | | RC | | |
| | | 1939997 | Common Stock | R | 10/09/2018 | 493512 | | | RC | | |
| | | 1590123 | Common Stock | R | 01/16/2019 | 1075 | | | RC | USD | |
| | | 1590124 | Common Stock | R | 01/16/2019 | 3320 | | | RC | USD | |
| | | 1590125 | Common Stock | R | 01/16/2019 | 8605 | | | RC | USD | |
| | | 1590126 | Common Stock | R | 01/16/2019 | 1463 | | | RC | USD | |
| | | 1590127 | Common Stock | R | 01/16/2019 | 13006 | | | RC | USD | |
| | | 1590188 | Common Stock | D | 01/16/2019 | 13006 | | | DV | USD | |
| | | 1590189 | Common Stock | D | 01/16/2019 | 1075 | | | DV | USD | |
| | | 1590190 | Common Stock | D | 01/16/2019 | 3320 | | | DV | USD | |
| | | 1590191 | Common Stock | D | 01/16/2019 | 8605 | | | DV | USD | |
| | | 1590192 | Common Stock | D | 01/16/2019 | 1463 | | | DV | USD | |
| | | 1590203 | Common Stock | D | 04/19/2019 | 50000 | | | DV | USD | |
| | | 1590245 | Common Stock | R | 04/19/2019 | 50000 | | | RC | USD | |
| | | 1624776 | Common Stock | R | 04/17/2018 | 100 | | | RC | USD | |

<u>**Zuora Securities Litigation Defect Letter Insert Text**</u>

**Red text is for reference and explanation; it will not be printed on the letters. Each letter will use the same form template, but will include only the defect text for those defects which apply to that specific claim.**

**DP – Duplicate Claim**

<u>**Ineligibility Condition:**</u> Duplicate Claim.

The Claim referenced above (the "Duplicate Claim") is a duplicate of the following Claim (the "Primary Claim") and is therefore rejected. The Claim Number of the Primary Claim is as follows:

<<Primary Claim #>>

The Primary Claim is being processed separately, and you will be notified by a separate letter if that Claim is found to be deficient.

<u>**How to Resolve:**</u> You can only resolve this condition of ineligibility if you demonstrate that the Duplicate Claim is not a Duplicate Claim. You must send a letter explaining why you believe this Claim should not be deemed a Duplicate Claim, along with acceptable documentation to support your position. If you acknowledge that the Duplicate Claim is a Duplicate Claim, but you wish for it to be the operative Claim (thereby withdrawing the Primary Claim), a signed, notarized letter from the beneficial owner of the common stock stating that the Duplicate Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this letter.

**PLEASE NOTE:** Regardless of which Claim you elect to be the operative Claim, that Claim must satisfy all the requirements for eligibility. Any other deficiencies noted with respect to the Claim must be cured, and the Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

**PO – Outside of Class Period – If the Claim does not contain any eligible purchases/acquisitions of Common Stock of Zuora, the following language will be added:**

<u>**Ineligibility Condition:**</u> No Settlement Class Period Purchases/Acquisitions (No Eligible Transactions).

The Claim referenced above did not contain any eligible purchases/acquisitions of common stock of Zuora (ZUO) during the Settlement Class Period (i.e., April 12, 2018, through August 28, 2019, inclusive). Unless you had additional purchases/acquisitions of Zuora common stock during the Settlement Class Period that were not reflected in your original Claim, this is NOT a curable deficiency.

<u>**How to Resolve:**</u> You can resolve this condition of ineligibility by submitting additional purchases/acquisitions of Zuora common stock during the Settlement Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those purchases/acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be potentially eligible for a distribution from the Net Settlement Fund. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility,

your Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

**SG – Missing Signature – If the Claim was not signed, the following language will be added:**

<u>**Ineligibility Condition:**</u> Missing Signature. This is a curable deficiency.

The Claim referenced above is missing either (i) a signature for an owner, co-owner, joint tenant, custodian, agent/power of attorney, executor, administrator, guardian, and/or trustee; or (ii) proof of the authority and/or the capacity of the person who signed the Claim to sign on behalf of the beneficial owner.

<u>**How to Resolve:**</u> You can resolve this condition of ineligibility by signing below and returning this notice to the Claims Administrator by the Response Deadline. If you purchased/acquired common stock of Zuora (ZUO) jointly, all owners must sign. If one of the beneficial owners is deceased, you must provide a copy of the death certificate. If you submitted the Claim on behalf of another party (for example, as trustee, executor, power of attorney, etc.), you must provide proof of authority to legally act on the beneficiary's behalf. Your signature(s) below will be treated as an execution of your previously-submitted Claim and your affirmation of the Release contained on page 6 of the Claim.

*Under penalty of perjury, I (we) certify that all of the information provided by me (us) on the Claim previously submitted is true, correct, and complete, and that the documents submitted with the Claim and/or herewith are true and correct copies of what they purport to be.*

| | |
|---|---|
| _____ | _____ |
| Claimant or Representative | Joint Claimant (if any) |
| | |
| _____ | _____ |
| Print Name of Person Signing | Print Name of Person Signing |
| on Behalf of Claimant | on Behalf of Joint Claimant |
| | |
| _____ | _____ |
| Capacity of Person Signing | Capacity of Person Signing |
| on Behalf of Claimant* | on Behalf of Joint Claimant* |

*(e.g., beneficial owner, executor, administrator, trustee, etc.)

**PLEASE NOTE:** Curing this deficiency is an absolute requirement in order for your Claim to be potentially eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

**ZR – No Recognized Loss – If the Claim calculates to no Recognized Claim, the following language will be added:**

<u>**Ineligibility Condition:**</u> No Recognized Loss.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website and was previously mailed to you), the Claim referenced above does not calculate to a total Recognized Loss amount that is $10 or more and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that having a Recognized Loss is not the same as having a market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss under the Plan of Allocation. Unless you had additional transactions in Zuora common stock (ZUO) (i.e., additional purchases, acquisitions or sales) during the period April 12, 2018, through August 28, 2019, inclusive, and/or additional holdings of Zuora common stock as of the close of trading on April 12, 2018 or August 28, 2019, that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Zuora common stock during the period April 12, 2018, through August 28, 2019, inclusive, and/or additional holdings of Zuora common stock as of the close of trading on April 12, 2018 or August 28, 2019, that were not previously reflected in your Claim and that make your Claim calculate to a total Recognized Loss amount that is $10 or more. You must also support any additional transactions and holdings with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be potentially eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

---

**ND – No Documentation – If the Claim does not contain supporting documentation or if documentation provided is inadequate, the following language will be added:**

**Ineligibility Condition:** No Acceptable Documentation, or Missing or Inadequate Documentation. This is a curable deficiency.

The Claim referenced above did not include any documentation to support the Claim, or the documentation previously provided was deemed inadequate.

**How to Resolve:** You can resolve this condition of ineligibility by submitting acceptable documentation to support your entire Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.) Please note: If you previously submitted documentation with your Claim, please do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be potentially eligible for a distribution from the Net Settlement Fund. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

---

**BL - Balance - Trade Discrepancy – If the claimed transactions do not correctly balance the following will be added:**

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of common stock of Zuora (ZUO) (i) held as of the close of trading on April 12, 2018; (ii) purchased, acquired, and/or sold during the period April 12, 2018, through August 28, 2019, inclusive; and (iii) still held at the close of trading on August 28, 2019, that you reported on your Claim.

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, and/or adjustments to your Claim so that it correctly balances. You must also support any additional transactions/holdings with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate to the discrepancy will be rejected applying First-In-First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Close of Trading April 12, 2018 + All Shares Purchased or Acquired April 12, 2018, through August 28, 2019, Inclusive – All Shares Sold April 12, 2018, through August 28, 2019, Inclusive – Unsold Shares as of August 28, 2019.

This calculation should equal zero if a Claim is properly balanced and all transactions and holdings have been accurately reported. The transactions associated with the discrepancy in your Claim are displayed below.

| Quantity | Type of Transaction | Type of Security |
|---|---|---|

**MR – Missing Information – If there was a claimed transaction that did not contain all required information to process the following will be added:**

**Deficiency:** Missing Information.

The documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation that includes all the required information for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), following First-In-First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|

**PR - Partial Documentation – If some transactions are documented but others are not the following will be added:**

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.) Please note that the Settlement encompasses holdings of Zuora common stock (ZUO) only.

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), following First-In-First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|

**RC - Received Shares – If the claimant provides transfer transactions on their Claim Form the following will be added:**

**Deficiency:** Received Shares/Transfers.

Trades that you listed on your Claim Form are transfers of securities into your account (also called "free receipts") and not open-market transactions.

**How to Resolve:** In order for the common stock of Zuora (ZUO) transferred into your account to factor into the calculation of your Recognized Loss under the Plan of Allocation, you must provide documentation to show that the Zuora common stock you received by transfer was originally purchased during the Settlement Class Period (i.e., April 12, 2018, through August 28, 2019, inclusive).

**PLEASE NOTE:** If you do not have additional documentation, or if you want the transferred Zuora common stock to be used to balance your Claim only, you do not need to respond to this deficiency. If you do not respond, the transferred shares will be rejected, along with any corresponding sales/dispositions of such shares, following First-In-First-Out ("FIFO") matching, and such shares and corresponding sales/dispositions will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Date | Type of Security | Type of Transaction | Quantity |
| --- | --- | --- | --- |

**EN - No Proof of Unsold (Ending) Holdings – If claimant did not provide documentation for holdings at the end of the period the following will be added:**

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held common stock of Zuora (ZUO) as of the close of trading on August 28, 2019; however, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on July 1, 2020. Acceptable documentation will show the possession of the Zuora common stock on or after this date or the sale of the Zuora common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.)

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Date | Type of Security | Type of Transaction | Quantity |
| --- | --- | --- | --- |

**DV - transferred out Shares – If the claimant provides "transfer-out" transactions on their Claim Form the following will be added:**

**Deficiency:** Transfers Out.

You listed transactions on your Claim Form that are presented or identified as transfers out of your account (also called a "free delivery") prior to the close of trading on August 28, 2019.

**How to Resolve:** While inclusion of transfers out of your accounts are acceptable for your Claim to balance, such shares will not be factored into the calculation of your Recognized Loss under the Plan of Allocation unless you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares identified below as a "Transfer Out" were sold prior to the close of trading on July 1, 2020, you must submit acceptable supporting documentation that provides the following information regarding the final sale transaction: Date of Sale, Sale Price per Share, and Total Sale Price. If the shares were not sold prior to the close of trading on July 1, 2020, and therefore were held as of the close of trading on that date, you need only submit acceptable documentation demonstrating that those shares were held as of that date.

**PLEASE NOTE:** If you do not respond, the transferred shares, along with any corresponding purchase transaction(s) following First-In-First-Out ("FIFO") matching, will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transfer transaction(s) for which additional information is required is (are) listed in the chart below.

| Date | Type of Security | Type of Transaction | Quantity |
| --- | --- | --- | --- |

**MD – If all documentation provided is inadequate, the following language will be added:**

**Ineligibility Condition:** Inadequate Documentation.

The Claim referenced above sets forth Settlement Class Period purchases of common stock of Zuora (ZUO), but none of the documentation previously provided was deemed adequate.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting acceptable documentation to support your Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.) Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be potentially eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a total Recognized Loss amount that is $10 or more under the Plan of Allocation.

**ZD – No Recognized Loss Amount due to other defects – If the Claim calculates to no Recognized Loss Amount due to other defects on the Claim, the following language will be added:**

**Ineligibility Condition:** No Recognized Loss Amount Unless Other Defects Are Cured. This is NOT a curable deficiency, unless you had additional transactions in Zuora common stock (ZUO) (i.e., additional purchases, acquisitions or sales) during the period April 12, 2018, through August 28, 2019, inclusive, or additional holdings as of the close of trading on April 12, 2018 or August 28, 2019, that are not reflected in your Claim. In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website and was previously mailed to you), the Claim referenced above does not calculate to a total Recognized Loss amount that is $10 or more due to certain defects listed in this letter, and therefore is not eligible to receive a distribution from the Net Settlement Fund. *Please be aware that having a Recognized Loss is not the same as having a market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation.*

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in Zuora common stock during period April 12, 2018, through August 28, 2019, inclusive, and/or additional holdings as of the close of trading on April 12, 2018 or August 28, 2019, that were not previously reflected in your Claim and that make your Claim calculate to a total Recognized Loss amount that is $10 or more. You must also support any additional transactions/holdings with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE**: Your Claim must calculate to a total Recognized Loss amount that is $10 or more under the Plan of Allocation in order for you to be eligible to receive a distribution.

**IS - Ineligible Security – If the documentation does not show that the transactions were Zuora common stock, the following language will be added:**

**Ineligibility Condition:** Ineligible Security Claimed.

In order to be considered eligible for this litigation, you must have purchased Zuora common stock (ZUO). The submitted supporting documentation does not show that the transactions were for Zuora common stock.

**How to Resolve:** You can resolve this condition of ineligibility by showing that the claimed transactions were made for Zuora common stock. Self-generated documents are not acceptable. Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE**: Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be potentially eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a total Recognized Loss amount that is $10 or more under the Plan of Allocation.

The specific transaction(s) marked as ineligible securities is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
| --- | --- | --- | --- | --- |